

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**     312-435-5670
**Clerk**

Date: 11/14/2024

Re: Xie v. The Entities and Individuals Identified in Annex A
USDC Case Number: 1:24-cv-11674

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ J. Mejia
            Deputy Clerk

Rev. 11/18/2016