IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WENJIE XIE,**<br><br>Plaintiff,<br><br>v.<br><br>**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",**<br><br>Defendants. | Civil Action No.: 24-cv-11674<br><br>Honorable Judge Elaine E. Bucklo<br><br>Magistrate Judge Young B. Kim |

## ANNEX A

| Line No. | Defendant / Seller Alias / Defendant Internet Store |
|---|---|
| 1 | atelierantheia |
| 2 | Akmoler Pro Seller |
| 3 | Ruziyoog flash deals |
| 4 | Xecvkr |
| 5 | Wibazai |
| 6 | HKEJIAOI |
| 7 | LIG87 |
| 8 | bmange |
| 9 | FANX |
| 10 | shenzhenshinanchengdi |
| 11 | Electricseller |
| 12 | YULANBI |
| 13 | UsDCYM |
| 14 | SHIMELE |
| 15 | PeiBaiShun |
| 16 | DDGXJGI |
| 17 | Anckoeil Fashion Home |
| 18 | Yishangzhng |
| 19 | WKWeiS |
| 20 | LUOzoyuans |
| 21 | Zelnk |

| | |
|---|---|
| 22 | yanmin |
| 23 | XINDISNusfo |
| 24 | Vxdvou |
| 25 | Konghyp |
| 26 | Tiitstoy |
| 27 | TFHENGQQ |
| 28 | Tepsmf |
| 29 | Teissuly Direct |
| 30 | Taylonsss |
| 31 | tainini |
| 32 | YINAVEN |
| 33 | LYUCRAZ |
| 34 | SHENZHENSHIJIANGJINGWANJUYOU XIANGONGSI |
| 35 | SHENZHENSHI kaixiangyu jiajuyongpinyouxianGONGSI |
| 36 | Saleteraj |
| 37 | Ruhiku GW |
| 38 | SHenZHenShiTAIdiwanjuyouxianGONGSI |
| 39 | ZUOZUOFANGQAQ |
| 40 | DMDUOU |
| 41 | aqiobi |
| 42 | RBCKVXZ |
| 43 | ZhenYou |
| 44 | KINPLE |
| 45 | COFEST |
| 46 | YuXinYangWan |
| 47 | QuLuJing |
| 48 | QiYiyou |
| 49 | LMEEOR |
| 50 | Momihoom |
| 51 | miaomiaoke |
| 52 | maqinghe |
| 53 | lilixerw |
| 54 | Krqap |
| 55 | JGJJUGN |
| 56 | Ihhxbz |
| 57 | Hxlamzoo |
| 58 | Hong Rui |
| 59 | Herunwer |
| 60 | Dadatutu |

| 61 | Asdbhguybd |
|----|------------|
| 62 | Keeplus |
| 63 | sztgfjh |
| 64 | PNNJI |
| 65 | Somuwie |
| 66 | dvypyn |
| 67 | Xivone |
| 68 | Vecoauto |
| 69 | qingjinzhou |
| 70 | Naittoop Home Clearance Outlet |
| 71 | jesbnX Co.Ltd |
| 72 | Shenzhenshiyuehailemaoyiyouxiangongsi |
| 73 | toagogke |
| 74 | FanDongXiong |
| 75 | DengGuang |
| 76 | CTEEGC |
| 77 | Zhangfdh |
| 78 | YsJXD |
| 79 | Yangkai |
| 80 | Demurecandle |
| 81 | Unique People |
| 82 | Unique Gift |
| 83 | SZX |
| 84 | Sungardena |
| 85 | StrongerA |
| 86 | Smart and xiaosa |
| 87 | Ryingxin Top |
| 88 | Qzw shop |
| 89 | Odavi |
| 90 | PP Home goods |
| 91 | lucky draw |
| 92 | Liu and Binbin |
| 93 | JubilantOne |
| 94 | GXSJ |
| 95 | GUGONG |
| 96 | Fantastic Pendant |
| 97 | ciocoin |
| 98 | Chuang You |
| 99 | bloom The Only You |

| | |
|---|---|
| 100 | Auto Accessory |
| 101 | Acrylic keychain keychain Grou |
| 102 | Our Festival Gifts |
| 103 | YWheyi |
| 104 | SHEIN HOME |
| 105 | Kimvino |
| 106 | Joyfuljewelrykjc |
| 107 | Hly-At |
| 108 | Happy Family777 Store |
| 109 | Good Lucky7 Store |