IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENJIE XIE, | |
| Plaintiff, | Civil Action No.: 24-cv-11674 |
| v. | Honorable Judge Elaine E. Bucklo |
| THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

## DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei, hereby declare, and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I, or someone acting under my direction, have reviewed **Annex A** to the Sealed Complaint. I, or someone acting under my direction, have reviewed the storefront and product listing for the Seller Aliases in **Annex A**, and they do not correspond to any type of identifiable entity beyond the listed aliases and limited publicly available information.

1

3. I, or someone acting under my direction, have reviewed **Exhibit A** to the Sealed Complaint. **Exhibit A** provides true and correct registrations and deposits of Plaintiff's Copyright.

4. I, or someone acting under my direction, have reviewed **Exhibit B** to the Sealed Complaint. **Exhibit B** contains true and correct evidence of each of Defendants' Infringing Products, as well as showing Defendants' willingness to ship to Illinois.

5. **Exhibit C** attached hereto is a true and correct copy of the FY 2021 Intellectual Property Right Seizure Statistics report by U.S. Customs and Border Protection.

6. **Exhibit D** attached hereto is a true and correct copy of Daniel C.K. Chow, *Alibaba, Amazon, and Counterfeiting in the Age of the Internet*, 40 NW. J. INT'L L. & BUS. 157, 186 (2020).

7. **Exhibit E** attached hereto is a true and correct copy of *Combating Trafficking in Counterfeit and Pirated Goods* prepared by the U.S. Department of Homeland Security's Office of Strategy, Policy, and Plans.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the 19th day of November, 2024, in Chicago, IL, United States.

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei

2