# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-290

**Effective Date of Registration:**
May 25, 2024
**Registration Decision Date:**
July 19, 2024

---

## Title

**Title of Work:** VA75-Prismatic Flutter

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 26, 2022
**Nation of 1st Publication:** China

## Author

- **Author:** Wenjie Xie
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Wenjie Xie
bushalu,jinxiushanzhuang b dong,7 i,longgangqu, ShenZhen, 518100, China

## Certification

**Name:** Wenjie Xie
**Date:** May 25, 2024

