FREE SHIPPING IN CANADA & USA OVER 100.00$

HOME
HOME DECOR
CAR CHARMS
JEWELRY
BLOGS
CONTACT US

🏠 > Whimsical Butterfly Sun Catcher / Car Charm

< Share



☐ Sun Catcher

## WHIMSICAL BUTTERFLY SUN CATCHER / CAR CHARM

$38.00 CAD

Color: PINK

Pink ▾

Quantity

−          1          +

🛒 ADD TO CART

Deal of the Day ends in

00 : 58 : 49

Secure and trusted checkout with

VISA    MasterCard    American Express    PayPal

**Description**

Pretty acrylic butterfly, embellished with a delicate 18k gold plated chain, one small AB clover crystal bead, and finished with two octagon crystal beads. The other style has some extra chain and two extra small teardrop faceted crystals.

This sun catcher decor could be hung in your car, to the headboard of a bed, next to a window in your home or office to enjoy amazing little rainbows dancing around the room, when the sunlight shines directly on it.

For indoor use only.

Dimension

Height 11–12 inches

< Share

## YOU MAY ALSO LIKE



T CAT HEAD
CHER - FOR
V OR CAR
0 CAD

UMBRELLA SUN CATCHER
$70.00 CAD

AMETHYST UNICORN
SUN CATCHER
$60.00 CAD

MUSHROOM SUN
CATCHER
$80.00 CAD



CERTIFIED SECURE

TRUST WITH OUR PRODUCTS

SHOP NOW

QUICK DELIVERY

SHOP NOW

ALWAYS KEEP IN CHARGE

SHOP NOW

FOLLOW-US ON SOCIAL MEDIA!

**CUSTOMER CARE**

About Us

Contact Us

Track Order

FAQs

Terms of Service

Refund policy

**OUR POLICIES**

Privacy Policy

Refund Policy

Shipping Policy

Terms of Services

**JOIN OUR NEWSLETTER**

Subscribe For Upcoming Deals & the Latest Updates!!!

Your email

Send me with news and offers

SUBSCRIBE

Copyright © 2024 Atelas Astheia

FREE SHIPPING IN CANADA & USA OVER 100.00$

HOME
HOME DECOR ⌄
CAR CHARMS ⌄
JEWELRY ⌄
BLOGS
CONTACT US

Home > Whimsical Butterfly Sun Catcher / Car Charm

< Share



Sun Catcher

# WHIMSICAL BUTTERFLY SUN CATCHER / CAR CHARM

$38.00 CAD

Color: **TURQUOISE**

Turquoise

🔒 SOLD OUT

Deal of the Day ends in

00 : 59 : 02

Secure and trusted checkout with

VISA · PayPal

**Description:**

Pretty acrylic butterfly, embellished with a delicate 18k gold plated chain, one small AB clover crystal bead, and finished with two octagon crystal beads. The other style has some extra chain and two extra small teardrop faceted crystals.

This sun catcher decor could be hung in your car, to the headboard of a bed, next to a window in your home or office to enjoy amazing little rainbows dancing around the room, when the sunlight shines directly on it.

For indoor use only.

Dimension

Height 11-12 inches

< Share

## YOU MAY ALSO LIKE



T CAT HEAD
HER - FOR
W OR CAR
0 CAD

UMBRELLA SUN CATCHER
$70.00 CAD

AMETHYST UNICORN SUN CATCHER
$60.00 CAD

MUSHROOM SUN CATCHER
$80.00 CAD



TRUST WITH OUR PRODUCTS

QUICK DELIVERY

ALWAYS KEEP IN CHARGE

SHOP NOW

SHOP NOW

SHOP NOW

FOLLOW-US ON SOCIAL MEDIA!

CUSTOMER CARE

About Us

Contact Us

Track Order

FAQs

Terms of Service

Refund policy

OUR POLICIES

Privacy Policy

Refund Policy

Shipping Policy

Terms of Services

JOIN OUR NEWSLETTER

Subscribe For Upcoming Deals & the Latest Updates!!!

Your email

Send me with news and offers

SUBSCRIBE

Copyright © 2024 Atelier Anthera

FREE SHIPPING IN CANADA & USA OVER 100.00$

HOME
HOME DECOR ⌄
CAR CHARMS ⌄
JEWELRY ⌄
BLOGS
CONTACT US

⌂ › Whimsical Butterfly Sun Catcher / Car Charm

Share



⌗ Sun Catcher

# WHIMSICAL BUTTERFLY SUN CATCHER / CAR CHARM

$38.00 CAD

Color: Blue

Blue

🔒 SOLD OUT

Deal of the Day ends in

00 : 59 : 16

Secure and trusted checkout with

VISA    ●●    PayPal

**Description:**

Pretty acrylic butterfly, embellished with a delicate 18k gold plated chain, one small AB clover crystal bead, and finished with two octagon crystal beads. The other style has some extra chain and two extra small teardrop faceted crystals.

This sun catcher decor could be hung in your car, to the headboard of a bed, next to a window in your home or office to enjoy amazing little rainbows dancing around the room, when the sunlight shines directly on it.

For indoor use only.

Dimension

Height 11-12 inches

Share

## YOU MAY ALSO LIKE



T CAT HEAD
CHER - FOR
W OR CAR
0 CAD

UMBRELLA SUN CATCHER
$70.00 CAD

AMETHYST UNICORN
SUN CATCHER
$60.00 CAD

MUSHROOM SUN
CATCHER
$80.00 CAD






Express checkout



Show more options ⌄

OR

Account
hahavsgood@gmail.com

Ship to
jeff howard, 1 N LA SALLE ST, CHICAGO IL 60602-3902, US, 5885655231

Shipping method
Standard shipping                                    $15.00

☐ Email me with news and offers

## Payment
All transactions are secure and encrypted.

⦿ Credit card                         VISA  ▢  ▢  +5

Card number
4041 1789 5899 9192                              🔒

Expiration date (MM / YY)
12 / 28

Security code
591                                              ?

Name on card
jeff howard                                      ✕

☑ Use shipping address as billing address

○ PayPal                                    PayPal

## Remember me

☐ Save my information for a faster checkout

🔒 Secure and encrypted                        shop

**Pay now**

2024/9/30 17:30 Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations Akmoler Purple - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 8 of 685 PageID #:61



Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations Akmoler Purple - Walmart.com

## Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
**Features:**
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
**Product Specifications:**
**Material:** Acrylic
**Color:** Purple
**size: 8*8*0.37cm**
**Package includes:**
**1 pendant**

- Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations Akmoler Purple
- ♡ storage; storage and organization; storage bins; organization and storage; storage organizer; almacenamiento; atorage; organizer; kitchen storage; storage containers; storage organization; storage box; organizers and storage; closet organizers and storage; home storage; organization storage; storage containers for organizing; stackable storage; storage; storage containers for organizing; storage container; storage organizers; storage life; kitchen organizers and storage; storage organizer bins; organizer storage; clothes storage bins; storage bins with lids; storage for clothes; large storage; organizers; stackable storage containers; storage bin; storage containers with lids; storage bins for clothes; bathroom organizers and storage; organizer and storage; storage containers for clothes; bathroom storage organizer; home storage and organization; kitchen storage organizer; stackable storage bins; bathroom storage; closet storage; contenedores de almacenamiento; clothing storage; foldable storage
- ♡ school supplies; supplies for school; school supply; school suplies; school; back to school supplies; school supplie; utiles escolares; materiales escolares; school supplies for teachers; material escolar; school supplies bulk; office supplies; bulk school supplies; Utiles escolares; teacher school supplies; college school supplies; school supplies clearance; school supplies college; clearance school supplies; high school supplies; high school students; school supplies for college students; teacher supplies; school supplies high school; cheap school supplies; supplies; bulk school supplies for teachers; supply; supplies for teachers; classroom supplies; school office supplies; escolar; escolares; school supplies college students; school supplies for college; middle school suplies; teacher supply; school supplies cheap; teachers supplies; school supplies for kids; college essentials school supplies; college supplies for students; teacher supplies for classroom; office & school supplies; high school essentials; office supply; office supplies clearance sale
- ♡ organizer; organizers; bathroom organizer; organizers and storage; storage; closet organizers and storage; organization and storage; storage and organization; organizador; organizer; organizadores; bathroom organizers and storage; desk organizer; kitchen storage; makeup organizer; orgnizers; cabinet organizer; bathroom storage; kitchen organizers and storage; oganizer; orginizer; organizers; drawer organizer; closet organizer; organizer bathroom; bathroom storage organizer; desk organizers; organizers for bathroom; organizer for bathroom; kitchen organizer; cabinet organizers and storage
- ♡ flashlight; flaslight; flashlights for; glashlight; flashlights; flashlights high lumens; flash light; led flashlight; flashligh; rechargeable flashlights; flashligt; flashlight high lumens; flashlights led; flashlight led; fahshlight; tactical flashlight; flash lights; rechargeable flashlight; super bright flashlight; high lumen flashlight; rechargable flashlight; flashlights high lumens rechargeable; led flashlights; handheld flashlights; handheld flashlight; flasights; flashlights ; powerful flashlight; flashlight rechargeable; best flashlight; led flashlights high lumens; flashlight high lumen; led rechargeable flashlight; flashlight; flashlight tactical; rechargeable led flashlight; flashlights rechargeable; high powered flashlight; small powerful flashlight; tactical flashlights; led flash light; flashlight rechargeable high lumen; rechargeable flashlights high lumens; bright flashlight; rechargeable led flashlight; high lumens flashlight; bright led flashlight; torch flashlight; waterproof flashlight
- ♡ home decor; food scale; can opener; ground beef; kitchen; scissors; cutting boards for kitchen; meat thermometer; vegetable chopper; cheese grater; home; measuring cups; salad spinner; cutting board; kitchen utensils set; kitchen essentials; oven mitts; kitchen gadgets; garlic press; hand mixer; meat thermometer digital; chicken shredder tool twist; lemon squeezer; knife; apartment essentials; kitchen soae; kitchen décor; mandoline slicer; kitchen knife set; kitchen scissors; veggie chopper; home essentials; spatula; fridge organizer; strainer; camping accessories; watermelon cutter; kitchen storage; cooking utensils set; kitchen utensils; can opener manual; can opener electric; meat tenderizer; chopper vegetable cutter; house warming gifts new home; food chopper; food scales for kitchen; bottle opener; silicone spatula; measuring cups and spoons set

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Brand**
Akomler

**Assembled Product Weight**
50 g

**Manufacturer**
Akomler

**Manufacturer Part Number**
ZWFMWT240605003_Akmoler_240620

More details

## Warranty

**Warranty information**
Feel free to reach out with any questions you might have. We are committed to ensuring your complete satisfaction and are here to help you at every step. Thank you for choosing to shop with us, and we hope you enjoy your experience!

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

💬 Report incorrect product information

# Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Now **$4.49** $4.99 • +$2.00 shipping
HKEJIAOI Home Essentials Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days

Clearance



Now **$3.99** $4.99 • +$3.00 shipping
LYUCRAZ Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days



Now **$4.44** $4.99 • +$1.99 shipping
Dream Pendant Car Decorative Pendant Acrylic Flat P...
Shipping, arrives in 3+ days

2024/9/30 17:30

Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations Akmoler Purple - Walmart.com

**Report:** ⊘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Decorative Accents  /  Decorative Ornaments



**Shipping, arrives by Thu, Oct 17**

steven howard                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**              Edit

House

**Items details**                                Hide details

**Arrives by Thu, Oct 17**                       1 item

Sold and shipped by Akmoler Pro Seller
$2.99 seller shipping fee

Seasonal Sales, Car Decorative Pendant Dream
Acrylic Flat Pendant for Home Decorations...

$0.48 from savings

**$3.89**
$4.37

Remove          −    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                              $7.59

+ Add new payment              Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.



**Place order for $7.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                            $4.37
Savings                                  -$0.48

                                          $3.89

Seller shipping                           $2.99
**Estimated taxes**                       $0.71

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.41 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00    $2.00    $5.00

**Estimated total**                       $7.59

Have a promo code?                          ⌄

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

9/5/24, 12:59 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 13 of 685 PageID #:66

Butterfly Car Hanging Ornament, Hanging Charm Home Decoration Keepsake, Butterfly Car Accessories Pendant for Rear View Mirror Christmas Valentine's Day Car Gifts for Men Women - Walmart.com



9/5/24, 12:59 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 14 of 685 PageID #:67

Butterfly Car Hanging Ornament, Hanging Charm Home Decoration Keepsake, Butterfly Car Accessories Pendant for Rear View Mirror Christmas Valentine's Day Car Gifts for Men Women - Walmart.com

Pluokvzr Car Hanging Charm Bling Car Rear View Mirror Hanging Ornament Retro Imitation Pearl Cross Hanging Decoration Auto Interior Hanging

★★★★★ 4

NAVISKAUTO 10.1" Portable DVD Player for Car Dual Screen with 2 Headrest Mount, Last Memory, AV Out&in, Support USB/SD/Sync TV

★★★★★ 2

Angel View Wide Angle Rearview Mirror, Fits Most Cars

★★★☆☆ 213

Save with

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Butterfly Car Hanging Ornament, Hanging Charm Home Decoration Keepsake, Butterfly Car Accessories Pendant for Rear View Mirror Christmas Valentine's Day Car Gifts for Men Women

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Blue

**Brand**
Ruziyoog

**Manufacturer Part Number**
FLASHDEALSOFTHEDAYOUTSIDEFURNITURE

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Drive in comfort

Sponsored ⓘ



+3 options

**$4.04** +$2.99 shipping
Rokmeret Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift
Shipping, arrives in 3+ days

Options

+3 options

**$7.19**
Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant
Shipping, arrives in 3+ days

Options



+ Add

**$2.61** +$3.99 shipping
QuLuJing Dream Pendant Car Decorative Pendant Acr
Shipping, arrives in 3+ days

Butterfly Car Hanging Ornament, Hanging Charm Home Decoration Keepsake, Butterfly Car Accessories Pendant for Rear View Mirror Christmas Valentine's Day Car Gifts for Men Women - Walmart.com

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires  /  Automotive Replacement Parts  /  Replacement Auto Parts



**Shipping, arrives by Fri, Sep 20**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                            Hide details

**Arrives by Fri, Sep 20**                                    1 item

Sold and shipped by Ruziyoog flash deals
$2.99 seller shipping fee

Butterfly Car Hanging Ornament, Hanging Charm
Home Decoration Keepsake, Butterfly Car...

Actual Color: Blue

**$2.79**

Remove        −    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                         $6.37

+ Add new payment                                             Edit payment

**one**

**onepay**  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $6.37**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                         $2.79

Seller shipping                                               $2.99

**Estimated taxes**                                           $0.59

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.63 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                           $6.37

Have a promo code?                                            ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/24/24, 1:24 PM
Byikun Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Stylish Design Adds Elegance to Any Space, Versatile Accessories for Home or Office Decor, Thoughtful Gift Choice - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 18 of 685 PageID #:71



9/24/24, 1:24 PM      Byikun Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Stylish Design Adds Elegance to Any Space, Versatile Accessories for Home or Office Decor, Thoughtful Gift Choice - Walmart.com

**$4.47** $4.47/ea
Bling Ring Auto Interior Jewelry Applies to Most Vehicle Interiors - 3 Pack
★★★☆☆ 87
Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

**$8.93**
Pluokvzr Car Hanging Charm Bling Car Rear View Mirror Hanging Ornament Retro Imitation Pearl Cross Hanging Decoration Auto Interior Hanging
★★★★★ 4

Shipping, arrives **in 3+ days**

Now **$19.98** $24.99
Angel View Wide Angle Rearview Mirror, Fits Most Car
★★★☆☆ 254
Save with W+

Shipping, arrives **in 2 days**

## About this item

### Product details ⌃

Byikun Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Stylish Design Adds Elegance to Any Space, Versatile Accessories for Home or Office Decor, Thoughtful Gift Choice

Features:
1. Instant : Our 10-pack ice-cold patch is specifically designed for the summer season, providing an instant sensation to your skin. Whether you're outdoors, exercising, shopping, or working in a hot environment, these patches are effective in relieving discomfort caused by overheating. 2. Versatile use: These ice-cold patches can not be applied directly to your body for soothing relief, but can also be conveniently attached to your phone or other device to help dissipate heat and overheating damage. Wherever you go, whether relieving a cool experience? 3. Mitigation and protection: Experience the ultimate solution for reducing fever and heat dissipation. Our ice-cold patches offer benefits, providing therapeutic to your body while protecting your equipment from potential damage caused by overheating. Stay calm and keep your gadgets safe at the same time! 4. Long-lasting effects: our 10 ice patches will keep you energized and ice applied throughout the summer. Each cold patch is designed to provide hours of refreshing relief, ensuring you stay comfortably cool even on the hottest days. 5. Quality: assured that our ice patches are made of materials that adhere firmly to skin or any surface. These patches are designed with your comfort in mind and are easy to apply and without leaving any behind. Choose us to find the ideal solution for you. Product Description:
Product Specifications:
Material: The skin contact part is gel
Color: Three themes to choose from
size: 5*12cm/1.9*4.7in
Package includes:
One packet of ice cream (10 tablets inside)

- ♥Stylish and sophisticated design: Our acrylic pendants boast elegant beauty and intricate designs, crafted from premium acrylic material to elevate any space with a touch of sophistication.
- ♥Versatile accessories: From living rooms to offices, these pendants breathe life into any area with their diverse styles and colors, including floral, geometric, and abstract patterns, effortlessly infusing artistic flair into your surroundings.
- ♥Thoughtful gift choices: Our acrylic pendant collection offers unique and thoughtful gifts for your loved ones, showcasing your care and distinctive taste, while they appreciate the beauty and craftsmanship of these pendants.
- ♥Home enhancement: Whether decorating your space or setting a romantic ambiance, our acrylic pendants enrich your everyday life with stylish and artistic designs, transforming your living space into a haven of elegance and beauty.
- ♥Quality craftsmanship: Each pendant is meticulously crafted to exude gorgeous textures and enduring quality, ensuring longevity and timeless appeal, making them a worthwhile investment for enhancing your home decor.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Color**
Purple

**Assembled Product Weight**
0.11 lb

**Brand**
Byikun

**Manufacturer Part Number**
CUTECARACCESSORIESFORWOMEN

More details

### Warranty ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings ⌃

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ

Clearance

9/24/24, 1:24 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 20 of 685 PageID #:73

Byikun Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Stylish Design Adds Elegance to Any Space, Versatile Accessories for Home or Office Decor Thoughtful Gift Choice - Walmart.com





$5.59   +$1.99 shipping

Xinduolei Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant

**Now $2.99** $3.99   +$3.99 shipping

tangyuanzzz Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant

$5.26   +$1.99 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny

**Report:**   ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires  /  Automotive Replacement Parts  /  Replacement Auto Parts

9/24/24, 1:25 PM
Review your order - Walmart.com
Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 21 of 685 PageID #:74



**Shipping, arrives by Fri, Oct 4**

Michael Boldt                                                              Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**                                       Edit

Apartment

**Items details**                                                          Hide details

**Arrives by Fri, Oct 4**                                                  1 item

Sold and shipped by Xecvkr
$0.99 seller shipping fee

Byikun Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant, Stylish Design Adds Eleganc...
Actual Color: Purple

$1.40 from savings

$5.59
$6.99

Remove        [ − 1 + ]



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in 1950**                                          $7.25

+ Add new payment                               Change payment

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial



You're saving **$1.40** today!

**Place order for $7.25**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                              $6.99

Savings                                          -$1.40

                                                  $5.59

Seller shipping                                   $0.99

**Estimated taxes**                                $0.67

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.75 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                $7.25

Have a promo code?                                  ⌄

**Try Walmart+ to save with free delivery from stores + so much more\***

*\$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>



 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

<u>Send to a different phone number</u>

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/5/24, 1:20 PM

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



## Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Color**
Purple

**Brand**
Wibazai

**Features**
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

## Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

## Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart ✳
Pride always has a place

 

Sponsored ⓘ



Options

$8.99 +$0.99 shipping
+3 options
WalGRHFR 2024 Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Gift Pendant For Party Decoration The Pendant Gift
Shipping, arrives in 3+ days

Clearance


+ Add

Now $5.50 $7.70 +$0.99 shipping
Vixdvou Dream Pendant Car Decoration, Acrylic Flat Pendant Art, Elegant Purple Wall Decor, Artistic Home Accessory Gift.
Shipping, arrives in 3+ days

Options

$11.88
+3 options
Colorful Butterflies Acrylic Decoration Pendant Funny Pendant For Party Decoration The Butterfly Pendant G
Shipping, arrives in 3+ days

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Modern Pendant Lights



**Shipping, arrives by Fri, Sep 20**

Steven kal                                                      Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                           Add

Add access codes or other necessary information.

**Items details**                                             Hide details

**Arrives by Fri, Sep 20**                                    1 item

Sold and shipped by Wibazai
$3.59 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant

$0.33 from savings

**$2.68**
$3.01

Remove    [ − ]  1  [ + ]



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                          $6.91

+ Add new payment                                      Edit payment

one

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



You're saving **$0.33** today!

**Place order for $6.91**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                   ~~$3.01~~

Savings                                              **-$0.33**

                                                        $2.68

Seller shipping                                         $3.59

**Estimated taxes**                                     $0.64

[ ] Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.09 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                     $6.91

Have a promo code?                                        ⌄

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 27 of 685 PageID #:80

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Versatile and captivating, this product is the ultimate decoration for any occasion or setting. From formal events to cozy gatherings, it seamlessly blends into the backdrop, enhancing the overall ambiance and creating a memorable visual impact. Whether you're dressing up your home for a special holiday, adding a touch of sophistication to a corporate event, or simply looking to elevate the everyday with a stylish accent, this product delivers. Its timeless design and impeccable craftsmanship ensure that it stands out as a conversation piece, making it the perfect addition to any space that demands attention to detail and a touch of elegance.
- Ideal for celebrating special occasions and enhancing any festive ambiance, this product is the perfect gift for loved ones or a stylish addition to your own home decor. Crafted with meticulous attention to detail, it exudes elegance and charm, making it a standout choice for holiday gift-giving.
- Materials:Acrylic
- At HKEJIAOI, we pride ourselves on exceptional customer service, even after your purchase. If you encounter any issues or are not fully satisfied with your product, please don't hesitate to reach out to our dedicated after-sales team. We offer hassle-free returns, prompt replacements, and are always here to provide solutions that meet your satisfaction. Your happiness is our top priority, and we're committed to making every shopping experience with us seamless and enjoyable.
- Home Essentials Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Popular, Easy to Use, Wide Range of Uses

**Brand**
HKEJIAOI

**Assembled Product Weight**
0.11 lb

**Manufacturer**
HKEJIAOI

More details

### Directions

**Fabric Care Instructions**
Hand Wash

### Warranty

**Warranty information**
If you have any problem when you purchase the product or after receiving the product please feel free to contact us, we will reply and provide the solution within 24 hours. If you think our products have any advantages or disadvantages, you can choose to make co

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance




+ Add

Now **$3.99** $4.99 · +$3.00 shipping



+ Add

Now **$4.44** $4.99 · +$1.99 shipping



+ Add

**$3.37** +$1.89 shipping

LYUCRAZ Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women

Shipping, arrives **in 3+ days**

Cevemin Dream Pendant Car Decorative Pendant Acryl DIY Crafting

Shipping, arrives **in 3+ days**

**Report:**　ⓘ Report seller　｜　⚠ Report suspected stolen goods (to CA Attorney General)

Home　/　Decor　/　Decorative Accents　/　Decorative Ornaments

2024/9/30 17:32

Review your order - Walmart.com



### Shipping, arrives by Mon, Oct 21

steven howard
1 N LA SALLE ST, Chicago, IL 60602                     Edit

**Delivery instructions (optional)**                   Edit

House

### Items details                                      Hide details

**Arrives by Mon, Oct 21**                             1 item

Sold and shipped by HKEJIAOI
$2.00 seller shipping fee

HKEJIAOI Home Essentials Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
**Actual Color: Purple**

$0.50 from savings

**$4.49**
$4.99

Remove          —  1  +



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                    $7.16

+ Add new payment          Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



### Text updates for this order

☐ Send to (xxx) xxx-5923

Send to a different phone number



**Place order for $7.16**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                          $4.99
Savings                                   -$0.50
                                           $4.49

Seller shipping                            $2.00

**Estimated taxes**                        $0.67

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.84 donation?
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                        $7.16

Have a promo code?                          ⌄

Review your order - Walmart.com

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

9/4/24, 4:14 PM
Gogusuu Clearance Sale Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



1/3

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalised artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- We are adhering to the concept of preferential customer first, our products to achieve good quality and low price, has been favored by customers. If you have any questions about the product or after-sales problems, you can contact us at any time through the reception email.
- Affordable Prices: High-quality products at competitive prices, offering excellent value for money.
- Comprehensive After-sales Service: Professional customer service team ensures worry-free after-sales support.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Size**
Free Size

**Brand**
Gogusuu

**Features**
Clearance Sale

### Warranty

**Warranty information**

Please be free to contact us if you have any questions, we promise that we will give you all satisfied solution. By the way, please check with our item description very carefully, for saving you time and get exactly what you want, thank you and enjoy your shopping.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Pride always has a place

Sponsored ⓘ



Options

$6.99 ~~$10.99 shipping~~
iju7gthy Back to School Supplies Colorful Butterflies Acrylic ration Pendant Funny 2D ration Pendant Pendant for Party ration The Pendant
Shipping, arrives **in 3+ days**



Options

$8.95 ~~/$1.99 shipping~~
iju7gthy Colorful Butterflies Acrylic ration Pendant Funny 2D ration Pendant Pendant for Party ration The Pendant
Shipping, arrives **in 3+ days**



Options

Now $6.40 ~~$7.99~~ +3 options
2024&Hanging Indoor Ornaments Funny Acrylic Anime Decoration Pendant Indoor And Outdoor Decorative A
Shipping, arrives **in 3+ days**

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 35 of 685 PageID #:88

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                        Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                              Add

Add access codes or other necessary information.

**Items details**                                            Hide details

**Arrives by Thu, Sep 19**                                        1 item

Sold and shipped by LIG87
$1.97 seller shipping fee

Gogusuu Clearance Sale Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant

$2.22 from savings

$2.77
~~$4.99~~

Remove          —    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                            $5.23

+ Add new payment                                          Edit payment

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $5.23**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                          ~~$4.99~~
Savings                                                    -$2.22
                                                           $2.77

Seller shipping                                            $1.97
**Estimated taxes**                                        $0.49

☐  Want to support the National Fish and Wildlife  ⓘ
   Foundation's Acres for America program with
   a $0.77 donation?

   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife  ⓘ
Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                        $5.23

Have a promo code?                                            ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/18/24, 2:43 PM

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



9/18/24, 2:43 PM

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized .
- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with refinement.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

bmange

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ WARNING: None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.


It's more than a toy

Sponsored ⓘ





$7.99 +$1.00 shipping
BFYSFBAIG Funny Acrylic Animal Decoration Pendant 2D Butterfly Decoration Pendant indoor and Outdoor Decorative Accessories Garden Decoration Pendant Car Ornaments for

$5.99 +$1.89 shipping    +3 options
WIQUOKETT Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant

$5.88 +$1.99 shipping    +3 options
Fall Decor Funny Acrylic Animal Decoration Pendant C Indoor And Outdoor Decorative Accessories Garden D

Shipping, arrives **in 3+ days**          Shipping, arrives **in 3+ days**          Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Fixtures



**Shipping, arrives by Thu, Oct 3**

Steven kal                                                          Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                Add

Add access codes or other necessary information.

**Items details**                                                   Hide details

**Arrives by Thu, Oct 3**                                           1 item

Sold and shipped by bmange
$3.00 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

**$3.99**

Remove        −    1    +



**Place order for $7.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                               $3.99
Seller shipping                                                     $3.00
**Estimated taxes**                                                 $0.72

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.29 donation?

  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

  $1.00      $2.00      $5.00

**Estimated total**                                                 **$7.71**

Have a promo code?                                                  ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                $7.71

+ Add new payment                                          Edit payment

**one**

onepay  $15 cash back when you spend $15+            Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ Send to (xxx) xxx-8484

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



9/24/24, 2:22 PM                                                Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

★★★★☆ 87                                    ★★★★☆ 310                                   ★★★☆☆ 214
Save with W+                                Save with W+                                Save with W+

Pickup today                               Shipping, arrives in 2 days                 Shipping, arrives in 2 days
Delivery today
Shipping, arrives in 3+ days

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalised . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your of your attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Christmas Clearance
- Christmas Clearance
- Christmas Clearance

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Assembled Product Weight**
0.11 lb

**Brand**
VRELL

**Manufacturer Part Number**
Christmas Clearance

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ



Options

$7.30 +$3.00 shipping
QNFEPKG Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant
Shipping, arrives in 3+ days



Options

$8.79 +$2.99 shipping
Funny Acrylic Animal Decoration Pendant Creative 2D Outdoor Decorative Accessories Garden Decoration P
Shipping, arrives in 3+ days

9/24/24, 2:22 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 45 of 685 PageID #:98
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires / Automotive Replacement Parts / Replacement Auto Parts



**Shipping, arrives by Fri, Oct 4**

Michael Boldt                                                    Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**                            Edit

Apartment

**Items details**                                          Hide details

**Arrives by Fri, Oct 4**                                       1 item

Sold and shipped by FANX
$3.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

**$2.09**

Remove        —    1    +



**Place order for $6.70**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                            $2.09
Seller shipping                                                  $3.99
**Estimated taxes**                                              $0.62

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.30 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[$1.00]   [$2.00]   [$5.00]

**Estimated total**                                             **$6.70**

Have a promo code?                                                 ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 1950                                              $6.70

+ Add new payment                              Change payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 47 of 685 PageID #:100

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.









**Shipping, arrives by Fri, Sep 20**

Steven kal                                                          Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                               Add

Add access codes or other necessary information.

**Items details**                                                  Hide details

**Arrives by Fri, Sep 20**                                         1 item

Sold and shipped by shenzhenshinanchengdi
$2.99 seller shipping fee

Clearance!FWOVF Hanging Decor,Dream Pendant
Car Decorative Pendant Acrylic Flat Pendant
Actual Color: Purple

**$5.87**

Remove        —   1   +



**Place order for $9.77**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                              $5.87
Seller shipping                                                    $2.99
**Estimated taxes**                                                $0.91

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.23 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

  $1.00        $2.00        $5.00

**Estimated total**                                                $9.77

Have a promo code?                                                 ⌄

**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                              $9.77

+ Add new payment                                    Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 51 of 685 PageID #:104

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Electricseller

**Electricseller Pendant Garden Decoration in Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns ⓘ

**$4.09**

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

Purple
$4.09

**How you'll get this item:**

Shipping
Arrives Oct 18
$1.99

Pickup
Not available

Delivery
Not available

1 N LA SALLE ST  Change

Arrives by **Fri, Oct 18** | More options

Shipping fee $1.99

Sold and shipped by **Electricseller**

★★★★★ 6 seller reviews

View seller information

Free 30-day returns  Details

♡ Add to list          🎁 Add to registry

Sponsored

Now **$13.75** $20.24

6-inch christmas red beaded berry wreath candleling candle ring ornament

2-day shipping

+ Add



Clearance

Options

Options

Options

**Now $4.49** $6.99
More options from $2.99

Holloyiver 2024 Chicken Ornament Christmas Tree Decoration Acrylic Materia Farmhouse Decor, Christmas Tree Decoration Flat Pendant 3.15 Inches

★★★★☆ 41

Shipping, arrives **in 3+ days**

$6.99
Options from $6.99 - $9.61

24pcs Grinch Christmas Ornaments for Tree Decorations Christmas Ornaments Resin Miniatures for Craft Christmas Decor

★★★☆☆ 117

Shipping, arrives **in 3+ days**

$1.13  +$4.99 shipping

Bouanq Christmas Decorations Xmas Tree Decor Christ Hanging Ornament Christmas Tree Christmas Tree Orn

Shipping, arrives **in 3+ days**







$99.00

Avec Cerise Collection Luxe Brushed Gold Pendant Light

★★★★★ 22

2-day shipping

$25.97 $17.09/kg

Better Homes & Gardens 55" Adjustable Architectural Single Head Pendant Light, White Finish

★★★★★ 59

2-day shipping

$22.87

Better Homes & Gardens 126" Architectural Bare Pendant, Satin Nickel Metal Base Adjustable Cord

★★★★☆ 28

Pickup    Delivery    3+ day shipping

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8"8"0.37cm
Package includes:
1 pendant

- MULTIFUNCTIONAL DECORATIONS:Suitable for placement on an indoor table or outdoor grass, these adorable decorations are a whimsical addition to any home or garden setting and are sure to bring pleasure wherever they go.
- BEAUTIFUL DECORATION: They have an elegant holiday look and show fantastic styling when you use them as decorations. Lovely decoration for any special occasion except Christmas, New Year's party.
- ADD A SENSE OF AMBIENCE: This is a great in addition to enhancing the ambiance while keeping any room in your home. Our beautiful decorations provide great home décor for the interior.
- UNIQUE GIFT: It's a unique gift, whether it's for yourself, your kids or neighbors, this decoration is a great choice for you.
- WIDELY USED:Can be used as party, nursery, christening, holiday celebration decorations, photography backdrops, dessert table decorations, cake decorations or refrigerator stickers. Suitable for placing in children's bedrooms, also suitable for decorating parties, weddings and so on.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Multi-Function

**Brand**
Electricseller

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Pendant Garden Decoration

More details

### Directions

**Fabric Care Instructions**
Easy to Clean

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

★★★★★ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

Clearance







Add

Add

Add

**Now $4.56** ~~$512~~ +$2.00 shipping

IBaodan Home Decor Clearance sale Housewarming Gift Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

$7.60 +$3.99 shipping

2025 New home decor on clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

$2.98 +$2.99 shipping

DMDUOU Acrylic Pendant,Elegant Acrylic Dream Pen Design for Hanging Art, Versatile Interior Accent & Du

Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Holiday Decor  /  Christmas Decor  /  Christmas Tree Decorations  /  Shop All Christmas Tree Decorations



**Shipping, arrives by Thu, Oct 17**

steven howard
1 N LA SALLE ST, Chicago, IL 60602                    Edit

**Delivery instructions (optional)**                  Edit

House

---

**Items details**                                    Hide details

**Arrives by Thu, Oct 17**                            1 item

Sold and shipped by Electricseller
$1.99 seller shipping fee

Electricseller Pendant Garden Decoration in
Clearance Dream Pendant Car Decorative Penda...

Actual Color: Purple

**$4.09**

Remove          −   1   +

---



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                                  $6.70

+ Add new payment                          Change payment

---



**Walmart+** Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

---



**Place order for $6.70**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                      $4.09
Seller shipping                            $1.99
**Estimated taxes**                        $0.62

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.30 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00     $2.00     $5.00

**Estimated total**                        $6.70

Have a promo code?                           ⌄



YULANBI

**2025 New home decor on clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns ⓘ

**$7.60**
Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

| Purple |
| --- |
| $7.60 |

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives Oct 18 | Not available | Not available |
| $3.99 | | |

1 N LA SALLE ST    Change

Arrives by Fri, Oct 18  |  More options

Shipping fee $3.99

Sold and shipped by YULANBI

★★★★★ 5 seller reviews

View seller information

Free 30-day returns    Details

Add to list                Add to registry

Reduced price

Sponsored

**Now $10.99** $15.99

Tied Ribbons Ganesh Statue Sculpture for Car Dashboard Home Temple Decor | 2"x 2.3" | Resin

2-day shipping

+ Add

Clearance

Options

Best seller

+ Add

+ Add



**Now $3.39** $10.87 +$4.90 shipping
More options from $1.24
Yubnhaw Hangs Color Acrylic Sunshade Ukrainian Color Acrylic Color Acrylic Window Decoration Hanging Ornament, Christmas Decorations
★☆☆☆☆ 1
Shipping, arrives in 3+ days



$13.99
6 Pack Round Metal Floral Wire Wreath Frame 12 inch Ring for Christmas New Year Home Decoration
★★★★★ 25
Save with W+
Shipping, arrives in 2 days



$4.99 +$5.00 shipping
DIY Handmade Dream Catcher Fairy String Decoration
Shipping, arrives in 3+ days

---

**Best seller**

+ Add

$22.87
Better Homes & Gardens 126" Architectural Bare Pendant, Satin Nickel Metal Base Adjustable Cord
★★★★☆ 28
Pickup | Delivery | 3+ day shipping

+ Add

$27.97
Better Homes & Gardens 12" Architectural Woven Pendant Light, Natural Rattan Shade
★★★★★ 55
2-day shipping

+ Add

$25.97 $17.09/kg
Better Homes & Gardens 55" Adjustable Architectural Single Head Pendant Light, White Finish
★★★★★ 59
2-day shipping

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
**Features:**
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or of fice, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- clearance under $15
- Online service within 48 hours
- Create a warm ambiance: our decorative products can create a warm ambiance. Make your home full of happiness and warmth.
- Ideas and happiness coexist: our decorative products are not beautiful, but also add a sense of happiness and freshness to life, so that the daily home life more colourful.
- Enhance home beauty: our home decoration in the design of the beauty effect, shape design, and other considerations, you can make your home new life and vitality.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Brand**
YIJLANBI

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Home Decor

**Color**
Purple

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Add

$2.98 +$2.99 shipping

DMDUOU Acrylic Pendant,Elegant Acrylic Dream Pendant,Stylish Home Décor & Gift Idea, Flat Design for Hanging Art, Versatile Interior Accent & Durable Craftsmanship Purple

Shipping, arrives **in 3+ days**

Clearance



Add

Now **$1.69** $1.99 +$4.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance

Shipping, arrives **in 3+ days**



Add

$2.80 +$3.99 shipping

Yishangzhg Dream Pendant Car Decorative Pendant A Kitchen Appliances

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Thu, Oct 17**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**
Edit

House

**Items details**
Hide details

**Arrives by Thu, Oct 17**
1 item

Sold and shipped by YULANBI
$3.99 seller shipping fee

2025 New home decor on clearance Dream Pendant Car Decorative Pendant Acrylic Flat...

Actual Color: Purple

**$7.60**

Remove    −  1  +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192
$12.78

+ Add new payment

Change payment



**Walmart+** Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



**Place order for $12.78**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                          $7.60
Seller shipping                                $3.99
**Estimated taxes**                            $1.19

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.22 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                            $12.78

Have a promo code?                              ⌄



9/19/24, 3:47 PM
USUPDD Cute Car Accessories (Purple) Car Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 63 of 685 PageID #:116

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

[]

- USUPDD Cute Car Accessories (Purple), Car Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Unique design, the cute pendant will shake gently when the car is moving. Very interesting. Fashionable and cute, it is a good thing to decorate cars and houses.
- Perfect for hanging car rearview mirrors, a beautiful decorative piece in your home or car.
- It is small and exquisite, and will not affect the driving sight. The main part should not be too long to avoid collision with the glass when braking, and it shakes slightly when driving, which can well reduce the driver's visual fatigue.
- Even if life gets in your way, be brave and keep going. Car pendants are a kind of culture, carrying some blessings and expectations, reflecting the personality and aesthetics of the car owner, and coordinating with the interior decoration.

⚲ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple 9L9

**Brand**
USUPDD

### Directions

**Fabric Care Instructions**
USUPDD Cute Car Accessories (Purple), Car Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet


**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

leap
It Starts with Reading

Sponsored ⓘ



$6.99 +$2.99 shipping
Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant Stained Glass Birds on A Wire Window Panel Gamer

Shipping, arrives **in 3+ days**

Options



$8.99
DUAONETS Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

Options



$1.99 +$190 shipping
Teissuly Dream Pendant Car Decorative Pendant Acrylic

Shipping, arrives **in 3+ days**

+ Add

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 64 of 685 PageID #:117

**Report:**  ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



Free shipping, arrives by Wed, Oct 2

Steven kal                                                         Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                               Add

Add access codes or other necessary information.

**Items details**                                             Hide details

**Arrives by Wed, Oct 2**                                        1 item

Sold and shipped by UsDCYM
Free shipping

USUPDD Cute Car Accessories (Purple), Car
Decor Dream Pendant Car Decorative Pendant...

$4.39

Remove            −    1    +



**Place order for $4.84**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                                $4.39
Shipping                                                          Free
**Estimated taxes**                                             $0.45

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.16 donation?

  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

  $1.00        $2.00        $5.00

**Estimated total**                                             $4.84

Have a promo code?                                                 ⌄



**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                          $4.84

+ Add new payment                                        Edit payment

⑤ one

onepay  $15 cash back when you spend $15+           Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 66 of 685 PageID #:119

📱  **Text updates for this order**

☑  **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:20

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 67 of 685 PageID #:120

SHIMELE Car Decorative Pendant, Dreamcatcher Pendant, Acrylic Flat Hanging Ornament, Auto Rearview Mirror Decoration - Walmart.com

SHIMELE

**SHIMELE Car Decorative Pendant, Dreamcatcher Pendant, Acrylic Flat Hanging Ornament, Auto Rearview Mirror Decoration**

☆ (No ratings yet)

↻ Free 30-day returns

**$0.77**

Price when purchased online ⓘ

Buy now

Add to cart

Size: 3.15" x 3.15" x 0.15"

| 3.15" x 3.15" x 0.15" |
| $0.77 |

Actual Color: Purple

○

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 17<br>$4.99 | 🚗 Pickup<br>Not available | 🏪 Delivery<br>Not available |

Delivery to **1 N LA SALLE ST**

Sold and shipped by SHIMELE | ✓ Pro Seller ⓘ

★★★★☆ 5 seller reviews

View seller information

↻ Free 30-day returns  Details

♡ Add to list                                    🏷 Add to registry



2024/9/30 17:20

SHIMELE Car Decorative Pendant, Dreamcatcher Pendant Acrylic Flat Hanging Ornament, Auto Rearview Mirror Decoration - Walmart.com

## About this item

### Product details

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor.

- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic .

- 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- High-quality material with good durability, able to withstand daily use and long time wear and tear.
- Comfortable and pleasant to use experience, giving you a kind and warm feeling.
- Wide range of uses to meet your needs and lifestyle.
- Aesthetically pleasing and complements your home style, enhances the visual effect of the space and creates a cosy and welcoming atmosphere.
- Good quality and inexpensive, perfect for gifting to friends and family.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
SHIMELE

**Assembled Product Weight**
0.11 lb

**Manufacturer**
SHIMELE Home

**Manufacturer Part Number**
SHIMELE Home & Decoration

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠️ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

---

Clearance

♡
⊕ Add
Now **$5.38** ~~$6.12~~ • $1.99 shipping

Clearance

♡
⊕ Add
Now **$2.42** ~~$2.69~~ • $1.99 shipping

Clearance

♡
⊕ Add
Now **$0.99** ~~$2.99~~ • $4.99 shipping

2024/9/30 17:20

SHIMELE Car Decorative Pendant, Dreamcatcher Pendant Acrylic Flat Hanging Ornament, Auto Rearview Mirror Decoration - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 69 of 685 PageID #:122

Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings(Purple)

Shipping, arrives **in 3+ days**

AOMXGD Dream Pendant Car Decorative Pendant Ac Purple

Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

Tesla Fenders

Tesla Sun Visor

Tesla Grilles

Tesla Interior Lights

Tesla License Plate Frames

Party & Occasions  /  Christmas Trees & Christmas Decor  /  Christmas Decor  /  Indoor Christmas Decor  /  Christmas Ornaments  /  Character Ornaments



**Shipping, arrives by Wed, Oct 16**

steven howard                                        Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                 Edit

House

**Items details**                                    Hide details

**Arrives by Wed, Oct 16**                           1 item

Sold and shipped by SHIMELE | ⊘ **Pro Seller** ⓘ

$4.99 seller shipping fee

SHIMELE Car Decorative Pendant, Dreamcatcher
Pendant, Acrylic Flat Hanging Ornament, Auto...
Size: 3.15x3.15x0.15in, Actual Color: Purple

**$0.77**

Remove        ⊖    1    ⊕



Place order for $6.35

By placing this order, you agree to our Privacy Policy and Terms of
Use

**Subtotal** (1 item)                                $0.77
Seller shipping                                      $4.99
**Estimated taxes**                                  $0.59

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.65 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]    [ $2.00 ]    [ $5.00 ]

**Estimated total**                                  $6.35

Have a promo code?                                   ⌄

## Payment method

💳

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                              $6.35

+ Add new payment              [ Change payment ]



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

## Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the
preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data
rates may apply. By continuing, you agree to our Mobile Alert Terms.

Review your order - Walmart.com



JeenMata Gift multipack 6 pc Women Necklace Pendant Jewelry Gift, Choker, Snake Chain, Curb Link, Trendy Layered Necklace, Adjustable Necklace Gift Set for Women

★★★★☆ 110

Save with W+

Shipping, arrives in 3+ days

Save with W+

Shipping, arrives in 3+ days

## About this item

### Product details ∧

## Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.

- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized .

- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Good quality: The product comes from a good manufacturer and has good quality
- Fair price: The product is of good quality and affordable price
- Service Guarantee: We will answer your questions as soon as possible and issue a refund as soon as there are any quality issues with the product

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ∧

**Gender**
Unisex

**Brand**
PeiBaiShun

**Material**
Acrylic

**Age Group**
Adult, Teen

### Warranty ∧

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

---

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.


Build the galaxy

Sponsored ⓘ

Reduced price







Now **$3.60** $5.28 · $2.60 shipping

**$2.00** · $4.99 shipping

**$5.98** · $1.89 shipping

Artificial Holly Garland Outdoor Decorated Christmas Garland Pie Beads Chain Beads for Vases Antique Stained Glass Window Panel Funny Acrylic Animal Decoration Pendant Creative 2D

NGHnuifg Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Lovebird Eggs Hanging Teardrop Glass Stained Glass

ZAROYEAX Funny Acrylic Animal Decoration Pendant Indoor and Outdoor Decorative Accessories Garden D...

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Jewelry / Womens Jewelry & Watches / Womens Jewelry / Womens Necklaces / Fashion Necklaces & Pendants



**Free shipping, arrives by Sat, Oct 5**

Steven kal                                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                          Add

Add access codes or other necessary information.

**Items details**                                                    Hide details

**Arrives by Sat, Oct 5**                                                  1 item

Sold and shipped by PeiBaiShun
Free shipping

PeiBai Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: Purple

**$6.64**

Remove          −    1    +



**Place order for $7.32**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                      $6.64
Shipping                                                                     Free
**Estimated taxes**                                                        $0.68

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.68 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                                                        $7.32

Have a promo code?                                                            ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                       $7.32

+ Add new payment                                        [ Edit payment ]

**one**

onepay  $15 cash back when you spend $15+              [ Sign up ]

Add any credit or debit card & stack cash back



Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 76 of 685 PageID #:129

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/24/24, 2:25 PM     YFKFYTG Clearance Sales Today Deals Prime Home Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 77 of 685 PageID #:130

TASTY  Cook with Clean Ceramic™                                                    Sponsored

Clearance

YFKFYTG

**YFKFYTG Clearance Sales Today Deals Prime Home Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

**Now $2.99**  $3.39 ⓘ
You save  $0.40
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**

| Shipping<br>Arrives Oct 9<br>$2.99 | Pickup<br>Not available | Delivery<br>Not available |
|---|---|---|

Delivery to  **3200 N Lake Shore Dr**

Sold and shipped by **DDGXJGI**
★★★★★ 4 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list            🎁 Add to registry

Sponsored
**$59.00**
Elk Home 12-Inch Wide Star Pendant, Traditional, Oil Rubbed Bronze
3+ day shipping

| + Add |
|---|



>

+3
View all



**$85.96**
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US
Shipping, arrives **in 3+ days**

| + Add |
|---|



**$66.00**
Indoor Modern LED Round Acrylic Ceiling Lamp Warm Light Personality Bedroom Modern LED Round Ceiling Lamp Warm Light Living Room Acrylic Lighting Fixture Round Ceiling Light Acrylic LED Pedant Lamp
★★★☆☆
Shipping, arrives **in 3+ days**

| + Add |
|---|



**$61.00**
Miumaeov Modern Rectangle Ceiling Light Fixture Acr Bedroom Living Room Decoration
Shipping, arrives **in 3+ days**

| + Add |
|---|

YFKFYTG Clearance Sales Today Deals Prime Home Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- YFKFYTG Clearance Sales Today Deals Prime Home Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Please be free to contact us if you have any questions, we promise that we will give you all satisfied solution.By the way, please check with our item description very carefully, for saving you time and get exactly what you want, thank you and enjoy your shopping.
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic .
- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Brand**
YFKFYTG

### Directions

**Fabric Care Instructions**
Hand Wash

### Warranty

**Warranty information**
Please be free to contact us if you have any questions, we promise that we will give you all satisfied solution. By the way, please check with our item description very carefully, for saving you time and get exactly what you want, thank you and enjoy your shopping.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

### This item does not have any reviews yet

■■ **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ

9/24/24, 2:25 PM
YFKFYTG Clearance Sales Today Deals Prime Home Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 79 of 685 PageID #:132



Options



+ Add

Options

+3 options

$8.29 +$2.00 shipping

DssFDGR Funny Acrylic Animal Decoration Pendant Novel 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant Washable

$2.09 +$3.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days

+2 options

$6.89

GARENAS Car Decor Funny Acrylic Animal Decoration Outdoor Decorative Accessories Garden Decoration P

**Report:** ⓘ Report seller / ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Wed, Oct 9**

Michael Boldt                                                    Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

Delivery instructions (optional)                                 Edit

Apartment

## Items details                                            Hide details

**Arrives by Wed, Oct 9**                                        1 item

Sold and shipped by DDGXJGI
$2.99 seller shipping fee

YFKFYTG Clearance Sales Today Deals Prime
Home Decor,Dream Pendant Car Decorative...

$0.40 from savings

                                                    $2.99
                                                    $3.39

Remove        —    1    +



You're saving **$0.40** today!

**Place order for $6.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                              $3.39
Savings                                          -$0.40
                                                   $2.99
Seller shipping                                    $2.99
**Estimated taxes**                                $0.61

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.41 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

  $1.00        $2.00        $5.00

**Estimated total**                               $6.59

Have a promo code?                                    ⌄



## Payment method

🔵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 1950                               $6.59

+ Add new payment                          Change payment

ⓢ one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+ · Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 81 of 685 PageID #:134

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- VIBRANT VISUAL BALANCE: These home decorations are colorful and various, which can create a beautiful visual balance for your living space.
- EXQUISITE CRAFTSMANSHIP: Our decorations are crafted with exquisite craftsmanship and delicate appearance, which can add some artistic flavor to your home.
- Material: our home decorations are made of high quality materials, safe and reliable, you can rest assured to buy.
- BEST GIFT: These decorations are of high quality and low price, which is the best gift for your family, friends and children, or as a housewarming gift for your friends.
- If you have any questions about the products, please do not hesitate to contact us!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. [See our disclaimer](#)

### Specifications

**Color**
Purple

**Size**
Free Size

**Brand**
Anckoeil

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠️ **WARNING:** None



+ Add

$89.00

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

Shipping, arrives in **3+ days**



+ Add

$7.99 +$1.98 shipping

Iju7gfhy 4th of July Indoor Sun Acrylic Pendant Light Refraction Home Decor Pendant Fun Gift For Window Decoration

Shipping, arrives in **3+ days**

Clearance



+ Add

**Now $14.19** $15.79 +$6.90 shipping

Ynlkorvg Ornaments Clearance, Lampshade Home Han Home Decor Home Decor

Shipping, arrives in **3+ days**

💬 [Report incorrect product information](#)

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

 Write a review

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. [Learn more.](#)



Celebrate with easy meals

Sponsored ⓘ

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Fixtures



**Shipping, arrives by Fri, Sep 13**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                         Add

Add access codes or other necessary information.

**Items details**                                           Hide details

**Arrives by Fri, Sep 13**                                  1 item

Sold and shipped by Anckoeil Fashion Home
$1.99 seller shipping fee

Big Savings! Anckoeil Home Decoration Dream
Pendant Car Decorative Pendant Acrylic Flat...

**$3.69**

Remove          —   1   +



**Place order for $6.26**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                       $3.69
Seller shipping                                             $1.99
**Estimated taxes**                                         $0.58

**Estimated total**                                         $6.26

Have a promo code?                                          ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                        $6.26

+ Add new payment                          Edit payment

**one**

onepay  $15 cash back when you spend $15+       Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

<u>Send to a different phone number</u>

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Yishangzhng

**Yishangzhng Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Room Decor for Men, Kitchen Appliances**

Free 30-day returns ⓘ

**$2.80**

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

| Purple |
|--------|
| $2.80 |

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives Oct 16 | Not available | Not available |
| $3.99 | | |

**1 N LA SALLE ST**   Change

Arrives by **Wed, Oct 16** | More options

Shipping fee $3.99

Sold and shipped by **Yishangzhng**

★★★★★ 1 seller review

View seller information

Free 30-day returns   Details

♡ Add to list          🎁 Add to registry

Sponsored

**$17.58**

DIY Diamond Pendant, Diamond Art Painting Butterfly Acrylic Home Decoration Pendant (Single-Sided Diamond)-SS003

3+ day shipping

＋ Add



**$10.99**

Likegreen Sustain Pedal for Pianos Electronic Keyboard Universal Design Black SP-1

★★★★★ 2

Save with W+

Shipping, arrives in 2 days

**$11.99**

Unique Bargains Pair Black Rubber Nonslip Motorcycle Front Left Right Brake Pedal Cover for CG

Shipping, arrives in 3+ days

**$24.99** +$5.99 shipping

Nektar NP-2 Universal Metal Footswitch Pedal

Shipping, arrives in 3+ days

---

## About this item

### Product details

## Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.

- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized .

- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Yishanghng Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Room Decor for Men, Kitchen Appliances
- Quality Without Worry: Made with safe quality assurance, you will get full satisfaction from this order.
- Forward-Thinking: Innovation is the power that drives us forward. Contemporary design that exemplifies value and quality.
- Affordable Price: Although the product does not have fancy performance, it has the necessary features and is affordable.
- Refund Promise: Your smile is the greatest affirmation to us. If you found anything dissatisfied with the item please contact us for full refund.
- for the home;home essential;home products;apartment essential;home accessories;home product;new home essential for new apartment;home items;essential for new home;household essential for new home;new home essential must haves;house items for new home;house items;small apartment essential;must have home essential;house essential;home organizer
- new home needs;apartment organization;apartment must haves;home thing;house essential for new home;apartment accessorie;new home must haves;home organizers;things for home;house accessories for home;home organization;apartment organization must haves;home necessities;house essential must haves;house essential;home organization and storage;apartment stuff;home storage and organization
- household essential;house necessities;household items for new home;kitchen needs for new home;new apartment essential;home essential for new home;must haves for home;house gadgets;modern home essential;house needs;home organizers and storage;home supplies;first home essential;housing essential;stuff for apartment;apartments essential;home organizer

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Assembled Product Dimensions (L x W x H)**

3.15 x 3.15 x 0.15 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

---



**$14.23**

DIY Diamond Pendant Diamond Art Painting Cardinal Bird Creative Design Acrylic Hollow Home Decoration Pendant (Single Side Diamond)

3+ day shipping



**$14.47**

Moon Dream Catchers with Crystal Tree of Life Dream Catcher Pendant Garden Sun Catcher Hanging Decoration Gift for Girls,Boys, Kids

3+ day shipping



**$12.73**

DIY Diamond Pendant Diamond Art Painting Cardinal Bird Creative Design Acrylic Hollow Home Decoration Pendant (Single Side Diamond)

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



$1.81  +$3.99 shipping

YuXinYang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room Decor

Shipping, arrives **in 3+ days**

Clearance



**Now $4.56** $5.12  +$2.00 shipping

IBaodan Home Decor Clearance sale Housewarming Gift Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Clearance



**Now $1.29** $1.49  +$4.99 shipping

PNNJI Room Decor - Dream Pendant Car Decorative Decorations for Home Clearance(Z)

Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Tue, Oct 15**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**    Edit

House

**Items details**    Hide details

**Arrives by Tue, Oct 15**    1 item

Sold and shipped by Yishangzhng
$3.99 seller shipping fee

Yishangzhng Dream Pendant Car Decorative
Pendant Acrylic Flat Pendant, Room Decor for...
Actual Color: Purple

$2.80

Remove    − 1 +



Place order for $7.49

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $2.80 |
|---|---|
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.70 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.51 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ] [ $2.00 ] [ $5.00 ]

**Estimated total**    $7.49

Have a promo code?    ⌄



🗔 **Payment method**

💵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192    $7.49

+ Add new payment    [ Change payment ]



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

2024/9/30 17:10
Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings(Purple) - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 92 of 685 PageID #:145

Clearance

Rwvbm

**Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings(Purple)**

☆ (No ratings yet)

ⓘ Free 30-day returns

**Now $2.42** ~~$2.69~~ ⓘ
You save $0.27
Price when purchased online ⓘ

Buy now

| Add to cart |

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 17<br>$1.99 | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |

Delivery to **1 N LA SALLE ST**

🏬 Sold and shipped by **WKWeiS**
★★★★☆ 80 seller reviews
View seller information

ⓘ Free 30-day returns Details

♡ Add to list                    🏴 Add to registry

🔍

›

**In 50+ people's carts**
♡
+ Add

$4.47 $4.47/in
Bling Ring Auto Interior Jewelry Applies to Most Vehicle Interiors - 3 Pack
★★★★☆ 87
Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

♡
Options

$9.41
More options from $5.82
SPRING PARK 2Pcs Shiny Rhinestones Car Vehicle Interior Door Lock Knob Pull Pins Decoration
Shipping, arrives **in 3+ days**

**Reduced price**
♡
Options

Now **$6.09** ~~$9.09~~ +$3.00 shipping
Homa 2Pcs Shiny Rhinestones Car Vehicle Interior Do-
Shipping, arrives **in 3+ days**

**About this item**

2024/9/30 17:10

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 93 of 685 PageID #:146

Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings,Purple - Walmart.com

## Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings
- ★ ★ ★ ★ ★Our product philosophy: Let you buy with confidence, use with joy, and serve your life and home with high quality!
- ✦ Stylish & Functional Design: Crafted with a perfect blend of elegance and practicality, this home product seamlessly integrates into any American household. Making it a must-have for modern living.
- ✦ Versatile Use: Whether you're looking to spruce up your living room, bedroom, or office, this versatile piece fits right in. Offering multiple uses and configurations to suit your lifestyle and preferences.
- 🎁🎁🎁The most suitable gift to give to your beloved TA is to express your love. TA will definitely love this gift and create a festive atmosphere. It is the best choice.
- $ $ $ $ Limited-Time Promotion Deals: Premium quality, unbeatable sale savings clearance on home upgrades. Act fast!
- ☺☺☺Customers rest assured is our purpose, please rest assured that the purchase, there is a problem at any time to contact us~

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

## Specifications

**Color**
Purple,Free Size

**Brand**
Rwvbm

**Manufacturer Part Number**
HANGINGORNAMENTS

---

## Directions

**Fabric Care Instructions**
Hand washing or machine washing. Can be dried, not bleached. When washing brightly colored clothes for the first time, it is recommended to add a small amount of salt to water for 30 minutes, which can effectively prevent the clothes from fading.

---

## Warranty

**Warranty information**
Please be free to contact us if you have any questions, we promise that we will give you all satisfied solution. By the way, please check with our item description very carefully, for saving you time and get exactly what you want, thank you and enjoy your shopping. product problems. We will be happy to solve the problem for you and avoid unnecessary refund processes. We are committed to ensuring your satisfaction, thank you for your support and trust!

...

More details

---

## Warnings

⚠ **WARNING:** None

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

| | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |

---

Clearance



Now **$0.99** $2.99 +$4.99 shipping
AOMXGD Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Home Decor on Clearance, Purple
Shipping, arrives **in 3+ days**



$3.37 +$1.89 shipping
Cevemin Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Car Hanging Ornament for DIY Crafting
Shipping, arrives **in 3+ days**



$6.59 +$0.99 shipping
Keeplus Dream Pendant Car Decorative Pendant Acryli Home Decoration
Shipping, arrives **in 3+ days**

2024/9/30 17:10

Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings(Purple) - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 94 of 685 PageID #:147

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires  /  Automotive Replacement Parts  /  Replacement Auto Parts



**Shipping, arrives by Wed, Oct 16**

steven howard                                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                             Edit

House

**Items details**                                                Hide details

**Arrives by Wed, Oct 16**                                       1 item

Sold and shipped by WKWeiS
$1.99 seller shipping fee

Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat
Charm Accessory for a Touch of Whimsy on the...

$0.27 from savings

$2.42
$2.69

Remove       —    1    +

**Place order for $4.86**

By placing this order, you agree to our Privacy Policy and Terms of
Use

**Subtotal** (1 item)                                   $2.69
Savings                                                -$0.27
                                                        $2.42

Seller shipping                                         $1.99

**Estimated taxes**                                     $0.45

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.14 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                     $4.86

Have a promo code?                                        ⌄



🗔 **Payment method**

💳   **We'll look for smart ways to pay**
     We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 9192                                    $4.86

+ Add new payment                          Change payment



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so**
**much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



📱 **Text updates for this order**

☐ Send to (xxx) xxx-5923
   Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the
preference.

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 96 of 685 PageID #:149

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

TASTE    Be on the cutting edge                                                    Sponsored ⓘ

LUOzoyuans

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

⊙ Free 30-day returns

**$3.99**

Price when purchased online ⓘ

**Buy now**

**Add to cart**

Actual Color: Purple

| Purple |
| $3.99 |

How do you want your item?

| 🚚 Shipping<br>Arrives Oct 3<br>$3.00 | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |

Delivery to **1 N La Salle St**

🏬 Sold and shipped by **LUOzoyuans**

★★★★★ 3 seller reviews

View seller information

⊙ Free 30-day returns  Details

♡ Add to list                          🎁 Add to registry

Sponsored
**$499.99**
Crystorama Lighting Group Car-9206 Carlyn 6 Light 24" Wide Pendant - Black
3+ day shipping

**+ Add**





Sponsored
**Now $11.99** $85.99
Ceiling Light Fixture with Teardrop Glass Shade Semi Flush Mount Indoor Lighting
Shipping, arrives **in 3+ days**

**$24.99**
Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White
Shipping, arrives **in 3+ days**



**$89.00**
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant
Shipping, arrives **in 3+ days**

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized .
- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with refinement.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
LUOzoyuans

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠️ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

It's more than a toy

Sponsored ⓘ



$3.28
Lilixere Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days



$5.33 +$3.99 shipping
kitchen decor Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant



$6.12 +$3.99 shipping
SKBEY Decorated Garland Outdoor Flocked Lambs Ear Wedding Ornament Glass Funny Acrylic Animal Decora

Shipping, arrives **in 3+ days**                    Shipping, arrives **in 3+ days**

| **Report:** | ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General) |

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures





**Shipping, arrives by Thu, Oct 3**

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

**Delivery instructions (optional)**　　Add

Add access codes or other necessary information.

**Items details**　　Hide details

**Arrives by Thu, Oct 3**　　1 item

Sold and shipped by LUOzoyuans
$3.00 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Actual Color: Purple

$3.99

Remove　　−　1　+

**Place order for $7.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)　　$3.99
Seller shipping　　$3.00
**Estimated taxes**　　$0.72

☐ Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.29 donation? ⓘ
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife Foundation (NFWF)** ⓘ
$1.00　$2.00　$5.00

**Estimated total**　　$7.71

Have a promo code?　⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 3651　　$7.71

+ Add new payment　　Edit payment

one

onepay  $15 cash back when you spend $15+　　Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



| $24.99 | $139.99 | $89.00 |
|---|---|---|
| Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White | MELUCEE 5-Light Pendant Light Fixtures Ceiling Hanging Cluster Chandelier Black with Clear Glass Shade | DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US |

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

### Specifications

**Color**
Purple

**Brand**
DGOO

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬  Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

### This item does not have any reviews yet

| | ▓ | **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more. |
|---|---|---|

Walmart +

Gear p & go

Sponsored ⓘ



$6.14
Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift
Shipping, arrives in 3+ days



Clearance

**Now $5.10** $6.60 +$150 shipping
Acrylic Garland 99 Ft Christmas Berries Clear Stretch Cord .8mm 50 Ft Hanging Easter Decorations Hat Christmas Ornament Clear Beads Garland Funny Acrylic Animal Decoration Pendant
Shipping, arrives in 3+ days



$7.19
Home Decor Accents Colorful Butterflies Acrylic Dec... Decoration Pendant Gift Pendant For Party Decoratio...
Shipping, arrives in 3+ days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 104 of 685 PageID #:157

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Fixtures



**Shipping, arrives by Mon, Sep 23**

Steven kal                                                     Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                            Add

Add access codes or other necessary information.

**Items details**                                          Hide details

**Arrives by Mon, Sep 23**                                      1 item

Sold and shipped by Zelnk
$4.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

$0.28 from savings

$2.24
$2.52

Remove        −   1   +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                          $7.97

+ Add new payment                                      Edit payment

one

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



You're saving $0.28 today!

**Place order for $7.97**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal (1 item)**                                          $2.52

Savings                                                       -$0.28

                                                               $2.24

Seller shipping                                                $4.99

**Estimated taxes**                                            $0.74

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.03 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                            $7.97

Have a promo code?                                               ⌄

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 106 of 685 PageID #:159

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/5/24, 1:26 PM

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Brand**
WMIIE

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

---

| | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |
|---|---|

---

WHITNEY FARMS

Organic gardening

---

Sponsored ⓘ



Clearance

Now $5.99 ~~$7.99~~ +$3.98 shipping
Options from $5.99 – $6.99
XZZjjl Household Tools Funny Acrylic Animal Decoration Pendant 2D Butterflies Decoration Pendant Indoor and Outdoor Decoration Accessories Garden Decoration Pendant Ornament String
Shipping, arrives in 3+ days



Clearance

Now $3.99 ~~$4.99~~ +$3.99 shipping
Hangs Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Good Butterfly Pendant Gift
Shipping, arrives in 3+ days



+ Add

$4.99 +$5.00 shipping
Dream Pendant Car Decorative Pendant Acrylic Flat P...
Shipping, arrives in 3+ days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 109 of 685 PageID #:162

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home | Decor | Lighting & Light Fixtures | Ceiling Fixtures



**Shipping, arrives by Mon, Sep 23**

Steven kal                                                                Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                       Add

Add access codes or other necessary information.

**Items details**                                                    Hide details

**Arrives by Mon, Sep 23**                                                1 item

Sold and shipped by yanmin
$4.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

$1.90

Remove        −   1   +



**Place order for $7.60**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $1.90 |
|---|---|
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.71 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.40 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total**                            $7.60

Have a promo code?                              ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                          $7.60

+ Add new payment                          Edit payment

one

**onepay**  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



**About this item**

Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your care and unique taste. They will represent the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Brand**
XINDISNuixfo

Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Warnings

⚠ **WARNING:** None

💬 Report incorrect product information



$148.00
Luxury Transitional Indoor Pendant, 7"H x 5.125"W, with Modern Style Elements, Contemporary Design, Brushed Bronze Finish and Glass, UHP2309
3+ day shipping



$264.00
Luxury New Traditional Pendant, 15.25H x 17.875W, with Transitional Style, Midnight Black, UHP4276 by Urban Ambiance
3+ day shipping



$410.92
Contemporary 4-Light Led Pendant with Frosted Acrylic 3.25 X 4.25 inches Pendants Bailey Street Home 79-Bel-2041389
3+ day shipping

**Customer ratings & reviews**

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

THE Birthday SHOP
Celebrate all year-round

Sponsored ⓘ

Clearance

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 114 of 685 PageID #:167



$6.68

+3 options

$7.66

+3 options

Now $2.68  $3.01  +$3.59 shipping

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures

🚚 **Shipping, arrives by Fri, Sep 20**

Steven kal                                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                          Add

Add access codes or other necessary information.

**Items details**                                                      Hide details

**Arrives by Fri, Sep 20**                                                  1 item

Sold and shipped by XINDISNusfo
$4.99 seller shipping fee

 Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

**$4.99**

Remove          —    1    +

---

💳 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                       $11.00

+ Add new payment                                                   Edit payment

---

🅢 **one**

**onepay** $15 cash back when you spend $15+                               Sign up

💳 Add any credit or debit card & stack cash back

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

**Place order for $11.00**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                      $4.99
Seller shipping                                                            $4.99
**Estimated taxes**                                                        $1.02

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $1.00 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00        $2.00        $5.00

**Estimated total**                                                       $11.00

Have a promo code?                                                            ⌄

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 116 of 685 PageID #:169

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/5/24, 1:18 PM

Vxdvou Dream Pendant Car Decoration, Acrylic Flat Pendant Art, Elegant Purple Wall Decor, Artistic Home Accessory Gift - Walmart.com



9/5/24, 1:18 PM

Vxdvou Dream Pendant Car Decoration Acrylic Flat Pendant Art, Elegant Purple Wall Decor,Artistic Home Accessory Gift - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 118 of 685 PageID #:171



+ Add



+ Add



Options

## About this item

### Product details

Welcome To Vxdvou Store (ﾟ.ﾟ☆)

Wish you a pleasant shopping experience in Vxdvou Which is committed to providing high-quality home products and accessories.

☒24 Hours Online:If you have any questions, please feel free to contact the Vxdvou service team, we will solve it for you.

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- **【Unparalleled Range of Products】**: Walmart Home Store boasts an unparalleled range of products to suit every home and every taste. Whether you're looking for traditional or contemporary furniture, vibrant bedding sets, or kitchen essentials, we have it all. Our diverse collection ensures you'll find the perfect item to complement your lifestyle and decor.
- **【Trusted Brands at Affordable Prices】**: At Walmart Home Store, you can trust that you're getting quality products from well-known brands. We offer competitive prices on top-notch brands, so you don't have to compromise on quality to fit your budget. Our commitment to offering the best value for your money is what sets us apart.
- **【Exceptional Customer Service】**: We pride ourselves on providing exceptional customer service that goes above and beyond. Our friendly and knowledgeable staff is always ready to assist you with any questions or concerns. From helping you find the right product to offering post-purchase support, we're here to make your shopping experience seamless and enjoyable.
- **【Convenient Shopping Experience】**: Shopping at Walmart Home Store is convenient in every way. Our stores are designed for easy navigation, so you can find what you need quickly. Our online store offers a hassle-free shopping experience with detailed product information, customer reviews, and fast delivery options. No matter how you choose to shop, we ensure a smooth and convenient experience.
- **【Quality Assurance and Satisfaction Guarantee】**: At Walmart Home Store, we stand by the quality of our products. We offer a satisfaction guarantee on all our items, ensuring that you're fully satisfied with your purchase. If you're not happy with your product, we'll make it right. Our commitment to quality assurance gives you the confidence to shop with us knowing that you're getting the best value for your money.

⊕ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Vxdvou

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Vxdvou Home & Garden

**Manufacturer Part Number**
Vxdvou Hanging Ornaments

More details

### Directions

**Fabric Care Instructions**
Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures:1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:Product Specifications:Material: AcrylicColor: Purplesize: 8*8*0.37cmPackage includes:1 pendant

### Warranty

**Warranty information**
Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures:1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings...

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

9/5/24, 1:18 PM    Vxdvou Dream Pendant Car Decoration Acrylic Flat Pendant Art, Elegant Purple Wall Decor Artistic Home Accessory Gift - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 119 of 685 PageID #:172

This item does not have any reviews yet



**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

**Walmart** +<

Gear up & go

Sponsored ⓘ

Clearance



Options    ♡

+3 options

**Now $2.29** ~~$3.99~~ +$3.99 shipping

Hangs Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Good Butterfly Pendant Gift

Shipping, arrives **in 3+ days**

Clearance



Options    ♡

+3 options

**Now $7.49** ~~$9.80~~ +$2.99 shipping

Bead Garland Valentines Christmas Picks for Trees Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Acrylic Diamonds for Decorating

Shipping, arrives **in 3+ days**

Clearance



+ Add    ♡

**Now $3.59** ~~$6.03~~ +$2.99 shipping

Tiitstoy Dream Pendant Car Decorative Pendant Acryli

Shipping, arrives **in 3+ days**

**Report:**    ⓘ Report seller    |    ⚠ Report suspected stolen goods (to CA Attorney General)

Party & Occasions    /    Christmas Trees & Christmas Decor    /    Christmas Decor    /    Indoor Christmas Decor    /    Christmas Ornaments    /    Character Ornaments

https://www.walmart.com/ip/Vxdvou-Dream-Pendant-Car-Decoration-Acrylic-Flat-Pendant-Art-Elegant-Purple-Wall-Decor-Artistic-Home-Accessory-Gift/7607061707    3/3



**Shipping, arrives by Fri, Sep 20**

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

**Delivery instructions (optional)**　　Add

Add access codes or other necessary information.

**Items details**　　Hide details

**Arrives by Fri, Sep 20**　　1 item

Sold and shipped by Vxdvou
$1.99 seller shipping fee

Vxdvou Dream Pendant Car Decoration, Acrylic
Flat Pendant Art, Elegant Purple Wall Decor,...
Size: Free Size, Actual Color: Purple

$2.26 from savings

$5.50
$7.76

Remove　　　−　 1　 +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA　Ending in 3651　　　　$8.26

+ Add new payment　　　Edit payment

**one**

**onepay** $15 cash back when you spend $15+　　Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



You're saving $2.26 today!

**Place order for $8.26**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)　　$7.76

Savings　　−$2.26

　　　　$5.50

Seller shipping　　$1.99

**Estimated taxes**　　$0.77

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.74 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00　　$2.00　　$5.00

**Estimated total**　　$8.26

Have a promo code?　　⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:03     Konghyp Dream Pendant Car Decor – Acrylic Flat Pendant for Stylish Car Decoration; Adds a Touch of Elegance and Personalization to Your Vehicle's Interior – Walmart.com



2024/9/30 17:03

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 123 of 685 PageID #:176

Konghyp Dream Pendant Car Decor – Acrylic Flat Pendant for Stylish Car Decoration; Adds a Touch of Elegance and Personalization to Your Vehicle's Interior - Walmart.com

## About this item

### Product details ⌃

---Welcome to Konghyp shop---

Our shop mainly deals with household products and toys, we provide customers with satisfactory products and services, welcome to you to come to our shop at any time to choose the products you need! Our shop has a wide range of products:**https://www.walmart.com/search?q=Konghyp&facet=brand:Konghyp**">Spring Savings/Home Decor Savings Clearance/New Arrival

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them essy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty and by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:

Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Stylish and Sophisticated Design: Our acrylic flat pendants feature elegant designs that can elevate the aesthetic of any space, offering a refined decorative accent for walls, curtains, or other surfaces.
- Versatile Decorative Solution: Suitable for a variety of settings including living rooms, bedrooms, offices, and more, these pendants provide a versatile decorative solution that can enhance the atmosphere of any space.
- Unique Gift Idea: With their beautiful design and quality craftsmanship, our acrylic flat pendants make a thoughtful and unique gift for loved ones, demonstrating care and excellent taste.
- Enhanced Visual Appeal: These pendants are designed to be hung on walls, doors, windows, lamps, or furniture, helping to create a personalized decor style that adds visual appeal and character to your home.
- Durable and High-Quality Material: Crafted from durable acrylic material, our pendants are made to withstand the test of time, ensuring long-lasting beauty and sophistication in your decor.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Directions ⌃

**Fabric Care Instructions**

Konghyp Dream Pendant Car Decor – Acrylic Flat Pendant for Stylish Car Decoration; Adds a Touch of Elegance and Personalization to Your Vehicle's Interior.

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings ⌃

⚠ **WARNING:** Konghyp Dream Pendant Car Decor – Acrylic Flat Pendant for Stylish Car Decoration; Adds a Touch of Elegance and Personalization to Your Vehicle's Interior.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



$7.74

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**



+3 options

$7.88

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives **in 3+ days**



$7.82

Colorful Butterflies Acrylic Decoration Pendant Funny Pendant For Party Decoration The Butterfly Pendant G

**Report:** 🚩 Report seller | 🚩 Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Fri, Oct 11**

steven howard
1 N LA SALLE ST, Chicago, IL 60602
Edit

**Delivery instructions (optional)**    Edit

House

### Items details
Hide details

**Arrives by Fri, Oct 11**    1 item

Sold and shipped by Konghyp
$2.99 seller shipping fee

Konghyp Dream Pendant Car Decor – Acrylic Flat Pendant for Stylish Car Decoration; Adds a Touch...

Size: Free Size, Actual Color: Purple

**$6.50**

Remove    − 1 +



### Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 9192     **$10.46**

+ Add new payment     Change payment



Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



### Text updates for this order

Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Place order for $10.46

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)     $6.50
Seller shipping     $2.99
**Estimated taxes**     $0.97

Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.54 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife Foundation (NFWF)**

$1.00   $2.00   $5.00

**Estimated total**     $10.46

Have a promo code? ⌄

9/5/24, 1:12 PM
Tiitstoy Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8"8"0.37cm

Package includes:

1 pendant

- Tiitstoy Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Product Specifications: Material: Acrylic Color: Purple size: 8"8"0.37cm Package includes: 1 pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Brand**
TIITSTOY

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Tiitstoy

**Manufacturer Part Number**
2024-06-03

More details

### Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

---

**This item does not have any reviews yet**

---

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

 Be a tailgate MVP

Sponsored ⓘ

---

$12.99 +$3.99 shipping

Taylorsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days

 **Clearance**

Now $4.33 $7.77 +$1.98 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives in 3+ days

 $4.99

Somuwie Clearance Dream Pendant Car Decorative Pe

Shipping, arrives in 3+ days

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Decorative Accents / Decorative Ornaments



**Shipping, arrives by Wed, Sep 18**

Steven kal                                                                                    Edit
1 N La Salle St, Chicago, IL 60602

Delivery instructions (optional)                                                      Add

Add access codes or other necessary information.

**Items details**                                                                   Hide details

**Arrives by Wed, Sep 18**                                                          1 item

Sold and shipped by Tiitstoy
$2.99 seller shipping fee

Tiitstoy Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant

$0.44 from savings

$3.59
$4.03

Remove        —    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA    Ending in 3651                                                              $7.25

+ Add new payment                                                        Edit payment

**one**

onepay   $15 cash back when you spend $15+                          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



You're saving $0.44 today!

**Place order for $7.25**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                              $4.03

Savings                                                           -$0.44

                                                                  $3.59

Seller shipping                                                   $2.99

**Estimated taxes**                                               $0.67

☐ Want to support the National Fish and Wildlife   ⓘ
Foundation's Acres for America program with
a $0.75 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife   ⓘ
Foundation (NFWF)

$1.00        $2.00        $5.00

**Estimated total**                                               $7.25

Have a promo code?                                                  ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Lee  Redefine your wardrobe

Sponsored ⓘ

TFHENGQQ

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

**$3.01**

Price when purchased online ⓘ

**Buy now**

**Add to cart**

How do you want your item?

| Shipping Arrives Sep 20 $2.99 | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to 1 N La Salle St

Sold and shipped by **TFHENGQQ**

★★★★☆ 11 seller reviews

View seller information

Free 30-day returns  Details

♡ Add to list

🎁 Add to registry

Sponsored
**$264.00**
Luxury New Traditional Pendant, 15.25H x 17.875W, with Traditional Style, Midnight Black, UHP4276 by Urban Ambiance
3+ day shipping

+ Add



+3 View all

$417.34 ~~$528.63~~
Kalalou CQ7411 20 x 20 in. Two Tiered Round Pendant Light with Glass Chimes

$45.30
Better Homes & Gardens 25" Architectural 3-Light Island Pendant Light, Black Finish Clear Glass Shades
★★★★☆ 51
Save with

$116.69
Globe Electric Malay Natural Twine 1-Light Pendant Light, 60530
Save with

+ Add    Options    + Add

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

Color
Purple

Brand
TFHENGQQ

Features
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Directions

Fabric Care Instructions
Machine Washable; Hand Wash

### Warranty

Warranty information
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

THE Birthday SHOP
Celebrate all year-round

Sponsored ⓘ

Clearance

Now $4.33 $11.67 +$3.98 shipping
Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift
Shipping, arrives in 3+ days

+ Add

$4.99

Somuwie Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Best Gift
Shipping, arrives in 3+ days

Options

$7.19 +$0.99 shipping
Funny Acrylic Animal Decoration Pendant Creative 2D Outdoor Decorative Accessories Garden Decoration P
Shipping, arrives in 3+ days

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Kitchen Island Pendant Lights



**Shipping, arrives by Fri, Sep 20**

Steven kal                                                            Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                  Add

Add access codes or other necessary information.

**Items details**                                              Hide details

**Arrives by Fri, Sep 20**                                          1 item

Sold and shipped by TFHENGQQ
$2.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant

**$3.01**

Remove          −   1   +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                $6.62

+ Add new payment                                           Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $6.62**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                              $3.01

Seller shipping                                                    $2.99

**Estimated taxes**                                                $0.62

☐ Want to support the National Fish and Wildlife  ⓘ
Foundation's Acres for America program with
a $0.38 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife  ⓘ
Foundation (NFWF)

$1.00      $2.00      $5.00

**Estimated total**                                               **$6.62**

Have a promo code?                                                    ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

**WMT** Get blown away

Sponsored ⓘ

TEPSMF

**Tepsmf Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Home Decor**

⊙ Free 30-day returns

**$4.12**

Price when purchased online ⓘ

Buy now

Add to cart

Actual Color: Purple

| Purple
| $4.12 |

**How do you want your item?**

| Shipping Arrives Oct 9 $3.00 | Pickup Not available | Delivery Not available |

Delivery to 3200 N Lake Shore Dr

🏷 Sold and shipped by **Tepsmf**

★★★☆☆ 29 seller reviews

View seller information

⊙ Free 30-day returns Details

♡ Add to list                     🏷 Add to registry

Sponsored
$5.63
YiFudd Christmas Pendant
3+ day shipping
+ Add



$6.49 +$4.99 shipping
Frehsky home decor Handmade Dream Catcher With Feathers Car Or Wall Hanging Decoration Ornament

$4.99 +$5.00 shipping
DIY Handmade Dream Catcher Fairy String Decoration Ornament Home Car Shipping, arrives in 3+ days

$9.90 +$5.59 shipping
Baocc Dream Catchers Handmade Ornament Dream C Home Decor





Tepsmf Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Home Decor - Walmart.com

9/24/24, 1:28 PM

Shipping, arrives **in 3+ days**

Shipping, arrives **in 3+ days**

**About this item**

Product details ⌄

## Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.

- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized .

- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your of your attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Tepsmf Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Home Decor
- Affordable Price: Although the product does not have fancy performance, it has the necessary features and is affordable.
- Customer Satisfaction.If you have any questions about our products, please contact us in time, and we will provide you with the best solution.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications ⌄

**Brand**
TEPSMF

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Tepsmf

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

Warranty ⌄

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ

Clearance



Options

$3.35 · $4.99 shipping

Weerihhol Ceramic Bunny Decorations Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant For Party Decoration The Pendant



Options

+3 options

$10.77 · $3.99 shipping

Wyzesi Clear Rubber Ornaments Various Sizes Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration



Add

Now $5.59  $6.99 · $0.99 shipping

Byikun Dream Pendant Car Decorative Pendant Acrylic to Any Space, Versatile Accessories for Home or Office

Report:    ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Wed, Oct 9**

Michael Boldt                                                      Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**                              Edit

Apartment

### Items details                                          Hide details

**Arrives by Wed, Oct 9**                                        1 item

Sold and shipped by Tepsmf
$3.00 seller shipping fee

Tepsmf Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant Home Decor
Actual Color: Purple

**$4.12**

Remove        −    1    +

### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 1950                                          $7.85

+ Add new payment                              Change payment

**one**

onepay  $15 cash back when you spend $15+         Sign up

Add any credit or debit card & stack cash back



**Walmart+** Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $7.85**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                            $4.12
Seller shipping                                                  $3.00
**Estimated taxes**                                              $0.73

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.15 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00        $2.00        $5.00

**Estimated total**                                              $7.85

Have a promo code?                                                ⌄

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 140 of 685 PageID #:193

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

TASTE    Be on the cutting edge

Sponsored ⓘ

Teissuly

**Teissuly Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

🔵 Free 30-day returns

## $1.99

Price when purchased online ⓘ

| Buy now |
| Add to cart |

Size: Free Size

| Free Size |
| $1.99 |

Actual Color: Purple

**How do you want your item?**

| 🚚 Shipping Arrives Oct 10 $3.90 | 🚗 Pickup Not available | 🏬 Delivery Not available |

Delivery to 1 N La Salle St

🏪 Sold and shipped by  Teissuly Direct

★★★½☆ 15 seller reviews
View seller information

🔵 Free 30-day returns  Details

♡ Add to list                    🎁 Add to registry

Sponsored
$499.99
Crystorama Lighting Group Car-9206 Carlyn 6 Light 24" Wide Pendant - Black

2-day shipping

| + Add |



+ 3
View all





Sponsored

**Now $11.99** $15.99
Ceiling Light Fixture with Teardrop Glass Shade Semi Flush Mount Indoor Lighting

Shipping, arrives **in 3+ days**

$89.00
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

Shipping, arrives **in 3+ days**

$24.99
Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lar

Shipping, arrives **in 3+ days**

## About this item

### Product details

Teissuly Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium quality, these flat pendants are perfect for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Teissuly Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Features:
- Product Specifications:
- Color: Purple
- Package includes:

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Size**
Free Size

**Brand**
Teissuly

**Features**
Teissuly Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

---

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

LEGO
Build the galaxy

Sponsored ⓘ



Options



Options



Options

+3 options

**$3.81** +$2.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant Swinging Bear Car Ornament

Shipping, arrives **in 3+ days**

**Now $5.01** $6.88 +$0.99 shipping

Modern Home Decor Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

**$9.66** +$0.99 shipping

Options from $9.66 – $11.88

SifldSeng Funny Acrylic Animal Decoration Pendant Cr… Indoor and Outdoor Decorative Accessories Garden D… Wife

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Place order for $6.49**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $1.99 |
|---|---|
| Seller shipping | $3.90 |
| **Estimated taxes** | $0.60 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.51 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

| $1.00 | $2.00 | $5.00 |

**Estimated total** $6.49

Have a promo code? ⌄



🚚 **Shipping, arrives by Thu, Oct 10**

Steven kal                                          Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**              Add

Add access codes or other necessary information.

**Items details**                            Hide details

**Arrives by Thu, Oct 10**                    1 item

Sold and shipped by Teissuly Direct
$3.90 seller shipping fee

Teissuly Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Size: Free Size, Actual Color: Purple

**$1.99**

Remove            −   1   +



👛 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651                        $6.49

+ Add new payment                Edit payment

🟦 **one**

onepay  $15 cash back when you spend $15+       Sign up

💳 Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 145 of 685 PageID #:198

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



| | | |
|---|---|---|
| $24.99 | $89.00 | $5.99 +$3.99 shipping |
| Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White | DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US | Light Diffuser Light-transmitting Plate Acrylic Diffuser Ceiling Light Shade Diffuser |

## About this item

### Product details ⌃

Taylonsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Taylonsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Features:
- Product Specifications:
- Color: Purple
- Package includes:

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Color**
Purple

**Size**
Free Size

**Brand**
Taylonsss

**Features**
Taylonsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Warranty ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Post-it
Post-it & Scotch

Sponsored ⓘ





$4.99
+ Add



$7.19 +$2.99 shipping
Options



$4.99 +$2.99 shipping
Options
+3 options

Somuwie Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Best Gift

Shipping, arrives **in 3+ days**

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

Home Decor Kits Colorful Butterflies Acrylic Decoration Pendant Gift Pendant For Party Decoration The Butter

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Place order for $18.72**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $12.99 |
|---|---|
| Seller shipping | $3.99 |
| **Estimated taxes** | $1.74 |

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.28 donation?
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total** $18.72

Have a promo code? ⌄



🚚 **Shipping, arrives by Wed, Sep 25**

Steven kal                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**          Add

Add access codes or other necessary information.

**Items details**                            Hide details

**Arrives by Wed, Sep 25**                    1 item

Sold and shipped by Taylonsss
$3.99 seller shipping fee

Taylonsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Size: Free Size, Actual Color: Purple

**$12.99**

Remove        − 1 +



💼 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                          $18.72

+ Add new payment                            Edit payment

Ⓢ one

onepay  $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 150 of 685 PageID #:203

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/19/24, 3:42 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 151 of 685 PageID #:204

Tainini Fashion Butterfly Pendants, Acrylic Butterflies Pendants Keychain Necklace Pendants for Women DIY,Car Decoration - Walmart.com

Next Level Moves

Sponsored

Clearance

Tainini

**Tainini Fashion Butterfly Pendants, Acrylic Butterflies Pendants Keychain Necklace Pendants for Women DIY,Car Decoration**

Free 30-day returns

**Now $1.07** ~~$3.47~~ ⓘ

You save $2.40

Price when purchased online ⓘ

**Add to cart**

Actual Color: Purple

$1.07

### How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 8 | Not available | Not available |
| $3.99 | | |

Delivery to 1 N La Salle St

Sold and shipped by tainini

★★★☆☆ 9 seller reviews

View seller information

Free 30-day returns  Details

♡ Add to list                                    🏠 Add to registry



›

$4.09 +$2.59 shipping

Tnobfg Faux Pearls Sparkling Rhinestones Choker Necklace Adjustable Extension Chain Elegant Butterflies Decor Women Necklace Jewelry Accessories

Shipping, arrives in 3+ days

$7.54

Pretty Crystal Frog Keychain Pendant Handbag Keyring Key Chain Car Key Holder for Women Gifts Fashion

Shipping, arrives in 3+ days

Clearance

Now $2.14 ~~$4.19~~ +$1.99 shipping

More options from $1.99

Acrylic Butterfly Pendant Necklace Clavicle Chain Jew Necklaces for Women Necklaces Diamond Choker Pen Heart Necklace

Shipping, arrives in 3+ days

9/19/24, 3:42 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 152 of 685 PageID #:205

Tainini Fashion Butterfly Pendants , Acrylic Butterflies Pendants Keychain Necklace Pendant for Women DIY Car Decoration - Walmart.com

## About this item

### Product details

Tainini Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a beautiful backdrop. 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your loved one and your family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Home Savings Outdoor/Indoor Decoration Clearance Home Decor
- Home Decoration for Living Room Kitchen Bedroom Bathroom Patio Garden Yard
- Home, Garden & Tools Deals Spring Cleaning Supplies Office & School Supplies Party Supplies Clearance Household Essentials
- Spring savings summer savings autumn savings winter savings Fall Decor Bathroom Accessories Home/Bath/Bathroom Rugs & Bath Mats/Bathroom Rugs & Bath Mats Bathroom Supplies
- Kitchen & Dining Savings Kitchen Tools & Gadgets Deals Storage & Organization Closet Organization Food & Kitchen Storage Garage Storage Laundry Storage Office Storage Shelving Storage Containers

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Tainini

**Size**
Free Size

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Tainini Home Decor

More details

### Warranty

**Warranty information**
Decoration

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the

More details

💬 Report incorrect product information

$11.99

Butterfly Keychain, Kvago Leather Woven Car Key Chain for Women with Rhinestone Butterfly Shape Bling Crystal Cute Keychain for Girls Ladies Gift (White)
★★★★★

2-day shipping

$14.59

SPOKKI 10Pcs DIY Diamond Painting Keychain, DIY Art Craft Animal and Love Heart Diamond Painting Kits for Women Girls Purse/Key Pendant/Bag Decor (A)
★★★★★

2-day shipping

$15.99

VINCHIC 26 Letter Keychain Initial Keyring Alphabet Resin Flower Key Chain with Butterfly Tassel Pendant Handbag Purse Charm Pink Petal
★★★★★

2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

LEGO

Build the galaxy

Sponsored ⓘ

9/19/24, 3:42 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 153 of 685 PageID #:206
Tainini Fashion Butterfly Pendants, Acrylic Butterflies Pendants Keychain Necklace Pendant for Women DIY Car Decoration - Walmart.com



+3 options

Now **$5.01** $9.98 +$0.99 shipping

Modern Home Decor Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**



**$9.66** +$1.99 shipping
Options from $9.66 – $11.88

SlfdSeng Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant Gifts for Fathers Day From Wife

Shipping, arrives **in 3+ days**



**$4.35** +$3.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Outdoor Decorative Accessories Garden Decoration P

Shipping, arrives **in 3+ days**

---

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Clothing / Jewelry & Accessories

2024/9/30 17:26     Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 154 of 685 PageID #:207



2024/9/30 17:26

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 155 of 685 PageID #:208
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women - Walmart.com

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Removable Cover

**Brand**
YINAVEN

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Hanging Ornaments

### Directions

**Fabric Care Instructions**
Machine Washable

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

### This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.





$3.37 +$1.89 shipping
Cevemin Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Car Hanging Ornament for DIY Crafting
Shipping, arrives **in 3+ days**

$0.59 +$4.80 shipping
Qianying Summer Promotion,Clearance,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives **in 3+ days**



$0.77 +$4.99 shipping
SHIMELE Car Decorative Pendant, Dreamcatcher Pend
Rearview Mirror Decoration
Shipping, arrives **in 3+ days**

2024/9/30 17:26
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 156 of 685 PageID #:209

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Decorative Accents / Decorative Ornaments



**Shipping, arrives by Mon, Oct 21**

steven howard                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**            Edit

House

## Items details                                Hide details

**Arrives by Mon, Oct 21**                       1 item

Sold and shipped by YINAVEN
$1.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant Hanging Ornaments Gifts for Women
**Actual Color: Purple**

$0.55 from savings

**$4.44**
$4.99

Remove          [ − ]  1  [ + ]



### Place order for $7.09

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | ~~$4.99~~ |
| Savings | **-$0.55** |
| | $4.44 |
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.66 |

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.91 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ **Foundation (NFWF)**

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                  **$7.09**

Have a promo code?              ⌄



### Payment method

🖥 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                 $7.09

+ Add new payment          [ Change payment ]



Walmart+ ⚡ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



### 📱 Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Hanging Ornaments Powerful, can meet a variety of user needs
- Hanging Ornaments Stylish design to match modern trends
- Hanging Ornaments Easy to operate, easy to use, easy to use
- Hanging Ornaments Cost-effective, affordable, value for money
- Hanging Ornaments Provide perfect after-sales service to solve user problems
- Hanging Ornaments It is highly practical and can fully solve the problems you encounter

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Has Handles

**Brand**
LYUCRAZ

**Manufacturer**
LYUCRAZ

**Manufacturer Part Number**
Hanging Ornaments

### Directions

**Fabric Care Instructions**
Hand Wash Dry Clean Only

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Now $4.44 $4.99 +$1.99 shipping
Shipping, arrives in 3+ days
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women



$3.37 +$1.89 shipping
Shipping, arrives in 3+ days
Cevemin Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Car Hanging Ornament for DIY Crafting



$0.59 +$4.80 shipping
Shipping, arrives in 3+ days
Qianying Summer Promotion,Clearance,Acrylic Flat Ca Decorations

LYUCRAZ Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

**Report:** ⊘ Report seller    |    ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Decorative Accents / Decorative Ornaments



### Shipping, arrives by Mon, Oct 21

steven howard        Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**     Edit

House

### Items details     Hide details

**Arrives by Mon, Oct 21**     1 item

Sold and shipped by LYUCRAZ | ✅ **Pro Seller** ⓘ
$3.00 seller shipping fee

LYUCRAZ Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Size: Free Size, Actual Color: Purples

$1.00 from savings

**$3.99**
$4.99

Remove     [ −   1   + ]



### Payment method

🔲 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA**   Ending in 9192     $7.71

+ Add new payment     Change payment



Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



### Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

---



**Place order for $7.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)     ~~$4.99~~

Savings     **-$1.00**

    $3.99

Seller shipping     $3.00

**Estimated taxes**     $0.72

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.29 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ **Foundation (NFWF)**

[ $1.00 ] [ $2.00 ] [ $5.00 ]

**Estimated total**     $7.71

Have a promo code?     ⌄

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

9/5/24, 1:03 PM

Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



**$89.00**
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

**$14.99** +$3.98 shipping
iju7gthy Christmas Decorative Lights Holiday Room Window Hanging Lights Shine Star Pendant

**$65.00**
Acrylic Circular Ring LED Dimmable Chandelier Remote Ceiling Light Hanging Lamp

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space in a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

### Specifications

**Color**
color

**Brand**
Ywindl

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information



+ Add

**$148.00**
Luxury Transitional Indoor Pendant, 7"H x 5.125"W, with Modern Style Elements, Contemporary Design, Brushed Bronze Finish and Glass, UHP2309

3+ day shipping



+ Add

**$410.92**
Contemporary 4-Light Led Pendant with Frosted Acrylic 3.25 X 4.25 inches Pendants Bailey Street Home 79-Bel-2041389

3+ day shipping



+ Add

**$148.00**
Luxury Transitional Indoor Pendant, 7"H x 5.125"W, with Modern Style Elements, Contemporary Design, Polished Chrome Finish and Glass, UHP2307

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.


Honoring service

Sponsored ⓘ

Clearance

Reduced price







**Now $5.89** $7.38 • $1.99 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

**Now $1.99** $6.99 • $4.99 shipping

Door Hanging Beads Hanging Decorations for Home Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Christmas Fireplace Decal Christmas outside

**$5.29** • $10.98 shipping

Hbdhejj Colorful Butterflies Acrylic Decoration Pendant Gift Pendant For Party Decoration The Good Butterfly

Report:    ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures

9/5/24, 1:03 PM
Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 167 of 685 PageID #:220
Review your order - Walmart.com



Free shipping, arrives by Mon, Sep 23

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

Delivery instructions (optional)                              Add

Add access codes or other necessary information.

**Items details**                                            Hide details

**Arrives by Mon, Sep 23**                                   1 item

Sold and shipped by SHENZHENSHIJIANGJINGWANJUYOU XIANGONGSI
Free shipping

Christmas Clearance Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant
Actual Color: color

$1.05 from savings

$5.94
$6.99

Remove          –   1   +



You're saving **$1.05** today!

**Place order for $6.55**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | ~~$6.99~~ |
| Savings | **-$1.05** |
| | $5.94 |
| Shipping | Free |
| **Estimated taxes** | $0.61 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.45 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total**                                         $6.55

Have a promo code?                                            ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                          $6.55

+ Add new payment                          Edit payment

one

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.





Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acryli elegance and refinement. Product Description:

Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
WOUKN

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

---

**More seller options**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping to Chicago, 60602

**$3.43**
One-time purchase

Shipping ($4.99), **arrives by Mon, Sep 23** to 1 N La Salle St

🏠 Sold and shipped by  **SHENZHENSHI kaixiangyu jiajuyongpinyouxianGONGSI**

View seller information

↩ Free 30-day returns

---

$148.00

Luxury Transitional Indoor Pendant, 7"H x 5.125"W, with Modern Style Elements, Contemporary Design, Brushed Bronze Finish and Glass, UHP2309

3+ day shipping

$264.00

Luxury New Traditional Pendant, 15.25H x 17.875W, with Traditional Style, Midnight Black, UHP4276 by Urban Ambiance

3+ day shipping

$410.92

Contemporary 4-Light Led Pendants Bailey Street Hor

3+ day shipping

### Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Steak-umm
Beef p Game Day

**Reduced price**

Now $1.99  $6.99 +$4.99 shipping

Door Hanging Beads Hanging Decorations for Home Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Indoor And Christmas Fireplace Decal Christmas outside Decorating

Shipping, arrives in 3+ days

$2.79  +$2.99 shipping

Butterfly Car Hanging Ornament, Hanging Charm Home Decoration Keepsake, Butterfly Car Accessories Pendant for Rear View Mirror Christmas Valentine's Day Car Gifts for Men Women

Shipping, arrives in 3+ days



9/5/24, 1:02 PM

Review your order - Walmart.com



**Shipping, arrives by Mon, Sep 23**

Steven kal                                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                          Add

Add access codes or other necessary information.

**Items details**                                                    Hide details

**Arrives by Mon, Sep 23**                                              1 item

Sold and shipped by SHENZHENSHI kaixiangyu jiajuyongpinyouxianGONGSI
$4.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

$2.29 from savings

$3.43
$5.72

Remove                  —    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                                 $9.28

+ Add new payment                                             Edit payment

● one

onepay  $15 cash back when you spend $15+                        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



You're saving $2.29 today!

**Place order for $9.28**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                 $5.72

Savings                                                            -$2.29

                                                                   $3.43

Seller shipping                                                    $4.99

**Estimated taxes**                                                 $0.86

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.72 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                                 $9.28

Have a promo code?                                                    ⌄

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 175 of 685 PageID #:228

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**                                                                                           Shipping, arrives **in 2 days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to. Display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- clearance under $5
- ☎ If any problem with shipping or service, please feel free to contact us.We will reply you within 24 working hours.
- ☎ In general, the item will be delivered in 7 - 12 days. Please notice the shipping time so as not to delay your arrangement.
- ☎ Commitment within 30 days can be returned for free, please rest assured that the purchase.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

### Specifications

**Features**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Color**

Purple

**Brand**

Saleteraj

**Manufacturer Part Number**

NECKFAN

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.

Timeless style for him

Sponsored ⓘ

**Report:** ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires / Automotive Replacement Parts / Replacement Auto Parts



## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized article . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Ruhiku GW Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- zep cleanerbaseball bat cleanersbobby bottle cleanerdeep cleansing oilpaw patrol cake decorationsineco cordless vacuum cleanerleather shoe cleanerteddy bear baby shower decorationsliving room wall decortineco cleanercleaning brushes small spacespower scrubbers for cleaning bathroomfourth of july decorations19th birthday decorationscurious george birthday decorationsleather couch cleanertable decorationaffresh washing machine cleaner tabletshanging wall decoraquarium magnet glass cleanerevil eye decorplumas para decoracionesbeauty and the beast decorcleaning supply caddyready clean protein barsgreen leaves for decorationjura cleaning tabletscarpet cleaner for petssunflower bathroom decoreyelid cleanerskorean face cleanersolar garden decorations
- shower scrubber for cleaning electric spincow birthday party decorationsvegetable cleanerguitar cleaning kitpink wall decorparty supply decorationsfortnite birthday decorationsbirthday decorations for boyscoffee pot cleanerroxy cleaner sprayflat screen tv cleanerprimera comunion decoracionclean towels clean skin clubwindow steam cleanersteam carpet cleanerlish cleaning kitsprayway stainless steel cleanergarage door decorative hardwarewheel cleaner spraylighthouse outdoor decoroutdoor cleaner10th birthday decorations for girlanime room decorcleaning supplies30 seconds outdoor cleanerlysol toilet bowl cleaner gelclorox toilet bowl cleaneroh yuk jetted tub system cleaner25th anniversary decorationssmall vacuum cleaner cordlessoftymo cleansing oiladministrative professional day decorationshoover carpet cleaner solution

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Brand**
Ruhiku GW

**Features**
Ruhiku GW Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart ✦

Pride always has a place

Sponsored ⓘ





$2.61 +$3.99 shipping
QuLuJing Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Must Haves for Home
Shipping, arrives in 3+ days



$3.99 +$3.00 shipping
Dream Pendant Car Decorative Pendant Acrylic Flat P...
Shipping, arrives in 3+ days



**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Kitchen Island Pendant Lights



**Shipping, arrives by Wed, Sep 18**

Steven kal                                                          Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                Add

Add access codes or other necessary information.

**Items details**                                                   Hide details

**Arrives by Wed, Sep 18**                                          1 item

Sold and shipped by Ruhiku GW
$1.99 seller shipping fee

Ruhiku GW Dream Pendant Car Decorative
Pendant Acrylic Flat Pendant

**$4.05**

Remove          −   1   +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                $6.66

+ Add new payment                              Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $6.66**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                               $4.05
Seller shipping                                                     $1.99
**Estimated taxes**                                                 $0.62

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.34 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00     $2.00     $5.00

**Estimated total**                                                 $6.66

Have a promo code?                                                  ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:09
Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 182 of 685 PageID #:235



2024/9/30 17:09

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 183 of 685 PageID #:236

Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic .
- 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Size**
Free Size

**Brand**
Naittoop

### Warranty

**Warranty information**
Customer first.If you have any questions about the product of the garment please feel free to contact us, and we provide 30days free return service(Please ensure that the packaging of the product is intact and does not affect our secondary sales).if you need to return the first time to contact us!Please contact me at the following email : @163.com. I've been here, thanks!

More details

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet.

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Clearance

+ Add

Now $2.42 $2.49 +$1.99 shipping
Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings(Purple)
Shipping, arrives in 3+ days



Clearance

+ Add

Now $0.99 $2.99 +$4.99 shipping
AOMXGD Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Home Decor on Clearance, Purple
Shipping, arrives in 3+ days



+ Add

$3.37 +$1.89 shipping
Cevemin Dream Pendant Car Decorative Pendant Acry DIY Crafting
Shipping, arrives in 3+ days

**Report:** ⓘ Report seller ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Mon, Oct 21**

steven howard                                          Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                  Edit

House

### Items details                                     Hide details

**Arrives by Mon, Oct 21**                            1 item

Sold and shipped by SHenZHenShiTAIdiwanjuyouxianGONGSI
$1.99 seller shipping fee

Naittoop Summer Clearance Home Decor, Home
Decor Clearance, Home Decor Aesthetics Dream...

$0.74 from savings

**$5.38**
$6.12

Remove        —    1    +



Place order for $8.13

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    $6.12
**Savings**                             -$0.74
                                         $5.38

Seller shipping                          $1.99
**Estimated taxes**                      $0.76

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.87 donation?
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ **Foundation (NFWF)**

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                      $8.13

Have a promo code?                        ⌄

---

### 💳 Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                     $8.13

+ Add new payment              Change payment

---



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

### 📱 Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 185 of 685 PageID #:238

Review your order – Walmart.com

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

Clearance

Serperior

**Dream Pendant Christmas Decorations Indoor Christmas Decorations Christmas Decor Car Outdoor Christmas Decorations Decorative Pendant Christmas Clearance Acrylic Flat Pendant**

Free 30-day returns ⓘ

**Now $16.41** ~~$18.65~~ ⓘ

You save $2.24

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

| Purple |
|--------|
| $16.41 |

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives Oct 22 | Not available | Not available |
| $4.99 | | |

**1 N LA SALLE ST**  Change

Arrives by **Tue, Oct 22**  |  More options

Shipping fee $4.99

Sold and shipped by ZUOZUOFANGQAQ

★★★½☆ 16 seller reviews

View seller information

Free 30-day returns  Details

♡ Add to list            Add to registry

---

Reduced price

Sponsored

**Now $16.99** ~~$29.99~~

Ayieyill Christmas Window Decorations, Christmas Window Clings Christmas Decorations with Suction Cup, Window Christmas Lights Decorations

2-day shipping

+ Add

---

Best seller







$28.99

$6.90

Now $8.45 $10.57

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and attention taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Christmas Decor
- Christmas Ornaments
- Christmas Decorations

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Serperior

**Assembled Product Weight**
0.11 lb

**Manufacturer Part Number**
Christmas Gifts

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

Reduced price







Now $16.99 $29.99

$1,248.00

$157.99

Ayieyill Christmas Window Decorations, Christmas Window Clings Christmas Decorations with Suction Cup, Window Christmas Lights Decorations

Eurofase Lighting - Yasmin - 6 Light Outdoor Pendant in Vintage Style 17.75

Luxury Transitional Indoor Pendant, 7"H x 3.875"W, with Modern Style Elements, Contemporary Design, Midnight Black Finish and Glass, UHP2308

2-day shipping

2-day shipping

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance



$0.49 +$4.99 shipping

dvypyn Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Purple

Shipping, arrives **in 3+ days**



$4.09 +$1.99 shipping

Electricseller Pendant Garden Decoration in Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant



**Now $4.56** $9.12 +$2.00 shipping

IBaodan Home Decor Clearance sale Housewarming G Acrylic Flat Pendant

Report: | ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Mon, Oct 21**

steven howard                                                          Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                   Edit

House

**Items details**                                                      Hide details

**Arrives by Mon, Oct 21**                                             1 item

Sold and shipped by ZUOZUOFANGQAQ
$4.99 seller shipping fee

Dream Pendant Christmas Decorations Indoor Christmas Decorations Christmas Decor Car...

Actual Color: Purple

$2.24 from savings

$16.41
~~$18.65~~

Remove          —    1    +



**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                                                   $23.59

+ Add new payment                                          Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

---



**Place order for $23.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                              ~~$18.65~~
**Savings**                                         -$2.24
                                                    $16.41

Seller shipping                                     $4.99
**Estimated taxes**                                 $2.19

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.41 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

$1.00        $2.00        $5.00

**Estimated total**                                 $23.59

Have a promo code?                                      ⌄

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

DMDUOU

**DMDUOU Acrylic Pendant,Elegant Acrylic Dream Pendant,Stylish Home Décor & Gift Idea, Flat Design for Hanging Art, Versatile Interior Accent & Durable Craftsmanship Purple**

Free 30-day returns ⓘ   ⊘ Pro Seller

**$2.98**
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Size: Free Size

| Free Size<br>$2.98 |
|---|

Actual Color: Purple

○

**How you'll get this item:**

| 🚚 Shipping<br>Arrives Oct 16<br>$2.99 | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

**1 N LA SALLE ST** Change
Arrives by **Wed, Oct 16** | More options
Shipping fee $2.99

🏪 Sold and shipped by DMDUOU | ⊘ Pro Seller ⓘ
★★☆☆☆ 5 seller reviews
View seller information

↩ Free 30-day returns Details

♡ Add to list     🎁 Add to registry

Sponsored
**Now $16.77** $23.95
DINGERING DIY Dot Diamond Art Painting Christmas Wreath Creative Design Acrylic Home Decoration Round Pendant Single Side Dot Diamond for Adults Child Beginners the Best Christmas Gift
3+ day shipping

| + Add |
|---|



**At a glance**

| Material | Acrylic | Color type | Purple |
|---|---|---|---|
| Dimensions | 3.15 x 3.15 x 0.15 Inches | Brand | DMDUOU |



**$11.98**

1pc, 2D Flat Forest Elephant Sun Catcher, Acrylic Sign, Housewarming Gift, Window Hanging Art Decoration, Outdoor Garden Indoor Office Room Bathroom Living Room Wall Decoration Home Decoration

★★★★★ 1

Shipping, arrives in 3+ days



Clearance

Options

**Now $3.16** $9.52 +$5.22 shipping

Home Decor 3 PCS Bee Set for Garden Or Indoor Wall Acrylic Decoration Sign;Decor Wall Bedroom Bathroom Kitchen Living Room Party Decorations

Shipping, arrives in 3+ days



**$10.99**

Beautiful Black Murex Airplant Kit (Tillandsia) 4" Coast Office

★★★★★ 2

Shipping, arrives in 3+ days



Best seller

**$27.97**

Better Homes & Gardens 12" Architectural Woven Pendant Light, Natural Rattan Shade

★★★★☆ 55

2-day shipping



**$59.99**

ArtbyHannah 8 Piece Natural Gallery Wall Photo Frame Set, Modern Landscape Wall Decor for Home and Office, Mother's Day Gift for Home Decor

★★★★☆ 45

2-day shipping



Best seller

**$61.99**

Toiead Rattan Nightstand, Boho Side Table with Handmade Rattan Decorated Drawer, Bedroom, Living Room, Natural

★★★★☆ 28

3+ day shipping

## About this item

### Product details ⌃

Welcome To **DMDUOU** Store (๑•ᴗ•๑ )

Wish you a pleasant shopping experience in **DMDUOU** Which is committed to providing high-quality home products and accessories.

24 Hours Online:If you have any questions, please feel free to contact the **DMDUOU** service team, we will solve it for you.

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Diverse Product Range: Our store presents a vast assortment of home products, including furniture, décor items, kitchenware, bedding, and more, fulfilling all your one-stop shopping needs for a comfortable home.
- Premium Quality Assurance: We attach great importance to product quality and rigorously select suppliers to guarantee that every item you purchase adheres to high standards.
- Fashionable Designs: The home products in our store feature stylish designs that blend modern and classic elements, adding a unique touch and style to your home.
- Competitive Prices with Great Deals: We are dedicated to offering the most competitive prices and frequently launch promotional activities to enable you to enjoy more savings.
- Exceptional Customer Service: Our team provides professional and enthusiastic customer service, answering your inquiries and ensuring a delightful shopping experience.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications ⌃

**Brand**

DMDUOU

**Assembled Product Weight**

0.11 lb

**Manufacturer Part Number**

DMDUOU Hanging Ornaments

**Manufacturer**

DMDUOU Home & Garden

More details

### Directions ⌃

**Fabric Care Instructions**

Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures: 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new

collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:Product Specifications:Material: AcrylicColor: Purplesize: 8*8*0.37cmPackage includes:1 pendant

## Warranty ⌃

### Warranty information

Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures: 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on...

More details

## Warnings ⌃

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

▭ **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance



Now **$1.69** $1.99 +$4.99 shipping
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance
Shipping, arrives **in 3+ days**



**$2.80** +$3.99 shipping
Yishangzhng Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Room Decor for Men, Kitchen Appliances
Shipping, arrives **in 3+ days**



**$1.81** +$3.99 shipping
YuXinYang Decor Dream Pendant Car Decorative Pend Decor
Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Tue, Oct 15**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**

Edit

House

**Items details**

Hide details

**Arrives by Tue, Oct 15**

1 item

Sold and shipped by DMDUOU | ⊘ **Pro Seller** ⓘ

$2.99 seller shipping fee

DMDUOU Acrylic Pendant,Elegant Acrylic Dream Pendant,Stylish Home Décor & Gift Idea, Flat...

Size: Free Size, Actual Color: Purple

**$2.98**

Remove      −   1   +



**Place order for $6.58**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $2.98 |
| Seller shipping | $2.99 |
| **Estimated taxes** | $0.61 |

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.42 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)**

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total**      **$6.58**

Have a promo code?      ⌄



🗔 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192      $6.58

+ Add new payment      Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

Clearance

Nailvy

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance**

Free 30-day returns ⓘ

**Now $1.69** ~~$1.99~~ ⓘ

You save $0.30

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

Purple
$1.69

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 11 | Not available | Not available |
| $4.99 | | |

**1 N LA SALLE ST**  Change

Arrives by Fri, Oct 11 | More options

Shipping fee $4.99

Sold and shipped by **aqiobi**

★★★☆☆ 2 seller reviews

View seller information

Free 30-day returns  Details

♡ Add to list          Add to registry

Reduced price

Sponsored

**Now $10.99** ~~$13.99~~

Tied Ribbons Ganesh Statue Sculpture for Car Dashboard Home Temple Decor | 2"x 2.3" | Resin

2-day shipping

+ Add

2
View all





Options



$10.12

10PCS Diamond Pendant Ornaments, Shatterproof Acrylic for Christmas Tree Party Outdoor

$74.85

Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of

$10.99

Northlight 18.5" Acrylic Dangling Icicle Christmas Orna

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Home decoration accessories
- Home decorations for kitchen
- Clearance

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**

Home decorations ideas

**Brand**

Nailvv

**Assembled Product Weight**

0.11 lb

**Manufacturer**

Home decorations

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.







Clearance



$2.80 +$3.99 shipping

Yishangzhng Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Room Decor for Men, Kitchen Appliances

Shipping, arrives in 3+ days

$1.81 +$3.99 shipping

YuXinYang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room Decor

Shipping, arrives in 3+ days

Now $4.56 $5.12 +$2.00 shipping

IBaodan Home Decor Clearance sale Housewarming G Acrylic Flat Pendant

Shipping, arrives in 3+ days

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Thu, Oct 10**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**

Edit

House

**Items details**

Hide details

**Arrives by Thu, Oct 10**

1 item

Sold and shipped by aqiobi
$4.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant Clearance
Actual Color: Purple

$0.30 from savings

$1.69
$1.99

Remove        −  1  +

**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                              $7.36

+ Add new payment                    Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

---

**Place order for $7.36**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                          $1.99
**Savings**                                -$0.30
                                            $1.69
Seller shipping                             $4.99
**Estimated taxes**                         $0.68

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.64 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00    $2.00    $5.00

**Estimated total**                         $7.36

Have a promo code?                            ⌄

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:14     AOMXGD Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Home Decor on Clearance, Purple - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 201 of 685 PageID #:254

**Clearance**

AOMXGD

**AOMXGD Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Home Decor on Clearance, Purple**

☆ (No ratings yet)

◉ Free 30-day returns

**Now $0.99** ~~$2.99~~ ⓘ

You save **$2.00**

Price when purchased online ⓘ

Buy now

| Add to cart |
|:---:|

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 13<br>$4.99 | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|:---:|:---:|:---:|

Delivery to **1 N LA SALLE ST**

🏪 Sold and shipped by **RBCKVXZ**

★★★☆☆ 41 seller reviews

View seller information

◉ Free 30-day returns  Details

♡ Add to list      🗎 Add to registry



> ❤
> 🔍

---



**$8.81** +$3.99 shipping

Modern Lotus Flower Lampshade Lamp Shade for Ceiling Pendant Light Home Decor

Shipping, arrives **in 3+ days**



**$49.99**

Options from $49.99 – $79.99

Aiwen 3 Tiered Modern LED Pendant Light Stylish Home Decor Light Fixture Gold

Shipping, arrives **in 3+ days**

Clearance



**Now $14.19** ~~$15.79~~ +$6.96 shipping

Ynlkorvg Ornaments Clearance, Lampshade Home Han...
Home Decor Home Decor

Shipping, arrives **in 3+ days**

**About this item**

Product details ⌃

# Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made ofacrylic, these flat pendants are for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor.

- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic .

- 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Excellent Material: this product is made of excellent material.
- Ideal Gifts: This product can be very suitable as a house warming gift for your friend who are about to move into a new home.
- Appearance: This home decor is very design, great for decorating your home.
- Multi-scene Application: this product is very good, you can use it in any occasion you need, it will not let you down.
- Quality Promise:If you have any doubts or questions about the products, you can contact us directly and we will be pleased to help you solve them. In addition we also provide 30-day return service to help you solve your worries, thank you for your support!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

---

Specifications ⌃

**Color**
Purple

**Size**
3.15" x 3.15" x 0.15"

**Brand**
AOMXGD

**Features**
home decor

More details

---

Warranty ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

Warnings ⌃

⚠ **WARNING:** None

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.

---



$3.37 +$1.89 shipping

Cevemin Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Car Hanging Ornament for DIY Crafting

Shipping, arrives **in 3+ days**



$6.59 +$0.99 shipping

Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, for Bedroom Living Room Home Decoration

Shipping, arrives **in 3+ days**

Clearance



Now $0.47 $0.77 +$4.99 shipping

Home on Clearance ｜ TOPRenddon Dream Pendant Ca

Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Modern Pendant Lights



**Shipping, arrives by Sat, Oct 12**

steven howard                                            Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                     Edit

House

### Items details                                        Hide details

**Arrives by Sat, Oct 12**                               1 item

Sold and shipped by RBCKVXZ
$4.99 seller shipping fee

AOMXGD Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant, Home Decor on Clearance,...

$2.00 from savings

$0.99
$2.99

Remove        —    1    +



**Place order for $6.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                    $2.99
Savings                                                 -$2.00
                                                         $0.99
Seller shipping                                          $4.99
**Estimated taxes**                                      $0.61

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.41 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                      $6.59

Have a promo code?                                       ⌄



### Payment method

VISA  Ending in 9192                          $6.59

+ Add new payment            Change payment



**Walmart+** Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☐ Send to (xxx) xxx-5923
  Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

2024/9/30 17:19
Qianying Summer Promotion,Clearance,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 205 of 685 PageID #:258

QianYing

**Qianying Summer Promotion,Clearance,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

☆ (No ratings yet)

🔵 Free 30-day returns

**$0.59**

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

$0.59          $0.59

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| 🚚 Arrives Oct 17 $4.80 | 🚗 Not available | 🏪 Not available |

Delivery to **1 N LA SALLE ST**

Sold and shipped by **ZhenYou** | ✓ **Pro Seller** ⓘ

★★★★☆ 28 seller reviews
View seller information

🔵 Free 30-day returns  Details

♡ Add to list                                    🎁 Add to registry



$11.99
Ceiling Light Fixture with Teardrop Glass Shade Semi Flush Mount Indoor Lighting
Sponsored
Shipping, arrives **in 3+ days**

$24.99
Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White
Shipping, arrives **in 3+ days**

$83.00
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant
Shipping, arrives **in 3+ days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique tastes. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- High-Quality Materials:Crafted from premium materials,our products are built to last,ensuring durability and reliability for everyday use
- Sleek and Modern Design:with sleek and modern designs,our products not only serve their practical purposes but also enhance the aesthetic appeal of any living space
- Easy Maintenance and Cleaning:Designed for practicality,our products are easy to maintain and clean,allowing you to keep your living space neat and tidy with minimal effort
- Enhanced Safety Features:Prioritizing safety,our products incorporate enhanced safety features to provide peace of mind for you and your family,ensuring a secure living environment
- Customer Satisfaction Guarantee:Backed by a customer satisfaction guarantee,our products come with responsive customer support,ensuring your peace of mind throughout your purchase and beyond

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
QianYing

**Features**
Summer Promotion,Clearance,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Assembled Product Dimensions (L x W x H)**
312 x 312 x 0.14 Inches

### Directions

**Fabric Care Instructions**
Hand Wash,Wash with a Clean Cloth

### Warranty

**Warranty information**

If you don't love our products, simply return them without question within 30 days. Select your favorite color and "Add to Cart" now.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

[💳] **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

---



$0.77 +$4.99 shipping

SHIMELE Car Decorative Pendant, Dreamcatcher Pendant, Acrylic Flat Hanging Ornament, Auto Rearview Mirror Decoration

Shipping, arrives **in 3+ days**



Clearance

Now $5.38 $6.12 +$1.99 shipping

Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**



Clearance

Now $2.42 $2.69 +$1.99 shipping

Rwdxm Dreamy Drive: Acrylic Car Pendant, Flat Charm Road, Hanging Ornaments Sale Savings(Purple)

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Wed, Oct 16**

steven howard
1 N LA SALLE ST, Chicago, IL 60602                                    Edit

**Delivery instructions (optional)**                                   Edit

House

## Items details                                                 Hide details

**Arrives by Wed, Oct 16**                                            1 item

Sold and shipped by ZhenYou  |  ⊘ Pro Seller ⓘ
$4.80 seller shipping fee

Qianying Summer Promotion,Clearance,Dream
Pendant Car Decorative Pendant Acrylic Flat...
Actual Color: Purple

**$0.59**

Remove          —    1    +

### Place order for $5.94

By placing this order, you agree to our Privacy Policy and Terms of
Use

Subtotal (1 item)                                                    $0.59
Seller shipping                                                      $4.80
**Estimated taxes**                                                  $0.55

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.06 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                                                  $5.94

Have a promo code?                                                    ⌄



## 💳 Payment method

💵   **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA**  Ending in 9192                                              $5.94

+ Add new payment                                          Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

## 📱 Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the
preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data
rates may apply. By continuing, you agree to our Mobile Alert Terms.



KINPLE

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

☆ (No ratings yet)

**About this item**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**At a glance**

| Color | Brand | Features |
|---|---|---|
| Purple | KINPLE | Dream Pendant Car Decorative Pendant Acrylic Flat Pendant |

| Assembled Product Dimensions (L x W x H) |
|---|
| 3.15 x 3.15 x 0.15 Inches |

**$10.82**

Price when purchased online ⓘ

🚚 Free shipping    ↺ Free Holiday returns until Jan 31

| Buy now |
|---|
| Add to cart |

**How you'll get this item:**

| Shipping Arrives Nov 3 Free | Pickup Not available | Delivery Not available |
|---|---|---|

1 N LA SALLE ST  Change

Arrives by **Sun, Nov 3** | More options

🏪 Sold and shipped by KINPLE

★★★☆☆ 29 seller reviews

View seller information

↺ Extended holiday returns   Details
Free Holiday returns until Jan 31

♡ Add to list          🗒 Add to registry

---



$12.99

Ceiling Light Fixture with Teardrop Glass Shade Semi Flush Mount Indoor Lighting

Shipping, arrives **in 3+ days**



$24.99

Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White

Shipping, arrives **in 3+ days**



Now **$78.84**  $89.00

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant

Shipping, arrives **in 3+ days**

**About this item**

| Product details | ⌄ |
|---|---|

| Specifications | ⌄ |
|---|---|

| Directions | ⌄ |
|---|---|

| Warranty | ⌄ |
|---|---|

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



$4.59 +$2.49 shipping
Options from $4.59 – $4.69

Wall Hanging Decor For Garden Indoor And Outdoor For Xmas Tree Purple Acrylic Butterfly Blue Acrylic Butterfly Decoration Pendant Creative 2D Butterfly Decoration Pendant Gift Pendant For

Shipping, arrives **in 3+ days**



+3 options

$5.08

Christmas Ornaments Clearance Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Christmas Foam Pendant Holiday

Shipping, arrives **in 3+ days**



+3 options

$4.08

Christmas Ornaments Colorful Butterflies Acrylic Dec Decoration Pendant Gift Pendant Decor Christmas We

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Free shipping, arrives by Fri, Nov 1**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**

Edit

House

**Items details**

Hide details

**Arrives by Fri, Nov 1**

1 item

Sold and shipped by KINPLE
Free shipping

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant

**$10.82**

Remove          −   1   +



**Payment method**

VISA   Ending in 9192                                    **$11.93**

+ Add new payment                          Change payment

one

onepay   $15 cash back when you spend $15+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.



Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑  Send to (xxx) xxx-5923



**Place order for $11.93**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                          $10.82
Shipping                                          Free
**Estimated taxes**                             $1.11

☐  Give $0.07 to American Red Cross to support          ⓘ
    those affected by hurricanes and tropical
    storms in 2024.

    Spark Good Round Up is an easy way to support
    communities impacted by natural disasters.

Donate a whole dollar to American Red Cross  ⓘ

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                             $11.93

Have a promo code?                                  ⌄

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:21
COFEST Dream Pendant Car Decor - Acrylic Flat Pendant, Stylish & Sophisticated Design, Home Decor Accessory, Purple, 8x8cm Purple - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 214 of 685 PageID #:267



2024/9/30 17:21

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 215 of 685 PageID #:268

COFEST Dream Pendant Car Decor - Acrylic Flat Pendant, Stylish & Sophisticated Design, Home Decor Accessory, Purple, 8x8cm Purple - Walmart.com

## About this item

### Product details ⌄

Welcome To **COFEST** Store (๑•๑•๑)

☎️24 Hours Online:If you have any questions, please free feel to contact the **COFEST** service team, we will solve it for you.

•1.**High-quality household products** • •2. **Fine Party Accessories**• •3. **Quality Electronics**•

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- 【**High Quality and Durable**】: Our product is made with premium materials, ensuring its long-lasting durability. It is designed to withstand daily use and will remain in great condition for years to come. An ideal gift for Valentine, Birthday, Christmas, Thanksgiving, Halloween, Women's day, Mothers' Day, Fathers'day, and etc.Tool Gift For Lover , christmas gifts for Family.
- 【**Versatile and Practical**】: With its multi-functional design, our product can serve a variety of purposes. Whether you need it for organizing, storing, or displaying, it will meet all your needs with ease.A good product is worth having, please take it home! Easy to operate Safe & Environmental , Unique design, do not follow the trend, make it useful and fashionable , Beautiful and practical generous, comfortable and durable, safe and reliable , This is the best gift for family, friends and colleagues, I believe they will like it , Easy to carry, easy to use, It can gives you a euphoric feeling , Made of environmental friendly material, moisture-proof, non-toxic, non-irritating.
- 【**Easy Installation**】: Setting up our product is a breeze, thanks to its user-friendly design. You can easily assemble it within minutes, without the need for any special tools or skills.Through the application of high-quality products, help you change the home and work environment reflect comfortable, simple, high-end life concept. In order to make you experience the convenience of smart home, we pursue perfection everywhere, through clear details, bring you a new experience. Our products are simple and smart. What's more, you can delete it according to your own living habits. All of this makes the joy extend infinitely. Premium quality material, durable, sturdy, weather resistant, fade resistant and made to last. It's easy to install and you don't need any other tools, just follow the instructions.
- 【**Stylish and Appealing**】: Our product features a sleek and modern design that will enhance the aesthetic appeal of any space. It adds a touch of elegance and sophistication to your home or office.
- 【**Excellent Customer Support**】: We pride ourselves in offering top-notch customer service. If you have any questions or concerns, our dedicated team is always ready to assist you. Your satisfaction is our utmost priority.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌄

**Brand**
COFEST

**Assembled Product Weight**
0.11 lb

**Manufacturer**
COFEST Home & Garden

**Manufacturer Part Number**
COFEST Hanging Ornaments

More details

### Directions ⌄

**Fabric Care Instructions**
Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures:1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:Product Specifications:Material: AcrylicColor: Purplesize: 8*8*0.37cmPackage includes:1 pendant

### Warranty ⌄

**Warranty information**
Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures:1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior

More details

### Warnings ⌄

⚠️ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance      Clearance      Clearance

COFEST Dream Pendant Car Decor - Acrylic Flat Pendant, Stylish & Sophisticated Design, Home Decor Accessory, Purple, 8x8cm -Walmart.com



**Now $5.38** $6.02 +$1.99 shipping

Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**



**Now $2.42** $2.69 +$1.99 shipping

Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings(Purple)

Shipping, arrives **in 3+ days**



**Now $0.99** $2.99 +$4.99 shipping

AOMXGD Dream Pendant Car Decorative Pendant Ac... Purple

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller │ ⚠ Report suspected stolen goods (to CA Attorney General)

Party & Occasions / Christmas Trees & Christmas Decor / Christmas Decor / Indoor Christmas Decor / Christmas Ornaments / Character Ornaments



**Free shipping, arrives by Tue, Oct 15**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**    Edit

House

## Items details    Hide details

**Arrives by Tue, Oct 15**    1 item

Sold and shipped by COFEST
Free shipping

COFEST Dream Pendant Car Decor - Acrylic Flat Pendant, Stylish & Sophisticated Design, Home...
Size: Free Size, Actual Color: Purple

**$5.52**

Remove    − 1 +



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192    $6.09

+ Add new payment    Change payment



**Walmart+** Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

## Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



**Place order for $6.09**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $5.52 |
| Shipping | Free |
| **Estimated taxes** | $0.57 |

☐ Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.91 donation? ⓘ
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife Foundation (NFWF)** ⓘ

$1.00   $2.00   $5.00

**Estimated total**    $6.09

Have a promo code? ⌄

2024/9/30 17:54   YuXinYang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room Decor - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 219 of 685 PageID #:272

YuXinYang

**YuXinYang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room Decor**

☆ (No ratings yet)

🔵 Free 30-day returns

**$1.81**

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

$1.81

**How do you want your item?**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| 🚚 | 🚗 | 🛍️ |
| Shipping | Pickup | Delivery |
| Arrives Oct 30 | Not available | Not available |
| $3.99 | | |

Delivery to **1 N LA SALLE ST**

🏷️ Sold and shipped by **YuXinYangWen**

★☆☆☆☆  3 seller reviews
View seller information

🔵 Free 30-day returns   Details

♡ Add to list                                   □ Add to registry



**Clearance**

Options

**Now $3.39** $90.01 +$4.90 shipping
More options from $124
Yubnlvae Hangs Color Acrylic Sunshade Ukrainian Color Acrylic Color Acrylic Window Decoration Hanging Ornament, Christmas Decorations
★☆☆☆☆ 1
Shipping, arrives **in 3+ days**

Options

**$74.85**
Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of 24
Shipping, arrives **in 3+ days**

Options

**$9.30**
Clearance Deals! 2022 Dvkptbk Room Decor Home De
Home Decoration Green Bathroom Bedroom Living R
★★★★★ 1
Shipping, arrives **in 3+ days**

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 220 of 685 PageID #:273

## About this item

### Product details ⌃

**********************************Welcome to [YuXinYang ] Shop**********************************

Welcome to our store! We are dedicated to providing you with an exceptional shopping journey.

If you have any inquiries or need assistance, don't hesitate to reach out to us.Thank you for

choosing our shop.We look forward to having you as a satisfied customer!

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

YuXinYang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room Decor

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
YuXinYang

**Assembled Product Weight**
0.1 lb

**Manufacturer**
YuXinYang

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆　0 ratings | 0 reviews

This item does not have any reviews yet

| | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |
|---|---|

Clearance



+ Add

Now **$4.56** $9.12 +$2.00 shipping

IBaodan Home Decor Clearance sale Housewarming Gift Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Clearance



+ Add

Now **$1.29** $1.49 +$4.99 shipping

PNNJI Room Decor - Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Modern Fall Decorations for Home Clearance(Z)

Shipping, arrives **in 3+ days**



Options

**$0.59** +$4.80 shipping

Qianying Summer Promotion,Clearance,Acrylic Flat Ca Decorations

Shipping, arrives **in 3+ days**

**Report:** 💬 Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 221 of 685 PageID #:274



**Shipping, arrives by Tue, Oct 29**

steven howard        Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**        Edit

House

## Items details        Hide details

**Arrives by Tue, Oct 29**        1 item

Sold and shipped by YuXinYangWan

$3.99 seller shipping fee

YuXinYang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room...

Actual Color: Purple

**$1.81**

Remove    −   1   +



**Place order for $6.39**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)        $1.81

Seller shipping        $3.99

**Estimated taxes**        $0.59

☐ Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.61 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife Foundation (NFWF)**

$1.00    $2.00    $5.00

**Estimated total**        $6.39

Have a promo code?   ⌄



## 🗎 Payment method

💳   **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA**   Ending in 9192        $6.39

+ Add new payment        Change payment



Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

## 📱 Text updates for this order

☐ Send to (xxx) xxx-5923

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Must Have Household Items
- Please allow slight measurement deviations due to manual measurement. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed in the pictures.
- QuLuJing Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Must Haves for Home
- Household Items Summer Savings,Spring Promotion,Must Have Home Items,Home Deals
- BEST SERVICE: If you are have any questions with our products, contact us any time, we will get you back within 48 hours try your best to make things right. We just hope you have a pleasant shopping!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple-4986

**Size**
Free Size

**Brand**
QuLuJing

**Features**
Anti-Slip

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**State Chemical Disclosure**
NO

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Rollback to user

Sponsored ⓘ



Options



Options



+ Add

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 225 of 685 PageID #:278

**$6.15** +$0.99 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives **in 3+ days**

**$7.43** +$3.99 shipping

Ornaments Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

**$6.12**

Colorful Butterflies Acrylic Decoration Pendant Funny Pendant For Party Decoration The Butterfly Pendant G

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Thu, Sep 26**

Steven kal                                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                          Add

Add access codes or other necessary information.

**Items details**                                                    Hide details

**Arrives by Thu, Sep 26**                                               1 item

Sold and shipped by QuLuJing
$3.99 seller shipping fee

QuLuJing Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant, Must Haves for Home
Actual Color: Purple-4986

$2.61

Remove       −    1    +



**Place order for $7.28**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                      $2.61
Seller shipping                                                            $3.99
**Estimated taxes**                                                        $0.68

☐  Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.72 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                                        $7.28

Have a promo code?                                                            ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                                     $7.28

+ Add new payment                                              Edit payment

🅢 one

onepay  $15 cash back when you spend $15+              Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 227 of 685 PageID #:280

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Timeless style for him

Sponsored

QiYiyou

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant for Home Lightning Deals of Today**

Free 30-day returns

**$3.99**

Price when purchased online ⓘ

**Buy now**

**Add to cart**

Actual Color: Purple

| Purple |
| $3.99 |

### How do you want your item?

| Shipping | Pickup | Delivery |
| Arrives Sep 20 | Not available | Not available |
| $3.00 | | |

Delivery to **1 N La Salle St**

Sold and shipped by **QiYiyou**
View seller information

Free 30-day returns  Details

♡ Add to list                    Add to registry

---

Sponsored

**$20.37** $36.38/kg
Better Homes & Gardens 57" Architectural Pendant Light, Adjustable Cord, G40 LED Decorative bulb

2-day shipping

**+ Add**



+ 3
View all



## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space in a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant for Home Lightning Deals of Today

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

Brand

QiYiyou

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠️ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

| | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |

Walmart+

Members see more

Sponsored ⓘ



Options

$7.43 +$3.99 shipping

Ornaments Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**



+ Add

$6.12

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives **in 3+ days**



Options

$4.01 +$3.33 shipping
Options from $4.01 – $5.00

Decor Funny Acrylic Animal Decoration Pendant Creat And Outdoor Decorative Accessories Garden Decorati

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller    ⚠️ Report suspected stolen goods (to CA Attorney General)

Home    Decor    Lighting & Light Fixtures    Ceiling Fixtures

9/5/24, 12:54 PM Dream Pendant Car Decorative Pendant Acrylic Flat Pendant for Home Lightning Deals of Today - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 230 of 685 PageID #:283



**Shipping, arrives by Fri, Sep 20**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                             Hide details

**Arrives by Fri, Sep 20**                                    1 item

Sold and shipped by QiYiyou
$3.00 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant for Home Lightning Deals of Today
Actual Color: Purple

**$3.99**

Remove         —   1   +

**Place order for $7.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                         $3.99
Seller shipping                                               $3.00
**Estimated taxes**                                           $0.72

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.29 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00     $2.00     $5.00

**Estimated total**                                           $7.71

Have a promo code?                                            ⌄



**Payment method**

ⓘ **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                          $7.71

+ Add new payment                                       Edit payment

one

onepay  $15 cash back when you spend $15+         Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/5/24, 12:55 PM
Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 232 of 685 PageID #:285
Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:38
Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance Sales - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 233 of 685 PageID #:286



## About this item

**Product details** ︿

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Design:Our hanging ornaments adopts a design that is close to life, allowing you to have a good experience when using it
- Durability: This hanging ornaments is manufactured with serviceable materials to ensure long-term use
- Portable: This hanging ornaments is easy to carry or move, powerful functions, and price is right
- Multipurpose: LMEEOR hanging ornaments can provide convenience to your daily life. You can utilize it appropriately on various occasion or offer it to your family
- Service: If you have any questions regarding our hanging ornaments, please let me know
- Ample Options: This hanging ornaments will fulfill your requirements! The product kind can be chosen at your discretion

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

**Specifications** ︿

**Features**

Hanging Ornaments

**Brand**

LMEEOR

**Assembled Product Weight**

0.11 lb

**Manufacturer**

LMEEOR

More details

---

**Directions** ︿

**Fabric Care Instructions**

Hand Wash

---

**Warranty** ︿

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

**Warnings** ︿

⚠ **WARNING:** None

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

---



+ Add

$4.49 · $2.49 shipping

Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments

Shipping, arrives **in 3+ days**

Clearance


+ Add

Now $3.89 $4.37 · $2.99 shipping

Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations Akmoler Purple

Shipping, arrives **in 3+ days**



+ Add

Now $4.49 $6.99 · $2.00 shipping

HKEJIAOI Home Essentials Dream Pendant Car Decor

Shipping, arrives **in 3+ days**

2024/9/30 17:38                    Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance Sales - Walmart.com

**Report:**  ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Holiday Decor  /  Christmas Decor  /  Christmas Tree Decorations  /  Shop All Christmas Tree Decorations

Review your order - Walmart.com



**Shipping, arrives by Mon, Oct 21**

steven howard                                            Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                     Edit

House

### Items details                                        Hide details

**Arrives by Mon, Oct 21**                               1 item

Sold and shipped by LMEEOR  |  ✓ **Pro Seller** ⓘ
$2.00 seller shipping fee

Hanging Ornaments Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant Clearan...

Actual Color: Purple

$0.55 from savings

**$4.44**
$4.99

Remove          [ − ]  1  [ + ]

### Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 9192                              $7.10

+ Add new payment              Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

### Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

---



Place order for $7.10

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                              $4.99
Savings                                           -$0.55
                                                   $4.44

Seller shipping                                    $2.00

**Estimated taxes**                                $0.66

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.90 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                $7.10

Have a promo code?                                  ⌄

---

Review your order - Walmart.com

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

9/4/24, 4:25 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 238 of 685 PageID #:291

Momihoom Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting - Walmart.com



9/4/24, 4:25 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 239 of 685 PageID #:292

Momihom Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting - Walmart.com







## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Momihom 【Service】 If you have any questions, please feel free to contact us and we will answer your questions as soon as possible.
- best gift
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
- Product Specifications:
- Material: Acrylic
- Labor Day
- Labor Day

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Momihom

**Manufacturer**
Momihom Clearance

**Color**
Purple

### Directions

**Fabric Care Instructions**
More Beautiful,Best Gifts

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

MILK-BONE
Bewitch their taste buds

Sponsored ⓘ

Clearance

Clearance

9/4/24, 4:25 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 240 of 685 PageID #:293

Momihoom Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting - Walmart.com









**Now $2.17** $2.55 · +$5.00 shipping

Zenghuiii Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Pendant For Party Decoration The Butterfly Pendant Ornament Garland Christmas And

Shipping, arrives **in 3+ days**

**Now $4.27** $4.80 · +$1.99 shipping

miaomiaoke Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

**Now $5.10** $6.60 · +$1.50 shipping

Centerpieces for Wedding Table Bling Stain Glass Wind Hamster Dance Christmas Ornament Decorative Garla Fireplace Mantel

---

Report:    ⓘ Report seller    |    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

browse subscription kids crafts & jewelry making                           Tween Girls' Jewelry

browse subscription fashion art                                            browse subscription jewelry making & storage

browse subscription kids crafts                                            Tween Girls' Accessories

Clothing   /   Bags & Accessories   /   Women's Bags & Accessories   /   Women's Accessories   /   Womens Accessories



**Shipping, arrives by Tue, Sep 24**

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

Delivery instructions (optional)                                    Add

Add access codes or other necessary information.

## Items details                                            Hide details

Arrives by Tue, Sep 24                                         1 item

Sold and shipped by Momihoom
$0.99 seller shipping fee

Momihoom Fashion Butterfly Pendants Charms,
Mixed Acrylic Butterflies Charms Pendants...
Actual Color: Purple, Clothing Size: Free Size

$0.55 from savings

$4.44
~~$4.99~~

Remove        [ − 1 + ]



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                          $5.99

+ Add new payment                                       Edit payment

**one**

onepay   $15 cash back when you spend $15+           Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $5.99**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                          ~~$4.99~~
Savings                                                   -$0.55
                                                          $4.44
Seller shipping                                            $0.99
**Estimated taxes**                                        $0.56

☐  Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.01 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                        $5.99

Have a promo code?                                          ⌄

9/4/24, 4:25 PM

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/4/24, 4:22 PM

miaomiaoke Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



Miaomiaoke Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

Save with

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- miaomiaoke Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- kitchen mats for floor kitchen kitchen towels kitchen organizers and storage cutting boards for kitchen kitchen trash can kitchen faucets kitchen utensils set oil dispenser for kitchen sponges kitchen kitchen kitchen decor sponge for kitchen sink blenders for kitchen
- bathroom rugs bathroom organizers and storage bathroom decor bathroom accessories bathroom trash can bathroom shelves towel racks for bathroom towels for bathroom bath mats for bathroom bathroom set bathroom faucets hand towels for bathroom bathroommirror bathroom cleaner bathroom storage bathroom rug bathroom cabinet
- blanket basket swaddleblanket dog blanket weighted blankets for adults fire blankets emergency for home blanket blanket baby blankets for boys baby blankets for girls outdoor blanket throw blanket throwblanket for couch blankets size
- neck pillowairplane pillow covers outdoor pillows 18x18 pillow inserts pillow memory foam pillows nursing pillow throw pillows for couch toddler pillow body pillow cover throw pillow covers size pillows set 0f2 pillows standard size set o4 pregnancy pillows for sleeping

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Brand**
Miaomiaoke

**Color**
Purple

**Material**
Acrylic

**Theme**
TV & Movies

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬  Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.


Walmart+

Gear p & go


epic summer roadtrip

Sponsored ⓘ

Clearance

❤

Now $3.16 $3.99 +$2.99 shipping
Vekome Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days

Clearance

❤

Now $4.99 $6.99 +$1.99 shipping
LYTiang Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift
Shipping, arrives in 3+ days

Clearance

❤

Now $3.31 $5.98 +$3.99 shipping
Sandistore Colorful Butterflies Acrylic Decoration Pen Gift Pendant For Party Decoration The Butterfly Penda
Shipping, arrives in 3+ days

**Report:**   ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Jewelry  /  Womens Jewelry & Watches  /  Womens Jewelry  /  Womens Necklaces  /  Fashion Necklaces & Pendants



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                         Add

Add access codes or other necessary information.

**Items details**                                       Hide details

Arrives by Thu, Sep 19                                        1 item

Sold and shipped by miaomiaoke
$1.99 seller shipping fee

miaomiaoke Dream Pendant Car Decorative
Pendant Acrylic Flat Pendant

$0.53 from savings

$4.27
$4.80

Remove          −   1   +



**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                        $6.90

+ Add new payment                               Edit payment

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $6.90**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                            $4.80
Savings                                                     -$0.53
                                                             $4.27
Seller shipping                                              $1.99
**Estimated taxes**                                          $0.64

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.10 donation?

  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00      $2.00      $5.00

**Estimated total**                                          $6.90

Have a promo code?                                             ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



| | | |
|---|---|---|
| **$24.99** | **$5.99** +$3.99 shipping | **$89.00** |
| Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White | Light Diffuser Light-transmitting Plate Acrylic Diffuser Ceiling Light Shade Diffuser | DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US |

## About this item

### Product details ⌃

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for every home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- If you have any questions, feel free to contact me at any time, and I will reply to you as soon as I see the message within 24 hours
- Low price: During the low price promotion period, our store provides incredible discounts.
- Wide range: Our store explores a variety of home products to meet various holiday decorations, indoor and outdoor decorations, and other needs.
- plant stem support stem holder plant propagation monstera plant support Plant Stem Supports, Plant Stakes, Plant Climbers Stem Holders, Garden Single Stem Plant Support Stakes, Plant Supports for Indoor and Outdoor Plants

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
Vekome

**Features**
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Warranty ⌃

**Warranty information**
This product will be refunded free of charge within 30 days. Before refunding, please send an email to contact the seller, send a photo and explain the reason for the refund in detail. Trust me, they will give you the best service.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

| | | |
|---|---|---|
| | ▬ | **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |

*Coca-Cola*

Quick& easy meal combos

Sponsored ⓘ



Clearance ♡

Options

**Now $3.31** ~~$4.15~~ +$3.99 shipping
Sandistore Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift Candy Garland Ornament Pack
Shipping, arrives **in 3+ days**

♡

Options

**$7.82**
Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant
Shipping, arrives **in 3+ days**



♡

Options

+3 options

**$7.20**
Colorful Butterflies Acrylic Decoration Pendant Funny Pendant For Party Decoration The Butterfly Pendant G
Shipping, arrives **in 3+ days**

| **Report:** | ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General) |

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                            Hide details

**Arrives by Thu, Sep 19**                                   1 item

Sold and shipped by maqinghe
$2.99 seller shipping fee

Vekome Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: #1 Purple

$0.43 from savings

$3.16
$3.59

Remove          [ − ] 1 [ + ]

**Payment method**



**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                         $6.78

+ Add new payment                            Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $6.78**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $3.59 |
|---|---|
| Savings | -$0.43 |
| | $3.16 |
| Seller shipping | $2.99 |
| Estimated taxes | $0.63 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.22 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                              **$6.78**

Have a promo code?                                  ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/18/24, 4:08 PM
Lilixerw Clearance Butterfly Car Hanging Ornament,Acrylic Butterfly Pendant,for Car Pendant Backpack Accessories Home Decor - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 253 of 685 PageID #:306



9/18/24, 4:08 PM

Lilixerw Clearance Butterfly Car Hanging Ornament,Acrylic Butterfly Pendant for Car Pendant Backpack Accessories Home Decor - Walmart.com

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Features:
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one
- Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
- Product Specifications:
- Material: Acrylic

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

Brand
Lilixerw

Assembled Product Weight
0.11 lb

Manufacturer
Lilixerw

Assembled Product Dimensions (L x W x H)
3.10 x 3.10 x 0.10 Inches

### Directions

Fabric Care Instructions

Car Hanging Ornament Christmas Ornaments Halloween Ornaments Butterfly Decorations Ornament Storage Box Ornaments 2024 Wall Decor Living Room Patio Decor

### Warranty

Warranty information

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠️ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

---

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.


Safe rat control soltion

Sponsored ⓘ

9/18/24, 4:08 PM

Liilxerw Clearance Butterfly Car Hanging Ornament,Acrylic Butterfly Pendant for Car Pendant Backpack Accessories Home Decor - Walmart.com







**$6.12** +$3.99 shipping

SKBEY Decorated Garland Outdoor Flocked Lambs Ear Garland Christmas Hanging Decorations for Wedding Ornament Glass Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly

Shipping, arrives **in 3+ days**

**$2.12** +$3.99 shipping

Mengshii Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant Diamond Party Decorations for Adults

Shipping, arrives **in 3+ days**

**Now $6.55** $7.99 +$1.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Outdoor Decorative Accessories Garden Decoration P

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Party & Occasions / Christmas Trees & Christmas Decor / Christmas Decor / Indoor Christmas Decor / Christmas Ornaments / Character Ornaments



Shipping, arrives **in 3+ days**

Uxcell 25x15mm Fake Ice Cube Acrylic Irregular Crushed Pack (130Pcs)

Shipping, arrives **in 3+ days**

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

**Features:**

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them essy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a versatile variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized. 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:

**Product Specifications:**
**Material:** Acrylic
**Color:** Purple
**size:** 8*8*0.37cm
**Package includes:**
1 pendant

- yard decorations outdoor
- outdoor fall decorations for porch
- outdoor fall decorations
- decorations for living room
- halloween decorations outdoor clearance

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**State Chemical Disclosure**

None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ



+ Add

**$3.28** +$2.99 shipping

Lilixerw Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**



+ Add

**$3.79** +$3.99 shipping

Swinging Pig Car Ornament Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant For Party Decoration The Pendant

Shipping, arrives **in 3+ days**



Options

**$5.98**

Funny Acrylic Animal Decoration Pendant 2D Decoration Shape Ornament Antique Stained Glass Window Hangi

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Free shipping, arrives by Wed, Oct 9**

Michael Boldt                                                                                   Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**                                                            Edit

Apartment

**Items details**                                                                          Hide details

**Arrives by Wed, Oct 9**                                                                      1 item

Sold and shipped by Krqap
Free shipping

YiFudd Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: Purple,Free Size

**$5.65**

Remove          −    1    +



**Place order for $6.23**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                                      $5.65
Shipping                                                                Free
**Estimated taxes**                                                    $0.58

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.77 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

| $1.00 | $2.00 | $5.00 |

**Estimated total**                                                    $6.23

Have a promo code?                                                        ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in 1950**                                               $6.23

+ Add new payment                                          Change payment

**one**

onepay   $15 cash back when you spend $15+                        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 260 of 685 PageID #:313

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/4/24, 3:09 PM
JGJJUGN Dream Pendant Car Decorative Item, Acrylic Flat Pendant for Home, Vintage Car Acrylic Pendant - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 261 of 685 PageID #:314



9/4/24, 3:09 PM                    JGJJUGN Dream Pendant Car Decorative Item, Acrylic Flat Pendant for Home, Vintage Car Acrylic Pendant - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 262 of 685 PageID #:315

**$0.99** +$4.99 shipping

JGJJUGN Christmas Pendant Acrylic Pig Flat Car Pendant Christmas Tree Ornament, Christmas pig pendant, Christmas Pigs Glass Blown Ornaments for Christmas Tree

**$9.99**

10PCS Diamond Pendant Ornaments, Shatterproof Acrylic for Christmas Tree Party Outdoor Decorations

**Options from $14.29 – $14.99**

24 Pieces Christmas Snowflake Drop Ornament Acrylic Icicle Christmas Hanging Acrylic Crystal Snowflake Decoration Hanging Acrylic Snowflakes (Clear)

★★★★☆ 53

Save with

## About this item

### Product details

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor.

- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic .

- 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Our product is made with premium materials, its long lasting durability. It is designed to withstand daily use and will remain in great condition for years to come.
- Our product features a versatile design that can be used for a variety of purposes. Whether you need it for organisation, storage or display, it will meet all your needs.
- Setting up our product is a breeze, thanks to its user friendly design. You can easily assemble it within minutes, without the need for any special tools or skills.
- Our product features a sleek and modern design that will enhance the aesthetic appeal of any space. It adds a touch of elegance and sophistication to your home.
- We pride ourselves in offering top notch customer service. If you have any questions or concerns, our dedicated team is always ready to assist you.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
JGJJUGN

**Assembled Product Weight**
0.11 lb

**Manufacturer**
JGJJUGN Accessories

**Manufacturer Part Number**
JGJJUGN Home & Decoration

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart ☀

Pride always has a place

Sponsored ⓘ



♡

⊕ Add

$1.02 · +$3.99 shipping

Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Clearance



♡

Options

‹ • • ›

Now $0.99 $1.94 · +$4.99 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Chain Links for Jewelry Making 100 Ft Shelf Decorations Wooden Garland Beads Short Ornament Hanging String Auction Pendant Bead

Shipping, arrives **in 3+ days**



♡

Options

‹ • • ›

$10.82 · +$3.99 shipping

12 Days of Christmas Song Cards Colorful Butterflies A Butterfly Decoration Pendant Gift Pendant For Party D Car

Shipping, arrives **in 3+ days**

Report:   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Party & Occasions   /   Christmas Trees & Christmas Decor   /   Christmas Decor   /   Indoor Christmas Decor   /   Christmas Ornaments   /   Character Ornaments



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                          Add

Add access codes or other necessary information.

**Items details**                                                       Hide details

**Arrives by Thu, Sep 19**                                                  1 item

Sold and shipped by JGJJUGN
$4.99 seller shipping fee

JGJJUGN Dream Pendant Car Decorative Item,
Acrylic Flat Pendant for Home, Vintage Car Acryl...
Size: 3.15x3.15x0.15in, Actual Color: Purple

**$0.49**

Remove              —    1    +



**Place order for $5.99**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                        $0.49
Seller shipping                                                              $4.99
**Estimated taxes**                                                          $0.51

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.01 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

  $1.00      $2.00      $5.00

**Estimated total**                                                          $5.99

Have a promo code?                                                            ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                                        $5.99

+ Add new payment                                    Edit payment

**one**

onepay  $15 cash back when you spend $15+              Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 265 of 685 PageID #:318

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

Shipping, arrives **in 3+ days**

## About this item

### Product details ⌃

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylicpendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding aof to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.2. Versatile accessories: Whether living room, bedroom or office, our new acrylicpendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , lamps or interior furniture to create a personalized .3.Choices: Looking for a special your loved one? Stop looking! Our new series of acrylicpendants make a thoughtful and unique gift. Give these beautiful pendants to yourand family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylicpendants is ideal. Stylish, sophisticated, designs will bring moreand beauty to your everyday life. Turn your living space into a place ofand beauty by purchasing our new acrylicpendant collection, giving your home a fresh and .5. Quality craftsmanship: Eachpendant in our collection has been carefully crafted to create a gorgeous look andtextures. These pendants are made ofmaterials that areand stand the test of. Invest in our new collection of acrylicpendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
**Material:** Acrylic
**Color:** Purple
**size:** 8*8*0.37cm
**Package includes:**
1 pendant

lihxbz Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Features**

lihxbz Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, led lights for bedroom; home decor; room decor; led lights; halloween decorations; halloween; wall decor; fairy lights; bedroom decor; fake plants; desk accessories; classroom decor; halloween decor; happy birthday banner; table runner; living room decor; office decor; birthday decorations; fall decor; flowers; christmas tree; room decor aesthetic; baby shower decorations; halloween decorations outdoor; wedding; christmas decorations; string lights; dorm decor; vase; lights for bedroom; boho decor; fake flowers; vines; bachelorette party decorations; fall decorations for home; farmhouse decor; plants; lights; led; wedding decor; fairy lights battery operated; cool stuff; floating candles; boho wall decor; flameless candles; happy birthday decorations; halloween decorations indoor; desk decor; christmas; room decor for teen girls; decor; led light strip; artificial flowers; christmas lights; bridal shower decorations; string lights for bedroom; house decor; happy birthday balloon; bachelorette; dried flowers; apartment decor; home decor living room; hawaiian party decorations; fairy lights for bedroom; cute room decor; battery operated lights; disco ball decor; vines for bedroom; led light; 30th birthday decorations for her; shelf decor; curtain lights; coffee table decor; wedding decorations; backdrop; photo booth; light; bedroom; wall lights; birthday decorations for women; pool party decorations; ambient lighting; led lights for tv; christmas decorations; happy birthday sign; fake vines; rose; engagement party decorations

**Brand**
lihxbz

**Material**
Acrylic

**Theme**
home decor

More details

### Warranty ⌃

**Warranty information**

Please be free to contact us if you have any questions, we promise that we will give you all satisfied solution. By the way, please check with our item description very carefully, for saving you time and get exactly what you want, thank you and enjoy your shopping.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

### Warnings ⌃

⚠️ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

It's more than a toy

Sponsored ⓘ







**$7.30** +$3.00 shipping

QNFEPKG Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

**$7.88**

MVNSFEW Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant

**$6.59** +$2.99 shipping

YHAIOGS 50 Ft Garland No Wire Funny Acrylic Animal Decoration Pendant Indoor and Outdoor Decorative A

Report:   ⊘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Jewelry / Womens Jewelry & Watches / Womens Jewelry / Womens Necklaces / Fashion Necklaces & Pendants



### Shipping, arrives by Thu, Oct 3

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

**Delivery instructions (optional)**                    Add

Add access codes or other necessary information.

**Items details**                                        Hide details

**Arrives by Thu, Oct 3**                                1 item

Sold and shipped by lhhxbz
$1.99 seller shipping fee

Ihhxbz Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: Purple,Free Size

**$5.56**

Remove      −    1    +



**Place order for $8.32**

By placing this order, you agree to our Privacy Policy and Terms of Use

| **Subtotal** (1 item) | $5.56 |
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.77 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.68 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                      **$8.32**

Have a promo code?                                        ⌄



### 💳 Payment method

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651                                  $8.32

+ Add new payment                          [ Edit payment ]

ⓢ **one**

onepay  $15 cash back when you spend $15+       [ Sign up ]

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/4/24, 2:38 PM                    Hxlamzoo Dream Butterfly Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com







## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new acrylic pendant collection and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Hxlamzoo Dream Butterfly Pendant Car Decorative Pendant Acrylic Flat Pendant 【Service】 If you have any questions, please feel free to contact us and we will answer your questions as soon as possible.
- best gift
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new acrylic pendant collection and watch your home space filled with elegance and refinement. Product Description:
- Product Specifications:
- Material: Acrylic

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Hxlamzoo

**Features**
Hxlamzoo Dream Butterfly Pendant Car Decorative Pendant Acrylic Flat Pendant

### Warranty

**Warranty information**
Independence Day Father's Day Mother's Day Children's Day Easter Christmas New Year April Fools' Day Martin Luther King Day Arbor Day Honey Bee Day Valentine's Day The Day After Easter Durability Labor Day Halloween Thanksgiving Veterans Day Christmas Eve New Year's Eve Summer Parties,Dinners,Travel, Weddings and Other

More details

💬 Report incorrect product information




$2,639.36

Makiaine 5-Piece Velvet Upholstered Tufted Queen Bedroom Set in Gray

3+ day shipping



$14.99

MoKo Sunglasses Holder Organizer Wall, Wooden Eyeglasses Display Rack for Bedroom Living Room Entryway

2-day shipping



$2,006.60

Makiaine 4-Piece Velvet Upholstered Eastern King Bedroom Set in Gray

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



The Ghost with the Most



Sponsored ⓘ



+ Add

Clearance



Options

+3 options



Options

**$0.50** +$4.99 shipping

Ovzne 1 PC Bling Car Rearview Mirror Pendant, 3.14" x 3.74" Rhinestone Butterfly-shaped Metal Stainless Steel Chain Pendant, Personalized Decorative Accessory, Compatible with Most Models#A

Shipping, arrives **in 3+ days**

**Now $1.12** $3.99 +$4.99 shipping

Linjeee Icicles Glass Christmas Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

**$7.79** +$0.00 shipping

HALJEN Ornament Hooks Clear Colorful Butterflies A Decoration Pendant Gift Pendant for Party Decoration

Shipping, arrives **in 3+ days**

Report:  ⓘ Report seller    ⚠ Report suspected stolen goods ( to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Tue, Sep 24**

Steven kal                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**          Add

Add access codes or other necessary information.

**Items details**                            Hide details

**Arrives by Tue, Sep 24**                    1 item

Sold and shipped by Hxlamzoo
$0.98 seller shipping fee

Hxlamzoo Dream Butterfly Pendant Car
Decorative Pendant Acrylic Flat Pendant
Size: Free Size, Actual Color: Purple

$5.00 from savings

$3.99
$8.99

Remove        −   1   +



**Place order for $5.48**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $8.99 |
|---|---|
| Savings | -$5.00 |
| | $3.99 |
| Seller shipping | $0.98 |
| **Estimated taxes** | $0.51 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.52 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total**                          $5.48

Have a promo code?                            ⌄



**Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                          $5.48

+ Add new payment                            Edit payment

⑤ one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/4/24, 2:38 PM

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/4/24, 2:34 PM                    Ovzne 1 PC Bling Car Rearview Mirror Pendant, 3.14" x 3.74" Rhinestone Butterfly-shaped Metal Stainless Steel Chain Pendant, Personalized Decorative Accessory, Compatible with Most Models#A - Walmart.com



9/4/24, 2:34 PM
Ovzne-1 PC Bling Car Rearview Mirror Pendant, 3-14" x 3-74"-Rhinestone-Butterfly-shaped-Metal-Stainless-Steel-Chain-Pendant-Personalized-Decorative-Accessory, Compatible-with-Most-Models#A - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 277 of 685 PageID #:330

Car Bling Rear View Mirror Hanging Accessories for Women & Men, Rhinestones Diamond Love Heart and Black Plush Ball Crystal Sun Catcher Lucky Ornament Chain, Car Chandelier, Bling Car Charm

★★★★★ 1

Metal Lamp Shade Retro Light Shade Replacement Mesh Industrial Pendant Light Shade Accessories Ceiling Hanging Light Shades Decorative for Home 1.65" Top x 3.07" Bottom x 4.72" High

★★★☆☆ 1

DENEST 4 Light Tiffany Style Chandelier Ceiling Stained Glass Pendant Lamp Hanging Light

★★★★☆ 1

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambiance to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Unique Butterfly Design: The butterfly-shaped pendant adds a touch of elegance and personality to your car's interior. Its captivating design is sure to turn heads and complement any car's style.
- Premium Stainless Steel Material: Crafted from high-quality stainless steel, this pendant is built to last. It is resistant to rust and tarnishing, ensuring its beauty and charm remain intact over time.
- Universal Compatibility: Compatible with most car models, this rearview mirror pendant is a versatile accessory that can be easily attached to your car's mirror, regardless of make or model.
- Personalized Decorative Accessory: Not just a pendant, it's a statement piece that reflects your unique taste and personality. Add a touch of glamour to your daily commute with this stylish accessory.
- Easy to Install & Remove: With its convenient chain design, this pendant is effortless to attach and remove from your car's rearview mirror. No tools required, making it a hassle-free addition to your vehicle's interior.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Ovzne

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information



+ Add



+ Add



+ Add

$682.34
Home Square Wood Black 3 Piece Set with Platform Full Bed Nightstand and Dresser
★★★☆☆ 4
3+ day shipping

$930.54
Home Square Wood Black 4pc Set with Platform Queen Bed Dresser & 2Nightstands
★★☆☆☆ 3
3+ day shipping

$14.99
MoKo Sunglasses Holder Organizer Wall, Wooden Eyeglasses Display Rack for Bedroom Living Room Entryway
2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

**one**
Debit with rewards

Sponsored ⓘ



9/4/24, 2:34 PM

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 278 of 685 PageID #:331

Ovzne 1 PC Bling Car Rearview Mirror Pendant, 3.14" x 3.74" Rhinestone Butterfly-shaped Metal Stainless Steel Chain Pendant, Personalized Decorative Accessory, Compatible with Most Models#A - Walmart.com



♡



♡

Options



♡

Options

1

+3 options

Options

**Now $1.12** $3.10 +$4.99 shipping

$7.79 +$1.00 shipping

$7.82 +$1.00 shipping

Linjieee Icicles Glass Christmas Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

HALIEN Ornament Hooks Clear Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Gift Pendant for Party Decoration the Pendant Gift

GuLuBin Car Hanger Funny Acrylic Animal Decoration Pendant Indoor and Outdoor Decorative Accessories G

**Report:**   ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Fixtures



**Shipping, arrives by Thu, Sep 12**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                        Hide details

**Arrives by Thu, Sep 12**                                  1 item

Sold and shipped by Hong Rui
$4.99 seller shipping fee

Ovzne 1 PC Bling Car Rearview Mirror Pendant,
3.14" x 3.74" Rhinestone Butterfly-shaped Metal...
Actual Color: Purple

**$0.50**

Remove            −    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                    $6.00

+ Add new payment                              Edit payment

**one**

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $6.00**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                        $0.50
Seller shipping                                              $4.99
**Estimated taxes**                                          $0.51

☐  Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $1.00 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[$1.00]   [$2.00]   [$5.00]

**Estimated total**                                          $6.00

Have a promo code?                                            ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/27 23:45                    Herunwer Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 281 of 685 PageID #:334

Herunwer

**Herunwer Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting**

🚚 Free shipping, arrives Oct 19      ↩ Free 30-day returns ⓘ

**$9.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** Purple

$9.99

**Clothing Size:** Free Size

| Free Size |
|---|

**How you'll get this item:**

| 🚚 Shipping | 🏬 Pickup | 📦 Delivery |
|---|---|---|
| Arrives Oct 19 | Not available | Not available |
| Free | | |

**1 N LA SALLE ST**  Change

Arrives by **Sat, Oct 19** | More options

🏷 Sold and shipped by **Herunwer**

⭐⭐⭐☆☆  6 seller reviews

View seller information

↩ Free 30-day returns  Details

♡ Add to list                                    🎁 Add to registry






+3 View all



♡
🔍

›

· · ·

---

  ♡

Sponsored
**$24.29**
HETICA Chunky Gold Necklace for Women, Heart Pendants Necklace Sun Flower Necklace Fashion Hip Hop Choker Gift
⭐⭐⭐⭐⭐ 3
Save with W+
Shipping, arrives in 2 days

  ♡

**$1.89**  +$4.90 shipping
YIJEHAO Keychains Keychain Color Dripping Butterfly Pendant Keychain Fashion Keyring Bag Pendant E
⭐⭐⭐⭐☆ 1
Shipping, arrives in 3+ days

  ♡

**$9.95**
Popfizzy Bling Keychain for Women and Girls Rhinestone Tassel Key Chain Key Fob
Shipping, arrives in 3+ days

2024/9/27 23:45

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 282 of 685 PageID #:335

Herunwer-Fashion-Butterfly-Pendants-Charms,-Mixed-Acrylic-Butterflies-Charms-Pendants-Keychain-Necklace-Pendants-for-Women-DIY-Jewelry-Making-Crafting - Walmart.com

## About this item

### Product details                                                                                                                          ⌄

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Herunwer    Service    If you have any questions, please feel free to contact us and we will answer your questions as soon as possible.
- best gift
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
- Product Specifications:
- Material: Acrylic
- Thanks Giving
- Thanks Giving

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                                                                                                          ⌄

**Brand**

Herunwer

**Manufacturer**

Herunwer Clearance

### Directions                                                                                                                              ⌄

**Fabric Care Instructions**

More Beautiful;Best Gifts

### Warranty                                                                                                                                ⌄

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬  Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

### This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



$8.57 +$1.99 shipping

Wall Sculptures,Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives **in 3+ days**



$3.72 +$3.99 shipping
More options from $3.30

QBGSAY Hanging Ornament Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Indoor And Outdoor Decorative Accessories Garden Decoration Pendant Party Wedding Decoration

Shipping, arrives **in 3+ days**



$8.87

Hanging Ornament Funny Acrylic Animal Decoration P Pendant Indoor And Outdoor Decorative Accessories C

Shipping, arrives **in 3+ days**

2024/9/25 23:45

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 283 of 685 PageID #:336

Herunwer Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting - Walmart.com

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods ( to CA Attorney General )

Clothing  /  Bags & Accessories  /  Women's Bags & Accessories  /  Women's Accessories  /  Womens Accessories



**Free shipping, arrives by Fri, Oct 18**

steven howard        Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**     Edit

House

### Items details     Hide details

**Arrives by Fri, Oct 18**     1 item

Sold and shipped by Herunwer
Free shipping

Herunwer Fashion Butterfly Pendants Charms,
Mixed Acrylic Butterflies Charms Pendants...
Actual Color: Purple, Clothing Size: Free Size

**$9.99**

Remove    − 1 + 



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192      $11.01

+ Add new payment      Change payment



**Walmart+** Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

\*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



### Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Place order for $11.01

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)     $9.99
Shipping     Free
**Estimated taxes**     $1.02

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.99 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00   $2.00   $5.00

**Estimated total**     $11.01

Have a promo code? ⌄



## Product details

^

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic, our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dadatutu Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

^

**Color**
Purple

**Brand**
Dadatutu

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

## Directions

^

**Fabric Care Instructions**
Machine Washable; Hand Wash

## Warranty

^

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

---

[♡] Add — $15.99
Hatafafurni Ceramic Jewelry Dish Mom Women for Birthday and Wedding Gifts
2-day shipping

[♡] Add — $15.99
Hatafafurni Ceramic Ring Holder Dragonfly Jewelry Dish Gift for Women, Wedding and Birthday
2-day shipping

[♡] Add — $15.99
Hatafafurni Ceramic Ring Holder Jewelry Dish Gift for Godmothers Women for Wedding and Birthday
2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

▪️ **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Honeywell
Choose yoncool



Sponsored ⓘ

Clearance







Now $1.02 ~~$6.02~~ +$4.99 shipping

$10.49

$7.99

CHENZERO Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift Ornament Christmas

Maxpert Weekly Pill Organizer Case - Push Button Pill Planner, Easy Open Arthritis Friendly Medicine Organizer, Large Pill Case for Medication, Vitamins, Fish Oil, Supplements, 7 Day Pill Box

AUVON Weekly Pill Organizer Arthritis Friendly, 7 Day Design and Large Compartment

Shipping, arrives **in 3+ days**

Report: ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Dining Room Pendant Lights



**Place order for $8.57**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $5.78 |
|---|---|
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.80 |

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.43 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total** $8.57

Have a promo code? ⌄



🚚 **Shipping, arrives by Thu, Sep 19**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                            Hide details

**Arrives by Thu, Sep 19**                                   1 item

Sold and shipped by Dadatutu
$1.99 seller shipping fee

Dadatutu Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant

$5.78

Remove          —   1   +



💳 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                          $8.57

+ Add new payment                                    Edit payment

🌀 **one**

onepay  $15 cash back when you spend $15+              Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant，Gift for Family Home Summer Flash Deals - Walmart.com



8/28/24, 3:11 PM

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant，Gift for Family Home Summer Flash Deals - Walmart.com

$3.99 · $5.99 shipping
Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives in 3+ days

$12.49
Maxpert Weekly Pill Organizer Case - 7 Day AM PM Push Button Pill Planner - Easy Open Arthritis Friendly Medicine Organizer - Large Pill Case for Medication, Vitamins, Fish Oil, Supplements

★★★★★ 3

Shipping, arrives in 3+ days

$7.99 · $5.99 shipping
AaSFJEG Colorful Butterflies Acrylic Decoration Penda Pendant For Party Decoration The Pendant Gift 2024

Shipping, arrives in 3+ days

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding an elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your family and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant，Gift for Family Home Summer Flash Deals

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Asdbhgvybd

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

$7.99 · +$5.99 shipping
iju7gthy 4th of July Indoor Sun Acrylic Pendant Light Refraction Home Decor Pendant Fun Gift For Window Decoration

Shipping, arrives in 3+ days

$8.59
Bedside Lamps Lampshades for Floor Lamps Clip on Bulb LED Christmas Lights Window Decoration Light Up Window Silhouette Acrylic Christmas Tree and Lights Battery Operated With Su

Shipping, arrives in 3+ days

$65.00
Acrylic Circular Ring LED Dimmable Chandelier Remot

Shipping, arrives in 3+ days

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

8/28/24, 3:11 PM
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,  Gift for Family Home Summer Flash Deals - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 293 of 685 PageID #:346

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

Celebrate with easy meals

Sponsored ⓘ

**Report:**    ⓘ Report seller    |    ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Fixtures



**Shipping, arrives by Fri, Sep 13**

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

**Delivery instructions (optional)**                    Add

Add access codes or other necessary information.

**Items details**                                       Hide details

**Arrives by Fri, Sep 13**                              1 item

Sold and shipped by Asdbhguybd
$1.00 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant, Gift for Family Home Summer Flas...
Actual Color: Purple

$1.00 from savings

**$5.99**
~~$6.99~~

Remove            —   1   +



**Place order for $7.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                 ~~$6.99~~
Savings                               -$1.00
                                      $5.99

Seller shipping                       $1.00
**Estimated taxes**                   $0.72

**Estimated total**                   $7.71

Have a promo code?                    ⌄

---



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                  $7.71

+ Add new payment          Edit payment

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back

---



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:01

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 296 of 685 PageID #:349

Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, for Bedroom Living Room Home Decoration - Walmart.com



2024/9/30 17:01

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 297 of 685 PageID #:350

Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, for Bedroom Living Room Home Decoration - Walmart.com

## About this item

### Product details

Product details ⌃

**Name:**

Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Features:**

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and affection. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants are and adds a of elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- children's educational building blocks educational building blocks for children children educational building blocks set children educational building blocks toys children educational building blocks for toddler children educational building blocks with magnets children educational building blocks for toddlers children educational building blocks educational building blocks children building blocks educational building blocks kit educational building blocks for 1 year old educational building blocks infant educational building blocks kit, 176 , ages 4-8 and educational building blocks magnetic building blocks stem educational toys magnetic building blocks men educational toy children building blocks and set big size building blocks children children building blocks large large plastic building blocks for children wood building blocks for children children wooden building blocks building blocks for teaching young children in inclusive settings building blocks mini dinosaur bricks figures kids toys for children bird figurines home decor, bird statues indoor decoration home decoration statues home decoration statues of birds home decoration statues for home home decoration statues of animals home decoration statues for kitchen home decoration statues and figures home decoration home decoration figures home decoration figurines home decoration statues for home wall home decoration figures for home home decoration figurines for home home decoration items home decorations for shelves home decorations ideas home decorations for men home decoration books home decoration big statue statue collection home decoration funny middle finger resin garden statue, home decoration home garden solar energy decoration statue statue resin sculpture modern home decoration guichfuh statue collection home decoration realistic figurine statue office home decoration store garden outdoor home statue decoration home decoration figures set home decoration figures of birds home decoration figures for wall home decoration figures for kitchen home decoration figures christmas tree home decoration figures for living room home decoration figures for home decoration items home decorations for shelves home decorations ideas home decorations for men home decoration books home decoration big statue statue collection home decoration garden puzzles wooden puzzle birds shaped puzzles wooden puzzle birds shaped like birds wooden puzzle puzzles wooden puzzle birds shaped puzzles wooden puzzle birds shaped like birds wooden puzzle birds shaped birds wooden puzzle birds shaped puzzle wooden puzzle birds shaped like toys wooden puzzle birds shaped animals shaped toy wooden puzzle birds shaped puzzles wooden puzzle birds toy wooden puzzle birds for adults wooden puzzle birds shaped birds of wooden puzzle birds shaped bird wooden puzzles shaped birds wooden puzzle birds wooden puzzle birds shaped puzzle500 wooden puzzle birds for adults wooden puzzle birds shaped puzzle500 wooden puzzle birds shaped puzzle birds for adults wooden puzzle birds shaped puzzles for toddlers wooden puzzle birds shaped puzzle birds shaped like birds in a tree wooden puzzle birds shaped like birds in a wire wooden puzzle birds shaped puzzles in flight wooden puzzles birds shaped like birds 500 wooden puzzle birds for adults wooden puzzles wooden puzzles for toddlers 3-5 wooden puzzles for kids wooden puzzle birds for adults 4-8 wooden puzzles for toddlers wooden puzzles for adults on wooden puzzle birds 500 wooden puzzle birds for adults wooden puzzle birds wooden puzzle birds wooden puzzle birds wooden puzzle birds shaped birds and animals wooden owl puzzle wooden puzzle birds animals wooden puzzle birds
- poseable joints model figurines poseable joints model figurines for kids poseable joints model figures poseable joints model figures poseable joints model figurines poseable joints model figurines poseable joints model figures poseable joints model figurines poseable joints model figurines poseable joints miniature figurines poseable joints model poseable joints model figures 5mm poseable joints model figures 12mm poseable joints model figure 12mm poseable joints model figures 50mm poseable joints model figurines model figure 1 inch posable model figures model poseable joints model poseable joints model figure 12 poseable joints model figure set posable joints model figure set poseable joints model kit model figure 12 poseable joints model figures 15mm poseable joints model figures human poseable joints model figures 6 inch poseable joints model figure poseable joints model joints model kits poseable joints modeling poseable joints model kits poseable joints modeling poseable joints model kits poseable joints modeling model figure mini figure carved crystal statues mini figure carved crystal sculpture mini figure carved crystal statue mini figure carved crystal statue mini figure carved crystal figurine mini figure carved crystal statue crystal statues mini figurine carved crystal mini figure crystal statue crystal figurine mini figure carved crystal statue mini figure crystal statues mini figurine carved crystal statue set mini figure crystal carved crystal figurine mini figure carved crystal statue mini figure crystal statues mini figurine carved crystal statue mini figure crystal statue carved crystal figurine mini figure crystal carved crystal stone statue mini figure crystal statue mini figure carved crystal statue mini figure carved crystal sculptures mini figure carved crystals sculpture mini figure carved crystal sculpture miniature figure carved crystal sculpture mini figure crystal sculpture crystal statue mini figure crystal statue set mini figure crystal statue mini figure crystal statue mini figure crystal statue mini figure carved crystal sculpture decor crystal statue light crystal buddha statue crystal statue mini figure carved crystals sculpture mini figure carved crystals sculpture miniature figure carved crystal sculpture mini figure crystal sculpture crystal statue personalized crystal statues for home decor crystal statue light crystal buddha statue crystal statue mini figure carved crystal sculpture for boys action figure display case action figure accessories action figures 6 inch action figure display action figure clothes action figures 12 inch action figure accessories action figure stand action figure t13 action figures for boys age 4-7 action figures for boys age 8-12 action figure stands 6 inch action figure stand black action figure stands 3.75 action figure stands 6 inch gi joe classified action figure stand base action figure stands 7 inch action figure stand 3.75 action figure stands for posing action figure stand 1 action figures for boys age 3 action figures for boys action figures for boys age 4 action figures for boys 6 inch figure display case action figures for boys goku action figure display case wall mount action figure display case with lights action figure display case 7 inch action figure display case 12 inch action figure display case 3.75 action figure display case 24 inch action figure display case 12 inch action figure display case 18 inch action figure display case 36 inch action figure display case 36 inch action figure accessories amazon action figure accessories clothes action figure accessories storage action figure accessories 1/12 action figure accessories 6 inch action figure accessories jk action figure accessories 1/6 action figure accessories food action figures 12 inch action figures 12 inch clothes mecha wing dragon assembly dragon mecha wing dragon assembly dragon mecha wing dragon assembly mecha wing dragon assembly dragon mecha wing dragon assembly mecha wing dragon assembly dragon mecha wing dragon assembly dragon mecha wing dragon assembly mecha wing dragon assembly mecha wing dragon assembly dragon shield mecha wing dragon assembly mechanic wing dragon assembly mecha wing dragon mecha wing mecha wing dragonwing mecha wing dragon assembly mecha dragonwing dragonwing mecha wing dragon wings dragon assembly dragon wings dragon adult dragon assembly mecha wing dragon toy mecha wing dragon dragon mecha chain mecha dragon mecha winged dragon dragon
- printed articulated dragon set printed articulated dragon sets printed dragon printed articulated dragon printed articulated dragon sculpture printed articulated dragon figure printed dinosaur set printed dragon set printed dragon printed dragon in printed dragon 24 inch printed with dragon inside printed dragon 15 inch with printed dragon rose printed dragon small printed dragon in the dark printed dragon set of 3 printed dragon set of 3 printed dragon set of 6 printed dragon two set printed dragon set printed dragon 12 set printed articulated dragon with printed articulated dragon 24 inch printed articulated dragon printed articulated dragon in printed articulated dragon 40 inch printed articulated dragon crystal dragon printed animals printed dinosaur printed sets printed set for kids printed animals set printed plush printed dragon printed figurines printed articulated dragon figurines printed articulated dragon figure printed articulated dragon figure printed dinosaur figurine printed dinosaur sculpture printed articulated dragon sculptures printed realistic dragon sculpture printed dinosaur sculpture printed dinosaur sculpture printed dinosaur sculpture printed dinosaur sculpture printed sculpture printed sculpture printed sculpture printed dinosaur sets printed dinosaur set for kids printed dinosaur toys printed dinosaur plush printed dinosaur figures 6-inch 11 tone children hand drum 6 foot 11 tone children hand drum 6 inch 11 tone children hand drum 6inch 11 tone children hand drum 6 in 11 tone children hand drum 6 11 tone children hand drum 6 inch 11 tone hand drum 6 inch hand drum 6 inch children hand drum 6 inch child hand drum 6 inch kids hand drum 6 inch children drum children hand drum 6 inch 11 tone hand drum 6 inch 11 tone hand drum 6 inch 11 tone hand drum 6 inch 9 tone hand drum 6 inch 11 tone drum 11 tone hand drum independence day doll independence day doll clothes independence day doll independence day faceless doll independence day decorations dwarf doll independence day decoration pendant american independence day dwarf faceless doll decoration crafts american independence day long-legged and faceless couple doll american independence day faceless doll rattan pendant rattan window pendant independence day dolls independence day dolls 3 pack independence day dolls 12 inch independence day dolls for kids independence day doll independence day 12 independence day dvd independence day plates independence day toys independence doll independence day doll clothes 2t independence day doll clothes independence day clothes independence day doll dress 4 inch dashboard fluorescent clock 4 inch dashboard fluorescent clock light 4 inch dashboard fluorescent clock cover 4 inch dashboard fluorescent lights 4 inch dashboard fluorescent clock 3 inch dashboard fluorescent clock 4 inch dashboard fluorescent lights 4 inch dashboard fluorescent clock light 4 inch dashboard fluorescent clock cover 4 inch dashboard fluorescent clocks 5 inch dashboard fluorescent clock 4 inch dashboard fluorescent clocks 3 inch dashboard fluorescent lights 2 inch dashboard fluorescent lights 2 inch dashboard fluorescent clocks dashboard fluorescent light cover dashboard fluorescent lights 4 inch dashboard lights 6 inch dashboard fluorescent clock light 4 inch dashboard fluorescent lights 4 inch dashboard fluorescent lights 4 inch dashboard fluorescent light cover dashboard fluorescent light bulb 4 inch dashboard fluorescent light cover 3 inch dashboard fluorescent light dashboard fluorescent light
- three dimensional plant pot three dimensional flowerpot three dimensional four flowerpot three dimensional four flower pot three dimensional four flower pot three dimensional four flower flowerpot three dimensional four flower three dimensional four petals flower pot four flower pot three dimensional four petals flowerpots three petals flowerpots three petals flowerpot mug three petals flower pot flowerpot three dimensional flowerpots three dimensional flower pots three dimensional vase superimposed planting pot multi color planting pot planting pot multi layer superimposed planting pots multi layer superimposed planting tray multi layer superimposed planter multi layer planting pots multi layer superimposed planting pot multi layered superimposed planting pot multi layered superimposed planter multi layered superimposed pot multi layered planting pot multi planting pots multi planting pot indoor multi planting pots indoor multi planting pot multi planting pot multi planting pots multi planting pot for indoor plants multi planter pot multi plant pot multi pack planting pots multi level planting pot multi level planting pots multi level planting pot indoor multi level planting pots with holes multi level planting pot with drainage multi level planting pot for indoor plants multi level planter multi level plant pot bowknot telephone wire hair bands bowknot telephone wire hair bow bowknot telephone wireless hair clips bowknot telephone wire hair bands bowknot telephone wire hair clips 100 bowknot telephone wireless hair clips bowknot telephone wire bowknot telephone cords bowknot telephone wire hair clips bowknot telephone cord ends bowknot telephone cord 25 ft bowknot telephone cord white bowknot telephone wireless telephone cord 25 feet bowknot telephone cord 15 feet bowknot telephone cord wireless telephone wire hair bows bowknot telephone wire hair box bowknot telephone wire hair calendar monthly desk calendar july 2024-2025 monthly desk calendar 2024-2025 2024 monthly desk calendar 8.5 x 11 2024-2025 monthly desk calendar large desk calendar wall calendar 2024-2025 monthly desk calendar large monthly desk calendar 2024-2025 2024 desk calendar large 22x17 2024 monthly desk calendar 2024 monthly desk calendar cover 2024 monthly desk calendar cover plastic 2024 monthly desk calendar cover 2024 monthly desk calendar cover 2024 desk calendar cover 2024 desk calendar cover sunshade sunshade canopy outdoor sunshade sunshade 6 x 8 sunshades for patio sunshade 15x15 sunshade 12x12 sunshade sunshade 16 x 20 sunshade for patio sunshade 6x12 sunshade sails for pool 20x26 rectangular sunshade 16 x 20 sunshade 8x10 sun shade 10x13 block sunshade sun shade 10' x 13', block sunshade sun shade 10x43 block sunshade sunshade canopy outdoor 10x10 sunshade canopy outdoor 14x10 sunshade canopy outdoor retractable 16x16 sunshade canopy outdoor 14x10 outdoor tent floor mat oxford cloth picnic sunshade canopy sun shade canopy outdoor sunshade canopy outdoor sunshade canopy outdoor patio rectangle sunshades for patio rectangular outdoor sunshades for patio remote sunshades for patio sunshades for patio 10x10 sunshades for patio 20x8 adhesive patio sunshades for patio sunshades for patio screen sun shade 5 x 8 sunshade 5 x 8 sunshade 4 x 6 sunshade 6 x 8 sunscreen sunshade 10x12 pergola sun shade 10x10 sun shade 10x12 sunshade 10x10 sunshade 10x10 sunshade 10 x 10 sunshade triangles sunshade car sunshade cover sun shade right sunshade sun shades triangular sunshade 16x20 sun shade sun shade 16x20 sun shade sun shades 16x20 sunshade for car sunshade 16x20 sunshade for car sunshade 16x20
- independence day decorations independence day decorations outdoor independence day decorations home independence day decorations garden flag independence day decorations for tree independence day decorations outdoor independence day light independence day decorations gnome independence day decorations table memorial day decorations outdoor independence day inflatables outdoor decorations independence day led outdoor decorations independence day decorations door sign independence day decorations door hanger independence day decorations door mount independence day decorations dinner independence day decorations hanging independence day wreath independence day decorations light independence day party decorations independence day banner independence day ornaments independence day mini tree decorations independence day garland independence day decorations dwarf doll home decoration pendant independence day decorations lights independence day decorations light up independence day decorations light independence day decorations gnomes independence day decorations gnomes independence day decorations gnome table cloth independence day decorations independence day decorations independence day decorations table independence day decorations table decor independence day decorations table runner independence day decorations table centerpiece independence day decorations table decorations independence day decorations wreath independence day decorations independence day decorations wreath with light independence day wreath for front door independence day wreath door wreath american door basket american independence day wreath independence day wreath with sign independence day decorations wreaths for front door front independence day wreath wreaths for front door independence day decorations wreaths for front door flag wreaths for front door memorial day wreaths for front door independence day tablecloth independence day decorations day independence day wreath red home independence day tablecloth independence day wreath red home independence day wreath rose independence day wreath rose home independence day wreath red flowers independence day wreath with sign independence day decorations wreath with light independence day wreath with lights independence day garland independence day decor independence day table decor patriotic wreath decor independence day wreath bow independence day tablecloth 60x84 independence day tablecloth round independence day tablecloth disposable independence day vinyl tablecloth independence day round tablecloth independence day table cloth independence day table runner patriotic tablecloth round tablecloth independence day round tablecloth rectangle independence day memorial day school season gift sets for school season gift sets for girls school season gift sets for women school gift sets for women school gift sets for girls school season gifts school season gift sets for girls school season gift sets for girl 10 school season gift sets for teen girls school gift sets for girl school supplies gift sets for women school gifts for women school teacher gift sets for women school gift sets gift sets for girls school gift sets for women school season gift sets for women school teacher gift sets for women school season gift sets for girls gift sets for girl 10 school season gift sets graduation gift sets for the 2024 high school end of school year gift sets for students high school graduation gift sets for her high school graduation gift sets school bus tumblers gift sets high school grad gift sets school graduation gift sets high school graduation gift sets for kids school graduation gift sets for high school graduation gift sets for her graduation gift sets for high school season gift set school gift set school season gift set for women gift set for women school season gift set school gift set for kids before school gift set school supplies gift set high school graduation gift set for him 2024

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

Specifications ⌃

**Features**

Water-Resistant

2024/9/30 17:01

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 298 of 685 PageID #:351

Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, for Bedroom Living Room Home Decoration - Walmart.com

**Brand**

Keeplus

**Condition**

New

## Warranty

**Warranty information**

This product will be refunded free of charge within 30 days. Before refunding, please send an email to contact the seller, send a photo and explain the reason for the refund in detail. Trust me, they will give you the best service.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

---

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

---

Clearance



+ Add

**Now $0.47** ~~$9.77~~ +$4.99 shipping

Home on Clearance ! TOPRenddon Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**



Options

**$7.74**

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**



Options

+3 options

**$7.88**

Colorful Butterflies Acrylic Decoration Pendant Funny Pendant For Party Decoration The Butterfly Pendant G...

Shipping, arrives **in 3+ days**

---

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

---

2024/9/30 17:02
Review your order - Walmart.com
Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 299 of 685 PageID #:352



**Shipping, arrives by Mon, Oct 21**

steven howard                                                          Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                   Edit

House

### Items details                                                      Hide details

**Arrives by Mon, Oct 21**                                             1 item

Sold and shipped by Keeplus
$0.99 seller shipping fee

Keeplus Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant, for Bedroom Living Room...
**Actual Color: #1 Purple**

**$6.59**

Remove          —   1   +



Place order for $8.36

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $6.59 |
| Seller shipping | $0.99 |
| **Estimated taxes** | $0.78 |

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.64 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ **Foundation (NFWF)**

$1.00    $2.00    $5.00

**Estimated total**                                        $8.36

Have a promo code?                                          ⌄



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                                     $8.36

+ Add new payment                        Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

### Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

TASTY Cook with Clean Ceramic™                                                    Sponsored ⓘ

sztgfjh

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

🚚 Free shipping   ⟳ Free 30-day returns

**$7.08**
Price when purchased online ⓘ

[ **Buy now** ]

[ Add to cart ]

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 2<br>Free | 🚗 Pickup<br>Not available | 🏢 Delivery<br>Not available |

Delivery to  **3200 N Lake Shore Dr**

🏬 Sold and shipped by **sztgfjh**
View seller information

⟳ Free 30-day returns  Details

---

Sponsored
**$134.00**
Luxury Traditional Pendant, 12.75H x 12.25W, with Modern Farmhouse Style, Midnight Black, UHP4004 by Urban Ambiance

3+ day shipping

[ + Add ]



+3
View all



**$24.99**
Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White
Shipping, arrives **in 3+ days**



Sponsored
**$11.99**
Ceiling Light Fixture with Teardrop Glass Shade Semi Flush Mount Indoor Lighting
Shipping, arrives **in 3+ days**



**$85.96**
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant
Shipping, arrives **in 3+ days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Brand**
sztqfjh

**Features**
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ



**Options**

$7.26
UYCDD Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant For Party Decoration The Pendant
Shipping, arrives **in 3+ days**



**Options**

$3.35 +$4.99 shipping
Weerihhol Ceramic Bunny Decorations Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant For Party Decoration The Pendant
Shipping, arrives **in 3+ days**



**Options**

+3 options

$10.77 +$3.99 shipping
Wyzesi Clear Rubber Ornaments Various Sizes Funny A 2D Butterfly Decoration Pendant Indoor and Outdoor Pendant
Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Free shipping, arrives by Wed, Oct 2**

Michael Boldt                                          Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**                  Edit

Apartment

**Items details**                                     Hide details

**Arrives by Wed, Oct 2**                             1 item

Sold and shipped by sztgfjh
Free shipping

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant

**$7.08**

Remove        −   1   +

**Place order for $7.81**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                     $7.08
Shipping                                              Free
**Estimated taxes**                                   $0.73

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.19 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

  $1.00       $2.00       $5.00

**Estimated total**                                   **$7.81**

Have a promo code?                                    ⌄



**Payment method**

ⓘ **We'll look for smart ways to pay**
   We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 1950                               $7.81

+ Add new payment                          Change payment

**one**

**onepay** $15 cash back when you spend $15+       Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:47

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 306 of 685 PageID #:359

PNNJI Room Decor - Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Modern Fall Decorations for Home Clearance(Z) - Walmart.com



2024/9/30 17:47   PNNJI Room Decor - Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Modern Fall Decorations for Home Clearance(Z) - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 307 of 685 PageID #:360

## About this item

### Product details

FLASH DEALS EVENT:

Fall decor up to 25% off~

PNNJI Room Decor - Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Modern Fall Decorations for Home Clearance(Z)

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Fall Decorations for Home Clearance Under $5 ! ! !

wall decor, bedroom decor, wall decor for bedroom, dorm decor, room decor, fall decorations for home

- • Fall decor up to 25% off~
- • 【 Good Design 】
- • 【 Easy Installation 】
- • 【 Wide Range Applications and Places 】
- • ✿ Safe Material--NoToxic, Non-BPA, and Lead
- • ❤ Beautiful Gift
- • ❤ Thanks for having and have a great day!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

PNNJI

**Manufacturer**

wall decor

**Manufacturer Part Number**

dorm decor

**Color**

B18Purple

### Directions

**Fabric Care Instructions**

bedroom decor

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

🔲 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

---



$0.59 +$4.80 shipping

Qianying Summer Promotion,Clearance,Acrylic Flat Car Accessories Backpack Accessories Home Decorations

Shipping, arrives in 3+ days



Clearance

+ Add

Now $0.47 $0.77 +$4.99 shipping

Home on Clearance！TOPRenddon Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days



Clearance

+ Add

Now $4.44 $4.99 +$2.00 shipping

Hanging Ornaments Dream Pendant Car Decorative P

Shipping, arrives in 3+ days

PNNJI Room Decor - Dream Pendant Car Decorative Pendant-Acrylic Flat Pendant - Modern Fall Decorations for Home Clearance(Z) | Walmart.com

**Report:** ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Decorative Accents / Decorative Ornaments



**Shipping, arrives by Thu, Oct 17**

steven howard                                                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                             Edit

House

**Items details**                                                        Hide details

**Arrives by Thu, Oct 17**                                                    1 item

Sold and shipped by PNNJI
$4.99 seller shipping fee

PNNJI Room Decor - Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant - Moder...
Actual Color: B18Purple

$0.20 from savings

$1.29
$1.49

Remove          —   1   +



**Place order for $6.92**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                        $1.49
**Savings**                                                -$0.20
                                                            $1.29

Seller shipping                                             $4.99
**Estimated taxes**                                         $0.64

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.08 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00     $2.00     $5.00

**Estimated total**                                         $6.92

Have a promo code?                                            ⌄



**Payment method**

💳  **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   **Ending in 9192**                                   $6.92

+ Add new payment                              Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



📱  **Text updates for this order**

☐  Send to (xxx) xxx-5923

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



## About this item

### Product details

Somuwie Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Best Gift

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Somuwie Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Best Gift
- Features:
- Product Specifications:
- Color: Purple
- Package includes:

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Fade Resistant

**Brand**
Somuwie

**Manufacturer**
Somuwie Clearance

**Assembled Product Dimensions (L x W x H)**
1.00 x 1.00 x 1.00 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

---

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart +

Members see more

Sponsored ⓘ




$7.19 +$0.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives in **3+ days**



+3 options

$4.99 +$0.99 shipping

Home Decor Kits Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives in **3+ days**



$9.66 +$0.99 shipping
Options from $9.66 – $11.88

SifdSeng Colorful Butterflies Acrylic Decoration Penda Gift Pendant For Party Decoration The Butterfly Penda

Shipping, arrives in **3+ days**

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)









📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.





Options



+ Add



+ Add

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and devotion. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Universal Compatibility   This home and electronic product offers universal compatibility, ensuring it can be seamlessly integrated into any home setup. Whether you're looking for a device to enhance your living room, kitchen, or bedroom, or an electronic accessory for your personal use, this product will fit right in.
- Innovative Technology   Incorporating the latest technology, this product provides cutting-edge features and functionality. Whether it's improved connectivity, enhanced performance, or advanced user interfaces, it's designed to meet the demands of modern households and tech-savvy individuals.
- Ease of Use   This product is designed with ease of use as a priority. Intuitive controls, clear instructions, and a user-friendly interface make it simple to set up, operate, and maintain. Whether you're a tech expert or a first-time user, you'll be able to enjoy this product without any hassle.
- Reliable Quality   Quality is at the core of this product. It's built to last, with durable materials and robust components that ensure long-lasting performance. Whether you're using it every day or just occasionally, you can trust that it will stand the test of time.
- Stylish and Versatile Design   This product boasts a stylish and versatile design that will appeal to a wide range of tastes and home décors. Whether you prefer a sleek modern minimalist look or a more traditional aesthetic, you'll find a design that complements your home and personal style. Plus, its versatile nature allows it to be used in various rooms and setups, making it a true multi-purpose product.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

### Specifications

**Brand**

dvypyn

**Assembled Product Weight**

0.11 lb

**Manufacturer**

the boys,stanley cup,toilet paper,paper towels

**Manufacturer Part Number**

cat deterrent spray,paw patrol,4th of july outfits

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

Clearance



Add



Add



Add

**Report:**   ⓘ Report seller    |    ⚠ Report suspected stolen goods (to CA Attorney General)

Party & Occasions  /  Christmas Trees & Christmas Decor  /  Christmas Decor  /  Indoor Christmas Decor  /  Christmas Ornaments  /  Character Ornaments



**Shipping, arrives by Fri, Oct 18**

steven howard                                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                            Edit

House

### Items details                                               Hide details

**Arrives by Fri, Oct 18**                                      1 item

Sold and shipped by dvypyn
$4.99 seller shipping fee

dvypyn Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant Purple
Size: Free Size, Actual Color: Purple

**$0.49**

Remove        −    1    +



**Place order for $5.99**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $0.49 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.51 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.01 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

| **Estimated total** | **$5.99** |
|---|---|

Have a promo code?                                              ⌄



### 🗎 Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 9192                                           $5.99

+ Add new payment                                    [ Change payment ]



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

### 📱 Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the
preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data
rates may apply. By continuing, you agree to our Mobile Alert Terms.



Xivone

Deals Clearance Christmas Ornaments Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant New Decorative Hanging Ornaments Purples

☆ (No ratings yet)

**Actual Color:** Purples

| Purples |
|---|
| $4.99 |

**About this item**

- Plastic :

  Our Christmas Ball Ornaments are made from plastic, ensuring that the Christmas tree decorations are shatterproof. These ball ornaments will last for years without the worry of breakage.

- Ornament Sets :

  Our Christmas tree ornaments come in convenient sets, making it easy to decorate your Christmas tree. With a variety of sizes and colors available Christmas Ornament Sets, you can create a stunning and vintage look for your holiday decorations.

- Festive Christmas Decoration :

  Add a elegant and vintage look to your Christmas tree with our decorative hanging ornaments. Designed with intricate detail and multi-coloured, these Christmas tree ornaments will bring the spirit of Christmas to your home.

- Versatile Use :

  These mini christmas ornaments ideal for decorating your Christmas tree, and Vintage Christmas Ornaments can also be used for other festive displays. Hang them on garlands, wreaths, or even use them as table centrepieces to create a festive theme for...

View more ⌄

**At a glance**

| Material | Occasion | Color |
|---|---|---|
| Acrylic | Christmas | Purple |

| Dimensions | Theme | Count |
|---|---|---|
| 3.15 x 3.15 x 0.15 Inches | Multi-theme | 1 |

View all specifications



**$4.99**

Price when purchased online ⓘ

🔵 Free Holiday returns until Jan 31

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Nov 7 | Not available | Not available |
| $1.98 | | |

**1 N LA SALLE ST** Change

Arrives by **Thu, Nov 7** | More options

Shipping fee $1.98

🚚 Sold and shipped by **Xivone**

View seller information

⟳ Extended holiday returns  Details
Free Holiday returns until **Jan 31**

♡ Add to list          🎁 Add to registry



Clearance

**$12.69**
More options from $8.08
Dvkptbk Christmas Decorations 30PCS Christmas Ball Baubles Party Christmas Tree Decorations Hanging Ornament Decor Green
★★★☆☆ 11
Shipping, arrives **in 3+ days**



**$14.49**
Hohiya Acrylic Crystal Christmas Ornament Drop Ball Tree Decorations(Clear,Pack Of 30)
★★★★★ 2
Shipping, arrives **in 3+ days**



Sponsored

**$13.37**
Unique Bargains Home Christmas Tree Artificial Glitter
★★★★★ 2
Shipping, arrives **in 3+ days**

## About this item

| Product details | ⌄ |
|---|---|

| Specifications | ⌄ |
|---|---|

| Warranty | ⌄ |
|---|---|

💬 Report incorrect product information

## Customer ratings & reviews

★★★★★ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



**$4.44** +$3.99 shipping
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women
Shipping, arrives **in 3+ days**



**$3.99** +$0.98 shipping
Hxlamzoo Dream Butterfly Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives **in 3+ days**



Clearance

Now **$4.44** $4.99 +$2.00 shipping
Hanging Ornaments Dream Pendant Car Decorative P
Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Holiday Decor / Christmas Decor / Christmas Tree Decorations / Shop All Christmas Tree Decorations



**Shipping, arrives by Tue, Nov 5**

steven howard                                          Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                   Edit

House

**Items details**                                      Hide details

**Arrives by Tue, Nov 5**                              1 item

Sold and shipped by Xivone
$1.98 seller shipping fee

Deals Clearance Christmas Ornaments Clearance
Dream Pendant Car Decorative Pendant Acrylic...
Actual Color: Purples

**$4.99**

Remove          —    1    +



**Place order for $7.68**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                  $4.99
Seller shipping                                        $1.98
**Estimated taxes**                                    $0.71

☐ Give $0.32 to American Red Cross to support
those affected by hurricanes and tropical
storms in 2024.
Spark Good Round Up is an easy way to support
communities impacted by natural disasters.

**Donate a whole dollar to American Red Cross**

$1.00     $2.00     $5.00

**Estimated total**                                    $7.68

Have a promo code?                                     ⌄



**Payment method**

VISA   Ending in 9192                                  $7.68

+ Add new payment                    Change payment

**one**

onepay   $15 cash back when you spend $15+      Sign up

Add any credit or debit card, and claim cash back with a One Cash account.



Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

 **Send to (xxx) xxx-5923**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:39
Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments - Walmart.com

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 326 of 685 PageID #:379



2024/9/30 17:39

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 327 of 685 PageID #:380

Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments - Walmart.com

## Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments
- Material:Acrylic
- Occasion:This product is suitable for many occasions, such as holidays, travel, gifts, daily life, home and outdoor activities
- After-sales Service:We are committed to providing customers with excellent product experience and worry free after-sales service. By providing professional, efficient, and thoughtful services, we ensure that every customer can enjoy satisfaction beyond expectations.Please contact me promptly if you have any questions.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Features**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Brand**

Vecoauto

**Assembled Product Weight**

0.12 lb

**Manufacturer**

Vecoauto

More details

## Warranty

**Warranty information**

After we receive your order, we will arrange shipment for you as soon as possible depending on the specific situation. Your order status will be updated to "Shipped" in a few days.If you have any problem when you purchase the product or after receiving the product please feel free to contact us, we will reply and provide the solution within 24 hours. If you think our products have any advantages or disadvantages, you can choose to make comments on our products, we will accept every one of your suggestions and constantly strive to do better, thank you!...

More details

## Warnings

⚠ **WARNING:** None

 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

▢ **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance



⊕ Add

**Now $3.89** $4.37 +$2.99 shipping

Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations Akmoler Purple

Shipping, arrives **in 3+ days**

Clearance



⊕ Add

**Now $4.49** $4.99 +$2.00 shipping

HKEJIAOI Home Essentials Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Clearance



⊕ Add

**Now $3.99** $4.99 +$3.00 shipping

LYUCRAZ Hanging Ornaments Dream Pendant Car De

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚑ Report suspected stolen goods (to CA Attorney General)

2024/9/30 17:39

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 328 of 685 PageID #:381

Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments - Walmart.com

Party & Occasions  /  Christmas Trees & Christmas Decor  /  Christmas Decor  /  Indoor Christmas Decor  /  Christmas Ornaments  /  Character Ornaments

2024/9/30 17:40

Review your order - Walmart.com



**Shipping, arrives by Mon, Oct 21**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**                    Edit

House

### Items details                                    Hide details

**Arrives by Mon, Oct 21**                            1 item

Sold and shipped by Vecoauto
$2.49 seller shipping fee

Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat...

Actual Color: Purple

**$4.49**

Remove          −   1   +



### Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 9192                               $7.70

+ Add new payment                    Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



### Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



### Place order for $7.70

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                               $4.49
Seller shipping                                     $2.49
**Estimated taxes**                                 $0.72

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.30 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)**

$1.00    $2.00    $5.00

**Estimated total**                                 $7.70

Have a promo code?                                  ⌄

https://www.walmart.com/checkout/review-order?cartId=36019a5b-fba6-4506-ba0f-bdb4cb895dc6

1/2

9/19/24, 3:29 PM — Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



Shipping, arrives **in 3+ days**

Shipping, arrives **in 2 days**

Shipping, arrives **in 2 days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design make them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Sale Clearance
- Home Supplies
- Clearance

 **We want to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
COLOR

**Brand**
UTAHA

**Manufacturer Part Number**
SALESPROMOTION

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

Best seller







$68.99

Heat Shield Sound Deadener Car Insulation Aluminium Foil Foam Backed w/Adhesive 3/16" Thickess 39" Width

3+ day shipping

$15.19

DISCOUNT DIY Dot Diamond Car Armrest Box Mat Diamond Art Painting Mandala Pattern Design Car Center Armrest Box Decorative Mat-CD002

3+ day shipping

$15.19

DISCOUNT DIY Dot Diamond Car Armrest Box Mat Diamond Art Painting Mandala Pattern Design Car Center Armrest Box Decorative Mat-CD004

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

 

Build the galaxy

Sponsored ⓘ







+3 options

**$7.98**

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

**$10.81** +$2.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

**$6.15** +$0.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Outdoor Decorative Accessories Garden Decoration P

Shipping, arrives **in 3+ days**

**Report:** ⊘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires / Automotive Replacement Parts / Replacement Auto Parts

9/19/24, 3:29 PM
Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 334 of 685 PageID #:387
Review your order - Walmart.com



**Shipping, arrives by Tue, Oct 8**

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

**Delivery instructions (optional)**                                    Add

Add access codes or other necessary information.

**Items details**                                                   Hide details

**Arrives by Tue, Oct 8**                                              1 item

Sold and shipped by qingjinzhou
$4.99 seller shipping fee

Clearance Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: COLOR

$2.99

Remove        −   1   +

**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 3651                                          $8.80

+ Add new payment                                      Edit payment

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $8.80**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                          $2.99
Seller shipping                                               $4.99
**Estimated taxes**                                            $0.82

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.20 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

$1.00    $2.00    $5.00

**Estimated total**                                           $8.80

Have a promo code?                                              ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



## About this item

### Product details

❤Anyway, give yourself a gift in 2024, Find Good Deals❤

🎁🎁 More good things, please pay attention to ❌naittoop❗

     If there are any problems with our products or if you have any questions, you can contact us at any time, we will serve you wholeheartedly.

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a ized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and of your attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a ized .
- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Directions

**Fabric Care Instructions**

returned items for sale bulk pallets, returned items for sale pallets, caja sorpresa de electronicos toys, sales today clearance only, daily deals of the day today only daily deals, lightning deals of today, daily deals of the day today only lightning deals of today clearance, lightning deals of today clearance, sale items clearance today cheap stuff under 1 dollar, return pallets for sale liquidation, your orders one dollar, items under 1 dollar overstock items clearance

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet



Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ



**$6.99**
Saleteraj Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives **in 3+ days**



**$7.26**
UYCDD Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant For Party Decoration The Pendant
Shipping, arrives **in 3+ days**



**$3.35** ~$4.99 shipping
Weerihhol Ceramic Bunny Decorations Colorful Butter Decoration Pendant Pendant For Party Decoration The
Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)



Shipping, arrives by Tue, Oct 15

Michael Boldt
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657                    Edit

**Delivery instructions (optional)**                                Edit

Apartment

**Items details**                                                   Hide details

Arrives by Tue, Oct 15                                              1 item

Sold and shipped by Naittoop Home Clearance Outlet
$1.99 seller shipping fee

Naittoop Clearance 2024! Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant

**$6.98**

Remove        [ − ]  1  [ + ]



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 1950                                                $9.89

+ Add new payment                                   Change payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $9.89**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    $6.98
Seller shipping                          $1.99
**Estimated taxes**                      $0.92

☐ Want to support the National Fish and Wildlife  ⓘ
Foundation's Acres for America program with
a $0.11 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife  ⓘ
Foundation (NFWF)

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                      **$9.89**

Have a promo code?                          ⌄

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Thank you for coming to BanNaMa Co.Ltd Store. We welcome you very much!
- Hello, customers, our products are made of the latest design and high quality materials, making your life full of fun!
- BanNaMa Co.Ltd Store provides unique, high-quality and practical products to meet your various needs!
- Hello, our products are in clearance sale, come and buy them!
- If you have any doubts or questions, please contact us, and we will solve your problems in time and provide you with professional and meticulous services.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Syligr

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

**$15.99**

Hatafafurni Ceramic Jewelry Dish Mom Women for Birthday and Wedding Gifts

2-day shipping

**$15.99**

Hatafafurni Ceramic Ring Holder for Women - Jewelry Dish Gift for Daughter-in-Law, Wedding, Birthday

2-day shipping

**$15.99**

Hatafafurni Ceramic Ring Holder Dragonfly Jewelry Dish Gift for Women, Wedding and Birthday

2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

---

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Top-drawer essentials

Sponsored ⓘ

Clearance



Options



Options



Add

$10.82 · +$3.99 shipping

12 Days of Christmas Song Cards Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Dog Hanging Ornament for Car

$7.12

Lindung Pig Car Ornament Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Pendant For Party Decoration The Butterfly Pendant

Shipping, arrives in 3+ days

Now $3.99 $8.99 · +$0.98 shipping

Hxlamzoo Dream Butterfly Pendant Car Decorative Pe

Shipping, arrives in 3+ days

Report:   ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Fixtures



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                            Hide details

**Arrives by Thu, Sep 19**                                    1 item

Sold and shipped by jesbnX Co.Ltd
$3.99 seller shipping fee

Clearance Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: Purple

$1.02

Remove        −    1    +

**Payment method**



We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                         $5.52

+ Add new payment                                    Edit payment

**one**

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---



**Place order for $5.52**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                          $1.02
Seller shipping                                $3.99
**Estimated taxes**                            $0.51

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.48 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                            $5.52

Have a promo code?                             ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

HCMIT

**Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns ⓘ

**$0.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Actual Color: Purple

| Purple $0.99 |
|---|

**How you'll get this item:**

| Shipping Arrives Oct 18 $4.99 | Pickup Not available | Delivery Not available |
|---|---|---|

**1 N LA SALLE ST** Change

Arrives by **Fri, Oct 18** | More options

Shipping fee $4.99

Sold and shipped by **Shenzhenshiyuehailemaoyiyouxiangongsi**

View seller information

Free 30-day returns Details

♡ Add to list          🎁 Add to registry

---

Sponsored

**$39.99**

ALOV Jewelry Sterling Silver "follow your dream" Cubic Zirconia Pendant Necklace

2-day shipping

| + Add |
|---|



---



**$74.85**

Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of 24

Shipping, arrives **in 3+ days**

Options



**$45.99**

Acrylic wedding cards Box ,Clear Decorative Centerpiece ,Wishing case ,post Gift

Shipping, arrives **in 3+ days**

+ Add



In 50+ people's carts

**$1.24**

Mainstays 20-Ounce Acrylic Tall Embossed Swirl Tumbl

★★★★★ 57

Save with W+

Pickup **tomorrow**

Delivery **tomorrow**

+ Add

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and good taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your attention. 4. Enhance your home space: Whether you want to decorate your home of a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Clearance
- Clearance
- Clearance

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Clearance

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information



$39.99
ALOV Jewelry Sterling Silver "follow your dream" Cubic Zirconia Pendant Necklace

2-day shipping



$14.47
Moon Dream Catchers with Crystal Tree of Life Dream Catcher Pendant Garden Sun Catcher Hanging Decoration Gift for Girls,Boys, Kids

3+ day shipping

Reduced price



Now $7.39 $9.98
Home Decor, Kitchen, & Other, Halloween Luminous Pendant Halloween Family Party Decorative Pendant Halloween Decorati

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance



Now $3.51 $6.99 • $1.99 shipping
Moqsnm Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days

$0.99 • $4.99 shipping
Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days



$6.99
Saleteraj Dream Pendant Car Decorative Pendant Acry

Shipping, arrives in 3+ days



**Shipping, arrives by Thu, Oct 17**

steven howard
1 N LA SALLE ST, Chicago, IL 60602          Edit

**Delivery instructions (optional)**          Edit

House

**Items details**          Hide details

**Arrives by Thu, Oct 17**          1 item

Sold and shipped by Shenzhenshiyuehailemaoyiyouxiangongsi
$4.99 seller shipping fee

Clearance Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

$0.99

Remove          − 1 +

**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 9192          $6.59

+ Add new payment          Change payment

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

**Place order for $6.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $0.99 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.61 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.41 donation?
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00    $2.00    $5.00

**Estimated total**          $6.59

Have a promo code?          ⌄

WOHYH

**Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns ⓘ

**$0.99**

Price when purchased online ⓘ

[ Buy now ]

[ Add to cart ]

**Actual Color:** Purple

| Purple |
| $0.99 |

**How you'll get this item:**

|  Shipping<br>Arrives Oct 18<br>$4.99 | Pickup<br>Not available | Delivery<br>Not available |

**1 N LA SALLE ST**  Change

Arrives by **Fri, Oct 18** | More options

Shipping fee $4.99

Sold and shipped by **toagogke**

View seller information

Free 30-day returns  Details

♡ Add to list                                    🎁 Add to registry












$4.46  +$2.49 shipping

UUWENDA Diy Name Car Pendant Colorful Acrylic Pendant Cute Dog Tag Pet Acrylic Pendant Commemorative Pet Hanging Window Pendant Sun Acrylic Catcher Pet Pendant Gift

Shipping, arrives in 3+ days



$7.23  +$2.00 shipping

Options from $7.23 – $13.58

USYFAKGH Christmas Cute Pendant Acrylic Pendant Gift Pendant with Lanyard Pendant

Shipping, arrives in 3+ days



Now $2.45  $3.99  +$3.99 shipping

YODETEY Decorations for Home Sea Turtle Color Acry...

Shipping, arrives in 3+ days

**About this item**

Product details                                                                                      ⌃

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Clearance
- Clearance
- Clearance

 We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

## Specifications

**Features**

Clearance

**Brand**

WOHYH

**Assembled Product Weight**

0.11 lb

**Manufacturer**

Clearance

More details

## Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

💳 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.







**$6.99**

Saleteraj Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days

**$5.59** +$0.99 shipping

Byikun Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Stylish Design Adds Elegance to Any Space, Versatile Accessories for Home or Office Decor, Thoughtful Gift Choice

Shipping, arrives in 3+ days

**$1.26** +$4.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat P

Shipping, arrives in 3+ days

Report: ⊘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)





Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of 24

Yubnlvae Hangs Color Acrylic Sunshade Ukrainian Color Acrylic Color Acrylic Window Decoration Hanging Ornament, Christmas Decorations

☆☆☆☆☆ 1

Custom Accessories License Plate Protector Heavy Duty Acrylic Clear

## About this item

### Product details

----Welcome to Moqsnm shop---

We has sales team to provide quality products and services for people around the world, we are committed to Home Accessories/Outdoor Essentials etc. Hope to bring you a good shopping experience.

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant
🌟24 Hours Online:If you have any questions, please feel free to contact the Fmxomd service team, we will solve it for you.

- 【Home Decor Clearance with Huge Savings】
- A great gift for your Family or friend
- Room Decor Home Decor Bathroom Decor Wall Decor Bedroom Decor Living Room Decor Birthday Decorations
- Moqsnm Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Washable

**Assembled Product Dimensions (L x W x H)**
3.10 x 3.10 x 0.10 Inches

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**State Chemical Disclosure**
None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Doble p & sar 

Sponsored ⓘ



Options



+ Add

Sponsored

Clearance


+ Add

Case: 1:24-cv-11674 Document #: 6-5 Filed: 11/19/24 Page 355 of 685 PageID #:408

$10.99 · $1.99 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives **in 3+ days**

$10.49

Maxpert Weekly Pill Organizer Case - Push Button Pill Planner, Easy Open Arthritis Friendly Medicine Organizer, Large Pill Case for Medication, Vitamins, Fish Oil, Supplements, 7 Day Pill Box

★★★★★ 1

Shipping, arrives **in 3+ days**

Now $5.22 $7.45

Jienloq Dream Pendant Car Decorative Pendant Acryl

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)



### Shipping, arrives by Thu, Sep 19

Steven kal      Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**      Add

Add access codes or other necessary information.

---

**Items details**      Hide details

**Arrives by Thu, Sep 19**      1 item

Sold and shipped by Moqsnm
$1.99 seller shipping fee

Moqsnm Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Actual Color: Purple

$0.48 from savings

**$3.51** ~~$3.99~~

Remove    −   1   +

---



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA**   Ending in 3651      $6.06

+ Add new payment      Edit payment

**one**

**onepay** $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back

---



**Walmart+** Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---



**Place order for $6.06**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | ~~$3.99~~ |
| --- | --- |
| Savings | **-$0.48** |
| | $3.51 |
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.56 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with a $0.94 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00   $2.00   $5.00

**Estimated total**      **$6.06**

Have a promo code?   ⌄

---

9/4/24, 2:12 PM  Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

<u>Send to a different phone number</u>

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/4/24, 2:06 PM
Jienlioq Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

DENEST 3-Head Moravian Star Pendant Light Fixtures Metal Glass Shade Ceiling Light

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Jienlioq Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Jienlioq

**Assembled Product Dimensions (L x W x H)**
3.12 x 3.12 x 0.14 Inches

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

+ Add

+ Add

+ Add

$2,639.36

Makaine 5-Piece Velvet Upholstered Tufted Queen Bedroom Set in Gray

3+ day shipping

$14.99

MoKo Sunglasses Holder Organizer Wall, Wooden Eyeglasses Display Rack for Bedroom Living Room Entryway

2-day shipping

$1,491.09 $149109/ca

Briana Storage Bedroom Set with Bookcase Headboard Black

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



one

Debit with rewards



Sponsored ⓘ

Clearance

anliloq Dream Pendant Car Decorative Pendant Acrylic Fish Pendant - Walmart.com







Options

+ 3 options

+ Add

Sponsored

Options

$6.12

$10.49

Now $1.02  $6.02  +$4.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Maxpert Weekly Pill Organizer Case - Push Button Pill Planner, Easy Open Arthritis Friendly Medicine Organizer, Large Pill Case for Medication, Vitamins, Fish Oil, Supplements, 7 Day Pill Box

CHENZERO Colorful Butterflies Acrylic Decoration Pendant Gift Pendant For Party Decoration The Butter

Shipping, arrives **in 3+ days**

★★★★★ 1

Shipping, arrives **in 3+ days**

Shipping, arrives **in 3+ days**

---

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures





**Free shipping, arrives by Mon, Sep 9**

Steven kal
1 N La Salle St, Chicago, IL 60602                    Edit

**Delivery instructions (optional)**                    Add

Add access codes or other necessary information.

### Items details                                    Hide details

**Arrives by Mon, Sep 9**                                1 item

Sold and shipped by DengGuang
Free shipping

Jienlioq Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: Purple

$2.23 from savings

$5.22
$7.45

Remove          −  1  +

**Place order for $5.76**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $7.45 |
| Savings | -$2.23 |
| | $5.22 |
| Shipping | Free |
| Estimated taxes | $0.54 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.24 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total**                                    $5.76

Have a promo code?                                    ⌄



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                    $5.76

+ Add new payment                        Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/24/24, 2:27 PM
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these acrylic pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized. 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Brand**
CTEEGC

**Features**
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

| | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |

Timeless style for him

Sponsored ⓘ



Clearance

**Now $2.99** $3.99 +$2.99 shipping

YFKFYIG Clearance Sales Today Deals Prime Home Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

+ Add



$8.29 +$2.00 shipping

DsiFDGR Funny Acrylic Animal Decoration Pendant Novel 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant Washable

Shipping, arrives **in 3+ days**

+3 options

Options



$2.09 +$3.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat P...

Shipping, arrives **in 3+ days**

+ Add



**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Kitchen Island Pendant Lights



**Place order for $8.14**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $7.38 |
| Shipping | Free |
| **Estimated taxes** | $0.76 |

☐ Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.86 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

Donate a whole dollar to National Fish and Wildlife Foundation (NFWF) ⓘ

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total** — **$8.14**

Have a promo code? ⌄

---



Free shipping, arrives by Wed, Oct 9

Michael Boldt — Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

Delivery instructions (optional) — Edit

Apartment

**Items details** — Hide details

**Arrives by Wed, Oct 9** — 1 item

Sold and shipped by CTEEGC
Free shipping

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

$7.38

Remove — − 1 +

---



## 📇 Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 1950 — $8.14

+ Add new payment — Change payment

**one**

onepay $15 cash back when you spend $15+ — Sign up

Add any credit or debit card & stack cash back

---



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.





9/16/24, 3:24 PM                                    Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU · Best Sellers · 5-Star Rated · Anniversary Sale · Local Warehouse · Categories ∨ | christmas tree decorations 🔍 | Hello, Mike Kate / Orders & Account · Support · 🇺🇸 EN · 🛒



Explore your interests

BONUS COUPONS

Free shipping special for you        Price adjustment within 30 days



9/16/24, 3:24 PM          Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu



9/16/24, 3:24 PM

Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu



9/16/24, 3:24 PM      Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu





9/16/24, 3:24 PM                                    Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu

Free shipping          Price adjustment                                        Get the Temu App
Special for you        Within 30 days

TEMU    Best Sellers    5-Star Rated    Anniversary Sale    Local Warehouse    Categories ⌄      christmas tree decorations      🔍        Hello, Mike Kate      Support    🇺🇸 EN    🛒
                                                                                                           Orders & Account



Payment Method games, exquisite s...    XRC senior artist d...    USB Powered 3D Planet ...    Elegant Lace Butterfly Hai...    Concrete Art Side ...
30d lowest $8.73  439 bought            Nearly over $135.48        Last day $12.73  $65.99       Nearly over $1.47                Nearly over $60.98
Almost sold out                         Almost sold out            Almost sold out  30d lowest   Only 1 Left                      Almost sold out
★★★★★                                                                                                                              ★★★★★

2 Pack Cordless Ta...                   Holographic Lamp, Creative ...    1pc Hollow Stainless Stee...    1 Set Of 96pcs LED Flicke...    Cool Industrial Metal Tube R...
Last day $39.14  $58.99                 Nearly over $119.21               $4.94  $43.99  2.4K+ bought    Nearly over $12.98             Nearly over $29.57
Almost sold out                         Only 8 left                       Almost sold out                Best Seller in Office Lighting   Extra $2.95 off coupon
★★★★☆                                                                      ★★★★★ 259                        ★★★★☆ 91                        Almost sold out

View more ⌄



BONUS
COUPONS
                    any info                    Customer service                  Help                      Download the Temu App         Connect with Temu
                    Temu                        Return and refund policy          Support center & FAQ       🚚 Track orders any time                                         Messages
                                                                                                                                                                            Feedback

Free shipping special for you        Price adjustment within 30 days

https://www.temu.com/acrylic-butterfly-hanging-ornament-for-car-christmas-tree-backpack-home-decor-couple-gift-for-halloween-g-601099542248593.html                                        8/9

9/16/24, 3:24 PM

Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu







https://www.temu.com/acrylic-butterfly-hanging-ornament-for-car-christmas-tree-backpack-home-decor-couple-gift-for-halloween-g-601099542248593.html



9/16/24, 3:24 PM                                                                      Temu





**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay          ✔ Return if item damaged
✔ 15-day no update refund     ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





9/16/24, 3:22 PM

Acrylic Butterfly Hanging Ornament Car Decoration - Temu

⭐⭐⭐⭐⭐

Cute girlie gifts for Christmas stockings! Something unique- unexpected for the girls.

> This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac...   >

sy***06 in 🇺🇸 on Nov 25, 2023

⭐⭐⭐⭐⭐

going to be a gift, 100% love these, just beautiful. Used for Christmas ornaments.

> This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac...   >

See all reviews

**YsJXD**
205 Bought | 4.8 ★

Follow        Shop all items (5)

**Details**                                    ♡ Save | Report this item >

Material: Acrylic (PMMA)

Item ID: EG156820   Copy

Store Information >

9/16/24, 3:22 PM

Acrylic Butterfly Hanging Ornament Car Decoration - Temu

Free shipping
Special for you

Price adjustment
Up to 90 days*

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄    car decoration accessories 🔍    Hello, Mike Kate / Orders & Account    Support    🇺🇸 EN    🛒





BONUS COUPONS

💬 Messages
📝 Feedback

Free shipping special for you     Price adjustment within 30 days

https://www.temu.com/acrylic-butterfly-hanging-ornament-pmma-car-decoration-pendant-transparent-butterfly-charm-for-rearview-mirror-keychain-bag-accessory-g-601099590784849.html

3/11

9/16/24, 3:22 PM

Acrylic Butterfly Hanging Ornament Car Decoration - Temu

Free shipping
Special for you

Up to 90 days*

Price adjustment

Get the Temu App

Best Sellers  5-Star Rated  Anniversary Sale  Local Warehouse  Categories  | car decoration accessories |  Hello, Mike Kate · Orders & Account  Support  EN



Explore your interests

Free shipping special for you    Price adjustment within 30 days





9/16/24, 3:22 PM

Acrylic Butterfly Hanging Ornament Car Decoration - Temu

9/16/24, 3:22 PM                                        Acrylic Butterfly Hanging Ornament Car Decoration - Temu

🚚 **Free shipping**                                    **Get the Temu App**
Special for you                    💲 **Price adjustment**            Up to 90 days*

TEMU   🏆 Best Sellers   ⭐ 5-Star Rated   🎁 Anniversary Sale   🏬 Local Warehouse   Categories ⌄   [car decoration accessories 🔍]   Hello, Mike Kate   ⊕ Support   🇺🇸 EN   🛒
                                                                                                        Orders & Account



**Colorful Acrylic Butterfly …**
$2.75  $12.99  In 3 carts
Extra $0.14 off coupon
Only 1 Left

**Multi-Device Wireless Ch…**
Last day  $11.97
New Arrival in Wireless Chargers

**1PC Natural Crystal Electr…**
Nearly over $6.38  $20.00
Almost sold out
★★★★★
Direct from Runyangshi

**Magnetic Levitation Heart Sh…**
Last day $51.47  In 1 carts
Almost sold out

**Resin Steampunk Mecha…**
Last day  $22.47  $38.99
Only 5 left
★★★★☆ 1

**Living Room Floating Bulbs …**
Nearly over $42.70
Only 5 left

**1pc/20pcs pink crystal bu…**
Nearly over $4.28  $13.10
Only 3 left

**1Pcs Ocean Wave Glass Ball I…**
$12.19  $27.99  47 bought
Only 2 left

**Acrylic Purple Butterfly Hanging Or…**
Lowest over $1.80  In 2 carts
Extra $0.14 off coupon
Only 1 Left

**Tube Clock, DIY Ni…**
Nearly over $56.98
Almost sold out
★★★★★
Direct from Nexillumi



BONUS
COUPONS


Messages
Feedback

🚚 **Free shipping special for you**        💲 **Price adjustment within 30 days**

https://www.temu.com/acrylic-butterfly-hanging-ornament-pmma-car-decoration-pendant-transparent-butterfly-charm-for-rearview-mirror-keychain-bag-accessory-g-601099590784849.html          7/11

9/16/24, 3:22 PM                                           Acrylic Butterfly Hanging Ornament Car Decoration - Temu

🚚 **Free shipping**                          Up to 90 days*                                    📱 **Get the Temu App**
   Special for you                   💲 **Price adjustment**

🔲 TEMU   🛍 Best Sellers   ▶️ 5-Star Rated   🎀 Anniversary Sale   🏬 Local Warehouse   Categories ⌄     🔍 car decoration accessories   🔍     Ⓚ Hello, Mike Kate      ⑦ Support   🌐 EN   🛒
                                                                                                              Orders & Account



ANNIVERSARY Sparkling 3D Butterfly Sti...          🟩 Local Magnetic Levitating Heart La...    ANNIVERSARY Steampunk Mechanical D...     Wireless Sunrise Alarm S...          ANNIVERSARY Crystal Snowflake Car Ke...
Lowest ever **$6.29**                              Last day **$54.90** 2 viewed                $19.34 $34.99 2 bought                     Last day **$12.47**                   Last day **$3.91** $24.49
Only 8 left                                        Almost sold out                             🟩 Extra $0.99 off coupon                 just bought                           Only 2 left
                                                                                               Only 7 left                               ★★★★½ 163                             ★★★★★
                                                                                                                                         **Direct from Kouzone**

ANNIVERSARY 🟩 Local HCNT Levitation A...          ANNIVERSARY Adult Toys, Difficult Hand...   ANNIVERSARY 🟩 Local Cordless decorativ...  2023 Sparkling Rhinestone Butterfly...  ANNIVERSARY 🟩 Local Levitating Flowers ...
Nearly over **$44.22** $65.00                      Last day **$28.97** $39.99                  Last day **$18.75** $85.99                 Last day **$5.75** $18.99              $50.93 $148.00 31 bought
🟩 Extra $3.52 off coupon                           Only 2 left                                 Only 5 left                               Almost sold out                       🟩 Extra $1.69 off coupon
Only 3 left                                        ★★★★★                                        ★★★★★                                                                            Almost sold out
                                                                                                                                                                               ★★★★☆


🚚 **Free shipping special for you**        💲 **Price adjustment within 30 days**                                                                              

9/16/24, 3:22 PM

Acrylic Butterfly Hanging Ornament Car Decoration - Temu

Up to 90 days*



Nearly over **$30**.98  $67.99
Direct from Diffuserlove

8pcs Crystal Guardian Angel Catche...
Nearly over **$10**.78
Almost sold out
★★★★★

**$38**.47  $79.99  163 bought
Only 6 left
★★★★★

5pcs Steampunk I...
Nearly over **$32**.45  3 bought

Charming Butterfly Acryli...
**$2**.33  $6.99  1 bought

12T Industrial Mac...  6 bought
Nearly over **$60**.42
Almost sold out
Direct from CNCEST

1pc Hollow Stainless Stee...
**$4**.94  $43.99  2.4K+ bought
Almost sold out
★★★★★  259

Handmade Steampunk Robot Key C...
Last day  **$13**.04  12 bought
Only 4 left

GAIATOP Portable Handh...
Nearly over  **$7**.97
Almost sold out
★★★★★  107
Direct from GAIATOP

EP LIGHT Creative ...
Nearly over **$45**.59  $55.00
Almost sold out



BONUS COUPONS



9/16/24, 3:22 PM
Acrylic Butterfly Hanging Ornament Car Decoration - Temu



Free shipping
Special for you

Up to 90 days*

Price adjustment

Get the Temu App

TEMU  🛍 Best Sellers  📦 5-Star Rated  🎀 Anniversary Sale  🏬 Local Warehouse  Categories ⌄  | car decoration accessories 🔍 |   Hello, Mike Kate
Orders & Account   ⑦ Support   🇺🇸 EN   🛒



⊗



99+
Messages

Feedback

https://www.temu.com/acrylic-butterfly-hanging-ornament-pmma-car-decoration-pendant-transparent-butterfly-charm-for-rearview-mirror-keychain-bag-accessory-g-601099590784849.html

11/11



9/16/24, 3:23 PM          Temu

**Free shipping** Special for you      **Delivery guarantee** Refund for any issues      **Get the Temu App**

🔒 All data is encrypted >

Home > Checkout

✅ Free shipping special for you

**Shipping address**      Change address >

Mike Kate   +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (1)**   1 item is almost gone!

Acrylic Butterfly Hanging Ornament, PMMA Car Decoration Pendant, Transparent Butterfly Charm for Rearview Mir...
Acrylic

Qty: 1

Lightning deal | -84% final hours

Only 1 left

**$1.78** ~~$11.49~~

Standard shipping: FREE, delivery: 4-10 business days >

**Payment methods**

○ VISA Visa ...1950      Edit

➕ Add a new card

● PayPal PayPal   ✔ Remember my PayPal

○ $ Cash App Pay ⓘ

○ venmo Venmo

**Order summary**

Enter coupon code    Apply

Apply coupon code >

Item(s) total:    ~~$11.49~~
Item(s) discount:    -$9.71
Subtotal:    $1.78

Shipping:    **FREE**
ⓘ Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

Sales tax:    $0.18

Order total:    **$1.96**

**Plant with Temu**
○ We invite you to plant a tree for $0.35 ⓘ

**Submit order**
🔥 1 almost sold out

**Temu's Tree Planting Program**
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa ⓘ

🌳 TREES FOR THE FUTURE

✅ **Temu protects your card information**
✔ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
✔ Card information is secure and uncompromised
✔ All data is encrypted
✔ Temu never sells your card information

9/16/24, 3:23 PM                                                Temu



- ○ G Pay  Google Pay
- ○ afterpay ❓ Afterpay
  $20 product minimum applies
- ○ Klarna. ❓ Klarna
  $20 product minimum applies
- ○ affirm ❓ Affirm
  $35 product minimum applies
- ○ PayPal ❓ PayPal Pay Later
  $30 product minimum applies



🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured
that your information will be kept secured and
uncompromised. We do not sell your personal information
for money and will only use your information in accordance
with our privacy and cookie policy to provide and improve
our services to you.

Learn more ›

**Delivery guarantee**
✔ $5.00 Credit for delay      ✔ Return if item damaged
✔ 15-day no update refund    ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes
wrong, we've always got your back.

Learn more ›





9/16/24, 3:20 PM                                        Car Accessories: Couples Holiday - Temu

★★★★★

Cute girlie gifts for Christmas stockings! Something unique- unexpected for the girls.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac...    ›

sy***06   in 🇺🇸 on Nov 25, 2023

★★★★★

going to be a gift, 100% love these, just beautiful. Used for Christmas ornaments.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac...    ›

See all reviews

**Yangkai**

29 Followers  |  **4.6K+** Bought  |  **4.7** ★

Follow          Shop all items (58)

**Details**                                   ♡ Save  |  Report this item ›

Material: Acrylic

Item ID: WA150356  ( Copy )

Store Information ›

BONUS COUPONS

🛒 **Free shipping special for you**       💲 **Price adjustment within 30 days**

https://www.temu.com/express-your-love-with-car-accessories-the-perfect-choice-for-couples-and-holiday-gifts-includes-a-2d-acrylic-butterfly-pendant-suitable-for-car-interior-rearview-mirror-decoration-and-available-in-bag-and-keychain-accessories-g-601099587331602.html     2/11

9/16/24, 3:20 PM
Car Accessories: Couples Holiday - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers  5-Star Rated  Anniversary Sale  Local Warehouse  Categories ⌄

butterfly cards

Hello, Mike Kate
Orders & Account

Support    EN





This product is flat acrylic, not 3D

BONUS
COUPONS

Messages
99+

Feedback

Free shipping special for you    Price adjustment within 30 days

9/16/24, 3:20 PM            Car Accessories: Couples Holiday - Temu

**Free shipping**
Special for you

**Free returns**
Up to 90 days*

**Get the Temu App**

TEMU | 🏠 Best Sellers   🛍 5-Star Rated   🎉 Anniversary Sale   🏢 Local Warehouse   Categories ⌄ | butterfly cards 🔍 | Hello, Mike Kate / Orders & Account   ❓ Support   🇺🇸 EN   🛒



Explore your interests

BONUS COUPONS

Messages

Feedback

**Free shipping special for you**     **Price adjustment within 30 days**

9/16/24, 3:20 PM                                    Car Accessories: Couples Holiday - Temu





https://www.temu.com/express-your-love-with-car-accessories-the-perfect-choice-for-couples-and-holiday-gifts-includes-a-2d-acrylic-butterfly-pendant-suitable-for-car-interior-rearview-mirror-decoration-and-available-in-bag-and-keychain-accessories-g-601099587331602.html

9/16/24, 3:20 PM                                          Car Accessories: Couples Holiday - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU    🛒 Best Sellers   📺 5-Star Rated   🎀 Anniversary Sale   🏬 Local Warehouse   Categories ⌄    🔍 butterfly cards    Hello, Mike Kate    ❓ Support   🇺🇸 EN   🛒
                                                                                                  Orders & Account



Local Creative Magnetic Levitation ...
Nearly over $52.98  $58.98  In 1 carts
Almost sold out

Local 1 Floating Heart-shaped Ligh...
$50.34  In 4 carts
Almost sold out

Local Retro Industrial Robot Water ...
$58.99  $436.68  In 7 carts

100pcs Retro Cheongsam Dress Clo...
Nearly over $2.48
Only 4 left
★★★★★

ANNIVERSARY DIY Steampunk Mechanic...
$16.99  $28.00  7 bought
Extra $0.42 off coupon ⟩
Only 2 left
★☆☆☆☆

Sweet Y2K Style Butterfly Hair Clips ...
Last day  $4.79  $19.99
Only 4 left

ANNIVERSARY Multifunctional Portable ...
Last day  $10.31
just bought
★★★★⯪  1,205

ANNIVERSARY Local Floating Flowers L...
$68.61  $73.00  In 4 carts
Almost sold out
Direct from GDRASUYA10

ANNIVERSARY Local 5pcs Steampunk I...
Nearly over $32.45  3 bought

ANNIVERSARY 1PC Swallowtail Butterfly ...
Nearly over $3.21  $29.99
Only 2 left
★★★★★



BONUS COUPONS

💬 Messages  99+
📝 Feedback

Free shipping special for you       Price adjustment within 30 days

https://www.temu.com/express-your-love-with-car-accessories-the-perfect-choice-for-couples-and-holiday-gifts-includes-a-2d-acrylic-butterfly-pendant-suitable-for-car-interior-rearview-mirror-decoration-and-available-in-bag-and-keychain-accessories-g-601099587331602.html         6/11

9/16/24, 3:20 PM                                                    Car Accessories: Couples Holiday - Temu





9/16/24, 3:20 PM         Car Accessories: Couples Holiday - Temu





9/16/24, 3:20 PM                                              Car Accessories: Couples Holiday - Temu





9/16/24, 3:20 PM                                    Car Accessories: Couples Holiday - Temu

🔊 Free shipping          📦 Free returns          📱 Get the Temu App
   Special for you           Up to 90 days*

TEMU  🛍️ Best Sellers  📺 5-Star Rated  🎉 Anniversary Sale  🏪 Local Warehouse  Categories ⌄   🔍 butterfly cards 🔍   Hello, Mike Kate   ⓘ Support   🇺🇸 EN   🛒
                                                                                                                        Orders & Account



Local Electroplating Magnetic Levit...   Local 1pc In/outdoor 23.6inch Mo...   ANNIVERSARY Butterfly Lover's Dream: ...   Handmade Steampunk Robot Key C...   ANNIVERSARY Local 3D Metal Puzzles F...
Nearly over$42.95 In 3 carts            Nearly over$117.79                   Nearly over$1.98 $9.98                    Last day $13.04 12 bought          Last day $59.81 15 bought
Only 5 left                             Only 5 left                          Almost sold out                          Only 4 left                        Almost sold out  30d lowest
                                                                                                                                                          ★★★★★

ANNIVERSARY Magnetic Levitation Float...  Butterfly Heart Car Decal ...      ANNIVERSARY Resin Steampunk Mecha...      ANNIVERSARY Local Tabletop Fire Pit - ...  ANNIVERSARY 20pcs Crystal Butterfly 3...
Last day $96.03 15 bought               60d lowest $4.24 $24.99              Last day $22.47 $38.99                    $43.99 $67.89 151 bought            Nearly over$2.48 $7.89
Only 2 left                             Only 9 left                          Only 5 left                              Best Seller in Outdoor Heating & ...  Only 8 left
                                                                             ★★★★★                                    ★★★★★                               ★★★★★

View more ⌄



⊗ BONUS COUPONS

Company info          Customer service          Help                Download the Temu App        Connect with Temu
Temu                  Return and refund policy  Support center & FAQ  🚚 Track orders any time                            💬 Messages
                                                                                                                          ✍️ Feedback

🔊 Free shipping special for you    💲 Price adjustment within 30 days

https://www.temu.com/express-your-love-with-car-accessories-the-perfect-choice-for-couples-and-holiday-gifts-includes-a-2d-acrylic-butterfly-pendant-suitable-for-car-interior-rearview-mirror-decoration-and-available-in-bag-and-keychain-accessories-g-601099587331602.html          10/11

9/16/24, 3:20 PM    Car Accessories: Couples Holiday - Temu



Security certification                    We accept

© 2024 WhaleCo Inc.    Terms of use    Privacy policy    Your privacy choices    Ad Choices







9/16/24, 3:20 PM                                                                                    Temu

**Free shipping** Special for you          **Delivery guarantee** Refund for any issues          **Get the Temu App**

TEMU        🔒 All data is encrypted ›

Home › Checkout

✓ Free shipping special for you

**Shipping address**                                                              Change address ›

Mike Kate   +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (11)**   1 item is almost gone!

Express Your Love with Car Accessories: The Perfect Choice for Couples and Holiday Gifts! Includes a 2D Acrylic But...
1pc                                                                Qty: 11 ▾
Lightning deal | -84% final hours
Almost sold out
◆$1.77  $11.49

Standard shipping: FREE, delivery: 4-10 business days ›

**Payment methods**

○ VISA  Visa ...1950                                              Edit
  ⊞  Add a new card
● PayPal  ⊘ Remember my PayPal
○ $  Cash App Pay ⓘ
○ afterpay  4 interest-free payments of $5.36

**Order summary**

Enter coupon code                    Apply

Apply coupon code                                    ›

Item(s) total:                          $126.39
Item(s) discount:                      -$106.92
Subtotal:                                 $19.47

Shipping:                                  FREE
ⓘ Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

Sales tax:                                 $2.00

Order total:                            $21.47

**Plant with Temu**
○ We invite you to plant a tree for $0.35 ⓘ

Submit order
🛒 1 almost sold out

**Temu's Tree Planting Program**
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa ⓘ

✓ **Temu protects your card information**
✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
✓ Card information is secure and uncompromised
✓ All data is encrypted
✓ Temu never sells your card information

https://www.temu.com/bgt_order_checkout.html?extend_map=%7B%22ck_cart_login_status%22%3A1%22C%22cart_morgan_token%22%3A79e54e1a-bad8-45bb-9fa0-e7d40473a24b%22C%22amount_extend%22%3A%7B%5C%22parent_total_goods_amount%5C%7%3A8845%7D%7D&goods_amount=12&source_channel=1&title=Checkout&r...      1/2

9/16/24, 3:20 PM                                                                                      Temu



- ○ Klarna ⓘ  4 interest-free payments of $5.36
- ○ Venmo
- ○ Google Pay
- ○ Affirm ⓘ
     $35 product minimum applies
- ○ PayPal Pay Later
     $30 product minimum applies



🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay     ✓ Return if item damaged
✓ 15-day no update refund   ✓ 30-day delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›

















View more ⌄

**Company info**
About Temu
Temu - Team Up, Price Down!
Affiliate & Influencer: Earn Commission
Contact us
Careers
Press
Temu's Tree Planting Program

Security certification

**Customer service**
Return and refund policy
Intellectual property policy
Shipping info
Your Recalls and Product Safety Alerts
Report suspicious activity

We accept

**Help**
Support center & FAQ
Safety center
Temu purchase protection
Sitemap
How to order
How to track
Partner with Temu

**Download the Temu App**
Track orders any time
Low stock items alerts
Coupons & offers alerts

Download on the
App Store

Get it on
Google Play

**Connect with Temu**

© 2024 WhaleCo Inc.   Terms of use   Privacy policy   Your privacy choices   Ad Choices



BONUS COUPONS





Home > Automotive > Keychains & Key Shells > 2D Acrylic Pink Butterfly ...

## 2D Acrylic Pink Butterfly Car Sticker: Add a Touch of Agility to Your Ride

2.9K+ sold | Provided by ▢ (100K+ sold) ›   4.5 ★★★★★

**$1.98**  Pay $0.49 today | 63% Limited time | $11.49

| ▢ 4 interest-free biweekly installments

Temu Fest ✓ Free shipping special for you   Exclusive offer

Quantity: 1pc

Qty  [ 1 ▾ ]

**Add to cart**

Ships from Temu ›

Standard: FREE
Delivery: Fastest delivery in 4 business days
Courier company: 🚚 DHL eCommerce ...

Temu's Commitments ›

Security & Privacy          Delivery guarantee
✓ Safe payments           ✓ $5.00 Credit for delay
✓ Secure privacy          ✓ 15-day no update refund

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

---

**349 reviews** | **4.5** ★★★★★

✓ All reviews are from verified purchases

Item reviews (349)    Provider reviews (37,232)

( 🇺🇸 (281) )  ( Pretty(27) )  ( Satisfied(15) )  ( Beautiful(17) )

dj**fw ☆☆ 🇺🇸 on Sep 29, 2024

★★★★★

This turned out to be much better than I anticipated! I'm using it as a decoration for the front of a card, and it's even nicer than what was shown online. There's no visible plastic around the butterfly, and the craftsmanship is excellent for what you're purchasing. I love it, and it's perfect for my project. I was pleasantly surprised, especially a...  See more

Marthela Perrett 🔲 on Apr 12, 2024

★★★★★

great bargain,,gifts, pleased with product, loved them thank you, beautiful piece, Just like pictures, Thanks, great bargain,,gifts, recommend purchasing

ba***48 🔲 on Jan 20, 2024

★★★★★

love it, pleased with product, perfect gift, keeper, beautiful piece

**See all reviews**

---

**Unique People**
1.2K+ Followers   100K+ Sold   4.7 Rating

[ Follow ]   [ Shop all items (134) ]

✓ Established 1 year ago

### Details

♡ Save | Report this item ›

Material: Acrylic

Item ID: MC29120 [ Copy ]

Store Information ›



BONUS COUPONS















**Free shipping** Special for you

**Delivery guarantee** Refund for any issues

**Get the Temu App**

Return if item damaged ›

Home › Checkout

✓ Free shipping special for you

**Shipping** Change ›

steven howard (554)626-5486

**1 N La Salle St**

CHICAGO, IL 60602-3902, United States

⚠ Please check the apt, suite, or room number is correct.

✓ **Free shipping from Temu (10)**

2D Acrylic Pink Butterfly Car Sticker: Add a Touch of Agility to Your Ride
1pc

Temu Fest | -82% limited time

Qty: 10

**$1.98** ~~$11.49~~

Standard shipping: FREE, delivery: 4-8 business days, fastest delivery in 4 business days ›

**Payment methods**

○ Card  VISA  Mastercard  American Express  Discover  Maestro  JCB

🔒 All transactions are secure and encrypted

* Card number

VISA  4041 1789 5899 9192

* Expiration date
12   2028

* CVV
591

◉ Remember this card for future use, Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data.

* Billing address                                             ✐ Edit
steven howard, 1 N La Salle St, CHICAGO, IL 60602, United States

○ PayPal

○ Cash App Pay

○ Afterpay  4 interest-free payments of $5.45

○ Klarna  4 interest-free payments of $5.45

○ Venmo

○ Google Pay

○ Affirm  $35 product minimum applies

○ PayPal Pay Later  $30 product minimum applies

**Order summary**

Enter coupon code  Apply

Apply coupon code  ›

Item(s) total:  ~~$114.90~~
Item(s) discount:  -$95.10
Subtotal:  $19.80

Shipping:  **FREE**
⊘ Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

Sales tax:  $2.03

Order total:  $21.83

**Plant with Temu**
○ We invite you to plant a tree for $0.35 ⓘ

**Submit order**

**Temu's Tree Planting Program**
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa ⓘ

**Delivery guarantee**
✓ $5.00 Credit for delay
✓ Return if item damaged
✓ 15-day no update refund
✓ 30-day no delivery refund
Learn more ›

**Temu protects your card information**
✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
✓ Card information is secure and uncompromised
✓ All data is encrypted
✓ Temu never sells your card information

**Secure privacy**
Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.
Learn more ›

**Temu purchase protection**
Shop confidently on Temu knowing that if something goes wrong, we've always got your back.
Learn more ›



Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers  5-Star Rated  Early Black Friday  Local Warehouse  Categories

acrylic butterfly rearview mirror pendant

Orders & Account  Support  EN

**Unique Gift**

1.8K+ Followers | 418K+ Sold | 4.7 ★

Follow    Shop all items (204)

✅ Established 1 year ago

**Details**

♡ Save | Report this item ›

Material: Acrylic

Item ID: EG24755  Copy

Store Information ›



BONUS COUPONS

Free shipping special for you    Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers | 5-Star Rated | Early Black Friday | Local Warehouse | Categories ⌄

acrylic butterfly rearview mirror pendant

Orders & Account | Support | EN



















Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers    5-Star Rated    Early Black Friday    Local Warehouse    Categories

acrylic butterfly rearview mirror pendant

Orders & Account    Support    EN

Google Play

Temu's Tree Planting Program

Partner with Temu

Security certification

We accept

© 2024 WhaleCo Inc.    Terms of use    Privacy policy    Your privacy choices    Ad Choices



BONUS COUPONS







🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





9/16/24, 3:12 PM
Car Interior Decoration Car Hanging Butterfly Flower Faith - Temu

Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ∨ | christmas ornaments | Hello, Mike Kate Orders & Account | Support | EN

cn***14 in 🇺🇸 on May 1, 2024
★☆☆☆☆
Dull colored out of focus picture on plastic

**Reviews from similar items on Temu** ⓘ
ai***72 in 🇺🇸 on Oct 6, 2023
★★★★★
Very pretty. Love it. not as shinny as I thought it would be but it's still very cute. arrived in just a few days. fast delivery.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac... ›

See all reviews

**SZX**
162 Followers | 49K+ Bought | 4.6 ★
Contact provider | Follow | All items (29)

**Details**                                              ♡ Save | Report this item ›
Material: Acrylic
Attachment Method: Hanging
Holidays: Christmas,Easter,Thanksgiving,New Year,Universal
See more ∨

📖 Learn about dimensions ›

Explore your interests

BONUS COUPONS

Messages

Feedback

Free shipping special for you | Price adjustment within 30 days

https://www.temu.com/1pc-car-interior-decoration-car-hanging-butterfly-flower-faith-tree-ornaments-tree-hanging-decorations-g-601099543107429.html

2/8





9/16/24, 3:12 PM

Car Interior Decoration Car Hanging Butterfly Flower Faith - Temu

🚚 **Free shipping**
Special for you

✅ **Delivery guarantee**
Refund for any issues

📱 **Get the Temu App**

TEMU | 🛒 Best Sellers | ▶ 5-Star Rated | 🎁 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 christmas ornaments | Hello, Mike Kate / Orders & Account | ⓘ Support | 🇺🇸 EN | 🛒



**20pcs Sparkling Butterfly ...**
$3.14 $12.00 2 bought
Only 5 left

**6-Pack PET Floral Washi T...**
Last day $6.92 $19.99
Only 1 Left
★★★★★

**Wireless BT Speakers With Wireless ...**
Last day $11.97
Best Seller in Audio & Radio: USB
★★★★½ 6,571
**Direct from Kouzone**

**1pair Winged Butterfly Pa...**
$4.94 $14.99 1.5K+ bought
Almost sold out
★★★★½ 134

**1PC Glam Acrylic Butterfly Pendant ...**
Last day $1.43 $12.58
Only 6 left

**3D Metal Puzzles F...**
Last day $59.81 15 bought
Almost sold out 30d lowest
★★★★★

**Living Room Floating Bulbs ...**
$43.49 2 bought
Almost sold out

**Adult Toys, Difficult Hand...**
Last day $28.92 $39.99
Only 2 left
★★★★★

**2Pc/1Pc Ghost Campfire ...**
Last day $12.97
Best Seller in Outdoor Storage
★★★★½ 87

**HCNT Levitation A...**
Nearly over $44.22 $65.00
Extra $3.52 off coupon
Only 3 left



**BONUS COUPONS** ⊗

💬 99+ Messages
✓ Feedback

🚚 **Free shipping special for you**   💲 **Price adjustment within 30 days**

https://www.temu.com/1pc-car-interior-decoration-car-hanging-butterfly-flower-faith-tree-ornaments-tree-hanging-decorations-g-601099543107429.html

5/8

9/16/24, 3:12 PM              Car Interior Decoration Car Hanging Butterfly Flower Faith - Temu





9/16/24, 3:12 PM                                    Car Interior Decoration Car Hanging Butterfly Flower Faith - Temu









9/16/24, 3:12 PM                                                                                         Temu





**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay          ✔ Return if item damaged
✔ 15-day no update refund     ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



9/16/24, 3:11 PM                 Acrylic Butterfly Hanging Ornament Car Elegant Pink - Temu

Free shipping
Special for you

Up to 90 days*
Price adjustment

Get the Temu App

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | car accessories interior | Hello, Mike Kate — Orders & Account | Support | EN





BONUS COUPONS

Messages
Feedback

Free shipping special for you     Price adjustment within 30 days

Acrylic Butterfly Hanging Ornament Car Elegant Pink - Temu

Free shipping
Special for you

Up to 90 days*

Price adjustment

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ∨ | car accessories interior | Hello, Mike Kate Orders & Account | Support | EN



Note:
The letters on the back are reverse, the front letters are positive and the face is smooth

BONUS COUPONS

Messages

Feedback

Free shipping special for you | Price adjustment within 30 days

9/16/24, 3:11 PM                                  Acrylic Butterfly Hanging Ornament Car Elegant Pink - Temu

🚚 **Free shipping**          ⏱ Up to 90 days*                                📱 **Get the Temu App**
Special for you              💲 Price adjustment

TEMU  🏆 Best Sellers  ⭐ 5-Star Rated  🎀 Anniversary Sale  🏬 Local Warehouse  Categories ⌄     | car accessories interior  🔍 |   k Hello, Mike Kate  ❓ Support  🇺🇸 EN  🛒
                                                                                               Orders & Account



**Local** Anti-Gravity Magnetic Levitat...
Nearly over $39.43  3 bought  🛒
Almost sold out

ANNIVERSARY 1pc Acrylic Brown Butterf...
30d lowest $0.79 $1.34  🛒
Almost sold out

ANNIVERSARY Steampunk Mechanical I...
Last day $16.97 $52.99  🛒
Extra $0.14 off coupon
Almost sold out

ANNIVERSARY Vintage Washi Adhesive ...
Nearly over $7.19 $8.01  🛒
Almost sold out
★★★★★

ANNIVERSARY Full Moon Floating Pool L...
Nearly over $10.78  🛒
Almost sold out
★★★★★

ANNIVERSARY Charming Butterfly Acryli...
$2.33 $6.99  1 bought  🛒

ANNIVERSARY 1pc Magnetic Suspensio...
Last day $51.42  🛒
Almost sold out  30d lowest
★★★★★ 123

9 Pairs/ Set Colorful Butterfly Wing ...
Nearly over $5.71  🛒
Almost sold out
★★★★★ 251

20pcs Butterfly Stickers with Golden...
Nearly over $1.69  In 1 carts  🛒
Only 4 left

ANNIVERSARY **Local** Scout Beetle ABS ...
Last day $43.32 $59.99  🛒
Almost sold out
★★★★★



BONUS COUPONS  ✕

🚚 **Free shipping special for you**      💲 **Price adjustment within 30 days**

💬 Messages 99+
✏ Feedback









9/16/24, 3:11 PM                                   Acrylic Butterfly Hanging Ornament Car Elegant Pink - Temu









9/16/24, 3:11 PM                                                                                            Temu

**Free shipping**
Special for you
**Delivery guarantee**
Refund for any issues
**Get the Temu App**

🔒 All data is encrypted ›

Home › Checkout

✅ Free shipping special for you

**Shipping address**                                                    Change address ›

**Mike Kate**  +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (14)**  1 item is almost gone!

2pcs Acrylic Butterfly Hanging Ornament for Car - Elegant Pink Decorative Pendant with Chain
2pcs
Almost sold out
Lightning deal | -61% final hours

Qty: 14 ⌄

🔶$14.39  $11.49

Standard shipping: FREE, delivery: 4-10 business days ›

**Payment methods**

⚪ VISA  Visa ...1950                                                      Edit

➕ Add a new card

⚫ PayPal PayPal  ⚫ Remember my PayPal

⚪ $ Cash App Pay ›

⚪ afterpay Afterpay | 4 interest-free payments of $16.94

**Order summary**

Enter coupon code                    Apply

Apply coupon code                                         ›

Item(s) total:                                      $160.86
Item(s) discount:                                   -$99.40
Subtotal:                                            $61.46

Shipping:                                              FREE
ⓘ Free shipping for items shipped from Temu is an exclusive
offer. Please submit your order as soon as possible.

Sales tax:                                            $6.30

Order total:                                         $67.76

**Plant with Temu**
⚪ We invite you to plant a tree for $0.35 ⓘ

**PayPal**

**Temu's Tree Planting Program**
Temu and its users have donated funds to Trees for the
Future to plant trees across sub-Saharan Africa ⓘ

**Temu protects your card information**
✓ Temu follows the Payment Card Industry Data Security
  Standard (PCI DSS) when handling card data
✓ Card information is secure and uncompromised
✓ All data is encrypted
✓ Temu never sells your card information

https://www.temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_morgan_token"%3A"09bdcccf-5f29-4062-baf4-b6bc39d62aaa"%2C"morgan_promotion_strategy"%3A"1"%2C"ck_float_layer_strong_threshold"%3A"2000"%2C"amount_extend"%3A"%7B%5C"parent_total_goods_a...     1/2

9/16/24, 3:11 PM                                                          Temu



○ **Klarna** ⓘ  4 interest-free payments of $16.94

○ **Affirm** ⓘ  4 interest-free payments or as low as $6.27/mo

○ **Venmo**

○ **Google Pay**

○ **PayPal Pay Later**



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay        ✔ Return if item damaged
✔ 15-day no update refund       ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›







9/16/24, 3:10 PM                    Green Acrylic Butterfly Car Charm - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

🛒 Best Sellers    🌟 5-Star Rated    🦋 Anniversary Sale    📦 Local Warehouse    Categories ⌄    | ephemera 🔍 |    Hello, Mike Kate / Orders & Account    ❓ Support    🇺🇸 EN    🛒



**Colorful Acrylic Butterfly ...**
**$2.75** ~~$12.99~~ In 3 carts
Extra $0.14 off coupon ✓
Only 1 Left

**Floating Light Bulb For Living...**
**$43.99** ~~$125.08~~ 11 bought
Almost sold out
★★★★★

**Full Moon Floating Pool L...**
Nearly over **$10.78**
Almost sold out
★★★★★

**4pcs Vintage Butterfly Bo...**
**$4.66** ~~$7.99~~ 28 bought
Almost sold out
★★★★½

**3D Crystal Hummingbird ...**
Nearly over **$7.04**
Almost sold out
★★★★½

**360° Rotating Magnetic Levit...**
Nearly over **$41.31** 1 bought
Almost sold out

**3D Metal Puzzles F...**
Last day **$59.81** 15 bought
Almost sold out   30d lowest
★★★★★

**20pcs Butterfly Stickers with Golden...**
Nearly over **$1.69** In 1 carts
Only 4 left

**Cyberpunk Metal Robot Figurine - ...**
**$13.99** 41 bought
Only 5 left
★★★★★

**Living Room Floating Bulbs ...**
**$43.49** 2 bought
Almost sold out



BONUS COUPONS



99+ Messages

Feedback

🚚 **Free shipping special for you**    💲 **Price adjustment within 30 days**



9/16/24, 3:10 PM

Green Acrylic Butterfly Car Charm - Temu



9/16/24, 3:10 PM                          Green Acrylic Butterfly Car Charm - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

TEMU · 🏠 Best Sellers · 📺 5-Star Rated · 🎉 Anniversary Sale · 🏬 Local Warehouse · Categories ⌄ · 🔍 ephemera · 🔍 · Hello, Mike Kate / Orders & Account · ⊕ Support · 🇺🇸 EN · 🛒



Flip Clock, Retro Vi...
$38.23 $119.99  11 bought
Almost sold out
★★★★★
**Direct from Keenso**

1pc Moving Sand Art Tab...
Last day  $9.66
Almost sold out        just bought
★★★★½  710

Mechanical Butterfly 3D Metal Mod...
Nearly over $49.39
Almost sold out
★★★★★

Arc Reactor Light, ...
Nearly over $36.48
★★★★½

Concealed Carry Gun Pouch, ...
$25.99 $32.99  599 bought
Almost sold out        just bought
★★★★½

Crystal Shell Butterfly PET Stickers - ...
Nearly over $3.48  4 viewed
Only 5 left

100pcs Sparkling Hologr...
Nearly over $2.50
Almost sold out
★★★★★

Charming 2-piece Acrylic But...
$6.49  1 viewed
Almost sold out

Upgraded Galaxy Lamp U...
Nearly over $8.98
Almost sold out
★★★★½  198

2Pc/1Pc Ghost Campfire ...
Last day  $12.97
Best Seller in Outdoor Storage
★★★★½  87



⊗ BONUS COUPONS

💬 Messages (99+)
📝 Feedback

🚚 **Free shipping special for you**        💲 **Price adjustment within 30 days**

https://www.temu.com/acrylic-green-crackle-butterfly-pendant-light-green-asymmetric-butterfly-car-pendant-car-rearview-mirror-pendant-holiday-decoration-gift-couple-gift-fashion-keychain-g-601099553924962.html

7/9



9/16/24, 3:10 PM

Green Acrylic Butterfly Car Charm - Temu







https://www.temu.com/acrylic-green-crackle-butterfly-pendant-light-green-asymmetric-butterfly-car-pendant-car-rearview-mirror-pendant-holiday-decoration-gift-couple-gift-fashion-keychain-g-601099553924962.html



9/16/24, 3:10 PM      Temu

**Free shipping**
Special for you

**Delivery guarantee**
Refund for any issues

**Get the Temu App**

🛡 All data is encrypted ›

Home › Checkout

✓ Free shipping special for you

**Shipping address**     Change address ›

**Mike Kate**   +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (13)**   1 item is almost gone!

Chic Light Green Acrylic Butterfly Car Charm - Asymmetric Design, Perfect for Rearview Mirror & Keychain Decor, I...
1pc
Lightning deal | -73% limited time

Almost sold out

**$1.61** $5.99    Qty: 13

Standard shipping: FREE, delivery: 4-10 business days ›

**Payment methods**

◯ VISA   Visa ...1950    Edit

+ Add a new card

⦿ PayPal   ✓ Remember my PayPal

◯ $ Cash App Pay

◯ afterpay   4 interest-free payments of $5.77

**Order summary**

Enter coupon code    Apply

Apply coupon code ›

Item(s) total:    $77.87
Item(s) discount:    -$56.94
Subtotal:    $20.93

Shipping:    **FREE**
ⓘ Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

Sales tax:    $2.15

Order total:    $23.08

**Plant with Temu**
◯ We invite you to plant a tree for $0.35 ⓘ

**PayPal**

✓ **Temu's Tree Planting Program**
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa ⓘ

🌳 TREES FOR THE FUTURE

✓ **Temu protects your card information**
✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
✓ Card information is secure and uncompromised
✓ All data is encrypted
✓ Temu never sells your card information

https://www.temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_morgan_token"%3A"6098c4f4-2d6c-42a7-b81a-326c55d9a642"%2C"morgan_promotion_strategy"%3A"1"%2C"ck_float_layer_strong_threshold"%3A"2000"%2C"amount_extend"%3A"%7B%5C"parent_total_goods_...    1/2

9/16/24, 3:10 PM                                                        Temu



○  Klarna ⓘ  4 interest-free payments of $5.77

○  Venmo

○  Google Pay

○  Affirm ⓘ
$35 product minimum applies

○  PayPal Pay Later
$30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay          ✔ Return if item damaged
✔ 15-day no update refund      ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



9/16/24, 3:07 PM — Acrylic Hanging Ornaments Panda - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | junk journal supplies | Hello, Mike Kate | Orders & Account | Support | EN



BONUS COUPONS

Messages

Feedback

Free shipping special for you       Price adjustment within 30 days



9/16/24, 3:07 PM                                         Acrylic Hanging Ornaments Panda - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

TEMU | 🛍 Best Sellers  🏆 5-Star Rated  🎉 Anniversary Sale  🏬 Local Warehouse  Categories ⌄ | 🔍 junk journal supplies 🔍 | Ⓚ Hello, Mike Kate
Orders & Account | ❓ Support | 🇺🇸 EN | 🛒



**Explore your interests**

🚚 **Free shipping special for you**     💲 **Price adjustment within 30 days**

BONUS COUPONS

Messages 99+
Feedback



9/16/24, 3:07 PM

Acrylic Hanging Ornaments Panda - Temu

🚚 Free shipping
Special for you

📦 Free returns
Up to 90 days*

📱 Get the Temu App

**TEMU**  🏷️ Best Sellers   📷 5-Star Rated   🏷️ Anniversary Sale   🏬 Local Warehouse   Categories ⌄   | junk journal supplies  🔍 |   Hello, Mike Kate   Orders & Account   ❓ Support   🇺🇸 EN   🛒

HD LIVING Crystal Hum...
Nearly over **$6.97**
Only 6 left

Local Anti-Gravity Magnetic Levitat...
Nearly over **$39.43**  3 bought
Almost sold out

Local Modern Style Home Bedroo...
**$43.49** $99.99 6 bought
Almost sold out

Butterfly Washi Tape Stickers - 6 Rol...
30d lowest  **$9.44**  2 bought
Only 5 left

10PCS Acrylic Koi Fish Ch...
Last day  **$2.27**  $20.99
Only 8 left
★★★★½ 102

Cyberpunk Metal Robot Figurine - ...
**$13.99**  41 bought
Only 5 left
★★★★★

Local 360° Rotating Magnetic Levit...
Nearly over **$41.31**  1 bought
Almost sold out

Cyberpunk Mantis Insect ...
**$17.99** $20.24 1 bought
Extra $0.42 off coupon
Only 9 left

Sparkling 3D Butterfly Sti...
Lowest ever  **$6.29**
Only 8 left

80-Piece Holographic 3D Butterfly S...
Nearly over **$4.19**  In 2 carts
Only 5 left  30d lowest

BONUS COUPONS

💬 99+ Messages
📝 Feedback

🚚 Free shipping special for you      💲 Price adjustment within 30 days

https://www.temu.com/4-pack-acrylic-hanging-ornaments-butterfly-baby-elephant-panda-cute-monster-decorative-pendants-for-backpacks-cars-couple-gifts-g-601099560468658.html

4/9

9/16/24, 3:07 PM            Acrylic Hanging Ornaments Panda - Temu

🚚 **Free shipping**
Special for you

🔄 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

TEMU | 🏆 Best Sellers | ⭐ 5-Star Rated | 🎉 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 junk journal supplies | 👤 Hello, Mike Kate / Orders & Account | ❓ Support | 🇺🇸 EN | 🛒



**Local** Living Room Floating Bulbs ...
**$43.49** 2 bought
Almost sold out

JETFLIP Foam Blaster Revolver Style ...
**$11.37** 420 bought
New Arrival in Toy Guns & Access...
★★★★★
Direct from JETFLIP

**ANNIVERSARY** 3D Mechanical Insect Mo...
Last day **$19.37** $52.99
Almost sold out
★★★★★

**ANNIVERSARY** Charming Butterfly Acrylic...
**$2.33** $6.99 1 bought

9 Pairs/ Set Colorful Butterfly Wing ...
Nearly over **$5.71**
Almost sold out
★★★★★ 251

Ancient Bow - 8.66inch Game Replic...
Nearly over **$7.98**
Only 2 left
★★★★★ 154

**ANNIVERSARY** 1pc Magnetic Suspensio...
Last day **$51.42**
Almost sold out 30d lowest
★★★★★ 123

Wireless BT Speakers With Wireless ...
Last day **$11.97**
Best Seller in Audio & Radio: USB
★★★★★ 6,571
Direct from Kouzone

**ANNIVERSARY** Steampunk Mechanical I...
**$21.24** $36.88 1 bought
Extra $0.14 off coupon ✂
Only 9 left

1PC Glam Acrylic Butterfly Pendant ...
Last day **$1.43** $12.58
Only 6 left



BONUS COUPONS ⊗



Messages 99+
Feedback

🚚 **Free shipping special for you**
💲 **Price adjustment within 30 days**

https://www.temu.com/4-pack-acrylic-hanging-ornaments--butterfly-baby-elephant-panda-cute-monster-decorative-pendants-for-backpacks-cars-couple-gifts-g-601099560468658.html      5/9



9/16/24, 3:07 PM      Acrylic Hanging Ornaments Panda - Temu



9/16/24, 3:07 PM                                    Acrylic Hanging Ornaments Panda - Temu





View more ⌄

https://www.temu.com/4-pack-acrylic-hanging-ornaments--butterfly-baby-elephant-panda-cute-monster-decorative-pendants-for-backpacks-cars-couple-gifts-g-601099560468658.html

9/16/24, 3:07 PM

Acrylic Hanging Ornaments Panda - Temu



Partner with Temu

Google Play

**Security certification**

**We accept**

© 2024 WhaleCo Inc.      Terms of use      Privacy policy      Your privacy choices      Ad Choices





https://www.temu.com/4-pack-acrylic-hanging-ornaments--butterfly-baby-elephant-panda-cute-monster-decorative-pendants-for-backpacks-cars-couple-gifts-g-601099560468658.html

9/9



9/16/24, 3:07 PM                                                                                    Temu

○ Klarna.  Klarna ⓘ  4 interest-free payments of $11.88

○ affirm  Affirm ⓘ  4 interest-free payments or as low as $4.40/mo

○ venmo  Venmo

○ G Pay  Google Pay

○ PayPal  PayPal Pay Later

🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

✅ **Delivery guarantee**

✓ $5.00 Credit for delay       ✓ Return if item damaged
✓ 15-day no update refund      ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





9/16/24, 3:03 PM

Elegant Butterfly Hanging Ornament Acrylic Multi use - Temu

★★★★★

Cute girlie gifts for Christmas stockings! Something unique- unexpected for the girls.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac... ›

sy***06 in 🇺🇸 on Nov 25, 2023

★★★★★

going to be a gift, 100% love these, just beautiful. Used for Christmas ornaments.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac... ›

See all reviews

**Ryingxin Top**
5 Followers | 824 Bought | 4.5 ★

Follow          Shop all items (103)

**Details**                              ♡ Save | Report this item ›

Material: Acrylic

Item ID: LE128043   Copy

Store Information ›

BONUS COUPONS

Free shipping special for you          Price adjustment within 30 days

https://www.temu.com/elegant-butterfly-hanging-ornament-acrylic-multi-use-decorative-pendant-for-car-christmas-tree-backpack-home-decor-ideal-for-couples-gift-for-special-occasions-g-601099576445055.html          2/10

9/16/24, 3:03 PM

Elegant Butterfly Hanging Ornament Acrylic Multi use - Temu



Explore your interests



9/16/24, 3:03 PM — Elegant Butterfly Hanging Ornament Acrylic Multi use - Temu

🚚 **Free shipping** Special for you     📦 **Free returns** Up to 90 days*     📱 **Get the Temu App**

TEMU | 🛍 Best Sellers | ⭐ 5-Star Rated | 🏷 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 christmas clearance | Hello, Mike Kate / Orders & Account | ⊙ Support | 🇺🇸 EN | 🛒



| Sparkling 3D Butterfly Sti... | G63 Smart Light Wireless... | Magnetic Levitation... | Cyberpunk Mantis Mechanical Scul... | Resin Steampunk Mecha... |
|---|---|---|---|---|
| ANNIVERSARY Lowest ever **$6.29** | ANNIVERSARY Last day **$10.31** | ANNIVERSARY Local Nearly over **$45.70** 1 bought | **$20.24** 6 bought | ANNIVERSARY Last day **$22.47** $38.99 |
| Only 8 left | Best Seller in Audio & Radio | Only 4 left 30d lowest | Extra $0.42 off coupon | Only 5 left |
| | ★★★★☆ 334 | | Only 1 Left | ★★★★☆ 1 |
| | Direct from Kouzone | | | |

| Ancient Bow - 8.66inch Game Replic... | 1pc Of 2 Rolls Of Three-dimensiona... | Wireless BT Speakers With Wireless ... | 1pc 2D Butterfly Keychain Acrylic Ke... | Magnetic Levitating Mini ... |
|---|---|---|---|---|
| Nearly over **$7.98** | **$3.22** 123 bought | Last day **$11.97** | Nearly over **$1.31** $17.49 | ANNIVERSARY Nearly over **$61.19** |
| Only 2 left | Almost sold out | Best Seller in Audio & Radio: USB | Almost sold out | Only 5 left 60d lowest |
| ★★★★★ 154 | ★★★★★ | ★★★★★ 6,571 | ★★★★☆ 55 | ★★★★☆ |
| | | Direct from Kouzone | | |


BONUS COUPONS

🚚 **Free shipping special for you**     💲 **Price adjustment within 30 days**

Messages 99+
Feedback

https://www.temu.com/elegant-butterfly-hanging-ornament-acrylic-multi-use-decorative-pendant-for-car-christmas-tree-backpack-home-decor-ideal-for-couples-gift-for-special-occasions-g-601099576445055.html

5/10

9/16/24, 3:03 PM                                       Elegant Butterfly Hanging Ornament Acrylic Multi use - Temu





9/16/24, 3:03 PM
Elegant Butterfly Hanging Ornament Acrylic Multi use - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

TEMU | 🏆 Best Sellers | 📺 5-Star Rated | 🎉 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 christmas clearance | Hello, Mike Kate — Orders & Account | ❓ Support | 🇺🇸 EN | 🛒



1pc Levitating Moon Tabl...
Nearly over **$49.88**
Only 6 left
★★★★★ 361

Peacock Washi Tape Set, 4 Rolls, Go...
Last day **$8.22** 83 bought
Almost sold out
★★★★★

Floating Planet Solar-Po...
Last day **$13.97**
★★★★☆ 76

DIY Handmade 3D Wood...
Last day **$38.97**
Almost sold out
★★★★☆ 183

HCNT Levitation A...
Nearly over **$44.22** $55.00
Extra $3.52 off coupon ›
Only 3 left

8 Pairs Exquisite Colorful Butterfly ...
Nearly over **$5.73** $13.49
Almost sold out
★★★★★ 108

Adult Toys, Difficult Hand...
Last day **$28.97** $39.99
Only 2 left
★★★★★

Butterfly Washi Tape Stickers - 6 Rol...
30d lowest **$9.44** 2 bought
Only 5 left

Floating Light Bulb For Living...
**$43.99** $125.00 11 bought
Almost sold out
★★★★★

9 Pairs of Butterfly Colorful A...
**$13.81** 51 bought
Extra $0.70 off coupon ›
Only 6 left
★★★★★


BONUS COUPONS


💬 Messages 99+
📝 Feedback

🚚 **Free shipping special for you**    💲 **Price adjustment within 30 days**

https://www.temu.com/elegant-butterfly-hanging-ornament-acrylic-multi-use-decorative-pendant-for-car-christmas-tree-backpack-home-decor-ideal-for-couples-gift-for-special-occasions-g-601099576445055.html

7/10

9/16/24, 3:03 PM — Elegant Butterfly Hanging Ornament Acrylic Multi use - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

🛒 Best Sellers | 🎖 5-Star Rated | 🎁 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 christmas clearance | Hello, Mike Kate / Orders & Account | ❓ Support | 🇺🇸 EN | 🛒



**ANNIVERSARY** Steampunk Sickle Drago...
Nearly over$**21.**25
Extra $0.42 off coupon
Only 1 Left
★★★★★

**ANNIVERSARY** Local Rechargeable G-S...
Nearly over$**20.**48
Almost sold out — just bought
★★★★★

**ANNIVERSARY** Local Levitating Flowers ...
$**50.**93 $148.00 31 bought
Extra $1.69 off coupon
Almost sold out
★★★★★

Local 1pc In/outdoor 23.6inch Mo...
Nearly over$**117.**79
Only 5 left

**ANNIVERSARY** 4pcs Vintage Butterfly Bo...
$**4.**66 $7.99 28 bought
Almost sold out
★★★★½

**ANNIVERSARY** Brass Gear Connection D...
Nearly over$**11.**98
Almost sold out — 60d lowest
★★★★★ 100

**ANNIVERSARY** Steampunk Bee Mechani...
Nearly over$**18.**48 $29.99
Extra $0.14 off coupon
Almost sold out

Local Cool Industrial Metal Tube R...
Nearly over$**29.**57
Extra $2.95 off coupon
Almost sold out

Christmas Crystal Hummingbird Fig...
Nearly over$**6.**36 4 bought
Almost sold out

Local G-Shape Wireless Sound Daz...
Nearly over$**17.**39 5 bought
Almost sold out



BONUS COUPONS ✕



💬 Messages 99+
Feedback

🚚 **Free shipping special for you**
💲 **Price adjustment within 30 days**

https://www.temu.com/elegant-butterfly-hanging-ornament-acrylic-multi-use-decorative-pendant-for-car-christmas-tree-backpack-home-decor-ideal-for-couples-gift-for-special-occasions-g-601099576445055.html

8/10



9/16/24, 3:03 PM

Elegant Butterfly Hanging Ornament Acrylic Multi use - Temu

**Free shipping**
Special for you

**Free returns**
Up to 90 days*

**Get the Temu App**

Best Sellers  5-Star Rated  Anniversary Sale  Local Warehouse  Categories ⌄  christmas clearance  Hello, Mike Kate Orders & Account  Support  EN

ANNIVERSARY Local Magnetic Floating ...
Nearly over **$46.47** ~~$209.58~~
Almost sold out

Local 200 sheets of 50 DIY retro bu...
Nearly over **$9.48** 26 bought
Almost sold out  30d lowest
★★★★★

ANNIVERSARY 1 Pair Fashion Luminous ...
**$2.46** ~~$20.64~~ 9.3K+ bought
Almost sold out
★★★★ 1,185

Local Anti-Gravity Magnetic Levitat...
Nearly over **$39.43** 3 bought
Almost sold out

Steampunk Dragonfly 3D Puzzle – D...
**$27.99** 38 bought
Almost sold out
★★★★★

**View more** ⌄

**Company info**
About Temu
Temu - Team Up, Price Down!
Affiliate & Influencer: Earn Commission
Contact us
Careers
Press
Temu's Tree Planting Program

**Customer service**
Return and refund policy
Intellectual property policy
Shipping info
Your Recalls and Product Safety Alerts
Report suspicious activity

**Help**
Support center & FAQ
Safety center
Temu purchase protection
Sitemap
How to order
How to track
Partner with Temu

**Download the Temu App**
🚚 Track orders any time
⏳ Low stock items alerts
🎟 Coupons & offers alerts

Download on the **App Store**
Get it on **Google Play**

**Connect with Temu**

**Security certification**

BONUS COUPONS

**We accept**

🚚 **Free shipping special for you**      💲 **Price adjustment within 30 days**

Messages

Feedback

https://www.temu.com/elegant-butterfly-hanging-ornament-acrylic-multi-use-decorative-pendant-for-car-christmas-tree-backpack-home-decor-ideal-for-couples-gift-for-special-occasions-g-601099576445055.html

9/10

9/16/24, 3:03 PM                                          Elegant Butterfly Hanging Ornament Acrylic Multi use – Temu









9/16/24, 3:03 PM                                                                                                  Temu



- ○ Klarna  4 interest-free payments of $20.08
- ○ Affirm  4 interest-free payments or as low as $7.44/mo
- ○ Venmo
- ○ Google Pay
- ○ PayPal Pay Later



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay      ✔ Return if item damaged
✔ 15-day no update refund     ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





9/16/24, 3:02 PM  Valentines Day Gift 2d Acrylic Butterfly Pendant Vehicle Mirror Charm Bag Keychain Accessory Fashionable Clothing Ornament | Temu

🚚 **Free shipping** Special for you     💲 **Price adjustment** Within 30 days     📱 **Get the Temu App**

🛍️ TEMU | 🏆 Best Sellers  ▶️ 5-Star Rated  🎀 Anniversary Sale  🏬 Local Warehouse  Categories ⌄ | journaling supplies 🔍 | 👤 Hello, Mike Kate / Orders & Account  ❓ Support  🇺🇸 EN ⌄  🛒



Steampunk Mechanical J...
`ANNIVERSARY` **$14.86** ~~$26.99~~ 18 bought
Only 1 Left
★★★★★

`ANNIVERSARY` `Local` 1pc Levitating Mo...
Nearly over **$57.48**
Only 2 left  60d lowest
★★★★★

1pc Of 2 Rolls Of Three-dimensiona...
**$3.22** 123 bought
Almost sold out
★★★★★

`ANNIVERSARY` `Local` Colorful moon lam...
Nearly over **$9.91** ~~$32.97~~
Only 4 left  just bought

Metal Steampunk Vintage Fashion ...
Nearly over **$5.27**
Almost sold out
★★★★✬ 2,094

50pcs Resin 3D Butterfly ...
`ANNIVERSARY` Nearly over **$2.44**
Almost sold out
★★★★✬ 267
Direct from PIPIDREAM

Steampunk Mechanical Mosquito M...
30d lowest **$16.97**
Almost sold out
★★★★★

`ANNIVERSARY` `Local` Magnetic Levitatio...
Nearly over **$45.70** 1 bought
Only 4 left  30d lowest
★★★★★

Exquisite Green Butterfly Design Da...
Nearly over **$1.34**
Almost sold out
★★★★★

Kouzone Sunrise Wake Up Light Ala...
Last day **$10.31**
Almost sold out
★★★★★
Direct from Kouzone



BONUS COUPONS ⊗

💬 Messages 99+
📝 Feedback

🚚 **Free shipping special for you**     💲 **Price adjustment within 30 days**





9/16/24, 3:02 PM    Valentines Day Gift 2d Acrylic Butterfly Pendant Vehicle Mirror Charm Bag Keychain Accessory Fashionable Clothing Ornament | Temu







9/16/24, 3:02 PM Valentines Day Gift 2d Acrylic Butterfly Pendant Vehicle Mirror Charm Bag Keychain Accessory Fashionable Clothing Ornament | Temu



View more

## Company info

About Temu

Temu - Team Up, Price Down!

Affiliate & Influencer: Earn Commission

Contact us

Careers

Press

Temu's Tree Planting Program

**Security certification**

## Customer service

Return and refund policy

Intellectual property policy

Shipping info

Your Recalls and Product Safety Alerts

Report suspicious activity

**We accept**

## Help

Support center & FAQ

Safety center

Temu purchase protection

Sitemap

How to order

How to track

Partner with Temu

## Download the Temu App

Track orders any time

Low stock items alerts

Coupons & offers alerts

Download on the **App Store**

Get it on **Google Play**

## Connect with Temu

© 2024 WhaleCo Inc.    Terms of use    Privacy policy    Your privacy choices    Ad Choices



BONUS COUPONS





9/16/24, 3:02 PM                                                                                      Temu



○ Klarna ⓘ  4 interest-free payments of $6.13

○ Venmo

○ Google Pay

○ Affirm ⓘ
   $35 product minimum applies

○ PayPal Pay Later
   $30 product minimum applies



### Secure privacy

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

### Delivery guarantee

✓ $5.00 Credit for delay       ✓ Return if item damaged
✓ 15-day no update refund      ✓ 30-day delivery refund

Learn more ›

### Temu purchase protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



9/16/24, 2:57 PM
Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄

car mirror hanging accessories

Hello, Mike Kate
Orders & Account

Support | EN





BONUS COUPONS

99+
Messages

Feedback

Free shipping special for you        Price adjustment within 30 days

9/16/24, 2:57 PM                                    Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

Free shipping        Delivery guarantee        Get the Temu App
Special for you      Refund for any issues

Best Sellers  5-Star Rated  Anniversary Sale  Local Warehouse  Categories       car mirror hanging accessories       Hello, Mike Kate    Support   EN
                                                                                                                  Orders & Account



Free shipping special for you        Price adjustment within 30 days

9/16/24, 2:57 PM

Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

🚚 **Free shipping**
Special for you

✅ **Delivery guarantee**
Refund for any issues

📱 **Get the Temu App**

TEMU | 🛍 Best Sellers | 🌟 5-Star Rated | 🏷 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | car mirror hanging accessories 🔍 | Hello, Mike Kate Orders & Account | 🎧 Support | 🇺🇸 EN | 🛒



**HCNT Moon Lamp...**
$50.83 ~~$162.99~~ 3 bought
Extra $2.11 off coupon
Almost sold out
★★★★★

**Steampunk Mechanical J...**
$14.86 ~~$26.99~~ 18 bought
Only 1 Left

**Piececool 3D Puzzles For ...**
$8.48 ~~$47.02~~
Only 3 left   Lowest ever
★★★★½
Direct from Piececool

**20pcs Pink Crystal Butterf...**
Lowest ever $2.24 ~~$9.49~~
Almost sold out

**HD LIVING Crystal Hum...**
Nearly over $6.97
Only 6 left

**1pc, Creative Car Pendan...**
60d lowest $2.96 ~~$16.99~~
Almost sold out
★★★★★

**Steampunk Dragonfly 3D Puzzle - D...**
$27.99 38 bought
Almost sold out
★★★★★

**Wireless Sunrise Alarm S...**
Last day $12.47
just bought
★★★★½ 163
Direct from Kouzone

**3D Butterfly Stickers Set, ...**
Last day $3.99 ~~$13.09~~
Only 7 left

**Metal Steampunk Vintage Fashion ...**
Nearly over $5.27
Almost sold out
★★★★½ 2,094



BONUS COUPONS ⊗



💬 Messages 99+
✓ Feedback

🚚 **Free shipping special for you**     💲 **Price adjustment within 30 days**

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1

4/10

9/16/24, 2:57 PM                                     Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄ | car mirror hanging accessories 🔍 | Hello, Mike Kate / Orders & Account | Support | EN | 🛒



**ANNIVERSARY** Steampunk Bumblebee ...
$20.47 $52.99 4 bought
Extra $0.70 off coupon
Only 4 left

**HOT** 40pcs Crystal Laser Butte...
Nearly over $2.98 $9.99
Only 1 Left
★★★★★ 1

**ANNIVERSARY** Steampunk Grasshopper ...
Nearly over $20.48
Almost sold out

Wireless BT Speakers With Wireless ...
Last day $11.97
Best Seller in Audio & Radio: USB
★★★★½ 6,571
Direct from Kouzone

**ANNIVERSARY** 1pc, Car Interior Decorati...
Nearly over $1.18 $5.59
Only 4 left
★☆☆☆☆

**ANNIVERSARY** Magnetic Levitating Mini ...
Nearly over $61.19
Only 5 left 60d lowest
★★★★½

**ANNIVERSARY** 4pcs Vintage Butterfly Bo...
$4.66 $7.99 28 bought
Almost sold out
★★★★★

**ANNIVERSARY** 80 PCS PET Ice Crystal La...
Nearly over $3.56 $39.30
Almost sold out

**ANNIVERSARY** Elegant Butterfly Hairpin: ...
Nearly over $1.97
Almost sold out
★★★★½

**ANNIVERSARY** Mechanical Dragonfly Ste...
Last day $16.88 $19.88
Extra $0.70 off coupon
Only 5 left

BONUS COUPONS

Messages 99+

Feedback



Free shipping special for you

Price adjustment within 30 days

9/16/24, 2:57 PM                    Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu



Kouzone Sunrise Wake Up Light Ala...
**Last day** **$10.**31
Almost sold out
★★★★★
**Direct from Kouzone**

**$68.**61 $75.00 In 4 carts
Almost sold out
**Direct from GDRASUYA10**
*Floating Flowers L...*

120pcs Vintage Garden Floral Sticke...
**$6.**29 275 bought
Almost sold out
★★★★★

*Steampunk Mechanical A...*
Nearly over**$23.**48
Only 8 left
★★★★★

*Floating Light Bulb...*
Nearly over**$47.**48
Only 6 left
★★★½☆

2D acrylic
Pink Butterfly Keychain, 2D Acrylic R...
Nearly over**$1.**22 4 bought
Almost sold out

*Colorful moon lam...*
Nearly over**$9.**91 $32.97
Only 4 left    just bought

*1pc/20pcs pink crystal bu...*
Nearly over**$4.**28 $13.10
Only 3 left

Cyberpunk Mantis Mechanical Scul...
**$20.**24 6 bought
Extra $0.42 off coupon
Only 1 left

*5pcs Steampunk I...*
Nearly over**$32.**45 3 bought



🚚 Free shipping special for you    💲 Price adjustment within 30 days

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1                    6/10

9/16/24, 2:57 PM

Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

**Free shipping**
Special for you

**Delivery guarantee**
Refund for any issues

**Get the Temu App**

Best Sellers · 5-Star Rated · Anniversary Sale · Local Warehouse · Categories ⌄

car mirror hanging accessories

Hello, Mike Kate
Orders & Account

Support · EN



A Smart Lamp With A Wireless Spea...
Last day $11.97
just bought
★★★★☆ 721
**Direct from Kouzone**

1PC Glam Acrylic Butterfly Pendant ...
Last day $1.43 $12.58
Only 6 left

20-Piece Shimmering Ice ...
Nearly over $3.00 $9.58
Only 9 left

Cyberpunk Mantis Insect ...
$17.99 $20.24 1 bought
Extra $0.42 off coupon
Only 9 left

3D Printed Magnetic Levitati...
$67.49 $216.99 6 bought
Almost sold out
★★★★★

1pc Acrylic Unique Pink Butterfly Ch...
Nearly over $0.74 $11.49
Almost sold out  Lowest ever
★★★★★

Peacock Washi Tape Set, 4 Rolls, Go...
Last day $8.22 83 bought
Almost sold out
★★★★★

Cast Iron Tabletop Wine ...
Last day $11.37 $55.64
Only 4 left

1pc Magnetic Suspensio...
Last day $51.42
Almost sold out 30d lowest
★★★★★ 123

DIY Handmade 3D Wood...
Last day $38.97
Almost sold out
★★★★☆ 183



BONUS COUPONS

Messages 99+

Feedback

**Free shipping special for you**

**Price adjustment within 30 days**

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1

7/10

9/16/24, 2:57 PM                                        Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄ | car mirror hanging accessories 🔍 | Hello, Mike Kate / Orders & Account | Support | 🇺🇸 EN | 🛒



**ANNIVERSARY** Steampunk Mechanical I...
**$17.78** ~~$53.00~~ 4 bought
Almost sold out

**ANNIVERSARY** 3/5/7pcs PP Magnetic Ca...
**$1.47** ~~$12.99~~ 15K+ bought
just rated 5 stars
★★★★★ 642

**Local** Concealed Carry Gun Pouch, ...
**$25.99** ~~$32.99~~ 598 bought
Almost sold out  just bought
★★★★★

**ANNIVERSARY** 3D Metal Model Kits, Min...
Nearly over **$8.98** ~~$47.02~~
Only 6 left
★★★★★
Direct from Piececool

**ANNIVERSARY Local** 1pc Levitating Mo...
Nearly over **$57**.48
Only 2 left  60d lowest
★★★★★

**ANNIVERSARY** Sparkling 3D Butterfly Sti...
**$6.29** ~~$14.99~~ 2 bought
Only 8 left

**Local** New wireless sunrise alarm s...
Nearly over **$13**.05
Extra $0.14 off coupon
Almost sold out
★★★★½ 149
Direct from TONGRUI

**ANNIVERSARY** 100pcs Sparkling Hologr...
Nearly over **$2**.50
Almost sold out
★★★★★

**ANNIVERSARY Local** 3D Metal Puzzles F...
Last day **$59**.81 15 bought
Almost sold out  30d lowest
★★★★★

**ANNIVERSARY** Crystal Snowflake Car Ke...
Last day **$3**.91 ~~$24.49~~
Only 2 left
★★★★★


BONUS COUPONS

Free shipping special for you

Price adjustment within 30 days

Messages 99+
Feedback

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1                8/10



9/16/24, 2:57 PM

Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu







https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1

10/10



9/16/24, 2:58 PM                                                                                     Temu



○  **G Pay**  Google Pay

○  afterpay  Afterpay ?
              $20 product minimum applies

○  Klarna.  Klarna ?
              $20 product minimum applies

○  affirm  Affirm ?
              $35 product minimum applies

○  P PayPal  PayPal Pay Later
              $30 product minimum applies

🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ⟩

**Delivery guarantee**

✓ $5.00 Credit for delay      ✓ Return if item damaged
✓ 15-day no update refund     ✓ 30-day no delivery refund

Learn more ⟩

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ⟩





















○ PayPal

○ Cash App Pay ⊙

○ Venmo

○ Google Pay

○ Afterpay ⊙
$20 product minimum applies

○ Klarna. ⊙
$20 product minimum applies

○ Affirm ⊙
$35 product minimum applies

○ PayPal Pay Later
$30 product minimum applies

information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

🛍 Temu purchase protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



















9/16/24, 2:50 PM                              Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu

**Free shipping**
Special for you

**Free returns**
Up to 90 days*

**Get the Temu App**

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄ | stickers for journaling 🔍 | Hello, Mike Kate / Orders & Account | Support | 🇺🇸 EN | 🛒



**Liu and Binbin**

212 Followers | 32K+ Bought | 4.7 ★

[ Follow ]   [ Shop all items (193) ]

**Details**                          ♡ Save | Report this item ›

Material: Acrylic

Item ID: LD129865  ( Copy )

Store Information ›



BONUS COUPONS

🚚 **Free shipping special for you**    💲 **Price adjustment within 30 days**

Messages

Feedback

https://www.temu.com/2-pack-acrylic-butterfly-pendants-versatile-car-decor-keychain-bag-charms-butterfly-car-accessories-butterfly-decor-for-car-g-601099577598714.html?ls_back=1

9/16/24, 2:50 PM                                      Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers    5-Star Rated    Anniversary Sale    Local Warehouse    Categories

stickers for journaling

Hello, Mike Kate
Orders & Account    Support    EN



BONUS COUPONS



Free shipping special for you          Price adjustment within 30 days

Messages
Feedback

9/16/24, 2:50 PM                                    Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu



9/16/24, 2:50 PM                                  Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu

🚚 **Free shipping**          📦 **Free returns**          📱 **Get the Temu App**
Special for you               Up to 90 days*

TEMU    🛒 Best Sellers   🎬 5-Star Rated   🛍 Anniversary Sale   📦 Local Warehouse   Categories ▾    🔍 stickers for journaling   🔍    Hello, Mike Kate   ⊙ Support   🇺🇸 EN   🛒
                                                                                                        Orders & Account



| | | | | |
|---|---|---|---|---|
| Local New wireless sunrise alarm s... | 3D Metal Dragonfly Puzzle Model K... | ANNIVERSARY Cool Metal 3D Puzzles Fo... | ANNIVERSARY Chic Green Butterfly Acry... | ANNIVERSARY Local New Style Minimal... |
| Nearly over **$13.**05 | Last day **$22.**53 ~~$39.99~~ | Nearly over **$8.**98 ~~$66.99~~ | Last day **$0.**90 ~~$2.31~~ In 1 carts | Nearly over **$181.**48 |
| Extra $0.14 off coupon | Almost sold out | Only 8 left  90d lowest | Almost sold out | Almost sold out |
| Almost sold out | ★★★★★ | ★★★★★ | | |
| ★★★★ 1: 149 | | Direct from Piececool | | |
| Direct from TONGRUI | | | | |

| | | | | |
|---|---|---|---|---|
| ANNIVERSARY Local 180 Sheets (6 Pack... | Boho Chic Butterfly Wall Hanging - ... | Steampunk Bumblebee Metal Puzzl... | Butterfly Washi Tape Stickers - 6 Rol... | ANNIVERSARY Local HCNT Moon Lamp... |
| Nearly over **$13.**98 ~~$17.99~~ | **$5.**7s 19 bought | **$18.**19 ~~$52.99~~ 218 bought | 30d lowest **$9.**44 2 bought | **$50.**83 ~~$162.99~~ 3 bought |
| Almost sold out | Only 1 Left | Almost sold out | Only 5 left | Extra $2.11 off coupon |
| | ★★★★★ | ★★★★★ | | Almost sold out |
| | | | | ★★★★★ |


BONUS COUPONS

🚚 **Free shipping special for you**          💲 **Price adjustment within 30 days**

Messages  99+
Feedback

9/16/24, 2:50 PM                    Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

TEMU | 🛍 Best Sellers | ⭐ 5-Star Rated | 🎉 Anniversary Sale | 🏬 Local Warehouse | Categories ˅ | 🔍 stickers for journaling 🔍 | Hello, Mike Kate / Orders & Account | ⊙ Support | 🇺🇸 EN | 🛒



**1PC Glam Acrylic Butterfly Pendant ...**
Last day **$1.43** ~~$12.58~~
Only 6 left

**Local** 3D Printed Magnetic Levitati...
**$67.49** ~~$216.99~~ 6 bought
Almost sold out
★★★★★

**ANNIVERSARY** HD LIVING Crystal Hum...
Nearly over **$6.97**
Only 6 left

Steampunk Mechanical Mosquito M...
30d lowest **$16.97**
Almost sold out
★★★★★

**Local** 200 sheets of 50 DIY retro bu...
Nearly over **$9.48** 26 bought
Almost sold out 30d lowest
★★★★★

**Vintage Style Hair Clip With Resin ...**
Nearly over **$3.14** 7 bought
Only 6 left

**ANNIVERSARY** **Local** HCNT Auto-Levita...
Nearly over **$58.04**
Extra $2.11 off coupon
Only 9 left
★★★★★

**ANNIVERSARY** Vibrant 8" x 8" Acrylic Dr...
Last day **$4.30** ~~$6.59~~
Only 3 left
★★★★☆

**ANNIVERSARY** Steampunk-Inspired 3D ...
Nearly over **$21.23** ~~$39.99~~
Extra $0.70 off coupon
Only 9 left

**ANNIVERSARY** Steampunk Mechanical I...
**$17.78** ~~$53.08~~ 4 bought
Almost sold out



**BONUS COUPONS**

🚚 **Free shipping special for you**     💲 **Price adjustment within 30 days**

💬 Messages 99+
✎ Feedback

9/16/24, 2:50 PM        Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu



JELLOO 15w Wireless Speakers With...
Nearly over **$10.30**
Almost sold out
★★★★½ 576
**Direct from JELLOO**

`Local` Concealed Carry Gun Pouch, ...
**$25.99** ~~$32.99~~ 596 bought
Almost sold out   just bought
★★★★½ 1

`ANNIVERSARY` Steampunk Mechanical A...
Nearly over**$23.48**
Only 8 left
★★★★★

Steam Punk Mechanical Insect DIY ...
$21.25 ~~$52.99~~ 2 bought
`Extra $0.14 off coupon`
Only 6 left

Metal Steampunk Vintage Fashion ...
Nearly over**$5.27**
Almost sold out
★★★★½ 2,094

`Local` Steampunk Table Lamp, Crea...
Last day**$69.11** ~~$526.61~~
Almost sold out

`ANNIVERSARY` Wireless Sunrise Alarm S...
Last day **$12.47**
just bought
★★★★½ 163
**Direct from Kouzone**

`ANNIVERSARY` `Local` Rhinoceros Beetle ...
Last day **$45.87** ~~$99.98~~
Only 9 left
★★★★★

4pcs Mini Alloy Knife Gun Keychain ...
Nearly over**$8.06**
Almost sold out
★★★★★

`ANNIVERSARY` `Local` 1pc Levitating Mo...
Nearly over**$57.48**
Only 2 left   60d lowest
★★★★★





Free shipping special for you     Price adjustment within 30 days

9/16/24, 2:50 PM          Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu





9/16/24, 2:50 PM

Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu



Vintage Military Tank Model Made ...
**$8.49** ~~$9.89~~ 11 bought
Only 3 left

ANNIVERSARY Steampunk Mechanical J...
**$14.86** ~~$26.99~~ 18 bought
Only 1 Left

ANNIVERSARY Local Floating Flowers L...
**$68.61** ~~$75.00~~ In 4 carts
Almost sold out
Direct from GDRASUYA10

ANNIVERSARY Local 3-in-1 Wireless Ch...
Nearly over**$13.**73
Almost sold out

ANNIVERSARY 20pcs Pink Crystal Butterf...
Lowest ever**$2.**24 ~~$9.49~~
Almost sold out

ANNIVERSARY 1PC Swallowtail Butterfly ...
Nearly over**$3.**21 ~~$29.99~~
Only 2 left
★★★★★

ANNIVERSARY Local 3D Metal Puzzles F...
Last day **$59.**81 15 bought
Almost sold out   30d lowest
★★★★★

ANNIVERSARY Local 1 Piece 15W Wirel...
Lowest ever**$19.**19
Almost sold out
★★★★★
Direct from VAHLIF

10 Vibration Modes
Portable Mini Bullet Massager - USB...
**$8.**54 ~~$37.99~~
just bought
★★★★☆ 172

Local Cool Industrial Metal Tube R...
Nearly over**$29.**57
Extra $2.95 off coupon
Almost sold out

BONUS COUPONS



https://www.temu.com/2-pack-acrylic-butterfly-pendants-versatile-car-decor-keychain-bag-charms-butterfly-car-accessories-butterfly-decor-for-car-g-601099577598714.html?is_back=1

9/11

9/16/24, 2:50 PM | Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu



9/16/24, 2:50 PM                                    Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu



Partner with Temu

**Security certification**                                    **We accept**

© 2024 WhaleCo Inc.      Terms of use      Privacy policy      Your privacy choices      Ad Choices





9/16/24, 2:51 PM
Temu



9/16/24, 2:51 PM                                                                    Temu



○ G Pay  Google Pay

○ afterpay ?  Afterpay ?
$20 product minimum applies

○ Klarna. ?  Klarna ?
$20 product minimum applies

○ affirm ?  Affirm ?
$35 product minimum applies

○ PayPal  PayPal Pay Later ?
$30 product minimum applies

Secure privacy
Protecting your privacy is important to us! Please be assured
that your information will be kept secured and
uncompromised. We do not sell your personal information
for money and will only use your information in accordance
with our privacy and cookie policy to provide and improve
our services to you.
Learn more ›

Delivery guarantee
✓ $5.00 Credit for delay        ✓ Return if item damaged
✓ 15-day no update refund    ✓ 30-day no delivery refund
Learn more ›

Temu purchase protection
Shop confidently on Temu knowing that if something goes
wrong, we've always got your back.
Learn more ›

**Successfully deleted. The item has been returned to your cart for a later purchase**



9/12/24, 3:08 PM                                   Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers    5-Star Rated    Anniversary Sale    Local Warehouse    Categories ⌄    car hanging accessories    Hello, Mike Kate    Support    EN
Orders & Account



BONUS COUPONS

9/12/24, 3:08 PM                    Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers    5-Star Rated    Anniversary Sale    Local Warehouse    Categories    car hanging accessories    Hello, Mike Kate    Support    EN
                                                                                      Orders & Account



BONUS COUPONS

Messages
Feedback

Free shipping special for you        Price adjustment within 30 days

9/12/24, 3:08 PM                          Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu

🚚 **Free shipping**          📦 **Free returns**                    📱 **Get the Temu App**
Special for you            Up to 90 days*

TEMU  🛍 Best Sellers  📺 5-Star Rated  🎉 Anniversary Sale  🏬 Local Warehouse  Categories ⌄  🔍 car hanging accessories  🔍     Hello, Mike Kate   ⑦ Support  🇺🇸 EN  🛒
                                                                                                Orders & Account



Steampunk Mechanical J...          Local Hot Desk Reading Lamp Livin...   Charming Purple Butterfl...   Kouzone Sunrise Wake Up Light Ala...   1pc 7.87X7.87inch Round Metal Sig...
Nearly over  **$16.56**            **$47.49** In 2 carts                  Last day  **$1.79** $2.50     Last day  **$11.87**                    30d lowest**$4.98** 35 bought
Only 8 left                        Almost sold out                       11:51:42                      Almost sold out                         Almost sold out
                                                                          ★★★★★                         ★★★★★                                   ★★★★★
                                                                                                        Direct from Kouzone

Vintage-Inspired Sticker ...        Steampunk Grasshopper ...             1pc Magnetic Suspensio...     Gothic Butterfly Pendant ...           3D Metal Model Kits, Min...
Last day  **$3.14** $3.59          **$16.39** $24.99 23 bought            Nearly over**$55.88**         Last day  **$1.48** $9.99 5 bought      **$8.98** $47.02 122 bought
Almost sold out                    Only 1 Left                           Almost sold out               Almost sold out                         Only 7 left          05:11:51:42
                                                                          ★★★★★ 123                                                             ★★★★★
                                                                                                                                                Direct from Piececool



🚚 **Free shipping special for you**      💲 **Price adjustment within 30 days**



9/12/24, 3:08 PM                                    Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu

🚚 **Free shipping**        📦 **Free returns**                    📱 **Get the Temu App**
Special for you              Up to 90 days*

TEMU | 🏷️ Best Sellers | ⭐ 5-Star Rated | ✂️ Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 car hanging accessories 🔍 | Hello, Mike Kate Orders & Account | ⌖ Support | 🇺🇸 EN | 🛒



**1pc 3D Carved Bird Cryst...**
$6.98 ~~$39.00~~ 221 bought
Only 8 left ▬▬▬▬ 05:11:51:42
★★★★★

**Steampunk Metal Assem...**
Last day $16.49 ~~$52.86~~
Almost sold out
★★★★★

**Wireless Speaker Rhythm RGB Light...**
$11.88 ~~$62.14~~ 🔥15K+ bought
just bought
★★★★⯪ 2,103
Direct from Kouzone

**Mini Innovative High Quality ...** Local
$45.49 ~~$438.09~~ In 2 carts
Almost sold out

**Elegant Butterfly Hairpin...**
Nearly over $1.97
Almost sold out
★★★★⯪

**Steampunk Mechanical D...**
Last day $17.61 ~~$99.99~~
Almost sold out
★★★★⯪

**2pcs Acrylic Butterfly Han...**
Last day $3.99 ~~$11.49~~
Only 4 left ▬▬▬▬ 11:51:42
★★★★★

**Boho Chic Butterfly Wall Hanging - ...**
Last day $5.75 17 bought
Only 3 left ▬▬▬▬ 11:51:42
★★★★★

**8pcs High Quality Wood...**
$11.47 ~~$38.96~~ 568 bought
Almost sold out
★★★★★ 50

**Steampunk Bumblebee ...**
$20.48 ~~$32.99~~ 4 bought
Only 1 Left

**BONUS COUPONS** ⊗

🚚 **Free shipping special for you**      💲 **Price adjustment within 30 days**

💬 Messages 99+
📋 Feedback

9/12/24, 3:08 PM                               Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu



**Free shipping** Special for you          **Free returns** Up to 90 days*          **Get the Temu App**

TEMU   🏆 Best Sellers   📺 5-Star Rated   🎀 Anniversary Sale   🏬 Local Warehouse   Categories ⌄   | car hanging accessories 🔍 |   Hello, Mike Kate Orders & Account   ⓘ Support   🇺🇸 EN   🛒

HCNT Moon Lamp...
$49.35  $162.99  3 bought
Extra $2.11 off coupon
Almost sold out
★★★★★

24pcs European Lace Da...
$1.79  $2.98  10 bought
Only 2 left
★★★★★

Cyberpunk Mecha...
$19.35  $52.86  4 bought
Almost sold out

Steampunk Spider Watch...
Last day  $16.90  $28.99
Almost sold out
★★★★★

HuiJuKeJi Mini Stic...
Lowest ever $10.75
just bought
★★★★★ 90

Charming Black & White Butterfly S...
Nearly over  $4.85  3 bought
Only 2 left
★★★★☆

20-Piece Shimmering Ice ...
$3.00  $9.98  3 bought
Only 9 left  ▬▬  05:11:51:42

Mechanical Dragonfly Ste...
$16.89  $19.88  3 bought
Only 4 left

Dekala BT Speaker With Colo...
$64.17  3 bought
Almost sold out
★★★★★
Direct from Dekala

3D Crystal Hummingbird ...
Nearly over  $6.47
Almost sold out
★★★★½


BONUS COUPONS  ⊗

💬 99+ Messages
📝 Feedback

**Free shipping special for you**     $ **Price adjustment within 30 days**

9/12/24, 3:08 PM                                    Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu





9/12/24, 3:08 PM

Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu



**Free shipping**
Special for you

**Free returns**
Up to 90 days*

**Get the Temu App**

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄ | car hanging accessories | Hello, Mike Kate / Orders & Account | Support | EN | 🛒

**ANNIVERSARY** **Local** 3 In 1 Wireless Ch...
**$15.02** $45.00 15 bought
Almost sold out

**Local** Chic Pink Butterfly Acrylic...
Nearly over **$1.79**

1pc Colorful Enamel Dragonfly Broo...
30d lowest **$2.56**
Almost sold out
★★★★★ 639

Steampunk Mechanical Spider Mod...
Last day **$23.79** 11 bought
Almost sold out

**ANNIVERSARY** **Local** Mantis Building To...
**$20.19** $55.99 7 bought
Almost sold out
**Direct from Mesiondy**

**ANNIVERSARY** **Local** 1 Piece 15W Wirel...
Lowest ever **$19.19**
Almost sold out
★★★★★
**Direct from VAHLIF**

**Local** Modern Compression Modul...
**$380.99**
Almost sold out
**Direct from CALVES KELSON**

HD Living Art Deco Crystal Ball with...
Last day **$5.43** 11 bought
Only 7 left ━━━━ 11:51:42

**Local** 1/2/3pcs Brazilian lucky trees...
**$12.20** $13.99 🔥560 bought
just bought
★★★★☆

Steampunk Mechanical Insect Mod...
**$21.25** $52.00 1 bought
Extra $0.14 off coupon
Only 3 left


BONUS COUPONS ✕

**Free shipping special for you** | **Price adjustment within 30 days**

Messages 99+
Feedback

https://www.temu.com/butterfly-acrylic-pendant-versatile-2d-charm-for-car-luggage-keychain-accessories-g-601099596598140.html

8/10

9/12/24, 3:08 PM                                              Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu





9/12/24, 3:08 PM                                        Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu








9/12/24, 3:08 PM          Temu

**Free shipping**   Special for you      **Delivery guarantee**   Refund for any issues      **Get the Temu App**

🎁 **$5.00 Credit for delay** ›

Home › Checkout

✓ Free shipping special for you

**Shipping address**        Change address ›

**Mike Kate**   +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (8)**   1 item is almost gone!

Butterfly Acrylic Pendant - Versatile 2D Charm for Car, Luggage & Keychain Accessories
Butterfly / 10pcs          Qty: 8 ▾

Lightning deal | Final hours

Only 8 left

₵ **$11.69**

Standard shipping: FREE, delivery: 4-9 business days ›

**Payment methods**

○ VISA   Visa ...1950          Edit

▫ +   Add a new card

● PayPal PayPal   ● Remember my PayPal

○ $   Cash App Pay

○ afterpay   Afterpay ⓘ   4 interest-free payments of $25.77

**Order summary**

Enter coupon code      Apply

Apply coupon code        ›

Item(s) total:      $93.52

Shipping:      **FREE**
ⓘ Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

Sales tax:      $9.59

Order total:      $**103.**11

**Plant with Temu**

○ We invite you to plant a tree for $0.35 ›

**PayPal**

🌳 **Temu's Tree Planting Program**

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

🌳 TREES FOR THE FUTURE

✓ **Temu protects your card information**

✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
✓ Card information is secure and uncompromised
✓ All data is encrypted
✓ Temu never sells your card information

9/12/24, 3:08 PM                                                                                                      Temu

Klarna ⓘ   4 interest-free payments of $25.77

Affirm ⓘ   4 interest-free payments or as low as $9.55/mo

Venmo

Google Pay

PayPal Pay Later

🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay        ✓ Return if item damaged
✓ 15-day no update refund       ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



9/12/24, 3:02 PM                                    Acrylic Butterfly Keychain Animal Theme Butterfly Style - Temu





https://www.temu.com/acrylic-butterfly-keychain-animal-theme-butterfly-style-subtle-blue-and-white-design-g-601099596622187.html





9/12/24, 3:02 PM                                  Acrylic Butterfly Keychain Animal Theme Butterfly Style - Temu



https://www.temu.com/acrylic-butterfly-keychain-animal-theme-butterfly-style-subtle-blue-and-white-design-g-601099509622187.html                                6/8







9/12/24, 3:02 PM                                                                                Temu



○  G Pay  Google Pay

○  afterpay  Afterpay ?
        $20 product minimum applies

○  Klarna.  Klarna ?
        $20 product minimum applies

○  affirm  Affirm ?
        $35 product minimum applies

○  PayPal  PayPal Pay Later
        $30 product minimum applies

🔒 Secure privacy

Protecting your privacy is important to us! Please be assured
that your information will be kept secured and
uncompromised. We do not sell your personal information
for money and will only use your information in accordance
with our privacy and cookie policy to provide and improve
our services to you.

Learn more ›

Delivery guarantee

✓ $5.00 Credit for delay      ✓ Return if item damaged
✓ 15-day no update refund   ✓ 30-day no delivery refund

Learn more ›

Temu purchase protection

Shop confidently on Temu knowing that if something goes
wrong, we've always got your back.

Learn more ›





Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers    5-Star Rated    Anniversary Sale    Local Warehouse    Categories ⌄    butterfly stickers    Hello, Mike Kate
Orders & Account    Support    EN





BONUS
COUPONS

Messages

Feedback

Free shipping special for you    Price adjustment within 30 days

9/12/24, 2:46 PM                                    Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu



Explore your interests

BONUS COUPONS

Messages    Feedback

9/12/24, 2:46 PM                                   Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu





9/12/24, 2:46 PM                          Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu









9/12/24, 2:46 PM                                                        Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu

🖥 Free shipping
Special for you                                             📦 Free returns
Up to 90 days*                                              📱 Get the Temu App

TEMU | 🛒 Best Sellers | 📺 5-Star Rated | 🦋 Anniversary Sale | 📦 Local Warehouse | Categories ⌄ | 🔍 butterfly stickers 🔍 | Hello, Mike Kate Orders & Account | ❓ Support | 🇺🇸 EN | 🛒



4pcs Mini Alloy Knife Gun Keychain ...
**$8.06** 413 bought
Almost sold out
★★★★★

50pcs Colorful Butterfly Stickers Pac...
**$1.79** 34 bought
Only 1 Left

**ANNIVERSARY** G63 Smart Light Wireless...
**$11.87** $62.14
Almost sold out
★★★★☆ 300
Direct from Kouzone

**Local** Steampunk Table Lamp Tube...
**$30.88** 1 bought
━━━ 05:12:13:06

**ANNIVERSARY** Valoran-Inspired Miniatur...
Last day **$3.59** $3.99
Almost sold out
★★★★★ 60

80-Piece Holographic 3D Butterfly S...
Nearly over **$5.59** In 1 carts
Almost sold out

**ANNIVERSARY** Solid D100 Metal Dice, Si...
**$18.98** $78.26 348 bought
Almost sold out
★★★★★

**Local** Unique Ambient Light ABS D...
**$44.13** In 6 carts
Only 5 left ━━━ 05:12:13:06

**ANNIVERSARY** Adult Toys High Difficulty...
**$12.48** $17.99 458 bought
Almost sold out
★★★★☆ 55

**ANNIVERSARY** Car Keychain High-end C...
**$8.82** $33.99
Almost sold out
★★★★★ 112

BONUS COUPONS



🖥 Free shipping special for you     💲 Price adjustment within 30 days

💬 Messages 99+
✏ Feedback





9/12/24, 2:46 PM                                    Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu









9/12/24, 2:47 PM                                                     Temu



○ Klarna ⓘ  4 interest-free payments of $6.84

○ Venmo

○ Google Pay

○ Affirm ⓘ
  $35 product minimum applies

○ PayPal Pay Later
  $30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay      ✓ Return if item damaged
✓ 15-day no update refund     ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





















9/12/24, 2:34 PM                                    Acrylic Butterfly Car Pendant Dashboard Ornament Chain - Temu

★★★★★

love it, pleased with product, perfect gift, keeper, beautiful piece

This review is for: 2D Flat Acrylic Pink Butterfly Adds A Sense Of Agility To Your Car    ›

Ho***42   in   on Feb 11, 2024

★★★★★

love it, perfect gift, keeper

This review is for: 2D Flat Acrylic Pink Butterfly Adds A Sense Of Agility To Your Car    ›

See all reviews

**ciocoin**

7 Followers  |  132 Bought  |  5 ★

Follow          Shop all items (16)

**Details**

Material: Acrylic

Item ID: VC185996   Copy

Store Information  ›

♡ Save  |  Report this item ›

**Explore your interests**

BONUS COUPONS

Messages

Feedback

9/12/24, 2:34 PM
Acrylic Butterfly Car Pendant Dashboard Ornament Chain - Temu



Local 1pc Levitating Moon Table La...
60d lowest $57.49
Almost sold out
★★★★★

Pink Crystal 3D Butterfly Stickers - 1...
$1.81 29 bought
Only 6 left

Local Crow Lamp Raven Light, Rav...
$15.99 $79.43 677 bought
Almost sold out
★ ★★★★ 94

ANNIVERSARY 20pcs Holographic Butter...
60d lowest $2.54 $9.58
Extra $0.14 off coupon
Almost sold out
★★★★★

Local USB C Fast Charger Block Du...
$7.99 58 bought
Almost sold out
★★★★★

40pcs
ANNIVERSARY 40-Pack Glossy Crystal Bu...
Nearly over $4.85 $8.49
Only 9 left      01:12:25:24

Local Suspended Light Bulb Lamp, ...
$55.93
Almost sold out

5 Pieces Cool Industrial Stea...
$36.48 In 11 carts
05:12:25:24

ANNIVERSARY Local 5 Pack 5" High Wa...
Lowest ever $14.15
Almost sold out
★★★★★ 643

ANNIVERSARY Hollow Lace Butterfly Stic...
Nearly over $1.99
Only 8 left
★★★★★



BONUS COUPONS









9/12/24, 2:34 PM
Acrylic Butterfly Car Pendant Dashboard Ornament Chain - Temu









9/12/24, 2:35 PM                                                                                                          Temu





**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay        ✔ Return if item damaged
✔ 15-day no update refund    ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›













9/12/24, 2:33 PM                                                    Acrylic Butterfly Car Hanging Ornament Rearview Mirror - Temu



9/12/24, 2:33 PM        Acrylic Butterfly Car Hanging Ornament Rearview Mirror - Temu

9/12/24, 2:33 PM

Acrylic Butterfly Car Hanging Ornament Rearview Mirror - Temu



Press

How to track

Temu's Tree Planting Program

Partner with Temu

**Security certification**

**We accept**

© 2024 WhaleCo Inc.    Terms of use    Privacy policy    Your privacy choices    Ad Choices







9/12/24, 2:33 PM                                                                Temu

○  Google Pay

○ Afterpay ⑦
$20 product minimum applies

○ Klarna. ⑦
$20 product minimum applies

○ Affirm ⑦
$35 product minimum applies

○ PayPal Pay Later
$30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured
that your information will be kept secured and
uncompromised. We do not sell your personal information
for money and will only use your information in accordance
with our privacy and cookie policy to provide and improve
our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay        ✔ Return if item damaged
✔ 15-day no update refund       ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes
wrong, we've always got your back.

Learn more ›





9/12/24, 2:31 PM

Acrylic Butterfly Hanging Ornament Set 2d Decorative Pendant - Temu

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU · Best Sellers · 5-Star Rated · Anniversary Sale · Local Warehouse · Categories

butterfly keychain

Hello, Mike Kate
Orders & Account · Support · EN



BONUS COUPONS



99+ Messages

Feedback

Free shipping special for you    Price adjustment within 30 days

https://www.temu.com/acrylic-butterfly-hanging-ornament-set-2d-decorative-pendant-for-bags-luggage-tags-and-keychains-accessory-pack-g-601099601352266.html

3/10

Acrylic Butterfly Hanging Ornament Set 2d Decorate Pendant - Temu







9/12/24, 2:31 PM                    Acrylic Butterfly Hanging Ornament Set 2d Decorate Pendant - Temu





9/12/24, 2:31 PM
Acrylic Butterfly Hanging Ornament Set 2d Decorative Pendant - Temu



9/12/24, 2:31 PM                                    Acrylic Butterfly Hanging Ornament Set 2d Decorative Pendant - Temu









9/12/24, 2:32 PM                                                                                          Temu



○ G Pay  Google Pay

○  afterpay  Afterpay ?
       $20 product minimum applies

○  Klarna.  Klarna ?
       $20 product minimum applies

○  affirm)  Affirm ?
       $35 product minimum applies

○  PayPal  PayPal Pay Later ?
       $30 product minimum applies



### Secure privacy

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

### Delivery guarantee

✔ $5.00 Credit for delay    ✔ Return if item damaged
✔ 15-day no update refund   ✔ 30-day no delivery refund

Learn more ›

### Temu purchase protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›







🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

🛒 Best Sellers    🏆 5-Star Rated    🎁 Anniversary Sale    🏬 Local Warehouse    Categories ⌄    🔍 blue butterfly    👤 Hello, Mike Kate — Orders & Account    ⦿ Support    🇺🇸 EN    🛒

Local Anti-Gravity Magnetic Levitat...
**$39.86** 2 bought
Almost sold out

ANNIVERSARY 2pcs Acrylic Butterfly Pen...
30d lowest **$3.39**
Only 3 left
★★★★½

ANNIVERSARY Local 1Pc Electric Neck B...
**$12.98** $43.61 11 bought
05:12:52:17

ANNIVERSARY Solid High Waist Tummy ...
**$8.48** $55.00 30 bought
Almost sold out
★★★★★

ANNIVERSARY 2pcs Acrylic Butterfly Cha...
Nearly over **$1.19**
Almost sold out
★★★★★

ANNIVERSARY 1 pc Pink Butterfly Hangi...
**$1.81** $9.99 55 bought
Almost sold out
★★★★★

ANNIVERSARY Levitating LED Desk Lam...
**$53.97** $149.00
Only 7 left
★★★★★ 221

ANNIVERSARY Local 2PCs Weekly Pill B...
**$5.32** $10.99 95 bought
05:12:52:17
★★★★½

ANNIVERSARY Local 1PC Mini Pocket K...
**$12.48** 121 bought
05:12:52:17
★★★★★

ANNIVERSARY 1pc Multifunctional USB ...
60d lowest **$8.97**
Only 2 left
★★★★★

**BONUS COUPONS**

🚚 **Free shipping special for you**    💲 **Price adjustment within 30 days**

💬 Messages (99+)

📝 Feedback



9/12/24, 2:07 PM                Unique Acrylic Butterfly Rose Charm Versatile 2d Charm Car - Temu



9/12/24, 2:07 PM                                    Unique Acrylic Butterfly Rose Charm Versatile 2d Charm Car - Temu





9/12/24, 2:07 PM                                    Unique Acrylic Butterfly Rose Charm Versatile 2d Charm Car - Temu









9/12/24, 2:09 PM                                                                                    Temu



○ ◉ Google Pay

○ afterpay Afterpay ?
       $20 product minimum applies

○ Klarna. Klarna ?
       $20 product minimum applies

○ affirm) Affirm ?
       $35 product minimum applies

○ PayPal PayPal Pay Later ?
       $30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay    ✔ Return if item damaged
✔ 15-day no update refund   ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





9/12/24, 2:04 PM

Acrylic Unique Christmas Tree Decoration - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers · 5-Star Rated · Anniversary Sale · Local Warehouse · Categories

butterfly stickers

Hello, Mike Kate
Orders & Account

Support · EN





BONUS COUPONS

Messages

Feedback

Free shipping special for you

Price adjustment within 30 days

9/12/24, 2:04 PM                                        Acrylic Unique Christmas Tree Decoration - Temu



Explore your interests

9/12/24, 2:04 PM                    Acrylic Unique Christmas Tree Decoration - Temu



9/12/24, 2:04 PM                                                    Acrylic Unique Christmas Tree Decoration - Temu



9/12/24, 2:04 PM                                  Acrylic Unique Christmas Tree Decoration - Temu



🚚 **Free shipping**              📦 **Free returns**                           📱 **Get the Temu App**
Special for you                      Up to 90 days*

TEMU    🏆 Best Sellers   ▶ 5-Star Rated   🎉 Anniversary Sale   🏠 Local Warehouse   Categories ⌄   🔍 butterfly stickers   🔍   Hello, Mike Kate   ⑦ Support   🇺🇸 EN   🛒
                                                                                                        Orders & Account

ANNIVERSARY Stay Healthy And Organi...   Gaiatop Portable Handheld Fan, Fol...   Local Mini Innovative High Quality ...   ANNIVERSARY Local 1pc Magnetic Met...   ANNIVERSARY Moon Earth Sun, Three B...
$13.27 $43.38                            $8.49 $38.88 🔥7.3K+ bought           Nearly over $55.24 $79.20              Last day $59.84 77 bought              $4.98 $20.99 2.7K+ bought
Almost sold out                         Almost sold out                        Almost sold out                       Only 9 left ▬▬ 12:55:27                Almost sold out
★★★★★ 291                                ★★★★★ 482                                                                     ★★★★★                                 ★★★★★ 127
                                        Direct from GAIATOP

Local 1pc Levitating Moon Table La...    Local Mini fascia gun rechargeable...   ANNIVERSARY Local Binocular Opera Gl...   ANNIVERSARY 1pc Crystal Ball With Met...   ANNIVERSARY Local Hot Selling Whole...
60d lowest $57.49                        Last day $19.47 $79.84                 $9.88 $58.56 8 bought                 $6.58 $29.18 68 bought                $48.33 $456.54 1 bought
Almost sold out                         Only 8 left ▬▬ 12:55:27                Almost sold out                       Almost sold out                       Almost sold out
★★★★★                                    ★★★★★                                  ★★★★★                                 ★★★★★


BONUS COUPONS                                                                                                                                    💬 Messages 99+
                                                                                                                                                 ✏ Feedback

🚚 **Free shipping special for you**        $ **Price adjustment within 30 days**

https://www.temu.com/1pc-acrylic-unique-butterfly-christmas-tree-decoration-pendant-backpack-car-pendant-halloween-home-decoration-g-601099558765362.html                    7/10

9/12/24, 2:04 PM                                    Acrylic Unique Christmas Tree Decoration - Temu





9/12/24, 2:04 PM                                    Acrylic Unique Christmas Tree Decoration - Temu







https://www.temu.com/1pc-acrylic-unique-butterfly-christmas-tree-decoration-pendant-backpack-car-pendant-halloween-home-decoration-g-601099558765362.html                    10/10



9/12/24, 2:05 PM                                                                 Temu



○ Klarna ⓘ  4 interest-free payments of $6.12

○ Venmo

○ Google Pay

○ Affirm ⓘ
$35 product minimum applies

○ PayPal Pay Later
$30 product minimum applies



🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to continue and improve our services to you.

Learn more ›

🛡 **Delivery guarantee**

✓ $5.00 Credit for delay    ✓ Return if item damaged
✓ 15-day no update refund   ✓ 30-day no delivery refund

Learn more ›

🛡 **Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



Free shipping
On items shipped from Temu

Free returns
Up to 90 days*

Price adjustment

Get the Temu App

butterfly jewelry

Best Sellers | 5-Star Rated | Early Black Friday | Local Warehouse | Categories

Orders & Account | Support | EN

25 Followers  ·  1.2K+ Sold  ·  4.7 ★

Festival Gifts

⊙ Contact provider | ⊡ Follow | All items (61)

High repeat customers provider

**Details**                                   ♡ Save | **Report this item** ›

Occasion: Wedding,Generaling Fit,Other,tailgating

Holidays: Christmas,Halloween,Thanksgiving

Theme: Other Topics

See more ⌄

⊞ Learn about dimensions ›



BONUS COUPONS

Free shipping
On items shipped from Temu

Free returns
Up to 90 days*

Price adjustment

Get the Temu App

Best Sellers    5-Star Rated    Early Black Friday    Local Warehouse    Categories    butterfly jewelry    Orders & Account    Support    EN




BONUS COUPONS













Free shipping
On items shipped from Temu

Free returns
Up to 90 days*

Price adjustment

Get the Temu App

Best Sellers  5-Star Rated  Early Black Friday  Local Warehouse  Categories ∨

butterfly jewelry

Orders & Account  Support  EN

Security certification

We accept

© 2024 WhaleCo Inc.    Terms of use    Privacy policy    Your privacy choices    Ad Choices



BONUS COUPONS







* Card number

VISA  4041 1789 5899 9192

* Expiration date
12        2028

* CVV
591

✓ Remember this card for future use, Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data.

* Billing address                                                                 Edit
steven howard, 1 N La Salle St, CHICAGO, IL 60602-3902, United States

○  PayPal

○  Cash App Pay ⓘ

○  Venmo

○  Google Pay

○  Afterpay ⓘ
   $20 product minimum applies

○  Klarna ⓘ
   $20 product minimum applies

○  Affirm ⓘ
   $35 product minimum applies

○  PayPal Pay Later
   $30 product minimum applies

information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.
Learn more ›

Temu purchase protection
Shop confidently on Temu knowing that if something goes wrong, we've always got your back.
Learn more ›

FREE STANDARD SHIPPING ON ORDERS OF $29+ | FREE RETURNS *CONDITIONS APPLY | PRICE ADJUSTMENT WITHIN 30 DAYS

SHEIN

Search

Categories | New In | Sale | Women Clothing | Beachwear | Kids | Curve | Men Clothing | Shoes | Underwear & Sleepwear | Home & Kitchen | Jewelry & Accessories | Beauty & Health | Baby & Matern

Home / Home & Living / Home Decor / Wind Chimes & Hanging Decorations / Decorative Hanging Ornaments / 2pcs Acrylic Unique Butterfly Car Pendant, Hanging Ornament, Backpack Pendant, Couple Gift Keychain



2pcs Acrylic Unique Butterfly Car Pendant, Hanging Ornament, Backpack Pendant, Couple Gift Keychain

SKU: sh2405315245589478

**$1.90**

50% OFF For orders $9.90+ | 40% OFF For orders $49.00+ | 20% OFF For orders $169.00+ ›

**Size**

2pcs

Qty:  −  1  +

SOLD OUT

♡

Do you like this product?
Show Similar

Description +

About Store −

YWheyi  3P Seller
4.85 Rating    71 Items    347 Followers

All Items          + Follow





1pc ID Initial Letter Charm, Crea...

400+ sold recently

$0.72 -20%

1pc Wooden Lotus Hollow Stora...

200+ sold recently

$5.30 -4%

Crystal Sun Catcher Pendant La...

500+ sold recently

$2.50

1pc Woven Leaf Design Wall Ha...

#3 Best Sellers in Decorative Ha...

$7.40 -3%

1pc Dripping Sun Catcher | Rain...

100+ sold recently

$1.90 -5%

View More



FREE STANDARD SHIPPING
ON ORDERS OF $29+

FREE RETURNS
*CONDITIONS APPLY

PRICE ADJUSTMENT
WITHIN 30 DAYS

**SHEIN**

Search

Categories ∨   New In   Sale   Women Clothing   Beachwear   Kids   Curve   Men Clothing   Shoes   Underwear & Sleepwear   Home & Kitchen   Jewelry & Accessories   Beauty & Health   Baby & Matern

Sustainability
Fashion Blogger
Supply Chain
Careers
Student Discount
#SHEIN101

Returns
Refund
How To Order
How To Track
Size Guide
SHEIN VIP
Sell On Shein

Payment & Tax
Bonus Point

SIGN UP FOR SHEIN STYLE NEWS

Your Email Address          Subscribe

US + 1 ∨   WhatsApp Account          Subscribe

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Policy. If you want to unsubscribe the marketing email, please proceed to our privacy center.

WE ACCEPT

©2009-2024 SHEIN All Rights Reserved

Privacy Center  |  Privacy & Cookie Policy  |  Do Not Sell My Personal Information  |
Terms & Conditions  |  Marketplace IP Rules  |  IP Notice  |  Accessibility  |  Imprint  |
Ad Choice  |  United States

FREE STANDARD SHIPPING ON ORDERS OF $29+ | FREE RETURNS *CONDITIONS APPLY | PRICE ADJUSTMENT WITHIN 30 DAYS

# SHEIN

Search

Categories ⌄   New In   Sale   Women Clothing   Beachwear   Kids   Curve   Men Clothing   Shoes   Underwear & Sleepwear   Home & Kitchen   Jewelry & Accessories   Beauty & Health   Baby & Matern

Home / Home & Living / Home Decor / Wind Chimes & Hanging Decorations / Decorative Hanging Ornaments / 1pc Plane Pendants Butterfly Car Decoration Plane Pendants Hanging Luggage Keychain Bag Accessories



1pc Plane Pendants Butterfly Car Decoration Plane Pendants Hanging Luggage Keychain Bag Accessories

SKU: sh2405150690352529

**$1.40**

| 50% OFF For orders $9.90+ | 40% OFF For orders $49.00+ | 20% OFF For orders $169.00+ | › |

Show similar in-stock items in 'one-size'    View All ›

Qty:   −   1   +

**SOLD OUT**

Description   +

About Store   −

SHEIN HOME   3P Seller
4.80 Rating   12 Items   68 Followers

All Items   + Follow

## Customers Also Viewed





FREE STANDARD SHIPPING ON ORDERS OF $29+ | FREE RETURNS *CONDITIONS APPLY | PRICE ADJUSTMENT WITHIN 30 DAYS

SHEIN

Search

1

0

Categories | New In | Sale | Women Clothing | Beachwear | Kids | Curve | Men Clothing | Shoes | Underwear & Sleepwear | Home & Kitchen | Jewelry & Accessories | Beauty & Health | Baby & Matern

1Pc Chakra Window Crystal Su...
300+ sold recently
$4.80  -2%

NEW 1 Piece, Halloween Happy...
$15.20  -28%
QuickShip  Free Shipping

1Pc Lotus Window Crystal Sunc...
100+ sold recently
$2.10

1pc Amber Dragonfly, 2D Acrylic...
500+ sold recently
$1.40

1pc Woven Tassel Wall Hanging...
100+ sold recently
$1.29  -24%

View More







## Products related to this item

Sponsored ⓘ










| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Butterfly Car Mirror Hanging Accessories, Cute Car Accessories for Women, Butterfl... | GLEAVI Butterfly Car Accessories: Bling Butterfly Car Interior Pendant Car Rear Vie... | Crystal Flower Car Rear View Mirror Accessories Sun Catcher Car Accessories Hanging... | Acrylic Butterfly Ornaments Butterflies Shape Hanging Tree Ornament for Spring ... | SOLUSTRE Butterfly Car Hanging Ornament - Rhinestones Butterfly Car Charms Pendant ... | Common Jezebel butterfly Ornament Car Rear View Mirror Accessories Christmas... | Common Jezebel butterfly Ornament Car Rear View Mirror Accessories Christmas... | Multi-Colored Waving Butter... Ornament for Console and A |
| $9⁹⁹ | $6⁹⁹ | ★★★★★ 1 | $8⁹⁹ | ★★★★★ 1 | $14⁹⁹ | $14⁹⁹ | ★★★½ 7 |
| ✓prime | ✓prime | $9⁹⁹ | | $14¹⁹ | | | $14⁸⁷ |
| | | ✓prime | | ✓prime | | | ✓prime |

Subtotal
$0.00

---

**Product information**

| Manufacturer | Kimvino |
|---|---|
| ASIN | B0D49FWPQL |
| Country of Origin | China |
| Item model number | HDCG240516 |
| Date First Available | May 16, 2024 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

---

**Videos**

Help others learn more about this product by uploading a video!

Upload your video

---

**Product Description**

【Car Decorations Design】

The rearview mirror accessory is made of acrylic material, and the butterfly shape swings with the driving car, like a butterfly flying inside the car.

【Easy Installation】

You receive Rear View Mirror Accessories as a finished product, just hang the Rear View Mirror Accessories directly anywhere you need to decorate, such as car mirrors, walls, bedside, handbags, duffel bags, etc. Rear View Mirror Accessories will bring good luck and happiness to you and your family.

【Perfect Gifts】

Our car accessories for women,Cute Girly Bling Car Decorative Hanging Ornament, Perfect as a gift for your friends and family on important holidays like Valentine's Day, Mother's Day, Thanksgiving, Christmas, Birthday... Whoever she is,she will be happy once she gets it!

【Multi-scene use】

Rear View Mirror Accessories it can not only be used for car decoration, but also for home decoration and office decoration, give car decorations to your friends or loved ones/family to decorate their cars, it will be a year-round Christmas gift, wedding and birthday gift.

【After-sales Service】

If you have any questions about our products, please feel free to contact us. We will reply to your questions within 24 hours, please feel free to buy! Happy shopping!

**Looking for specific info?**

Subtotal
$0.00

## Products related to this item

Sponsored



Butterfly Car Mirror Hanging Accessories, Cute Car Accessories for Women, Butterfli...
$9.99
✓prime



Acrylic Butterfly Ornaments Butterflies Shape Hanging Tree Ornament for Spring...
$8.99
✓prime



GLEAVI Butterfly Car Accessories: Bling Butterfly Car Interior Pendant Car Rear Vie...
$6.99



Multi-Colored Wing-Waving Butterfly Car Ornament for Car Center Console and Air Out...
★★★☆ 7
$14.87
✓prime



Black Swallowtail butterfly Ornament Car Rear View Mirror Accessories Christmas...
$14.99



Custom Crystal Car Pendant Charms with Personalized Photos and Texts | Rearview Mir...
★★★★½ 11
$25.99

Bling Heart Diamond Car Accessories for Women Men,- Crystal Car Rearview Mirror Dec...
$9.99
✓prime



Crystal Flower View Mirror Ac Sun Catcher C Accessories Ha
★★★★★ 1
$9.99
✓prime

Sponsored ⓘ

Subtotal
$0.00

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

**No customer reviews**

Sponsored ⓘ

Subtotal
**$0.00**

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help





Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Am

Back to cart

Back to top

amazon

English

United States

Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



Sponsored ⓘ

Handmade Products › Jewelry › Charms

## Women's teens pink acrylic butterfly keychain with satiny woven pink and silver alloy keyring. Gift bag included with purchase

Visit the Handmade Store

Search this page

$12.00

Women's teens pink acrylic butterfly keychain with satiny woven pink and silver alloy keyring. Rhinestone Gift bag included with purchase. Beautiful 2.3 x 3.15 acrylic butterfly total inches 6.7

- Acrylic pink butterfly

⚠ Report an issue with this product or seller

### Additional Details

**Handmade**
This item was handcrafted, hand-designed, or hand-altered with love. Learn more

**Small Business**
This product is from a small business brand. Support small. Learn more

$12.00

FREE delivery **September 3 - 4.**
Details

📍 Deliver to steven - Chicago 60602

Only 1 left in stock - order soon.

Add to Cart

Buy Now

Ships from  Joyfuljewelrykjc
Sold by  Joyfuljewelrykjc
Returns  30-day refund/replacement
Payment  Secure transaction

⌄ See more

Add to List



**Joyfuljewelrykjc**

Joyfuljewelrykjc hand crafted beaded jewelry. in North Carolina

› Contact me with general inquiries

Are you a Maker?
Apply to join Amazon Handmade

Sponsored ⓘ

Subtotal
**$0.00**

## Based on your recent views

Sponsored ⓘ



5 x Emotional Support
Water Bottle Sticker
White Transparent
Stickers Women Water...
★★★★☆ 5
-19% $18⁰⁹
($1.62/Count)
List Price: $9.99
Exclusive Prime price
✓prime



Best Friend Necklace
Long Distance Friendship
Gifts Women Two State
Necklace Jewelr...
★★★★☆ 1,715
$26⁵⁰



Insert Coin Sticker,
Arcade, Pinball Sticker,
Coin Slot Sticker
Holographic
★★★★★ 1
$4⁹⁹



Holographic Butterfly
Double Silver Rhinestone
Car Engine Start Stop
Decoration Rin...
$9⁹⁹
Save 5% with coupon



English Bulldog - Funny
Whiskey Rocks Glass
Gifts for Men & Women
with Bulldogs - F...
★★★★★ 119
$19⁹⁵
✓prime



XOXOKristen Wedding
Gold Foiled Stickers with
Initials in 2x1 inch size,
Wedding Fa...
$8⁹⁵

JJJ Design K-pop Finger
Heart Name Stickers for
Kids - 43 Personalized
Labels per S...
$15⁹⁹



Set of 3 Single...
Decal, Letter w...
Tumbler Decal...
Monogram Vin...
★★★★☆ 4
$9⁹⁹ ($3.33/C
✓prime

## Product details

Department : womens

Date First Available : July 6, 2024

**ASIN** : B0D8YXS8MR

Looking for specific info?

**Customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

Sponsored

No customer reviews

Subtotal
**$0.00**

Back to top

Get to Know Us    Make Money with Us    Amazon Payment Products    Let Us Help You



Real-Time
Crime
& Safety
Alerts

Like-new
products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

Subtotal
$0.00



Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Am

Back to cart

amazon

English

United States

Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



and growth. The 2D flat animal hanging pendant captures the essence of these majestic creatures and adds a delightful touch to your car's interior.

- Versatile Decoration: This pendant isn't just for your car; it can also be used as a versatile decoration on your bag or as a keychain pendant. Our butterfly car rear view mirror accessories will swing wonderfully while the car is driving or the wind is blowing, which is quite vibrant and striking.
- Easy Installation: Installing this pendant is a breeze. It easily attaches to your car's rearview mirror or can be used as a delightful bag or keychain accessory, The butterfly rearview mirror hanging accessories is designed proper size, with adjustable hanging chain, will not affect the driving sight.
- Versatile Butterfly Hanging Ornaments: this pendant makes for a perfect gift. It showcases your love for these remarkable animals while adding a dash of cheerfulness to your surroundings, Butterfly hanging decor is great for car decor, home decor, office decor, Christian christmas ornaments,butterfly ornaments for christmas tree.

› See more product details

⊡ Report an issue with this product or seller

Sponsored ⓘ

## Buy it with

This item: Butterfly Car Rearview Mirror Accessories, Butterfly 2D Flat Pendant for Rear View Mirr...
$5¹⁸ ✓prime

SINGARO Car Cup Coaster, 4PCS Universal Non-Slip Cup Holders Embedded in Ornaments Coast...
$5⁹⁹ ($1.50/Count)  ✓prime

Car Pass Pink Embroidery Butterfly Steering Wheel Cover, Universal 15 Inch Car Wheel...
$16⁹⁸ ✓prime

Total price: $28.56

Add all 3 to Cart

ⓘ These items are shipped from and sold by different sellers.
Show details

## Similar items that deliver to you quickly

Rufus BETA

Can this accessory block driver's view?

Is this accessory easy to install?

Does this accessory swing when car moves?








Bling Butterfly Diamond Car Hanging Accessories, Crystal Car Rear View Mirror Charms Car...
★★★★☆ 189
Amazon's Choice
$7.79
✓prime FREE One-Day Get it Tomorrow, Aug 27

Crystal Butterfly Car Mirror Decor Hanging, AFUNTA Car Charms Rear View Mirror Hanging Accessories Colored Fis...
★★★★☆ 23
$8.99
✓prime FREE One-Day Get it Tomorrow, Aug 27

Butterfly Car Rearview Mirror Accessories, Cute Acrylic Hanging Car Rearview Mirror Charm, Butterfly Car Ornament...
★★★☆☆ 2
$4.29
✓prime FREE One-Day Get it Tomorrow, Aug 27

Amabro Crystal Glass Butterfly Car Mirror Decor Hanging, Automotive Rear View Mirror Hanging Prisms for women...
★★★☆☆ 6
$6.99
✓prime FREE One-Day Get it Tomorrow, Aug 27

Ziciner Angel Wings Car Rearview Mirror Pendant, Gypsum Rear View Mirror Lucky Hanging Ornament, Cute Car...
★★★★☆ 3
$6.89
✓prime FREE One-Day Get it Tomorrow, Aug 27

Car Rear View Mirror Pendant, Bling Crystal Hanging Ornament, Fashion Car Accessories, Auto Rear View Mirror...
★★★★☆ 61
$5.99
✓prime FREE One-Day Get it Tomorrow, Aug 27

## Products related to this item

Sponsored ⓘ









Butterfly Car Mirror Hanging Accessories, Cute Car Accessories for Women, Butterfli...
$9.99
✓prime

Customized personalized photo interior car caravan SUV interior hanging decorations...
$19.98

GLEAVI Butterfly Car Accessories: Bling Butterfly Car Interior Pendant Car Rear Vie...
$6.99
✓prime

Common Jezebel butterfly Ornament Car Rear View Mirror Accessories Christmas...
$14.99

wonuu Swinging Skull Car Rear View Mirror Hanging Ornament, Cool Swinging Skeleton...
★★★★☆ 8
$9.99
✓prime

Personalized Car Hanging Ornament with Photo Song, Custom Car Ornament for Rear Vie...
$6.99
Save 30% with coupon

Car pendant star feather car pendant car rearview mirror pendant car interior decor...
$11.68

Sun Catcher Car Accessories Hanging Glass Lily of The Valley Rear View Mirror Acc...
★★★★☆ 3
$9.99
✓prime

## Product Description

Make the rearview mirror looks awesome and inspirational with our custom shape car hanging ornament.

Offers multiple design aspects appealing to retro and modern tastes

Ensures no added weight to the rearview mirror and easy mounting, Can be effortlessly attached to the rearview mirror for immediate enhancement of your car's interior decor.

Rufus beta

Can this accessory block driver's view?

Is this accessory easy to install?

Does this accessory swing when car moves?

| | |
|---|---|
| | CmeRto |
| | CmeRto |
| | 1.06 ounces |
| Dimensions | 9.17 x 3.35 x 0.91 inches |

### Additional Information

| | |
|---|---|
| ASIN | B0CYCD2LSK |
| Best Sellers Rank | #736,419 in Automotive (See Top 100 in Automotive)<br>#2,202 in Automotive Interior Mirrors |
| Date First Available | March 18, 2024 |

| Manufacturer Part Number | CRT6 |
|---|---|
| Position | Front |
| Mirror Lens Type | Flat |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Products related to this item

Sponsored ⓘ

















Motaney Butterfly Car Mirror Hanging Accessories, Cute Car Accessories for...
$9.99
✓prime

Customized personalized photo printing car caravan SUV interior hanging decorations...
$13.98

Personalized Car Hanging Ornament with Photo Song, Custom Car Ornament for Rear Vie...
$6.99
Save 30% with coupon

BOGDAN Mother's Day Ornaments Butterfly Pendant with Pink Rhinestones Christmas...
$12.99
✓prime

SkyVcian Custom Diamonds Photo Frame Car Rear View Mirror Hanging Ornaments —...
★★★★☆ 8
$9.68

Bling Heart Diamond Car Accessories for Women Men,- Crystal Car Rearview Mirror Dec...
$9.99
✓prime

Glittering Assorted Colors Crystal Ball Pendant For Car Rearview Mirror...
$9.99

GLEAVI Butterfly Car Accessories: Bling Butterfly Car Interior Pendant Car Rear Vie
$6.99
✓prime

## Similar brands on Amazon

Sponsored ⓘ









Verivue Mirrors Universal 12 Inch Interior Clip On Panoramic Rearview Mirror, Anti...
★★★★☆ 19,281
$9.79 List: $15.99

Wontolf Rear View Mirror Universal Rearview Mirror Interior Anti-glare...
★★★★☆ 708
$15.99

JOYTUTUS Rear View Mirror, Universal 11.81 Inch Panoramic Convex Rearview...
★★★★☆ 10,546
$9.99 List: $15.99

Swing Pig C Lucky Pig...
★★★★☆
$9.99



Rufus

Can this accessory block driver's view?

Is this accessory easy to install?

Does this accessory swing when car moves?

specific info?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

No customer reviews

Add to cart

Sponsored ⓘ



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Credit Card Marketplace
Shop with Points
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

Rufus Beta
Can this accessory block driver's view?
Is this accessory easy to install?
Does this accessory swing when car moves?





Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon

Back to cart



amazon

English   United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates





| Material | Acrylic | Item ID | EG24755 |

## Description

Report Item / Suspicious Activity





AliExpress | Download the AliExpress app | EN/ USD | Hi, Xie Account | 0 Cart

View more

Choice **Happy Family777 Store**
**87.3%** Positive Feedback | **8** Followers

Message

     

## People also searched

Ranking Keywords

curved nail tips

This product belongs to **Home**

| Help | AliExpress Multi-Language Sites |
|---|---|
| Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users) | Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish |
| **Browse by Category** | **Alibaba Group** |
| All Popular, Product, Promotion, Low Price, Great Value, Reviews | Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688 |

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Imprint · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. B2-20120091-8 33010802002248



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

  

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Imprint · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide  ©2010-2024 AliExpress.com. All rights reserved.   B2-20120091-8   33010802002248

2024/10/22 23:54     Vibrant Pink Acrylic Butterfly Car Decor - Flat 2D Design Brings Playful Agility to Your Interior - AliExpress 34



**Welcome deal**

**$0.99**  ~~$2.75~~  64% off
Price shown before tax  | Extra 1% off with coins

**Vibrant Pink Acrylic Butterfly Car Decor - Flat 2D Design Brings Playful Agility to Your Interior**

by@Good Lucky7 Store ( ⭐4.1 | 10,000+ sold )

**Color Name: 1pc**

**AliExpress assurance**

☑ **Safe payments**  Payment methods used by many international shoppers

🔒 **Security & privacy**  We respect your privacy so your personal details are safe

🛡 **Buyer protection**  Get your money back if your order isn't delivered by estimated date or if you're not satisfied with your order

**Ship to**  📍 Chicago, Illinois, United States

**Choice  AliExpress commitment**

🚚 **Free shipping**  ›
Delivery: **Oct. 31 - Nov. 04**

⚡ **Fast delivery**
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

↩ **Free returns · Price adjustment**

🔒 **Security & Privacy**
Safe payments: We do not share your personal details with any third parties without your consent.
Secure personal details: We protect your privacy and keep your personal details safe and secure.

🌱 **Sustainability at AliExpress**

**Quantity**
−  1  +
Max. 1 pcs/shopper

**Buy now**

**Add to cart**

Customer Reviews | Specifications | Description | Store | You may also like

## Customer Reviews (0)

## Specifications

| Main Material | Acrylic | Origin | Mainland China |
|---|---|---|---|
| CN | Zhejiang | Material | Acrylic |
| Item ID | MC29120 | | |

## Description

Report Item / Suspicious Activity



View more

Choice  **Good Lucky7 Store**
89.9% Positive Feedback | 2 Followers                                                     💬 Message

**You may also like**

View more

**People also searched**

Ranking Keywords

s leisure suit

This product belongs to **Home**

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese,
Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**

2024/10/22 23:54      Vibrant Pink Acrylic Butterfly Car Decor - Flat 2D Design Brings Playful Agility to Your Interior - AliExpress 34

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Imprint · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

2024/10/22 23:55 Please Confirm Your Order - AliExpress



Please Confirm Your Order - AliExpress