IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENJIE XIE, <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A", <br><br> Defendants. | Civil Action No.: 24-cv-11674 <br><br> Honorable Judge Elaine E. Bucklo <br><br> Magistrate Judge Young B. Kim |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff, Wenjie Xie ("Plaintiff"), respectfully requests that this Court enter an *ex parte* temporary restraining order, including a temporary injunction against Defendants, a temporary asset restraint of Defendants, and expedited discovery pursuant to Rule 65 of the Federal Rules of Civil Procedure and 17 U.S.C. § 502. The reasons for such are set forth in the concurrently filed Memorandum of Law.

DATED November 19, 2024

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

1