IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENJIE XIE,<br><br>                    Plaintiff,<br><br>                    v.<br><br>THE ENTITIES AND INDIVIDUALS<br>IDENTIFIED IN ANNEX "A",<br><br>                    Defendants. | Civil Action No.: 24-cv-11674<br><br>Honorable Judge Elaine E. Bucklo<br><br>Magistrate Judge Young B. Kim |

## DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei, of Chicago, Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Pursuant to entry of the TRO, Plaintiff will contact Amazon.com, Walmart, eBay.com, Temu and other online platforms to restrain accounts associated with the Defendant Internet Stores.

3. A recent study by the International Chamber of Commerce shows that online counterfeiting is a problem of epic proportions, with "the negative impacts of counterfeiting are projected to drain US$4.2 trillion from the global economy . . . by 2022."

1

4. In preparation for the filing of this Motion, I have reviewed numerous cases from this District involving online infringement through online marketplaces such as Amazon.com, eBay.com, and Walmart among others. Most of the plaintiffs in these cases have sought and been granted an *ex parte* restraining order and asset freeze in order to stop infringers from simply relocating their ill-gotten funds.

5. Numerous cases that I have reviewed indicate that infringers transfer and/or attempt to transfer funds once they receive notice of a lawsuit.

6. Attached hereto as **Exhibit C** is a true and correct copy of the ex parte temporary restraining order and asset seizure granted in *H-D US.A., LLC v. ZONG-3, et al.*, Case No: 1:17- cv-06406 (N.D. Ill. 2017).

7. Attached hereto as **Exhibit D** is a true and correct copy of the ex parte temporary restraining order and asset seizure granted in *Luxottica Group S.p.A., et al. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, Case No. 1:16-cv-07988 (N.D. Ill. 2016).

8. Attached hereto as **Exhibit E** is a true and correct copy of the ex parte temporary restraining order and asset seizure granted in *Tory Burch LLC, et al. v. The Partnerships, et al.*, Case No. 1: 13-cv-02059 (N.D. Ill. 2013).

9. Also, the Entities and Individuals Identified on Annex "A" ("Defendants"), have provided no means by which they may be identified or contacted beyond their Amazon.com, Walmart, eBay.com, Temu and other online platform Seller Aliases.

10. Upon information and belief, the Defendants have utilized Amazon.com, Walmart, eBay.com, Temu and other online platforms through a desire to remain anonymous to

evade Plaintiffs' attempts to police its intellectual property rights and the authority of this Court.

11. I, or someone acting under my direction, have reviewed the storefronts and product listings for the Seller Aliases, and have confirmed that none list any contact information or correspond to any type of identifiable entity beyond the listed information.

12. I, or someone acting under my direction, have reviewed **Exhibits B**, which is a representative comparison between Plaintiff's Copyright and Defendants' Infringing Products. **Exhibit B** also contains true and correct screenshot evidence of active infringement from each of the Defendants. **Exhibit B** contains infringing evidence in the same order as the listed Defendants in Annex A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2024 in Chicago, Illinois.

/s/ Ge (Linda) Lei
Ge (Linda) Lei