# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-404-290**

**Effective Date of Registration:**
May 25, 2024
**Registration Decision Date:**
July 19, 2024

---

## Title

    **Title of Work:** VA75-Prismatic Flutter

## Completion/Publication

    **Year of Completion:** 2022
    **Date of 1st Publication:** January 26, 2022
    **Nation of 1st Publication:** China

## Author

-     **Author:** Wenjie Xie
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** China
    **Domiciled in:** China

## Copyright Claimant

    **Copyright Claimant:** Wenjie Xie
    bushalu,jinxiushanzhuang b dong,7 i,longgangqu, ShenZhen, 518100, China

## Certification

    **Name:** Wenjie Xie
    **Date:** May 25, 2024

Page 1 of 1

