| Plaintiff's Copyright | Representative Samples of Defendants' Infringing Products |
|---|---|



FREE SHIPPING IN CANADA & USA OVER 100.00$

HOME
HOME DECOR ⌄
CAR CHARMS
JEWELRY ⌄
BLOGS
CONTACT US

⌂ > Whimsical Butterfly Sun Catcher / Car Charm

< Share



☐ Sun Catcher

# WHIMSICAL BUTTERFLY SUN CATCHER / CAR CHARM

$38.00 CAD

Color: PINK

Pink

Quantity

— 1 +

🛒 ADD TO CART

Deal of the Day ends in

00 : 58 : 49

Secure and trusted checkout with

VISA · MasterCard · American Express · PayPal

**Description**

Pretty acrylic butterfly, embellished with a delicate 18k gold plated chain, one small AB clover crystal bead, and finished with two octagon crystal beads. The other style has some extra chain and two extra small teardrop faceted crystals.

This sun catcher decor could be hung in your car, to the headboard of a bed, next to a window in your home or office to enjoy amazing little rainbows dancing around the room, when the sunlight shines directly on it.

For indoor use only.

Dimension

Height 11–12 inches

< Share

## YOU MAY ALSO LIKE



T CAT HEAD
HER - FOR
V OR CAR
0 CAD

UMBRELLA SUN CATCHER
$70.00 CAD

AMETHYST UNICORN
SUN CATCHER
$60.00 CAD

MUSHROOM SUN
CATCHER
$80.00 CAD



TRUST WITH OUR PRODUCTS

QUICK DELIVERY

ALWAYS KEEP IN CHARGE

SHOP NOW

SHOP NOW

SHOP NOW

FOLLOW-US ON SOCIAL MEDIA!

CUSTOMER CARE

About Us
Contact Us
Track Order
FAQs
Terms of Service
Refund policy

OUR POLICIES

Privacy Policy
Refund Policy
Shipping Policy
Terms of Services

JOIN OUR NEWSLETTER

Subscribe For Upcoming Deals & the Latest Updates!!!

Your email

Send me with news and offers

SUBSCRIBE

Copyright © 2024 Atelier Anthera

FREE SHIPPING IN CANADA & USA OVER 100.00$

HOME
HOME DECOR
CAR CHARMS
JEWELRY
BLOGS
CONTACT US

Whimsical Butterfly Sun Catcher / Car Charm



☐ Sun Catcher

## WHIMSICAL BUTTERFLY SUN CATCHER / CAR CHARM

$38.00 CAD

Color: **TURQUOISE**

Turquoise

🔒 SOLD OUT

Deal of the Day ends in

00 : 59 : 02

Secure and trusted checkout with

VISA   PayPal

**Description:**

Pretty acrylic butterfly, embellished with a delicate 18k gold plated chain, one small AB clover crystal bead, and finished with two octagon crystal beads. The other style has some extra chain and two extra small teardrop faceted crystals.

This sun catcher decor could be hung in your car, to the headboard of a bed, next to a window in your home or office to enjoy amazing little rainbows dancing around the room, when the sunlight shines directly on it.

For indoor use only.

Dimension

Height 11-12 inches

## YOU MAY ALSO LIKE



T CAT HEAD
HER - FOR
W OR CAR
0 CAD

UMBRELLA SUN CATCHER
$70.00 CAD

AMETHYST UNICORN
SUN CATCHER
$60.00 CAD

MUSHROOM SUN
CATCHER
$80.00 CAD



TRUST WITH OUR PRODUCTS

QUICK DELIVERY

ALWAYS KEEP IN CHARGE

SHOP NOW

SHOP NOW

SHOP NOW

FOLLOW-US ON SOCIAL MEDIA!

**CUSTOMER CARE**

About Us

Contact Us

Track Order

FAQs

Terms of Service

Refund policy

**OUR POLICIES**

Privacy Policy

Refund Policy

Shipping Policy

Terms of Services

**JOIN OUR NEWSLETTER**

Subscribe For Upcoming Deals & the Latest Updates!!!

Your email

Send me with news and offers

SUBSCRIBE

Copyright © 2024 Atelier Anthera

FREE SHIPPING IN CANADA & USA OVER 100.00$

HOME
HOME DECOR
CAR CHARMS
JEWELRY
BLOGS
CONTACT US

Home > Whimsical Butterfly Sun Catcher / Car Charm



☐ Sun Catcher

## WHIMSICAL BUTTERFLY SUN CATCHER / CAR CHARM

$38.00 CAD

Color: Blue

Blue

🔒 SOLD OUT

Deal of the Day ends in

00 : 59 : 16

Secure and trusted checkout with

VISA    PayPal

**Description:**

Pretty acrylic butterfly, embellished with a delicate 18k gold plated chain, one small AB clover crystal bead, and finished with two octagon crystal beads. The other style has some extra chain and two extra small teardrop faceted crystals.

This sun catcher decor could be hung in your car, to the headboard of a bed, next to a window in your home or office to enjoy amazing little rainbows dancing around the room, when the sunlight shines directly on it.

For indoor use only.

Dimension

Height 11-12 inches

## YOU MAY ALSO LIKE



T CAT HEAD
HER - FOR
OR CAR
0 CAD

UMBRELLA SUN CATCHER
$70.00 CAD

AMETHYST UNICORN
SUN CATCHER
$60.00 CAD

MUSHROOM SUN
CATCHER
$80.00 CAD



TRUST WITH OUR PRODUCTS

QUICK DELIVERY

ALWAYS KEEP IN CHARGE

SHOP NOW

SHOP NOW

SHOP NOW

FOLLOW-US ON SOCIAL MEDIA!

**CUSTOMER CARE**

About Us

Contact Us

Track Order

FAQs

Terms of Service

Refund policy

**OUR POLICIES**

Privacy Policy

Refund Policy

Shipping Policy

Terms of Services

**JOIN OUR NEWSLETTER**

Subscribe For Upcoming Deals & the Latest Updates!!!

Your email

Send me with news and offers

✉ SUBSCRIBE

Copyright © 2024 Atelas Aztheca






Express checkout

shop Pay

PayPal

G Pay

Show more options

OR

Account

hahavsgood@gmail.com

Ship to

jeff howard, 1 N LA SALLE ST, CHICAGO IL 60602-3902, US, 5885655231

Shipping method

Standard shipping $15.00

Email me with news and offers

## Payment

All transactions are secure and encrypted.

Credit card VISA +5

Card number
4041 1789 5899 9192

Expiration date (MM / YY)
12 / 28

Security code
591

Name on card
jeff howard

Use shipping address as billing address

PayPal PayPal

### Remember me

Save my information for a faster checkout

Secure and encrypted shop

Pay now

Clearance

Akomler

**Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations Akmoler Purple**

(No ratings yet)

Free 30-day returns

**Now $3.89** ~~$4.37~~

You save $0.48

Price when purchased online

Buy now

Add to cart

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 18<br>$2.99 | Not available | Not available |

Delivery to 1 N LA SALLE ST

Sold and shipped by **Akmoler Pro Seller**

67 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Clearance

+5 options

Now $3.49 ~~$4.59~~ +$3.99 shipping

More options from $2.99

TUTUnaumb 2022 Winter Handmade Lace Dream Catcher Feather Bead Hanging Decoration Ornament Gift -White

Shipping, arrives in 3+ days

$8.92

Purple Dream Catcher Dream Catchers for Bedroom Dream Catcher for Wall Hanging Decor Art Ornament Craft Gifts

Shipping, arrives in 3+ days

Clearance

Now $3.39 ~~$10.81~~ +$4.90 shipping

More options from $1.24

Yubnlvae Hangs Color Acrylic Sunshade Ukrainian Colc Hanging Ornament, Christmas Decorations

1

Shipping, arrives in 3+ days

**About this item**



## Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations Akmoler Purple
- ♡ storage; storage and organization; storage bins; organization and storage; storage organizer; almacenamiento; atorage; organizer; kitchen storage; storage containers; storage organization; storage box; organizers and storage; closet organizers and storage; home storage; organization storage; storage containers for organizing; stackable storage; plastic storage bins; clothes storage; storage; containers for organizing; storage container; storage organizers; storage; kitchen organizers and storage; storage organizer bins; organizer storage; clothes storage bins; storage bins with lids; storage for clothes; large storage; organizers; stackable storage containers; storage bin; storage containers with lids; storage bins for clothes; bathroom organizers and storage; organizer and storage; storage containers for clothes; bathroom storage organizer; home storage and organization; kitchen storage organizer; stackable storage bins; bathroom storage; closet storage; contenedores de almacenamiento; clothing storage; foldable storage
- ♡ school supplies; school supplies for school; school supply; school supplies; school; back to school supplies; school supplie; utiles escolares; materiales escolares; school supplies for teachers; material escolar; school supplies bulk; office supplies; bulk school supplies; Utiles escolares; teacher school supplies; college school supplies; school supplies clearance; school supplies college; clearance school supplies; high school supplies; school supplies pack; school supplies for high school students; school supplies for college students; teacher supplies; school supplies high school; cheap school supplies; supplies; bulk school supplies for teachers; supply; supplies for teachers; classroom supplies; school office supplies; escolar; escolares; school supplies college students; school supplies for college; middle school supplies; teacher supply; school supplies cheap; teachers supplies; school supplies for kids; college essentials school supplies; college supplies for students; teacher supplies for classroom; office & school supplies; high school essentials; office supply; office supplies clearance sale
- ♡ organizer; organizers; bathroom organizer; organizers and storage; storage; closet organizers and storage; organization and storage; storage and organization; organizador; organizer; organizadores; bathroom organizers and storage; desk organizer; kitchen storage; makeup organizer; organizers; cabinet organizer; bathroom storage; kitchen organizers and storage; oganizer; orginizer; organizers; drawer organizers; drawer organizer; closet organizer; organizer; bathroom storage organizer; desk organizers; organizer for bathroom; organizer for bathroom; kitchen organizer; cabinet organizers and storage
- ♡ flashlight; flaslight; flashlights for; glashlight; flashlights; flashlights high lumens; flash light; led flashlight; flashligh; rechargeable flashlights; flashligt; flashlight high lumens; flashlights led; flashlight led; fahshlight; tactical flashlight; flash lights; rechargeable flashlight; super bright flashlight; high lumen flashlight; rechargable flashlight; flashlights high lumens rechargeable; led flashlights; handheld flashlights; flashlites; flashlight; flashlights; powerful flashlight; flashlight rechargeable; best flashlight; led flashlights high lumens; flashlight high lumen; led rechargeable flashlight; flashlight; flashlight tactical; rechargeable led flashlight; flashlights rechargeable; high powered flashlight; small powerful flashlight; tactical flashlights; led flash light; flashlight rechargeable high lumen; rechargeable flashlights high lumens; bright flashlight; rechargeable led flashlight; high lumens flashlight; bright led flashlight; torch flashlight; waterproof flashlight
- ♡ home decor; food scale; can opener; ground beef; kitchen; scissors; cutting boards for kitchen; meat thermometer; vegetable chopper; cheese grater; home; measuring cups; salad spinner; cutting board; kitchen utensils set; kitchen essentials; oven mitts; kitchen gadgets; garlic press; hand mixer; meat thermometer digital; chicken shredder tool twist; lemon squeezer; knife; apartment essentials; kitchen scale; kitchen decor; mandoline slicer; kitchen knife set; kitchen accessories; spatula; fridge organizer; strainer; camping accessories; watermelon cutter; kitchen storage; cooking utensils set; kitchen utensils; can opener manual; can opener electric; meat tenderizer; chopper vegetable cutter; house warming gifts new home; food chopper; food scales for kitchen; bottle opener; silicone spatula; measuring cups and spoons set

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

## Specifications

**Brand**
Akmoler

**Assembled Product Weight**
50 g

**Manufacturer**
Akmoler

**Manufacturer Part Number**
ZWFMWT240605003_Akmoler_240620

More details

## Warranty

**Warranty information**

Feel free to reach out with any questions you might have. We are committed to ensuring your complete satisfaction and are here to help you at every step. Thank you for choosing to shop with us, and we hope you enjoy your experience!

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.





Clearance



Now $4.49 $4.99 • $2.00 shipping
HKEJIAOI Home Essentials Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days

Now $3.99 $4.99 • $3.00 shipping
LYUCRAZ Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days

Now $4.44 $4.99 • $1.99 shipping
Dream Pendant Car Decorative Pendant Acrylic Flat P...
Shipping, arrives in 3+ days

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Decorative Accents / Decorative Ornaments



**Shipping, arrives by Thu, Oct 17**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**

Edit

House

**Items details**

Hide details

**Arrives by Thu, Oct 17**

1 item

Sold and shipped by Akmoler Pro Seller

$2.99 seller shipping fee

Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations...

$0.48 from savings

**$3.89**
$4.37

Remove    −  1  +



Place order for $7.59

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $4.37 |
| Savings | -$0.48 |
| | $3.89 |
| Seller shipping | $2.99 |
| **Estimated taxes** | $0.71 |

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.41 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ **Foundation (NFWF)**

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total**    $7.59

Have a promo code?  ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                                           $7.59

+ Add new payment                    Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Text updates for this order**

☐ Send to (xxx) xxx-5923
    Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

Redefine your wardrobe
Sponsored

Ruziyoog

**Butterfly Car Hanging Ornament, Hanging Charm Home Decoration Keepsake, Butterfly Car Accessories Pendant for Rear View Mirror Christmas Valentine's Day Car Gifts for Men Women**

Free 30-day returns

**$2.79**

Price when purchased online

Buy now

Add to cart

**Actual Color:** Blue

$2.79

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 20 $2.99 | Not available | Not available |

Delivery to **1 N La Salle St**

Sold and shipped by **Ruziyoog flash deals**

★★★★★ 6 seller reviews

View seller information

**Free 30-day returns** Details

Add to list | Add to registry

Sponsored
**$10.29**
Zone Tech Car Decorative Hanging Mirror Fuzzy Dice Pair Accessories, Black and White 3"
★★★★☆ 26
3+ day shipping
+ Add

+ Add
$8.93

+ Add
Sponsored
$149.99

Best seller

+ Add
Now $19.98 $24.99



Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 15 of 686 PageID #:922

Pluokvzr Car Hanging Charm Bling Car Rear View Mirror Hanging Ornament Retro Imitation Pearl Cross Hanging Decoration Auto Interior Hanging
★★★★★ 4

NAVISKAUTO 10.1" Portable DVD Player for Car Dual Screen with 2 Headrest Mount, Last Memory, AV Out&in, Support USB/SD/Sync TV
★★★★★ 2

Angel View Wide Angle Rearview Mirror, Fits Most Cars
★★★★☆ 213

Save with

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Butterfly Car Hanging Ornament, Hanging Charm Home Decoration Keepsake, Butterfly Car Accessories Pendant for Rear View Mirror Christmas Valentine's Day Car Gifts for Men Women

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Blue

**Brand**
Ruziyoog

**Manufacturer Part Number**
FLASHDEALSOFTHEDAYOUTSIDEFURNITURE

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

🗩 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Drive in comfort

Sponsored ⓘ



Options

+3 options

$4.04 +$2.99 shipping
Rokment Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift
Shipping, arrives in 3+ days



Options

+3 options

$7.19
Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant
Shipping, arrives in 3+ days



+ Add

$2.61 +$5.99 shipping
QuLuJing Dream Pendant Car Decorative Pendant Acr
Shipping, arrives in 3+ days

9/5/24, 12:59 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 16 of 686 PageID #:923

Butterfly Car Hanging Ornament, Hanging Charm Home Decoration Keepsake, Butterfly Car Accessories Pendant for Rear View Mirror Christmas Valentine's Day Car Gifts for Men Women - Walmart.com

**Report:**  ⓘ Report seller    |    ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires  /  Automotive Replacement Parts  /  Replacement Auto Parts



**Shipping, arrives by Fri, Sep 20**

Steven kal                                                      Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions** (optional)                            Add

Add access codes or other necessary information.

**Items details**                                          Hide details

**Arrives by Fri, Sep 20**                                       1 item

Sold and shipped by Ruziyoog flash deals
$2.99 seller shipping fee

Butterfly Car Hanging Ornament, Hanging Charm
Home Decoration Keepsake, Butterfly Car...

Actual Color: Blue

**$2.79**

Remove          −    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                            $6.37

+ Add new payment                                         Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $6.37**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                            $2.79
Seller shipping                                                  $2.99
**Estimated taxes**                                              $0.59

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.63 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                              $6.37

Have a promo code?                                                 ⌄

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

FRAM Built for tough drives
Sponsored

Clearance

Byikun

**Byikun Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Stylish Design Adds Elegance to Any Space, Versatile Accessories for Home or Office Decor, Thoughtful Gift Choice**

Free 30-day returns

**Now $5.59** ~~$6.99~~

You save $1.40

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

$5.59

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 4<br>$0.99 | Not available | Not available |

Delivery to **3200 N Lake Shore Dr**

Sold and shipped by **Xecvkr**

24 seller reviews

View seller information

**Free 30-day returns** Details

Add to list | Add to registry

Sponsored

**$8.99**

Feng Shui Car Décor Handmade Natural Crystal Car Ornaments Home Decor Feng Shui Ornaments Yoga Meditation

3+ day shipping

+ Add

Best seller

+ Add

+ Add

Best seller

+ Add



9/24/24, 1:24 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 20 of 686 PageID #:927

Byikun Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Stylish Design Adds Elegance to Any Space, Versatile Accessories for Home or Office Decor, Thoughtful Gift Choice - Walmart.com

$4.47 $4.47/ea
Bling Ring Auto Interior Jewelry Applies to Most Vehicle Interiors - 3 Pack
★★★☆☆ 87
Save with W+

Pickup today
Delivery today
Shipping, arrives in 3+ days

$8.93
Pluokvzr Car Hanging Charm Bling Car Rear View Mirror Hanging Ornament Retro Imitation Pearl Cross Hanging Decoration Auto Interior Hanging
★★★★★ 4
Shipping, arrives in 3+ days

Now $19.98 $26.99
Angel View Wide Angle Rearview Mirror, Fits Most Car
★★★★☆ 254
Save with W+

Shipping, arrives in 2 days

## About this item

### Product details

Byikun Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Stylish Design Adds Elegance to Any Space, Versatile Accessories for Home or Office Decor, Thoughtful Gift Choice

Features:
1. Instant : Our 10-pack ice-cold patch is specifically designed for the summer fever, providing an instant sensation to your skin. Whether you're outdoors, exercising, shopping, or working in a hot environment, these patches are effective in relieving discomfort caused by overheating. 2. Versatile use: These ice-cold patches can not be applied directly to your body for soothing relief, but can also be conveniently attached to your phone or other device to help dissipate heat and overheating damage. Wherever you go, enjoy a refreshing and cool experience! 3. Mitigation and protection: Experience the ultimate solution for reducing fever and heat dissipation. Our ice-cold patches offer benefits, providing therapeutic to your body while protecting your equipment from potential damage caused by overheating. Stay calm and keep your gadgets safe at the same time! 4. Long-lasting effects: our 10 ice patches will keep you energized and ice applied throughout the summer. Each cold patch is designed to provide hours of refreshing relief, ensuring you stay comfortably cool even on the hottest days. 5. Quality: assured that our ice patches are made of materials that adhere firmly to skin or any surface. These patches are designed with your comfort in mind and are easy to apply and without leaving any behind. Choose us to find the ideal solution for you. Product Description:
Product Specifications:
Material: The skin contact part is gel
Color: Three themes to choose from
size: 5*12cm/1.9*4.7in
Package includes:
One packet of ice cream (10 tablets inside)

- ❤️Stylish and sophisticated design: Our acrylic pendants boast elegant beauty and intricate designs, crafted from premium acrylic material to elevate any space with a touch of sophistication.
- ❤️Versatile accessories: From living rooms to offices, these pendants breathe life into any area with their diverse styles and colors, including floral, geometric, and abstract patterns, effortlessly infusing artistic flair into your surroundings.
- ❤️Thoughtful gift choices: Our acrylic pendant collection offers unique and thoughtful gifts for your loved ones, showcasing your care and distinctive taste, while they appreciate the beauty and craftsmanship of these pendants.
- ❤️Home enhancement: Whether decorating your space or setting a romantic ambiance, our acrylic pendants enrich your everyday life with stylish and artistic designs, transforming your living space into a haven of elegance and beauty.
- ❤️Quality craftsmanship: Each pendant is meticulously crafted to exude gorgeous textures and enduring quality, ensuring longevity and timeless appeal, making them a worthwhile investment for enhancing your home decor.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Assembled Product Weight**
0.11 lb

**Brand**
Byikun

**Manufacturer Part Number**
CUTECARACCESSORIESFORWOMEN

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠️ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

★★★★★ (0 reviews)

### This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ

Clearance

9/24/24, 1:24 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 21 of 686 PageID #:928

Byikun Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Stylish Design Adds Elegance to Any Space, Versatile Accessories for Home or Office Decor Thoughtful Gift Choose - Walmart.com







$5.59 · +$1.99 shipping

Now $2.99 $3.99 · +$3.99 shipping

$5.26 · +$1.99 shipping

Xinduolei Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant

tangyuanzzz Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant

Colorful Butterflies Acrylic Decoration Pendant Funny

**Report:** · ⊘ Report seller · ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires / Automotive Replacement Parts / Replacement Auto Parts



**Shipping, arrives by Fri, Oct 4**

Michael Boldt                                                           Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**                                   Edit

Apartment

### Items details                                                      Hide details

**Arrives by Fri, Oct 4**                                              1 item

Sold and shipped by Xecvkr
$0.99 seller shipping fee

Byikun Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant, Stylish Design Adds Eleganc...

Actual Color: Purple

$1.40 from savings

**$5.59**
$6.99

Remove          [ − ]   1   [ + ]



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 1950                                                $7.25

+ Add new payment          Change payment

**one**

onepay   $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

---

You're saving **$1.40** today!

**Place order for $7.25**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $6.99 |
| Savings | **-$1.40** |
| | $5.59 |
| Seller shipping | $0.99 |
| **Estimated taxes** | $0.67 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.75 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                                    $7.25

Have a promo code?                                                     ⌄



**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Lee Redefine your wardrobe

Sponsored

Clearance

Wibazai

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

**Now $2.68** $3.01 ⓘ

You save $0.33

Price when purchased online ⓘ

**Buy now**

**Add to cart**

### How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 20 $3.59 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **Wibazai**

★★★☆☆ 2 seller reviews

View seller information

♡ Add to list          🎁 Add to registry

Sponsored
$264.00
Luxury New Traditional Pendant, 15.25H x 17.875W, with Traditional Style, Midnight Black, UHP4276 by Urban Ambiance
3+ day shipping

**+ Add**



+3 View all

$59.99
Maxxx Outdoor Hanging Light, Metal Pendant Light with Clear Glass

$314.99
Chic Silver Ceiling Lamp with Crystal Accents and Silver Shade

$7.99 +$1.98 shipping
iju7gthy 4th of July Indoor Sun Acrylic Pendant Light Refraction Home Decor Pendant Fun Gift For Window Decoration

### About this item

## Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Color**
Purple

**Brand**
Wibazai

**Features**
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

## Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

## Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

 

Walmart ☀️
Pride always has a place

Sponsored ⓘ

Clearance





+3 options

$8.99 +$0.99 shipping
WalGRHFR 2024 Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Gift Pendant For Party Decoration The Pendant Gift
Shipping, arrives in 3+ days

Now $5.50 $7.91 +$1.99 shipping
Vixdvou Dream Pendant Car Decoration, Acrylic Flat Pendant Art, Elegant Purple Wall Decor, Artistic Home Accessory Gift.
Shipping, arrives in 3+ days

+3 options

$11.88
Colorful Butterflies Acrylic Decoration Pendant Funny Pendant For Party Decoration The Butterfly Pendant G
Shipping, arrives in 3+ days

Report: ⓘ Report seller | 🚩 Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Modern Pendant Lights

9/5/24, 1:21 PM
Review your order - Walmart.com
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 27 of 686 PageID #:934



**Shipping, arrives by Fri, Sep 20**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                             Hide details

**Arrives by Fri, Sep 20**                                    1 item

Sold and shipped by Wibazai
$3.59 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant

$0.33 from savings

$2.68
$3.01

Remove        −   1   +

**Payment method**



**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                         $6.91

+ Add new payment                                    Edit payment

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



You're saving **$0.33** today!

**Place order for $6.91**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal (1 item)**                                         $3.01

Savings                                                       -$0.33

$2.68

Seller shipping                                               $3.59

**Estimated taxes**                                           $0.64

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.09 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                           $6.91

Have a promo code?                                            ⌄

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



HKEJIAOI

**HKEJIAOI Home Essentials Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

(No ratings yet)

**Free 30-day returns**

**Now $4.49** ~~$4.99~~

You save $0.50

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

$4.49

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 22<br>$2.00 | Not available | Not available |

Delivery to 1 N LA SALLE ST

Sold and shipped by **HKEJIAOI**

1 seller review

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

**Clearance**

+21

**Now $3.39** ~~$10.81~~ +$4.90 shipping

More options from $1.24

Yubnlvae Hangs Color Acrylic Sunshade Ukrainian Color Acrylic Color Acrylic Window Decoration Hanging Ornament, Christmas Decorations

1

Shipping, arrives **in 3+ days**

+7

**$6.39** +$4.90 shipping

More options from $3.59

Ncandy 1*Mushroom Shaped Toilet Handle, Desktop Ornament Big Sale! Toilet Caps Toilet Covers Decorative Fun Ceramics Toilet Covers Screw Cover Caps Toilet Caps for Bathroom Decor(Combination)

Shipping, arrives **in 3+ days**

**Now $2.45** ~~$3.19~~ +$3.99 shipping

YODETEY Decorations for Home Sea Turtle Color Acry

Shipping, arrives **in 3+ days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Versatile and captivating, this product is the ultimate decoration for any occasion or setting. From formal events to cozy gatherings, it seamlessly blends into the backdrop, enhancing the overall ambiance and creating a memorable visual impact. Whether you're dressing up your home for a special holiday, adding a touch of sophistication to a corporate event, or simply looking to elevate the everyday with a stylish accent, this product delivers. Its timeless design and impeccable craftmanship ensure that it stands out as a conversation piece, making it the perfect addition to any space that demands attention to detail and a touch of elegance.
- Ideal for celebrating special occasions and enhancing any festive ambiance, this product is the perfect gift for loved ones or a stylish addition to your own home decor. Crafted with meticulous attention to detail, it exudes elegance and charm, making it a standout choice for holiday gift-giving.
- Materials:Acrylic
- At HKEJIAOI, we pride ourselves on exceptional customer service, even after your purchase. If you encounter any issues or are not fully satisfied with your product, please don't hesitate to reach out to our dedicated after-sales team. We offer hassle-free returns, prompt replacements, and are always here to provide solutions that meet your satisfaction. Your happiness is our top priority, and we're committed to making every shopping experience with us seamless and enjoyable.
- Home Essentials Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Popular, Easy to Use, Wide Range of Uses

**Brand**
HKEJIAOI

**Assembled Product Weight**
0.11 lb

**Manufacturer**
HKEJIAOI

More details

### Directions

**Fabric Care Instructions**
Hand Wash

### Warranty

**Warranty information**

If you have any problem when you purchase the product or after receiving the product please feel free to contact us, we will reply and provide the solution within 24 hours. If you think our products have any advantages or disadvantages, you can choose to make co

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance


+ Add
Now **$3.99** $6.99 +$3.00 shipping


+ Add
Now **$4.44** $4.99 +$1.99 shipping


+ Add
**$3.37** +$1.89 shipping

LYUCRAZ Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women

Shipping, arrives **in 3+ days**

Cevemin Dream Pendant Car Decorative Pendant Acryl... DIY Crafting

Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Decorative Accents  /  Decorative Ornaments



**Shipping, arrives by Mon, Oct 21**

steven howard                                          Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                  Edit

House

### Items details                                    Hide details

**Arrives by Mon, Oct 21**                            1 item

Sold and shipped by HKEJIAOI
$2.00 seller shipping fee

HKEJIAOI Home Essentials Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant
**Actual Color: Purple**

$0.50 from savings

**$4.49**
$4.99

Remove        [ − | 1 | + ]



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in 9192**                              $7.16

+ Add new payment                    Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



### Text updates for this order

☐ Send to (xxx) xxx-5923

Send to a different phone number



## Place order for $7.16

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    $4.99
Savings                                  **-$0.50**
                                         $4.49

Seller shipping                         $2.00

**Estimated taxes**                     $0.67

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.84 donation?
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ **Foundation (NFWF)**

[ $1.00 ] [ $2.00 ] [ $5.00 ]

**Estimated total**                     $7.16

Have a promo code?                       ⌄

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Lee Redefine your wardrobe
Sponsored

Gogusuu

**Gogusuu Clearance Sale Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

**Now $2.77** ~~$4.99~~

You save $2.22

Price when purchased online

Buy now

Add to cart

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 19 $1.97 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **LIG87**

23 seller reviews

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Sponsored

**$20.37** $36.38/kg

Better Homes & Gardens 57" Architectural Pendant Light, Adjustable Cord, G40 LED Decorative bulb

2-day shipping

+ Add

+ Add

**$89.00**

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

+ Add

Sponsored

**Now $9.90** ~~$21.90~~

Elinkume Pendant Lighting, Adjustable Ceiling Light, Pendant Lights Fixture for Kitchen Home Decor

Save with

+ Add

**$24.99**

Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- We are adhering to the concept of preferential customer first, our products to achieve good quality and low price, has been favored by customers. If you have any questions about the product or after-sales problems, you can contact us at any time through the reception email.
- Affordable Prices: High-quality products at competitive prices, offering excellent value for money.
- Comprehensive After-sales Service: Professional customer service team ensures worry-free after-sales support.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Size**
Free Size

**Brand**
Gogusuu

**Features**
Clearance Sale

### Warranty

**Warranty information**
Please be free to contact us if you have any questions, we promise that we will give you all satisfied solution. By the way, please check with our item description very carefully, for saving you time and get exactly what you want, thank you and enjoy your shopping.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart
Pride always has a place

Sponsored ⓘ



**$6.99** $10.99 shipping
iju7gthy Back to School Supplies Colorful Butterflies Acrylic ration Pendant Funny 2D ration Pendant Pendant for Party ration The Pendant
Shipping, arrives **in 3+ days**

Options



**$8.95** $11.99 shipping
iju7gthy Colorful Butterflies Acrylic ration Pendant Funny 2D ration Pendant Pendant for Party ration The Pendant
Shipping, arrives **in 3+ days**

Options



Now **$6.40** $7.99
2024&Hanging Indoor Ornaments Funny Acrylic Animal Decoration Pendant Indoor And Outdoor Decorative A
Shipping, arrives **in 3+ days**
+3 options

Options

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                            Hide details

**Arrives by Thu, Sep 19**                                   1 item

Sold and shipped by LIG87
$1.97 seller shipping fee

Gogusuu Clearance Sale Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant

$2.22 from savings

$2.77
$4.99

Remove      —   1   +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                         $5.23

+ Add new payment                              Edit payment

**one**

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $5.23**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                            $4.99
Savings                                                     -$2.22
                                                             $2.77

Seller shipping                                              $1.97
**Estimated taxes**                                          $0.49

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.77 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                          $5.23

Have a promo code?                                            ⌄

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 38 of 686 PageID #:945

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

<u>Send to a different phone number</u>

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



TASTY Be on the cutting edge Sponsored

bmange

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

$3.99

Price when purchased online

Buy now

Add to cart

Actual Color: Purple

Purple
$3.99

How do you want your item?

Shipping
Arrives Oct 3
$3.00

Pickup
Not available

Delivery
Not available

Delivery to 1 N La Salle St

Sold and shipped by bmange

16 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored

$198.00

Luxury Traditional Indoor Pendant, 9.50"H x 8.00"W, with Classic Style Elements, Vintage Design, Brushed Nickel Finish and Clear Seeded Glass, UQL3661

3+ day shipping

+ Add

$62.00

Acrylic Circular Ring LED Dimmable Chandelier Remote Ceiling Light Hanging Lamp

Shipping, arrives in 3+ days

$89.00

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

Shipping, arrives in 3+ days

$5.99 +$3.99 shipping

Light Diffuser Light-transmitting Plate Acrylic Diffuser

Shipping, arrives in 3+ days

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized .
- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with refinement.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

bmange

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ WARNING: None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

It's more than a toy

Sponsored ⓘ



$7.99 +$1.00 shipping
BFYSFBAIG Funny Acrylic Animal Decoration Pendant 2D Butterfly Decoration Pendant indoor and Outdoor Decorative Accessories Garden Decoration Pendant Car Ornaments for



$5.99 +$1.89 shipping
WIQUCKETT Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant



$5.88 +$1.99 shipping
Fall Decor Funny Acrylic Animal Decoration Pendant C Indoor And Outdoor Decorative Accessories Garden D

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

Shipping, arrives **in 3+ days**          Shipping, arrives **in 3+ days**          Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Thu, Oct 3**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

### Items details                                             Hide details

**Arrives by Thu, Oct 3**                                     1 item

Sold and shipped by bmange
$3.00 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

$3.99

Remove          −   1   +



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                         $7.71

+ Add new payment                          Edit payment

**one**

onepay   $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $7.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                         $3.99
Seller shipping                                               $3.00
**Estimated taxes**                                           $0.72

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.29 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

$1.00     $2.00     $5.00

**Estimated total**                                           $7.71

Have a promo code?                                            ⌄

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 43 of 686 PageID #:950

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



FRAM Built for tough drives Sponsored

VRELL

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

$2.09

Price when purchased online

Buy now

Add to cart

Actual Color: Purple

$2.09

How do you want your item?

Shipping
Arrives Oct 4
$3.99

Pickup
Not available

Delivery
Not available

Delivery to 3200 N Lake Shore Dr

Sold and shipped by FANX

10 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored
$10.08
Zone Tech Vehicle Light Green Hanging Dice for Car, Mirror Fuzzy Soft Plush Decorative 3" - a Pair GA35
27
2-day shipping
+ Add

+2 View all

Best seller
+ Add
$4.47 $4.47/in
Bling Ring Auto Interior Jewelry Applies to Most Vehicle Interiors - 3 Pack

+ Add
$15.97
Auto Drive Black 12-Volt 6" Car Clip-on or Dash Mount Fan

Best seller
+ Add
Now $19.98 $24.99
Angel View Wide Angle Rearview Mirror, Fits Most Car

★★★★☆ 87                          ★★★★☆ 310                         ★★★☆☆ 214
Save with W+                      Save with W+                      Save with W+

Pickup **today**                  Shipping, arrives in **2 days**   Shipping, arrives in **2 days**
Delivery **today**
Shipping, arrives in **3+ days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your of your attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Christmas Clearance
- Christmas Clearance
- Christmas Clearance

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.    See our disclaimer

### Specifications

**Color**
Purple

**Assembled Product Weight**
0.11 lb

**Brand**
VRELL

**Manufacturer Part Number**
Christmas Clearance

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

▪️ **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

Walmart
Timeless style for him

Sponsored ⓘ





**$7.30** +$3.00 shipping    ●●●● +7
QNFEPKG Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant
Shipping, arrives in **3+ days**

**$8.79** +$2.99 shipping
Funny Acrylic Animal Decoration Pendant Creative 2D Outdoor Decorative Accessories Garden Decoration P
Shipping, arrives in **3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires / Automotive Replacement Parts / Replacement Auto Parts



### Shipping, arrives by Fri, Oct 4

Michael Boldt                                                           Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**                                    Edit

Apartment

**Items details**                                                   Hide details

**Arrives by Fri, Oct 4**                                              1 item

Sold and shipped by FANX
$3.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

**$2.09**

Remove          –    1    +



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 1950                                                  $6.70

+ Add new payment                                              Change payment

one

onepay   $15 cash back when you spend $15+                          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $6.70**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                 $2.09
Seller shipping                                                       $3.99
**Estimated taxes**                                                   $0.62

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.30 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00    $2.00    $5.00

**Estimated total**                                                   $6.70

Have a promo code?                                                      ⌄

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 48 of 686 PageID #:955

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Lee Redefine your wardrobe

FWOVF

**Clearance!FWOVF Hanging Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

See more seller options

**Actual Color:** Purple

See more seller options

Add to list | Add to reg

**More seller options (1)**

Starting from $5.87 Compare all sellers

Sponsored

$9.90

Elinkume Pendant Lighting, Adjustable Ceiling Light, Pendant Lights Fixture for Kitchen Home Decor

2-day shipping

+ Add

+ Add

$89.00

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

+ Add

$24.99

Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White

+ Add

$85.00

110V LED Ceiling Light Mod
Dimmable Living Room Fixt

## About this item

Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

**Features:**

**1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of ele to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection br**

### More seller options

Clearance!FWOVF Hanging Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping to Chicago, 60602

**$5.87**

One-time purchase

Shipping ($2.99), **arrives by Fri, Sep 20** to 1 N La Salle St

Sold and shipped by **shenzhenshinanchengdi**

View seller information

**Free 30-day returns** Details

Add to cart

variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a r Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty and beauty by purchasing our new acrylic pendant collection, giving your hom pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic elegance and refinement. Product Description:

**Product Specifications:**
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Durable Material
- Easy to Care
- Room Decor Aesthetic
- Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- We provide 100% Customer Satisfaction, message will respond within 9386 hours, Any problems will be handled properly.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

## Specifications

**Size**
AS SHOW

**Brand**
FWOVF

## Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

one
Debit with rewards

---

### More seller options



Clearance!FWOVF Hanging Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping to Chicago, 60602

**$5.87**
One-time purchase

Shipping ($2.99), **arrives by Fri, Sep 20** to 1 N La Salle St

🏠 Sold and shipped by  **shenzhenshinanchengdi**

View seller information

↩ Free 30-day returns

---

Clearance

Now **$3.43** $5.73 +$4.99 shipping
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives **in 3+ days**

Clearance

Now **$5.89** $17.90 +$1.99 shipping
Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift
Shipping, arrives **in 3+ days**

---

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home | Decor | Lighting & Light Fixtures | Ceiling Fixtures



**Shipping, arrives by Fri, Sep 20**

Steven kal                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**          Add

Add access codes or other necessary information.

**Items details**                            Hide details

**Arrives by Fri, Sep 20**                   1 item

Sold and shipped by shenzhenshinanchengdi
$2.99 seller shipping fee

Clearance!FWOVF Hanging Decor,Dream Pendant
Car Decorative Pendant Acrylic Flat Pendant
Actual Color: Purple

**$5.87**

Remove        —   1   +



**Place order for $9.77**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                        $5.87
Seller shipping                              $2.99
**Estimated taxes**                          $0.91

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.23 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00    $2.00    $5.00

**Estimated total**                          $9.77

Have a promo code?                           ⌄



**Payment method**

ℹ️ **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                        $9.77

+ Add new payment                            Edit payment

one

onepay  $15 cash back when you spend $15+   Sign up

💳 Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Electricseller

**Electricseller Pendant Garden Decoration in Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

**$4.09**

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

Purple
$4.09

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| **Shipping** Arrives Oct 18 $1.99 | Pickup Not available | Delivery Not available |

**1 N LA SALLE ST** Change

Arrives by **Fri, Oct 18** | More options

Shipping fee $1.99

Sold and shipped by **Electricseller**

★★★★★ 6 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored

Now $13.75 ~~$20.24~~

6-inch christmas red beaded berry wreath candlering candle ring ornament

2-day shipping

+ Add

Clearance

Options

+2

Options

+2 options

Options

+8 options

**Now $4.49** $6.99
More options from $2.99
Holloviver 2024 Chicken Ornament Christmas Tree Decoration Acrylic Materia Farmhouse Decor, Christmas Tree Decoration Flat Pendant 3.15 Inches
★★★★☆ 41
Shipping, arrives **in 3+ days**

$6.99
Options from $6.99 - $9.61
24pcs Grinch Christmas Ornaments for Tree Decorations Christmas Ornaments Resin Miniatures for Craft Christmas Decor
★★★☆☆ 117
Shipping, arrives **in 3+ days**

$1.13 +$4.99 shipping
Bouanq Christmas Decorations Xmas Tree Decor Christmas Hanging Ornament Christmas Tree Christmas Tree Orn
Shipping, arrives **in 3+ days**







$99.00
Avec Cerise Collection Luxe Brushed Gold Pendant Light
★★★★★ 22
2-day shipping

$25.97 $109/kg
Better Homes & Gardens 55" Adjustable Architectural Single Head Pendant Light, White Finish
★★★★★ 59
2-day shipping

$22.87
Better Homes & Gardens 126" Architectural Bare Pendant, Satin Nickel Metal Base Adjustable Cord
★★★★☆ 28
Pickup | Delivery | 3+ day shipping

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalised artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- MULTIFUNCTIONAL DECORATIONS:Suitable for placement on an indoor table or outdoor grass, these adorable decorations are a whimsical addition to any home or garden setting and are sure to bring pleasure wherever they go.
- BEAUTIFUL DECORATION: They have an elegant holiday look and show fantastic styling when you use them as decorations. Lovely decoration for any special occasion except Christmas, New Year's party.
- ADD A SENSE OF AMBIENCE: This is a great in addition to enhancing the ambiance while keeping any room in your home. Our beautiful decorations provide great home décor for the interior.
- UNIQUE GIFT: It's a unique gift, whether it's for yourself, your kids or neighbors, this decoration is a great choice for you.
- WIDELY USED:Can be used as party, nursery, christening, holiday celebration decorations, photography backdrops, dessert table decorations, cake decorations or refrigerator stickers. Suitable for placing in children's bedrooms, also suitable for decorating parties, weddings and so on.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Multi-Function

**Brand**
Electricseller

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Pendant Garden Decoration

More details

### Directions

**Fabric Care Instructions**
Easy to Clean

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance



**Now $4.56** $5.12 +$2.00 shipping

IBaodan Home Decor Clearance sale Housewarming Gift Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**



$7.60 +$3.99 shipping

2025 New home decor on clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**



$2.98 +$2.99 shipping

DMDUOU Acrylic Pendant,Elegant Acrylic Dream Pen Design for Hanging Art, Versatile Interior Accent & Du

Shipping, arrives **in 3+ days**

**Report:** Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Holiday Decor / Christmas Decor / Christmas Tree Decorations / Shop All Christmas Tree Decorations



**Shipping, arrives by Thu, Oct 17**

steven howard                                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                             Edit

House

**Items details**                                                Hide details

**Arrives by Thu, Oct 17**                                       1 item

Sold and shipped by Electricseller
$1.99 seller shipping fee

Electricseller Pendant Garden Decoration in
Clearance Dream Pendant Car Decorative Penda...
Actual Color: Purple

**$4.09**

Remove        −    1    +

**Place order for $6.70**

By placing this order, you agree to our Privacy Policy and Terms of Use.

| | |
|---|---|
| Subtotal (1 item) | $4.09 |
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.62 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.30 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                                              $6.70

Have a promo code?                                               ⌄



🗀 **Payment method**

💵  **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                                          $6.70

+ Add new payment                                   [ Change payment ]



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the
preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data
rates may apply. By continuing, you agree to our Mobile Alert Terms.

YULANBI

**2025 New home decor on clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns ⓘ

**$7.60**
Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

| Purple |
|--------|
| $7.60 |

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives Oct 18 | Not available | Not available |
| $3.99 | | |

**1 N LA SALLE ST**   Change

Arrives by **Fri, Oct 18** | More options

Shipping fee $3.99

Sold and shipped by **YULANBI**

★★★★★ 5 seller reviews

View seller information

Free 30-day returns   Details

♡ Add to list          🎁 Add to registry



Reduced price

Sponsored
Now **$10.99** $15.99
Tied Ribbons Ganesh Statue Sculpture for Car Dashboard Home Temple Decor | 2"x 2.3" | Resin
2-day shipping

+ Add

Clearance

Options

Best seller

+ Add

+ Add



**Now $3.39** $10.81 +$4.90 shipping
More options from $1.24

Yubnlvae Hangs Color Acrylic Sunshade Ukrainian Color Acrylic Color Acrylic Window Decoration Hanging Ornament, Christmas Decorations

⭐ 1

Shipping, arrives **in 3+ days**



$13.99

6 Pack Round Metal Floral Wire Wreath Frame 12 inch Ring for Christmas New Year Home Decoration

⭐⭐⭐⭐⭐ 25

Save with W+

Shipping, arrives **in 2 days**



$4.99 +$5.00 shipping

DIY Handmade Dream Catcher Fairy String Decoration

Shipping, arrives **in 3+ days**

---

$22.87

Better Homes & Gardens 126" Architectural Bare Pendant, Satin Nickel Metal Base Adjustable Cord

⭐⭐⭐⭐ 28

Pickup | Delivery | 3+ day shipping

**Best seller**

+ Add

$27.97

Better Homes & Gardens 12" Architectural Woven Pendant Light, Natural Rattan Shade

⭐⭐⭐⭐⭐ 55

2-day shipping

+ Add

$25.97 $17.09/kg

Better Homes & Gardens 55" Adjustable Architectural Single Head Pendant Light, White Finish

⭐⭐⭐⭐⭐ 59

2-day shipping

+ Add

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

**Features:**
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or of fice, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and. 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- clearance under $15
- Online service within 48 hours
- Create a warm ambiance: our decorative products can create a warm ambiance. Make your home full of happiness and warmth.
- Ideas and happiness coexist: our decorative products are not beautiful, but also add a sense of happiness and freshness to life, so that the daily home life more colourful.
- Enhance home beauty: our home decoration in the design of the beauty effect, shape design, and other considerations, you can make your home new home life and vitality.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Brand**
YIJLANBI

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Home Decor

**Color**
Purple

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Clearance





$2.98 +$2.99 shipping

DMDUOU Acrylic Pendant,Elegant Acrylic Dream Pendant,Stylish Home Décor & Gift Idea, Flat Design for Hanging Art, Versatile Interior Accent & Durable Craftsmanship Purple

Shipping, arrives **in 3+ days**

Now **$1.69** $1.99 +$4.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance

Shipping, arrives **in 3+ days**

$2.80 +$3.99 shipping

Yishangbing Dream Pendant Car Decorative Pendant A Kitchen Appliances

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Thu, Oct 17**

steven howard                                                          Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                    Edit

House

**Items details**                                                    Hide details

**Arrives by Thu, Oct 17**                                              1 item

Sold and shipped by YULANBI
$3.99 seller shipping fee

2025 New home decor on clearance Dream
Pendant Car Decorative Pendant Acrylic Flat...
Actual Color: Purple

$7.60

Remove          −    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                                              $12.78

+ Add new payment                                    Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

---



**Place order for $12.78**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $7.60 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $1.19 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.22 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                               $12.78

Have a promo code?                                               ⌄



TASTY Be on the cutting edge
Sponsored

USUPDD

## USUPDD Cute Car Accessories (Purple), Car Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free shipping  Free 30-day returns

**$4.39**

Price when purchased online

Buy now

Add to cart

**How do you want your item?**

| Shipping<br>Arrives Oct 2<br>Free | Pickup<br>Not available | Delivery<br>Not available |
|---|---|---|

Delivery to 1 N La Salle St

Sold and shipped by **UsDCYM**

★★★★★ 1 seller review

View seller information

**Free 30-day returns** Details

Add to list    Add to registry

Sponsored
**$179.99**
UEEYAC Modern Home Dining Room Decor Rattan Pendant Light Handmade Hanging Lampshade
3+ day shipping
+ Add

Options

+2 options

**$9.99**
Costyle USB Car Accessories Interior Atmosphere Star Sky Lamp Ambient Night Light, Purple
Shipping, arrives **in 3+ days**

Clearance

+ Add

**Now $2.83** $3.18 +$3.97 shipping
Waterproof LED Light Strip 12V Car Decorative White
Shipping, arrives **in 3+ days**

Best seller

+ Add

**$4.97** 49.7 ¢/count
Auto Drive Translucent & Durable RV Awning Hooks 10
★★★★☆ 25
Save with W+
Shipping, arrives **in 3+ days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

[ ]

- USUPDD Cute Car Accessories (Purple), Car Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Unique design, the cute pendant will shake gently when the car is moving. Very interesting. Fashionable and cute, it is a good thing to decorate cars and houses.
- Perfect for hanging car rearview mirrors, a beautiful decorative piece in your home or car.
- It is small and exquisite, and will not affect the driving sight. The main part should not be too long to avoid collision with the glass when braking, and it shakes slightly when driving, which can well reduce the driver's visual fatigue.
- Even if life gets in your way, be brave and keep going. Car pendants are a kind of culture, carrying some blessings and expectations, reflecting the personality and aesthetics of the car owner, and coordinating with the interior decoration.

⚘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple 9L9

**Brand**
USUPDD

### Directions

**Fabric Care Instructions**
USUPDD Cute Car Accessories (Purple), Car Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

leap
It Starts with Reading

Sponsored ⓘ



**Options**

$6.99 +$2.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant Stained Glass Birds on A Wire Window Panel Gamer

Shipping, arrives in 3+ days



**Options**

$8.99

DUAONETS Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives in 3+ days



**+ Add**

$1.99 +$190 shipping

Teissuly Dream Pendant Car Decorative Pendant Acryli

Shipping, arrives in 3+ days

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



🚚 **Free shipping, arrives by Wed, Oct 2**

Steven kal                                                          Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                 Add

Add access codes or other necessary information.

**Items details**                                                Hide details

**Arrives by Wed, Oct 2**                                          1 item

Sold and shipped by UsDCYM
Free shipping

USUPDD Cute Car Accessories (Purple), Car
Decor Dream Pendant Car Decorative Pendant...

**$4.39**

Remove          ⊖   1   ⊕



**Place order for $4.84**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                                  $4.39
Shipping                                                            Free
**Estimated taxes**                                                $0.45

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.16 donation?

  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

  [$1.00]      [$2.00]      [$5.00]

**Estimated total**                                              **$4.84**

Have a promo code?                                                    ⌄



💳 **Payment method**

🪙 **We'll look for smart ways to pay**
   We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                              $4.84

+ Add new payment                                          [Edit payment]

⑤ one

onepay  $15 cash back when you spend $15+        [Sign up]

💳 Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 67 of 686 PageID #:974

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:20

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 68 of 686 PageID #:975

SHIMELE Car Decorative Pendant, Dreamcatcher Pendant, Acrylic Flat Hanging Ornament, Auto Rearview Mirror Decoration - Walmart.com

SHIMELE

**SHIMELE Car Decorative Pendant, Dreamcatcher Pendant, Acrylic Flat Hanging Ornament, Auto Rearview Mirror Decoration**

★ (No ratings yet)

↻ Free 30-day returns

**$0.77**
Price when purchased online ⓘ

Buy now

Add to cart

Size: 3.15" x 3.15" x 0.15"

| 3.15" x 3.15" x 0.15"
$0.77 |

Actual Color: Purple

**How do you want your item?**

| 🚚 Shipping
Arrives Oct 17
$4.99 | 🚗 Pickup
Not available | 🏬 Delivery
Not available |

Delivery to **1 N LA SALLE ST**

🏪 Sold and shipped by SHIMELE | ✓ Pro Seller ⓘ

★★★★☆ 5 seller reviews
View seller information

↻ Free 30-day returns  Details

♡ Add to list                    🏷 Add to registry



2024/9/30 17:20

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 69 of 686 PageID #:976

SHIMELE Car Decorative Pendant, Dreamcatcher Pendant,Acrylic Flat Hanging Ornament, Auto Rearview Mirror Decoration - Walmart.com

## About this item

### Product details

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor.

- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic .

- 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- High-quality material with good durability, able to withstand daily use and long time wear and tear.
- Comfortable and pleasant to use experience, giving you a kind and warm feeling.
- Wide range of uses to meet your needs and lifestyle.
- Aesthetically pleasing and complements your home style, enhances the visual effect of the space and creates a cosy and welcoming atmosphere.
- Good quality and inexpensive, perfect for gifting to friends and family.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
SHIMELE

**Assembled Product Weight**
0.11 lb

**Manufacturer**
SHIMELE Home

**Manufacturer Part Number**
SHIMELE Home & Decoration

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

---

Clearance

+ Add
Now $5.38 $6.52 +$1.99 shipping

Clearance

+ Add
Now $2.42 $2.69 +$1.99 shipping

Clearance

+ Add
Now $0.99 $2.99 +$4.99 shipping

2024/9/30 17:20
SHIMELE Car Decorative Pendant, Dreamcatcher Pendant Acrylic Flat Hanging Ornament, Auto Rearview Mirror Decoration - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 70 of 686 PageID #:977

Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings(Purple)

Shipping, arrives **in 3+ days**

AOMXGD Dream Pendant Car Decorative Pendant Ac
Purple

Shipping, arrives **in 3+ days**

**Report:**     ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

Tesla Fenders

Tesla Sun Visor

Tesla Grilles

Tesla Interior Lights

Tesla License Plate Frames

Party & Occasions  /  Christmas Trees & Christmas Decor  /  Christmas Decor  /  Indoor Christmas Decor  /  Christmas Ornaments  /  Character Ornaments

2024/9/30 17:21

Review your order - Walmart.com



**Shipping, arrives by Wed, Oct 16**

steven howard                                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                             Edit

House

**Items details**                                                Hide details

**Arrives by Wed, Oct 16**                                       1 item

Sold and shipped by SHIMELE | ✓ **Pro Seller** ⓘ

$4.99 seller shipping fee

SHIMELE Car Decorative Pendant, Dreamcatcher Pendant, Acrylic Flat Hanging Ornament, Auto...
Size: 3.15x3.15x0.15in, Actual Color: Purple

**$0.77**

Remove        −  1  +



**Payment method**

We'll look for smart ways to pay

We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                                          $6.35

+ Add new payment                    Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Text updates for this order**

☐ Send to (xxx) xxx-5923

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Place order for $6.35

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                        $0.77
Seller shipping                              $4.99
**Estimated taxes**                          $0.59

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.65 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)**

$1.00     $2.00     $5.00

**Estimated total**                          $6.35

Have a promo code?                           ⌄

Review Your Order - Walmart.com



Comfort & confidence
Sponsored

PeiBaiShun

**PeiBai Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free shipping   Free 30-day returns

**$6.64**

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

$6.64

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 5 Free | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **PeiBaiShun**

View seller information

**Free 30-day returns** Details

Add to list   Add to registry

Sponsored

**$79.97**

Jessica Galbreth Mauve Dream Fairy Sterling Silver Pendant Peter Stone Jewelry

3+ day shipping

Reduced price

Sponsored

Now $19.00 ~~$104.00~~

Options from $19.00 – $22.00

Best seller

**$5.01**

14K Herringbone Flat Necklace 20"

115

**$4.64**

4 Piece Silver Tone Multi Chain Necklaces

25

9/19/24, 3:22 PM                        PeiBai Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

JeenMata Gift multipack 6 pc Women Necklace Pendant Jewelry Gift, Choker, Snake Chain, Curb                        Shipping, arrives in 3+ days                        Save with W+
Link, Trendy Layered Necklace, Adjustable Necklace Gift Set for Women
★★★★☆ (10)                                                                                                                                              Shipping, arrives in 3+ days
Save with W+

## About this item

### Product details                                                                                                                                                              ⌃

## Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized .
- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Good quality: The product comes from a good manufacturer and has good quality
- Fair price: The product is of good quality and affordable price
- Service Guarantee: We will answer your questions as soon as possible and issue a refund as soon as there are any quality issues with the product

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                                                                                                                                              ⌃

**Gender**
Unisex

**Brand**
PeiBaiShun

**Material**
Acrylic

**Age Group**
Adult, Teen

### Warranty                                                                                                                                                              ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

---

**This item does not have any reviews yet**

| | | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |



Build the galaxy

Sponsored ⓘ

Reduced price







**Now $3.60** $5.20 +$2.60 shipping

$2.00 +$4.99 shipping

$5.98 +$1.89 shipping

Artificial Holly Garland Outdoor Decorated Christmas Garland Pie Beads Chain Beads for Vases Antique Stained Glass Window Panel Funny Acrylic Animal Decoration Pendant Creative 2D

NGHnuifg Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Lovebird Eggs Hanging Teardrop Glass Stained Glass

ZAROYEAX Funny Acrylic Animal Decoration Pendant Indoor and Outdoor Decorative Accessories Garden D...

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Jewelry / Womens Jewelry & Watches / Womens Jewelry / Womens Necklaces / Fashion Necklaces & Pendants



**Place order for $7.32**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $6.64 |
| Shipping | Free |
| **Estimated taxes** | $0.68 |

☐ Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.68 donation? ⓘ

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife Foundation (NFWF)** ⓘ

| $1.00 | $2.00 | $5.00 |
|---|---|---|

| **Estimated total** | **$7.32** |
|---|---|

Have a promo code? ⌄



🚚 Free shipping, arrives by Sat, Oct 5

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions** (optional)                          Add

Add access codes or other necessary information.

**Items details**                                          Hide details

**Arrives by Sat, Oct 5**                                      1 item

Sold and shipped by PeiBaiShun
Free shipping

PeiBai Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Actual Color: Purple

**$6.64**

Remove          ⊖   1   ⊕



💳 **Payment method**

ℹ️ **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                          $7.32

+ Add new payment                                      Edit payment

🔵 **one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 77 of 686 PageID #:984

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/24/24, 2:25 PM
YFKFYTG Clearance Sales Today Deals Prime Home Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 78 of 686 PageID #:985

TASTE Cook with Clean Ceramic™

Sponsored

Clearance

YFKFYTG

**YFKFYTG Clearance Sales Today Deals Prime Home Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

**Now $2.99** $3.39 ⓘ
You save $0.40
Price when purchased online ⓘ

| Buy now |
|---------|

| Add to cart |
|-------------|

**How do you want your item?**

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives Oct 9 | Not available | Not available |
| $2.99 | | |

Delivery to **3200 N Lake Shore Dr**

Sold and shipped by **DDGXJGI**
★★★★★ 4 seller reviews
View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored
**$59.00**
Elk Home 12-Inch Wide Star Pendant, Traditional, Oil Rubbed Bronze
3+ day shipping

| + Add |
|-------|




**$85.96**
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US
Shipping, arrives in 3+ days

| + Add |
|-------|


**$66.00**
Indoor Modern LED Round Acrylic Ceiling Lamp Warm Light Personality Bedroom Modern LED Round Ceiling Lamp Warm Light Living Room Acrylic Lighting Fixture Round Ceiling Light Acrylic LED Pedant Lamp
★★★☆☆
Shipping, arrives in 3+ days



| + Add |
|-------|


**$61.00**
Miumaeov Modern Rectangle Ceiling Light Fixture Acr Bedroom Living Room Decoration
Shipping, arrives in 3+ days

| + Add |
|-------|

9/24/24, 2:25 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 79 of 686 PageID #:986

YFKFYTG Clearance Sales Today Deals Prime Home Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- YFKFYTG Clearance Sales Today Deals Prime Home Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Please be free to contact us if you have any questions, we promise that we will give you all satisfied solution.By the way, please check with our item description very carefully, for saving you time and get exactly what you want, thank you and enjoy your shopping.
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic .
- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Brand**
YFKFYTG

### Directions

**Fabric Care Instructions**
Hand Wash

### Warranty

**Warranty information**
Please be free to contact us if you have any questions, we promise that we will give you all satisfied solution. By the way, please check with our item description very carefully, for saving you time and get exactly what you want, thank you and enjoy your shopping.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

### This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ



Options

+3 options

$8.29 +$2.00 shipping

DssFDGR Funny Acrylic Animal Decoration Pendant Novel 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant Washable



+ Add

$2.09 +$3.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days

Options

+2 options

$6.89

GARENAS Car Decor Funny Acrylic Animal Decoration Outdoor Decorative Accessories Garden Decoration P

**Report:** ⓘ Report seller ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



### Shipping, arrives by Wed, Oct 9

Michael Boldt                                                          Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**                                  Edit

Apartment

#### Items details                                              Hide details

**Arrives by Wed, Oct 9**                                          1 item

Sold and shipped by DDGXJGI
$2.99 seller shipping fee

YFKFYTG Clearance Sales Today Deals Prime
Home Decor,Dream Pendant Car Decorative...

$0.40 from savings

**$2.99**
~~$3.39~~

Remove          −   1   +



You're saving **$0.40** today!

**Place order for $6.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                              ~~$3.39~~
Savings                                            **-$0.40**
                                                   $2.99

Seller shipping                                    $2.99
**Estimated taxes**                                $0.61

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.41 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                                $6.59

Have a promo code?                                    ⌄



### Payment method

🔵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 1950                              $6.59

+ Add new payment                          [ Change payment ]

Ⓢ **one**

onepay  $15 cash back when you spend $15+      [ Sign up ]

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 82 of 686 PageID #:989

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



DIFFERIN Take control of your skin Sponsored

Anckoeil

**Big Savings! Anckoeil Home Decoration Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

$3.69

Price when purchased online

Buy now

Add to cart

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 13 $1.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **Anckoeil Fashion Home**

1 seller review

View seller information

**Free 30-day returns** Details

Add to list Add to registry

Sponsored

$20.37

Better Homes & Gardens 57" Architectural Pendant Light, Adjustable Cord, G40 LED Decorative bulb

45

2-day shipping

+ Add

+3 View all

Options

$7.99 +$0.99 shipping

AaSFJEG Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Gift Pendant For Party Decoration The Pendant Gift 2024

Shipping, arrives **in 3+ days**

+ Add

$12.49

Maxpert Weekly Pill Organizer Case - 7 Day AM PM Push Button Pill Planner - Easy Open Arthritis Friendly Medicine Organizer - Large Pill Case for Medication, Vitamins, Fish Oil, Supplements

3

Shipping, arrives **in 3+ days**

+ Add

$14.99

MEDca 7 Day AM PM Pill Organizer Large Painfully Pla

Shipping, arrives **in 3+ days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- VIBRANT VISUAL BALANCE: These home decorations are colorful and various, which can create a beautiful visual balance for your living space.
- EXQUISITE CRAFTSMANSHIP: Our decorations are crafted with exquisite craftsmanship and delicate appearance, which can add some artistic flavor to your home.
- Material: our home decorations are made of high quality materials, safe and reliable, you can rest assured to buy.
- BEST GIFT: These decorations are of high quality and low price, which is the best gift for your family, friends and children, or as a housewarming gift for your friends.
- If you have any questions about the products, please do not hesitate to contact us!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Size**
Free Size

**Brand**
Anckoel

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠️ **WARNING:** None



$89.00

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

Shipping, arrives **in 3+ days**

$7.99 · $1.98 shipping

lju7gthy 4th of July Indoor Sun Acrylic Pendant Light Refraction Home Decor Pendant Fun Gift For Window Decoration

Shipping, arrives **in 3+ days**



Clearance

Now $14.19 $15.79 · $6.90 shipping

Ynlkcrvg Ornaments Clearance, Lampshade Home Han Home Decor Home Decor

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

Write a review

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Celebrate with easy meals

Sponsored ⓘ

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



Shipping, arrives by Fri, Sep 13

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

**Delivery instructions (optional)**                    Add

Add access codes or other necessary information.

**Items details**                              Hide details

Arrives by Fri, Sep 13                              1 item

Sold and shipped by Anckoeil Fashion Home
$1.99 seller shipping fee

Big Savings! Anckoeil Home Decoration Dream
Pendant Car Decorative Pendant Acrylic Flat...

**$3.69**

Remove          −    1    +



**Place order for $6.26**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                              $3.69
Seller shipping                                    $1.99
**Estimated taxes**                                $0.58

**Estimated total**                                $6.26

Have a promo code?                                  ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                              $6.26

+ Add new payment                    Edit payment

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 87 of 686 PageID #:994

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Yishangzhng

**Yishangzhng Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Room Decor for Men, Kitchen Appliances**

Free 30-day returns ⓘ

**$2.80**
Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

Purple
$2.80

How you'll get this item:



| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 16 | Not available | Not available |
| $3.99 | | |

**1 N LA SALLE ST** Change

Arrives by **Wed, Oct 16** | More options

Shipping fee $3.99

Sold and shipped by Yishangzhng

★★★★★ 1 seller review

View seller information

Free 30-day returns | Details

Add to list        Add to registry

Sponsored
$17.58
DIY Diamond Pendant, Diamond Art Painting Butterfly Acrylic Home Decoration Pendant (Single-Sided Diamond)-SS003
3+ day shipping

+ Add

View all

Best seller

+ Add        + Add        + Add

Sponsored

| $10.99 | $11.99 | $24.99 +$5.99 shipping |
|---|---|---|
| Likegreen Sustain Pedal for Pianos Electronic Keyboard Universal Design Black SP-1 | Unique Bargains Pair Black Rubber Nonslip Motorcycle Front Left Right Brake Pedal Cover for CG | Nektar NP-2 Universal Metal Footswitch Pedal |
| ★★★★★ 2 | Shipping, arrives in 3+ days | Shipping, arrives in 3+ days |
| Save with W+ | | |
| Shipping, arrives in 2 days | | |

## About this item

### Product details

## Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.

- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized .

- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Yishangzhng Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Room Decor for Men, Kitchen Appliances
- Quality Without Worry: Made with safe quality assurance, you will get full satisfaction from this order.
- Forward-Thinking: Innovation is the power that drives us forward. Contemporary design that exemplifies value and quality.
- Affordable Price: Although the product does not have fancy performance, it has the necessary features and is affordable.
- Refund Promise: Your smile is the greatest affirmation to us. If you found anything dissatisfied with the item please contact us for full refund.
- for the home;home essential;home products;apartment essential;home accessories;apartment essential for new apartment;home items;essential for new home;household essential for new home;new home essential must haves;house items for new home;house items;small apartment essential;must have home essential;house essential;home organizer
- new home needs;apartment organization;apartment must haves;home thing;house essential for new home;apartment accessories;new home must haves;home organizers;things for home;house accessories for home;home organization;apartment organization must haves;home necessities;house essential must haves;house essential;home organization and storage;apartment stuff;home storage and organization
- household essential;house necessities;household items for new home;kitchen needs for new home;new apartment essential;home essential for new home;must haves for home;house gadgets;modern home essential;house needs;home organizers and storage;home supplies;first home essential;housing essential;stuff for apartment;apartments essential;home organizing

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information







| $14.23 | $14.47 | $12.73 |
|---|---|---|
| DIY Diamond Pendant Diamond Art Painting Cardinal Bird Creative Design Acrylic Hollow Home Decoration Pendant (Single Side Diamond) | Moon Dream Catchers with Crystal Tree of Life Dream Catcher Pendant Garden Sun Catcher Hanging Decoration Gift for Girls,Boys, Kids | DIY Diamond Pendant Diamond Art Painting Cardinal Bird Creative Design Acrylic Hollow Home Decoration Pendant (Single Side Diamond) |
| 3+ day shipping | 3+ day shipping | 3+ day shipping |

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



**$1.81** +$3.99 shipping

YuXinYang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room Decor

Shipping, arrives **in 3+ days**

Clearance



**Now $4.56** $5.12 · +$2.00 shipping

IBaodan Home Decor Clearance sale Housewarming Gift Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Clearance



**Now $1.29** $1.49 · +$4.99 shipping

PNNJI Room Decor - Dream Pendant Car Decorative Decorations for Home Clearance(Z)

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Tue, Oct 15**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**                                    Edit

House

**Items details**                                                       Hide details

**Arrives by Tue, Oct 15**                                              1 item

Sold and shipped by Yishangzhng
$3.99 seller shipping fee

Yishangzhng Dream Pendant Car Decorative
Pendant Acrylic Flat Pendant, Room Decor for...
Actual Color: Purple

**$2.80**

Remove       [ − ]  1  [ + ]

**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                                                 $7.49

+ Add new payment                                        Change payment



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

---



**Place order for $7.49**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $2.80 |
|---|---|
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.70 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.51 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                          **$7.49**

Have a promo code?                                               ⌄

Clearance

Rwvbm

**Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings(Purple)**

(No ratings yet)

Free 30-day returns

**Now $2.42** ~~$2.69~~

You save $0.27

Price when purchased online

Buy now

Add to cart

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 17 $1.99 | Not available | Not available |

Delivery to 1 N LA SALLE ST

Sold and shipped by **WKWeiS**

80 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

In 50+ people's carts

**$4.47** $4.47/in

Bling Ring Auto Interior Jewelry Applies to Most Vehicle Interiors - 3 Pack

87

Save with W+

Pickup today
Delivery today
Shipping, arrives in 3+ days

+1

**$9.41**

More options from $5.82

SPRING PARK 2Pcs Shiny Rhinestones Car Vehicle Interior Door Lock Knob Pull Pins Decoration

Shipping, arrives in 3+ days

Reduced price

**Now $6.09** ~~$9.09~~ +$3.00 shipping

Hloma 2Pcs Shiny Rhinestones Car Vehicle Interior Do

Shipping, arrives in 3+ days

**About this item**



2024/9/30 17:10    Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road,Hanging Ornaments Sale Savings| apply | Walmart.com

## Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

**Features:**

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding an elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings
- ✦ ✦ ✦ ✦ ✦Our product philosophy: Let you buy with confidence, use with joy, and serve your life and home with high quality!
-    Stylish & Functional Design: Crafted with a perfect blend of elegance and practicality, this home product seamlessly integrates into any American household. Making it a must-have for modern living.
-    Versatile Use: Whether you're looking to spruce up your living room, bedroom, or office, this versatile piece fits right in. Offering multiple uses and configurations to suit your lifestyle and preferences.
- 🎁🎁🎁The most suitable gift to give to your beloved TA is to express your love. TA will definitely love this gift and create a festive atmosphere. It is the best choice.
- $ $ $ Limited-Time Promotion Deals: Premium quality, unbeatable sale savings clearance on home upgrades. Act fast!
- ☻☻☻Customers rest assured is our purpose, after the purchase, there is a problem at any time to contact us~

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Color**

Purple,Free Size

**Brand**

Rwvbm

**Manufacturer Part Number**

HANGINGORNAMENTS

## Directions

**Fabric Care Instructions**

Hand washing or machine washing. Can be dried, not bleached. When washing brightly colored clothes for the first time, it is recommended to add a small amount of salt to water for 30 minutes, which can effectively prevent the clothes from fading.

## Warranty

**Warranty information**

Please be free to contact us if you have any questions, we promise that we will give you all satisfied solution. By the way, please check with our item description very carefully, for saving you time and get exactly what you want, thank you and enjoy your shopping. product problems. We will be happy to solve the problem for you and avoid unnecessary refund processes. We are committed to ensuring your satisfaction, thank you for your support and trust!

...

More details

## Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

| | | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |
| --- | --- | --- |

Clearance



Now **$0.99** ~~$2.99~~ +$4.99 shipping

AOMXGD Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Home Decor on Clearance, Purple

Shipping, arrives **in 3+ days**



**$3.37** +$1.89 shipping

Cevemin Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Car Hanging Ornament for DIY Crafting

Shipping, arrives **in 3+ days**



**$6.59** +$0.99 shipping

Keeplus Dream Pendant Car Decorative Pendant Acryl Home Decoration

Shipping, arrives **in 3+ days**

2024/9/30 17:10

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 95 of 686 PageID #:1002

Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road-Savings Ornaments Sale Savings| Fapry | - Walmart.com

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires / Automotive Replacement Parts / Replacement Auto Parts



**Shipping, arrives by Wed, Oct 16**

steven howard
1 N LA SALLE ST, Chicago, IL 60602      Edit

**Delivery instructions (optional)**      Edit

House

### Items details      Hide details

**Arrives by Wed, Oct 16**      1 item

Sold and shipped by WKWeiS
$1.99 seller shipping fee

Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat
Charm Accessory for a Touch of Whimsy on the...

$0.27 from savings

**$2.42**
$2.69

Remove    −   1   +

---



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192      $4.86

+ Add new payment      Change payment

---



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---



### Text updates for this order

Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

---



### Place order for $4.86

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)      $2.69
**Savings**      **-$0.27**
     $2.42

Seller shipping      $1.99

**Estimated taxes**      $0.45

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.14 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00    $2.00    $5.00

**Estimated total**      $4.86

Have a promo code?      ⌄

**Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 97 of 686 PageID #:1004**

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



TASTY Be on the cutting edge
Sponsored

LUOzoyuans

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

$3.99

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

Purple
$3.99

How do you want your item?

Shipping
Arrives Oct 3
$3.00

Pickup
Not available

Delivery
Not available

Delivery to 1 N La Salle St

Sold and shipped by **LUOzoyuans**

★★★★★ 3 seller reviews
View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored

$499.99

Crystorama Lighting Group Car-9206 Carlyn 6 Light 24" Wide Pendant - Black

3+ day shipping

+ Add

+ Add

Sponsored

Now $11.99 $15.99

Ceiling Light Fixture with Teardrop Glass Shade Semi Flush Mount Indoor Lighting

Shipping, arrives in 3+ days

+ Add

$24.99

Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White

Shipping, arrives in 3+ days

+ Add

$89.00

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant

Shipping, arrives in 3+ days

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized .
- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with refinement.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

Brand
LUOzoyuans

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ WARNING: None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

It's more than a toy

Sponsored ⓘ



$3.28
Lilixew Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days



$5.33 +$3.99 shipping
kitchen decor Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant



$6.12 +$3.99 shipping
SKBEY Decorated Garland Outdoor Flocked Lambs Ear Wedding Ornament Glass Funny Acrylic Animal Decor

Shipping, arrives **in 3+ days**                    Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Thu, Oct 3**

Steven kal                                                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                                          Add

Add access codes or other necessary information.

**Items details**                                                                    Hide details

**Arrives by Thu, Oct 3**                                                                   1 item

Sold and shipped by LUOzoyuans
$3.00 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

$3.99

Remove        −   1   +



**Place order for $7.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                    $3.99
Seller shipping                                      $3.00
**Estimated taxes**                                  $0.72

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.29 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00      $2.00      $5.00

**Estimated total**                                  $7.71

Have a promo code?                                      ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                 $7.71

+ Add new payment                          Edit payment

**one**

onepay  $15 cash back when you spend $15+         Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/18/24, 4:10 PM
Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Redefine your wardrobe Sponsored

Clearance

DGOO

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

Now $2.24 $2.52

You save $0.28

Price when purchased online

Buy now

Add to cart

Actual Color: Purple

Purple
$2.24

How do you want your item?

Shipping
Arrives Sep 23
$4.99

Pickup
Not available

Delivery
Not available

Delivery to 1 N La Salle St

Sold and shipped by Zelnk

10 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored

$264.00

Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance

3+ day shipping

+ Add

+2 View all

+ Add

+ Add

+ Add

Sponsored

9/5/24, 1:35 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 104 of 686 PageID #:1011
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

| | | |
|---|---|---|
| $24.99 | $139.99 | $89.00 |
| Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White | MELUCEE 5-Light Pendant Light Fixtures Ceiling Hanging Cluster Chandelier Black with Clear Glass Shade | DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US |

## About this item

### Product details ⌃

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Color**
Purple

**Brand**
DGOO

### Warranty ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

▬ **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart+

Gear p & go

Sponsored ⓘ



$6.14
Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift
Shipping, arrives in 3+ days



Clearance
Now $5.10 $6.63 +$150 shipping
Acrylic Garland 99 Ft Christmas Berries Clear Stretch Cord .8mm 50 Ft Hanging Easter Decorations Hat Christmas Ornament Clear Beads Garland Funny Acrylic Animal Decoration Pendant
Shipping, arrives in 3+ days



$7.19
Home Decor Accents Colorful Butterflies Acrylic Decor Decoration Pendant Gift Pendant For Party Decoration
Shipping, arrives in 3+ days

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Mon, Sep 23**

Steven kal                                                          Edit
1 N La Salle St, Chicago, IL 60602

Delivery instructions (optional)                                    Add

Add access codes or other necessary information.

**Items details**                                              Hide details

**Arrives by Mon, Sep 23**                                         1 item

Sold and shipped by Zelnk
$4.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

$0.28 from savings

$2.24
$2.52

Remove          —    1    +



You're saving **$0.28** today!

**Place order for $7.97**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                              $2.52
Savings                                                           -$0.28
                                                                   $2.24
Seller shipping                                                    $4.99
**Estimated taxes**                                                $0.74

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.03 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00      $2.00      $5.00

**Estimated total**                                                $7.97

Have a promo code?                                                   ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                               $7.97

+ Add new payment                                          Edit payment

⊛ one

onepay  $15 cash back when you spend $15+            Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/5/24, 1:36 PM

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Lee Redefine your wardrobe Sponsored

WMIIE

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

**$1.90**

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

Purple
$1.90

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 23 $4.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **yanmin**

1 seller review
View seller information

**Free 30-day returns** Details

Add to list | Add to registry

Sponsored
**$264.00**
Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance
3+ day shipping
+ Add

+ Add

**$24.99**
Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White

+ Add

**$89.00**
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

+ Add

**$5.99** +$3.99 shipping
Light Diffuser Light-transmitting Plate Acrylic Diffuser Ceiling Light Shade Diffuser

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether you want living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Brand**
WMIIE

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

▬ **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

WHITNEY FARMS

Organic gardening

Sponsored ⓘ


Clearance

Now $5.99 $6.99 +$0.98 shipping
Options $5.99 – $6.99
XZZjjl Household Tools Funny Acrylic Animal Decoration Pendant 2D Butterflies Decoration Pendant Indoor and Outdoor Decoration Accessories Garden Decoration Pendant Ornament String
Shipping, arrives in 3+ days


Clearance

Now $3.99 $4.99 +$3.99 shipping
Hangs Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Good Butterfly Pendant Gift
Shipping, arrives in 3+ days


+ Add

$4.99 +$5.00 shipping
Dream Pendant Car Decorative Pendant Acrylic Flat P
Shipping, arrives in 3+ days

**Report:**   ⓘ Report seller      ⚠ Report suspected stolen goods (to CA Attorney General)

Home  |  Decor  |  Lighting & Light Fixtures  |  Ceiling Fixtures



**Shipping, arrives by Mon, Sep 23**

Steven kal                                                          Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                Add

Add access codes or other necessary information.

**Items details**                                                  Hide details

**Arrives by Mon, Sep 23**                                         1 item

Sold and shipped by yanmin
$4.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

$1.90

Remove          −    1    +



**Place order for $7.60**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                              $1.90
Seller shipping                                                    $4.99
**Estimated taxes**                                                $0.71

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.40 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)**

  $1.00        $2.00        $5.00

**Estimated total**                                                $7.60

Have a promo code?                                                 ⌄



**Payment method**

ℹ️ **We'll look for smart ways to pay**
   We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                               $7.60

+ Add new payment                                        Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Redefine your wardrobe

Sponsored

XINDISNusfo

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

## $4.99

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

Purple
$4.99

**How do you want your item?**

Shipping
Arrives Sep 20
$4.99

Pickup
Not available

Delivery
Not available

Delivery to 1 N La Salle St

Sold and shipped by **XINDISNusfo**

8 seller reviews

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Sponsored

**$264.00**

Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance

3+ day shipping

+ Add

**$65.00**

Acrylic Circular Ring LED Dimmable Chandelier Remote Ceiling Light Hanging Lamp

**$89.00**

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

Options

**$8.10** +$1.00 shipping

Ceiling Drapes for Weddings with Lights Electrician Tool Pendant Double Sided Acrylic Decorative Pendant

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your care and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and more to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

XINDISNuxfo

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

$148.00

Luxury Transitional Indoor Pendant, 7"H x 5.125"W, with Modern Style Elements, Contemporary Design, Brushed Bronze Finish and Glass, UHP2309

`3+ day shipping`

$264.00

Luxury New Traditional Pendant, 15.25H x 17.875W, with Traditional Style, Midnight Black, UHP4276 by Urban Ambiance

`3+ day shipping`

$410.92

Contemporary 4-Light Led Pendant with Frosted Acrylic 3.25 X 4.25 inches Pendants Bailey Street Home 79-Bel-2041389

`3+ day shipping`

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.


Celebrate all year-round

Sponsored ⓘ

`Clearance`





+3 options

$6.68

+3 options

$7.66

Now $2.68 $3.07 +$3.59 shipping

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Fri, Sep 20**

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

**Delivery instructions (optional)**          Add

Add access codes or other necessary information.

**Items details**          Hide details

Arrives by Fri, Sep 20          1 item

Sold and shipped by XINDISNusfo
$4.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

$4.99

Remove     −  1  +



**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651          $11.00

+ Add new payment          Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $11.00**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)          $4.99
Seller shipping          $4.99
Estimated taxes          $1.02

☐ Want to support the National Fish and Wildlife  ⓘ
Foundation's Acres for America program with
a $1.00 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife  ⓘ
Foundation (NFWF)

$1.00     $2.00     $5.00

Estimated total          $11.00

Have a promo code?          ⌄

9/5/24, 1:24 PM
Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Lee Redefine your wardrobe Sponsored

Clearance

Vxdvou

**Vxdvou Dream Pendant Car Decoration, Acrylic Flat Pendant Art, Elegant Purple Wall Decor, Artistic Home Accessory Gift.**

Free 30-day returns

**Now $5.50** ~~$7.76~~

You save $2.26

Price when purchased online

Buy now

Add to cart

**Size:** Free Size

Free Size
$5.50

**Actual Color:** Purple

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 20<br>$1.99 | Not available | Not available |

Delivery to **1 N La Salle St**

Sold and shipped by **Vxdvou**

★★★☆☆ 2 seller reviews

View seller information

**Free 30-day returns** Details

Add to list | Add to registry

Reduced price

Sponsored

Now $34.99 ~~$39.99~~

Valiha 3D Engraved Crystal 3D Engraved Crystal Keepsake/Gift/Decor/Collectible/Souvenir

3+ day shipping

+ Add



9/5/24, 1:18 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 119 of 686 PageID #:1026

Vxdvou Dream Pendant Car Decoration, Acrylic Flat Pendant Art Elegant Purple Wall Decor Artistic Home Accessory Gift - Walmart.com





+ Add

+ Add

Options

## About this item

### Product details

Welcome To **Vxdvou** Store (🐶‿🐶🌸)

Wish you a pleasant shopping experience in **Vxdvou** Which is committed to providing high-quality home products and accessories.

☎24 Hours Online:If you have any questions, please feel free to contact the **Vxdvou** service team, we will solve it for you.

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric designs, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8"8"0.37cm
Package includes:
1 pendant

- **[Unparalleled Range of Products]** : Walmart Home Store boasts an unparalleled range of products to suit every home and every taste. Whether you're looking for traditional or contemporary furniture, vibrant bedding sets, or kitchen essentials, we have it all. Our diverse collection ensures you'll find the perfect item to complement your lifestyle and decor.
- **[Trusted Brands at Affordable Prices]** :At Walmart Home Store, you can trust that you're getting quality products from well-known brands. We offer competitive prices on top-notch brands, so you don't have to compromise on quality to fit your budget. Our commitment to offering the best value for your money is what sets us apart.
- **[Exceptional Customer Service]** :We pride ourselves on providing exceptional customer service that goes above and beyond. Our friendly and knowledgeable staff is always ready to assist you with any questions or concerns. From helping you find the right product to offering post-purchase support, we're here to make your shopping experience seamless and enjoyable.
- **[Convenient Shopping Experience]** :Shopping at Walmart Home Store is convenient in every way. Our stores are designed for easy navigation, so you can find what you need quickly. Our online store offers a hassle-free shopping experience with detailed product information, customer reviews, and fast delivery options. No matter how you choose to shop, we ensure a smooth and convenient experience.
- **[Quality Assurance and Satisfaction Guarantee]** :At Walmart Home Store, we stand by the quality of our products. We offer a satisfaction guarantee on all our items, ensuring that you're fully satisfied with your purchase. If you're not happy with your product, we'll make it right. Our commitment to quality assurance gives you the confidence to shop with us knowing that you're getting the best value for your money.

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Vxdvou

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Vxdvou Home & Garden

**Manufacturer Part Number**
Vxdvou Hanging Ornaments

More details

### Directions

**Fabric Care Instructions**
Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures:1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:Product Specifications:Material: AcrylicColor: Purplesize: 8"8"0.37cmPackage includes:1 pendant

### Warranty

**Warranty information**
Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures:1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings...

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

9/5/24, 1:18 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 120 of 686 PageID #:1027

Vxdvou Dream Pendant Car Decoration, Acrylic Flat Pendant Art Elegant Purple Wall Decor, Artistic Home Accessory Gift - Walmart.com

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Walmart +

Gear up & go

+epic summer roadtrip

Sponsored ⓘ

Clearance



Options

+3 options

Now $2.29 ~~$3.99~~ +$3.99 shipping

Hangs Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Good Butterfly Pendant Gift

Shipping, arrives **in 3+ days**

Clearance



Options

+3 options

Now $7.49 ~~$9.80~~ +$2.99 shipping

Bead Garland Valentines Christmas Picks for Trees Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Acrylic Diamonds for Decorating

Shipping, arrives **in 3+ days**

Clearance



+ Add

Now $3.59 ~~$4.03~~ +$2.99 shipping

Tiitstoy Dream Pendant Car Decorative Pendant Acryli

Shipping, arrives **in 3+ days**

**Report:** | ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Party & Occasions / Christmas Trees & Christmas Decor / Christmas Decor / Indoor Christmas Decor / Christmas Ornaments / Character Ornaments



**Shipping, arrives by Fri, Sep 20**

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

Delivery instructions (optional)                                    Add

Add access codes or other necessary information.

**Items details**                                                  Hide details

**Arrives by Fri, Sep 20**                                          1 item

Sold and shipped by Vxdvou
$1.99 seller shipping fee

Vxdvou Dream Pendant Car Decoration, Acrylic
Flat Pendant Art, Elegant Purple Wall Decor,...
Size: Free Size, Actual Color: Purple

$2.26 from savings

**$5.50**
$7.76

Remove                      −    1    +



**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                $8.26

+ Add new payment                                    Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



You're saving $2.26 today!

**Place order for $8.26**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                               $7.76

Savings                                                            -$2.26

                                                                    $5.50

Seller shipping                                                     $1.99

**Estimated taxes**                                                 $0.77

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.74 donation?

  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00        $2.00        $5.00

**Estimated total**                                                $8.26

Have a promo code?                                                  ⌄

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Konghyp

**Konghyp Dream Pendant Car Decor – Acrylic Flat Pendant for Stylish Car Decoration; Adds a Touch of Elegance and Personalization to Your Vehicle's Interior.**

(No ratings yet)

**Free 30-day returns**

## $6.50

Price when purchased online

Buy now

Add to cart

**Size:** Free Size

Free Size
$6.50

**Actual Color:** Purple

Purple

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 12 $2.99 | Not available | Not available |

Delivery to 1 N LA SALLE ST

Sold and shipped by **Konghyp**

16 seller reviews

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

+ Add

Sponsored

**$7.99**

Assorted LED Light Cover Strips And Privacy Stickers

Shipping, arrives **in 3+ days**

Options

Sponsored

**Now $7.99** $9.99

XUKEY 16ft Universal Car Seal Edge Trim Lock Rubber Auto Door Guard Molding Strip Edge Protector

12

Save with W+

Shipping, arrives **in 2 days**

+ Add

**$25.92**

Dupli-Color Acrylic Clear Perfect Match Automotive T Items)

4

Shipping, arrives **in 3+ days**



2024/9/30 17:03

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 124 of 686 PageID #:1031

Konghyp Dream Pendant Car Decor – Acrylic Flat Pendant for Stylish Car Decoration; Adds a Touch of Elegance and Personalization to Your Vehicle's Interior. - Walmart.com

## About this item

### Product details ⌃

---Welcome to Konghyp shop---

Our shop mainly deals with household products and toys, we provide customers with satisfactory products and services, welcome to you to come to our shop at any time to choose the products you need! Our shop has a wide range of products:**https://www.walmart.com/search?q=Konghyp&facet=brand:Konghyp**">Spring Savings/Home Decor Savings Clearance/New Arrival

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them essy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:

Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Stylish and Sophisticated Design: Our acrylic flat pendants feature elegant designs that can elevate the aesthetic of any space, offering a refined decorative accent for walls, curtains, or other surfaces.
- Versatile Decorative Solution: Suitable for a variety of settings including living rooms, bedrooms, offices, and more, these pendants provide a versatile decorative solution that can enhance the atmosphere of any space.
- Unique Gift Idea: With their beautiful design and quality craftsmanship, our acrylic flat pendants make a thoughtful and unique gift for loved ones, demonstrating care and excellent taste.
- Enhanced Visual Appeal: These pendants are designed to be hung on walls, doors, windows, lamps, or furniture, helping to create a personalized decor style that adds visual appeal and character to your home.
- Durable and High-Quality Material: Crafted from durable acrylic material, our pendants are made to withstand the test of time, ensuring long-lasting beauty and sophistication in your decor.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Directions ⌃

**Fabric Care Instructions**

Konghyp Dream Pendant Car Decor – Acrylic Flat Pendant for Stylish Car Decoration; Adds a Touch of Elegance and Personalization to Your Vehicle's Interior.

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings ⌃

⚠ **WARNING:** Konghyp Dream Pendant Car Decor – Acrylic Flat Pendant for Stylish Car Decoration; Adds a Touch of Elegance and Personalization to Your Vehicle's Interior.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



$7.74

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives in 3+ days



+3 options

$7.88

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives in 3+ days



$7.82

Colorful Butterflies Acrylic Decoration Pendant Funny Pendant For Party Decoration The Butterfly Pendant G

Shipping, arrives in 3+ days

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Review your order - Walmart.com



**Shipping, arrives by Fri, Oct 11**

steven howard                                                          Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                  Edit

House

## Items details                                                Hide details

**Arrives by Fri, Oct 11**                                           1 item

Sold and shipped by Konghyp
$2.99 seller shipping fee

Konghyp Dream Pendant Car Decor – Acrylic Flat
Pendant for Stylish Car Decoration; Adds a Touch...
Size: Free Size, Actual Color: Purple

**$6.50**

Remove        −    1    +



## 🗔 Payment method

💳   **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                                             $10.46

+ Add new payment                                    Change payment



**Walmart+** Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

## 📱 Text updates for this order

☐  Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



**Place order for $10.46**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                $6.50
Seller shipping                                                      $2.99
**Estimated taxes**                                                  $0.97

☐  Want to support the National Fish and Wildlife  ⓘ
Foundation's Acres for America program with
a $0.54 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife  ⓘ
Foundation (NFWF)**

[$1.00]   [$2.00]   [$5.00]

**Estimated total**                                                 $10.46

Have a promo code?                                                     ⌄

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 126 of 686 PageID #:1033

Redefine your wardrobe
Sponsored

Clearance

TIITSTOY

Tiitstoy Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

Now $3.59 $4.03

You save $0.44

Price when purchased online

Buy now

Add to cart

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 18 $2.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by Tiitstoy

53 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored

$18.99

Longwin Golden Round Mirror Wall Hanging Mirror Craft Photo Props Living Room Decoration Pendant

2-day shipping

+ Add

Options

$74.85

Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of 24

+ Add

$4.46 +$2.49 shipping

UUWENDA Diy Name Car Pendant Colorful Acrylic Pendant Cute Dog Tag Pet Acrylic Pendant Commemorative Pet Hanging Window Pendant Sun Acrylic Catcher Pet Pendant Gift

Clearance

Options

Now $2.45 $3.19 +$3.99 shipping

YODETEY Decorations for Home Sea Turtle Color Acrylic Interior Pendant Decoration



## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:
Material: Acrylic
Color: Purple
size: 8"8"0.37cm
Package includes:
1 pendant

- Tiitstoy Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Product Specifications: Material: Acrylic Color: Purple size: 8"8"0.37cm Package includes: 1 pendant

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
TIITSTOY

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Tiitstoy

**Manufacturer Part Number**
2024-06-03

More details

### Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Coleman
Be a tailgate MVP

Sponsored ⓘ



$12.99 +$3.99 shipping

Taylonsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days



Clearance

Now $4.33 $7.77 +$1.98 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives in 3+ days



$4.99

Somuwie Clearance Dream Pendant Car Decorative Pe

Shipping, arrives in 3+ days

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Decorative Accents / Decorative Ornaments



**Shipping, arrives by Wed, Sep 18**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                    Hide details

**Arrives by Wed, Sep 18**                                1 item

Sold and shipped by Tiitstoy
$2.99 seller shipping fee

Tiitstoy Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant

$0.44 from savings

$3.59
$4.03

Remove        —    1    +



You're saving **$0.44** today!

**Place order for $7.25**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                        $4.03

Savings                                                    -$0.44

                                                           $3.59

Seller shipping                                             $2.99

**Estimated taxes**                                        $0.67

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.75 donation?

   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[$1.00]  [$2.00]  [$5.00]

**Estimated total**                                        $7.25

Have a promo code?                                           ⌄



**Payment method**

💳 **We'll look for smart ways to pay**
   We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                       $7.25

+ Add new payment                                    Edit payment

Ⓢ one

onepay  $15 cash back when you spend $15+         Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/5/24, 1:13 PM
Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Lee Redefine your wardrobe Sponsored

TFHENGQQ

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

$3.01

Price when purchased online

Buy now

Add to cart

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 20 $2.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **TFHENGQQ**

11 seller reviews

View seller information

Free 30-day returns Details

Add to list    Add to registry

Sponsored
$264.00
Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance
3+ day shipping
+ Add

+3 View all

+ Add

Now $417.34 $521.43

Kalalou CQ7411 20 x 20 in. Two Tiered Round Pendant Light with Glass Chimes

Options

Sponsored

$45.30

Better Homes & Gardens 25" Architectural 3-Light Island Pendant Light, Black Finish Clear Glass Shades

51

Save with

+ Add

$116.69

Globe Electric Malay Natural Twine 1-Light Pendant Light, 60530

Save with

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Brand**
TFHENGQQ

**Features**
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

### This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

THE Birthday SHOP
Celebrate all year-round

Sponsored ⓘ

Clearance

Options

Now **$4.33** $5.41 +$3.98 shipping
Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift
Shipping, arrives in 3+ days



+ Add

$4.99
Somuwie Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Best Gift
Shipping, arrives in 3+ days



Options

$7.19 +$0.99 shipping
Funny Acrylic Animal Decoration Pendant Creative 2D Outdoor Decorative Accessories Garden Decoration P
Shipping, arrives in 3+ days

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Kitchen Island Pendant Lights



**Shipping, arrives by Fri, Sep 20**

Steven kal                                                      Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                            Add

Add access codes or other necessary information.

**Items details**                                        Hide details

**Arrives by Fri, Sep 20**                                    1 item

Sold and shipped by TFHENGQQ
$2.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant

$3.01

Remove          −    1    +



**Place order for $6.62**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                        $3.01
Seller shipping                                              $2.99
**Estimated taxes**                                          $0.62

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.38 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                                          $6.62

Have a promo code?                                             ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                         $6.62

+ Add new payment                            Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

**Get blown away**

Sponsored

TEPSMF

**Tepsmf Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Home Decor**

Free 30-day returns

**$4.12**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Actual Color: Purple

| Purple
$4.12 |
|---|

**How do you want your item?**

| Shipping
Arrives Oct 9
$3.00 | Pickup
Not available | Delivery
Not available |
|---|---|---|

Delivery to __3200 N Lake Shore Dr__

Sold and shipped by **Tepsmf**

★★★☆☆ 29 seller reviews

View seller information

Free 30-day returns  Details

♡ Add to list          🛍 Add to registry



Sponsored
$5.63
YiFudd Christmas Pendant

3+ day shipping

+ Add


$6.49  +$4.99 shipping
Frehsky home decor Handmade Dream Catcher With Feathers Car Or Wall Hanging Decoration Ornament


$4.99  +$5.00 shipping
DIY Handmade Dream Catcher Fairy String Decoration Ornament Home Car Shipping, arrives in 3+ days


$9.90  +$5.59 shipping
Baocc Dream Catchers Handmade Ornament Dream C
Home Decor

Shipping, arrives **in 3+ days**

Shipping, arrives **in 3+ days**

## About this item

Product details                                                                                                                    ⌃

### Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.

- 2. Versatile occasions: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized .

- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Tepsmf Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Home Decor
- Affordable Price: Although the product does not have fancy performance, it has the necessary features and is affordable.
- Customer Satisfaction.If you have any questions about our products, please contact us in time, and we will provide you with the best solution.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                                                                                     ⌃

**Brand**
TEPSMF

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Tepsmf

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

Warranty                                                                                                                           ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ

Clearance

9/24/24, 1:28 PM

Tepsmf Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Home Decor - Walmart.com



♡

Options

$3.35  · $4.99 shipping

Weerihhol Ceramic Bunny Decorations Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant For Party Decoration The Pendant



♡

Options

+3 options

$10.77  · $3.99 shipping

Wyzesi Clear Rubber Ornaments Various Sizes Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration



♡

+ Add

Now $5.59  $6.99  +$0.99 shipping

Byikun Dream Pendant Car Decorative Pendant Acrylic to Any Space, Versatile Accessories for Home or Office

Report:   ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

9/24/24, 1:28 PM — Review your order - Walmart.com



**Shipping, arrives by Wed, Oct 9**

Michael Boldt                                    Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**            Edit

Apartment

**Items details**                               Hide details

**Arrives by Wed, Oct 9**                       1 item

Sold and shipped by Tepsmf
$3.00 seller shipping fee

Tepsmf Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant Home Decor
Actual Color: Purple

**$4.12**

Remove          −    1    +



**Place order for $7.85**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $4.12 |
| Seller shipping | $3.00 |
| **Estimated taxes** | $0.73 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.015 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                             **$7.85**

Have a promo code?                              ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 1950                            $7.85

+ Add new payment                    Change payment

**one**

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/24/24, 1:28 PM                                                Review your order - Walmart.com

📱  **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



TASTE    Be on the cutting edge                                                    Sponsored

Teissuly

**Teissuly Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

○ Free 30-day returns

**$1.99**

Price when purchased online ⓘ

| Buy now |
|:---:|

| Add to cart |
|:---:|

Size: Free Size

| Free Size
$1.99 |
|:---:|

Actual Color: Purple

**How do you want your item?**

| Shipping
Arrives Oct 10
$3.90 | Pickup
Not available | Delivery
Not available |

Delivery to **1 N La Salle St**

⬚ Sold and shipped by **Teissuly Direct**

★★★½ 15 seller reviews

View seller information

○ Free 30-day returns  Details

♡ Add to list                                                    ⊞ Add to registry

---

Sponsored
**$499.99**
Crystorama Lighting Group Car-9206 Carlyn 6 Light 24' Wide Pendant - Black
2-day shipping

| + Add |
|:---:|

+ 3
View all


+ Add


+ Add


+ Add

Sponsored

**Now $11.99** $15.99
Ceiling Light Fixture with Teardrop Glass Shade Semi Flush Mount Indoor Lighting

Shipping, arrives **in 3+ days**

$89.00
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

Shipping, arrives **in 3+ days**

$24.99
Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp

Shipping, arrives **in 3+ days**

## About this item

### Product details

Teissuly Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Teissuly Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Features:
- Product Specifications:
- Color: Purple
- Package includes:

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Size**
Free Size

**Brand**
Teissuly

**Features**
Teissuly Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

LEGO
Build the galaxy

Sponsored ⓘ


Options


Options


Options

+3 options

**$3.81** +$2.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant Swinging Bear Car Ornament

Shipping, arrives in **3+ days**

**Now $5.01** $6.88 +$0.99 shipping

Modern Home Decor Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives in **3+ days**

**$9.66** +$1.99 shipping
Options from $9.66 – $11.88

SlfdSeng Funny Acrylic Animal Decoration Pendant Cr... Indoor and Outdoor Decorative Accessories Garden D... Wife

Shipping, arrives in **3+ days**

**Report:**  ⓘ Report seller  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Thu, Oct 10**

Steven kal                                                            Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                  Add

Add access codes or other necessary information.

**Items details**                                                Hide details

**Arrives by Thu, Oct 10**                                        1 item

Sold and shipped by Teissuly Direct
$3.90 seller shipping fee

Teissuly Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Size: Free Size, Actual Color: Purple

**$1.99**

Remove          −    1    +



**Place order for $6.49**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                $1.99
Seller shipping                                                      $3.90
**Estimated taxes**                                                  $0.60

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.51 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

   $1.00        $2.00        $5.00

**Estimated total**                                                  $6.49

Have a promo code?                                                    ⌄



**Payment method**

💳 **We'll look for smart ways to pay**
   We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                 $6.49

+ Add new payment                                          Edit payment

💲 one

onepay  $15 cash back when you spend $15+          Sign up

💳 Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Lee Redefine your wardrobe Sponsored

Taylonsss

Taylonsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

$12.99

Price when purchased online

Buy now

Add to cart

Size: Free Size

Free Size
$12.99

Actual Color: Purple

How do you want your item?

Shipping
Arrives Sep 25
$3.99

Pickup
Not available

Delivery
Not available

Delivery to 1 N La Salle St

Sold and shipped by Taylonsss

9 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored
Now $170.00 $200.00
Kalco Carson 26 Inch Pendant
3+ day shipping
+ Add

+3 View all

+ Add

+ Add

+ Add

9/5/24, 1:10 PM
Taylonsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

| $24.99 | $89.00 | $5.99 +$3.99 shipping |
|---|---|---|
| Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White | DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US | Light Diffuser Light-transmitting Plate Acrylic Diffuser Ceiling Light Shade Diffuser |

## About this item

### Product details

Taylonsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Taylonsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Features:
- Product Specifications:
- Color: Purple
- Package includes:

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Size**
Free Size

**Brand**
Taylonsss

**Features**
Taylonsss Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Post-it
Post-it & Scotch

Sponsored ⓘ


$4.99
+ Add


$7.19 +$0.99 shipping
Options


$4.99 +$0.99 shipping
Options
+3 options

Somuwie Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Best Gift

Shipping, arrives **in 3+ days**

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

Home Decor Kits Colorful Butterflies Acrylic Decoration Pendant Gift Pendant For Party Decoration The Butter

Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures





**Shipping, arrives by Wed, Sep 25**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                    Hide details

**Arrives by Wed, Sep 25**                                 1 item

Sold and shipped by Taylonsss
$3.99 seller shipping fee

Taylonsss Clearance Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant
Size: Free Size, Actual Color: Purple

**$12.99**

Remove      −   1   +

---

**Place order for $18.72**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                          $12.99
Seller shipping                                             $3.99
**Estimated taxes**                                          $1.74

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.28 donation?

  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00    $2.00    $5.00

**Estimated total**                                         $18.72

Have a promo code?                                             ⌄

---



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                        $18.72

+ Add new payment                              Edit payment

one

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back

---



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

9/19/24, 3:42 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 152 of 686 PageID #:1059
Tainini Fashion Butterfly Pendants, Acrylic Butterflies Pendants Keychain Necklace Pendants for Women DIY,Car Decoration - Walmart.com

Next Level Moves

Sponsored

Clearance

Tainini

**Tainini Fashion Butterfly Pendants, Acrylic Butterflies Pendants Keychain Necklace Pendants for Women DIY,Car Decoration**

Free 30-day returns

**Now $1.07** ~~$3.47~~ ⓘ

You save $2.40

Price when purchased online ⓘ

**Add to cart**

Actual Color: Purple

$1.07

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 8 | Not available | Not available |
| $3.99 | | |

Delivery to  1 N La Salle St

Sold and shipped by  tainini

★★★☆☆  9 seller reviews

View seller information

Free 30-day returns   Details

♡ Add to list                    🏷 Add to registry



$4.09  +$2.59 shipping

Tnobfg Faux Pearls Sparkling Rhinestones Choker Necklace Adjustable Extension Chain Elegant Butterflies Decor Women Necklace Jewelry Accessories

Shipping, arrives in 3+ days

$7.54

Pretty Crystal Frog Keychain Pendant Handbag Keyring Key Chain Car Key Holder for Women Gifts Fashion

Shipping, arrives in 3+ days

Clearance

Now $2.14  ~~$4.11~~  +$1.99 shipping

More options from $1.99

Acrylic Butterfly Pendant Necklace Clavicle Chain Jew Necklaces for Women Necklaces Diamond Choker Pen Heart Necklace

Shipping, arrives in 3+ days

9/19/24, 3:42 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 153 of 686 PageID #:1060

Tainini Fashion Butterfly Pendants,Acrylic Butterflies Pendants Keychain Necklace Pendants for Women DIY Car Decoration - Walmart.com

## About this item

### Product details

Tainini Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized accent . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Home Savings Outdoor/Indoor Decoration Clearance Home Decor
- Home Decoration for Living Room Kitchen Bedroom Bathroom Patio Garden Yard
- Home, Garden & Tools Deals Spring Cleaning Supplies Office & School Supplies Party Supplies Clearance Household Essentials
- Spring savings summer savings autumn savings winter savings Fall Decor Bathroom Accessories Home/Bath/Bathroom Rugs & Bath Mats/Bathroom Rugs & Bath Mats Bathroom Supplies
- Kitchen & Dining Savings Kitchen Tools & Gadgets Deals Storage & Organization Closet Organization Food & Kitchen Storage Garage Storage Laundry Storage Office Storage Shelving Storage Containers

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Brand**
Tainini

**Size**
Free Size

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Tainini Home Decor

More details

### Warranty

**Warranty information**
Decoration

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the

More details

💬 Report incorrect product information

$11.99
Butterfly Keychain, Kvago Leather Woven Car Key Chain for Women with Rhinestone Butterfly Shape Bling Crystal Cute Keychain for Girls Ladies Gift (White)
★★★★★
2-day shipping

$14.59
SPOKKI 10Pcs DIY Diamond Painting Keychain, DIY Art Craft Animal and Love Heart Diamond Painting Kits for Women Girls Purse/Key Pendant/Bag Decor (A)
★★★★★
2-day shipping

$15.95
VINCHIC 26 Letter Keychain Initial Keyring Alphabet Resin Flower Key Chain with Butterfly Tassel Pendant Handbag Purse Charm Pink Petal
★★★★★ 1
2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

LEGO
Build the galaxy

Sponsored ⓘ

9/19/24, 3:42 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 154 of 686 PageID #:1061

Tainini Fashion Butterfly Pendants,Acrylic Butterflies Pendants Keychain Necklace Pendants for Women DIY Car Decoration - Walmart.com







+3 options

**Now $5.01** $9.90   +$0.99 shipping

Modern Home Decor Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

$9.66   +$1.99 shipping
Options from $9.66 – $11.88

Slfd5eng Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant Gifts for Fathers Day From Wife

Shipping, arrives **in 3+ days**

$4.35   +$3.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Outdoor Decorative Accessories Garden Decoration P

Shipping, arrives **in 3+ days**

---

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Clothing  /  Jewelry & Accessories



YINAVEN

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women**

☆ (No ratings yet)

**Free 30-day returns**

**Now $4.44** ~~$4.99~~ ⓘ

**You save $0.55**

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

$4.44

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 22 $1.99 | Not available | Not available |

Delivery to 1 N LA SALLE ST

Sold and shipped by **YINAVEN**

3 seller reviews

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

+ Add

**$45.99**

Acrylic wedding cards Box ,Clear Decorative Centerpiece ,Wishing case ,post Gift

Shipping, arrives **in 3+ days**

+ Add

**$10.12**

10PCS Diamond Pendant Ornaments, Shatterproof Acrylic for Christmas Tree Party Outdoor Decorations

Shipping, arrives **in 3+ days**

Clearance

Options

**Now $3.75** ~~$4.19~~ +$4.90 shipping

More options from $1.24

Yubnlvae Hangs Window Creative Painted Peacock Wir Pendant Pendant Home Decor Home Decoration

★☆☆☆☆ 1

Shipping, arrives **in 3+ days**

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
**Features:**
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
**Product Specifications:**
**Material:** Acrylic
**Color:** Purple
**size:** 8*8*0.37cm
**Package includes:**
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Removable Cover

**Brand**
YINAVEN

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Hanging Ornaments

### Directions

**Fabric Care Instructions**
Machine Washable

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

| | 💳 | **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |

---



+ Add

**$3.37** +$1.89 shipping

Cevemin Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Car Hanging Ornament for DIY Crafting

Shipping, arrives **in 3+ days**



Options

**$0.59** +$4.80 shipping

Qianying Summer Promotion,Clearance,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**



+ Add

**$0.77** +$4.99 shipping

SHIMELE Car Decorative Pendant, Dreamcatcher Pendant Rearview Mirror Decoration

Shipping, arrives **in 3+ days**

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 157 of 686 PageID #:1064

**Report:**    ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Decorative Accents / Decorative Ornaments







**Shipping, arrives by Mon, Oct 21**

steven howard
1 N LA SALLE ST, Chicago, IL 60602
Edit

**Delivery instructions (optional)** Edit

House

## Items details
Hide details

**Arrives by Mon, Oct 21** 1 item

Sold and shipped by YINAVEN
$1.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women
Actual Color: Purple

$0.55 from savings

$4.44
~~$4.99~~

Remove − 1 +

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA **Ending in 9192** $7.09

+ Add new payment
Change payment

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

Send to (xxx) xxx-5923
Send to a different phone number

Place order for $7.09

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | ~~$4.99~~ |
| **Savings** | -$0.55 |
| | $4.44 |
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.66 |

Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.91 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife Foundation (NFWF)**

$1.00 $2.00 $5.00

**Estimated total** **$7.09**

Have a promo code?

Review your order - Walmart.com

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Clearance

LYUCRAZ

**LYUCRAZ Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

(No ratings yet)

Free 30-day returns

Now $3.99 $4.99

You save $1.00

Price when purchased online

Buy now

Add to cart

Size: Free Size

Free Size
Now $3.99

Actual Color: Purples

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 22 $3.00 | Not available | Not available |

Delivery to 1 N LA SALLE ST

Sold and shipped by LYUCRAZ | Pro Seller

9 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

+2 View all

Options

$74.85

Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of 24

Shipping, arrives in 3+ days

+ Add

$4.46 +$2.49 shipping

UUWENDA Diy Name Car Pendant Colorful Acrylic Pendant Cute Dog Tag Pet Acrylic Pendant Commemorative Pet Hanging Window Pendant Sun Acrylic Catcher Pet Pendant Gift

Shipping, arrives in 3+ days

Clearance

Options

Now $3.39 $10.81 +$4.90 shipping

More options from $1.24

Yubnlvae Hangs Color Acrylic Sunshade Ukrainian Colc Hanging Ornament, Christmas Decorations

1

Shipping, arrives in 3+ days

## About this item

### Product details ⌃

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding an elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Hanging Ornaments Powerful, can meet a variety of user needs
- Hanging Ornaments Stylish design to match modern trends
- Hanging Ornaments Easy to operate, easy to use, easy to use
- Hanging Ornaments Cost-effective, affordable, value for money
- Hanging Ornaments Provide perfect after-sales service to solve user problems
- Hanging Ornaments It is highly practical and can fully solve the problems you encounter

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Features**
Has Handles

**Brand**
LYUCRAZ

**Manufacturer**
LYUCRAZ

**Manufacturer Part Number**
Hanging Ornaments

### Directions ⌃

**Fabric Care Instructions**
Hand Wash Dry Clean Only

### Warranty ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings ⌃

⚠️ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

| | |
|---|---|
| 💳 | **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |



**Now $4.44** $4.99 +$1.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women

Shipping, arrives in **3+ days**



**$3.37** +$1.89 shipping

Cevemin Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Car Hanging Ornament for DIY Crafting

Shipping, arrives in **3+ days**



**$0.59** +$4.80 shipping

Qianying Summer Promotion,Clearance,Acrylic Flat Car Decorations

Shipping, arrives in **3+ days**

LYUCRAZ Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Decorative Accents / Decorative Ornaments



**Shipping, arrives by Mon, Oct 21**

steven howard            Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**      Edit

House

## Items details      Hide details

**Arrives by Mon, Oct 21**      1 item

Sold and shipped by LYUCRAZ | ✅ **Pro Seller** ⓘ
$3.00 seller shipping fee

LYUCRAZ Hanging Ornaments Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant
Size: Free Size, Actual Color: Purples

$1.00 from savings

**$3.99**
~~$4.99~~

Remove     − 1 +



**Place order for $7.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)     ~~$4.99~~
Savings     **-$1.00**
    $3.99
Seller shipping     $3.00
**Estimated taxes**     $0.72

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.29 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00    $2.00    $5.00

**Estimated total**     **$7.71**

Have a promo code? ⌄



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA **Ending in 9192**     $7.71

+ Add new payment     Change payment



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



## Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

Review your order - Walmart.com

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Lee Redefine your wardrobe Sponsored

Clearance

Ywindl

Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

Now $5.94 $6.99

You save $1.05

Price when purchased online

Buy now

Add to cart

**Actual Color:** color

color
$5.94

How do you want your item?

Shipping
Arrives Sep 23
Free

Pickup
Not available

Delivery
Not available

Delivery to 1 N La Salle St

Sold and shipped by SHENZHENSHIJIANGJINGWANJUYOU XIANGONGSI

5 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Reduced price

Sponsored

Now $399.99 $499.99

Crystorama Lighting Group Car-9206 Carlyn 6 Light 24" Wide Pendant - Black

2-day shipping

+ Add

+2 View all

+ Add

Options

+ Add

| $89.00 | $14.99 +$1.98 shipping | $65.00 |
|---|---|---|
| DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US | iju7gthy Christmas Decorative Lights Holiday Room Window Hanging Lights Shine Star Pendant | Acrylic Circular Ring LED Dimmable Chandelier Remote Ceiling Light Hanging Lamp |

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
color

**Brand**
Ywindl

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information



+ Add

$148.00
Luxury Transitional Indoor Pendant, 7"H x 5.125"W, with Modern Style Elements, Contemporary Design, Brushed Bronze Finish and Glass, UHP2309

3+ day shipping



+ Add

$410.92
Contemporary 4-Light Led Pendant with Frosted Acrylic 3.25 X 4.25 inches Pendants Bailey Street Home 79-Bel-2041389

3+ day shipping



+ Add

$148.00
Luxury Transitional Indoor Pendant, 7"H x 5.125"W, with Modern Style Elements, Contemporary Design, Polished Chrome Finish and Glass, UHP2307

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Honoring service

Sponsored ⓘ

Clearance   Reduced price







Options

Options

Options

Now **$5.89** $7.98 +$1.99 shipping

Now **$1.99** $6.99 +$4.99 shipping

**$5.29** +$0.98 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Door Hanging Beads Hanging Decorations for Home Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Christmas Fireplace Decal Christmas outside

Hbdhejl Colorful Butterflies Acrylic Decoration Pendant Gift Pendant For Party Decoration The Good Butterfly

**Report:** | ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Free shipping, arrives by Mon, Sep 23**

Steven kal                                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                          Add

Add access codes or other necessary information.

**Items details**                                                      Hide details

**Arrives by Mon, Sep 23**                                                  1 item

Sold and shipped by SHENZHENSHIJIANGJINGWANJUYOU XIANGONGSI
Free shipping

Christmas Clearance Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant

Actual Color: color

$1.05 from savings

**$5.94**
$6.99

Remove                    −    1    +



You're saving **$1.05** today!

**Place order for $6.55**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal (1 item)**                                          $6.99
**Savings**                                                  -$1.05
                                                              $5.94

Shipping                                                      Free
**Estimated taxes**                                          $0.61

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.45 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                          $6.55

Have a promo code?                                             ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                        $6.55

+ Add new payment                          Edit payment

**one**

onepay   $15 cash back when you spend $15+            Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.





Redefine your wardrobe

WOUKN

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

See more seller options

**Actual Color:** Purple

Purple
See more seller options

Add to list

Add to reg

**More seller options (1)**

Starting from $3.43 Compare all sellers

Sponsored

**$264.00**

Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance

3+ day shipping

+ Add

+ Add

**$89.00**

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

+ Add

**$24.99**

Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White

+ Add

**$138.00**

Denest Pendant Light LED Light

## About this item

Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
**Features:**
**1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of ele to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection br variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundi create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a r**

**More seller options**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping to Chicago, 60602

**$3.43**

One-time purchase

Shipping ($4.99), **arrives by Mon, Sep 23** to 1 N La Salle St

Sold and shipped by **SHENZHENSHI kaixiangyu jiajuyongpinyouxianGONGSI**

View seller information

**Free 30-day returns** Details

Add to cart

Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your dream space into a place of and beauty by purchasing our new acrylic pendant collection, giving your hom in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acryli elegance and refinement. Product Description:

Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Brand**
WOUKN

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

## Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

**More seller options**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping to Chicago, 60602

**$3.43**
One-time purchase
Shipping ($4.99), **arrives by Mon, Sep 23** to 1 N La Salle St

🏠 Sold and shipped by  **SHENZHENSHI kaixiangyu jiajuyongpinyouxianGONGSI**

View seller information

↩ Free 30-day returns

---

$148.00
Luxury Transitional Indoor Pendant, 7"H x 5.125"W, with Modern Style Elements, Contemporary Design, Brushed Bronze Finish and Glass, UHP2309

3+ day shipping

$264.00
Luxury New Traditional Pendant, 15.25H x 17.875W, with Traditional Style, Midnight Black, UHP4276 by Urban Ambiance

3+ day shipping

$410.92
Contemporary 4-Light Led Pendants Bailey Street Hom

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more

Steak-umm
Beef p Game Day

**Reduced price**

Now $1.99  $6.99  +$4.99 shipping
Door Hanging Beads Hanging Decorations for Home Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Indoor And Christmas Fireplace Decal Christmas outside Decorating

Shipping, arrives in 3+ days

$2.79  +$2.99 shipping
Butterfly Car Hanging Ornament, Hanging Charm Home Decoration Keepsake, Butterfly Car Accessories Pendant for Rear View Mirror Christmas Valentine's Day Car Gifts for Men Women

Shipping, arrives in 3+ days





**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures

**More seller options**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping to Chicago, 60602

**$3.43**

One-time purchase

Shipping ($4.99), **arrives by Mon, Sep 23** to 1 N La Salle St

Sold and shipped by **SHENZHENSHI kaixiangyu jiajuyongpinyouxianGONGSI**

View seller information

**Free 30-day returns**

**Shipping, arrives by Mon, Sep 23**

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

Delivery instructions (optional)                                    Add

Add access codes or other necessary information.

**Items details**                                    Hide details

Arrives by Mon, Sep 23                                    1 item

Sold and shipped by SHENZHENSHI kaixiangyu jiajuyongpinyouxianGONGSI

$4.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant

Actual Color: Purple

$2.29 from savings

$3.43
$5.72

Remove          −   1   +



You're saving $2.29 today!

**Place order for $9.28**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                    $5.72

Savings                                    -$2.29

$3.43

Seller shipping                                    $4.99

**Estimated taxes**                                    $0.86

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.72 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00     $2.00     $5.00

**Estimated total**                                    $9.28

Have a promo code?                                    ⌄



**Payment method**

🔵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                    $9.28

+ Add new payment                                    Edit payment

◉ one

onepay  $15 cash back when you spend $15+                    Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/5/24, 1:02 PM
Review your order - Walmart.com
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 174 of 686 PageID #:1081

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

<u>Send to a different phone number</u>

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



FRAM Built for tough drives
Sponsored

Saleteraj

**Saleteraj Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

**$6.99**

Price when purchased online

Add to cart

**Actual Color:** Purple

Purple
$6.99

**How do you want your item?**

Shipping
Arrives Oct 10
Free

Pickup
Not available

Delivery
Not available

Delivery to 3200 N Lake Shore Dr

Sold and shipped by **Saleteraj**

7 seller reviews
View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Sponsored
$15.99
AFANQI 2X Coasters Car Accessories LED Interior Decorative Lights 7 Colors
3+ day shipping
+ Add

+ Add

Sponsored

$29.99

Heavy Duty Trailer Spare Tire Wheel Mount Holder Bracket Carrier for 4 & 5 lugs wheels - 27010

35

Shipping, arrives **in 2 days**

Best seller

+ Add

$4.47 $4.47/in

Bling Ring Auto Interior Jewelry Applies to Most Vehicle Interiors - 3 Pack

87

Save with W+

Best seller

+ Add

Now $19.98 $24.99

Angel View Wide Angle Rearview Mirror, Fits Most Car

214

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

Shipping, arrives **in 2 days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- clearance under $5
- ☎ If any problem with shipping or service, please feel free to contact us.We will reply you within 24 working hours.
- ☎ In general, the item will be delivered in 7 - 12 days. Please notice the shipping time so as not to delay your arrangement.
- ☎ Commitment within 30 days can be returned for free, please rest assured that the purchase.

�घ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Color**

Purple

**Brand**

Saleteraj

**Manufacturer Part Number**

NECKFAN

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires / Automotive Replacement Parts / Replacement Auto Parts



Lee Redefine your wardrobe Sponsored

Ruhiku GW

Ruhiku GW Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

$4.05

Price when purchased online

Buy now

Add to cart

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 18 $1.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by Ruhiku GW

13 seller reviews

View seller information

Free 30-day returns Details

Add to list Add to registry

Sponsored

$264.00

Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance

3+ day shipping

+ Add

+3 View all

+ Add

$29.99

3 Pack Pendant Light Hanging Pendant Lighting for Kitchen Island Decor E26 E27 Base Ceiling Light Fixture Lamp Home Decor

7

Options

Sponsored

$45.30

Better Homes & Gardens 25" Architectural 3-Light Island Pendant Light, Black Finish Clear Glass Shades

51

Save with

+ Add

$97.95

CHLOE Theros Tiffany-style 2 Light Mission Hanging Pendant Fixture 18" Shade

1

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized article . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and texture. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Ruhiku GW Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- zep cleanerbaseboard decorationsbaby bottle cleanerdeep cleaning oilpaw patrol cake decorationswestern birthday party decorationstineco cordless vacuum cleanerleather shoe cleanerteddy bear baby shower decorationsliving room wall decortineco cleanercleaning brushes small spacespower scrubbers for cleaning bathroomfourth of july decorations19th birthday decorationscurious george birthday decorationsleather couch cleanertable decorationsaffresh washing machine cleaner tabletshanging wall decoraquarium magnet glass cleanerevil eye decorplumas para decoracionesbeauty and the beast decorcleaning supply caddyready clean protein barsgreen leaves for decorationjura cleaning tabletscarpet cleaner for petsunflower bathroom decoreyelid cleanerkorean face cleanersolar garden decorations
- shower scrubber for cleaning electric spincow birthday party decorationsvegetable cleanerguitar cleaning kitpink wall decorparty supply decorationsfortnite birthday decorationsbirthday decorations for boyscoffee pot cleanerroxy cleaner sprayflat screen tv cleanerprimera comunion decoracionclean towels clean skin clubwindow steam cleanersteam carpet cleanerfish cleaning kitsprayway stainless steel cleanergarage door decorative hardwarewheel cleaner spraylighthouse outdoor decoroutdoor cleaner10th birthday decorations for girlanime room decorcleaning supplies30 seconds outdoor cleanerlysol toilet bowl cleaner gelclorox toilet bowl cleaneroh yuk jetted tub system cleaner25th anniversary decorationssmall vacuum cleaner cordlesssoftymo cleansing oiladministrative professional day decorationshoover carpet cleaner solution

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Brand**
Ruhiku GW

**Features**
Ruhiku GW Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart
Pride always has a place

Sponsored ⓘ





$2.61 +$3.99 shipping
♡
+ Add
QuLuJing Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Must Haves for Home
Shipping, arrives in 3+ days



$3.99 +$3.00 shipping
♡
+ Add
Dream Pendant Car Decorative Pendant Acrylic Flat P...
Shipping, arrives in 3+ days



**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Kitchen Island Pendant Lights



## Shipping, arrives by Wed, Sep 18

Steven kal                                        Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**               Add

Add access codes or other necessary information.

### Items details                          Hide details

**Arrives by Wed, Sep 18**                   1 item

Sold and shipped by Ruhiku GW
$1.99 seller shipping fee

Ruhiku GW Dream Pendant Car Decorative
Pendant Acrylic Flat Pendant

**$4.05**

Remove        [−] 1 [+]



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 3651                         $6.66

+ Add new payment          Edit payment

**one**

onepay  $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $6.66**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                       $4.05
Seller shipping                             $1.99
**Estimated taxes**                         $0.62

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.34 donation?
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)
[$1.00] [$2.00] [$5.00]

**Estimated total**                         $6.66

Have a promo code?                           ⌄

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 182 of 686 PageID #:1089

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Clearance

Visit the Naittoop Store

**Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

(No ratings yet)

**Free 30-day returns**

**Now $5.38** ~~$6.12~~

You save $0.74

Price when purchased online

Buy now

− 1 added +

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 22 $1.99 | Not available | Not available |

**1 N LA SALLE ST** Change

Arrives by **Tue, Oct 22** | More options

Shipping fee $1.99

Sold and shipped by **SHenZHenShiTAIdiwanjuyouxianGONGSI**

1 seller review

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

+3 View all

Clearance

+ Add

**Now $14.19** ~~$15.79~~ +$6.96 shipping

Ynlkorvg Ornaments Clearance, Lampshade Home Hand-Woven Decoration Bohemian Soft Pendant Home Decor Home Decor

Shipping, arrives **in 3+ days**

Options

+5 options

**$4.75** +$3.99 shipping

Options from $4.75 – $4.92

Welcome to Carnival Night!!HHEN Colored Glass Light Catcher Window Hanging Acrylic Wall Art Light Catcher Decoration Garden Pendant

1

Shipping, arrives **in 3+ days**

+ Add

**$24.99**

Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lar

Shipping, arrives **in 3+ days**



2024/9/30 17:09

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 184 of 686 PageID #:1091

Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic .
- 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Size**
Free Size

**Brand**
Naittoop

### Warranty

**Warranty information**

Customer first.If you have any questions about the product of the garment please feel free to contact us, and we provide 30days free return service(Please ensure that the packaging of the product is intact and does not affect our secondary sales).if you need to return the first time to contact us!Please contact me at the following email : @163.com. I've been here, thanks!

More details

💬 Report incorrect product information

## Customer ratings & reviews

⭐⭐⭐⭐⭐ 0 ratings | 0 reviews

This item does not have any reviews yet.

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance

+ Add

Now **$2.42** $2.49 +$1.99 shipping
Rwbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings(Purple)
Shipping, arrives **in 3+ days**

Clearance

+ Add

Now **$0.99** $2.99 +$4.99 shipping
AOMXGD Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Home Decor on Clearance, Purple
Shipping, arrives **in 3+ days**


+ Add

**$3.37** +$1.89 shipping
Cevemin Dream Pendant Car Decorative Pendant Acryli DIY Crafting
Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Mon, Oct 21**

steven howard                                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                            Edit

House

## Items details                                               Hide details

**Arrives by Mon, Oct 21**                                     1 item

Sold and shipped by SHenZHenShiTAIdiwanjuyouxianGONGSi

$1.99 seller shipping fee

Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream...

$0.74 from savings

**$5.38**
~~$6.12~~

Remove      −   1   +



Place order for $8.13

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                    ~~$6.12~~
Savings                                  **-$0.74**
                                         $5.38

Seller shipping                         $1.99

**Estimated taxes**                     $0.76

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.87 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ **Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                     **$8.13**

Have a promo code?                          ⌄

## 💳 Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                    $8.13

+ Add new payment                       Change payment



Walmart+✕  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

## 📱 Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Review your order - Walmart.com

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

Clearance

Serperior

**Dream Pendant Christmas Decorations Indoor Christmas Decorations Christmas Decor Car Outdoor Christmas Decorations Decorative Pendant Christmas Clearance Acrylic Flat Pendant**

Free 30-day returns ⓘ

**Now $16.41** ~~$18.65~~ ⓘ

You save $2.24

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

| Purple |
| $16.41 |

**How you'll get this item:**

| Shipping Arrives Oct 22 $4.99 | Pickup Not available | Delivery Not available |

**1 N LA SALLE ST** Change

Arrives by **Tue, Oct 22** | More options

Shipping fee $4.99

Sold and shipped by ZUOZUOFANGQAQ

★★★½ 16 seller reviews

View seller information

Free 30-day returns Details

♡ Add to list          ⊞ Add to registry

---

Reduced price

Sponsored

**Now $16.99** ~~$29.99~~

Ayieyill Christmas Window Decorations, Christmas Window Clings Christmas Decorations with Suction Cup, Window Christmas Lights Decorations

2-day shipping

+ Add

---

+2
View all

Best seller







$28.99

$6.90

Now $8.45 ~~$10.57~~

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
**Features:**
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Christmas Decor
- Christmas Ornaments
- Christmas Decorations

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Serperior

**Assembled Product Weight**
0.11 lb

**Manufacturer Part Number**
Christmas Gifts

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

Reduced price







Now $16.99 ~~$29.99~~

$1,248.00

$157.99

Aiyeyill Christmas Window Decorations, Christmas Window Clings Christmas Decorations with Suction Cup, Window Christmas Lights Decorations

Eurofase Lighting - Yasmin - 6 Light Outdoor Pendant in Vintage Style 17.75

Luxury Transitional Indoor Pendant, 7"H x 3.875"W, with Modern Style Elements, Contemporary Design, Midnight Black Finish and Glass, UHP2308

2-day shipping

2-day shipping

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance



Add ♡

$0.49 +$4.99 shipping

dvypyn Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Purple

Shipping, arrives **in 3+ days**



Add ♡

$4.09 +$1.99 shipping

Electricseller Pendant Garden Decoration in Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant



Add ♡

Now **$4.56** $6.12 +$2.00 shipping

IBaodan Home Decor Clearance sale Housewarming G Acrylic Flat Pendant

**Report:**  ⊘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Mon, Oct 21**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**    Edit

House

**Items details**    Hide details

**Arrives by Mon, Oct 21**    1 item

Sold and shipped by ZUOZUOFANGQAQ
$4.99 seller shipping fee

Dream Pendant Christmas Decorations Indoor Christmas Decorations Christmas Decor Car...

Actual Color: Purple

$2.24 from savings

$16.41
~~$18.65~~

Remove    − 1 +



**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 9192    $23.59

+ Add new payment    Change payment



Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

---



Place order for $23.59

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | ~~$18.65~~ |
|---|---|
| Savings | -$2.24 |
| | $16.41 |
| Seller shipping | $4.99 |
| Estimated taxes | $2.19 |

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.41 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ **Foundation (NFWF)**

$1.00   $2.00   $5.00

**Estimated total**    $23.59

Have a promo code? ⌄

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.





DMDUOU

**DMDUOU Acrylic Pendant,Elegant Acrylic Dream Pendant,Stylish Home Décor & Gift Idea, Flat Design for Hanging Art, Versatile Interior Accent & Durable Craftsmanship Purple**

Free 30-day returns Pro Seller

**$2.98**

Price when purchased online

Buy now

Add to cart

**Size:** Free Size

Free Size
$2.98

**Actual Color:** Purple

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives Oct 16<br>$2.99 | Not available | Not available |

**1 N LA SALLE ST** Change

Arrives by **Wed, Oct 16** | More options

Shipping fee $2.99

Sold and shipped by **DMDUOU** | Pro Seller

5 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored

Now $16.77 $23.95

DINGERING DIY Dot Diamond Art Painting Christmas Wreath Creative Design Acrylic Home Decoration Round Pendant Single Side Dot Diamond for Adults Child Beginners the Best Christmas Gift

3+ day shipping

+ Add

## At a glance

| | | | |
| --- | --- | --- | --- |
| Material | Acrylic | Color type | Purple |
| Dimensions | 3.15 x 3.15 x 0.15 Inches | Brand | DMDUOU |

**$11.98**

1pc, 2D Flat Forest Elephant Sun Catcher, Acrylic Sign, Housewarming Gift, Window Hanging Art Decoration, Outdoor Garden Indoor Office Room Bathroom Living Room Wall Decoration Home Decoration

★★★★★ 1

Shipping, arrives **in 3+ days**



Clearance

Options

**Now $3.16** $9.52 +$5.22 shipping

Home Decor 3 PCS Bee Set for Garden Or Indoor Wall Acrylic Decoration Sign;Decor Wall Bedroom Bathroom Kitchen Living Room Party Decorations

Shipping, arrives **in 3+ days**



**$10.99**

Beautiful Black Murex Airplant Kit (Tillandsia) 4" Coast, Office

★★★★★ 2

Shipping, arrives **in 3+ days**



Best seller

+ Add

**$27.97**

Better Homes & Gardens 12" Architectural Woven Pendant Light, Natural Rattan Shade

★★★★☆ 55

2-day shipping



+ Add

**$59.99**

ArtbyHannah 8 Piece Natural Gallery Wall Photo Frame Set, Modern Landscape Wall Decor for Home and Office, Mother's Day Gift for Home Decor

★★★★☆ 45

2-day shipping



Best seller

+ Add

**$61.99**

Toiead Rattan Nightstand, Boho Side Table with Handmade Rattan Decorated Drawer, Bedroom, Living Room, Natural

★★★★☆ 28

3+ day shipping

## About this item

### Product details

Welcome To **DMDUOU** Store (❀.❀    )

Wish you a pleasant shopping experience in **DMDUOU** Which is committed to providing high-quality home products and accessories.

24 Hours Online;If you have any questions, please feel free to contact the **DMDUOU** service team, we will solve it for you.

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Diverse Product Range: Our store presents a vast assortment of home products, including furniture, décor items, kitchenware, bedding, and more, fulfilling all your one-stop shopping needs for a comfortable home.
- Premium Quality Assurance: We attach great importance to product quality and rigorously select suppliers to guarantee that every item you purchase adheres to high standards.
- Fashionable Designs: The home products in our store feature stylish designs that blend modern and classic elements, adding a unique touch and style to your home.
- Competitive Prices with Great Deals: We are dedicated to offering the most competitive prices and frequently launch promotional activities to enable you to enjoy more savings.
- Exceptional Customer Service: Our team provides professional and enthusiastic customer service, answering your inquiries and ensuring a delightful shopping experience.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Brand**

DMDUOU

**Assembled Product Weight**

0.11 lb

**Manufacturer Part Number**

DMDUOU Hanging Ornaments

**Manufacturer**

DMDUOU Home & Garden

More details

### Directions

**Fabric Care Instructions**

Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures: 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new

collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:Product Specifications:Material: AcrylicColor: Purplesize: 8*8*0.37cmPackage includes:1 pendant

## Warranty ⌃

**Warranty information**

Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures: 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on...

More details

## Warnings ⌃

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance



**Now $1.69** $1.99 +$4.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance

Shipping, arrives **in 3+ days**



**$2.80** +$3.99 shipping

Yishangzhng Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Room Decor for Men, Kitchen Appliances

Shipping, arrives **in 3+ days**



**$1.81** +$3.99 shipping

YuXinYang Decor Dream Pendant Car Decorative Pend Decor

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Tue, Oct 15**

steven howard                                          Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                   Edit

House

---

**Items details**                                     Hide details

**Arrives by Tue, Oct 15**                             1 item

Sold and shipped by DMDUOU  |  ⊘ Pro Seller ⓘ
$2.99 seller shipping fee

DMDUOU Acrylic Pendant,Elegant Acrylic Dream Pendant,Stylish Home Décor & Gift Idea, Flat...

Size: Free Size, Actual Color: Purple

**$2.98**

Remove      ⊖   1   ⊕



🗂 **Payment method**

💵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in 9192**                               **$6.58**

+ Add new payment                           Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

\*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱 **Text updates for this order**

☐ **Send to (xxx) xxx-5923**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

---



**Place order for $6.58**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                  $2.98
Seller shipping                                        $2.99
**Estimated taxes**                                    $0.61

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.42 donation?
Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                    **$6.58**

Have a promo code?                                     ⌄

Clearance

Nailyv

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance**

Free 30-day returns ⓘ

**Now $1.69** $1.99 ⓘ

You save $0.30

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Purple

Purple
$1.69

**How you'll get this item:**

| Shipping Arrives Oct 11 $4.99 | Pickup Not available | Delivery Not available |

1 N LA SALLE ST | Change

Arrives by Fri, Oct 11 | More options

Shipping fee $4.99

Sold and shipped by aqiabi

★★★☆☆ 2 seller reviews

View seller information

Free 30-day returns | Details

Add to list

Add to registry

Reduced price

Sponsored

**Now $10.99** $13.99

Tied Ribbons Ganesh Statue Sculpture for Car Dashboard Home Temple Decor | 2"x 2.3" | Resin

2-day shipping

+ Add

2
View all





**$10.12**

10PCS Diamond Pendant Ornaments, Shatterproof Acrylic for Christmas Tree Party Outdoor

**$74.85**

Efavormat 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of

**$10.99**

Northlight 18.5" Acrylic Dangling Icicle Christmas Orna

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Home decoration accessories
- Home decorations for kitchen
- Clearance

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Home decorations ideas

**Brand**
Nailvv

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Home decorations

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.






Clearance



**$2.80** +$3.99 shipping

Yishangzhng Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Room Decor for Men, Kitchen Appliances

Shipping, arrives **in 3+ days**

**$1.81** +$3.99 shipping

YuKiHSang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room Decor

Shipping, arrives **in 3+ days**

Now **$4.56** $5.12 +$2.00 shipping

IBaodan Home Decor Clearance sale Housewarming G Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

**Report:** ⊘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Thu, Oct 10**

steven howard                                                          Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                   Edit

House

**Items details**                                                      Hide details

**Arrives by Thu, Oct 10**                                             1 item

Sold and shipped by aqiobi
$4.99 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant Clearance
**Actual Color: Purple**

$0.30 from savings

**$1.69**
$1.99

Remove          [ − 1 + ]



Place order for $7.36

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $1.99 |
| **Savings** | -$0.30 |
| | $1.69 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.68 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.64 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                                    $7.36

Have a promo code?                                                     ⌄

**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                                    $7.36

+ Add new payment                                      [ Change payment ]



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Text updates for this order**

☐ Send to (xxx) xxx-5923

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:14    AOMXGD Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Home Decor on Clearance, Purple - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 202 of 686 PageID #:1109



Clearance

AOMXGD

**AOMXGD Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Home Decor on Clearance, Purple**

☆ (No ratings yet)

Free 30-day returns

**Now $0.99**  $2.99 ⓘ

You save  $2.00

Price when purchased online ⓘ

Buy now

Add to cart

**How do you want your item?**

| Shipping Arrives Oct 13 $4.99 | Pickup Not available | Delivery Not available |

Delivery to **1 N LA SALLE ST**

Sold and shipped by **RBCKVXZ**

★★★☆☆  41 seller reviews

View seller information

Free 30-day returns  Details

♡ Add to list     🖥 Add to registry

$8.81  +$3.99 shipping

Modern Lotus Flower Lampshade Lamp Shade for Ceiling Pendant Light Home Decor

Shipping, arrives **in 3+ days**

$49.99

Options from $49.99 – $79.99

Aiwen 3 Tiered Modern LED Pendant Light Stylish Home Decor Light Fixture Gold

Shipping, arrives **in 3+ days**

Clearance

**Now $14.19** $15.79  +$6.96 shipping

Ynlkcvrg Ornaments Clearance, Lampshade Home Han... Home Decor Home Decor

Shipping, arrives **in 3+ days**

**About this item**

Product details ⌃

# Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made ofacrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor.

- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic .

- 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Excellent Material: this product is made of excellent material.
- Ideal Gift: This product can be very suitable as a house warming gift for your friend who are about to move into a new home.
- Appearance: this home decor is very design, great for decorating your home.
- Multi-scene Application: this product is very good, you can use it in any occasion you need, it will not let you down.
- Quality Promise:If you have any doubts or questions about the products, you can contact us directly and we will be pleased to help you solve them. In addition we also provide 30-day return service to help you solve your worries, thank you for your support!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

---

Specifications ⌃

**Color**
Purple

**Size**
3.15" x 3.15" x 0.15"

**Brand**
AOMXGD

**Features**
home decor

More details

---

Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

Warnings ⌃

⚠ **WARNING:** None

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

### This item does not have any reviews yet

---



**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

---



**$3.37** +$1.89 shipping

Cevemin Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Car Hanging Ornament for DIY Crafting

Shipping, arrives **in 3+ days**



**$6.59** +$0.99 shipping

Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, for Bedroom Living Room Home Decoration

Shipping, arrives **in 3+ days**

Clearance



Now **$0.47** $0.77 +$4.99 shipping

Home on Clearance ! TOPRenddon Dream Pendant Ca...

Shipping, arrives in 3+ days

**Report:**  ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Modern Pendant Lights

Review your order - Walmart.com



**Shipping, arrives by Sat, Oct 12**

steven howard                                                        Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                 Edit

House

**Items details**                                                    Hide details

**Arrives by Sat, Oct 12**                                           1 item

Sold and shipped by RBCKVXZ
$4.99 seller shipping fee

AOMXGD Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant, Home Decor on Clearance,...

$2.00 from savings

$0.99
$2.99

Remove          —    1    +



Place order for $6.59

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $2.99 |
| Savings | -$2.00 |
| | $0.99 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.61 |

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.41 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)**

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total**                                                  $6.59

Have a promo code?    ⌄

**Payment method**

VISA  Ending in 9192                                    $6.59

+ Add new payment                          Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

2024/9/30 17:15

2024/9/30 17:19
Qianying Summer Promotion,Clearance,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 206 of 686 PageID #:1113

QianYing

**Qianying Summer Promotion,Clearance,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

☆ (No ratings yet)

Free 30-day returns

**$0.59**

Price when purchased online ⓘ

Buy now

| Add to cart |
|:---:|

**Actual Color:** Purple

$0.59        $0.59

### How do you want your item?

| Shipping Arrives Oct 17 $4.80 | Pickup Not available | Delivery Not available |
|:---:|:---:|:---:|

Delivery to **1 N LA SALLE ST**

Sold and shipped by **ZhenYou** | ✓ **Pro Seller**

★★★★☆ 28 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list          Add to registry



Sponsored



**$11.99**
Ceiling Light Fixture with Teardrop Glass Shade Semi Flush Mount Indoor Lighting
Shipping, arrives **in 3+ days**

**$24.99**
Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White
Shipping, arrives **in 3+ days**



**$83.00**
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant
Shipping, arrives **in 3+ days**

## About this item

### Product details ︿

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your friends and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- High-Quality Materials:Crafted from premium materials,our products are built to last,ensuring durability and reliability for everyday use
- Sleek and Modern Design:with sleek and modern designs,our products not only serve their practical purposes but also enhance the aesthetic appeal of any living space
- Easy Maintenance and Cleaning:Designed for practicality,our products are easy to maintain and clean,allowing you to keep your living space neat and tidy with minimal effort
- Enhanced Safety Features:Prioritizing safety,our products incorporate enhanced safety features to provide peace of mind for you and your family,ensuring a secure living environment
- Customer Satisfaction Guarantee:Backed by a customer satisfaction guarantee,our products come with responsive customer support,ensuring your peace of mind throughout your purchase and beyond

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications ︿

**Brand**
QianYing

**Features**
Summer Promotion,Clearance,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Assembled Product Dimensions (L x W x H)**
3.12 x 3.12 x 0.14 Inches

### Directions ︿

**Fabric Care Instructions**
Hand Wash,Wash with a Clean Cloth

### Warranty ︿

**Warranty information**

If you don't love our products, simply return them without question within 30 days. Select your favorite color and "Add to Cart" now.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

### Warnings ︿

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

| | | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |



$0.77 +$4.99 shipping

SHIMELE Car Decorative Pendant, Dreamcatcher Pendant, Acrylic Flat Hanging Ornament, Auto Rearview Mirror Decoration

Shipping, arrives in 3+ days



Clearance

Now $5.38 $6.12 +$1.99 shipping

Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days



Clearance

Now $2.42 $2.69 +$1.99 shipping

Rwdwn Dreamy Drive: Acrylic Car Pendant, Flat Charm Road, Hanging Ornaments Sale Savings(Purple)

Shipping, arrives in 3+ days

2024/9/30 17:19     Qianying-Summer-Promotion,Clearance,Dream-Pendant-Car-Decorative-Pendant-Acrylic-Flat-Pendant - Walmart.com

**Report:**    ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures

2024/9/30 17:20
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 209 of 686 PageID #:1116
Review your order - Walmart.com

**Shipping, arrives by Wed, Oct 16**

steven howard                                                            Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                     Edit

House

## Items details                                                        Hide details

**Arrives by Wed, Oct 16**                                               1 item

Sold and shipped by ZhenYou | ✓ **Pro Seller** ⓘ

$4.80 seller shipping fee

Qianying Summer Promotion,Clearance,Dream
Pendant Car Decorative Pendant Acrylic Flat...

Actual Color: Purple

**$0.59**

Remove          ⊖   1   ⊕

---

### 🗖 Payment method

💳   **We'll look for smart ways to pay**
     We'll suggest payment methods that work best with eligible items in your cart.

[VISA]  Ending in 9192                                                  $5.94

+ Add new payment                          Change payment

---

**Walmart+** Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

### 📱 Text updates for this order

☐ Send to (xxx) xxx-5923
  Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

---

Place order for $5.94

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                              $0.59
Seller shipping                                                $4.80
**Estimated taxes**                                            $0.55

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.06 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                                            $5.94

Have a promo code?                                              ⌄

---



KINPLE

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

☆ (No ratings yet)

**About this item**

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**At a glance**

| Color | Brand | Features |
|---|---|---|
| Purple | KINPLE | Dream Pendant Car Decorative Pendant Acrylic Flat Pendant |

| Assembled Product Dimensions (L x W x H) | | |
|---|---|---|
| 3.15 x 3.15 x 0.15 Inches | | |

**$10.82**

Price when purchased online ⓘ

🚚 Free shipping · 🔵 Free Holiday returns until Jan 31

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| Shipping Arrives Nov 3 Free | Pickup Not available | Delivery Not available |
|---|---|---|

**1 N LA SALLE ST** Change

Arrives by **Sun, Nov 3** | More options

Sold and shipped by **KINPLE**

★★★☆☆ 29 seller reviews

View seller information

🔵 Extended holiday returns  Details
Free Holiday returns until Jan 31

| ♡ Add to list | 🎁 Add to registry |
|---|---|



Sponsored
$12.99
Ceiling Light Fixture with Teardrop Glass Shade Semi Flush Mount Indoor Lighting
Shipping, arrives **in 3+ days**



$24.99
Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White
Shipping, arrives **in 3+ days**



Now **$78.84** ~~$88.00~~
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant
Shipping, arrives **in 3+ days**

**About this item**

| Product details | ⌄ |
|---|---|

| Specifications | ⌄ |
|---|---|

| Directions | ⌄ |
|---|---|

| Warranty | ⌄ |
|---|---|

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

| | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |
|---|---|



$4.59 +$2.49 shipping
Options from $4.59 – $4.69

Wall Hanging Decor For Garden Indoor And Outdoor For Xmas Tree Purple Acrylic Butterfly Blue Acrylic Butterfly Decoration Pendant Creative 2D Butterfly Decoration Pendant Gift Pendant For

Shipping, arrives **in 3+ days**



+3 options

$5.08

Christmas Ornaments Clearance Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Christmas Foam Pendant Holiday

Shipping, arrives **in 3+ days**



+3 options

$4.08

Christmas Ornaments Colorful Butterflies Acrylic Dec... Decoration Pendant Gift Pendant Decor Christmas We...

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



Free shipping, arrives by Fri, Nov 1

steven howard                                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                            Edit

House

## Items details                                        Hide details

**Arrives by Fri, Nov 1**                                       1 item

Sold and shipped by KINPLE
Free shipping

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant

**$10.82**

Remove            −    1    +



**Place order for $11.93**

By placing this order, you agree to our _Privacy Policy_ and _Terms of Use_

**Subtotal** (1 item)                                          $10.82
Shipping                                                         Free
**Estimated taxes**                                             $1.11

☐ Give $0.07 to American Red Cross to support      ⓘ
those affected by hurricanes and tropical
storms in 2024.
Spark Good Round Up is an easy way to support
communities impacted by natural disasters.

Donate a whole dollar to American Red Cross  ⓘ

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**                                            $11.93

Have a promo code?                                               ⌄



## 💳 Payment method

**VISA** Ending in 9192                                        $11.93

+ Add new payment                        [ Change payment ]

─────────────────────────────────────────────

one

**onepay**  $15 cash back when you spend $15+    [ Sign up ]

Add any credit or debit card, and claim cash back with a One Cash account.



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



## 📱 Text updates for this order

☑ Send to (xxx) xxx-5923

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:21

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 215 of 686 PageID #:1122

COFEST Dream Pendant Car Decor - Acrylic Flat Pendant, Stylish & Sophisticated Design, Home Decor Accessory, Purple, 8x8cm Purple... - Walmart.com

COFEST

**COFEST Dream Pendant Car Decor - Acrylic Flat Pendant, Stylish & Sophisticated Design, Home Decor Accessory, Purple, 8x8cm Purple**

☆ (No ratings yet)

⭐ Free shipping    🔄 Free 30-day returns

**$5.52**

Price when purchased online ⓘ

Buy now

Add to cart

Size: Free Size

| Free Size |
| $5.52 |

Actual Color: Purple

| Purple |

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🏪 Delivery |
|---|---|---|
| Arrives Oct 16 | Not available | Not available |
| Free | | |

Delivery to 1 N LA SALLE ST

🏪 Sold and shipped by COFEST

★★★½ 36 seller reviews

View seller information

🔄 Free 30-day returns    Details

♡ Add to list                    🎁 Add to registry



$3.39  +$4.90 shipping
Wozhidaoke Fall Decor Home Decor Natural Amethyst Quartz Sphere Big Pretty Crystal Ball Healing Purple Stone 1Pc Room Decor Aesthetic Christmas Ornaments Purple 3"3"2.5 Purple
★★★☆☆ 2
Shipping, arrives in 3+ days

$3.39  +$4.90 shipping
Wozhidaoke Fall Decor Home Decor Natural Amethyst Quartz Sphere Big Pretty Crystal Ball Healing Purple Stone 1Pc Room Decor Aesthetic Christmas Ornaments Purple 3"3"2.5 Purple
Shipping, arrives in 3+ days

$10.45  +$4.79 shipping
Puppets Bling Bedroom Decor Nutcrackers Christmas Nutcracker Gifts Child Work
Shipping, arrives in 3+ days

2024/9/30 17:21

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 216 of 686 PageID #:1123

COFEST Dream Pendant Car Decor - Acrylic Flat Pendant, Stylish & Sophisticated Design, Home Decor Accessory, Purple, 8x8cm Purple - Walmart.com

## About this item

### Product details ⌄

Welcome To **COFEST** Store (๑˵•̀ ᴗ •́๑)

☎24 Hours Online:If you have any questions, please feel free to contact the **COFEST** service team, we will solve it for you.

•1.**High-quality household products** • •2. **Fine Party Accessories** • •3. **Quality Electronics**•

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- 【**High Quality and Durable**】: Our product is made with premium materials, ensuring its long-lasting durability. It is designed to withstand daily use and will remain in great condition for years to come. An ideal gift for Valentine, Birthday, Christmas, Thanksgiving, Halloween, Women's day, Mothers' Day, Fathers'day, and etc.Tool Gift For Lover , christmas gifts for Family.
- 【**Versatile and Practical**】: With its multi-functional design, our product can serve a variety of purposes. Whether you need it for organizing, storing, or displaying, it will meet al your needs with ease.A good product is worth having, please take it home! Easy to operate Safe & Environmental , Unique design, do not follow the trend, which makes it useful and fashionable , Beautiful and practical generous, comfortable and durable, safe and reliable , This is the best gift for family, friends and colleagues, I believe they will like it , Easy to carry, easy to use, It can gives you a euphoric feeling , Made of environmental friendly material, moisture-proof, non-toxic, non-irritating.
- 【**Easy Installation**】: Setting up our product is a breeze, thanks to its user-friendly design. You can easily assemble it within minutes, without the need for any special tools or skills.Through the application of high-quality products, help you change the home and work environment reflect comfortable, simple, high-end life concept. In order to make you experience the convenience of smart home, we pursue perfection everywhere, through clear details, bring you a new experience. Our products are simple and smart. What's more, you can define it according to your own living habits. All of this makes the joy extend infinitely. Premium quality material, durable, sturdy, weather resistant, fade resistant and made to last. It's easy to install and you don't need any other tools, just follow the instructions.
- 【**Stylish and Appealing**】: Our product features a sleek and modern design that will enhance the aesthetic appeal of any space. It adds a touch of elegance and sophistication to your home or office.
- 【**Excellent Customer Support**】: We pride ourselves in offering top-notch customer service. If you have any questions or concerns, our dedicated team is always ready to assist you. Your satisfaction is our utmost priority.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌄

**Brand**
COFEST

**Assembled Product Weight**
0.11 lb

**Manufacturer**
COFEST Home & Garden

**Manufacturer Part Number**
COFEST Hanging Ornaments

More details

### Directions ⌄

**Fabric Care Instructions**
Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures:1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:Product Specifications:Material: AcrylicColor: Purplesize: 8*8*0.37cmPackage includes:1 pendant

### Warranty ⌄

**Warranty information**
Dream Pendant Car Decorative Pendant Acrylic Flat PendantFeatures:1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior...

More details

### Warnings ⌄

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance                    Clearance                    Clearance

COFEST Dream Pendant Car Decor - Acrylic Flat Pendant, Stylish & Sophisticated Design, Home Decor Accessory, Purple, 8x8cm Purple@walmart.com







**Now $5.38** $6.02 +$1.99 shipping

Naittoop Summer Clearance Home Decor, Home Decor Clearance, Home Decor Aesthetics Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

**Now $2.42** $2.69 +$1.99 shipping

Rwvbm Dreamy Drive: Acrylic Car Pendant, Flat Charm Accessory for a Touch of Whimsy on the Road, Hanging Ornaments Sale Savings(Purple)

Shipping, arrives **in 3+ days**

**Now $0.99** $2.99 +$4.99 shipping

AOMXGD Dream Pendant Car Decorative Pendant Ac... Purple

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Party & Occasions / Christmas Trees & Christmas Decor / Christmas Decor / Indoor Christmas Decor / Christmas Ornaments / Character Ornaments



**Free shipping, arrives by Tue, Oct 15**

steven howard                                                            Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                     Edit

House

## Items details                                                        Hide details

Arrives by Tue, Oct 15                                                   1 item

Sold and shipped by COFEST
Free shipping

COFEST Dream Pendant Car Decor - Acrylic Flat
Pendant, Stylish & Sophisticated Design, Home...
Size: Free Size, Actual Color: Purple

**$5.52**

Remove          −     1     +



Place order for $6.09

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $5.52 |
| Shipping | Free |
| **Estimated taxes** | $0.57 |

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.91 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ **Foundation (NFWF)**

$1.00     $2.00     $5.00

| | |
|---|---|
| Estimated total | $6.09 |

Have a promo code?                                              ⌄



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                                        $6.09

+ Add new payment                          Change payment



Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



## Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

YuXinYang

**YuXinYang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room Decor**

(No ratings yet)

**Free 30-day returns**

**$1.81**

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

$1.81

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 30 $3.99 | Not available | Not available |

Delivery to 1 N LA SALLE ST

Sold and shipped by **YuXinYangWan**

3 seller reviews

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Clearance

Options

+21

Now $3.39 $10.81 +$4.90 shipping

More options from $1.24

Yubnlvae Hangs Color Acrylic Sunshade Ukrainian Color Acrylic Color Acrylic Window Decoration Hanging Ornament, Christmas Decorations

1

Shipping, arrives in 3+ days

Options

$74.85

Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of 24

Shipping, arrives in 3+ days

Options

$9.30

Clearance Deals! 2022 Dvkptbk Room Decor Home De
Home Decoration Green Bathroom Bedroom Living Ro

1

Shipping, arrives in 3+ days



2024/9/30 17:54     YuXinYang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room Decor - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 221 of 686 PageID #:1128

## About this item

### Product details ⌃

********************************Welcome to [YuXinYang ] Shop********************************

Welcome to our store! We are dedicated to providing you with an exceptional shopping journey.

If you have any inquiries or need assistance, don't hesitate to reach out to us.Thank you for

choosing our shop.We look forward to having you as a satisfied customer!

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

YuXinYang Decor Dream Pendant Car Decorative Pendant Acrylic Flat Pendant,Home Decor,Room Decor

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
YuXinYang

**Assembled Product Weight**
0.1 lb

**Manufacturer**
YuXinYang

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

| |  | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |

---

Clearance



+ Add

**Now $4.56** ~~$6.12~~ +$2.00 shipping

IBaodan Home Decor Clearance sale Housewarming Gift Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Clearance



+ Add

**Now $1.29** ~~$1.49~~ +$4.99 shipping

PNNJI Room Decor - Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Modern Fall Decorations for Home Clearance(Z)

Shipping, arrives **in 3+ days**



Options

**$0.59** +$4.80 shipping

Qianying Summer Promotion,Clearance,Acrylic Flat Ca
Decorations

Shipping, arrives **in 3+ days**

---

**Report:** ⎙ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

2024/9/30 17:54

Review your order - Walmart.com



**Shipping, arrives by Tue, Oct 29**

steven howard                                            Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                     Edit

House

## Items details                                         Hide details

**Arrives by Tue, Oct 29**                               1 item

Sold and shipped by YuXinYangWan
$3.99 seller shipping fee

YuXinYang Decor Dream Pendant Car Decorative
Pendant Acrylic Flat Pendant,Home Decor,Room...
Actual Color: Purple

$1.81

Remove          —   1   +



Place order for $6.39

By placing this order, you agree to our Privacy Policy and Terms of
Use

Subtotal (1 item)                                        $1.81
Seller shipping                                          $3.99
**Estimated taxes**                                      $0.59

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.61 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

Estimated total                                          $6.39

Have a promo code?                                       ⌄



## 🗖 Payment method

💳  **We'll look for smart ways to pay**
    We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                                  $6.39

+ Add new payment                      [ Change payment ]



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



## 📱 Text updates for this order

☐ Send to (xxx) xxx-5923
  Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the
preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data
rates may apply. By continuing, you agree to our Mobile Alert Terms.



Lee Redefine your wardrobe Sponsored

QuLuJing

**QuLuJing Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Must Haves for Home**

Free 30-day returns

**$2.61**

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple-4986

$2.61

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 26 $3.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **QuLuJing**

View seller information

**Free 30-day returns** Details

Add to list | Add to registry

Sponsored

**$264.00**

Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance

3+ day shipping

+ Add

+ Add

**$89.00**

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

+ Add

**$24.99**

Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White

+ Add

**$7.99** +$1.98 shipping

iju7gthy 4th of July Indoor Sun Acrylic Pendant Light Refraction Home Decor Pendant Fun Gift For Window Decoration

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Must Have Household Items
- Please allow slight measurement deviations due to manual measurement. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed in the pictures.
- QuLuJing Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Must Haves for Home
- Household Items Summer Savings,Spring Promotion,Must Have Home Items,Home Deals
- BEST SERVICE: If you are have any questions with our products, contact us any time, we will get you back within 48 hours try our best to make things right. We just hope you have a pleasant shopping!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple-4986

**Size**
Free Size

**Brand**
QuLuJing

**Features**
Anti-Slip

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**State Chemical Disclosure**
NO

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Rollback to user

Sponsored ⓘ



Options



Options



+ Add

**$6.15** +$0.99 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives **in 3+ days**

**$7.43** +$3.99 shipping

Ornaments Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

**$6.12**

Colorful Butterflies Acrylic Decoration Pendant Funny Pendant For Party Decoration The Butterfly Pendant G

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Thu, Sep 26**

Steven kal                                                          Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                Add

Add access codes or other necessary information.

**Items details**                                               Hide details

**Arrives by Thu, Sep 26**                                          1 item

Sold and shipped by QuLuJing
$3.99 seller shipping fee

QuLuJing Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant, Must Haves for Home

Actual Color: Purple-4986

$2.61

Remove          —    1    +



**Place order for $7.28**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                               $2.61
Seller shipping                                                     $3.99
**Estimated taxes**                                                 $0.68

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.72 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00      $2.00      $5.00

**Estimated total**                                                 $7.28

Have a promo code?                                                    ⌄

**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                $7.28

+ Add new payment                                              Edit payment



one

onepay   $15 cash back when you spend $15+              Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Timeless style for him
Sponsored

QiYiyou

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant for Home Lightning Deals of Today**

Free 30-day returns

**$3.99**

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

Purple
$3.99

**How do you want your item?**

Shipping
Arrives Sep 20
$3.00

Pickup
Not available

Delivery
Not available

Delivery to 1 N La Salle St

Sold and shipped by **QiYiyou**
View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Sponsored
**$20.37** $36.38/kg
Better Homes & Gardens 57" Architectural Pendant Light, Adjustable Cord, G40 LED Decorative bulb
2-day shipping
+ Add

+3
View all

9/5/24, 12:54 PM
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 230 of 686 PageID #:1137
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant for Home Lightning Deals of Today - Walmart.com

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant for Home Lightning Deals of Today

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

QiYiyou

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠️ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart+

Members see more

Sponsored ⓘ



$7.43 +$3.99 shipping

Ornaments Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives in 3+ days



$6.12

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives in 3+ days



$4.01 +$3.33 shipping
Options from $4.01 – $5.00

Decor Funny Acrylic Animal Decoration Pendant Creat And Outdoor Decorative Accessories Garden Decorati

Shipping, arrives in 3+ days

**Report:** ⓘ Report seller   ⚠️ Report suspected stolen goods (to CA Attorney General)

Home   Decor   Lighting & Light Fixtures   Ceiling Fixtures



### Shipping, arrives by Fri, Sep 20

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

**Delivery instructions (optional)**
Add

Add access codes or other necessary information.

**Items details**
Hide details

Arrives by Fri, Sep 20
1 item

Sold and shipped by QiYiyou
$3.00 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant for Home Lightning Deals of Today
Actual Color: Purple

$3.99

Remove          — 1 +



**Place order for $7.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $3.99 |
| Seller shipping | $3.00 |
| **Estimated taxes** | $0.72 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.29 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

| $1.00 | $2.00 | $5.00 |

**Estimated total**          $7.71

Have a promo code?          ⌄



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651          $7.71

+ Add new payment          Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:38
Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance Sales - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 234 of 686 PageID #:1141

Clearance

LMEEOR

**Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance Sales**

☆ (No ratings yet)

⊕ Free 30-day returns

**Now $4.44** $4.99 ⓘ

You save  $0.55

Price when purchased online ⓘ

Buy now

Add to cart

Actual Color: Purple

$4.44

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🚚 Delivery |
|---|---|---|
| Arrives Oct 22 | Not available | Not available |
| $2.00 | | |

Delivery to  1 N LA SALLE ST

🏪 Sold and shipped by LMEEOR  | ✓ Pro Seller ⓘ

★★★½ 8 seller reviews

View seller information

⊕ Free 30-day returns  Details

♡ Add to list                                    ⊟ Add to registry



$14.49

Hohiya Acrylic Crystal Christmas Ornament Drop Ball Tree Decorations(Clear,Pack Of 30)

★★★★★

Save with W+

Shipping, arrives in 2 days

Reduced price



+6 options

**Now $13.99** $24.99

Options from $13.99 – $16.99

Ayieyill 56Pcs Poinsettia Christmas Flowers Decorations Christmas flower ornaments Artificial Glitter Berry Stems Christmas Pine Cones Christmas Tree Ornaments Christmas Tree Decorations (Gold)

★★★★★ 62

Save with W+

Shipping, arrives in 2 days

Clearance

**Now $1.99** $2.39  +$4.90 shipping

Options from $1.99 – $3.69

Dainzusyful Christmas Decorations Christmas Orname Decorations Festival Miniature Tree 20cm Home Deco

Shipping, arrives in 3+ days

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add an artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Design:Our hanging ornaments adopts a design that is close to life, allowing you to have a good experience when using it
- Durability: This hanging ornaments is manufactured with serviceable materials to ensure long-term use
- Portable: This hanging ornaments is easy to carry or move, powerful functions, and price is right
- Multipurpose: LMEEOR hanging ornaments can provide convenience to your daily life. You can utilize it appropriately on various occasion or offer it to your family
- Service: If you have any questions regarding our hanging ornaments, please let me know
- Ample Options: This hanging ornaments will fulfill your requirements! The product kind can be chosen at your discretion

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

---

### Specifications

**Features**

Hanging Ornaments

**Brand**

LMEEOR

**Assembled Product Weight**

0.11 lb

**Manufacturer**

LMEEOR

More details

---

### Directions

**Fabric Care Instructions**

Hand Wash

---

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

### Warnings

⚠ **WARNING:** None

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

---

This item does not have any reviews yet

---

| |  | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more. |

---



♡

⊕ Add

**$4.49** •$2.49 shipping

Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments

Shipping, arrives in 3+ days

Clearance



♡

⊕ Add

Now **$3.89** $4.37 •$2.99 shipping

Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations Akmoler Purple

Shipping, arrives in 3+ days



♡

⊕ Add

Now **$4.49** $4.99 •$2.00 shipping

HKEJIAOI Home Essentials Dream Pendant Car Decor

Shipping, arrives in 3+ days

2024/9/30 17:38　　Hanging Ornaments Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Clearance Sales - Walmart.com

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Holiday Decor / Christmas Decor / Christmas Tree Decorations / Shop All Christmas Tree Decorations



**Shipping, arrives by Mon, Oct 21**

steven howard      Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**      Edit

House

### Items details      Hide details

**Arrives by Mon, Oct 21**      1 item

Sold and shipped by LMEEOR | ⊘ **Pro Seller** ⓘ
$2.00 seller shipping fee

Hanging Ornaments Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant Clearan...
Actual Color: Purple

$0.55 from savings

**$4.44**
~~$4.99~~

Remove      [ −   1   + ]



Place order for $7.10

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | ~~$4.99~~ |
| Savings | **-$0.55** |
| | $4.44 |
| Seller shipping | $2.00 |
| **Estimated taxes** | $0.66 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.90 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

**Estimated total**      **$7.10**

Have a promo code?      ⌄



### Payment method

💳

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA **Ending in 9192**      $7.10

+ Add new payment      [ Change payment ]



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

### 📱 Text updates for this order

☐ Send to (xxx) xxx-5923

Send to a different phone number

2024/9/30 17:39
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 238 of 686 PageID #:1145
Review your order - Walmart.com

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

Lee Redefine your wardrobe Sponsored

Clearance

Momihoom

**Momihoom Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting**

Free 30-day returns

**Now $4.44** ~~$4.99~~

You save $0.55

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

$4.44

**Clothing Size:** Free Size

Free Size

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 24 $0.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **Momihoom**

4 seller reviews

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Sponsored
**$16.99**
JO WISDOM Bubble Initial Necklaces 14k Plated Gold Bubble Letter Pendant Necklace Alphabet A-Z Necklace Dainty Gold Name Necklace Personalized Initial Pendant Necklaces for Women Trendy Jewelry
2-day shipping

Clearance



9/4/24, 4:25 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 240 of 686 PageID #:1147

Momihoom Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting - Walmart.com





## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Momihoom 【Service】 If you have any questions, please feel free to contact us and we will answer your questions as soon as possible.
- best gift
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
- Product Specifications:
- Material: Acrylic
- Labor Day
- Labor Day

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Momihoom

**Manufacturer**
Momihoom Clearance

**Color**
Purple

### Directions

**Fabric Care Instructions**
More Beautiful:Best Gifts

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

MILK-BONE

Bewitch their taste bds

Sponsored ⓘ

Clearance

Clearance

9/4/24, 4:25 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 241 of 686 PageID #:1148

Momihoom Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting - Walmart.com





Now $2.17 $2.55 · +$5.00 shipping

Zenghuiiii Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Pendant For Party Decoration The Butterfly Pendant Ornament Garland Christmas And

Shipping, arrives **in 3+ days**

Now $4.27 $4.80 · +$1.99 shipping

miaomiaoke Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

Now $5.10 $6.60 · +$1.50 shipping

Centerpieces for Wedding Table Bling Stain Glass Wind Hamster Dance Christmas Ornament Decorative Garla Fireplace Mantel

Report: ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

browse subscription kids crafts & jewelry making

browse subscription fashion art

browse subscription kids crafts

Tween Girls' Jewelry

browse subscription jewelry making & storage

Tween Girls' Accessories

Clothing / Bags & Accessories / Women's Bags & Accessories / Women's Accessories / Womens Accessories



**Shipping, arrives by Tue, Sep 24**

Steven kal                                                          Edit
1 N La Salle St, Chicago, IL 60602

Delivery instructions (optional)                                    Add

Add access codes or other necessary information.

**Items details**                                                  Hide details

**Arrives by Tue, Sep 24**                                         1 item

Sold and shipped by Momihoom
$0.99 seller shipping fee

Momihoom Fashion Butterfly Pendants Charms,
Mixed Acrylic Butterflies Charms Pendants...
Actual Color: Purple, Clothing Size: Free Size

$0.55 from savings

$4.44
$4.99

Remove        −   1   +

---



**Payment method**

ℹ️ **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                               $5.99

+ Add new payment                              Edit payment

Ⓢ one

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back

---



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---



**Place order for $5.99**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                              $4.99
Savings                                        -$0.55
                                               $4.44

Seller shipping                               $0.99
Estimated taxes                               $0.56

☐ Want to support the National Fish and Wildlife ℹ️
  Foundation's Acres for America program with
  a $0.01 donation?

  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

Donate a whole dollar to National Fish and Wildlife ℹ️
Foundation (NFWF)

  $1.00      $2.00      $5.00

Estimated total                               $5.99

Have a promo code?                            ⌄

9/4/24, 4:25 PM                                                    Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Lee Redefine your wardrobe Sponsored

Clearance

Miaomiaoke

**miaomiaoke Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

**Now $4.27** ~~$4.80~~

You save $0.53

Price when purchased online

Buy now

Add to cart

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 19<br>$1.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **miaomiaoke**

2 seller reviews

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Sponsored

**$397.99**

Auriga 14K Yellow Gold Classic Antique Car Pendant for Women (L-20 mm,W-25 mm)

1-day shipping

Best seller

**$8.59**

Chain Necklace Acrylic Chunky Colorful Punk Necklace Choker Necklace for Girls

2

Sponsored

**Options from $16.00 – $19.00** ~~$104.00~~

JeenMata Gift multipack 6 pc Women Necklace Pendant Jewelry Gift, Choker, Snake Chain, Curb Link, Trendy Layered Necklace, Adjustable Necklace Gift Set for Women

108

**$4.88**

4 Piece Chain Necklace Set

40

Save with

9/4/24, 4:22 PM

miaomiaole Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

**Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 245 of 686 PageID #:1152**

Save with

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? You looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- miaomiaole Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- kitchen mats for floor kitchen kitchen towels kitchen organizers and storage cutting boards for kitchen trash can kitchen faucets kitchen utensils set oil dispenser for kitchen sponges kitchen kitchen kitchen decor sponge for kitchen sink blenders for kitchen
- bathroom rugs bathroom organizers and storage bathroom decor bathroom accessories bathroom trash can bathroom shelves towel racks for bathroom towels for bathroom bath mats for bathroom bathroom set bathroom faucets hand towels for bathroom bathroom mirror bathroom cleaner bathroom storage bathroom rug bathroom cabinet
- blanket basket swaddleblanket dog blanket weighted blankets for adults fire blankets emergency for home blanket blanket baby blankets for boys baby blankets for girls outdoor blanket throw blanket throwblanket for couch blankets size
- neck pillowairplane pillow covers outdoor pillows 18x18 pillow inserts pillow memory foam pillows nursing pillow throw pillows for couch toddler pillow body pillow cover throw pillow covers size pillows set 0f2 pillows standard size set of4 pregnancy pillows for sleeping

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Miaomiaole

**Color**
Purple

**Material**
Acrylic

**Theme**
TV & Movies

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

 Walmart+

Gear p & go



Sponsored ⓘ

Clearance


Now $3.16 $3.99 +$2.99 shipping
Vekome Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days

Clearance

Now $4.99 $6.99 +$1.99 shipping
LYTiang Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift
Shipping, arrives in 3+ days

Clearance

Now $3.31 $5.68 +$3.99 shipping
Sandistore Colorful Butterflies Acrylic Decoration Pen Gift Pendant For Party Decoration The Butterfly Penda
Shipping, arrives in 3+ days

https://www.walmart.com/ip/miaomiaole-Dream-Pendant-Car-Decorative-Pendant-Acrylic-Flat-Pendant/8396401366

2/3

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Jewelry / Womens Jewelry & Watches / Womens Jewelry / Womens Necklaces / Fashion Necklaces & Pendants









**Shipping, arrives by Thu, Sep 19**

Steven kal
1 N La Salle St, Chicago, IL 60602
Edit

**Delivery instructions (optional)** Add

Add access codes or other necessary information.

## Items details

Hide details

**Arrives by Thu, Sep 19** 1 item

Sold and shipped by miaomiaoke
$1.99 seller shipping fee

miaomiaoke Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

$0.53 from savings

$4.27
~~$4.80~~

Remove − 1 +

**Place order for $6.90**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | ~~$4.80~~ |
| **Savings** | -$0.53 |
| | $4.27 |
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.64 |

☐ Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.10 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife Foundation (NFWF)**

$1.00 $2.00 $5.00

**Estimated total** **$6.90**

Have a promo code?

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA **Ending in 3651** **$6.90**

+ Add new payment

**Edit payment**

one

onepay $15 cash back when you spend $15+ **Sign up**

**Add any credit or debit card & stack cash back**

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/4/24, 4:22 PM
Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Redefine your wardrobe
Sponsored

Clearance

Vekome

Vekome Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

Now $3.16 $3.59

You save $0.43

Price when purchased online

Buy now

Add to cart

Actual Color: #1 Purple

$3.16

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 19 $2.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by maqinghe

2 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored
$264.00
Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance
3+ day shipping
+ Add

+3 View all

+ Add

+ Add

+ Add

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 250 of 686 PageID #:1157

| | | |
|---|---|---|
| $24.99 | $5.99 +$3.99 shipping | $89.00 |
| Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White | Light Diffuser Light-transmitting Plate Acrylic Diffuser Ceiling Light Shade Diffuser | DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US |

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- If you have any questions, feel free to contact me at any time, and I will reply to you as soon as I see the message within 24 hours
- Low price: During the low price promotion period, our store provides incredible discounts.
- Wide range: Our store explores a variety of home products to meet various holiday decorations, indoor and outdoor decorations, and other needs.
- plant stem support stem holder plant propagation monstera plant support Plant Stem Supports, Plant Stakes, Plant Climbers Stem Holders, Garden Single Stem Plant Support Stakes, Plant Supports for Indoor and Outdoor Plants

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Vekome

**Features**
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Warranty

**Warranty information**
This product will be refunded free of charge within 30 days. Before refunding, please send an email to contact the seller, send a photo and explain the reason for the refund in detail. Trust me, they will give you the best service.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

| | | |
|---|---|---|
| | 💳 | **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |

Coca-Cola

Qick& easy meal combos

Sponsored ⓘ



**Clearance**

Now **$3.31** $3.99 shipping

Sandistore Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift Candy Garland Ornament Pack

Shipping, arrives **in 3+ days**

Options



$7.82

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

Options



+3 options

$7.20

Colorful Butterflies Acrylic Decoration Pendant Funny Pendant For Party Decoration The Butterfly Pendant G

Shipping, arrives **in 3+ days**

Options

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                                          Edit
1 N La Salle St, Chicago, IL 60602

Delivery instructions (optional)                                                    Add

Add access codes or other necessary information.

**Items details**                                                              Hide details

Arrives by Thu, Sep 19                                                            1 item

Sold and shipped by maqinghe
$2.99 seller shipping fee

Vekome Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: #1 Purple

$0.43 from savings

$3.16
$3.59

Remove          −   1   +



**Place order for $6.78**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $3.59 |
|---|---|
| Savings | -$0.43 |
| | $3.16 |
| Seller shipping | $2.99 |
| **Estimated taxes** | $0.63 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.22 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total**                                            **$6.78**

Have a promo code?                                                  ⌄



**Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651                                              $6.78

+ Add new payment                                          Edit payment

**⑤ one**

onepay  $15 cash back when you spend $15+              Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Review your order - Walmart.com

9/4/24, 4:20 PM

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

HART Get blown away
Sponsored

Lilixerw

Lilixerw Clearance Butterfly Car Hanging Ornament,Acrylic Butterfly Pendant,for Car Pendant Backpack Accessories Home Decor

Free 30-day returns

$3.28

Price when purchased online

Add to cart

Actual Color: Purple

$3.28 $3.28

How do you want your item?

Shipping
Arrives Oct 2
$2.99

Pickup
Not available

Delivery
Not available

Delivery to 1 N La Salle St

Sold and shipped by lilixerw

1 seller review

View seller information

Free 30-day returns Details

Add to list Add to registry

Sponsored
$18.98
7 Chakra Dream Catcher Wall Hanger Decor,Large Meditation Wall Hanging Ornament 7 Chakra Rough Stone Feng Shui Increase Luck Ornaments for Home Decoration Window Decor
3+ day shipping
+ Add

+3 View all

+ Add

$7.70 +$1.99 shipping
Melotizhi Flying Dog Bubbles Car Hanging Pendant Backpack Ornaments Cute Home Decoration
Shipping, arrives in 3+ days

+ Add

$4.44 +$2.99 shipping
Melotizhi Flying Dog Bubbles Car Hanging Pendant Backpack Ornaments Cute Home Decoration
Shipping, arrives in 3+ days



9/18/24, 4:08 PM
Lilixerw Clearance Butterfly Car Hanging Ornament,Acrylic Butterfly Pendant for Car Pendant,Backpack Accessories Home Decor - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 255 of 686 PageID #:1162

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
- Features:
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one
- Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
- Product Specifications:
- Material: Acrylic

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Lilixerw

**Assembled Product Weight**
0.11 lb

**Manufacturer**
Lilixerw

**Assembled Product Dimensions (L x W x H)**
3.10 x 3.10 x 0.10 Inches

### Directions

**Fabric Care Instructions**
Car Hanging Ornament Christmas Ornaments Halloween Ornaments Butterfly Decorations Ornament Storage Box Ornaments 2024 Wall Decor Living Room Patio Decor

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ WARNING: None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

| | | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |


Safe rat control soltion

Sponsored ⓘ

9/18/24, 4:08 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 256 of 686 PageID #:1163

Lilixerw Clearance Butterfly Car Hanging Ornament,Acylic Butterfly Pendant for Car Pendant,Backpack Accessories Home Decor - Walmart.com





Options



Options

$6.12 +$3.99 shipping

SKBEY Decorated Garland Outdoor Flocked Lambs Ear Garland Christmas Hanging Decorations for Wedding Ornament Glass Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly

Shipping, arrives in 3+ days

$2.12 +$3.99 shipping

Mengshii Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant Diamond Party Decorations for Adults

Shipping, arrives in 3+ days

Now $6.55 $7.39 +$1.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Outdoor Decorative Accessories Garden Decoration P

Shipping, arrives in 3+ days

Report: ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Party & Occasions  /  Christmas Trees & Christmas Decor  /  Christmas Decor  /  Indoor Christmas Decor  /  Christmas Ornaments  /  Character Ornaments

YiFudd

YiFudd Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free shipping Free 30-day returns

$5.65

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple,Free Size

Purple,Free Size
$5.65

How do you want your item?

| Shipping<br>Arrives Oct 9<br>Free | Pickup<br>Not available | Delivery<br>Not available |
|---|---|---|

Delivery to 3200 N Lake Shore Dr

Sold and shipped by **Krqap**

8 seller reviews

View seller information

**Free 30-day returns** Details

Add to list Add to registry

Sponsored
$5.63
YiFudd Christmas Pendant
3+ day shipping
+ Add

Options

$74.85

Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of 24

+ Add

$45.99

Acrylic wedding cards Box ,Clear Decorative Centerpiece ,Wishing case ,post Gift

Shipping, arrives in 3+ days

Options

$11.47

Options from $11.47 – $12.99



Uxcell 25x15mm Fake Ice Cube Acrylic Irregular Crushe
Pack (130Pcs)

Shipping, arrives **in 3+ days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them essy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized. 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- yard decorations outdoor
- outdoor fall decorations for porch
- outdoor fall decorations
- decorations for living room
- halloween decorations outdoor clearance

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**State Chemical Disclosure**

None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

| | | Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |
|---|---|---|

Timeless style for him

Sponsored ⓘ



**+ Add**

$3.28 +$2.99 shipping

Lilixerw Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**



**+ Add**

$3.79 +$3.99 shipping

Swinging Pig Car Ornament Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant For Party Decoration The Pendant

Shipping, arrives **in 3+ days**



**Options**

$5.98

Funny Acrylic Animal Decoration Pendant 2D Decorati Shape Ornament Antique Stained Glass Window Hangi

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)



**Free shipping, arrives by Wed, Oct 9**

Michael Boldt                                                    Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**                            Edit

Apartment

**Items details**                                          Hide details

**Arrives by Wed, Oct 9**                                       1 item

Sold and shipped by Krqap
Free shipping

YiFudd Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: Purple,Free Size

$5.65

Remove          −    1    +



**Place order for $6.23**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                               $5.65
Shipping                                                         Free
**Estimated taxes**                                            $0.58

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.77 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

   $1.00        $2.00        $5.00

**Estimated total**                                            $6.23

Have a promo code?                                               ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 1950                                           $6.23

+ Add new payment                              Change payment

**one**

onepay  $15 cash back when you spend $15+              Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/24/24, 1:45 PM
Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Redefine your wardrobe
Sponsored

JGJJUGN

**JGJJUGN Dream Pendant Car Decorative Item, Acrylic Flat Pendant for Home, Vintage Car Acrylic Pendant**

Free 30-day returns

**$0.49**

Price when purchased online

Buy now

Add to cart

**Size:** 3.15" x 3.15" x 0.15"

3.15" x 3.15" x 0.15"
$0.49

**Actual Color:** Purple

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 19 $4.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **JGJJUGN**

6 seller reviews
View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Sponsored

**$3.77**

Kafsov Halloween Steampunk Resin Car Pendant Handcrafted with Vibrant Colors, Adds Liveliness to Cars and Home Decor Perfect for Birthdays, Christmas, Thanksgiving, and More B

3+ day shipping

+ Add

+ Add

+ Add

Options

| | | |
|---|---|---|
| **$0.99** +$4.99 shipping | **$9.99** | **Options from $14.29 – $14.99** |
| JGJJUGN Christmas Pendant Acrylic Pig Flat Car Pendant Christmas Tree Ornament, Christmas pig pendant, Christmas Pigs Glass Blown Ornaments for Christmas Tree | 10PCS Diamond Pendant Ornaments, Shatterproof Acrylic for Christmas Tree Party Outdoor Decorations | 24 Pieces Christmas Snowflake Drop Ornament Acrylic Icicle Christmas Hanging Acrylic Crystal Snowflake Decoration Hanging Acrylic Snowflakes (Clear) |

## About this item

### Product details

Features:

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor.

- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic .

- 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention.

- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .

- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement.

Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Our product is made with premium materials, its long lasting durability. It is designed to withstand daily use and will remain in great condition for years to come.
- Our product features a versatile design that can be used for a variety of purposes. Whether you need it for organisation, storage or display, it will meet all your needs.
- Setting up our product is a breeze, thanks to its user friendly design. You can easily assemble it within minutes, without the need for any special tools or skills.
- Our product features a sleek and modern design that will enhance the aesthetic appeal of any space. It adds a touch of elegance and sophistication to your home.
- We pride ourselves in offering top notch customer service. If you have any questions or concerns, our dedicated team is always ready to assist you.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
JGJJUGN

**Assembled Product Weight**
0.11 lb

**Manufacturer**
JGJJUGN Accessories

**Manufacturer Part Number**
JGJJUGN Home & Decoration

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**Warning**

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

| | | |
|---|---|---|
| | 💳 | **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more. |

**Walmart** ✳

Pride always has a place

Sponsored 



+ Add

$1.02 +$3.99 shipping

Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days

Clearance



Options

Now $0.99 $1.34 +$4.99 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Chain Links for Jewelry Making 100 Ft Shelf Decorations Wooden Garland Beads Short Ornament Hanging String Auction Pendant Bead

Shipping, arrives in 3+ days



Options

$10.82 +$3.99 shipping

12 Days of Christmas Song Cards Colorful Butterflies A Butterfly Decoration Pendant Gift Pendant For Party D Car

Shipping, arrives in 3+ days

Report: Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Party & Occasions / Christmas Trees & Christmas Decor / Christmas Decor / Indoor Christmas Decor / Christmas Ornaments / Character Ornaments

9/4/24, 3:09 PM
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 265 of 686 PageID #:1172
Review your order - Walmart.com



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                          Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                 Add

Add access codes or other necessary information.

**Items details**                                                   Hide details

**Arrives by Thu, Sep 19**                                          1 item

Sold and shipped by JGJJUGN
$4.99 seller shipping fee

JGJJUGN Dream Pendant Car Decorative Item,
Acrylic Flat Pendant for Home, Vintage Car Acryl...
Size: 3.15x3.15x0.15in, Actual Color: Purple

**$0.49**

Remove        −    1    +



**Place order for $5.99**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                              $0.49
Seller shipping                                                    $4.99
**Estimated taxes**                                                $0.51

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $0.01 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                               $5.99

Have a promo code?                                                  ⌄



**Payment method**

🔵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                               $5.99

+ Add new payment                                          Edit payment

⊕ one

onepay  $15 cash back when you spend $15+              Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so**
**much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/4/24, 3:09 PM
Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Comfort & confidence Sponsored

Ihhxbz

Ihhxbz Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

$5.56

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple,Free Size

Purple,Free Size
$5.56

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 3 $1.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **Ihhxbz**

1 seller review

View seller information

Free 30-day returns Details

Add to list Add to registry

Sponsored
$397.99
Auriga 14K Yellow Gold Classic Antique Car Pendant for Women (L-20 mm,W-25 mm)
1-day shipping

+3 View all

Best seller

$4.88
4 Piece Chain Necklace Set
43

Best seller

$6.88
4 Piece Pendant Necklace Set
27

$7.73
Chain Necklace Acrylic Chunky Colorful Punk Necklac
2

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

Shipping, arrives **in 3+ days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylicpendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding aof to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.2. Versatile accessories: Whether living room, bedroom or office, our new acrylicpendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , lamps or interior furniture to create a personalized .3.Choice: Looking for a special your loved one? Stop looking! Our new series of acrylicpendants make a thoughtful and unique gift. Give these beautiful pendants to yourand family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylicpendants is ideal. Stylish, sophisticated, designs will bring morand beauty to your everyday life. Turn your living space into a place ofand beauty by purchasing our new acrylicpendant collection, giving your home a fresh and .5. Quality craftsmanship: Eachpendant in our collection has been carefully crafted to create a gorgeous look andtextures. These pendants are made ofmaterials that areand stand the test of. Invest in our new collection of acrylicpendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Ihhxbz Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

### Specifications

**Features**

Ihhxbz Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, led lights for bedroom; home decor; room decor; led lights; halloween decorations; halloween; wall decor; fairy lights; bedroom decor; fake plants; desk accessories; classroom decor; halloween decor; happy birthday banner; table runner; living room decor; office decor; birthday decorations; fall decor; flowers; christmas tree; room decor aesthetic; baby shower decorations; halloween decorations outdoor; wedding; christmas decorations; string lights; dorm decor; vase; lights for bedroom; boho decor; fake flowers; vines; bachelorette party decorations; fall decorations for home; farmhouse decor; plants; lights; led; wedding decor; fairy lights battery operated; cool stuff; floating candles; boho wall decor; flameless candles; happy birthday decorations; halloween decorations indoor; desk decor; christmas; room decor for teen girls; decor; led light strip; artificial flowers; christmas lights; bridal shower decorations; party decorations; string lights for bedroom; house decor; happy birthday balloon; bachelorette; dried flowers; apartment decor; home decor living room; hawaiian party decorations; fairy lights for bedroom; cute room decor; battery operated lights; disco ball decor; vines for bedroom; led light; 30th birthday decorations for her; shelf decor; curtain lights; coffee table decor; wedding decorations; backdrop; photo booth; light; bedroom; wall lights; birthday decorations for women; pool party decorations; ambient lighting; led lights for tv; christmas decorations; happy birthday sign; fake vines; rose; engagement party decorations

**Brand**

Ihhxbz

**Material**

Acrylic

**Theme**

home decor

More details

### Warranty

**Warranty information**

Please be free to contact us if you have any questions, we promise that we will give you all satisfied solution. By the way, please check with our item description very carefully, for saving you time and get exactly what you want, thank you and enjoy your shopping.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for a third party Marketplace seller, please use the...

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.

It's more than a toy

Sponsored ⓘ







$7.30 +$3.00 shipping

$7.88

$6.59 +$2.99 shipping

QNFEPKG Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

MVNSFEW Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor and Outdoor Decoration Accessories Garden Decoration Pendant

YHAIOGS 50 Ft Garland No Wire Funny Acrylic Animal Decoration Pendant Indoor and Outdoor Decorative A...

---

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Jewelry  /  Womens Jewelry & Watches  /  Womens Jewelry  /  Womens Necklaces  /  Fashion Necklaces & Pendants



**Shipping, arrives by Thu, Oct 3**

Steven kal                                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                          Add

Add access codes or other necessary information.

**Items details**                                                            Hide details

**Arrives by Thu, Oct 3**                                                     1 item

Sold and shipped by lhhxbz
$1.99 seller shipping fee

lhhxbz Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: Purple,Free Size

**$5.56**

Remove                          —    1    +

**Place order for $8.32**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                         $5.56
Seller shipping                                                               $1.99
**Estimated taxes**                                                           $0.77

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.68 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00        $2.00        $5.00

**Estimated total**                                                          $8.32

Have a promo code?                                                            ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                        $8.32

+ Add new payment                                          Edit payment

**one**

onepay  $15 cash back when you spend $15+                      Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.







Lee Redefine your wardrobe
Sponsored

Clearance

Hxlamzoo

Hxlamzoo Dream Butterfly Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

Now $3.99 $8.99

You save $5.00

Price when purchased online

Buy now

Add to cart

Size: Free Size

Free Size
$3.99

Actual Color: Purple

Purple

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 24 $0.98 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by Hxlamzoo

8 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored
$264.00
Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance
3+ day shipping
+ Add

+3 View all

Reduced price

## About this item

### Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**
**Features:**
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new acrylic pendant collection and watch your home space filled with elegance and refinement. Product Description:
**Product Specifications:**
**Material:** Acrylic
**Color:** Purple
**size:** 8*8*0.37cm
**Package includes:**
1 pendant

- Hxlamzoo Dream Butterfly Pendant Car Decorative Pendant Acrylic Flat Pendant【Service】 If you have any questions, please feel free to contact us and we will answer your questions as soon as possible.
- best gift
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new acrylic pendant collection and watch your home space filled with elegance and refinement. Product Description:
- Product Specifications:
- Material: Acrylic

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Hxlamzoo

**Features**
Hxlamzoo Dream Butterfly Pendant Car Decorative Pendant Acrylic Flat Pendant

### Warranty

**Warranty information**
Independence Day Father's Day Mother's Day Children's Day Easter Christmas New Year April Fools' Day Martin Luther King Day Arbor Day Honey Bee Day Valentine's Day The Day After Easter Durability Labor Day Halloween Thanksgiving Veterans Day Christmas Eve New Year's Eve Summer Parties,Dinners,Travel, Weddings And Other

More details

💬 Report incorrect product information




$2,639.36

Makliane 5-Piece Velvet Upholstered Tufted Queen Bedroom Set in Gray

3+ day shipping




$14.99

MoKo Sunglasses Holder Organizer Wall, Wooden Eyeglasses Display Rack for Bedroom Living Room Entryway

2-day shipping



$2,006.60

Makliane 4-Piece Velvet Upholstered Eastern King Bedroom Set in Gray

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



The Ghost with the Most



Sponsored ⓘ



Ovzne 1 PC Bling Car Rearview Mirror Pendant, 3.14" x 3.74" Rhinestone Butterfly-shaped Metal Stainless Steel Chain Pendant, Personalized Decorative Accessory, Compatible with Most Models#A

$0.50 +$4.99 shipping

Shipping, arrives in 3+ days

+ Add

Clearance



Options

+3 options

Linjieee Icicles Glass Christmas Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Now $1.12 $3.99 +$4.99 shipping

Shipping, arrives in 3+ days



Options

HALJEN Ornament Hooks Clear Colorful Butterflies A Decoration Pendant Gift Pendant for Party Decoration

$7.79 +$0.00 shipping

Shipping, arrives in 3+ days

Report: ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



**Shipping, arrives by Tue, Sep 24**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                             Hide details

**Arrives by Tue, Sep 24**                                    1 item

Sold and shipped by Hxlamzoo
$0.98 seller shipping fee

Hxlamzoo Dream Butterfly Pendant Car
Decorative Pendant Acrylic Flat Pendant
Size: Free Size, Actual Color: Purple

$5.00 from savings

$3.99
$8.99

Remove                    −    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                          $5.48

+ Add new payment                          Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $5.48**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                             $8.99
Savings                                                      -$5.00
                                                              $3.99
Seller shipping                                               $0.98
**Estimated taxes**                                           $0.51

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.52 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

$1.00        $2.00        $5.00

**Estimated total**                                           $5.48

Have a promo code?                                            ⌄

**📱 Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Lee Redefine your wardrobe

Sponsored

Ovzne

Ovzne 1 PC Bling Car Rearview Mirror Pendant, 3.14" x 3.74" Rhinestone Butterfly-shaped Metal Stainless Steel Chain Pendant, Personalized Decorative Accessory, Compatible with Most Models#A

Free 30-day returns

**$0.50**

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

$0.50

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 12<br>$4.99 | Not available | Not available |

Delivery to **1 N La Salle St**

Sold and shipped by **Hong Rui**

28 seller reviews

View seller information

**Free 30-day returns** Details

Add to list | Add to registry

Sponsored

**$825.00**

Urban Ambiance Luxury Luxury Pendant, Size: 23-7/8"H x 22-1/4"W, with Transitional Style Elements, Olde Bronze Finish and Clear Shade, UHP2462

3+ day shipping

+ Add

Options

Options from $8.42 – $9.99 $9.99

Options

Options from $10.99 – $20.99

+ Add

$113.00



9/4/24, 2:34 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 278 of 686 PageID #:1185
Ovzne-1-PC-Bling-Car-Rearview-Mirror-Pendant,-3-14"-x-3-74"-Rhinestone-Butterfly-shaped-Metal-Stainless-Steel-Chain-Personalized-Decorative-Accessory,-Compatible-with-Most-Models/A - Walmart.com

Car Bling Rear View Mirror Hanging Accessories for Women & Men, Rhinestones Diamond Love Heart and Black Plush Ball Crystal Sun Catcher Lucky Ornament Chain, Car Chandelier, Bling Car Charm

⭐⭐⭐⭐⭐ 3

Metal Lamp Shade Retro Light Shade Replacement Mesh Industrial Pendant Light Shade Accessories Ceiling Hanging Light Shades Decorative for Home 1.65" Top x 3.07" Bottom x 4.72" High

⭐⭐⭐ 3

DENEST 4 Light Tiffany Style Chandelier Ceiling Stained Glass Pendant Lamp Hanging Light

⭐⭐⭐⭐⭐ 1

## About this item

### Product details ⌃

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8"8"0.37cm
Package includes:
1 pendant

- Unique Butterfly Design: The butterfly-shaped pendant adds a touch of elegance and personality to your car's interior. Its captivating design is sure to turn heads and complement any car's style.
- Premium Stainless Steel Material: Crafted from high-quality stainless steel, this pendant is built to last. It is resistant to rust and tarnishing, ensuring its beauty and charm remain intact over time.
- Universal Compatibility: Compatible with most car models, this rearview mirror pendant is a versatile accessory that can be easily attached to your car's mirror, regardless of make or model.
- Personalized Decorative Accessory: Not just a pendant, it's a statement piece that reflects your unique taste and personality. Add a touch of glamour to your daily commute with this stylish accessory.
- Easy to Install & Remove: With its convenient chain design, this pendant is effortless to attach and remove from your car's rearview mirror. No tools required, making it a hassle-free addition to your vehicle's interior.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
Ovzne

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information



+ Add

$682.34
Home Square Wood Black 3 Piece Set with Platform Full Bed Nightstand and Dresser

⭐⭐⭐ 4
3+ day shipping



+ Add

$930.54
Home Square Wood Black 4pc Set with Platform Queen Bed Dresser & 2Nightstands

⭐⭐ 3
3+ day shipping



+ Add

$14.99
MoKo Sunglasses Holder Organizer Wall, Wooden Eyeglasses Display Rack for Bedroom Living Room Entryway

2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

one
Debit with rewards

Sponsored ⓘ

Clearance

9/4/24, 2:34 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 279 of 686 PageID #:1186

Ovzne 1 PC Bling Car Rearview Mirror Pendant, 3-14-x 3-74 Rhinestone Butterfly-shaped Metal Stainless Steel Chain Pendant Personalized Decorative Accessory, Compatible with Most Models A - Walmart.com







**Now $1.12** $3.12 +$4.99 shipping      +3 options

$7.79 +$1.00 shipping

$7.82 +$1.00 shipping

Linjieee Icicles Glass Christmas Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

HALJEN Ornament Hooks Clear Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Gift Pendant for Party Decoration the Pendant Gift

GuLuBin Car Hanger Funny Acrylic Animal Decoration Pendant Indoor and Outdoor Decorative Accessories C

**Report:**   ⓘ Report seller      ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures

9/4/24, 2:34 PM
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 280 of 686 PageID #:1187
Review your order - Walmart.com



**Shipping, arrives by Thu, Sep 12**

Steven kal                                                      Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                            Add

Add access codes or other necessary information.

**Items details**                                              Hide details

**Arrives by Thu, Sep 12**                                       1 item

Sold and shipped by Hong Rui
$4.99 seller shipping fee

Ovzne 1 PC Bling Car Rearview Mirror Pendant,
3.14" x 3.74" Rhinestone Butterfly-shaped Metal...
Actual Color: Purple

**$0.50**

Remove            −    1    +



**Place order for $6.00**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                           $0.50
Seller shipping                                                 $4.99
**Estimated taxes**                                             $0.51

☐ Want to support the National Fish and Wildlife ⓘ
  Foundation's Acres for America program with
  a $1.00 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

  $1.00      $2.00      $5.00

**Estimated total**                                             $6.00

Have a promo code?                                                 ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                           $6.00

+ Add new payment                              Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/27 23:45
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 282 of 686 PageID #:1189
Herunwer Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting - Walmart.com

Herunwer

**Herunwer Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting**

🚚 Free shipping, arrives Oct 19      ↩ Free 30-day returns ⓘ

**$9.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Actual Color: Purple


$9.99

Clothing Size: Free Size

| Free Size |
|---|

**How you'll get this item:**


**Shipping**
Arrives Oct 19
Free

**Pickup**
Not available

**Delivery**
Not available

1 N LA SALLE ST   Change
Arrives by Sat, Oct 19 | More options

🏪 Sold and shipped by **Herunwer**
★★★☆☆ 6 seller reviews
View seller information

↩ Free 30-day returns   Details

♡ Add to list                                    🏷 Add to registry





+3 View all



Sponsored
**$24.90**
HETICA Chunky Gold Necklace for Women, Heart Pendants Necklace Sun Flower Necklace Fashion Hip Hop Choker Gift
★★★★★ 3
Save with W+
Shipping, arrives in 2 days


**$1.89** +$4.90 shipping
YUEHAO Keychains Keychain Color Dripping Butterfly Pendant Keychain Fashion Keyring Bag Pendant E
★★★★☆ 1
Shipping, arrives in 3+ days


**$9.95**
Popfizzy Bling Keychain for Women and Girls Rhinestone Tassel Key Chain Key Fob
Shipping, arrives in 3+ days

2024/9/27 23:45

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 283 of 686 PageID #:1190

Herunwer Fashion Butterfly Pendants Charms, MixedAcrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting - Walmart.com

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Herunwer    Service    If you have any questions, please feel free to contact us and we will answer your questions as soon as possible.
- best gift
- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
- Product Specifications:
- Material: Acrylic
- Thanks Giving
- Thanks Giving

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.    See our disclaimer

### Specifications

**Brand**
Herunwer

**Manufacturer**
Herunwer Clearance

### Directions

**Fabric Care Instructions**
More Beautiful;Best Gifts

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



● ● ●

$8.57 +$1.99 shipping

Wall Sculptures,Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives **in 3+ days**



● ● ●

$3.72 +$3.99 shipping
More options from $3.30

QBGSAY Hanging Ornament Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Indoor And Outdoor Decorative Accessories Garden Decoration Pendant Party Wedding Decoration

Shipping, arrives **in 3+ days**



● ● ●

$8.87

Hanging Ornament Funny Acrylic Animal Decoration P Pendant Indoor And Outdoor Decorative Accessories G

Shipping, arrives **in 3+ days**

2024/9/27 23:45
Herunwer Fashion Butterfly Pendants Charms, Mixed Acrylic Butterflies Charms Pendants Keychain Necklace Pendants for Women DIY Jewelry Making Crafting - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 284 of 686 PageID #:1191

**Report:** ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Clothing / Bags & Accessories / Women's Bags & Accessories / Women's Accessories / Womens Accessories



**Free shipping, arrives by Fri, Oct 18**

steven howard                                                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                             Edit

House

### Items details                                                       Hide details

**Arrives by Fri, Oct 18**                                                        1 item

Sold and shipped by Herunwer
Free shipping

Herunwer Fashion Butterfly Pendants Charms,
Mixed Acrylic Butterflies Charms Pendants...
Actual Color: Purple, Clothing Size: Free Size

**$9.99**

Remove          −   1   +



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                                                         $11.01

+ Add new payment                                          Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



## Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



**Place order for $11.01**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                            $9.99
Shipping                                                                          Free
**Estimated taxes**                                                              $1.02

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.99 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00        $2.00        $5.00

**Estimated total**                                                             $11.01

Have a promo code?                                                                  ⌄



Lee Redefine your wardrobe Sponsored

Dadatutu

**Dadatutu Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

## $5.78

Price when purchased online

Buy now

Add to cart

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 19 $1.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **Dadatutu**

5 seller reviews

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored

**$264.00**

Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance

3+ day shipping

+ Add

+ Add

**$89.00**

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

+ Add

**$24.99**

Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White

+ Add

**$247.21**

Modern Pendant One-Light Brushed Nickel Clear and Etched Glass Pendant Light

Save with

## About this item

## Product details

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic, our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dadatutu Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Color**
Purple

**Brand**
Dadatutu

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

## Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

## Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information



+ Add

$15.99

Hatafafurni Ceramic Jewelry Dish Mom Women for Birthday and Wedding Gifts

2-day shipping



+ Add

$15.99

Hatafafurni Ceramic Ring Holder Dragonfly Jewelry Dish Gift for Women, Wedding and Birthday

2-day shipping



+ Add

$15.99

Hatafafurni Ceramic Ring Holder Jewelry Dish Gift for Godmothers Women for Wedding and Birthday

2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

🔲 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

**Honeywell**

Choose yourcool



Sponsored ⓘ

Clearance



Options



Add

Sponsored



Add

Sponsored

**Now $1.02** $6.02 +$4.99 shipping

CHENZERO Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift Ornament Christmas

Shipping, arrives **in 3+ days**

**$10.49**

Maxpert Weekly Pill Organizer Case - Push Button Pill Planner, Easy Open Arthritis Friendly Medicine Organizer, Large Pill Case for Medication, Vitamins, Fish Oil, Supplements, 7 Day Pill Box

★★★★★ 1

**$7.99**

AUVON Weekly Pill Organizer Arthritis Friendly, 7 Day Design and Large Compartment

★★★★☆ 65

**Report:** ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Dining Room Pendant Lights

9/4/24, 2:05 PM
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 290 of 686 PageID #:1197
Review your order - Walmart.com



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                             Hide details

**Arrives by Thu, Sep 19**                                    1 item

Sold and shipped by Dadatutu
$1.99 seller shipping fee

Dadatutu Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant

$5.78

Remove          −   1   +



**Place order for $8.57**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                         $5.78
Seller shipping                                               $1.99
**Estimated taxes**                                           $0.80

☐ Want to support the National Fish and Wildlife (i)
  Foundation's Acres for America program with
  a $0.43 donation?
  Spark Good Round Up is an easy way to help conserve
  land for wildlife and increase public access to the great
  outdoors.

Donate a whole dollar to National Fish and Wildlife (i)
Foundation (NFWF)

  $1.00      $2.00      $5.00

**Estimated total**                                           $8.57

Have a promo code?                                            ⌄



**Payment method**

ℹ️ **We'll look for smart ways to pay**
   We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                          $8.57

+ Add new payment                          Edit payment

⑤ **one**

**onepay** $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Review your order - Walmart.com

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Breath of fresh Air Wick

Sponsored

Clearance

Asdbhguybd

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant，Gift for Family Home Summer Flash Deals**

Free 30-day returns

**Now $5.99** ~~$6.99~~

You save $1.00

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

Purple
$5.99

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 13<br>$1.00 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **Asdbhguybd**

1 seller review

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored

$412.95

Contemporary 4-Light Led Pendant with Frosted Acrylic 3.25 X 4.25 inches Pendants Bailey Street Home 79-Bel-2041389

3+ day shipping

+ Add

Options

+ Add

Sponsored

Options

$3.99 +$1.99 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

$12.49

Maxpert Weekly Pill Organizer Case - 7 Day AM PM Push Button Pill Planner - Easy Open Arthritis Friendly Medicine Organizer - Large Pill Case for Medication, Vitamins, Fish Oil, Supplements

★★★★★ 2

Shipping, arrives in 3+ days

$7.99 +$0.99 shipping

AaSFJEG Colorful Butterflies Acrylic Decoration Penda Pendant For Party Decoration The Pendant Gift 2024

Shipping, arrives in 3+ days

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant、 Gift for Family Home Summer Flash Deals

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Asdbhguybd

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None



+ Add

$7.99 +$1.98 shipping

iju7gthy 4th of July Indoor Sun Acrylic Pendant Light Refraction Home Decor Pendant Fun Gift For Window Decoration

Shipping, arrives in 3+ days



+ Add

$8.59

Bedside Lamps Lampshades for Floor Lamps Clip on Bulb LED Christmas Lights Window Decoration Light Up Window Silhouette Acrylic Christmas Tree And Lights Battery Operated With Su

Shipping, arrives in 3+ days



+ Add

$65.00

Acrylic Circular Ring LED Dimmable Chandelier Remot

Shipping, arrives in 3+ days

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

Celebrate with easy meals

Sponsored ⓘ

**Report:** ⓘ Report seller    | ⚠ Report suspected stolen goods (to CA Attorney General)

Home | Decor | Lighting & Light Fixtures | Ceiling Fixtures



**Place order for $7.71**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | ~~$6.99~~ |
| Savings | -$1.00 |
| | $5.99 |
| Seller shipping | $1.00 |
| **Estimated taxes** | $0.72 |
| **Estimated total** | **$7.71** |

Have a promo code? ⌄



**Shipping, arrives by Fri, Sep 13**

Steven kal                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**         Add

Add access codes or other necessary information.

**Items details**                           Hide details

**Arrives by Fri, Sep 13**                   1 item

Sold and shipped by Asdbhguybd
$1.00 seller shipping fee

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant, Gift for Family Home Summer Flas...
Actual Color: Purple

$1.00 from savings

**$5.99**
~~$6.99~~

Remove          −   1   +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                         $7.71

+ Add new payment          **Edit payment**

one

onepay  $15 cash back when you spend $15+    **Sign up**

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

2024/9/30 17:01    Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, for Bedroom Living Room Home Decoration - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 297 of 686 PageID #:1204



Keeplus

**Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, for Bedroom Living Room Home Decoration**

☆ (No ratings yet)

🔄 Free 30-day returns

**$6.59**

Price when purchased online ⓘ

Buy now

Add to cart

Actual Color: #1 Purple

$6.59

**How do you want your item?**

| Shipping Arrives Oct 22 $0.99 | Pickup Not available | Delivery Not available |

Delivery to **1 N LA SALLE ST**

Sold and shipped by Keeplus
View seller information

🔄 Free 30-day returns  Details

♡ Add to list          🗋 Add to registry

Clearance

**Now $3.39** ~~$10.81~~ +$4.90 shipping
More options from $1.24

Yubhvae Hangs Color Acrylic Sunshade Ukrainian Color Acrylic Color Acrylic Window Decoration Hanging Ornament, Christmas Decorations

★ ✩ ✩ ✩ ✩ 1

Shipping, arrives **in 3+ days**

**$19.29** +$4.99 shipping

Home Decor Heritage Decoration Hanging Round Wall -Acrylic Wall Art-Acrylic Decorative Home Decor Outdoor Decorations for Patio

Shipping, arrives **in 3+ days**

**$5.73** +$5.39 shipping

DIY Dream Catcher Hanging Pendant Unique Hanging Ornaments for Bedroom Living Room

Shipping, arrives **in 3+ days**

2024/9/30 17:01

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 298 of 686 PageID #:1205

Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, for Bedroom Living Room Home Decoration - Walmart.com

## About this item

### Product details

Name:

Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your love and affection. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants that make your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- children's educational building blocks educational building blocks for children children educational building blocks set children educational building blocks toys children educational building blocks for toddler children educational building blocks with magnets children educational building blocks for toddlers children educational building blocks educational building blocks children building blocks kids educational building blocks for 1 year old educational building blocks infant educational building blocks kit, 176 , ages 4-8 and educational building blocks magnetic building blocks stem educational toys magnetic building blocks kids educational building blocks ages 1-3 children building blocks and set big size building blocks children children building blocks large large plastic building blocks for children wood building blocks for children children wooden building blocks building blocks for teaching young children in exclusive settings building blocks mini dinosaur bricks figures kids toys for children bird figurines home decor, bird statues indoor decoration home decoration statues home decoration statues of birds home decoration statues for home home decoration decoration statues of animals home decoration statues for kitchen home decoration statues and figures home decoration home decoration figures home decoration figurines home decoration statues for home wall home decoration statue for home home decoration figurine for home home decoration home decoration statues for home home decorations home decorations figure for living room home decorations for bedroom home decorations items home decorations for shelves home decorations ideas home decorations for men home decoration books home decoration big statue statue collection home decoration funny middle finger resin garden statue, home decoration home garden solar energy decoration statue statue resin sculpture modern home decoration white quichfuir statue collection home decoration realistic figurine statue office home decoration store garden outdoor home statue decoration home decoration figures set home decoration figures of birds home decoration figures for wall home decoration figures for kitchen home decoration figures christmas tree home decoration figures for living room pig figures home decoration wooden puzzle birds shaped wooden puzzle birds shaped wooden puzzle birds shaped wooden puzzle birds shaped puzzle like wooden puzzle birds shaped kit shaped birds wooden puzzle birds shaped puzzle birds shaped like houses wooden puzzle wooden puzzle birds wooden puzzle birds shaped toys wooden puzzle birds shaped toy wooden puzzle birds shaped animals shaped toy wooden puzzle birds toys wooden puzzle birds for adults wooden puzzle birds shaped birds for adults wooden puzzle birds shaped kit of wooden puzzle birds shaped wooden puzzle birds wooden puzzle birds wooden puzzle birds wooden puzzle birds shaped puzzle500 wooden puzzle birds for adults wooden puzzle birds shaped wooden puzzle birds shaped puzzle for kids wooden puzzle birds shaped kit shaped puzzle wooden puzzle birds shaped like like birds in a tree wooden puzzle birds shaped like birds on a wire wooden puzzle birds shaped puzzle like like birds in flight wooden puzzles birds shaped like birds in flight wooden puzzles birds shaped for adults wooden puzzles for adults wooden puzzles for toddlers 1-3 wooden puzzles for toddlers 3-5 wooden puzzles for kids wooden puzzles for adults puzzles for kids ages 4-8 wooden puzzles for toddlers wooden puzzles for adults on wooden puzzle birds 500 wooden puzzle birds for adults wooden puzzle birds and animals wooden puzzle birds and animals wooden owl puzzle animals wooden puzzle animals wooden puzzle birds

- poseable joints model figurines poseable joints model figurines for kids poseable joints model figure poseable joints model figures poseable joints model figures poseable joints model figurines poseable joints model miniature figurines poseable joints model poseable joints model figures 5mm poseable joints model figures 12mm poseable joints model figures 50mm poseable joints model figures 75mm poseable joints model figures 1 inch poseable model figures model figures poseable joints model poseable joints model figure 12 poseable joints model figure set poseable joints model kit model figur 5 poseable joints model figures 75mm poseable joints model figures human poseable joints model figures 6 inch poseable joints model figures dragon poseable joints models poseable joints model 1 poseable joints modeling poseable joints model kits poseable joints modeling poseable joints model kit model kit 6 inch model figure mini figure carved crystal statues mini figure carved crystal sculpture mini figurine carved crystal mini figure carved crystal statue mini figure carved crystal figure mini figure carved crystal figure mini figure crystal statue mini figurine carved crystal sculpture mini crystal statues mini figurine carved crystal statues mini figurine carved crystal statue mini figurine carved crystal mini figurine carved crystal statue mini figure carved crystal sculpture mini figure carved crystal mini figure carved crystal statue set mini figure crystal statue mini figure crystal statue mini figure crystal statue set mini figure carved crystal mini figure crystal statues mini figure crystal statues mini figure crystal statue set decor crystal statue light crystal buddha statue crystal statue mini figure carved crystal sculptures mini figure carved crystals sculpture mini figurine carved crystal sculpture miniature figure carved crystal sculpture mini figure crystal sculpture mini figure carved crystal sculpture for boys action figure display case action figure accessories action figures 6 inch action figure display action figure clothes action figures 12 inch action figures accessories action figure stand action figures t13 action figures for boys age 4-7 action figures for boys age 8-12 action figure stands 6 inch action figure stand black action figure stands 3.75 action figure stands 6 inch gi joe classified action figure stand base action figure stands 7 inch action figure stand 3.75 action figure stands for posing action figure stand 1 action figures for boys 12 inch action figures for boys age 3 action figures for boys action figures for boys age 4 action figures for boys 6 inch flexible poseable joints action figure with 17 accessories action figure display case with mount action figure display case with mount action figure display case mini crystal display case mount action figure display case 12 inch action figure display case 3.75 action figure display case protector action figure display case set 18 inch action figure display case 18 inch action figure accessories weapons action figure accessories weapons action figure accessories 102 action figure accessories action figures accessories jk action figure accessories food action figures 12 72 inch pack action figures 12 inch clothes mecha wing dragon assembly dragon mecha wing dragon assembly dragons mecha wing dragon assembly mecha wing dragon assembly dragon mecha wing dragon assembly mecha wing dragon assembly wing dragon assembly mecha wing dragon assembly mecha wing dragon assembly dragon mecha wing dragon assembly dragons shield mecha wing dragon assembly mechanic wing dragon assembly mecha wing dragon mecha wing mecha wing dragonwing mecha wing dragon assembly wing dragon assembly mechanical wing dragon dragon adult dragon costume dragon and tail mecha wing dragons mecha wing dragon toy mecha wing dragon diam mecha dragon mecha dragon mechanical wing dragon

- printed articulated dragon set printed articulated dragon set printed dragon printed articulated dragon printed articulated dragon sculpture printed articulated dragon figure printed dinosaur set printed dragon set printed dragon set printed dragon in printed dragon 24 inch printed with dragon inside printed dragon 15 inch with printed dragon rose printed dragon small printed dragon in the dark printed dragon set of 3 printed dragon set of 4 printed dragon in set of 3 printed dragon set of 6 printed dragon two set printed dragon set printed dragon 12 set printed articulated dragon with printed articulated dragon printed articulated dragon 24 inch printed articulated dragon printed articulated dragon dragon in printed articulated dragon 40 inch printed articulated dragon crystal dragon printed articulated dragon crystal dragon printed animals printed dinosaur printed sets printed set for kids printed animals set printed pluck printed plushes printed figurines printed articulated dragon figurines printed articulated dragon figure printed articulated dragon figures printed dinosaur figure printed dinosaur figure printed dinosaur dragon sculpture printed realistic dragon sculptures printed realistic dragon sculpture printed dinosaur sculpture printed sculpture printed articulated dragon sculptures printed articulated dragon sculptures printed dinosaur toy printed dinosaur figures 6-inch t1 tone children hand drum 6 foot t1 tone children hand drum 6 inch t1 tone children hand drum 6inch t1 tone children hand drum 6 inch child hand drum 6 inch kids hand drum 6 inch t1 tone hand drum 6 inch t1 tone hand drum 6 inch child hand drum 6 inch kids hand drum 6 inch children hand drum 6 inch children hand drum 6 inch children hand drum 6 inch hand drum 6 inch 9 tone hand drum 6 inch t1 tone drum 11 tone drum 11 tone hand drum independence day doll independence day doll clothes independence day dwarf doll independence day faceless doll independence day decorations dwarf doll home decoration pendant american independence day dwarf faceless doll decoration crafts american independence day long-legged and faceless couple doll ornaments american independence day faceless doll ornaments rattan pendant rattan window pendant independence day dolls independence day dolls 2024 independence day dolls 3 pack independence day dolls full independence day dvd independence day pillow independence day bunting toys independence dolls independence day doll clothes 2t independence day doll clothes independence day dolls clothes independence day doll dress 4 inch dashboard fluorescent clock 4 inch dashboard fluorescent clock light 4 inch dashboard fluorescent clock cover 4 inch dashboard fluorescent lights 6 inch dashboard fluorescent clock 3 inch dashboard fluorescent clock 4 inch dashboard fluorescent lights 4 inch dashboard fluorescent lights 5 inch dashboard fluorescent clock cover 5 inch dashboard fluorescent clocks 3 inch dashboard fluorescent clock 4 inch dashboard clock 4 inch dashboard fluorescent bolts 3 inch dashboard fluorescent lights 2 inch dashboard fluorescent lights 6 inch dashboard fluorescent lights 4 inch dashboard fluorescent light cover 2 inch dashboard fluorescent lights dashboard fluorescent clock 6 inch dashboard fluorescent clock light 4 inch dashboard fluorescent clock cover 6 inch dashboard fluorescent clock light 6 inch dashboard fluorescent light cover 3 inch dashboard fluorescent light dashboard fluorescent light

- three dimensional plant pot three dimensional flowerpot three dimensional four flowerpot three dimensional four flower pot three dimensional four flower pot three dimensional flower three dimensional flower pot three dimensional four flower pot three dimensional four petal flower pot three dimensional four petals flowerpot three dimensional four flower pot three dimensional flower pot flower pot petal flower pot three petals flower pot flowerpot mug three petals flower pot flowerpot three dimensional flower pots three dimensional flowerpots three dimensional flower pots three dimensional superimposed planting pot multi color planting pot planting pot multi layer superimposed planting pot multi layer superimposed planting pot multi layer superimposed planting pot multi layer superimposed planting pot multi layer superimposed planting pot multi layer superimposed planter multi layered superimposed planter multi layered superimposed planting pot multi layered superimposed planting pot multi layered superimposed planting pot multi layered superimposed planting pot multi layered superimposed planting pot multi layered superimposed planting pot indoor multi planting pots indoor multi planting pot with drainage multi planting pot for indoor plants multi planter pot multi plant pot multi pack planting pots multi level planting pot multi level planting pots multi level planting pot planting pot indoor multi level planting pots with holes multi level planting pot with drainage multi level planting pot for indoor plants multi level planter pot multi plant pot boiknot telephone wire hair bands boiknot telephone wire hair bow boiknot telephone wire hair clips bands boiknot telephone wire hair clips boiknot telephone wired hair bands boiknot telephone wire clips boiknot telephone wire hair clips 100 boiknot telephone wireless hair clips black boiknot telephone wire hair clips boiknot telephone bow boiknot telephone cords boiknot telephone cord ends boiknot telephone cord 25 ft boiknot telephone cord 75 ft boiknot telephone cord white boiknot telephone cord 15 feet boiknot telephone deck calendar monthly desk calendar july 2024-2025 monthly desk calendar 2024-2025 2024 monthly desk calendar 8.5 x 11 2024-2025 monthly desk calendar large desk calendar wall 2024-2025 monthly desk calendar 2024-2025 2024 desk calendar large 22x17 2024 monthly desk calendar 2024 monthly desk calendar cover 2024 monthly desk calendar planner 2024 monthly desk calendar 12x12 sunshade sunshade 12x12 sunshade sunshade 16 x 20 sunshade for patio sunshade 16x20 rectangular sunshade 2024 2024 monthly desk pad calendar cover 2024 desk calendar cover sunshade sunshade canopy outdoor sunshade sunshade 8 x 8 sunshades for patio sunshade 16 x 20 sunshade 8x10 sun shade 10x13 block sunshade sun shade 10' x 13', block sunshade sun shade 10x10 sunshade canopy outdoor 10x10 sunshade canopy outdoor 12x12 sunshade canopy retractable sunshade canopy outdoor retractable 16x10 sunshade canopy outdoor 16x40 outdoor tent floor mat oxford cloth picnic sunshade canopy sun shade canopy outdoor sunshade canopy outdoor sunshade for patio rectangle sunshades for patio rectangular outdoor sunshades for patio remote sunshades for patio sunshades for patio 10x10 sunshades for patio 20x8 adhesive patio sunshade for patio screen sun shade 5 x 8 sunshade 5 x 8 sunshade 4 x 6 sunshade 6 x 8 sunscreen sunshade 10x12 pergola sun shade 10x10 sun shade 10x12 sunshade 10x10 sunshade 10 x 10 sunshade triangles sunshade car sunshade cover sun shade right canopy outdoor sunshade triangular sunshade 16x20 sun shade sun shade 16x20 16x20 sunshade sun shades 16x20 sunshade for car sunshade 16x25

- independence day decorations independence day decorations outdoor independence day decorations home independence day decorations garden flag independence day decorations for tree independence day decorations decorations light independence day decorations gnome independence day decorations table memorial day decorations outdoor independence day inflatables outdoor decorations independence day led outdoor decorations independence day decorations door sign independence day decorations door hanger independence day decorations decor wreath independence day decorations door hanger independence day decorations wreath independence day independence day party decorations independence day banner independence day ornaments independence day mini home decorations independence day garland independence day decorations dwarf doll home decoration pendant independence day decorations lights independence day decorations light jp independence day decorations light blue independence day decorations light jp independence day decorations light sign independence day decorations gnomes independence day decorations gnome cloth cloth gnome independence day decorations gnome independence day decorations birthday decorations gnome independence day decorations table centerpiece independence day decorations table decorations independence day decorations wreath independence day decorations independence day wreath independence day independence day wreath independence day independence day wreath outdoor independence day centerpiece independence day decorations table centerpiece independence day wreath table decorations independence day decorations table decorations independence day wreath independence day wreath rust flowers independence day wreath red white blue independence day wreath rust flowers independence day wreath night hat home independence day wreath boxwood wreath wreaths for front door simulation day wreath wreaths for front door outside patriotic wreaths for front door independence day decorations wreaths for front door flag wreaths for front door memorial day wreaths for front door independence day wreath independence day flag independence day decorations day wreath independence flag independence day flag independence day wreath independence day wreath red white home decorations day wreath realflowers independence day wreath home independence day wreath home independence day wreath home wreath with lights wreath with lights wreath with lights wreath with lights independence day wreath with led lights wreath with lights independence day wreath home independence day decorations tablecloth garland independence day decor independence day table decor patriotic wreath decor independence day wreath bow independence day tablecloth 60x84 independence day tablecloth round independence day tablecloth disposable independence day vinyl tablecloth independence day round tablecloth independence day round tablecloth independence day table runner patriotic tablecloth season gift sets for school season gift sets for girls school season gifts school gift sets school season gift sets for school season gift sets for girl school season gift for girl school season gift for kids before school gift set school season gift sets for girls gift sets for teachers season season gifts for students school gift sets for girls gift sets for students gifts high school graduation gift sets for her 2024 high school end of school year gift sets for students high school graduation gift sets school bus tumblers gift sets high school graduation gift sets school graduation gift sets high school graduation gift sets him school graduation gift set 6 x 5 school season gift sets 6 x 5 school season gift set 6 school season gift sets 10 school season gift set gift sets for girls school season gift set school gift sets yet for women gift set for women school season gift set school gift sets yet for women school season gift set school season gift set 10 school season gift set school gift sets school gift set for kids before school after school gift set school supplies gift set high school graduation gift sets for him 2024 high school end of school year gift sets for students high school graduation gift sets for her high school graduation gift set for kids before school gift sets school graduation gift set for him 2024

ℹ️ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**

Water-Resistant

2024/9/30 17:01

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 299 of 686 PageID #:1206

Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, for Bedroom Living Room Home Decoration - Walmart.com

**Brand**

Keeplus

**Condition**

New

---

**Warranty** ⌃

**Warranty information**

This product will be refunded free of charge within 30 days. Before refunding, please send an email to contact the seller, send a photo and explain the reason for the refund in detail. Trust me, they will give you the best service.

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

▨ Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

---

Clearance



Now **$0.47** $9.77 +$4.99 shipping

Home on Clearance ! TOPRenddon Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**



Options

**$7.74**

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**



Options

+3 options

**$7.88**

Colorful Butterflies Acrylic Decoration Pendant Funny Pendant For Party Decoration The Butterfly Pendant G...

Shipping, arrives **in 3+ days**

---

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

---

**Shipping, arrives by Mon, Oct 21**

steven howard
1 N LA SALLE ST, Chicago, IL 60602 Edit

**Delivery instructions (optional)** Edit

House

## Items details

Hide details

**Arrives by Mon, Oct 21** 1 item

Sold and shipped by Keeplus
$0.99 seller shipping fee

Keeplus Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, for Bedroom Living Room...
Actual Color: #1 Purple

**$6.59**

Remove − 1 +

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA **Ending in 9192** **$8.36**

+ Add new payment Change payment

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

## Text updates for this order

**Send to (xxx) xxx-5923**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

**Place order for $8.36**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $6.59 |
| Seller shipping | $0.99 |
| **Estimated taxes** | $0.78 |

Want to support the National Fish and Wildlife Foundation's Acres for America program with a $0.64 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Donate a whole dollar to National Fish and Wildlife Foundation (NFWF)**

$1.00 $2.00 $5.00

**Estimated total** **$8.36**

Have a promo code?









Review your order - Walmart.com



TASTY Cook with Clean Ceramic™ Sponsored

sztgfjh

**Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free shipping Free 30-day returns

**$7.08**

Price when purchased online

Buy now

Add to cart

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 2 Free | Not available | Not available |

Delivery to **3200 N Lake Shore Dr**

Sold and shipped by **sztgfjh**

View seller information

**Free 30-day returns** Details

Add to list Add to registry

Sponsored

**$134.00**

Luxury Traditional Pendant, 12.75H x 12.25W, with Modern Farmhouse Style, Midnight Black, UHP4004 by Urban Ambiance

3+ day shipping

+ Add

+ Add

**$24.99**

Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White

Shipping, arrives **in 3+ days**

+ Add

Sponsored

**$11.99**

Ceiling Light Fixture with Teardrop Glass Shade Semi Flush Mount Indoor Lighting

Shipping, arrives **in 3+ days**

+ Add

**$85.96**

DENEST Acrylic LED Chandelier Lamp Ceiling Pendant

Shipping, arrives **in 3+ days**

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and sincere taste. They will appreciate the beauty and craftmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
Purple

**Brand**
szfqfjh

**Features**
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

### Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ



Options

$7.26

UYCDD Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant For Party Decoration The Pendant

Shipping, arrives **in 3+ days**



Options

$3.35 +$4.99 shipping

Weerihhol Ceramic Bunny Decorations Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant Pendant For Party Decoration The Pendant

Shipping, arrives **in 3+ days**



Options

$10.77 +$3.99 shipping    +3 options

Wyzesi Clear Rubber Ornaments Various Sizes Funny A 2D Butterfly Decoration Pendant Indoor and Outdoor Pendant

Shipping, arrives **in 3+ days**

**Report:** ① Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures



Free shipping, arrives by Wed, Oct 2

Michael Boldt                                                                    Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

Delivery instructions (optional)                                                  Edit

Apartment

### Items details                                          Hide details

Arrives by Wed, Oct 2                                            1 item

Sold and shipped by sztgfjh
Free shipping

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant

$7.08

Remove        −    1    +



Place order for $7.81

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                               $7.08
Shipping                                                         Free
Estimated taxes                                                 $0.73

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.19 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

Estimated total                                                 $7.81

Have a promo code?                                                ⌄



### Payment method

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 1950                                           $7.81

+ Add new payment                                    [ Change payment ]

One

onepay  $15 cash back when you spend $15+           [ Sign up ]

Add any credit or debit card & stack cash back



Walmart+   Free 30-day trial

Try Walmart+ to save with free delivery from stores + so
much more*

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/24/24, 1:30 PM
Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Clearance

PNNJI

**PNNJI Room Decor - Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Modern Fall Decorations for Home Clearance(Z)**

(No ratings yet)

**Free 30-day returns**

**Now $1.29** ~~$1.49~~

You save $0.20

Price when purchased online

Buy now

Add to cart

**Actual Color:** B18Purple

B18Purple
$1.29

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 18 $4.99 | Not available | Not available |

Delivery to 1 N LA SALLE ST

Sold and shipped by **PNNJI**
View seller information

**Free 30-day returns** Details

Add to list | Add to registry

+3
View all

Options

+7

**$6.39** +$4.90 shipping
More options from $3.59
Ncandy 1*Mushroom Shaped Toilet Handle, Desktop Ornament Big Sale! Toilet Caps Toilet Covers Decorative Fun Ceramics Toilet Covers Screw Cover Caps Toilet Caps for Bathroom Decor(Combination)
Shipping, arrives **in 3+ days**

+ Add

**$11.99**
Husfou 16pcs Fall Decorations Hanging Ball Ornaments for Thanksgiving, Fabric Wrapped Covered Tree Ornaments for Home Indoor Decor, 2 inch
9
Save with W+
Shipping, arrives **in 2 days**

Clearance

Options

**Now $3.39** ~~$10.81~~ +$4.90 shipping
More options from $1.24
Yubnlvae Hangs Color Acrylic Sunshade Ukrainian Colc Hanging Ornament, Christmas Decorations
1
Shipping, arrives **in 3+ days**



**About this item**

Product details

FLASH DEALS EVENT:
Fall decor up to 25% off-
PNNJI Room Decor - Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Modern Fall Decorations for Home Clearance(Z)
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

Fall Decorations for Home Clearance Under $5 ! ! !
wall decor, bedroom decor, wall decor for bedroom, dorm decor, room decor, fall decorations for home

- * Fall decor up to 25% off-
- 【 Good Design 】
- 【 Easy Installation 】
- 【 Wide Range Applications and Places 】
- ⚙ Safe Material--NoToxic, Non-BPA, and Lead
- ❤ Beautiful Gift
- ❤ Thanks for browsing and have a great day!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

Specifications

**Brand**
PNNJI

**Manufacturer**
wall decor

**Manufacturer Part Number**
dorm decor

**Color**
B18Purple

Directions

**Fabric Care Instructions**
bedroom decor

Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

**Customer ratings & reviews**

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.



$0.59 +$4.80 shipping
Qianying Summer Promotion,Clearance,Acrylic Flat Car Accessories Backpack Accessories Home Decorations
Shipping, arrives in 3+ days



Clearance
+ Add
Now $0.47 $0.77 +$4.99 shipping
Home on Clearance！TOPRenddon Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days



Clearance
+ Add
Now $4.44 $4.99 +$2.00 shipping
Hanging Ornaments Dream Pendant Car Decorative P
Shipping, arrives in 3+ days

2024/9/30 17:47
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 309 of 686 PageID #:1216
PNNJI Room Decor - Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Modern Fall Decorations for Home Clearance(Z) - Walmart.com

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Decorative Accents / Decorative Ornaments

**Shipping, arrives by Thu, Oct 17**

steven howard                                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                              Edit

House

**Items details**                                                Hide details

**Arrives by Thu, Oct 17**                                        1 item

Sold and shipped by PNNJI
$4.99 seller shipping fee



PNNJI Room Decor - Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant - Moder...
Actual Color: B18Purple

$0.20 from savings

$1.29
$1.49

Remove          —  1  +

**Payment method**

We'll look for smart ways to pay
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                                             $6.92

+ Add new payment                                Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

**Place order for $6.92**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                                $1.49
Savings                                                         -$0.20
                                                                 $1.29

Seller shipping                                                  $4.99

**Estimated taxes**                                              $0.64

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.08 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00        $2.00        $5.00

**Estimated total**                                              $6.92

Have a promo code?                                                  ⌄

Review your order - Walmart.com

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



Lee Redefine your wardrobe Sponsored

Somuwie

Somuwie Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Best Gift

Free 30-day returns

$4.99

Price when purchased online

Buy now

Add to cart

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 25 Free | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **Somuwie**

View seller information

Free 30-day returns Details

Add to list Add to registry

Sponsored

$7.05

Christmas Ornaments Christmas Decor Dragon Baby Pendant Christmas Tree Charm Cute Cartoon Dragon Car Pendant 2d Flat Acrylic Christmas Tree Pendant

3+ day shipping

+ Add

+3 View all

+ Add

$10.99

Northlight 18.5" Acrylic Dangling Icicle Christmas Ornament - Clear

3

+ Add

$9.99

10PCS Diamond Pendant Ornaments, Shatterproof Acrylic for Christmas Tree Party Outdoor Decorations

+ Add

$45.99

Acrylic wedding cards Box ,Clear Decorative Centerpiece ,Wishing case ,post Gift

## About this item

### Product details

Somuwie Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Best Gift
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants add a unique artistic ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Somuwie Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Best Gift
- Features:
- Product Specifications:
- Color: Purple
- Package includes:

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Fade Resistant

**Brand**
Somuwie

**Manufacturer**
Somuwie Clearance

**Assembled Product Dimensions (L x W x H)**
1.00 x 1.00 x 1.00 Inches

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart+

Members see more

Sponsored ⓘ




$7.19 +$0.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives in **3+ days**



$4.99 +$0.99 shipping

+3 options

Home Decor Kits Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives in **3+ days**



$9.66 +$0.99 shipping

Options from $9.66 – $11.88

SIftiSeng Colorful Butterflies Acrylic Decoration Penda Gift Pendant For Party Decoration The Butterfly Penda

Shipping, arrives in **3+ days**

Somuwie Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Best Gift - Walmart.com

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)



Free shipping, arrives by Wed, Sep 25

Steven kal                                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                                          Add
Add access codes or other necessary information.

**Items details**                                                    Hide details

**Arrives by Wed, Sep 25**                                               1 item

Sold and shipped by Somuwie
Free shipping

Somuwie Clearance Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant Best Gift

**$4.99**

Remove                                          −    1    +



**Place order for $5.50**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                    $4.99
Shipping                                                                   Free
**Estimated taxes**                                                       $0.51

☐ Want to support the National Fish and Wildlife       ⓘ
   Foundation's Acres for America program with
   a $0.50 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

Donate a whole dollar to National Fish and Wildlife     ⓘ
Foundation (NFWF)

$1.00          $2.00          $5.00

**Estimated total**                                                       $5.50

Have a promo code?                                                          ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                                     $5.50

+ Add new payment                                          Edit payment

one

onepay  $15 cash back when you spend $15+                   Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.





dvypyn

**dvypyn Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Purple**

Free 30-day returns

**$0.49**

Price when purchased online

Buy now

Add to cart

**Size:** Free Size

Free Size
$0.49

**Actual Color:** Purple

**How you'll get this item:**

Shipping
Arrives Oct 19
$4.99

Pickup
Not available

Delivery
Not available

**1 N LA SALLE ST** Change

Arrives by **Sat, Oct 19** | More options

Shipping fee $4.99

Sold and shipped by **dvypyn**

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored

**$34.99**

Chromatic Accordion 3D Engraved Crystal 3D Engraved Crystal Keepsake/Gift/Decor/Collectible/Souvenir

3+ day shipping

+ Add

Clearance

Options



+ Add



+ Add

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of a elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Universal Compatibility    This home and electronic product offers universal compatibility, ensuring it can be seamlessly integrated into any home setup. Whether you're looking for a device to enhance your living room, kitchen, or bedroom, or an electronic accessory for your personal use, this product will fit right in.
- Innovative Technology    Incorporating the latest technology, this product provides cutting-edge features and functionality. Whether it's improved connectivity, enhanced performance, or advanced user interfaces, it's designed to meet the demands of modern households and tech-savvy individuals.
- Ease of Use    This product is designed with ease of use as a priority. Intuitive controls, clear instructions, and a user-friendly interface make it simple to set up, operate, and maintain. Whether you're a tech expert or a first-time user, you'll be able to enjoy this product right away.
- Reliable Quality    Quality is at the core of this product. It's built to last, with durable materials and robust components that ensure long-lasting performance. Whether you're using it every day or just occasionally, you can trust that it will stand the test of time.
- Stylish and Versatile Design    This product boasts a stylish and versatile design that will appeal to a wide range of tastes and home décors. Whether you prefer a stylish modern minimalist look or a more traditional aesthetic, you'll find a design that complements your home and personal style. Plus, its versatile nature allows it to be used in various rooms and setups, making it a true multi-purpose product.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

dvypyn

**Assembled Product Weight**

0.11 lb

**Manufacturer**

the boys,stanley cup,toilet paper,paper towels

**Manufacturer Part Number**

cat deterrent spray,paw patrol,4th of july outfits

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠️ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance





**Report:** ⓘ Report seller    |    ⚠ Report suspected stolen goods (to CA Attorney General)

Party & Occasions  /  Christmas Trees & Christmas Decor  /  Christmas Decor  /  Indoor Christmas Decor  /  Christmas Ornaments  /  Character Ornaments



**Shipping, arrives by Fri, Oct 18**

steven howard
1 N LA SALLE ST, Chicago, IL 60602

Edit

**Delivery instructions (optional)**                    Edit

House

**Items details**                                        Hide details

**Arrives by Fri, Oct 18**                               1 item

Sold and shipped by dvpyn
$4.99 seller shipping fee

dvpyn Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant Purple
Size: Free Size, Actual Color: Purple

**$0.49**

Remove          −   1   +



**Place order for $5.99**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $0.49 |
|---|---|
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.51 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.01 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

| $1.00 | $2.00 | $5.00 |
|---|---|---|

**Estimated total**                                      **$5.99**

Have a promo code?                                       ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  **Ending in 9192**                                 $5.99

+ Add new payment                    Change payment



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the
preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data
rates may apply. By continuing, you agree to our Mobile Alert Terms.



Xivone

Deals Clearance Christmas Ornaments Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant New Decorative Hanging Ornaments Purples

☆ (No ratings yet)

**Actual Color: Purples**

| Purples |
|---|
| $4.99 |

**About this item**

- Plastic :

  Our Christmas Ball Ornaments are made from plastic, ensuring that the Christmas tree decorations are shatterproof. These ball ornaments will last for years without the worry of breakage.

- Ornament Sets :

  Our Christmas tree ornaments come in convenient sets, making it easy to decorate your Christmas tree. With a variety of sizes and colors available Christmas Ornament Sets, you can create a stunning and vintage look for your holiday decorations.

- Festive Christmas Decoration :

  Add a elegant and vintage look to your Christmas tree with our decorative hanging ornaments. Designed with intricate detail and multi-coloured, these Christmas tree ornaments will bring the spirit of Christmas to your home.

- Versatile Use :

  These mini christmas ornaments ideal for decorating your Christmas tree, and Vintage Christmas Ornaments can also be used for other festive displays. Hang them on garlands, wreaths, or even use them as table centrepieces to create a festive theme for...

View more ⌄

**At a glance**

| Material | Occasion | Color |
|---|---|---|
| Acrylic | Christmas | Purple |

| Dimensions | Theme | Count |
|---|---|---|
| 3.15 x 3.15 x 0.15 Inches | Multi-theme | 1 |

View all specifications



**$4.99**

Price when purchased online ⓘ

🔵 Free Holiday returns until Jan 31

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| 🚚 Shipping | 🚗 Pickup | 🏪 Delivery |
|---|---|---|
| Arrives Nov 7 | Not available | Not available |
| $1.98 | | |

**1 N LA SALLE ST** Change

Arrives by **Thu, Nov 7** | More options

Shipping fee $1.98

🏷 Sold and shipped by **Xivone**

View seller information

🔵 Extended holiday returns  Details
Free Holiday returns until **Jan 31**

♡ Add to list          🖺 Add to registry

**Clearance**



30+

**$12.69**
More options from $8.08

Dvkptbk Christmas Decorations 30PCS Christmas Ball Baubles Party Christmas Tree Decorations Hanging Ornament Decor Green

★★★☆☆ 11

Shipping, arrives in 3+ days



**+ Add**

**$14.49**

Hohiya Acrylic Crystal Christmas Ornament Drop Ball Tree Decorations(Clear,Pack Of 30)

★★★★★ 2

Shipping, arrives in 3+ days



**+ Add**

Sponsored

**$13.37**

Unique Bargains Home Christmas Tree Artificial Glitter

★★★★★ 2

Shipping, arrives in 3+ days

## About this item

| Product details | ⌄ |
|---|---|

| Specifications | ⌄ |
|---|---|

| Warranty | ⌄ |
|---|---|

💬 Report incorrect product information

## Customer ratings & reviews

★★★★★ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



**+ Add**

**$4.44** +$3.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments Gifts for Women

Shipping, arrives in 3+ days



**+ Add**

**$3.99** +$0.98 shipping

Hxlamzoo Dream Butterfly Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days

**Clearance**



**+ Add**

Now **$4.44** $4.99 +$2.00 shipping

Hanging Ornaments Dream Pendant Car Decorative P

Shipping, arrives in 3+ days

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Holiday Decor / Christmas Decor / Christmas Tree Decorations / Shop All Christmas Tree Decorations



**Shipping, arrives by Tue, Nov 5**

steven howard                                           Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                    Edit

House

**Items details**                                       Hide details

**Arrives by Tue, Nov 5**                               1 item

Sold and shipped by Xivone
$1.98 seller shipping fee

Deals Clearance Christmas Ornaments Clearance
Dream Pendant Car Decorative Pendant Acrylic...
Actual Color: Purples

$4.99

Remove          —    1    +



**Place order for $7.68**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $4.99 |
|---|---|
| Seller shipping | $1.98 |
| **Estimated taxes** | $0.71 |

☐ Give $0.32 to American Red Cross to support ⓘ
those affected by hurricanes and tropical
storms in 2024.

Spark Good Round Up is an easy way to support
communities impacted by natural disasters.

**Donate a whole dollar to American Red Cross** ⓘ

[ $1.00 ]    [ $2.00 ]    [ $5.00 ]

**Estimated total**                                     $7.68

Have a promo code?                                      ⌄



**Payment method**

VISA   Ending in 9192                        $7.68

+ Add new payment              Change payment

**one**

onepay  $15 cash back when you spend $15+      Sign up

Add any credit or debit card, and claim cash back with a One Cash account.



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-5923**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Vecoauto

**Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments**

(No ratings yet)

**Free 30-day returns**

**$4.49**

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

Purple
$4.49

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 22<br>$2.49 | Not available | Not available |

Delivery to 1 N LA SALLE ST

Sold and shipped by **Vecoauto**

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Reduced price

Options

Sponsored

**Now $11.59** ~~$13.99~~

Options from $11.59 – $13.99

Ayieyill 24Pcs Snowflake Ornament Christmas Tree Ornaments，Christmas Snowflake Drop Ornament Acrylic Icicle Christmas Hanging Acrylic Crystal Snowflake Decoration Hanging Acrylic Snowflakes

63

Save with W+

Shipping, arrives **in 2 days**

+ Add

**$9.99** +$3.99 shipping

136Pcs Ocean Themed Hanging Decoration DIY Sea Star Shell Slice Crafts Hanging Ornaments

Shipping, arrives **in 3+ days**

Options

**$0.68** +$4.69 shipping

Options from $0.68 – $0.78

Back to School Savings! Feltree Christmas Pendant Acı Ornament

Shipping, arrives **in 3+ days**

## About this item



2024/9/30 17:39

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 328 of 686 PageID #:1235
Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments - Walmart.com

Product details ⌃

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to your space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized. 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant Hanging Ornaments
- Material:Acrylic
- Occasion:This product is suitable for many occasions, such as holidays, travel, gifts, daily life, home and outdoor activities
- After-sales Service:We are committed to providing customers with excellent product experience and worry free after-sales service. By providing professional, efficient, and thoughtful services, we ensure that every customer can enjoy satisfaction beyond expectations.Please contact me promptly if you have any questions.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. <u>See our disclaimer</u>

---

Specifications ⌃

**Features**
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Brand**
Vecoauto

**Assembled Product Weight**
0.12 lb

**Manufacturer**
Vecoauto

<u>More details</u>

---

Warranty ⌃

**Warranty information**
After we receive your order, we will arrange shipment for you as soon as possible depending on the specific situation. Your order status will be updated to "Shipped" in a few days.If you have any problem when you purchase the product or after receiving the product please feel free to contact us, we will reply and provide the solution within 24 hours. If you think our products have any advantages or disadvantages, you can choose to make comments on our products, we will accept every one of your suggestions and constantly strive to do better, thank you!...

<u>More details</u>

---

Warnings ⌃

⚠ **WARNING:** None

---

💬 <u>Report incorrect product information</u>

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. <u>Learn more.</u>

---

Clearance



+ Add

**Now $3.89** $4.37 +$2.99 shipping
Seasonal Sales, Car Decorative Pendant Dream Acrylic Flat Pendant for Home Decorations Akmoler Purple
Shipping, arrives **in 3+ days**

Clearance



+ Add

**Now $4.49** $4.99 +$2.00 shipping
HKEJIAOI Home Essentials Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives **in 3+ days**

Clearance



+ Add

**Now $3.99** $4.99 +$3.00 shipping
LYUCRAZ Hanging Ornaments Dream Pendant Car De
Shipping, arrives **in 3+ days**

---

**Report:** ⓘ <u>Report seller</u> | 🚩 <u>Report suspected stolen goods (to CA Attorney General)</u>

2024/9/30 17:39      Vecoauto Halloween Christmas Clearance Dream Pendant Car Decorative Pendant Acrylic Star Pendant Hanging Ornaments - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 329 of 686 PageID #:1236

Party & Occasions  /  Christmas Trees & Christmas Decor  /  Christmas Decor  /  Indoor Christmas Decor  /  Christmas Ornaments  /  Character Ornaments



### Shipping, arrives by Mon, Oct 21

steven howard
1 N LA SALLE ST, Chicago, IL 60602          Edit

**Delivery instructions (optional)**          Edit

House

### Items details          Hide details

**Arrives by Mon, Oct 21**          1 item

Sold and shipped by Vecoauto
$2.49 seller shipping fee

Vecoauto Halloween Christmas Clearance Dream
Pendant Car Decorative Pendant Acrylic Flat...

Actual Color: Purple

**$4.49**

Remove          −   1   +



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 9192          $7.70

+ Add new payment          Change payment



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



### Text updates for this order

☐ Send to (xxx) xxx-5923
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.



### Place order for $7.70

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)          $4.49
Seller shipping          $2.49
**Estimated taxes**          $0.72

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.30 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00     $2.00     $5.00

**Estimated total**          **$7.70**

Have a promo code?          ⌄

Review your order - Walmart.com



FRAM Built for tough drives

Sponsored

UTAHA

**Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

**$2.99**

Price when purchased online

Buy now

Add to cart

**Actual Color:** COLOR

COLOR
$2.99

**How do you want your item?**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives Oct 8<br>$4.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **qingjinzhou**
View seller information

**Free 30-day returns** Details

Add to list | Add to registry

Sponsored

**$23.07**

2PCS DISCOUNT DIY Dot Diamond Car Armrest Box Mat Diamond Art Painting Mandala Pattern Design Car Center Armrest Box Decorative Mat-CD003+CD004

3+ day shipping

+ Add

Best seller

+ Add

**$4.47** $4.47/in

Bling Ring Auto Interior Jewelry Applies to Most Vehicle Interiors - 3 Pack

87

Save with W+

Best seller

+ Add

**Now $19.98** ~~$24.99~~

Angel View Wide Angle Rearview Mirror, Fits Most Cars

214

Save with W+

+ Add

**$15.97**

Auto Drive Black 12-Volt 6" Car Clip-on or Dash Mount

309

Save with W+

Shipping, arrives in 3+ days          Shipping, arrives in 2 days          Shipping, arrives in 2 days

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding a of elegance to any space. The graphic design make them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Sale Clearance
- Home Supplies
- Clearance

ⓘ **We want to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Color**
COLOR

**Brand**
UTAHA

**Manufacturer Part Number**
SALESPROMOTION

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬  Report incorrect product information

Best seller



**$68.99**
Heat Shield Sound Deadener Car Insulation Aluminium Foil Foam Backed w/Adhesive 3/16" Thickness 39" Width
3+ day shipping

**$15.19**
DISCOUNT DIY Dot Diamond Car Armrest Box Mat Diamond Art Painting Mandala Pattern Design Car Center Armrest Box Decorative Mat-CD002
3+ day shipping

**$15.19**
DISCOUNT DIY Dot Diamond Car Armrest Box Mat Diamond Art Painting Mandala Pattern Design Car Center Armrest Box Decorative Mat-CD004
3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

LEGO
Build the galaxy



Sponsored ⓘ

Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com



Options



Options



Options

+3 options

$7.98

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And
Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

$10.81 +$2.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And
Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**

$6.15 +$0.99 shipping

Funny Acrylic Animal Decoration Pendant Creative 2D
Outdoor Decorative Accessories Garden Decoration P

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Auto & Tires  /  Automotive Replacement Parts  /  Replacement Auto Parts

9/19/24, 3:29 PM
Review your order - Walmart.com



**Shipping, arrives by Tue, Oct 8**

Steven kal                                                      Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                            Add

Add access codes or other necessary information.

**Items details**                                          Hide details

**Arrives by Tue, Oct 8**                                       1 item

Sold and shipped by qingjinzhou
$4.99 seller shipping fee

Clearance Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: COLOR

$2.99

Remove                                    —    1    +



**Place order for $8.80**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                          $2.99
Seller shipping                                                $4.99
**Estimated taxes**                                            $0.82

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.20 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00        $2.00        $5.00

**Estimated total**                                            $8.80

Have a promo code?                                             ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 3651                                          $8.80

+ Add new payment                               Edit payment

one

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Visit the Naittoop Store

Naittoop Clearance 2024! Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

**$6.98**

Price when purchased online

Buy now

Add to cart

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 15 $1.99 | Not available | Not available |

Delivery to **3200 N Lake Shore Dr**

Sold and shipped by **Naittoop Home Clearance Outlet**

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Sponsored

**$10.99**

Dream Catcher Handmade White Feather Wall Hanging Home Car Decoration Room Decoration Gifts for Girls 31.5 in DEWEL

★★★★★ 16

2-day shipping

+ Add

Options

**$74.85**

Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of 24

Shipping, arrives **in 3+ days**

+ Add

**$45.99**

Acrylic wedding cards Box ,Clear Decorative Centerpiece ,Wishing case ,post Gift

Shipping, arrives **in 3+ days**

Best seller

Options

**$25.94**

More options from $24.98

BalsaCircle 6 Gold 13" Acrylic Round Charger Plates De

★★★★★ 18

Shipping, arrives **in 3+ days**

## About this item

### Product details ⌃

❤Anyway, give yourself a gift in 2024，Find Good Deals❤

👀👀 More good things, please pay attention to 🥰aittoop!

If there are any problems with our products or if you have any questions, you can contact us at any time, we will serve you wholeheartedly.

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a ized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- 1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor.
- 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a ized .
- 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention.
- 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and .
- 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Directions ⌃

**Fabric Care Instructions**

returned items for sale bulk pallets, returned items for sale pallets, caja sorpresa de electronicos toys, sales today clearance only, daily deals of the day today only daily deals, lightning deals of today, daily deals of the day today only lightning deals of today clearance, lightning deals of today clearance, sale items clearance today cheap stuff under 1 dollar, return pallets for sale liquidation, your orders one dollar, items under 1 dollar overstock items clearance

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**


Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ


$6.99
Saletaraj Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days
+ Add


$7.26
UYCDD Colorful Butterflies Acrylic Decoration Pendant Funny 2D Decoration Pendant For Party Decoration The Pendant
Shipping, arrives in 3+ days
Options


$3.35 · $4.99 shipping
Weenihhoi Ceramic Bunny Decorations Colorful Butter Decoration Pendant Pendant For Party Decoration The
Shipping, arrives in 3+ days
Options

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)



## Shipping, arrives by Tue, Oct 15

Michael Boldt                                              Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

**Delivery instructions (optional)**                      Edit

Apartment

### Items details                                  Hide details

Arrives by Tue, Oct 15                                  1 item

Sold and shipped by Naittoop Home Clearance Outlet
$1.99 seller shipping fee

Naittoop Clearance 2024! Dream Pendant Car
Decorative Pendant Acrylic Flat Pendant

**$6.98**

Remove        [ − ]  1  [ + ]



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 1950                              $9.89

+ Add new payment                        Change payment

**one**

onepay  $15 cash back when you spend $15+      Sign up

Add any credit or debit card & stack cash back



**Walmart+**  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---



**Place order for $9.89**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                              $6.98
Seller shipping                                    $1.99
**Estimated taxes**                                $0.92

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.11 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                **$9.89**

Have a promo code?                                    ⌄

9/24/24, 1:33 PM                                                    Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Lee Redefine your wardrobe
Sponsored

Syligr

Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

$1.02

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

Purple
$1.02

How do you want your item?

Shipping
Arrives Sep 19
$3.99

Pickup
Not available

Delivery
Not available

Delivery to 1 N La Salle St

Sold and shipped by **jesbnX Co.Ltd**

5 seller reviews
View seller information

**Free 30-day returns** Details

Add to list

Add to registry

Sponsored
$410.92
Contemporary 4-Light Led Pendant with Frosted Acrylic 3.25 X 4.25 inches Pendants Bailey Street Home 79-Bel-2041389
3+ day shipping
+ Add

$65.00
Acrylic Circular Ring LED Dimmable Chandelier Remote Ceiling Light Hanging Lamp

$89.00
DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US

$8.10 +$1.00 shipping
Ceiling Drapes for Weddings with Lights Electrician Tool Pendant Double Sided Acrylic Decorative Pendant

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Thank you for coming to BanNaMa Co.Ltd Store. We welcome you very much!
- Hello, customers, our products are made of the latest design and high quality materials, making your life full of fun!
- BanNaMa Co.Ltd Store provides unique, high-quality and practical products to meet your various needs!
- Hello, our products are in clearance sale, come and buy them!
- If you have any doubts or questions, please contact us, and we will solve your problems in time and provide you with professional and meticulous services.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Syligr

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information



**+ Add**

$15.99

Hatafafurni Ceramic Jewelry Dish Mom Women for Birthday and Wedding Gifts

2-day shipping



**+ Add**

$15.99

Hatafafurni Ceramic Ring Holder for Women - Jewelry Dish Gift for Daughter-in-Law, Wedding, Birthday

2-day shipping



**+ Add**

$15.99

Hatafafurni Ceramic Ring Holder Dragonfly Jewelry Dish Gift for Women, Wedding and Birthday

2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

---

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Top-drawer essentials

Sponsored ⓘ

Clearance







**$10.82** +$3.99 shipping

12 Days of Christmas Song Cards Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Dog Hanging Ornament for Car

**$7.12**

Lindung Pig Car Ornament Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Pendant For Party Decoration The Butterfly Pendant

Shipping, arrives **in 3+ days**

**Now $3.99** $8.99 +$0.98 shipping

Hxlamzoo Dream Butterfly Pendant Car Decorative Pe

Shipping, arrives **in 3+ days**

---

Report: ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Fixtures

9/4/24, 3:07 PM
Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 345 of 686 PageID #:1252
Review your order - Walmart.com



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                    Hide details

**Arrives by Thu, Sep 19**                                 1 item

Sold and shipped by jesbnX Co.Ltd
$3.99 seller shipping fee

Clearance Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: Purple

$1.02

Remove        −    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                        $5.52

+ Add new payment                                    Edit payment

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $5.52**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                       $1.02

Seller shipping                                             $3.99

**Estimated taxes**                                         $0.51

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.48 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

**Donate a whole dollar to National Fish and Wildlife** ⓘ
**Foundation (NFWF)**

$1.00      $2.00      $5.00

**Estimated total**                                         $5.52

Have a promo code?                                            ⌄

9/4/24, 3:07 PM

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

HCMIT

**Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns ⓘ

**$0.99**
Price when purchased online ⓘ

| Buy now |
| Add to cart |

**Actual Color:** Purple

| Purple |
| $0.99 |

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| Arrives Oct 18 | Not available | Not available |
| $4.99 | | |

**1 N LA SALLE ST**   Change

Arrives by **Fri, Oct 18** | More options

Shipping fee $4.99

Sold and shipped by Shenzhenshiyuehailemaoyiyouxiangongsi

View seller information

Free 30-day returns  Details

♡ Add to list                              🎁 Add to registry



Sponsored
**$39.99**
ALOV Jewelry Sterling Silver "follow your dream" Cubic Zirconia Pendant Necklace

2-day shipping

| + Add |

---



**$74.85**
Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of 24

Shipping, arrives in 3+ days

Options



**$45.99**
Acrylic wedding cards Box ,Clear Decorative Centerpiece ,Wishing case ,post Gift

Shipping, arrives in 3+ days

+ Add



In 50+ people's carts

**$1.24**
Mainstays 20-Ounce Acrylic Tall Embossed Swirl Tumbl

★★★★★ 57

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**

+ Add

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your attention. 4. Enhance your home space: Whether you want to decorate your home for a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant

- Clearance
- Clearance
- Clearance

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Clearance

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information



$39.99
ALOV Jewelry Sterling Silver "follow your dream" Cubic Zirconia Pendant Necklace

2-day shipping



$14.47
Moon Dream Catchers with Crystal Tree of Life Dream Catcher Pendant Garden Sun Catcher Hanging Decoration Gift for Girls,Boys, Kids

3+ day shipping

Reduced price



Now $7.39 $9.98
Home Decor, Kitchen, & Other, Halloween Luminous Pendant Halloween Family Party Decorative Pendant Halloween Decorati

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Clearance



Now $3.51 $9.99 • $1.99 shipping
Moqsmm Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days

$0.99 • $4.99 shipping
Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Shipping, arrives in 3+ days



$6.99
Saleteraj Dream Pendant Car Decorative Pendant Acryl
Shipping, arrives in 3+ days

Report:



🚚 **Shipping, arrives by Thu, Oct 17**

**Place order for $6.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

steven howard                                                    Edit
1 N LA SALLE ST, Chicago, IL 60602

| | |
|---|---|
| Subtotal (1 item) | $0.99 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.61 |

**Delivery instructions (optional)**                         Edit

House

☐ Want to support the National Fish and Wildlife ⓘ Foundation's Acres for America program with a $0.41 donation?

Spark Good Round Up is an easy way to help conserve land for wildlife and increase public access to the great outdoors.

**Items details**                                          Hide details

**Arrives by Thu, Oct 17**                                     1 item

Sold and shipped by Shenzhenshiyuehailemaoyiyouxiangongsi

$4.99 seller shipping fee

Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Actual Color: Purple

**$0.99**

Remove    − 1 +

Donate a whole dollar to National Fish and Wildlife ⓘ Foundation (NFWF)

$1.00   $2.00   $5.00

**Estimated total**                                            $6.59

Have a promo code?                                          ⌄

**Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 9192                                        $6.59

+ Add new payment                            Change payment



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



📱 **Text updates for this order**

☑ **Send to (xxx) xxx-5923**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

WOHYH

Clearance Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

**$0.99**

Price when purchased online

**Buy now**

**Add to cart**

Actual Color: Purple

| Purple |
| $0.99 |

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 18 | Not available | Not available |
| $4.99 | | |

1 N LA SALLE ST  Change

Arrives by **Fri, Oct 18** | More options

Shipping fee $4.99

Sold and shipped by **toagogke**

View seller information

Free 30-day returns  Details

♡ Add to list                    Add to registry








$4.46 +$2.49 shipping

UUWENDA Diy Name Car Pendant Colorful Acrylic Pendant Cute Dog Tag Pet Acrylic Pendant Commemorative Pet Hanging Window Pendant Sun Acrylic Catcher Pet Pendant Gift

Shipping, arrives **in 3+ days**



Options

$7.23 +$2.00 shipping

Options from $7.23 – $13.58

USYFAKGH Christmas Cute Pendant Acrylic Pendant Gift Pendant with Lanyard Pendant

Shipping, arrives **in 3+ days**



Options

Now $2.45 $3.99 +$3.99 shipping

YODETEY Decorations for Home Sea Turtle Color Acr...

Shipping, arrives **in 3+ days**

**About this item**

Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

- Clearance
- Clearance
- Clearance

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

## Specifications

**Features**

Clearance

**Brand**

WOHYH

**Assembled Product Weight**

0.11 lb

**Manufacturer**

Clearance

More details

## Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬  Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  (0 reviews)

This item does not have any reviews yet

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



$6.99

Saeletraj Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives in 3+ days



$5.59   +$0.99 shipping

Byikun Dream Pendant Car Decorative Pendant Acrylic Flat Pendant, Stylish Design Adds Elegance to Any Space, Versatile Accessories for Home or Office Decor, Thoughtful Gift Choice

Shipping, arrives in 3+ days



$1.26   +$4.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat P

Shipping, arrives in 3+ days

Report:   Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Thu, Oct 17**

steven howard                                                          Edit
1 N LA SALLE ST, Chicago, IL 60602

**Delivery instructions (optional)**                                   Edit

House

**Items details**                                                      Hide details

**Arrives by Thu, Oct 17**                                             1 item

Sold and shipped by toagogke

$4.99 seller shipping fee

Clearance Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant
Actual Color: Purple

$0.99

Remove          —    1    +

**Place order for $6.59**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                                      $0.99
Seller shipping                                                        $4.99
**Estimated taxes**                                                    $0.61

☐ Want to support the National Fish and Wildlife ⓘ
   Foundation's Acres for America program with
   a $0.41 donation?
   Spark Good Round Up is an easy way to help conserve
   land for wildlife and increase public access to the great
   outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

[ $1.00 ]  [ $2.00 ]  [ $5.00 ]

**Estimated total**                                                    $6.59

Have a promo code?                                                     ⌄

**Payment method**

💳 **We'll look for smart ways to pay**
   We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 9192                                                   $6.59

+ Add new payment                                     [ Change payment ]



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



📱 **Text updates for this order**

☑ **Send to (xxx) xxx-5923**
   Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.
Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By
continuing, you agree to our Mobile Alert Terms.



Redefine your wardrobe
Sponsored

Clearance

Moqsnm

**Moqsnm Dream Pendant Car Decorative Pendant Acrylic Flat Pendant**

Free 30-day returns

**Now $3.51** ~~$3.99~~

You save $0.48

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

Purple
$3.51

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 19 $1.99 | Not available | Not available |

Delivery to 1 N La Salle St

Sold and shipped by **Moqsnm**
View seller information

**Free 30-day returns** Details

Add to list    Add to registry

Sponsored

$7.05
Christmas Ornaments Christmas Decor Dragon Baby Pendant Christmas Tree Charm Cute Cartoon Dragon Car Pendant 2d Flat Acrylic Christmas Tree Pendant
3+ day shipping
+ Add

Options

$74.85

Clearance

Options

Options from $1.05 – $4.56 +$4.90 shipping

+ Add

$9.34

Efavormart 13" Round Iridescent Blue Glitter Acrylic Plastic Charger Plates for Table Decor -Set of 24

Yubnlvae Hangs Color Acrylic Sunshade Ukrainian Color Acrylic Color Acrylic Window Decoration Hanging Ornament, Christmas Decorations

★☆☆☆☆ 1

Custom Accessories License Plate Protector Heavy Duty Acrylic Clear

## About this item

### Product details

----Welcome to Moqsnm shop---

We has sales team to provide quality products and services for people around the world, we are committed to Home Accessories/Outdoor Essentials etc. Hope to bring you a good shopping experience.

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant
Features:
1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are for adding of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors, , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:
Product Specifications:
Material: Acrylic
Color: Purple
size: 8*8*0.37cm
Package includes:
1 pendant
🅰24 Hours Online:If you any questions, please feel free to contact the Fmxomd service team, we will solve it for you.

- 【Home Decor Clearance with Huge Savings】
- A great gift for your Family or friend
- Room Decor Home Decor Bathroom Decor Wall Decor Bedroom Decor Living Room Decor Birthday Decorations
- Moqsnm Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Washable

**Assembled Product Dimensions (L x W x H)**
3.10 x 3.10 x 0.10 Inches

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**State Chemical Disclosure**
None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

 Doble p & sar

Sponsored ⓘ



Options



+ Add

Sponsored

Clearance



+ Add

**$10.99** +$1.99 shipping

Colorful Butterflies Acrylic Decoration Pendant Funny 2D Butterfly Decoration Pendant Gift Pendant For Party Decoration The Butterfly Pendant Gift

Shipping, arrives **in 3+ days**

**$10.49**

Maxpert Weekly Pill Organizer Case - Push Button Pill Planner, Easy Open Arthritis Friendly Medicine Organizer, Large Pill Case for Medication, Vitamins, Fish Oil, Supplements, 7 Day Pill Box

★★★★★ 1

Shipping, arrives **in 3+ days**

**Now $5.22** $7.45

Jienlloq Dream Pendant Car Decorative Pendant Acryl

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller    |    ⚠ Report suspected stolen goods ( to CA Attorney General)



**Shipping, arrives by Thu, Sep 19**

Steven kal                                                    Edit
1 N La Salle St, Chicago, IL 60602

**Delivery instructions (optional)**                          Add

Add access codes or other necessary information.

**Items details**                                      Hide details

**Arrives by Thu, Sep 19**                                  1 item

Sold and shipped by Moqsnm
$1.99 seller shipping fee

Moqsnm Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: Purple

$0.48 from savings

$3.51
$3.99

Remove          −   1   +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                        $6.06

+ Add new payment                              Edit payment

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



**Place order for $6.06**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                          $3.99
Savings                                                   -$0.48
                                                           $3.51
Seller shipping                                            $1.99
Estimated taxes                                            $0.56

Want to support the National Fish and Wildlife
Foundation's Acres for America program with
a $0.94 donation?
Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife
Foundation (NFWF)

$1.00    $2.00    $5.00

Estimated total                                            $6.06

Have a promo code?

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Lee Redefine your wardrobe Sponsored

Clearance

Jienlioq

Jienlioq Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free 30-day returns

Now $5.22 ~~$7.45~~

You save $2.23

Price when purchased online

Buy now

Add to cart

**Actual Color:** Purple

Purple
$5.22

How do you want your item?

Shipping
Arrives Sep 18
Free

Pickup
Not available

Delivery
Not available

Delivery to 1 N La Salle St

Sold and shipped by **DengGuang**
View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored
$264.00
Luxury New Traditional Pendant, 15.25H x 17.875W, with Tranditional Style, Midnight Black, UHP4276 by Urban Ambiance
3+ day shipping
+ Add

+3
View all

+ Add
$24.99

+ Add
$89.00

+ Add
$123.90

Fichiouy Acrylic LED Ceiling Light Kitchen Pendant Lamp Chandelier Fixture White | DENEST Acrylic LED Chandelier Lamp Ceiling Pendant Light 6 Arms Bedroom Living Room US | DENEST 3-Head Moravian Star Pendant Light Fixtures Metal Glass Shade Ceiling Light

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of premium acrylic, these flat pendants are perfect for adding a of elegance to any space. The graphic design makes them easy to display on walls, curtains or any other surface, making them a visual impact for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique artistic ambience to your surroundings. Hang on walls, doors , lamps or interior furniture to create a personalized artistic . 3. Choices: Looking for a special gift for your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your love and attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, artistic designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and charming . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of time. Invest in our new collection of acrylic pendants and watch your home space filled with elegance and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Jienlioq Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

### Specifications

**Brand**

Jienlioq

**Assembled Product Dimensions (L x W x H)**

312 x 312 x 014 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

$2,639.36

Maklaine 5-Piece Velvet Upholstered Tufted Queen Bedroom Set in Gray

3+ day shipping

$14.99

MoKo Sunglasses Holder Organizer Wall, Wooden Eyeglasses Display Rack for Bedroom Living Room Entryway

2-day shipping

$1,491.09 $1491.09/ea

Briana Storage Bedroom Set with Bookcase Headboard Black

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.


one
Debit with rewards



Sponsored ⓘ

Clearance



Options

+3 options

$6.12

Funny Acrylic Animal Decoration Pendant Creative 2D Butterfly Decoration Pendant Indoor And Outdoor Decorative Accessories Garden Decoration Pendant

Shipping, arrives **in 3+ days**



+ Add

Sponsored

$10.49

Maxpert Weekly Pill Organizer Case - Push Button Pill Planner, Easy Open Arthritis Friendly Medicine Organizer, Large Pill Case for Medication, Vitamins, Fish Oil, Supplements, 7 Day Pill Box

★★★★★ 1

Shipping, arrives **in 3+ days**



Options

Now **$1.02** $6.02 +$4.99 shipping

CHENZERO Colorful Butterflies Acrylic Decoration Pendant Gift Pendant For Party Decoration The Butter

Shipping, arrives **in 3+ days**

Report:   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Ceiling Fixtures



Free shipping, arrives by Mon, Sep 9

Steven kal
1 N La Salle St, Chicago, IL 60602

Edit

Delivery instructions (optional)          Add

Add access codes or other necessary information.

### Items details                    Hide details

Arrives by Mon, Sep 9                    1 item

Sold and shipped by DengGuang
Free shipping

Jienlioq Dream Pendant Car Decorative Pendant
Acrylic Flat Pendant
Actual Color: Purple

$2.23 from savings

$5.22
$7.45

Remove          −  1  +



**Place order for $5.76**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $7.45 |
|---|---|
| Savings | -$2.23 |
| | $5.22 |
| Shipping | Free |
| Estimated taxes | $0.54 |

☐ Want to support the National Fish and Wildlife ⓘ
Foundation's Acres for America program with
a $0.24 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife ⓘ
Foundation (NFWF)

| $1.00 | $2.00 | $5.00 |

Estimated total          $5.76

Have a promo code?                    ⌄



### 💳 Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 3651                    $5.76

+ Add new payment          Edit payment

ⓢ **one**

**onepay** $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

Review your order - Walmart.com

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 363 of 686 PageID #:1270

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



TASTY Cook with Clean Ceramic™ Sponsored

CTEEGC

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Free shipping Free 30-day returns

$7.38

Price when purchased online

Buy now

Add to cart

How do you want your item?

Shipping
Arrives Oct 9
Free

Pickup
Not available

Delivery
Not available

Delivery to 3200 N Lake Shore Dr

Sold and shipped by CTEEGC

View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored

$199.99

BrightWarmHome Nursery Creative Cloud Pendant Light Restaurant Dream Cloud Lamp Children's Room Hanging Lighting Fixture

3+ day shipping

+ Add

+3 View all

Best seller

Options

Sponsored

$45.30

Better Homes & Gardens 25" Architectural 3-Light Island Pendant Light, Black Finish Clear Glass Shades

51

Save with W+

Shipping, arrives in 2 days

Options

+2 options

$29.99

Options from $29.99 – $36.99

3 Pack Pendant Light Hanging Pendant Lighting for Kitchen Island Decor E26 E27 Base Ceiling Light Fixture Lamp Home Decor

8

Shipping, arrives in 3+ days

+ Add

$116.69

Globe Electric Malay Natural Twine 1-Light Pendant Lig

Save with W+

Shipping, arrives in 3+ days

9/24/24, 2:27 PM

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

## About this item

### Product details

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Features:

1. Stylish and sophisticated design: Our new collection of acrylic pendants features stunning beauty and sophisticated design. Made of acrylic, these flat pendants are for adding a of to any space. The graphic design makes them easy to display on walls, curtains or any other, making them a visual for your home decor. 2. Versatile accessories: Whether living room, bedroom or office, our new acrylic pendant collection brings life and vitality to any space. Available in a wide variety of styles and colors, including traditional floral patterns, modern geometric shapes, and abstract art-inspired designs, these pendants effortlessly add a unique ambience to your surroundings. Hang on walls, doors , , lamps or interior furniture to create a personalized . 3. Choices: Looking for a special your loved one? Stop looking! Our new series of acrylic pendants make a thoughtful and unique gift. Give these beautiful pendants to your and family to show your care and unique taste. They will appreciate the beauty and craftsmanship of these pendants and feel the warmth of your attention. 4. Enhance your home space: Whether you want to decorate your home or create a romantic , our new collection of acrylic pendants is ideal. Stylish, sophisticated, designs will bring more and beauty to your everyday life. Turn your living space into a place of and beauty by purchasing our new acrylic pendant collection, giving your home a fresh and . 5. Quality craftsmanship: Each pendant in our collection has been carefully crafted to create a gorgeous look and textures. These pendants are made of materials that are and stand the test of. Invest in our new collection of acrylic pendants and watch your home space filled with and refinement. Product Description:

Product Specifications:

Material: Acrylic

Color: Purple

size: 8*8*0.37cm

Package includes:

1 pendant

Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Color**
Purple

**Brand**
CTEEGC

**Features**
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

**Assembled Product Dimensions (L x W x H)**
3.15 x 3.15 x 0.15 Inches

### Directions

**Fabric Care Instructions**
Machine Washable; Hand Wash

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

🖉 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Timeless style for him

Sponsored ⓘ



Clearance

Now **$2.99** $3.99 +$2.99 shipping

YFKFYIG Clearance Sales Today Deals Prime Home Decor,Dream Pendant Car Decorative Pendant Acrylic Flat Pendant

Shipping, arrives **in 3+ days**

+ Add



**$8.29** +$2.00 shipping

DssFDGR Funny Acrylic Animal Decoration Pendant Novel 2D Butterfly Decoration Pendant Indoor and Outdoor Decorative Accessories Garden Decoration Pendant Washable

Shipping, arrives **in 3+ days**

Options

+3 options



**$2.09** +$3.99 shipping

Dream Pendant Car Decorative Pendant Acrylic Flat Pe

Shipping, arrives **in 3+ days**

+ Add

9/24/24, 2:27 PM

Case: 1:24-cv-11674 Document #: 7-5 Filed: 11/19/24 Page 366 of 686 PageID #:1273
Dream Pendant Car Decorative Pendant Acrylic Flat Pendant - Walmart.com

**Report:** ⊘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Ceiling Lights & Fixtures / Pendant Lights / Kitchen Island Pendant Lights



Free shipping, arrives by Wed, Oct 9

Michael Boldt                                                    Edit
3200 N Lake Shore Dr, Apt 701, Chicago, IL 60657

Delivery instructions (optional)                                Edit

Apartment

Items details                                            Hide details

Arrives by Wed, Oct 9                                        1 item

Sold and shipped by CTEEGC
Free shipping

Dream Pendant Car Decorative Pendant Acrylic
Flat Pendant

$7.38

Remove        −   1   +



**Place order for $8.14**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                            $7.38
Shipping                                                      Free
Estimated taxes                                             $0.76

☐ Want to support the National Fish and Wildlife
Foundation's Acres for America program with
a $0.86 donation?

Spark Good Round Up is an easy way to help conserve
land for wildlife and increase public access to the great
outdoors.

Donate a whole dollar to National Fish and Wildlife
Foundation (NFWF)

[ $1.00 ]   [ $2.00 ]   [ $5.00 ]

Estimated total                                             $8.14

Have a promo code?                                             ⌄



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA   Ending in 1950                                        $8.14

+ Add new payment                                   Change payment

one

onepay   $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

9/24/24, 2:27 PM

Review your order - Walmart.com

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.





Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

christmas tree decorations

Hello, Mike Kate
Orders & Account

Support EN

Home › Automotive › Interior Accessories › Acrylic Butterfly Hanging ...

LIGHTNING Deal ✓ Free shipping special for you Exclusive offer

Acrylic Butterfly Hanging Ornament for Car, Christmas Tree, Backpack, Home Decor - Couple Gift for Halloween

1 bought | Provided by (7.9K+ bought) ›

Last day $2.47 Pay $0.61 today -78% $11.49

4 interest-free biweekly installments

Lightning deal | Ends in 11:35:54

Quantity: 1pc

Qty 1 Almost sold out

Add to cart
Almost sold out

Ships from Temu ›

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-9 business d
business days
Courier company: Fed

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

No item reviews yet

But we found 835 reviews from similar items on Temu.

Reviews from similar items on Temu

All reviews are from verified purchases

ai***72 in on Oct 6, 2023

BONUS COUPONS

Messages
Feedback

Free shipping special for you
Price adjustment within 30 days

9/16/24, 3:24 PM            Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu

**Free shipping** Special for you     **Price adjustment** Within 30 days     **Get the Temu App**

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄ | christmas tree decorations | Hello, Mike Kate / Orders & Account | Support | EN | 🛒

★★★★★

Cute girlie gifts for Christmas stockings! Something unique- unexpected for the girls.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac... ›

sy***06 in 🇺🇸 on Nov 25, 2023

★★★★★

going to be a gift, 100% love these, just beautiful. Used for Christmas ornaments.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac... ›

See all reviews

**Zhangfdh**

76 Followers | 7.9K+ Bought | 4.7 ★

Follow    Shop all items (133)

**Details**     ♡ Save | Report this item ›

Material: Acrylic

Item ID: GH59999   Copy

Store Information ›

BONUS COUPONS

Messages

Feedback

**Free shipping special for you**    **Price adjustment within 30 days**

https://www.temu.com/acrylic-butterfly-hanging-ornament-for-car-christmas-tree-backpack-home-decor-couple-gift-for-halloween-g-601099542248593.html    2/9

9/16/24, 3:24 PM                                                    Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas tree decorations 🔍 | Hello, Mike Kate Orders & Account | Support | 🇺🇸 EN | 🛒



Explore your interests

9/16/24, 3:24 PM                    Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu

🚚 **Free shipping**
Special for you                    💲 **Price adjustment**
                                   Within 30 days                    📱 **Get the Temu App**

🧡 TEMU   🛍 Best Sellers   📋 5-Star Rated   🏷 Anniversary Sale   📦 Local Warehouse   Categories ⌄   🔍 christmas tree decorations 🔍   Hello, Mike Kate
Orders & Account   ❓ Support   🇺🇸 EN   🛒



Boho Chic Butterfly Wall Hanging –
$5.75 19 bought
Only 1 Left
★★★★★

Local Magnetic Levitating Heart Li...
Last day $51.47 In 2 carts
Almost sold out

ANNIVERSARY Local Heart Shaped LED ...
Nearly over $16.56 $24.99
Only 5 left

Eternal Rose Pendant with Butterfly ...
Last day $10.39 106 viewed
Only 4 left

ANNIVERSARY Local 1pc Ashtray Smoki...
Nearly over $7.98 $49.85
★★★★★

Local 1 Floating Heart-shaped Ligh...
$50.34 In 4 carts
Almost sold out

9 Pairs/ Set Colorful Butterfly Wing ...
Nearly over $5.71
Almost sold out
★★★★★ 251

Local Magnetic Levitating Heart La...
Last day $54.90 2 viewed
Almost sold out

ANNIVERSARY Local Cordless decorativ...
Last day $18.75 $85.99
Only 5 left
★★★★★

ANNIVERSARY Charming Butterfly Acryli...
$2.33 $6.99 1 bought



🚚 **Free shipping special for you**      💲 **Price adjustment within 30 days**



Free shipping Special for you | Price adjustment Within 30 days | Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas tree decorations | Hello, Mike Kate Orders & Account | Support | EN

8pcs Crystal Guardian Angel Catche...
Nearly over$10.78
Almost sold out
★★★★★

Local Magnetic Levitation Heart-Sh...
Nearly over$51.98 In 1 carts
Almost sold out

Local Magnetic Levitation Heart-Sh...
Last day$46.79 6 viewed
Almost sold out

Local Nordic Glass Desk Light Ice C...
Nearly over$38.98 In 7 carts
Only 6 left
Direct from GDRASUYA10

ANNIVERSARY 1PC Swallowtail Butterfly ...
Nearly over$3.21 $29.99
Only 2 left
★★★★★

ANNIVERSARY HD LIVING Crystal Hum...
Nearly over $6.97
Only 6 left

ANNIVERSARY Local LED Light Bulb, Ba...
Nearly over$16.78 $74.99
Only 5 left

ANNIVERSARY Local EP LIGHT Creative ...
Nearly over$45.59 $55.00
Almost sold out

ANNIVERSARY Local Crystal Bedside Ta...
Nearly over$85.48 1 bought
Almost sold out

ANNIVERSARY Women's Sexy Cross Stra...
Last day $9.47 $17.99
Almost sold out
★★★★★

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days



Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU | HOT Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas tree decorations | Hello, Mike Kate Orders & Account | Support | EN

Local Living Room Floating Bulbs ...
Nearly over$42.70
Only 5 left

ANNIVERSARY Local HCNT Levitation A...
Nearly over $44.22 $65.00
Extra $3.52 off coupon
Only 3 left

1 Pack, 20 Hot-stamped PET Butterf...
Nearly over$1.98
Only 1 Left
★★★★★

ANNIVERSARY Astronaut 3D Stereoscopi...
Nearly over$16.98
Only 3 left
★★★★★

Local 1pc In/outdoor 23.6inch Mo...
Nearly over$117.79
Only 5 left

ANNIVERSARY Vintage-Style Butterfly Su...
$3.99 $36.66 3 bought
Almost sold out

ANNIVERSARY Local Tube Clock, DIY Ni...
Nearly over$56.98
Almost sold out
★★★★★
Direct from Nexillumi

Cyberpunk Mantis Mechanical Scul...
$20.24 6 bought
Extra $0.42 off coupon
Only 1 Left

ANNIVERSARY Local 1pc Coffee Pot, Co...
Nearly over$80.08
Almost sold out
★★★★★

ANNIVERSARY 60pcs Vintage Charm Scr...
Nearly over$2.78 $3.79
Extra $0.10 off coupon
Almost sold out

BONUS COUPONS

99+ Messages
Feedback

Free shipping special for you
Price adjustment within 30 days



9/16/24, 3:24 PM        Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu

🖥 **Free shipping**      💲 **Price adjustment**      📱 **Get the Temu App**
   Special for you        Within 30 days

TEMU | 🛍 Best Sellers   📺 5-Star Rated   🎀 Anniversary Sale   🏬 Local Warehouse   Categories ⌄ | 🔍 christmas tree decorations | Hello, Mike Kate / Orders & Account | ⍰ Support | 🇺🇸 EN | 🛒



**ANNIVERSARY** Multi-Device Wireless Ch...
Last day **$11**.97
New Arrival in Wireless Chargers
★★★★★

Shimmering Purple Butterfly Hangin...
Last day **$1**.27  32 viewed
Only 5 left  30d lowest

**ANNIVERSARY** **Local** Magnetic Levitatio...
Nearly over**$45**.70  1 bought
Only 4 left  30d lowest

**ANNIVERSARY** **Local** New Style Minimal...
Nearly over**$181**.48
Almost sold out

**Local** Magnetic Levitation Heart La...
Last day**$47**.69  2 viewed
Almost sold out

20 Sheets/Pack Beautiful Flower Pla...
Nearly over**$3**.98  16 viewed
Almost sold out

**Local** 9 Pairs of Butterfly Colorful A...
**$13**.81  51 bought
Extra $0.70 off coupon
Only 6 left
★★★★★

**ANNIVERSARY** **Local** 5pcs Steampunk I...
Nearly over**$32**.45  3 bought

**ANNIVERSARY** **Local** Outdoor Moon W...
Nearly over**$103**.00
Almost sold out
★★★★☆

Metal Steampunk Vintage Fashion ...
Nearly over**$5**.27
Almost sold out
★★★★⯨ 2,094



⊗
BONUS
COUPONS


99+
Messages

Feedback

🖥 **Free shipping special for you**      💲 **Price adjustment within 30 days**

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

christmas tree decorations

Hello, Mike Kate
Orders & Account | Support | EN

Payment Method games, exquisite s...
30d lowest$8.73 439 bought
Almost sold out

ANNIVERSARY Local XRC senior artist d...
Nearly over$135.48
Almost sold out

ANNIVERSARY USB Powered 3D Planet ...
Last day $12.73 $65.99
Almost sold out 30d lowest

ANNIVERSARY Elegant Lace Butterfly Hai...
Nearly over $1.47
Only 1 Left

ANNIVERSARY Local Concrete Art Side ...
Nearly over$60.98
Almost sold out

ANNIVERSARY Local 2 Pack Cordless Ta...
Last day$39.14 $58.99
Almost sold out

Local Holographic Lamp, Creative ...
Nearly over$119.21
Only 8 left

ANNIVERSARY 1pc Hollow Stainless Stee...
$4.94 $43.99 2.4K+ bought
Almost sold out
259

ANNIVERSARY 1 Set Of 96pcs LED Flicke...
Nearly over$12.98
Best Seller in Office Lighting
91

Local Cool Industrial Metal Tube R...
Nearly over$29.57
Extra $2.95 off coupon
Almost sold out

View more

BONUS COUPONS

Company info | Customer service | Help | Download the Temu App | Connect with Temu
Temu | Return and refund policy | Support center & FAQ | Track orders any time

Messages | Feedback

Free shipping special for you | Price adjustment within 30 days





9/16/24, 3:24 PM                                    Acrylic Butterfly Hanging Ornament Car Christmas Tree - Temu



Partner with Temu

**Security certification**                                    **We accept**

© 2024 WhaleCo Inc.      Terms of use     Privacy policy     Your privacy choices     Ad Choices





https://www.temu.com/acrylic-butterfly-hanging-ornament-for-car-christmas-tree-backpack-home-decor-couple-gift-for-halloween-g-601099542248593.html                                    9/9



Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

All data is encrypted >

Home > Checkout

Free shipping special for you

Shipping address

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

Ships from Temu (19) 1 item is almost gone!

Acrylic Butterfly Hanging Ornament for Car, Christmas Tree, Backpack, Home Decor - Couple Gift for Halloween

1pc

Qty: 19

Lightning deal | -78% final hours

$2.47 ~~$11.49~~

Standard shipping: FREE, delivery: 4-10 business days >

Payment methods

Visa ...1950 Edit

Add a new card

PayPal Remember my PayPal

Cash App Pay

Afterpay 4 interest-free payments of $12.93

Order summary

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$218.31~~ |
| Item(s) discount: | -$171.38 |
| Subtotal: | $46.93 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $4.81 |
| Order total: | $51.74 |

Plant with Temu

We invite you to plant a tree for $0.35

PayPal

Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Temu protects your card information

- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

9/16/24, 3:24 PM                                                              Temu

○ Klarna ⓘ  4 interest-free payments of $12.93

○ Affirm ⓘ  4 interest-free payments or as low as $4.79/mo

○ Venmo

○ Google Pay

○ PayPal Pay Later



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay          ✓ Return if item damaged
✓ 15-day no update refund         ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





Free shipping Special for you | Up to 90 days* | Price adjustment | Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | car decoration accessories | Hello, Mike Kate Orders & Account | Support | EN

Home › Automotive › Interior Accessories › Acrylic Butterfly Hanging ...

LIGHTNING Deal | Free shipping special for you | Exclusive offer

Acrylic Butterfly Hanging Ornament, PMMA Car Decoration Pendant, Transparent Butterfly Charm for Rearview Mirror, Keychain, Bag Accessory

Provided by (205 bought) >

Last day $1.78 Pay $0.44 today -84% $11.49

4 interest-free biweekly installments

Lightning deal | Ends in 11:37:02

Material: Acrylic

Qty 1 Only 1 left

Add to cart
Only 1 left

Ships from Temu >

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-9 business d
business days
Courier company: Fed

Temu's Commitments >

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment >

No item reviews yet

But we found 835 reviews from similar items on Temu.

Reviews from similar items on Temu | All reviews are from verified purchases

ai***72 in on Oct 6, 2023

BONUS COUPONS

Messages | Feedback

Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you
Up to 90 days*
Price adjustment
Get the Temu App

★★★★★

Cute girlie gifts for Christmas stockings! Something unique- unexpected for the girls.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac...

sy***06 in on Nov 25, 2023

★★★★★

going to be a gift, 100% love these, just beautiful. Used for Christmas ornaments.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac...

See all reviews

YsJXD

205 Bought | 4.8 ★

Follow    Shop all items (5)

## Details

Save | Report this item

Material: Acrylic (PMMA)

Item ID: EG156820 Copy

Store Information

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you    Price adjustment within 30 days

9/16/24, 3:22 PM
Acrylic Butterfly Hanging Ornament Car Decoration - Temu

Free shipping
Special for you

Price adjustment
Up to 90 days*

Get the Temu App

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

car decoration accessories

Hello, Mike Kate
Orders & Account | Support | EN





BONUS COUPONS

Free shipping special for you          Price adjustment within 30 days

Messages
Feedback

9/16/24, 3:22 PM

Acrylic Butterfly Hanging Ornament Car Decoration - Temu

Free shipping
Special for you

Up to 90 days*

Price adjustment

Get the Temu App

TEMU · Best Sellers · 5-Star Rated · Anniversary Sale · Local Warehouse · Categories ⌄ · car decoration accessories 🔍 · Hello, Mike Kate / Orders & Account · Support · 🇺🇸 EN · 🛒



Explore your interests

BONUS COUPONS

Messages
Feedback

Free shipping special for you

Price adjustment within 30 days



Free shipping
Special for you

Up to 90 days*

Price adjustment

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

car decoration accessories

Hello, Mike Kate
Orders & Account | Support | EN

Local Magnetic Levitation Heart-Sh...
Nearly over$51.98 In 1 carts
Almost sold out

ANNIVERSARY Vintage-Style Butterfly Su...
$3.99 $36.66 3 bought
Almost sold out

ANNIVERSARY Local Heart Shaped LED ...
Nearly over$16.56 $24.99
Only 5 left

9 Pairs/ Set Colorful Butterfly Wing ...
Nearly over $5.71
Almost sold out
★★★★★ 251

Local Magnetic Levitating Heart Li...
Last day$51.47 In 2 carts
Almost sold out

ANNIVERSARY Vibrant Acrylic Butterfly ...
$1.52 $5.59 1 bought
Only 4 left

ANNIVERSARY 1pc Crystal Butterfly Figu...
Last day $8.32 $63.24
Only 1 Left
★★★★★

ANNIVERSARY 1PC Swallowtail Butterfly ...
Nearly over$3.21 $29.99
Only 2 left
★★★★★

ANNIVERSARY Local Dandelion Crystal ...
$16.91 $49.95 121 bought
Only 7 left
★★★★★

Metal Steampunk Vintage Fashion ...
Nearly over$5.27
Almost sold out
★★★★★ 2,094

BONUS COUPONS

Messages 99+

Feedback

Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you
Up to 90 days*
Price adjustment
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories
car decoration accessories
Hello, Mike Kate
Orders & Account Support EN

Local Magnetic Levitation Heart Sh...
$46.51 In 2 carts
Almost sold out

Charming Butterfly Acrylic 2D Keych...
$2.61 1 bought
Only 1 Left

Local 1pc In/outdoor 23.6inch Mo...
Nearly over$117.79
Only 5 left

Cyberpunk Mantis Mechanical Scul...
$20.24 6 bought
Extra $0.42 off coupon
Only 1 Left

Handheld Mini Fan, Travel Mini Fan ...
Nearly over$5.58
Almost sold out
★★★★★ 85

ANNIVERSARY Modern Jellyfish Desk La...
Last day $11.97
Almost sold out
★★★★★ 175

ANNIVERSARY Butterfly Heart Car Decal ...
60d lowest $4.24 $24.99
Only 9 left

Local Nordic Glass Desk Light Ice C...
Nearly over$38.98 In 7 carts
Only 6 left
Direct from GDRASUYA10

Local Clocteck Nixie Tube Clock, W...
Lowest ever$49.59
Extra $1.97 off coupon
Almost sold out
★★★★★
Direct from ClocTeck

1pc Levitating Moon Table Lamp, M...
Last day $48.22 54 bought
Only 6 left
★★★★☆

BONUS COUPONS
99+ Messages
Feedback
Free shipping special for you
Price adjustment within 30 days



9/16/24, 3:22 PM

Acrylic Butterfly Hanging Ornament Car Decoration - Temu



Free shipping
Special for you

Price adjustment
Up to 90 days*

Get the Temu App

**TEMU** | 🛒 Best Sellers  🎬 5-Star Rated  🛍 Anniversary Sale  🏬 Local Warehouse  Categories ⌄  | car decoration accessories 🔍 |  Hello, Mike Kate  Orders & Account  ⊕ Support  🇺🇸 EN  🛒

**ANNIVERSARY** Colorful Acrylic Butterfly ...
$2.75  ~~$12.99~~ In 3 carts
Extra $0.14 off coupon
Only 1 Left

**ANNIVERSARY** Multi-Device Wireless Ch...
Last day  $11.97
New Arrival in Wireless Chargers

**ANNIVERSARY** 1PC Natural Crystal Electr...
Nearly over $6.38  ~~$20.00~~
Almost sold out
★★★★★
Direct from Runyangshi

**Local** Magnetic Levitation Heart Sh...
Last day $51.47 In 1 carts
Almost sold out

**ANNIVERSARY** Resin Steampunk Mecha...
Last day  $22.47  ~~$38.99~~
Only 5 left
★★★★☆ 1

**Local** Living Room Floating Bulbs ...
Nearly over $42.70
Only 5 left

**ANNIVERSARY** 1pc/20pcs pink crystal bu...
Nearly over $4.28  ~~$13.10~~
Only 3 left

**Local** 1Pcs Ocean Wave Glass Ball l...
$12.19  ~~$27.99~~ 47 bought
Only 2 left

Acrylic Purple Butterfly Hanging Or...
Lowest over $1.80 In 2 carts
Extra $0.14 off coupon
Only 1 Left

**ANNIVERSARY** **Local** Tube Clock, DIY Ni...
Nearly over $56.98
Almost sold out
★★★★★
Direct from Nexillumi



BONUS COUPONS



💬 Messages 99+
✎ Feedback

Free shipping special for you

Price adjustment within 30 days

https://www.temu.com/acrylic-butterfly-hanging-ornament-pmma-car-decoration-pendant-transparent-butterfly-charm-for-rearview-mirror-keychain-bag-accessory-g-601099590784849.html

7/11

9/16/24, 3:22 PM

Acrylic Butterfly Hanging Ornament Car Decoration - Temu

🚚 **Free shipping**
Special for you

💲 **Price adjustment**
Up to 90 days*

📱 **Get the Temu App**

TEMU  | 🏆 Best Sellers | 📺 5-Star Rated | 🎉 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 car decoration accessories | 👤 Hello, Mike Kate  Orders & Account | ❓ Support | 🇺🇸 EN | 🛒



**ANNIVERSARY** Sparkling 3D Butterfly Sti...
Lowest ever **$6.29**
Only 8 left

**Local** Magnetic Levitating Heart La...
Last day**$54.90** 2 viewed
Almost sold out

**ANNIVERSARY** Steampunk Mechanical D...
**$19.34** $34.99 2 bought
Extra $0.99 off coupon
Only 7 left

**ANNIVERSARY** Wireless Sunrise Alarm S...
Last day **$12.47**
just bought
★★★★☆ 163
**Direct from Kouzone**

**ANNIVERSARY** Crystal Snowflake Car Ke...
Last day **$3.91** $24.49
Only 2 left
★★★★★

**ANNIVERSARY** **Local** HCNT Levitation A...
Nearly over **$44.22** $65.00
Extra $3.52 off coupon
Only 3 left

**ANNIVERSARY** Adult Toys, Difficult Hand...
Last day **$28.97** $39.99
Only 2 left
★★★★★

**ANNIVERSARY** **Local** Cordless decorativ...
Last day**$18.75** $85.99
Only 5 left
★★★★★

2023 Sparkling Rhinestone Butterfly...
Last day **$5.75** $18.09
Almost sold out

**ANNIVERSARY** **Local** Levitating Flowers ...
**$50.93** $148.00 31 bought
Extra $1.69 off coupon
Almost sold out
★★★★☆



🚫 **BONUS COUPONS**

💬 Messages (99+)
📝 Feedback

🚚 **Free shipping special for you**    💲 **Price adjustment within 30 days**

https://www.temu.com/acrylic-butterfly-hanging-ornament-pmma-car-decoration-pendant-transparent-butterfly-charm-for-rearew-mirror-keychain-bag-accessory-g-601099590784849.html

8/11







Free shipping
Special for you
Up to 90 days*
Price adjustment
Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | car decoration accessories | Hello, Mike Kate Orders & Account | Support | EN

ANNIVERSARY Local Diffuserlove Essen...
Nearly over $30.98 $67.99
Direct from Diffuserlove

8pcs Crystal Guardian Angel Catche...
Nearly over $10.78
Almost sold out
★★★★★

ANNIVERSARY Touch-Controlled Magne...
$38.47 $79.99 163 bought
Only 6 left
★★★★★

ANNIVERSARY Local 5pcs Steampunk I...
Nearly over $32.45 3 bought

ANNIVERSARY Charming Butterfly Acryli...
$2.33 $6.99 1 bought

ANNIVERSARY Local 12T Industrial Mac...
Nearly over $60.42 6 bought
Almost sold out
Direct from CNCEST

ANNIVERSARY 1pc Hollow Stainless Stee...
$4.94 $43.99 2.4K+ bought
Almost sold out
★★★★★ 259

Handmade Steampunk Robot Key C...
Last day $13.04 12 bought
Only 4 left

ANNIVERSARY GAIATOP Portable Handh...
Nearly over $7.97
Almost sold out
★★★★★ 107
Direct from GAIATOP

ANNIVERSARY Local EP LIGHT Creative ...
Nearly over $45.59 $55.00
Almost sold out

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Up to 90 days*

Price adjustment

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

car decoration accessories

Hello, Mike Kate
Orders & Account | Support | EN

ANNIVERSARY Hummingbird 3D Crystal ...
Nearly over $5.99
Only 8 left

ANNIVERSARY Steampunk Sickle Drago...
Nearly over $21.25
Extra $0.42 off coupon
Only 1 Left
★★★★★

ANNIVERSARY Wireless Connection Spe...
Nearly over $21.64
Almost sold out
★★★★★ 379

ANNIVERSARY Local XRC senior artist d...
Nearly over $135.48
Almost sold out

Colorful Butterfly Suncatcher - 8"x8...
$4.79 5 bought
Almost sold out

View more

**Company info**

- About Temu
- Temu - Team Up, Price Down!
- Affiliate & Influencer: Earn Commission
- Contact us
- Careers
- Press
- Temu's Tree Planting Program

**Customer service**

- Return and refund policy
- Intellectual property policy
- Shipping info
- Your Recalls and Product Safety Alerts
- Report suspicious activity

**Help**

- Support center & FAQ
- Safety center
- Temu purchase protection
- Sitemap
- How to order
- How to track
- Partner with Temu

**Download the Temu App**

- Track orders any time
- Low stock items alerts
- Coupons & offers alerts

Download on the App Store

Get it on Google Play

**Connect with Temu**

**Security certification**

BONUS COUPONS

**We accept**

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days

9/16/24, 3:22 PM                                     Acrylic Butterfly Hanging Ornament Car Decoration - Temu

Free shipping
Special for you                                      Up to 90 days*
                                                     Price adjustment                                              Get the Temu App

TEMU    Best Sellers    5-Star Rated    Anniversary Sale    Local Warehouse    Categories ⌄    | car decoration accessories            🔍 |    Hello, Mike Kate    Support    EN    🛒
                                                                                                                          Orders & Account





https://www.temu.com/acrylic-butterfly-hanging-ornament-pmma-car-decoration-pendant-transparent-butterfly-charm-for-rearview-mirror-keychain-bag-accessory-g-601099590784849.html



Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

All data is encrypted >

Home › Checkout

Free shipping special for you

Shipping address

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

Ships from Temu (1) 1 item is almost gone!

Acrylic Butterfly Hanging Ornament, PMMA Car Decoration Pendant, Transparent Butterfly Charm for Rearview Mir...
Acrylic
Qty: 1
Lightning deal | -84% final hours
$1.78 ~~$11.49~~

Standard shipping: FREE, delivery: 4-10 business days >

Payment methods

- VISA Visa ...1950 Edit
- Add a new card
- PayPal ✔ Remember my PayPal
- Cash App Pay
- venmo Venmo

Order summary

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$11.49~~ |
| Item(s) discount: | -$9.71 |
| Subtotal: | $1.78 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $0.18 |
| Order total: | $1.96 |

Plant with Temu
We invite you to plant a tree for $0.35

Submit order
1 almost sold out

Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Temu protects your card information
- ✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- ✓ Card information is secure and uncompromised
- ✓ All data is encrypted
- ✓ Temu never sells your card information

9/16/24, 3:23 PM                                                                                          Temu

○  G Pay  Google Pay

○ afterpay ❓ Afterpay
  $20 product minimum applies

○ Klarna ❓ Klarna
  $20 product minimum applies

○ affirm ❓ Affirm
  $35 product minimum applies

○ PayPal ❓ PayPal Pay Later
  $30 product minimum applies



🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay    ✔ Return if item damaged
✔ 15-day no update refund   ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories butterfly cards Hello, Mike Kate Orders & Account Support EN

Home › Automotive › Interior Accessories › Express Your Love with Car...

LIGHTNING Deal ✓ Free shipping special for you Exclusive offer

Express Your Love with Car Accessories: The Perfect Choice for Couples and Holiday Gifts! Includes a 2D Acrylic Butterfly Pendant, Suitable for Car Interior Rearview Mirror Decoration, and Available in Bag and Keychain Accessories.

3 bought | Provided by (4.6K+ bought) >

Last day $1.77 Pay $0.44 today -84% ~~$11.49~~

4 interest-free biweekly installments

Lightning deal | Ends in 11:39:46

Quantity: 1pc

Qty 1 Almost sold out

Add to cart
Almost sold out

Ships from Temu >

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-9 business d
business days
Courier company: Fec

Temu's Commitments >

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment >

**No item reviews yet**

But we found 835 reviews from similar items on Temu.

Reviews from similar items on Temu

All reviews are from verified purchases

ai***72 in on Oct 6, 2023

BONUS COUPONS

Messages 99+ Feedback

Free shipping special for you | Price adjustment within 30 days

9/16/24, 3:20 PM          Car Accessories: Couples Holiday - Temu

★★★★★

Cute girlie gifts for Christmas stockings! Something unique- unexpected for the girls.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac... ›

sy***06 in 🇺🇸 on Nov 25, 2023

★★★★★

going to be a gift, 100% love these, just beautiful. Used for Christmas ornaments.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac... ›

See all reviews

**Yangkai**

29 Followers  |  4.6K+ Bought  |  4.7 ★

Follow    Shop all items (58)

**Details**         ♡ Save  |  Report this item ›

Material: Acrylic

Item ID: WA150356   Copy

Store Information ›

BONUS COUPONS

Free shipping special for you      Price adjustment within 30 days

9/16/24, 3:20 PM

Car Accessories: Couples Holiday - Temu

**Free shipping**
Special for you

**Free returns**
Up to 90 days*

**Get the Temu App**

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄

butterfly cards 🔍

Hello, Mike Kate
Orders & Account

Support | 🇺🇸 EN | 🛒





BONUS
COUPONS

**Free shipping special for you**     **Price adjustment within 30 days**

99+
Messages

Feedback

9/16/24, 3:20 PM                                                    Car Accessories: Couples Holiday - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | 🛍 Best Sellers  🛍 5-Star Rated  💎 Anniversary Sale  🚚 Local Warehouse  Categories ⌄ | butterfly cards 🔍 | Hello, Mike Kate  Orders & Account  ❓ Support  🇺🇸 EN  🛒



BONUS COUPONS

Explore your interests

Free shipping special for you        Price adjustment within 30 days

Messages
Feedback

9/16/24, 3:20 PM                                                Car Accessories: Couples Holiday - Temu





Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | butterfly cards | Hello, Mike Kate Orders & Account | Support | EN

Local Creative Magnetic Levitation ...
Nearly over$52.98 In 1 carts
Almost sold out

Local 1 Floating Heart-shaped Ligh...
$50.34 In 4 carts
Almost sold out

Local Retro Industrial Robot Water ...
$58.99 ~~$436.68~~ In 7 carts

100pcs Retro Cheongsam Dress Clo...
Nearly over$2.48
Only 4 left

ANNIVERSARY DIY Steampunk Mechanic...
$16.99 ~~$28.00~~ 7 bought
Extra $0.42 off coupon
Only 2 left

Sweet Y2K Style Butterfly Hair Clips ...
Last day $4.79 ~~$19.99~~
Only 4 left

ANNIVERSARY Multifunctional Portable ...
Last day $10.31
just bought
1,205

ANNIVERSARY Local Floating Flowers L...
$68.61 ~~$75.00~~ In 4 carts
Almost sold out
Direct from GDRASUYA10

ANNIVERSARY Local 5pcs Steampunk I...
Nearly over$32.45 3 bought

ANNIVERSARY 1PC Swallowtail Butterfly ...
Nearly over$3.21 ~~$29.99~~
Only 2 left

BONUS COUPONS

Messages Feedback

Free shipping special for you | Price adjustment within 30 days





9/16/24, 3:20 PM                                                        Car Accessories: Couples Holiday - Temu





Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories butterfly cards Hello, Mike Kate Orders & Account Support EN

ANNIVERSARY 1pc Decorative Balls Glas...
Last day $8.73 $49.99
Almost sold out
★★★★★ 113
Direct from YIMUWN

Local Steampunk Table Lamp Tube...
Nearly over $30.88 5 bought
Extra $0.85 off coupon

ANNIVERSARY Local 1pc Coffee Pot, Co...
Nearly over $80.08
Almost sold out
★★★★★

ANNIVERSARY Touch-Controlled Magne...
$38.47 $79.99 163 bought
Only 6 left
★★★★★

ANNIVERSARY 1pc/20pcs pink crystal bu...
Nearly over $4.28 $13.10
Only 3 left

ANNIVERSARY Elegant Purple Crystal Gl...
Nearly over $13.71
Almost sold out
★★★★★

Cyberpunk Mantis Mechanical Scul...
$20.24 6 bought
Extra $0.42 off coupon
Only 1 Left

ANNIVERSARY Local Tube Clock, DIY Ni...
Nearly over $56.98
Almost sold out
★★★★★
Direct from Nexillumi

ANNIVERSARY 1pc Exquisite Butterfly Sh...
Nearly over $1.78 $5.59
Only 1 Left

ANNIVERSARY Dynamic Sand Art Picture...
Nearly over $6.63
Almost sold out
★★★★★

BONUS COUPONS
Messages 99+
Feedback
Free shipping special for you Price adjustment within 30 days





Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories butterfly cards Hello, Mike Kate Orders & Account Support EN

ANNIVERSARY Floral Vintage Style Wom...
Nearly over$2.98
Almost sold out
★★★★½ 106

Wireless BT Speakers With Wireless ...
Last day $11.97
Best Seller in Audio & Radio: USB
★★★★½ 6,571
Direct from Kouzone

ANNIVERSARY Local 1pc Magnetic Met...
Last day $59.84 79 bought
Only 9 left
★★★★½

Local 5 Pieces Cool Industrial Stea...
Nearly over$36.48 In 9 carts

20 Sheets/Pack Beautiful Flower Pla...
Nearly over$3.98 16 viewed
Almost sold out

ANNIVERSARY Adult Toys, Difficult Hand...
Last day $28.97 $39.99
Only 2 left
★★★★★

ANNIVERSARY Local HCNT Levitation A...
Nearly over $44.22 $65.00
Extra $3.52 off coupon
Only 3 left

ANNIVERSARY USB Powered 3D Planet ...
Last day $12.73 $65.99
Almost sold out 30d lowest

ANNIVERSARY 100 Sheets Transparent L...
Nearly over$2.98
Almost sold out
★★★★★ 213

Elegant Handcrafted Rhinestone Bu...
$8.54 203 bought
Almost sold out
★★★★★

BONUS COUPONS
Messages
Feedback
Free shipping special for you
Price adjustment within 30 days





Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | butterfly cards | Hello, Mike Kate Orders & Account | Support | EN

Local Electroplating Magnetic Levit...
Nearly over$42.95 In 3 carts
Only 5 left

Local 1pc In/outdoor 23.6inch Mo...
Nearly over$117.79
Only 5 left

ANNIVERSARY Butterfly Lover's Dream: ...
Nearly over$1.98 $9.90
Almost sold out

Handmade Steampunk Robot Key C...
Last day $13.04 12 bought
Only 4 left

ANNIVERSARY Local 3D Metal Puzzles F...
Last day $59.81 15 bought
Almost sold out 30d lowest

ANNIVERSARY Magnetic Levitation Float...
Last day $96.03 15 bought
Only 2 left

ANNIVERSARY Butterfly Heart Car Decal ...
60d lowest $4.24 $24.99
Only 9 left

ANNIVERSARY Resin Steampunk Mecha...
Last day $22.47 $38.99
Only 5 left

ANNIVERSARY Local Tabletop Fire Pit - ...
$43.99 $67.09 151 bought
Best Seller in Outdoor Heating & ...

ANNIVERSARY 20pcs Crystal Butterfly 3...
Nearly over$2.48 $7.89
Only 8 left

View more

BONUS COUPONS

...any info | Customer service | Help | Download the Temu App | Connect with Temu
...Temu | Return and refund policy | Support center & FAQ | Track orders any time

Messages | Feedback

Free shipping special for you | Price adjustment within 30 days



Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App
TEMU
Best Sellers HOT
5-Star Rated
Anniversary Sale
Local Warehouse
Categories
butterfly cards
Hello, Mike Kate
Orders & Account
Support
EN

Security certification

We accept

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS COUPONS
99+
Messages
Feedback









Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

All data is encrypted >

Home › Checkout

Free shipping special for you

**Shipping address**

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (11)** 1 item is almost gone!

Express Your Love with Car Accessories: The Perfect Choice for Couples and Holiday Gifts! Includes a 2D Acrylic But...

1pc

Qty: 11

Lightning deal | -84% final hours

$1.77 ~~$11.49~~

Standard shipping: FREE, delivery: 4-10 business days >

**Payment methods**

- Visa ...1950 Edit
- Add a new card
- PayPal — Remember my PayPal
- Cash App Pay
- Afterpay — 4 interest-free payments of $5.36

**Order summary**

Enter coupon code — Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$126.39~~ |
| Item(s) discount: | -$106.92 |
| Subtotal: | $19.47 |
| Shipping: | FREE |
| Sales tax: | $2.00 |
| Order total: | $21.47 |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

**Plant with Temu**

We invite you to plant a tree for $0.35

Submit order
1 almost sold out

**Temu's Tree Planting Program**

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

**Temu protects your card information**

- ✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- ✓ Card information is secure and uncompromised
- ✓ All data is encrypted
- ✓ Temu never sells your card information

9/16/24, 3:20 PM                                                    Temu



○ Klarna ? 4 interest-free payments of $5.36

○ Venmo

○ Google Pay

○ Affirm ? $35 product minimum applies

○ PayPal Pay Later $30 product minimum applies



🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay      ✓ Return if item damaged

✓ 15-day no update refund   ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›
















Free shipping
On items shipped from Temu

Delivery guarantee
Refund for any issues

Get the Temu App

Best Sellers | 5-Star Rated | Local Warehouse | Categories

Zcshowme acrylic butterfly

Orders & Account | EN | Cart

Home › Home & Kitchen › Home Decor Products › Charming 2-piece Acrylic B...

Charming 2-piece Acrylic Butterfly Keychain Set - Perfect For Birthdays, Anniversaries And Holidays - Versatile Charm For Bags, Cars And Homes

Local warehouse | Fastest delivery in 3 business days

Provided by (325 sold) ›

$6.98 Pay $1.74 today

4 interest-free biweekly installments

Temu Fest ✓ Free shipping on orders over $30 from this provider ›

Quantity: 2pcs

Qty 1 Almost sold out

Add to cart

Buy now
Almost sold out

Ships from this local warehouse ›

Standard: $2.99 or FREE (if ordering $30.00+ from this local warehouse), Fastest delivery in 3 business days

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

Demurecandle

13 Followers | 325 Sold | 4.7 Rating

Contact provider | Follow | All items (101)

## Details

Save | Report this item ›

Material: Acrylic

Recommended Usage: Multipurpose

Mounting Type: Wall hanging

See more

Learn about dimensions ›

## Explore your interests

20pcs Fantasy Themed Butterfly ...
$3.43 7 sold
Only 5 left
★★★★★
High repeat customers provider

120pcs Vintage Butterfly Scrapb...
$5.08 ~~$11.99~~ 2 sold
Only 1 Left

Local 300 Sheets Vintage Scrapb...
$13.49 199 sold
Almost sold out
★★★★★

Local 22pcs, Silicone Kitchen Ba...
$47.99
Almost sold out

BONUS COUPONS

Free shipping on items shipped from Temu

Price adjustment within 30 days

Free shipping
On items shipped from Temu
Delivery guarantee
Refund for any issues
Get the Temu App

Quartz Butterfly Series Gold...
$1.16 $2.50 In 2 carts
Almost sold out

1pc Exquisite Butterfly-Shap...
$1.98 $16.49 5.2K+ sold
Almost sold out
755

180 Pieces Princess Themed...
$3.82 $15.99 426 sold
Almost sold out
52
High repeat customers provider

Local 4Pcs Acrylic Fairy Pendant ...
$7.64 36 sold
Almost sold out
Fast delivery provider

Local 1pc Heavy-Duty Collapsibl...
$33.99 $149.99 1.8K+ sold
Best Seller in Carriers & Travel ...
65
Authorized by BRANDON-SU...

Double-Sided Swan Pendan...
$13.98 $16.57 901 sold
Only 6 left
116

6pcs Floral and Butterfly Decorat...
$5.72 467 sold
Almost sold out
58
High repeat customers provider

Local GardenCraft Style Acr...
$9.96 $13.99 8 sold
Extra $0.50 off coupon
Only 2 left
High repeat customers provider

5pcs Gradient Blue Wings B...
$3.14 $3.34 9 sold
Only 1 Left
High repeat customers provider

1pc Acrylic Butterfly Hangin...
$1.26 $1.62 12 sold
Only 4 left

Vintage Butterfly Sticker Set...
$1.87 $3.02 2 sold
Only 2 left Lowest price ever
High repeat customers provider

Local [Fast Arrival] S925 En...
$8.22 $44.99 93 sold
Almost sold out
Fast delivery provider

Moonlit Witch Crystal Pendant, 8...
$4.49 5.5K+ sold
Best Seller in Seasonal Decor: A...
200

Local Colorful Fox Acrylic Penda...
$12.37 2 sold
Extra $0.78 off coupon
Almost sold out

Houndstooth Glitter Butterfl...
$6.38 $13.99 In 3 carts
Almost sold out

Local [Fast Arrival] 1pc Hea...
$32.84 $111.99 2.7K+ sold
Most Repurchased in Grills & O...
171
High repeat customers provider

Local 2 pack Jute Rope Hanging ...
$15.99
Almost sold out
High repeat customers provider

1pc Acrylic Butterfly Fairy H...
Last 4 hours $2.69 125 sold
Only 8 left

Sparkling 3D Butterfly Stick...
$4.41 $14.99 3 sold
Only 7 left

Valentine's Day Gift 2D Acry...
$1.69 $11.49 8 sold
Only 5 left

Local 60PCS 6 Packs Paper Fram...
$7.20 $16.99 65 sold
Almost sold out

Chic Butterfly Acrylic Drop Earrin...
$1.10 $8.99 1.3K+ sold
Almost sold out
143
Established 1 year ago

100pcs Assorted Gentle Pastel Sh...
Last 4 hours $9.09 308 sold
Almost sold out

Local 100pcs Butterfly Garden D...
$13.98 66 sold
Only 4 left

BONUS COUPONS
Free shipping on items shipped from Temu
Price adjustment within 30 days

Free shipping On items shipped from Temu | Delivery guarantee Refund for any issues | Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Local Warehouse | Categories | Orders & Account | EN | Cart

Local 1Pcs-2Pcs LED Butterf... $193.49 $698.89 11 sold
Extra $10.09 off coupon
Almost sold out

Festive 180pcs Vintage Fantasy L... $10.81 1 sold
Only 4 left
High repeat customers provider

Local Wings of Freedom, Purple ... $4.98 2 sold
Only 8 left

Local GardenCraft Style Acr... $9.98 $13.99 14 sold
Extra $0.50 off coupon
Only 6 left
High repeat customers provider

Elegant Crystal & Rhineston... $7.62 $63.40 2K+ sold
Almost sold out
★★★★★ 265

Local 1pc Vibrant Multifunctiona... $3.48 3.3K+ sold
Most Repurchased in Climbing ...
★★★★★ 222
High repeat customers provider

4 Pack Vintage PET Stickers for J... $18.44 278 sold
Almost sold out
★★★★★
Established 1 year ago

Local 1pc, Whimsical Magic Butt... $7.98 14 sold
Only 2 left
★★★★★

10pcs Rose Golden Crystal Artific... $4.92 $43.90 27K+ sold
Best Seller in Party Decorations...
★★★★½ 3,010

Unique 2D Purple Butterfly ... $1.37 $1.48 1.1K+ sold
Almost sold out
★★★★½ 96

Alloy Butterfly and Heart-Shaped... $6.36 8 sold
Almost sold out
★★★★★
High repeat customers provider

Local Vibrant Heart-Shaped 8"x8... $9.98 38 sold
Almost sold out
★★★★☆

DIY Journal Set for Girls wit... $20.24 $26.09 89 sold
Almost sold out
★★★★★

30pcs Butterfly Lace Embelli... $2.26 $2.48 766 sold
Almost sold out
★★★★★ 68
High repeat customers provider

Local 60 Vivid Image Of Hallowe... $14.97 In 1 carts
Only 8 left

Fairy-Themed Acrylic Earrings Se... $8.06 270 sold
Almost sold out
★★★★★

80pcs Set of Sparkling 3D B... $5.91 $14.99 1.2K+ sold
Almost sold out
★★★★★ 65

1 Pair of Earrings + 1 Neckl... $3.51 $12.71 553 sold
Almost sold out
★★★★★ 88

Local 20pcs Colorful Rose ... $12.73 $26.30 30 sold
★★★★½

Vintage Owl Types Chart - ... $1.59 $13.99 674 sold
Almost sold out
★★★★★ 58
Established 1 year ago

Local 35/40pcs (random) Rabbit ... $23.74 18 sold
Only 9 left
★★★★★
High repeat customers provider

Local 36 Sheets 12'x12" Fall Pum... $8.76 11 sold
Almost sold out

120pcs Iridescent Golden F... $5.76 $16.99 6 sold
Only 3 left
Established 1 year ago

Sun and Moon Butterfly Ha... $3.23 $3.99 367 sold
Almost sold out
★★★★★
High repeat customers provider

BONUS COUPONS

Free shipping on items shipped from Temu | Price adjustment within 30 days

12pcs Adjustable Friendshi...
$11.79  314 sold
Almost sold out
★★★★★

1pc, Blonde Woman in Lin...
$19.48  6 viewed
Almost sold out

240-Piece Blossom Dream Tulle S...
Last 4 hours $4.08  92 sold
Almost sold out
★★★★★
High repeat customers provider

Vintage Tin Sign: Blue Butterfly T...
$7.48  4 sold
Almost sold out
High repeat customers provider

**View more ⌄**

| Company info | Customer service | Help | Download the Temu App | Connect with Temu |
|---|---|---|---|---|
| About Temu | Return and refund policy | Support center & FAQ | Track orders any time | |
| Temu - Team Up, Price Down! | Intellectual property policy | Safety center | Low stock items alerts | |
| Affiliate & Influencer: Earn Commission | Shipping info | Temu purchase protection | Coupons & offers alerts | |
| Contact us | Your Recalls and Product Safety Alerts | Sitemap | App Store | |
| Careers | Report suspicious activity | How to order | Google Play | |
| Press | | How to track | | |
| Temu's Tree Planting Program | | Partner with Temu | | |

Security certification

We accept

© 2024 WhaleCo Inc.    Terms of use    Privacy policy    Your privacy choices    Ad Choices



BONUS COUPONS


























Free shipping Special for you | Delivery guarantee Refund for any issues | Get the Temu App

20-day no delivery refund ›

Home › Checkout

Free shipping on all items of this order

**Shipping** Change ›

**steven howard** (554)626-5486
1 N La Salle St
**CHICAGO, IL 60602-3902, United States**
Please check if the apt, suite, or room number is correct.

**Free shipping from Demurecandle (10)** Local

Almost sold out

Charming 2-piece Acrylic Butterfly Keychain Set - Perfect For Birthdays, Anniversaries And Holidays - Versatile Charm For Bags, Cars And ...
2pcs
Temu Fest | Limited time
Qty: 10
$6.98

Standard shipping: FREE, delivery: 3-6 business days, fastest delivery in 3 business days ›

**Payment methods**

Card

All transactions are secure and encrypted
* Card number
4041 1789 5899 9192
* Expiration date
12 | 2028
* CVV
591
Remember this card for future use, Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data.
*** Billing address** Edit
steven howard, 1 N La Salle St, CHICAGO, IL 60602-3902, United States

PayPal
Cash App Pay
Afterpay 4 interest-free payments of $19.23
Klarna 4 interest-free payments of $19.23
Affirm 4 interest-free payments or as low as $7.12/mo
Venmo
Google Pay
PayPal Pay Later

**Order summary**

Enter coupon code | Apply
Apply coupon code ›

| | |
|---|---|
| Item(s) total: | $69.80 |
| Shipping: | FREE |
| Sales tax: | $7.15 |
| Order total: | $76.95 |

**Plant with Temu**
We invite you to plant a tree for $0.35

**Submit order**
1 almost sold out

Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Delivery guarantee
- $5.00 Credit for delay
- Return if item damaged
- 15-day no update refund
- 20-day no delivery refund

Learn more ›

Temu protects your card information
- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

Secure privacy
Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.
Learn more ›

Temu purchase protection
Shop confidently on Temu knowing that if something goes wrong, we've always got your back.
Learn more ›

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

2D Acrylic Pink Butterfly Car Sticker: Add a Touch of Agility to Your Ride

2.9K+ sold | Provided by — (100K+ sold) › 4.5

**$1.98** Pay $0.49 today -82% limited time $11.49

4 interest-free biweekly installments

Temu Fest ✓ Free shipping special for you Exclusive offer

Quantity: 1pc

Qty 1

Add to cart

Ships from Temu ›

Standard: FREE
Delivery: Fastest delivery in 4 business days
Courier company: DHL eCommerce ...

Express
Deliv...
Courie...

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

**349 reviews** | 4.5

All reviews are from verified purchases

**Item reviews (349)** Provider reviews (37,232)

(281) Pretty(27) Satisfied(15) Beautiful(17)

**dj**fw** in on Sep 29, 2024

★★★★★

This turned out to be much better than I anticipated! I'm using it as a decoration for the front of a card, and it's even nicer than what was shown online. There's no visible plastic around the butterfly, and the craftsmanship is excellent for what you're purchasing. I love it, and it's perfect for my project. I was pleasantly surprised, especially a… See more

**Marthela Perrett** in on Apr 12, 2024

★★★★★

great bargain.,gifts, pleased with product, loved them thank you, beautiful piece, Just like pictures, Thanks, great bargain.,gifts, recommend purchasing

**ba***48** in on Jan 20, 2024

★★★★★

love it, pleased with product, perfect gift, keeper, beautiful piece

See all reviews

## Unique People

1.2K+ Followers | 100K+ Sold | 4.7 Rating

Follow | Shop all items (134)

Established 1 year ago

**Details** Save | Report this item ›

Material: Acrylic

Item ID: MC29120 (Copy)

Store Information ›

BONUS COUPONS
Free shipping special for you
Price adjustment within 30 days

## Explore your interests

One Unique Vintage Colorf...
$1.91 $17.49 13K+ sold
Almost sold out
★★★★★ 1,699
High repeat customers provider

20pcs/pack Vintage Butterfly Stic...
$1.21 2 sold
Only 6 left
Low item return rate provider

Elegant Butterfly Pendant N...
Last 4 hours $6.29 76 sold
Almost sold out
★★★★★

80-Piece Holographic 3D Butterfl...
$3.99 6 sold
Only 8 left

1pc Dazzling Sparkling Rhin...
Last 4 hours $2.61 1.3K+ sold
Almost sold out
★★★★★ 90
High repeat customers provider

Local 6 Pieces Of Creative Butter...
$13.59 In 1 carts
Almost sold out

Local [Fast Arrival] 3 Pieces ...
$7.66 $29.99 3 sold
Only 3 left

30pcs/pack Cute Funny Cartoon ...
$1.59 $2.49 14K+ sold
Almost sold out
★★★★★ 1,910
High repeat customers provider

155pcs Scenic Pattern Loos...
$9.44 $19.99 120 sold
Almost sold out
★★★★★
High repeat customers provider

Local [Fast Arrival] Whimsical 2D...
$4.98 20 sold
Almost sold out
★★★★★

Exquisite Butterfly Copper E...
$3.59 $25.99 662 sold
Only 5 left
★★★★★ 74
High repeat customers provider

Inspirational Butterfly-Shaped Ac...
$2.11 $11.99 112 sold
Almost sold out
★★★★☆

162pcs Butterfly Scrapbooki...
$7.19 $11.89 6 sold
Only 7 left
High repeat customers provider

Vintage-Inspired Butterfly Penda...
$1.55 64 sold
Only 8 left
★★★★★
High repeat customers provider

Local Set Of Two Classic Butterfl...
$8.98 In 1 carts
Almost sold out

Local Laptop Decals, Nature Pur...
$4.98 12 sold
Almost sold out
★★★★★
High repeat customers provider

BONUS COUPONS

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

TEMU Best Sellers 5-Star Rated Local Warehouse Categories Orders & Account EN Cart

Elegant Butterfly Hair Clip - Chic ...
$0.75 $8.12 263 sold
Almost sold out
High repeat customers provider

Local [Fast Arrival] 5-Piece ...
$3.64 $21.00 3 sold
Almost sold out

180pcs Decorative Craft Paper Se...
$7.19 228 sold
Almost sold out
High repeat customers provider

1pc Exquisite Acrylic Butterf...
$1.83 $3.49 3.8K+ sold
Only 8 left
467

Local Stunning Butterfly De...
$9.48 $37.51 8 sold
High repeat customers provider

Boho Style Alloy Butterfly Jewelr...
$1.26 16 sold
Only 4 left

Local 10 Packs Vibrant Rose Gar...
$17.99 55 sold
Almost sold out
Direct from ruonaorou

Set of 4 Feathered Artificial Blue ...
Last 4 hours $3.17 290 sold
Almost sold out
High repeat customers provider

9 Pair Set - Vibrant Butterfly Win...
$6.12 2.6K+ sold
Almost sold out
261

Vintage Butterfly Waterslide...
$1.81 $7.29 15 sold
Only 2 left

Local 120 Pcs Romantic Lace Bor...
$9.98 34 sold
Almost sold out
Low item return rate provider

Glam Style Fairy Earrings Set, 5 P...
$4.35 123 sold
Almost sold out
High repeat customers provider

Boho-Chic Butterfly Pendan...
Last 4 hours $1.13 106 sold
Almost sold out
High repeat customers provider

Acrylic Rose Hanging Orna...
$1.81 $2.49 169 sold
Almost sold out

Chic Blue Gradient Butterfly...
$6.31 $29.00 3 sold
Only 2 left

Local 200 Pcs DIY Suncatch...
$7.98 $29.99 91 sold
Almost sold out

Local Colorful Butterfly Necklace...
$16.19 10 viewed

100 Pcs/Box Waterproof PE...
Last 4 hours $3.32 $6.99
Only 3 left
High repeat customers provider

1pc Green Butterfly Acrylic Pend...
$1.31 8 sold
Almost sold out
High repeat customers provider

1pc Blue Butterfly Acrylic Heart ...
$1.97 $11.98 3.9K+ sold
545

5PCS Alloy Butterfly Teardrop Sty...
$5.94 4 sold
Almost sold out
High repeat customers provider

Luxurious Butterfly Shaped ...
$4.48 $32.98 10K+ sold
Almost sold out
1,361

Local 100pcs Butterfly Garden D...
$13.98 66 sold
Only 4 left

Halloween Stickers Pack, Sel...
$3.14 $18.41 933 sold
Almost sold out
56
High repeat customers provider

BONUS COUPONS

Free shipping special for you
Price adjustment within 30 days

6-Inch Glittering Jewel Butterfly ...
$1.62 202 sold
Almost sold out just bought
★★★★★
High repeat customers provider

6 Pairs Exquisite Butterfly D...
$4.83 $12.89 2.5K+ sold
Almost sold out
★★★★★ 331
High repeat customers provider

Local Exquisite Handcrafte...
$9.98 $88.61 206 sold
Almost sold out
★★★★★

Local Gold and Pink clip-on Butt...
Last 4 hours $12.43 In 2 carts
Only 3 left

Alloy Butterfly and Heart-Shaped...
$6.36 8 sold
Almost sold out
★★★★★
High repeat customers provider

Colorful Butterfly Washi Tape, 78....
$2.70 78 sold
Only 2 left
★★★★★
High repeat customers provider

Butterfly Trio Jewelry Set - ...
$1.98 $16.99 13K+ sold
★★★★★ 2,388
High repeat customers provider

48pcs Invisible Orchid Series Stic...
$3.63 23 sold
Almost sold out
High repeat customers provider

Chic Pink Rose Acrylic Pend...
$1.69 $2.48 1.4K+ sold
Lowest price ever
★★★★★ 109

[Hot-Sale] Peacock Fairy Acrylic P...
$1.08 $3.49 322 sold
Almost sold out
★★★★★
High repeat customers provider

Local Glow-in-the-Dark Fir...
$7.67 $19.99 274 sold
★★★★★
Authorized by Annmors

Beautiful Wooden Miniatur...
$9.47 $74.40 14K+ sold
Almost sold out
★★★★★ 1,486

Vintage Dreams Collection ...
$5.39 $12.99 224 sold
Only 2 left
★★★★★
High repeat customers provider

Sun and Moon Butterfly Ha...
$3.23 $3.99 367 sold
Almost sold out
★★★★★
High repeat customers provider

1pc Butterfly Car Pendant, E...
$1.78 $9.99 588 sold
Almost sold out
★★★★★ 70

Local 12-Pack Assorted Butterfly...
$7.62 In 11 carts
Extra $0.28 off coupon
Almost sold out

View more

Free shipping Special for you | Delivery guarantee Refund for any issues | Get the Temu App

Return if item damaged ›

Home › Checkout

Free shipping special for you

**Shipping** Change ›

**steven howard** (554)626-5486
1 N La Salle St
CHICAGO, IL 60602-3902, United States
Please check if the apt, suite, or room number is correct.

**Free shipping from Temu (10)**

2D Acrylic Pink Butterfly Car Sticker: Add a Touch of Agility to Your Ride
1pc
Temu Fest | -82% limited time
$1.98 ~~$11.49~~
Qty: 10

Standard shipping: FREE, delivery: 4-8 business days, fastest delivery in 4 business days ›

**Payment methods**

Card

All transactions are secure and encrypted
* Card number
4041 1789 5899 9192
* Expiration date
12 | 2028
* CVV
591
Remember this card for future use, Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data.
**Billing address** Edit
steven howard, 1 N La Salle St, CHICAGO, IL 60602-3902, United States

PayPal
Cash App Pay
Afterpay 4 interest-free payments of $5.45
Klarna 4 interest-free payments of $5.45
Venmo
Google Pay
Affirm
$35 product minimum applies
PayPal Pay Later
$30 product minimum applies

**Order summary**

Enter coupon code Apply
Apply coupon code ›

| | |
|---|---|
| Item(s) total: | ~~$114.90~~ |
| Item(s) discount: | -$95.10 |
| Subtotal: | $19.80 |
| Shipping: | FREE |
| Sales tax: | $2.03 |
| Order total: | $21.83 |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

**Plant with Temu**
We invite you to plant a tree for $0.35

Submit order

Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Delivery guarantee
- $5.00 Credit for delay
- Return if item damaged
- 15-day no update refund
- 30-day no delivery refund

Learn more ›

Temu protects your card information
- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

Secure privacy
Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.
Learn more ›

Temu purchase protection
Shop confidently on Temu knowing that if something goes wrong, we've always got your back.
Learn more ›

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

Unique Butterfly-Shaped Acrylic Pendant - Hanging Ornament for Christmas Tree, Backpack, Couple Gift, and Home Decoration with Vibrant Colors and Delicate Details

8K+ sold | Provided by (418K+ sold) › 4.4

#3 Best Seller from this provider

$1.98 Pay $0.49 today -82% limited time $11.49

4 interest-free biweekly installments

Free shipping special for you Exclusive offer

Quantity: 1pc

Qty 1 Almost sold out

Add to cart
82% off discount

Free shipping on orders shipped from Temu ›
Delivery: Fastest delivery in 5 business days
Courier company: DHL eCommerce LaserShip OnTrac UPS USPS ...

Temu's Commitments ›

Security & Privacy
- Safe payments
- Secure privacy

Delivery guarantee
- $5.00 Credit for delay
- 15-day no update refund
- Return if item damag
- 30-day no delivery re

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

1,023 reviews | 4.4 All reviews are from verified purchases

Item reviews (1,023) Provider reviews (52,267)

(754) Pretty(84) Beautiful(105) Cute Packaging(19)

ai***72 in on Oct 6, 2023
★★★★★
Very pretty. Love it. not as shinny as I thought it would be but it's still very cute. arrived in just a few days. fast delivery.

sy***06 in on Nov 26, 2023
★★★★★
going to be a gift, 100% love these, just beautiful. Used for Christmas ornaments.

st***23 in on Feb 18, 2024

BONUS COUPONS
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers 5-Star Rated Early Black Friday Local Warehouse Categories
acrylic butterfly rearview mirror pendant
Orders & Account Support EN

## Unique Gift

1.8K+ Followers | 418K+ Sold | 4.7 ★

Follow | Shop all items (204)

Established 1 year ago

**Details**

Save | Report this item >

Material: Acrylic

Item ID: EG24755 Copy

Store Information >

BONUS COUPONS

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers　5-Star Rated　Early Black Friday　Local Warehouse　Categories ∨

acrylic butterfly rearview mirror pendant

Orders & Account　Support　EN







Free shipping special for you　　Price adjustment within 30 days











Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Early Black Friday | Local Warehouse | Categories

acrylic butterfly rearview mirror pendant

Orders & Account | Support | EN

Acrylic Butterfly Hanging Orname...
Just once $1.17 $11.49
Almost sold out

60pcs Vintage Charm Scrapbooki...
Just once $2.05 $3.79
Almost sold out
High repeat customers provi...

80pcs Streamer Butterfly Stickers ...
$7.63 $13.99 9 sold
Only 1 Left
★★★★★

8 Rolls PET Waterproof Transpare...
$11.27 $21.99 434 sold
Almost sold out
★★★★★
High repeat customers provi...

Local 5-Pack Christmas Rooster ...
$5.21 $32.69 548 sold
High repeat customers provi...

Local 5 Pieces Fashion Simple Bu...
$4.03 $21.00 5 sold
Almost sold out

1 pc Pink Butterfly Hanging Orna...
$1.61 $9.99 294 sold
Almost sold out
★★★★½

4 Pack Vintage PET Stickers for Jo...
Last day $18.44 389 sold
Almost sold out
★★★★★
High repeat customers provi...

Local Charming Hummingbird H...
$6.99 $16.99 180 sold
Almost sold out
★★★★★

Local 240PCS Vintage Floral Scra...
$10.53 $14.47 4 sold
Almost sold out

Crystal Pink Butterfly Stickers - 6 T...
$2.68 $3.70 15 sold
Only 1 Left

Local Unique Butterfly-shaped A...
$4.98 $9.99 123 sold
★★★★★

Lily Butterfly Acrylic Suncatcher - ...
$3.83 7 sold
Only 1 Left
High repeat customers provi...

Local 4Pcs, Acrylic pendant deco...
$8.49 48 sold
Almost sold out
★★★★★
Fast delivery provider

Chic Acrylic Butterfly Keychain - 2...
$1.78 $12.59 2 sold
Only 6 left

BONUS COUPONS

Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App
TEMU
Best Sellers
5-Star Rated
Early Black Friday
Local Warehouse
Categories
acrylic butterfly rearview mirror pendant
Orders & Account
Support
EN
Scrapbooking Kit for Butterfly The...
$15.44 27 sold
Only 8 left
High repeat customers provi...
Local 1 piece, cute and charming...
$6.98 $10.98 9 sold
Almost sold out
Local S925 Glow-at-Ninght Firefl...
$7.67 $19.99 334 sold
Authorized by Anmmors
Acrylic Butterfly Pendant Necklace...
$4.24 4 sold
Almost sold out
High repeat customers provi...
120pcs Stunning Vintage Floral Sti...
$9.45 $16.99 100 sold
Almost sold out
High repeat customers provi...
Local Fairy Elf Acrylic Sun Catche...
$6.99 4 sold
Almost sold out
Local 4 Sets Of 800 Vintage Scra...
$16.48 5 sold
Only 6 left
Exquisite Green Butterfly Design ...
$1.48 $10.31 272 sold
Only 9 left
High repeat customers provi...
Local 8PCS Watercolor Butterflie...
$0.51 $1.99 16 sold
Almost sold out
Fast delivery provider
5pcs Light Green Ice Crystal Broke...
Just once $3.55 $5.49
Only 9 left
High repeat customers provi...
162pcs Butterfly Scrapbooking Kit...
$9.46 $15.69 9 sold
Only 5 left
High repeat customers provi...
Festive 2D Acrylic Owl Christmas ...
$2.20 166 sold
Almost sold out
Local 12pcs 3pcs/set Retro Bronz...
$5.96 68 sold
Almost sold out
Local Small Crossbody Bags For ...
$14.61 $62.53 10K+ sold
Almost sold out
2,239
Low item return rate provider
Local 8PC personality exaggerate...
$7.88 $29.06 2 sold
BONUS COUPONS
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App
TEMU
Best Sellers
5-Star Rated
Early Black Friday
Local Warehouse
Categories
acrylic butterfly rearview mirror pendant
Orders & Account
Support
EN
Stunning Stained Glass Butterfly ...
$4.41 1K+ sold
Almost sold out
134
Vintage Rusty Hollow Rose Butter...
$1.70 84 sold
Only 6 left
Established 1 year ago
120-Piece Butterfly Sticker Set - H...
$10.62 $16.99 324 sold
Almost sold out
Local 8 Rolls Flower Tape Set - D...
$10.37 $21.99 36 sold
Almost sold out
Elegant Butterfly Acrylic Flat Keyc...
$1.13 $3.99 60 sold
Only 4 left
Local 90 Sheets Scrapbook Paper...
$7.77 $16.99 48 sold
Almost sold out
5PCS Pink Shattered Leaf Butterfly...
$4.66 $5.49 6 sold
Almost sold out
High repeat customers provi...
Local 10 Packs Vibrant Rose Gar...
$17.66 72 sold
Extra $0.42 off at checkout
Only 4 left
Direct from ruonaorou
20-Pack Vintage Floral Stickers wi...
$1.99 362 sold
Almost sold out
Established 1 year ago
Local 10 Pieces, Acrylic Pendant ...
$10.39 11 sold
Almost sold out
Delicate Acrylic Black Butterfly De...
$1.05 $1.69 152 sold
Only 5 left
High repeat customers provi...
Shimmering 3D Butterfly Stickers ...
Just once $3.40 $11.99
Only 6 left
40pcs Iridescent PET Butterfly and...
Last day $5.94 $8.39
Almost sold out
High repeat customers provi...
Local "Gleaming" Fairy Elf Sun Ca...
$7.99 7 sold
Only 3 left
Local Set of 2 Exquisite Crystal Pi...
$35.72 $84.00 119 sold
Almost sold out
High repeat customers provi...
BONUS COUPONS
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Early Black Friday | Local Warehouse | Categories

acrylic butterfly rearview mirror pendant

Orders & Account | Support | EN

Last day $11.03 25 sold
Almost sold out
★★★★★

$1.50 $2.49 259 sold
Almost sold out
★★★★★

$11.99 5 sold
Only 7 left

$4.94 $5.49 9 sold
Only 6 left
High repeat customers provi...

$7.48 520 sold
★★★★★
High repeat customers provi...

Local 1pc Collapsible Foldable W...
$22.96 $99.99 524 sold
Only 8 left just bought
★★★★★

100 PCS Floral Stickers Set, Transp...
$2.74 72 sold
Only 1 Left
★★★★½

Local 1 Piece Creative Butterfly D...
$6.03 $41.99 312 sold
★★★★★

Local 4Pcs, Acrylic pendant deco...
$11.99
Almost sold out
Fast delivery provider

Boho Cute Butterfly Pendant Neck...
$1.60 $9.99 1.1K+ sold
Almost sold out
★★★★★ 103

Local 320 PCS Colorful Butterfly ...
Last day $8.45 $15.99
Almost sold out
★★★★★

Local Sisters Gifts from Sister, Ac...
$5.48 $9.98 195 sold
★★★★★
High repeat customers provi...

Local Enchanting Elf Fairy Acrylic...
$6.99 $16.99 6 sold
Only 4 left

30pcs Vibrant Glow-In-The-Dark ...
$3.40 109 sold
Almost sold out
★★★★★

Acrylic Pink Butterfly Hanging Orn...
$2.44 $4.99 8 sold
Extra $0.14 off at checkout
Only 1 Left
High repeat customers provi...

View more

BONUS COUPONS

Company info
About Temu

Customer service
Return and refund policy

Help
Support center & FAQ

Download the Temu App
Track orders any time

Connect with Temu

Free shipping special for you

Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers   5-Star Rated   Early Black Friday   Local Warehouse   Categories ⌄

acrylic butterfly rearview mirror pendant

Orders & Account   Support   EN

Google Play

Temu's Tree Planting Program

Partner with Temu

Security certification

We accept



BONUS COUPONS







**Free shipping** Special for you | **Delivery guarantee** Refund for any issues | **Get the Temu App**

TEMU  Return if item damaged >

Home > Checkout

Free shipping special for you  Exclusive offer

**Shipping address**  Change address >

**steven howard** +1 (554)626-5486
1 N La Salle St
**CHICAGO, IL 60602-3902, United States**

**Ships from Temu (9)**

**Black Friday (Kick-off) 82% off | Limited time**

Unique Butterfly-Shaped Acrylic Pendant - Hanging Ornament for Christmas Tree, Backpack, Couple ...
1pc
Qty: 9
Black Friday (Kick-off) | -82% limited time
**$1.98** ~~$11.49~~

Standard shipping: FREE, delivery: 5-10 business days, fastest delivery in 5 business days >

**Payment methods**

Card

All transactions are secure and encrypted
* Card number
4041 1789 5899 9192

* Expiration date
12  2028

* CVV
591

Remember this card for future use, Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data.

*** Billing address**  Edit
steven howard, 1 N La Salle St, CHICAGO, IL 60602-3902, United States

**Order summary**

Enter coupon code  **Apply**

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$103.41~~ |
| Item(s) discount: | -$85.59 |
| Subtotal: | $17.82 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $1.83 |
| Order total: | $19.65 |

**Plant with Temu**
We invite you to plant a tree for $0.35

**Submit order**

Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Delivery guarantee
- $5.00 Credit for delay
- Return if item damaged
- 15-day no update refund
- 30-day no delivery refund

Learn more >

Temu protects your card information
- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

🔒 Secure privacy

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

Temu purchase protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories
christmas ornaments
Hello, Mike Kate
Orders & Account | Support | EN

Home › Home & Kitchen › Seasonal Decor › 1pc, Car Interior Decorati...

1pc, Car Interior Decoration Car Hanging Butterfly Flower Faith Tree Ornaments Tree Hanging Decorations

1.0 ★☆☆☆☆ 12 bought | Provided by (49K+ bought) ›

Nearly over $1.18 Pay $0.29 today -78% $5.59

4 interest-free biweekly installments

ANNIVERSARY Sale ✓ Free shipping special for you Exclusive offer

Model: Butterfly 01

Qty 1 Only 4 left

Add to cart
Only 4 left

Ships from Temu ›

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-9 business d
business days
Courier company: Fed

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

2 reviews | 1.0 ★☆☆☆☆ All reviews are from verified purchases

Item reviews (2) Provider reviews (5,322)

(1)

橋本京子 in on Sep 8, 2024

★☆☆☆☆

BONUS COUPONS

Messages
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

cn***14 in on May 1, 2024

★☆☆☆☆

Dull colored out of focus picture on plastic

Reviews from similar items on Temu

ai***72 in on Oct 6, 2023

★★★★★

Very pretty. Love it. not as shinny as I thought it would be but it's still very cute. arrived in just a few days. fast delivery.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac...

See all reviews

SZX

162 Followers | 49K+ Bought | 4.6 ★

Contact provider | Follow | All items (29)

Details

Save | Report this item

Material: Acrylic

Attachment Method: Hanging

Holidays: Christmas,Easter,Thanksgiving,New Year,Universal

See more

Learn about dimensions

Explore your interests

BONUS COUPONS
Messages
Feedback
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories christmas ornaments Hello, Mike Kate Orders & Account Support EN

Local 360° Rotating Magnetic Levit...
Nearly over$41.31 1 bought
Almost sold out

ANNIVERSARY Sparkling Purple Butterfly...
Nearly over $1.52 $4.49
Almost sold out

ANNIVERSARY Colorful Acrylic Butterfly ...
$2.75 $12.99 In 3 carts
Extra $0.14 off coupon
Only 1 Left

Cyberpunk Metal Robot Figurine - ...
$13.99 41 bought
Only 5 left
★★★★★

ANNIVERSARY HD LIVING Crystal Hum...
Nearly over $6.97
Only 6 left

Metal Steampunk Vintage Fashion ...
Nearly over$5.27
Almost sold out
★★★★½ 2,094

Local Floating Light Bulb For Living...
$43.99 $125.00 11 bought
Almost sold out
★★★★★

20pcs Butterfly Stickers with Golden...
Nearly over $1.69 In 1 carts
Only 4 left

ANNIVERSARY 3pairs Fashion And Elega...
30d lowest $1.19
Only 3 left

ANNIVERSARY Full Moon Floating Pool L...
Nearly over$10.78
Almost sold out
★★★★★

BONUS COUPONS
Messages 99+
Feedback
Free shipping special for you
Price adjustment within 30 days



9/16/24, 3:12 PM
Car Interior Decoration Car Hanging Butterfly Flower Faith - Temu



Butterfly Washi Tape Stickers - 6 Rol...
30d lowest $9.44 2 bought
Only 5 left

1pc Levitating Moon Tabl...
Nearly over $49.88
Only 6 left
★★★★★ 361

1pc Solar Energy Rotatin...
Nearly over $7.48 $29.99
Almost sold out
★★★★★ 95

Solid D100 Metal Dice, Si...
Nearly over $18.98
Almost sold out
★★★★★

1pc 3D Carved Bird Cryst...
Last day $5.77 $39.00
Only 3 left 60d lowest
★★★★★

1pc Magnetic Suspensio...
Last day $51.42
Almost sold out 30d lowest
★★★★★ 123

STAR Magnetic Levitation Phone St...
Last day $10.39 3 bought
Only 5 left

Steampunk Sickle Drago...
Nearly over $21.25
Extra $0.42 off coupon
Only 1 Left
★★★★★

Chic Pink Butterfly Acrylic...
30d lowest $1.79

5pcs Steampunk I...
Nearly over $32.45 3 bought

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories
christmas ornaments
Hello, Mike Kate
Orders & Account
Support EN

ANNIVERSARY 20pcs Sparkling Butterfly ...
$3.14 $12.00 2 bought
Only 5 left

ANNIVERSARY 6-Pack PET Floral Washi T...
Last day $6.92 $19.99
Only 1 Left
★★★★★

Wireless BT Speakers With Wireless ...
Last day $11.97
Best Seller in Audio & Radio: USB
★★★★½ 6,571
Direct from Kouzone

ANNIVERSARY 1pair Winged Butterfly Pa...
$4.94 $14.99 1.5K+ bought
Almost sold out
★★★★★ 134

1PC Glam Acrylic Butterfly Pendant ...
Last day $1.43 $12.58
Only 6 left

ANNIVERSARY Local 3D Metal Puzzles F...
Last day $59.81 15 bought
Almost sold out 30d lowest
★★★★★

Local Living Room Floating Bulbs ...
$43.49 2 bought
Almost sold out

ANNIVERSARY Adult Toys, Difficult Hand...
Last day $28.97 $39.99
Only 2 left
★★★★★

ANNIVERSARY 2Pc/1Pc Ghost Campfire ...
Last day $12.97
Best Seller in Outdoor Storage
★★★★★ 87

ANNIVERSARY Local HCNT Levitation A...
Nearly over $44.22 $65.00
Extra $3.52 off coupon
Only 3 left

BONUS COUPONS
99+ Messages
Feedback
Free shipping special for you
Price adjustment within 30 days





Free shipping Special for you | Delivery guarantee Refund for any issues | Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas ornaments | Hello, Mike Kate Orders & Account | Support | EN

Chic Light Green Asymmetrical Butt...
30d lowest $2.79
Almost sold out

Local Cool Industrial Metal Tube R...
Nearly over$29.57
Extra $2.95 off coupon
Almost sold out

ANNIVERSARY Upgraded Galaxy Lamp U...
Nearly over$8.98
Almost sold out
198

ANNIVERSARY Sparkling 3D Butterfly Sti...
Lowest ever $6.29
Only 8 left

ANNIVERSARY Local Magnetic Levitatio...
Nearly over$45.70 1 bought
Only 4 left 30d lowest

ANNIVERSARY Mechanical Mantis Insect...
Nearly over$22.76
Almost sold out

Local Modern Style Home Bedroo...
$43.99 In 13 carts
Almost sold out

ANNIVERSARY Wireless Breast Massager...
Nearly over $17.14
Almost sold out just bought

ANNIVERSARY Resin Angel Wings Statue...
Last day $10.96
Only 5 left

ANNIVERSARY DIY Steampunk Butterfly ...
Nearly over$20.98 $61.99
Extra $0.42 off coupon
Almost sold out

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days



Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas ornaments | Hello, Mike Kate Orders & Account | Support | EN

ANNIVERSARY Local Scout Beetle ABS ...
Last day $43.32 $59.99
Almost sold out
★★★★★

ANNIVERSARY Chic Unicorn Beetle Broo...
Nearly over $2.98 $15.99
Only 6 left
★★★★★

1pc Levitating Moon Table Lamp, M...
Last day $48.22 54 bought
Only 6 left
★★★★☆

ANNIVERSARY Local New Style Minimal...
Nearly over $181.48
Almost sold out

ANNIVERSARY Local Flip Clock, Retro Vi...
$38.23 $119.99 11 bought
Almost sold out
★★★★★
Direct from Keenso

ANNIVERSARY Acrylic Butterfly Car Rear...
Last day $1.91 $11.49
Almost sold out
★★★★★

ANNIVERSARY Steampunk Mechanical I...
Last day $16.97 $52.99
Extra $0.14 off coupon
Almost sold out

Local Concealed Carry Gun Pouch, ...
$25.99 $32.99 600 bought
Almost sold out just bought
★★★★☆

Payment Method games, exquisite s...
30d lowest $8.73 439 bought
Almost sold out
★★★★★

Local Touch Control Wooden Base ...
Nearly over $40.19 $99.99
Almost sold out 30d lowest

BONUS COUPONS

View more

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days



Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

christmas ornaments

Hello, Mike Kate
Orders & Account

Support EN

Affiliate & Influencer: Earn Commission
Contact us
Careers
Press
Temu's Tree Planting Program

Shipping info
Your Recalls and Product Safety Alerts
Report suspicious activity

Temu purchase protection
Sitemap
How to order
How to track
Partner with Temu

Coupons & offers alerts

Download on the
App Store

Get it on
Google Play

**Security certification**

**We accept**

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS COUPONS

99+ Messages

Feedback









9/16/24, 3:12 PM                                                                Temu

**Free shipping**  Special for you     **Delivery guarantee**  Refund for any issues          **Get the Temu App**

🛡 All data is encrypted ›

Home › Checkout

✓ Free shipping special for you

**Shipping address**                                                  Change address ›

Mike Kate  +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (4)**  1 item is almost gone!

1pc, Car Interior Decoration Car Hanging Butterfly Flower Faith Tree Ornaments Tree Hanging Decorations
Butterfly 01
Anniversary sale | -78% ending soon
Qty: 4
Only 4 left
$1.18  $5.59
Standard shipping: FREE, delivery: 4-10 business days ›

**Payment methods**

○ VISA  Visa ...1950                                                   Edit
□ + Add a new card
● PayPal PayPal  ● Remember my PayPal
○ $ Cash App Pay ⓘ
○ venmo Venmo

**Order summary**

Enter coupon code                          Apply

Apply coupon code                                    ›

Item(s) total:                                    $22.36
Item(s) discount:                                -$17.64
Subtotal:                                          $4.72
Shipping:                                           FREE
ⓘ Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.
Sales tax:                                         $0.48
Order total:                                       $5.20

**Plant with Temu**
○ We invite you to plant a tree for $0.35 ⓘ

**Submit order**
🕐 1 almost sold out

**Temu's Tree Planting Program**
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa ⓘ
🌳 TREES FOR THE FUTURE

✓ **Temu protects your card information**
✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
✓ Card information is secure and uncompressed
✓ All data is encrypted
✓ Temu never sells your card information

https://www.temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_morgan_token"%3A"085f692d-fcb2-42fc-86bf-20f2de443be1"%2C"morgan_promotion_strategy"%3A"1"%2C"ck_float_layer_strong_threshold"%3A"2000"%2C"amount_extend"%3A"%7B%5C"parent_total_goods_a...     1/2

9/16/24, 3:12 PM                                                                                              Temu



○ G Pay  Google Pay

○  afterpay  Afterpay ❓
           $20 product minimum applies

○  Klarna.  Klarna ❓
           $20 product minimum applies

○  affirm)  Affirm ❓
           $35 product minimum applies

○  P PayPal  PayPal Pay Later
           $30 product minimum applies



### Secure privacy

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

### Delivery guarantee

✔ $5.00 Credit for delay     ✔ Return if item damaged
✔ 15-day no update refund    ✔ 30-day no delivery refund

Learn more ›

### Temu purchase protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



Free shipping Special for you | Up to 90 days* | Price adjustment | Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | car accessories interior | Hello, Mike Kate Orders & Account | Support | EN

Home › Automotive › Interior Accessories › 2pcs Acrylic Butterfly Han...

LIGHTNING Deal ✓ Free shipping special for you Exclusive offer

2pcs Acrylic Butterfly Hanging Ornament for Car - Elegant Pink Decorative Pendant with Chain

Provided by (100K+ bought) ›

#11 Top Followed Provider in Food Service Equipment & Supplies ›

Last day $4.39 Pay $1.09 today -61% $11.49

4 interest-free biweekly installments

Lightning deal | Ends in 11:48:42

Quantity: 2pcs

Qty 1 Almost sold out

Add to cart
Almost sold out

Ships from Temu ›

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-9 business d
business days
Courier company: Fed

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

Sungardena
1.4K+ Followers | 100K+ Bought | 4.7 ★
Follow | Shop all items (219)

BONUS COUPONS

Details | Save | Report this item ›

Messages | Feedback

Free shipping special for you | Price adjustment within 30 days

9/16/24, 3:11 PM | Acrylic Butterfly Hanging Ornament Car Elegant Pink - Temu

Free shipping
Special for you

Up to 90 days*
Price adjustment

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄ | car accessories interior 🔍 | Hello, Mike Kate / Orders & Account | Support | 🇺🇸 EN | 🛒



BONUS
COUPONS

Messages
Feedback

Free shipping special for you        Price adjustment within 30 days



Acrylic Butterfly Hanging Ornament Car Elegant Pink - Temu



9/16/24, 3:11 PM

Acrylic Butterfly Hanging Ornament Car Elegant Pink - Temu

🛒 Free shipping
Special for you

Up to 90 days*

💲 Price adjustment

📱 Get the Temu App

TEMU | 🏆 Best Sellers | 📺 5-Star Rated | 🦋 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 car accessories interior | Hello, Mike Kate / Orders & Account | ⓘ Support | 🇺🇸 EN ⌄ | 🛒



**Local** Anti-Gravity Magnetic Levitat...
Nearly over $39.43  3 bought
Almost sold out

**ANNIVERSARY** 1pc Acrylic Brown Butterf...
30d lowest  $0.79  $1.34
Almost sold out

**ANNIVERSARY** Steampunk Mechanical I...
Last day  $16.97  $52.99
Extra $0.14 off coupon
Almost sold out

**ANNIVERSARY** Vintage Washi Adhesive ...
Nearly over  $7.19  $8.01
Almost sold out
★★★★★

**ANNIVERSARY** Full Moon Floating Pool L...
Nearly over $10.78
Almost sold out
★★★★★

**ANNIVERSARY** Charming Butterfly Acryli...
$2.33  $6.99  1 bought

**ANNIVERSARY** 1pc Magnetic Suspensio...
Last day $51.42
Almost sold out  30d lowest
★★★★★ 123

9 Pairs/ Set Colorful Butterfly Wing ...
Nearly over  $5.71
Almost sold out
★★★★★ 251

20pcs Butterfly Stickers with Golden...
Nearly over  $1.69  In 1 carts
Only 4 left

**ANNIVERSARY** **Local** Scout Beetle ABS ...
Last day  $43.32  $59.99
Almost sold out
★★★★★



BONUS COUPONS

🛒 Free shipping special for you      💲 Price adjustment within 30 days

99+ Messages
Feedback







Free shipping
Special for you
Up to 90 days*
Price adjustment
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories
car accessories interior
Hello, Mike Kate
Orders & Account
Support EN

Steampunk Mechanical Crab Collect...
Last day $16.19 3 bought
Only 2 left

Portable Mini Bullet Massager - USB...
$8.54 $37.99
just bought
★★★★★ 172

20 Sheets/Pack Beautiful Flower Pla...
Nearly over $3.98 16 viewed
Almost sold out

ANNIVERSARY Sparkling 3D Butterfly Sti...
Lowest ever $6.29
Only 8 left

ANNIVERSARY 1pc, Express Your Love W...
Last day $1.97 $2.36
Only 5 left
★★★★★

ANNIVERSARY 1pc Levitating Moon Tabl...
Nearly over $49.88
Only 6 left
★★★★★ 361

ANNIVERSARY 2Pc/1Pc Ghost Campfire ...
Last day $12.97
Best Seller in Outdoor Storage
★★★★★ 87

Cyberpunk Mantis Mechanical Scul...
$20.24 6 bought
Extra $0.42 off coupon
Only 1 Left

1PC Glam Acrylic Butterfly Pendant ...
Last day $1.43 $12.58
Only 6 left

Sweet Y2K Style Butterfly Hair Clips ...
Last day $4.79 $19.99
Only 4 left

BONUS COUPONS
Messages
Feedback
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Up to 90 days*

Price adjustment

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

car accessories interior

Hello, Mike Kate
Orders & Account

Support EN

Local Modern Style Home Bedroo...
$43.49 $99.99 6 bought
Almost sold out

Charming Black Butterfly Suncatche...
$4.85 10 bought
Only 1 Left

ANNIVERSARY Steampunk Mechanical D...
$19.34 $34.99 2 bought
Extra $0.99 off coupon
Only 7 left

ANNIVERSARY Local Flip Clock, Retro Vi...
$38.23 $119.99 11 bought
Almost sold out
★★★★★
Direct from Keenso

Local 180 Sheets Vintage Floral Irre...
Nearly over $11.98 In 3 carts
Almost sold out

Enchanting Acrylic Butterfly Fairy 2D...
Nearly over $1.79 1 bought
Only 5 left

ANNIVERSARY Cyberpunk Mantis Insect ...
$17.99 $20.24 1 bought
Extra $0.42 off coupon
Only 9 left

Local Living Room Floating Bulbs ...
$43.49 2 bought
Almost sold out

ANNIVERSARY 20-Piece Shimmering Ice ...
Nearly over $3.00 $9.58
Only 9 left

Metal Steampunk Vintage Fashion ...
Nearly over $5.27
Almost sold out
★★★★½ 2,094

BONUS COUPONS

99+ Messages
Feedback

Free shipping special for you
Price adjustment within 30 days

9/16/24, 3:11 PM      Acrylic Butterfly Hanging Ornament Car Elegant Pink - Temu

Free shipping
Special for you

Up to 90 days*
Price adjustment

Get the Temu App

TEMU | 🏆 Best Sellers   📺 5-Star Rated   🎉 Anniversary Sale   🏬 Local Warehouse   Categories ⌄    car accessories interior 🔍    Hello, Mike Kate / Orders & Account   ⌾ Support   🇺🇸 EN   🛒

Payment Method games, exquisite s...
30d lowest $8.73   439 bought
Almost sold out
★★★★★

ANNIVERSARY Local HCNT Levitation A...
Nearly over $44.22 $65.00
Extra $3.52 off coupon
Only 3 left

ANNIVERSARY Multi-Device Wireless Ch...
Last day $11.97
New Arrival in Wireless Chargers
★★★★★

ANNIVERSARY Adult Toys, Difficult Hand...
Last day $28.97 $39.99
Only 2 left
★★★★★

ANNIVERSARY Chic Unicorn Beetle Broo...
Nearly over $2.98 $15.99
Only 6 left
★★★★½

ANNIVERSARY 1pc 3D Carved Bird Cryst...
Last day $5.77 $39.00
Only 3 left   60d lowest
★★★★★

Local Cool Industrial Metal Tube R...
Nearly over $29.57
Extra $2.95 off coupon
Almost sold out

Mechanical Butterfly 3D Metal Mod...
Nearly over $49.39
Almost sold out
★★★★★

Butterfly Washi Tape Stickers - 6 Rol...
30d lowest $9.44   2 bought
Only 5 left

ANNIVERSARY 200pcs, Butterfly Wall De...
Last day $14.98 $22.00
Almost sold out
★★★★★

BONUS COUPONS

Messages
Feedback

Free shipping special for you    Price adjustment within 30 days



Free shipping
Special for you

Up to 90 days*

Price adjustment

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

car accessories interior

Hello, Mike Kate
Orders & Account

Support EN

ANNIVERSARY Local Magnetic Levitatio...
Nearly over$45.70 1 bought
Only 4 left 30d lowest

ANNIVERSARY Local Arc Reactor Light, ...
Nearly over$36.48

Chic Light Green Asymmetrical Butt...
30d lowest $2.79
Almost sold out

ANNIVERSARY Vintage Velvet Paper Patt...
$7.47 $21.98 13 bought
Almost sold out

2pcs/set Men's Magnetic Levitation ...
$4.99 $23.66 14 bought
Almost sold out

Steampunk Mechanical Bean Girl 3...
Last day $16.97 $39.99
Extra $0.42 off coupon
Only 4 left

Local Modern Style Home Bedroo...
$43.99 In 13 carts
Almost sold out

Acrylic Purple Fairy Figurine Keychai...
Last day $1.59 2 bought

ANNIVERSARY Resin Steampunk Mecha...
Last day $22.47 $38.99
Only 5 left

ANNIVERSARY DIY Steampunk Butterfly ...
Nearly over$20.98 $61.99
Extra $0.42 off coupon
Almost sold out

BONUS COUPONS

View more

Messages 99+

Feedback

Free shipping special for you Price adjustment within 30 days

Free shipping
Special for you

Up to 90 days*

Price adjustment

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

car accessories interior

Hello, Mike Kate
Orders & Account

Support EN

Affiliate & Influencer: Earn Commission
Contact us
Careers
Press
Temu's Tree Planting Program

Shipping info
Your Recalls and Product Safety Alerts
Report suspicious activity

Temu purchase protection
Sitemap
How to order
How to track
Partner with Temu

Coupons & offers alerts

Download on the App Store

Get it on Google Play

**Security certification**

**We accept**

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS COUPONS

99+ Messages
Feedback









9/16/24, 3:11 PM                                              Temu

**Free shipping** Special for you          **Delivery guarantee** Refund for any issues          **Get the Temu App**

🔒 All data is encrypted >

Home › Checkout

✓ Free shipping special for you

**Shipping address**                                         Change address >

Mike Kate  +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (14)**  1 item is almost gone!

2pcs Acrylic Butterfly Hanging Ornament for Car - Elegant Pink Decorative Pendant with Chain
2pcs
Lightning deal | -61% final hours                    Qty: 14

Almost sold out

¢14.39  $11.49

Standard shipping: FREE, delivery: 4-10 business days >

**Payment methods**

○ VISA  Visa ...1950                                      Edit

+ Add a new card

● PayPal  ● Remember my PayPal

○ $ Cash App Pay

○ afterpay  4 interest-free payments of $16.94

**Order summary**

[Enter coupon code]  [Apply]

Apply coupon code  ›

Item(s) total:                                          $160.86
Item(s) discount:                                       -$99.40
Subtotal:                                                $61.46

Shipping:                                                  FREE
ⓘ Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

Sales tax:                                                $6.30

Order total:                                            $67.76

**Plant with Temu**
○ We invite you to plant a tree for $0.35 ⓘ

**PayPal**

**Temu's Tree Planting Program**
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa ⓘ

🌳 TREES FOR THE FUTURE

✓ **Temu protects your card information**
✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
✓ Card information is secure and uncompromised
✓ All data is encrypted
✓ Temu never sells your card information

9/16/24, 3:11 PM                                                    Temu

○ Klarna. Klarna ⓘ  4 interest-free payments of $16.94

○ affirm) Affirm ⓘ  4 interest-free payments or as low as $6.27/mo

○ venmo Venmo

○ G Pay Google Pay

○ PayPal PayPal Pay Later



### Secure privacy
Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.
Learn more ›

### Delivery guarantee
✔ $5.00 Credit for delay        ✔ Return if item damaged
✔ 15-day no update refund    ✔ 30-day no delivery refund
Learn more ›

### Temu purchase protection
Shop confidently on Temu knowing that if something goes wrong, we've always got your back.
Learn more ›



Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers 5-Star Rated Anniversary Sale Local Warehouse Categories ephemera Hello, Mike Kate Orders & Account Support EN

Home › Automotive › Interior Accessories › Chic Light Green Acrylic B...

LIGHTNING Deal ✓ Free shipping special for you Exclusive offer

Chic Light Green Acrylic Butterfly Car Charm - Asymmetric Design, Perfect for Rearview Mirror & Keychain Decor, Ideal Couple's Gift

15 bought | Provided by (100K+ bought) ›

$1.61 Pay $0.40 today -73% limited time $5.99

4 interest-free biweekly installments

Lightning deal | Ends in 04:11:49:26

Quantity: 1pc

Qty 1 Almost sold out

Add to cart
Almost sold out

Ships from Temu ›

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-9 business d
business days
Courier company: Fed

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

**No item reviews yet**

But we found 650 reviews from similar items on Temu.

BONUS COUPONS

Reviews from similar items on Temu

All reviews are from verified purchases

Ta*** W in on Jan 17, 2024

Messages
Feedback

Free shipping special for you
Price adjustment within 30 days

9/16/24, 3:10 PM                                    Green Acrylic Butterfly Car Charm - Temu



**Vero Morales** in 🇺🇸 on Apr 14, 2024

★★★★★

This review is for: 1pc 2D Crystal Butterfly Acrylic Ornaments, Interior Car Rearview Mirror Orna...  ›

See all reviews

**StrongerA**

1.1K+ Followers   100K+ Bought   4.8 ★

Follow   Shop all items (615)

**Details**

♡ Save | Report this item ›

Material: Acrylic

Applicable Models: See Product Details

Item ID: QR82649  Copy

See more ⌄



BONUS COUPONS

Free shipping special for you   Price adjustment within 30 days

https://www.temu.com/acrylic-green-crackle-butterfly-pendant-light-green-asymmetric-butterfly-car-pendant-car-rearview-mirror-pendant-holiday-decoration-gift-couple-gift-fashion-keychain-g-601099553924962.html   2/9



Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

ephemera

Hello, Mike Kate
Orders & Account

Support | EN

Explore your interests

Local Anti-Gravity Magnetic Levitat...

HOTU Sunrise Alarm Clock with Wir...

ANNIVERSARY Steampunk Mechanical I...

ANNIVERSARY Vintage Washi Adhesive ...

ANNIVERSARY 1pc Acrylic Brown Butterf...

BONUS COUPONS

Messages 99+

Feedback

Free shipping special for you

Price adjustment within 30 days

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories
ephemera
Hello, Mike Kate
Orders & Account
Support EN

ANNIVERSARY Colorful Acrylic Butterfly ...
$2.75 $12.99 In 3 carts
Extra $0.14 off coupon
Only 1 Left

Local Floating Light Bulb For Living...
$43.99 $125.00 11 bought
Almost sold out
★★★★★

ANNIVERSARY Full Moon Floating Pool L...
Nearly over $10.78
Almost sold out
★★★★★

ANNIVERSARY 4pcs Vintage Butterfly Bo...
$4.66 $7.99 28 bought
Almost sold out
★★★★★

ANNIVERSARY 3D Crystal Hummingbird ...
Nearly over $7.04
Almost sold out
★★★★★

Local 360° Rotating Magnetic Levit...
Nearly over $41.31 1 bought
Almost sold out

ANNIVERSARY Local 3D Metal Puzzles F...
Last day $59.81 15 bought
Almost sold out 30d lowest
★★★★★

20pcs Butterfly Stickers with Golden...
Nearly over $1.69 In 1 carts
Only 4 left

Cyberpunk Metal Robot Figurine - ...
$13.99 41 bought
Only 5 left
★★★★★

Local Living Room Floating Bulbs ...
$43.49 2 bought
Almost sold out

BONUS COUPONS
Messages
Feedback
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

ephemera

Hello, Mike Kate
Orders & Account

Support EN

Chic Light Green Asymmetrical Butt...
30d lowest $2.79
Almost sold out
★★★★★

ANNIVERSARY Sparkling 3D Butterfly Sti...
Lowest ever $6.29
Only 8 left

Portable Mini Bullet Massager - USB...
$8.54 $37.99
just bought
★★★★★ 172

Enchanting Acrylic Butterfly Fairy 2D...
Nearly over $1.79 1 bought
Only 5 left

ANNIVERSARY Mechanical Dragonfly Ste...
Last day $16.88 $19.88
Extra $0.70 off coupon
Only 5 left

ANNIVERSARY Local 1 Pc Magnetic Flo...
Nearly over $69.52 $95.99
Almost sold out

ANNIVERSARY 1pc/20pcs pink crystal bu...
Nearly over $4.28 $13.10
Only 3 left

ANNIVERSARY 1pc 3D Carved Bird Cryst...
Last day $5.77 $39.00
Only 3 left 60d lowest
★★★★★

ANNIVERSARY Cyberpunk Mantis Insect ...
$17.99 $20.24 1 bought
Extra $0.42 off coupon
Only 9 left

Multifunctional Wireless Charging S...
Lowest ever $10.33
Only 7 left
★★★★★ 118

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days





Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories ephemera Hello, Mike Kate Orders & Account Support EN

ANNIVERSARY Vibrant Purple Acrylic But...
Last day $3.99 $6.98
Almost sold out

ANNIVERSARY Local 3D Constellation C...
Nearly over $7.98 $20.79

Wireless BT Speakers With Wireless ...
Last day $11.97
Best Seller in Audio & Radio: USB
6,571
Direct from Kouzone

ANNIVERSARY 20-Piece Shimmering Ice ...
Nearly over $3.00 $9.58
Only 9 left

ANNIVERSARY 1pc Magnetic Suspensio...
Last day $51.42
Almost sold out 30d lowest
123

ANNIVERSARY Steampunk Mechanical D...
$19.34 $34.99 2 bought
Extra $0.99 off coupon
Only 7 left

9 Pairs/ Set Colorful Butterfly Wing ...
Nearly over $5.71
Almost sold out
251

Acrylic Purple Fairy Figurine Keychai...
Last day $1.59 2 bought

Steam Punk Mechanical Insect DIY ...
Last day $20.57 $26.89
Extra $0.14 off coupon
Only 4 left

Local Cool Industrial Metal Tube R...
Nearly over $29.57
Extra $2.95 off coupon
Almost sold out

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days

9/16/24, 3:10 PM
Green Acrylic Butterfly Car Charm - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | ephemera | Hello, Mike Kate Orders & Account | Support | EN



ANNIVERSARY Local Flip Clock, Retro Vi...
$38.23 $119.99 11 bought
Almost sold out
★★★★★
**Direct from Keenso**

ANNIVERSARY 1pc Moving Sand Art Tab...
Last day $9.66
Almost sold out
★★★★⯪ 710

Mechanical Butterfly 3D Metal Mod...
Nearly over $49.39
Almost sold out just bought
★★★★★

ANNIVERSARY Local Arc Reactor Light, ...
Nearly over $36.48
★★★★⯪

Local Concealed Carry Gun Pouch, ...
$25.99 $32.99 599 bought
Almost sold out just bought
★★★★⯪

Crystal Shell Butterfly PET Stickers - ...
Nearly over $3.48 4 viewed
Only 5 left

ANNIVERSARY 100pcs Sparkling Hologr...
Nearly over $2.50
Almost sold out
★★★★★

Local Charming 2-piece Acrylic But...
$6.49 1 viewed
Almost sold out

ANNIVERSARY Upgraded Galaxy Lamp U...
Nearly over $8.98
Almost sold out
★★★★⯪ 198

ANNIVERSARY 2Pc/1Pc Ghost Campfire ...
Last day $12.97
Best Seller in Outdoor Storage
★★★★★ 87

BONUS COUPONS

Messages
Feedback



Free shipping special for you

Price adjustment within 30 days

https://www.temu.com/acrylic-green-crackle-butterfly-pendant-light-green-asymmetric-butterfly-car-pendant-car-rearview-mirror-pendant-holiday-decoration-gift-couple-gift-fashion-keychain-g-601099553924962.html

7/9

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories ephemera Hello, Mike Kate Orders & Account Support EN

Local Modern Style Home Bedroo...
$43.49 $99.99 6 bought
Almost sold out

ANNIVERSARY Steampunk Sickle Drago...
Nearly over $21.25
Extra $0.42 off coupon
Only 1 Left
★★★★★

Local 180 Sheets Vintage Floral Irre...
Nearly over $11.98 In 3 carts
Almost sold out

ANNIVERSARY Resin Steampunk Mecha...
Last day $22.47 $38.99
Only 5 left
★★★★½

ANNIVERSARY 1pc 3D Bird Crystal Carve...
Nearly over $6.30
Only 7 left
★★★★★ 73

ANNIVERSARY Local HCNT Levitation A...
Nearly over $44.22 $65.00
Extra $3.52 off coupon
Only 3 left

2pcs/set Men's Magnetic Levitation ...
$4.99 $23.66 14 bought
Almost sold out
★★★★★

ANNIVERSARY Steampunk Mechanical I...
$21.24 $36.88 1 bought
Extra $0.14 off coupon
Only 9 left

Local 1pc In/outdoor 23.6inch Mo...
Nearly over $117.79
Only 5 left

ANNIVERSARY Local 1pc Magnetic Met...
Last day $59.84 79 bought
Only 9 left
★★★★½

View more

BONUS COUPONS
...pany info Customer service Help Download the Temu App Connect with Temu
Messages 99+
Feedback
Free shipping special for you Price adjustment within 30 days



Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

Temu's Tree Planting Program
Partner with Temu
Get it on
Google Play

**Security certification**

**We accept**

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS
COUPONS

Messages
Feedback









Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

All data is encrypted >

Home > Checkout

Free shipping special for you

Shipping address

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

Ships from Temu (13) 1 item is almost gone!

Chic Light Green Acrylic Butterfly Car Charm - Asymmetric Design, Perfect for Rearview Mirror & Keychain Decor, I...

1pc

Qty: 13

Lightning deal | -73% limited time

$1.61 ~~$5.99~~

Standard shipping: FREE, delivery: 4-10 business days >

Payment methods

Visa ...1950 Edit

Add a new card

PayPal Remember my PayPal

Cash App Pay

Afterpay 4 interest-free payments of $5.77

Order summary

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$77.87~~ |
| Item(s) discount: | -$56.94 |
| Subtotal: | $20.93 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $2.15 |
| Order total: | $23.08 |

Plant with Temu

We invite you to plant a tree for $0.35

PayPal

Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Temu protects your card information

- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

9/16/24, 3:10 PM                                                                    Temu



○ Klarna  ❓  4 interest-free payments of $5.77

○ Venmo

○ Google Pay

○ Affirm  ❓
  $35 product minimum applies

○ PayPal Pay Later
  $30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay        ✓ Return if item damaged
✓ 15-day no update refund    ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›

Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | junk journal supplies | Hello, Mike Kate Orders & Account | Support | EN

Home › Automotive › Interior Accessories › 4-Pack Acrylic Hanging Orn...

LIGHTNING Deal | Free shipping special for you | Exclusive offer

4-Pack Acrylic Hanging Ornaments - Pink Butterfly, Baby Elephant, Panda, Cute Monster - Decorative Pendants for Backpacks, Cars, Couple Gifts

Provided by (3.7K+ bought) >

Last day $4.79 Pay $1.19 today

4 interest-free biweekly installments

Lightning deal | Ends in 11:52:27

Color: Multicolor

Qty 1 Only 9 left

Add to cart
Only 9 left

Ships from Temu >

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-9 business d
business days
Courier company: Fed

Temu's Commitments >

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment >

Smart and xiaosa

28 Followers | 3.7K+ Bought | 4.8 ★

Follow | Shop all items (96)

BONUS COUPONS

Details | Save | Report this item >

Messages | Feedback

Free shipping special for you | Price adjustment within 30 days



9/16/24, 3:07 PM                                    Acrylic Hanging Ornaments Panda - Temu

**Free shipping**
Special for you

**Free returns**
Up to 90 days*

**Get the Temu App**

TEMU | 🛍 Best Sellers | 🛒 5-Star Rated | 🎀 Anniversary Sale | 📦 Local Warehouse | Categories ⌄ | junk journal supplies 🔍 | Hello, Mike Kate / Orders & Account | ⊙ Support | 🇺🇸 EN | 🛒



BONUS COUPONS

Messages
Feedback

🚚 Free shipping special for you          💲 Price adjustment within 30 days

9/16/24, 3:07 PM                                                Acrylic Hanging Ornaments Panda - Temu

**Free shipping**
Special for you

**Free returns**
Up to 90 days*

**Get the Temu App**

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄ | junk journal supplies 🔍 | Hello, Mike Kate / Orders & Account | Support | 🇺🇸 EN | 🛒



**Explore your interests**



BONUS COUPONS



**Free shipping special for you**          **Price adjustment within 30 days**

Messages
99+

Feedback

9/16/24, 3:07 PM
Acrylic Hanging Ornaments Panda - Temu

🚚 Free shipping
Special for you

📦 Free returns
Up to 90 days*

📱 Get the Temu App

TEMU | 🛒 Best Sellers · 🏅 5-Star Rated · ✏️ Anniversary Sale · 🏬 Local Warehouse · Categories ⌄ | junk journal supplies 🔍 | Hello, Mike Kate / Orders & Account · ❓Support · 🇺🇸 EN · 🛒



HD LIVING Crystal Hum...
Nearly over **$6.97**
Only 6 left

Local Anti-Gravity Magnetic Levitat...
Nearly over **$39.43** 3 bought
Almost sold out

Local Modern Style Home Bedroo...
**$43.49** $99.99 6 bought
Almost sold out

Butterfly Washi Tape Stickers - 6 Rol...
30d lowest **$9.44** 2 bought
Only 5 left

10PCS Acrylic Koi Fish Ch...
Last day **$2.27** $20.99
Only 8 left
★★★★½ 102

Cyberpunk Metal Robot Figurine - ...
**$13.99** 41 bought
Only 5 left
★★★★★

Local 360° Rotating Magnetic Levit...
Nearly over **$41.31** 1 bought
Almost sold out

Cyberpunk Mantis Insect ...
**$17.99** $20.24 1 bought
Extra $0.42 off coupon
Only 9 left

Sparkling 3D Butterfly Sti...
Lowest ever **$6.29**
Only 8 left

80-Piece Holographic 3D Butterfly S...
Nearly over **$4.19** In 2 carts
Only 5 left · 30d lowest

BONUS COUPONS

🚚 Free shipping special for you     💲 Price adjustment within 30 days

💬 Messages 99+
📝 Feedback

9/16/24, 3:07 PM

Acrylic Hanging Ornaments Panda - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

TEMU | 🏆 Best Sellers  📺 5-Star Rated  🎀 Anniversary Sale  🏬 Local Warehouse  Categories ⌄ | junk journal supplies 🔍 | Hello, Mike Kate  Orders & Account  ❓ Support  🇺🇸 EN  🛒



Local Living Room Floating Bulbs ...
$43.49  2 bought
Almost sold out

JETFLIP Foam Blaster Revolver Style ...
$11.37  420 bought
New Arrival in Toy Guns & Access...
★★★★★
Direct from JETFLIP

ANNIVERSARY 3D Mechanical Insect Mo...
Last day $19.37  $52.99
Almost sold out
★★★★★

ANNIVERSARY Charming Butterfly Acryli...
$2.33  $6.99  1 bought

9 Pairs/ Set Colorful Butterfly Wing ...
Nearly over $5.71
Almost sold out
★★★★★ 251



Ancient Bow - 8.66inch Game Replic...
Nearly over $7.98
Only 2 left
★★★★★ 154

1pc Magnetic Suspensio...
Last day $51.42
Almost sold out  30d lowest
★★★★★ 123

Wireless BT Speakers With Wireless ...
Last day $11.97
Best Seller in Audio & Radio: USB
★★★★★ 6,571
Direct from Kouzone

ANNIVERSARY Steampunk Mechanical I...
$21.24  $36.88  1 bought
Extra $0.14 off coupon ✂
Only 9 left

1PC Glam Acrylic Butterfly Pendant ...
Last day $1.43  $12.58
Only 6 left



BONUS
COUPONS ✕

💬 Messages 99+

📋 Feedback

🚚 **Free shipping special for you**     💲 **Price adjustment within 30 days**

https://www.temu.com/4-pack-acrylic-hanging-ornaments--butterfly-baby-elephant-panda-cute-monster-decorative-pendants-for-backpacks-cars-couple-gifts-g-601099560468658.html

5/9



Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories junk journal supplies Hello, Mike Kate Orders & Account Support EN

ANNIVERSARY 1pc Levitating Moon Tabl... Nearly over $49.88 Only 6 left ★★★★★ 361

ANNIVERSARY Local Scout Beetle ABS ... Last day $43.32 $59.99 Almost sold out ★★★★★

ANNIVERSARY 20-Piece Shimmering Ice ... Nearly over $3.00 $9.58 Only 9 left

Christmas Crystal Hummingbird Fig... Nearly over $6.36 4 bought Almost sold out

ANNIVERSARY Multifunction Wireless C... Nearly over $15.48 Almost sold out ★★★★½ 62

ANNIVERSARY Local 3D Metal Puzzles F... Last day $59.81 15 bought Almost sold out 30d lowest ★★★★★

Local Cool Industrial Metal Tube R... Nearly over $29.57 Extra $2.95 off coupon Almost sold out

1pc 3D Crystal Ball Hummingbird Gi... Nearly over $7.98 Only 8 left ★★★★★ 182

ANNIVERSARY Local New Style Minimal... Nearly over $181.48 Almost sold out

Steam Punk Mechanical Insect DIY ... Last day $20.57 $26.89 Extra $0.14 off coupon Only 4 left

BONUS COUPONS
Messages 99+
Feedback
Free shipping special for you
Price adjustment within 30 days



Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

junk journal supplies

Hello, Mike Kate
Orders & Account | Support | EN

Portable Mini Bullet Massager - USB...
$8.54 $37.99
just bought
★★★★★ 172

Local 1pc In/outdoor 23.6inch Mo...
Nearly over$117.79
Only 5 left

ANNIVERSARY 20pcs Sparkling Butterfly ...
$3.14 $12.00 2 bought
Only 5 left

Steampunk Mechanical Crab Collect...
Last day $16.19 3 bought
Only 2 left

ANNIVERSARY Steampunk Sickle Drago...
Nearly over$21.25
Extra $0.42 off coupon
Only 1 Left
★★★★★

Futuristic Robot Brooch Pin - Creati...
$1.99 27 bought
Almost sold out

ANNIVERSARY Local Flip Clock, Retro Vi...
$38.23 $119.99 11 bought
Almost sold out
★★★★★
Direct from Keenso

ANNIVERSARY 1pc 3D Carved Bird Cryst...
Last day $5.77 $39.00
Only 3 left 60d lowest
★★★★★

ANNIVERSARY Local Magnetic Floating ...
Nearly over$46.47 $209.50
Almost sold out

ANNIVERSARY Local 1pc Coffee Pot, Co...
Nearly over$80.08
Almost sold out
★★★★★

BONUS COUPONS

99+ Messages
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

ANNIVERSARY Floating Planet Solar-Po...
Last day $13.97
★★★★★ 76

ANNIVERSARY 60pcs Vintage Charm Scr...
Nearly over $2.78 $3.79
Extra $0.10 off coupon
Almost sold out

ANNIVERSARY Local 1pc Magnetic Met...
Last day $59.84 79 bought
Only 9 left
★★★★½

ANNIVERSARY Local 1pc Heavy-Duty C...
$29.92 $142.70
Almost sold out
★★★★★ 273

ANNIVERSARY Upgraded Galaxy Lamp U...
Nearly over $8.98
Almost sold out just bought
★★★★★ 198

2pcs Copper Wire Vintage Edison L...
Last day $7.54 $61.00
Only 6 left Best Seller in Light Bulbs
★★★★★

ANNIVERSARY 200pcs, Butterfly Wall De...
Last day $14.98 $22.00
Almost sold out
★★★★★

ANNIVERSARY Steampunk Mechanical D...
$19.34 $34.99 2 bought
Extra $0.99 off coupon
Only 7 left

ANNIVERSARY 1pc/20pcs pink crystal bu...
Nearly over $4.28 $13.10
Only 3 left

ANNIVERSARY Local 1pc Magnetic Met...
Nearly over $68.98
Almost sold out

View more

BONUS COUPONS
...any info
...t Temu
Customer service
Return and refund policy
Help
Support center & FAQ
Download the Temu App
Track orders any time
Connect with Temu
Messages 99+
Feedback
Free shipping special for you
Price adjustment within 30 days





Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

junk journal supplies

Hello, Mike Kate
Orders & Account

Support EN

Google Play

Partner with Temu

**Security certification**

**We accept**

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS COUPONS

Messages 99+

Feedback







9/16/24, 3:07 PM                                                       Temu



9/16/24, 3:07 PM                                                    Temu

○ **Klarna.** Klarna ⓘ  4 interest-free payments of $11.88

○ **affirm** Affirm ⓘ  4 interest-free payments or as low as $4.40/mo

○ **venmo** Venmo

○ **G Pay** Google Pay

○ **P PayPal** PayPal Pay Later

🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured
that your information will be kept secured and
uncompromised. We do not sell your personal information
for money and will only use your information in accordance
with our privacy and cookie policy to provide and improve
our services to you.
Learn more ›

🚚 **Delivery guarantee**

✓ $5.00 Credit for delay        ✓ Return if item damaged
✓ 15-day no update refund       ✓ 30-day no delivery refund
Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes
wrong, we've always got your back.
Learn more ›







Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas clearance | Hello, Mike Kate Orders & Account | Support | EN

Home › Automotive › Interior Accessories › Elegant Butterfly Hanging ...

LIGHTNING Deal | Free shipping special for you | Exclusive offer

Elegant Butterfly Hanging Ornament - Acrylic, Multi-Use Decorative Pendant for Car, Christmas Tree, Backpack, Home Decor - Ideal for Couples, Gift for Special Occasions

1 bought | Provided by (824 bought) >

Last day $3.47 Pay $0.86 today -69% ~~$11.49~~

4 interest-free biweekly installments

Lightning deal | Ends in 11:56:47

Quantity: 1pc

Qty 1 Almost sold out

Add to cart
Almost sold out

Ships from Temu >

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-9 business d
business days
Courier company: Fed

Temu's Commitments >

Security & Privacy
- Safe payments
- Secure privacy

Delivery guarantee
- $5.00 Credit for delay
- 15-day no update refund
- Return if item damaged
- 30-day no delivery refund

Free returns · Price adjustment >

**No item reviews yet**

But we found 835 reviews from similar items on Temu.

BONUS COUPONS

**Reviews from similar items on Temu**

All reviews are from verified purchases

ai***72 in on Oct 6, 2023

Messages | Feedback

Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

★★★★★

Cute girlie gifts for Christmas stockings! Something unique- unexpected for the girls.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac...

sy***06 in on Nov 25, 2023

★★★★★

going to be a gift, 100% love these, just beautiful. Used for Christmas ornaments.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac...

See all reviews

Ryingxin Top

5 Followers | 824 Bought | 4.5 ★

Follow   Shop all items (103)

Details

Save | Report this item

Material: Acrylic

Item ID: LE128043 Copy

Store Information

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

christmas clearance

Hello, Mike Kate
Orders & Account

Support EN

## Explore your interests

BONUS COUPONS

Messages
Feedback

Free shipping special for you

Price adjustment within 30 days

9/16/24, 3:03 PM                                              Elegant Butterfly Hanging Ornament Acrylic Multi use - Temu



9/16/24, 3:03 PM · Elegant Butterfly Hanging Ornament Acrylic Multi use - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

🔴 TEMU · 🏆 Best Sellers · ⭐ 5-Star Rated · 🏷️ Anniversary Sale · 🏬 Local Warehouse · Categories ⌄ · 🔍 christmas clearance · Hello, Mike Kate / Orders & Account · ❓ Support · 🇺🇸 EN · 🛒



**ANNIVERSARY** Sparkling 3D Butterfly Sti...
Lowest ever **$6.29**
Only 8 left

**ANNIVERSARY** G63 Smart Light Wireless...
Last day **$10.31**
Best Seller in Audio & Radio
★★★★½ 334
**Direct from Kouzone**

**ANNIVERSARY** Local Magnetic Levitation...
Nearly over **$45.70** 1 bought
Only 4 left · 30d lowest

Cyberpunk Mantis Mechanical Scul...
**$20.24** 6 bought
Extra $0.42 off coupon
Only 1 Left

**ANNIVERSARY** Resin Steampunk Mecha...
Last day **$22.47** $38.99
Only 5 left
★★★★½

Ancient Bow - 8.66inch Game Replic...
Nearly over **$7.98**
Only 2 left
★★★★★ 154

1pc Of 2 Rolls Of Three-dimensiona...
**$3.22** 123 bought
Almost sold out
★★★★★

Wireless BT Speakers With Wireless ...
Last day **$11.97**
Best Seller in Audio & Radio: USB
★★★★½ 6,571
**Direct from Kouzone**

1pc 2D Butterfly Keychain Acrylic Ke...
Nearly over **$1.31** $17.49
Almost sold out
★★★★½ 55

**ANNIVERSARY** Magnetic Levitating Mini ...
Nearly over **$61.19**
Only 5 left · 60d lowest
★★★★½



BONUS COUPONS ⊗



💬 Messages 99+
📝 Feedback

🚚 **Free shipping special for you**
💲 **Price adjustment within 30 days**

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

5pcs Blue Broken Wing Butterfly Or...
Nearly over$5.48 8 bought
Only 9 left

ANNIVERSARY Local 1 Pc Magnetic Flo...
Nearly over $69.52 $95.99
Almost sold out

ANNIVERSARY Local Floating Flowers L...
$68.61 $75.00 In 4 carts
Almost sold out
Direct from GDRASUYA10

ANNIVERSARY Steampunk Mechanical I...
Last day $16.97 $52.99
Extra $0.14 off coupon
Almost sold out

ANNIVERSARY 3D Metal Model Kits, Min...
Nearly over $8.98 $47.02
Only 6 left
Direct from Piececool

Local 360° Rotating Magnetic Levit...
Nearly over$41.31 1 bought
Almost sold out

Cyberpunk Metal Robot Figurine - ...
$13.99 41 bought
Only 5 left

Vintage Style Hair Clip With Resin ...
Nearly over $3.14 7 bought
Only 6 left

ANNIVERSARY 2D Flat Acrylic Pink Butte...
Nearly over$1.98
Almost sold out
335

5pcs Sea Blue Dead Leaf Wing Butt...
$4.99 1 bought
Almost sold out

BONUS COUPONS
Messages 99+
Feedback
Free shipping special for you
Price adjustment within 30 days





9/16/24, 3:03 PM

Elegant Butterfly Hanging Ornament Acrylic Multi use - Temu

🚚 Free shipping
Special for you

📦 Free returns
Up to 90 days*

📱 Get the Temu App

TEMU | 🏆 Best Sellers  ⭐ 5-Star Rated  🎉 Anniversary Sale  🏬 Local Warehouse  Categories ⌄ | 🔍 christmas clearance | 👤 Hello, Mike Kate
Orders & Account  ❓ Support  🇺🇸 EN  🛒



1pc Levitating Moon Tabl...
ANNIVERSARY
Nearly over **$49.88**
Only 6 left
★★★★★ 361

Peacock Washi Tape Set, 4 Rolls, Go...
Last day  **$8.22** 83 bought
Almost sold out
★★★★★

Floating Planet Solar-Po...
ANNIVERSARY
Last day  **$13.97**
1★★★★★ 76

DIY Handmade 3D Wood...
ANNIVERSARY
Last day  **$38.97**
Almost sold out
★★★★⯪ 183

HCNT Levitation A...
ANNIVERSARY  Local
Nearly over **$44.22** $55.00
Extra $3.52 off coupon ‹
Only 3 left

8 Pairs Exquisite Colorful Butterfly ...
Nearly over **$5.73** $13.49
Almost sold out
★★★★★ 108

Adult Toys, Difficult Hand...
ANNIVERSARY
Last day  **$28.97** $39.99
Only 2 left
★★★★★

Butterfly Washi Tape Stickers - 6 Rol...
30d lowest  **$9.44** 2 bought
Only 5 left

Floating Light Bulb For Living...
Local
**$43.99** $125.00 11 bought
Almost sold out
★★★★★

9 Pairs of Butterfly Colorful A...
Local
**$13.81** 51 bought
Extra $0.70 off coupon ‹
Only 6 left
★★★★★


BONUS COUPONS


99+
Messages

Feedback

🚚 Free shipping special for you    💲 Price adjustment within 30 days

https://www.temu.com/elegant-butterfly-hanging-ornament-acrylic-multi-use-decorative-pendant-for-car-christmas-tree-backpack-home-decor-ideal-for-couples-gift-for-special-occasions-g-601099576445055.html

7/10

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories christmas clearance Hello, Mike Kate Orders & Account Support EN

ANNIVERSARY Steampunk Sickle Drago...
Nearly over$21.25
Extra $0.42 off coupon
Only 1 Left
★★★★★

ANNIVERSARY Local Rechargeable G-S...
Nearly over$20.48
Almost sold out just bought
★★★★★

ANNIVERSARY Local Levitating Flowers ...
$50.93 $148.00 31 bought
Extra $1.69 off coupon
Almost sold out
★★★★½

Local 1pc In/outdoor 23.6inch Mo...
Nearly over$117.79
Only 5 left

ANNIVERSARY 4pcs Vintage Butterfly Bo...
$4.66 $7.99 28 bought
Almost sold out
★★★★½

ANNIVERSARY Brass Gear Connection D...
Nearly over$11.98
Almost sold out 60d lowest
★★★★★ 100

ANNIVERSARY Steampunk Bee Mechani...
Nearly over $18.48 $29.99
Extra $0.14 off coupon
Almost sold out

Local Cool Industrial Metal Tube R...
Nearly over$29.57
Extra $2.95 off coupon
Almost sold out

Christmas Crystal Hummingbird Fig...
Nearly over$6.36 4 bought
Almost sold out

Local G-Shape Wireless Sound Daz...
Nearly over$17.39 5 bought
Almost sold out

BONUS COUPONS
Messages 99+
Feedback
Free shipping special for you
Price adjustment within 30 days







Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

christmas clearance

Hello, Mike Kate
Orders & Account

Support EN

ANNIVERSARY Local Magnetic Floating ...
Nearly over$46.47 $209.50
Almost sold out

Local 200 sheets of 50 DIY retro bu...
Nearly over$9.48 26 bought
Almost sold out 30d lowest
★★★★★

ANNIVERSARY 1 Pair Fashion Luminous ...
$2.46 $20.64 9.3K+ bought
Almost sold out
★★★★★ 1,185

Local Anti-Gravity Magnetic Levitat...
Nearly over$39.43 3 bought
Almost sold out

Steampunk Dragonfly 3D Puzzle - D...
$27.99 38 bought
Almost sold out
★★★★★

View more

**Company info**
- About Temu
- Temu - Team Up, Price Down!
- Affiliate & Influencer: Earn Commission
- Contact us
- Careers
- Press
- Temu's Tree Planting Program

**Customer service**
- Return and refund policy
- Intellectual property policy
- Shipping info
- Your Recalls and Product Safety Alerts
- Report suspicious activity

**Help**
- Support center & FAQ
- Safety center
- Temu purchase protection
- Sitemap
- How to order
- How to track
- Partner with Temu

**Download the Temu App**
- Track orders any time
- Low stock items alerts
- Coupons & offers alerts

Download on the App Store

Get it on Google Play

**Connect with Temu**

**Security certification**

**We accept**

BONUS COUPONS

Messages 99+

Feedback

Free shipping special for you

Price adjustment within 30 days

9/16/24, 3:03 PM                                    Elegant Butterfly Hanging Ornament Acrylic Multi use – Temu







9/16/24, 3:03 PM                                                      Temu



9/16/24, 3:03 PM                                                                                                    Temu

○ Klarna.  Klarna ⓘ  4 interest-free payments of $20.08

○ affirm  Affirm ⓘ  4 interest-free payments or as low as $7.44/mo

○ venmo  Venmo

○ G Pay  Google Pay

○ P PayPal  PayPal Pay Later



### Secure privacy

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

### Delivery guarantee

✔ $5.00 Credit for delay     ✔ Return if item damaged
✔ 15-day no update refund    ✔ 30-day delivery refund

Learn more ›

### Temu purchase protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





Free shipping Special for you | Price adjustment Within 30 days | Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | journaling supplies | Hello, Mike Kate Orders & Account | Support | EN

Home › Sports & Outdoors › Sports & Outdoor Accessories › Valentine's Day Gift 2D Ac...

LIGHTNING Deal | Free shipping special for you | Exclusive offer

Valentine's Day Gift 2D Acrylic Butterfly Pendant - Durable PMMA Vehicle Rearview Mirror Charm, Multipurpose Bag & Keychain Accessory, Fashionable Clothing Ornament

Provided by (13K+ bought) ›

Last day $1.59 Pay $0.39 today -86% ~~$11.49~~

4 interest-free biweekly installments

Lightning deal | Ends in 11:57:23

Quantity: 1pc

Qty 1 Almost sold out

Add to cart
Almost sold out

Ships from Temu ›

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-9 business d
business days
Courier company: Fed

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

No item reviews yet

But we found 835 reviews from similar items on Temu.

BONUS COUPONS

Reviews from similar items on Temu

All reviews are from verified purchases

ai***72 in on Oct 6, 2023

Messages | Feedback

Free shipping special for you | Price adjustment within 30 days

9/16/24, 3:02 PM — Valentines Day Gift 2d Acrylic Butterfly Pendant Vehicle Mirror Charm Bag Keychain Accessory Fashionable Clothing Ornament | Temu

★★★★★

Cute girlie gifts for Christmas stockings! Something unique- unexpected for the girls.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac... >

sy***06 in 🇺🇸 on Nov 25, 2023

★★★★★

going to be a gift, 100% love these, just beautiful. Used for Christmas ornaments.

This review is for: Acrylic Unique Butterfly Car Pendant Christmas Tree Decoration Pendant Bac... >

See all reviews

**Qzw shop**

268 Followers  |  13K+ Bought  |  4.7 ★

Follow    Shop all items (95)

**Details**        ♡ Save  |  Report this item >

Major Material: Acrylic (PMMA)

Festival: Valentine's Day

Item ID: KC152793   Copy

See more ⌄

**Explore your interests**

Free shipping special for you    Price adjustment within 30 days

9/16/24, 3:02 PM                    Valentines Day Gift 2d Acrylic Butterfly Pendant Vehicle Mirror Charm Bag Keychain Accessory Fashionable Clothing Ornament | Temu

🚚 **Free shipping**        💲 **Price adjustment**              📱 **Get the Temu App**
Special for you              Within 30 days

TEMU    🛒 Best Sellers   ▶ 5-Star Rated   🎉 Anniversary Sale   🏪 Local Warehouse   Categories ⌄    🔍 journaling supplies          🔍      👤 Hello, Mike Kate        ⓘ Support   🇺🇸 EN ⌄   🛒
                                                                                                          Orders & Account



| ANNIVERSARY Steampunk Mechanical J... | ANNIVERSARY Local 1pc Levitating Mo... | 1pc Of 2 Rolls Of Three-dimensiona... | ANNIVERSARY Local Colorful moon lam... | Metal Steampunk Vintage Fashion ... |
|---|---|---|---|---|
| $14.86 $26.99 18 bought | Nearly over $57.48 | $3.22 123 bought | Nearly over $9.91 $32.97 | Nearly over $5.27 |
| Only 1 Left | Only 2 left 60d lowest | Almost sold out | Only 4 left  just bought | Almost sold out |
| ★★★★★ | ★★★★★ | ★★★★★ | | ★★★★☆ 2,094 |

| ANNIVERSARY 50pcs Resin 3D Butterfly ... | Steampunk Mechanical Mosquito M... | ANNIVERSARY Local Magnetic Levitatio... | Exquisite Green Butterfly Design Da... | Kouzone Sunrise Wake Up Light Ala... |
|---|---|---|---|---|
| Nearly over $2.44 | 30d lowest $16.97 | Nearly over $45.70 1 bought | Nearly over $1.34 | Last day  $10.31 |
| Almost sold out | Almost sold out | Only 4 left 30d lowest | Almost sold out | Almost sold out |
| ★★★★★ 267 | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ |
| Direct from PIPIDREAM | | | | Direct from Kouzone |

BONUS
COUPONS

💬 99+
Messages

📋
Feedback



🚚 **Free shipping special for you**      💲 **Price adjustment within 30 days**





Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories journaling supplies Hello, Mike Kate Orders & Account Support EN

ANNIVERSARY HD LIVING Crystal Hum...
Nearly over $6.97
Only 6 left

5pcs Sea Blue Dead Leaf Wing Butt...
$4.99 1 bought
Almost sold out

Vintage Style Hair Clip With Resin ...
Nearly over $3.14 7 bought
Only 6 left

Local Floating Light Bulb For Living...
$43.99 ~~$125.00~~ 11 bought
Almost sold out
★★★★★

ANNIVERSARY Multifunction Wireless C...
Nearly over $15.48
Almost sold out
★★★★½ 62

Butterfly Washi Tape Stickers - 6 Rol...
30d lowest $9.44 2 bought
Only 5 left

ANNIVERSARY Chic Pink Butterfly Acrylic...
30d lowest $1.79

5pcs Blue Broken Wing Butterfly Or...
Nearly over $5.48 8 bought
Only 9 left
★★☆☆☆

ANNIVERSARY 3D Mechanical Insect Mo...
Last day $19.37 ~~$52.99~~
Almost sold out
★★★★★

ANNIVERSARY Local Floating Light Bulb...
Nearly over $47.48
Only 6 left
★★★½☆

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping Special for you | Price adjustment Within 30 days | Get the Temu App

TEMU | HOT Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | journaling supplies | Hello, Mike Kate Orders & Account | Support | EN

ANNIVERSARY Local 3D Metal Puzzles F...
Last day $59.81 15 bought
Almost sold out 30d lowest
★★★★★

ANNIVERSARY 1pc, Car Interior Decorati...
Nearly over $1.18 $5.59
Only 4 left
★☆☆☆☆

Peacock Washi Tape Set, 4 Rolls, Go...
Last day $8.22 83 bought
Almost sold out
★★★★★

Wireless BT Speakers With Wireless ...
Last day $11.97
Best Seller in Audio & Radio: USB
★★★★½ 6,571
Direct from Kouzone

ANNIVERSARY 4pcs Vintage Butterfly Bo...
$4.66 $7.99 28 bought
Almost sold out
★★★★½

ANNIVERSARY Rustic Golden Metal Scor...
Last day $18.67 $48.99
Extra $0.42 off coupon
Only 9 left 30d lowest
★★★★★

Christmas Crystal Hummingbird Fig...
Nearly over $6.36 4 bought
Almost sold out

Steampunk Mechanical Insect DIY ...
$26.49 $45.99 14 viewed
Only 6 left

Portable Mini Bullet Massager - USB...
$8.54 $37.99
just bought
★★★★½ 172

ANNIVERSARY Cyberpunk Mantis Insect ...
$17.99 $20.24 1 bought
Extra $0.42 off coupon
Only 9 left

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days

9/16/24, 3:02 PM — Valentines Day Gift 2d Acrylic Butterfly Pendant Vehicle Mirror Charm Bag Keychain Accessory Fashionable Clothing Ornament | Temu

🚚 **Free shipping** — Special for you   💲 **Price adjustment** — Within 30 days   📱 **Get the Temu App**

TEMU | 🏷 Best Sellers | ⭐ 5-Star Rated | Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 journaling supplies | Hello, Mike Kate — Orders & Account | ⑦ Support | 🇺🇸 EN | 🛒



1PC Glam Acrylic Butterfly Pendant ...
Last day **$1.43** $12.58
Only 6 left

ANNIVERSARY | Local  1 Pc Magnetic Flo...
Nearly over **$69.52** $95.99
Almost sold out

ANNIVERSARY  Resin Steampunk Mecha...
Last day **$22.47** $38.99
Only 5 left
★ ★ ★ ★ ☆ 1

Steampunk Dragonfly 3D Puzzle - D...
**$27.99** 38 bought
Almost sold out
★ ★ ★ ★ ★

ANNIVERSARY  GAIATOP Portable Handh...
Nearly over **$7.97**
Almost sold out
★ ★ ★ ★ ★ 107
**Direct from GAIATOP**

20-Piece Shimmering Ice ...
Nearly over **$3.00** $9.58
Only 9 left

ANNIVERSARY  1pc 3D Bird Crystal Carve...
Nearly over **$6.30**
Only 7 left
★ ★ ★ ★ ★ 73

Local  Piececool 28Pcs 3D Puzzles F...
**$9.99** $66.99 5 bought
Almost sold out
**Direct from Piececool**

ANNIVERSARY | Local  Magnetic Floating ...
Nearly over **$46.47** $209.30
Almost sold out

Cyberpunk Metal Robot Figurine - ...
**$13.99** 41 bought
Only 5 left
★ ★ ★ ★ ★



ⓧ
BONUS COUPONS

💬 99+ Messages
✎ Feedback

🚚 **Free shipping special for you**   💲 **Price adjustment within 30 days**

https://www.temu.com/valentines-day-gift-2d-acrylic-butterfly-pendant-durable-pmma-vehicle-rearview-mirror-charm-multipurpose-bag-keychain-accessory-fashionable-clothing-ornament-g-601099588791464.html

6/8










Free shipping
Special for you
Price adjustment
Within 30 days
Get the Temu App

Simulation Water Drop Humidifier, ...
Last day $26.47
Almost sold out
★★★★★ 1,364

Local 360° Rotating Magnetic Levit...
Nearly over $41.31 1 bought
Almost sold out

ANNIVERSARY Steampunk Mechanical S...
Last day $24.49 $52.86
Extra $0.70 off coupon
Almost sold out

ANNIVERSARY Adult Toys, Difficult Hand...
Last day $28.97 $39.99
Only 2 left
★★★★★

ANNIVERSARY 1pc, Creative Car Pendan...
60d lowest $2.96 $16.99
Almost sold out
★★★★★

ANNIVERSARY Multi-Device Wireless Ch...
Last day $11.97
New Arrival in Wireless Chargers
★★★★★

ANNIVERSARY 3D Crystal Hummingbird ...
Nearly over $7.04
Almost sold out
★★★★★

ANNIVERSARY Steampunk Bee Mechani...
Nearly over $18.48 $29.99
Extra $0.14 off coupon
Almost sold out

Local Cool Industrial Metal Tube R...
Nearly over $29.57
Extra $2.95 off coupon
Almost sold out

ANNIVERSARY Steampunk Snail Metal ...
$16.12 $25.01 14 bought
Almost sold out

BONUS COUPONS
Messages
Feedback
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

journaling supplies

Hello, Mike Kate
Orders & Account

Support EN

View more

**Company info**

About Temu

Temu - Team Up, Price Down!

Affiliate & Influencer: Earn Commission

Contact us

Careers

Press

Temu's Tree Planting Program

**Customer service**

Return and refund policy

Intellectual property policy

Shipping info

Your Recalls and Product Safety Alerts

Report suspicious activity

**Help**

Support center & FAQ

Safety center

Temu purchase protection

Sitemap

How to order

How to track

Partner with Temu

**Download the Temu App**

Track orders any time

Low stock items alerts

Coupons & offers alerts

Download on the
App Store

Get it on
Google Play

**Connect with Temu**

**Security certification**

**We accept**

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS COUPONS

Messages

Feedback

Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

All data is encrypted >

Home › Checkout

Free shipping special for you

**Shipping address**

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (14)** 1 item is almost gone!

Valentine's Day Gift 2D Acrylic Butterfly Pendant - Durable PMMA Vehicle Rearview Mirror Charm, Multipurpose Ba...

1pc

Qty: 14

Lightning deal | -86% final hours

$1.59 ~~$11.49~~

Standard shipping: FREE, delivery: 4-10 business days >

**Payment methods**

- Visa ...1950 — Edit
- Add a new card
- PayPal — Remember my PayPal
- Cash App Pay
- Afterpay — 4 interest-free payments of $6.13

**Order summary**

Enter coupon code — Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$160.86~~ |
| Item(s) discount: | -$138.60 |
| Subtotal: | $22.26 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $2.28 |
| Order total: | $24.54 |

**Plant with Temu**

We invite you to plant a tree for $0.35

PayPal

**Temu's Tree Planting Program**

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

**Temu protects your card information**

- ✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- ✓ Card information is secure and uncompromised
- ✓ All data is encrypted
- ✓ Temu never sells your card information

9/16/24, 3:02 PM                                                                    Temu



Klarna ⓘ  4 interest-free payments of $6.13

Venmo

Google Pay

Affirm ⓘ
$35 product minimum applies

PayPal Pay Later
$30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay    ✔ Return if item damaged
✔ 15-day no update refund   ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



Free shipping Special for you | Delivery guarantee Refund for any issues | Get the Temu App

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | car mirror hanging accessories | Hello, Mike Kate Orders & Account | Support | EN

Home › Arts, Crafts & Sewing › Crafting › 4pcs Set Butterfly Acrylic...

Lightning Deal | Free shipping special for you | Exclusive offer

4pcs Set Butterfly Acrylic Pendants - 2D Flat Charms for Car Decor, Keychains & Bag Accessories

5 bought | Provided by (9.3K+ bought) >

30d lowest $3.14 Pay $0.78 today

4 interest-free biweekly installments

Lightning deal | Ends in 04:12:02:10

Quantity: 4pcs

Qty 1 Only 3 left

Add to cart
Only 3 left

Ships from Temu >

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (...
Delivery: 3-9 business d... business days
Courier company: Fed...

Temu's Commitments >

Security & Privacy
- Safe payments
- Secure privacy

Delivery guarantee
- $5.00 Credit for delay
- 15-day no update refund
- Return if item damaged
- 30-day no delivery refund

Free returns · Price adjustment >

Temu's Tree Planting Program (14M+ trees) >

Odavi
157 Followers | 9.3K+ Bought | 4.8 ★
Follow | Shop all items (53)

BONUS COUPONS

Details | Save | Report this item >

Messages | Feedback

Free shipping special for you | Price adjustment within 30 days

9/16/24, 2:57 PM                                    Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ∨ | car mirror hanging accessories | Hello, Mike Kate / Orders & Account | Support | EN





BONUS COUPONS

99+ Messages

Feedback

Free shipping special for you     Price adjustment within 30 days

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1                    2/10

9/16/24, 2:57 PM                                    Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU    Best Sellers    5-Star Rated    Anniversary Sale    Local Warehouse    Categories ⌄    car mirror hanging accessories 🔍    Hello, Mike Kate / Orders & Account    Support    EN    🛒



BONUS COUPONS

Free shipping special for you     Price adjustment within 30 days

Messages
Feedback

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1                                    3/10

9/16/24, 2:57 PM          Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

🚚 **Free shipping**
Special for you

✅ **Delivery guarantee**
Refund for any issues

📱 **Get the Temu App**

TEMU | 🛍 Best Sellers | 📺 5-Star Rated | 🎉 Anniversary Sale | 🏬 Local Warehouse | Categories ˅ | car mirror hanging accessories 🔍 | Hello, Mike Kate / Orders & Account | ❓ Support | 🇺🇸 EN | 🛒



| HCNT Moon Lamp... | Steampunk Mechanical J... | Piececool 3D Puzzles For ... | 20pcs Pink Crystal Butterf... | HD LIVING Crystal Hum... |
|---|---|---|---|---|
| **$50.83** ~~$162.99~~ 3 bought | **$14.86** ~~$26.99~~ 18 bought | Nearly over **$8.48** ~~$47.02~~ | Lowest ever **$2.24** ~~$9.49~~ | Nearly over **$6.97** |
| Extra $2.11 off coupon | Only 1 Left | Only 3 left   Lowest ever | Almost sold out | Only 6 left |
| Almost sold out | | ★★★★½ | | |
| ★★★★★ | | Direct from Piececool | | |

| 1pc, Creative Car Pendan... | Steampunk Dragonfly 3D Puzzle - D... | Wireless Sunrise Alarm S... | 3D Butterfly Stickers Set, ... | Metal Steampunk Vintage Fashion ... |
|---|---|---|---|---|
| 60d lowest **$2.96** ~~$16.99~~ | **$27.99** 38 bought | Last day **$12.47** | Last day **$3.99** ~~$13.09~~ | Nearly over **$5.27** |
| Almost sold out | Almost sold out | just bought | Only 7 left | Almost sold out |
| ★★★★★ | ★★★★★ | ★★★★☆ 163 | | ★★★★½ 2,094 |
| | | Direct from Kouzone | | |



BONUS COUPONS ✕



🚚 **Free shipping** special for you      💲 **Price adjustment within 30 days**

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1     4/10

9/16/24, 2:57 PM                                    Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

🚚 **Free shipping**
Special for you                        ✅ **Delivery guarantee**
Refund for any issues                        📱 **Get the Temu App**

TEMU    🛒 Best Sellers   📹 5-Star Rated   🦋 Anniversary Sale   🏬 Local Warehouse   Categories ⌄     🔍 car mirror hanging accessories    🔍        Hello, Mike Kate    ⊙ Support   🇺🇸 EN ⌄   🛒
                                                                                                                                                        Orders & Account



**ANNIVERSARY** Steampunk Bumblebee ...        **ANNIVERSARY** 40pcs Crystal Laser Butte...   **ANNIVERSARY** Steampunk Grasshopper ...   Wireless BT Speakers With Wireless ...   **ANNIVERSARY** 1pc, Car Interior Decorati...
**$20.47** ~~$52.99~~ 4 bought                 Nearly over **$2.98** ~~$9.99~~                Nearly over **$20.48**                      Last day  **$11.97**                       Nearly over **$1.18** ~~$5.59~~
[Extra $0.70 off coupon]                        Only 1 Left                                    Almost sold out                             Best Seller in Audio & Radio: USB         Only 4 left
Only 4 left                                     ★★★★ 1                                                                                      ★★★★½ 6,571                                ★☆☆☆☆
                                                                                                                                           Direct from Kouzone

**ANNIVERSARY** Magnetic Levitating Mini ...    **ANNIVERSARY** 4pcs Vintage Butterfly Bo...   **ANNIVERSARY** 80 PCS PET Ice Crystal La...  **ANNIVERSARY** Elegant Butterfly Hairpin: ...   **ANNIVERSARY** Mechanical Dragonfly Ste...
Nearly over **$61.19**                          **$4.66** ~~$7.99~~ 28 bought                  Nearly over **$3.56** ~~$39.39~~            Nearly over  **$1.97**                    Last day  **$16.88** ~~$19.88~~
Only 5 left  60d lowest                          Almost sold out                               Almost sold out                             Almost sold out                           [Extra $0.70 off coupon]
★★★★½                                            ★★★★★                                                                                      ★★★★½                                      Only 5 left



ⓧ
BONUS
COUPONS
                                                                                                                                                                                        💬 99+
                                                                                                                                                                                        Messages

                                                                                                                                                                                        📝
                                                                                                                                                                                        Feedback

🚚 Free shipping special for you        💲 Price adjustment within 30 days

9/16/24, 2:57 PM           Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

🚚 **Free shipping**
Special for you

✅ **Delivery guarantee**
Refund for any issues

📱 **Get the Temu App**

TEMU | 🛍 Best Sellers | ⭐ 5-Star Rated | 🛍 Anniversary Sale | 🏬 Local Warehouse | Categories ▾ | 🔍 car mirror hanging accessories | Ⓚ Hello, Mike Kate / Orders & Account | ⓘ Support | 🇺🇸 EN | 🛒



**Kouzone Sunrise Wake Up Light Ala...**
Last day $10.31
Almost sold out
⭐⭐⭐⭐⭐
**Direct from Kouzone**

[ANNIVERSARY] [Local] **Floating Flowers L...**
$68.61 $75.00 In 4 carts
Almost sold out
**Direct from GDRASUYA10**

**120pcs Vintage Garden Floral Sticke...**
$6.29 275 bought
Almost sold out
⭐⭐⭐⭐⭐

[ANNIVERSARY] **Steampunk Mechanical A...**
Nearly over $23.48
Only 8 left
⭐⭐⭐⭐⭐

[ANNIVERSARY] [Local] **Floating Light Bulb...**
Nearly over $47.48
Only 6 left
⭐⭐⭐⭐½

**Pink Butterfly Keychain, 2D Acrylic R...**
Nearly over $1.22 4 bought
Almost sold out

[ANNIVERSARY] [Local] **Colorful moon lam...**
Nearly over $9.91 $32.97
Only 4 left   just bought

[ANNIVERSARY] **1pc/20pcs pink crystal bu...**
Nearly over $4.28 $13.10
Only 3 left

**Cyberpunk Mantis Mechanical Scul...**
$20.24 6 bought
Extra $0.42 off coupon
Only 1 left

[ANNIVERSARY] [Local] **5pcs Steampunk l...**
Nearly over $32.45 3 bought



⊗ BONUS COUPONS

💬 99+ Messages

📝 Feedback

🚚 **Free shipping special for you**     💲 **Price adjustment within 30 days**

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1     6/10

9/16/24, 2:57 PM
Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | car mirror hanging accessories | Hello, Mike Kate Orders & Account | Support | EN



A Smart Lamp With A Wireless Spea...
**Last day** $11.97
just bought
★★★★☆ 721
**Direct from Kouzone**

1PC Glam Acrylic Butterfly Pendant ...
**Last day** $1.43 $12.58
Only 6 left

ANNIVERSARY 20-Piece Shimmering Ice ...
Nearly over $3.00 $9.58
Only 9 left

ANNIVERSARY Cyberpunk Mantis Insect ...
$17.99 $20.24 1 bought
Extra $0.42 off coupon
Only 9 left

Local 3D Printed Magnetic Levitati...
$67.49 $216.99 6 bought
Almost sold out
★★★★★

1pc Acrylic Unique Pink Butterfly Ch...
Nearly over $0.74 $11.49
Almost sold out Lowest ever
★★★★★

Peacock Washi Tape Set, 4 Rolls, Go...
**Last day** $8.22 83 bought
Almost sold out
★★★★★

ANNIVERSARY Cast Iron Tabletop Wine ...
**Last day** $11.37 $55.64
Only 4 left

ANNIVERSARY 1pc Magnetic Suspensio...
**Last day** $51.42
Almost sold out 30d lowest
★★★★☆ 123

ANNIVERSARY DIY Handmade 3D Wood...
**Last day** $38.97
Almost sold out
★★★★☆ 183


BONUS COUPONS


Messages 99+
Feedback

Free shipping special for you

Price adjustment within 30 days

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1

7/10

9/16/24, 2:57 PM                                        Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu

🚚 **Free shipping**
Special for you

✅ **Delivery guarantee**
Refund for any issues

📱 **Get the Temu App**

TEMU | 🛒 Best Sellers | ⭐ 5-Star Rated | 🛍 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | car mirror hanging accessories 🔍 | 🔵 Hello, Mike Kate / Orders & Account | ⦾ Support | 🇺🇸 EN | 🛒



**ANNIVERSARY** Steampunk Mechanical I...
**$17.78** ~~$53.00~~ 4 bought
Almost sold out
★★★★★ 642

**ANNIVERSARY** 3/5/7pcs PP Magnetic Ca...
**$1.47** ~~$12.99~~ 15K+ bought
just rated 5 stars

**Local** Concealed Carry Gun Pouch, ...
**$25.99** ~~$32.99~~ 598 bought
Almost sold out  just bought
1★★★★1 1

**ANNIVERSARY** 3D Metal Model Kits, Min...
Nearly over **$8.98** ~~$47.02~~
Only 6 left
★★★★★
Direct from Piececool

**ANNIVERSARY** **Local** 1pc Levitating Mo...
Nearly over**$57.48**
Only 2 left  60d lowest
★★★★★

**ANNIVERSARY** Sparkling 3D Butterfly Sti...
**$6.29** ~~$14.99~~ 2 bought
Only 8 left

**Local** New wireless sunrise alarm s...
Nearly over**$13.05**
Extra $0.14 off coupon
Almost sold out
1★★★★1 149
Direct from TONGRUI

**ANNIVERSARY** 100pcs Sparkling Hologr...
Nearly over **$2.50**
Almost sold out
★★★★★

**ANNIVERSARY** **Local** 3D Metal Puzzles F...
Last day **$59.81** 15 bought
Almost sold out  30d lowest
★★★★★

**ANNIVERSARY** Crystal Snowflake Car Ke...
Last day **$3.91** ~~$28.49~~
Only 2 left
★★★★★


BONUS COUPONS

🚚 **Free shipping special for you**      $ **Price adjustment within 30 days**

💬 99+ Messages
📝 Feedback

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1      8/10



Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

car mirror hanging accessories

Hello, Mike Kate
Orders & Account
Support EN

ANNIVERSARY 1ps, USB Clock Fan Porta...
Nearly over$8.98
Top Rated in Fans & Air Condition...
1,047

Mechanical Butterfly Stickers: 40 Pie...
Nearly over$5.49 13 bought
Only 8 left

Local Modern Style Home Bedroo...
$43.49 $99.99 6 bought
Almost sold out

ANNIVERSARY Multifunction Wireless C...
Nearly over$15.48
Almost sold out
62

Vintage Steampunk Robot Figurine ...
Nearly over$22.48
Only 4 left

ANNIVERSARY Local New Style Minimal...
Nearly over$181.48
Almost sold out

Local 200 sheets of 50 DIY retro bu...
Nearly over$9.48 26 bought
Almost sold out 30d lowest

ANNIVERSARY 1pc Mechanical Insect Pr...
Last day $25.47 $52.99
Extra $0.70 off coupon
Only 5 left

1pc, 3D Laser Engraved Crystal Ball ...
Last day $4.98 $31.82
Only 5 left

ANNIVERSARY Local Tube Clock, DIY Ni...
Nearly over$56.98
Almost sold out
Direct from Nexillumi

View more

BONUS COUPONS

Company info Customer service Help Download the Temu App Connect with Temu

Messages 99+
Feedback

Free shipping special for you Price adjustment within 30 days

9/16/24, 2:57 PM

Butterfly Acrylic Pendants 2d Flat Charms Car Decor - Temu



**Free shipping**
Special for you

**Delivery guarantee**
Refund for any issues

**Get the Temu App**

Best Sellers   5-Star Rated   Anniversary Sale   Local Warehouse   Categories ⌄

car mirror hanging accessories

Hello, Mike Kate
Orders & Account

Support   EN

Temu's Tree Planting Program

Partner with Temu

Get it on
**Google Play**

**Security certification**

**We accept**

© 2024 WhaleCo Inc.   Terms of use   Privacy policy   Your privacy choices   Ad Choices



BONUS COUPONS



Messages

Feedback

https://www.temu.com/4-piece-set-butterfly-acrylic-pendants-2d-flat-charms-for-car-decor-keychains-bag-accessories-g-601099575887535.html?is_back1

10/10



9/16/24, 2:58 PM

Temu

**Free shipping**
Special for you

**Delivery guarantee**
Refund for any issues

**Get the Temu App**

🔒 All data is encrypted ›

Home › Checkout

✓ Free shipping special for you

**Shipping address**                                    Change address ›

Mike Kate  +1 (847)653-0228

1 N La Salle St

CHICAGO, IL 60602-3902, United States

**Ships from Temu (3)**  1 item is almost gone!

4pcs Set Butterfly Acrylic Pendants - 2D Flat Charms for Car Decor, Keychains & Bag Accessories

4pcs

Lightning deal | Limited time

Only 3 left

₫3.14

Qty: 3 ▼

Standard shipping: FREE, delivery: 4-10 business days ›

**Payment methods**

○ VISA  Visa ...1950                                    Edit

☐ +  Add a new card

● PayPal  PayPal  ● Remember my PayPal

○ $ Cash App Pay ⓘ

○ venmo  Venmo

**Order summary**

| Enter coupon code | Apply |

Apply coupon code                                      ›

Item(s) total:                                         $9.42

Shipping:                                              FREE
ⓘ Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

Sales tax:                                             $0.97

Order total:                                           $10.39

**Plant with Temu**

○ We invite you to plant a tree for $0.35

**Submit order**
🛒 1 almost sold out

🌳 Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

🌳 Temu protects your card information

✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
✓ Card information is secure and uncompromised
✓ All data is encrypted
✓ Temu never sells your card information

https://www.temu.com/bgt_order_checkout.html?extend_map=%7B"ck_cart_login_status"%3A"1"%2C"cart_morgan"%3A"53b09020-co60-4418-88e0-2fc16f30ce63"%2C"morgan_promotion_strategy"%3A"1"%2C"ck_float_layer_strong_threshold"%3A"2000"%2C"amount_extend"%3A"%7B%5C"parent_total_goods_a...   1/2

9/16/24, 2:58 PM                                                                                            Temu



○ Google Pay

○ Afterpay ⓘ
$20 product minimum applies

○ Klarna. ⓘ
$20 product minimum applies

○ Affirm ⓘ
$35 product minimum applies

○ PayPal Pay Later
$30 product minimum applies

🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay        ✓ Return if item damaged
✓ 15-day no update refund    ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





















Free shipping
On items shipped from Temu

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Early Black Friday | Local Warehouse | Categories

acrylic butterfly rearview mirror pendant

Orders & Account | Support | EN

Home › Automotive › Interior Accessories › 6 Pieces Of Creative Butte...

Add $15.61+ to get free shipping from this provider

6 Pieces Of Creative Butterfly Design Car Ornaments 2D Acrylic Ornaments Cute Cartoon Pendants Keychain Pendants Backpack Accessories Holiday Party Hanging Ornaments Exquisite Christmas Gifts For Friends Holiday Gifts

Local warehouse | Delivery: 3-7 business days

1 sold | Provided by (6 sold) ›

Last day $14.39 Pay $3.59 today

4 interest-free biweekly installments

Lightning deal | Ends in 23:06:13

Color: 6-piece butterfly set

Qty 1 Added Almost sold out

1 Added
6-piece butterfly set

Buy now
23:06:19

Ships from this local warehouse ›

Standard: $2.99 or FREE (if ordering $30.00+ from this local warehouse), fast delivery: 3-7 business days

Temu's Commitments ›

Security & Privacy
- Safe payments
- Secure privacy

Delivery guarantee
- $5.00 Credit for delay
- 15-day no update refund
- Return if item damaged
- 20-day no delivery refund

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

PP Home goods 6 Sold

Follow | Shop all items (3)

**Details**

Save | Report this item ›

Material: Acrylic

Item ID: MX227564 (Copy)

More Information ›

BONUS COUPONS

Free shipping on items shipped from Temu

Price adjustment within 30 days

Subtotal
$14.39
Checkout (1)
Go to cart

Ships from ›

Almost sold out
$14.39
1

Free shipping
On items shipped from Temu

Free returns
Up to 90 days*

Get the Temu App

Best Sellers | 5-Star Rated | Early Black Friday | Local Warehouse | Categories

acrylic butterfly rearview mirror pendant

Orders & Account | Support | EN

Subtotal
$14.39
Checkout (1)
Go to cart
Ships from
Almost sold out
$14.39
1

## Explore your interests

80pcs Streamer Butterfly Stickers Set, T...
$7.63 $13.99 9 sold
Only 1 Left

Local 12pcs 3pcs/set Retro Bronzing F...
$5.96 68 sold
Almost sold out

8 Rolls PET Waterproof Transparent Flo...
$11.27 $21.99 434 sold
Almost sold out
High repeat customers provider

Local 1pc Acrylic Purple Black Butterfl...
$2.65
Only 1 Left

Acrylic Butterfly Pendant Necklace, Earr...
$4.24 4 sold
Almost sold out
High repeat customers provider

BONUS COUPONS

Free shipping on items shipped from Temu

Price adjustment within 30 days

Free shipping
On items shipped from Temu
Free returns
Up to 90 days*
Get the Temu App
Best Sellers
5-Star Rated
Early Black Friday
Local Warehouse
Categories
acrylic butterfly rearview mirror pendant
Orders & Account
Support
EN
Unique Vibrant Acrylic Butterfly Car Pe...
$1.32 $4.99 4 sold
Only 2 left
60-Piece Elegant Phantom Series PET ...
$8.17 175 sold
Almost sold out
High repeat customers provider
Local Sisters Gifts from Sister, Acrylic ...
$5.48 $9.98 195 sold
High repeat customers provider
Local 4Pcs, Acrylic pendant decoratio...
$11.99
Almost sold out
Fast delivery provider
Local 300lbs/330lbs/450lbs Folding W...
$22.99 $85.99 2.3K+ sold
just bought
sku 1
20pcs Butterfly Stickers with Golden Fo...
$2.09 15 sold
Only 1 Left
Established 1 year ago
Shimmering 3D Butterfly Stickers Set: I...
Just once $3.40 $11.99 45 sold
Only 6 left
4Pcs /set
Local 4Pcs, Acrylic pendant decoratio...
$8.49 48 sold
Almost sold out
Fast delivery provider
20pcs Premium Bronzed Butterfly Stick...
$1.60 $1.79 44 sold
Only 2 left
High repeat customers provider
Butterfly Jewelry Set 5PCS - Acrylic Blu...
$4.94 $5.49 9 sold
Only 6 left
High repeat customers provider
Local 6 Rolls/Set Butterfly and Flower ...
$13.48 13 sold
Almost sold out
Low item return rate provider
Local 5pc Green Butterfly Fairy Festiva...
Last day $6.56 49 sold
Almost sold out
48pcs
Local 48 Pieces Of Mini 3D Butterfly A...
$2.92 $7.49 23 sold
Only 5 left
Fast delivery provider
Exquisite Heart-shaped Blue And Gree...
$0.85 $1.34 9.6K+ sold
1,344
Local 1 Piece, 2D Acrylic Cute Dog Car...
$2.17 $12.90 422 sold
Almost sold out
BONUS COUPONS
Free shipping on items shipped from Temu
Price adjustment within 30 days
Subtotal
$14.39
Checkout (1)
Go to cart
Ships from
Almost sold out
$14.39
1

Free shipping
On items shipped from Temu
Free returns
Up to 90 days*
Get the Temu App
TEMU
Best Sellers
5-Star Rated
Early Black Friday
Local Warehouse
Categories
acrylic butterfly rearview mirror pendant
Orders & Account
Support
EN
Subtotal
$14.39
Checkout (1)
Go to cart
Ships from
Almost sold out
$14.39
Local 320 PCS Colorful Butterfly Sticke...
Last day $8.45 $15.99
Almost sold out
Local 1 Pair Simple Retro Pumpkin Pe...
$3.82 $19.69 1K+ sold
40pcs Iridescent PET Butterfly and Spid...
Last day $5.94 $8.39
Almost sold out
High repeat customers provider
Local Charming 6-piece Colorful Owl ...
$12.99 5 sold
Almost sold out
Local Aesthetic Mountain Forest Sky C...
$34.98 1 sold
Almost sold out
20/40 Pack Iridescent Butterfly Stickers,...
$1.69 $12.64 20 sold
Only 7 left
Delicate Acrylic Black Butterfly Design ...
$1.05 $1.69 152 sold
Only 5 left
High repeat customers provider
Local S925 Glow-at-Ninght Firefly Da...
$7.67 $19.99 334 sold
Authorized by Annmors
Local 1PC Cute Shih Tzu Dog Pendant...
$4.99 80 sold
Almost sold out
120pcs Stunning Vintage Floral Sticker ...
$9.45 $16.99 100 sold
Almost sold out
High repeat customers provider
Local Set of 2 Exquisite Crystal Pink S...
$35.72 $84.00 119 sold
Almost sold out
High repeat customers provider
280pcs Golden Foil Butterfly Stickers - ...
$3.40 $7.99 42 sold
Almost sold out
High repeat customers provider
2D Acrylic Butterfly Pendant: Perfect fo...
$1.09 $1.39 112 sold
Only 5 left
High repeat customers provider
24-Pack Mixed Color Flower Stickers, H...
$7.30 76 sold
Almost sold out
High repeat customers provider
40 Pieces Three-Dimensional Nail Art D...
$4.75 $16.79 851 sold
Almost sold out
High repeat customers provider
40PCS
BONUS COUPONS
Free shipping on items shipped from Temu
Price adjustment within 30 days

Free shipping
On items shipped from Temu
Free returns
Up to 90 days*
Get the Temu App
TEMU
Best Sellers
5-Star Rated
Early Black Friday
Local Warehouse
Categories
acrylic butterfly rearview mirror pendant
Orders & Account
Support
EN
Subtotal
$14.39
Checkout (1)
Go to cart
Ships from
Almost sold out
$14.39
1
162pcs Butterfly Scrapbooking Kit - DI...
$9.46 $15.69 9 sold
Only 5 left
High repeat customers provider
Local 10 Pieces, Acrylic Pendant, Kitte...
$13.99
Only 7 left
Chic Acrylic Butterfly Keychain - 2D Me...
$1.78 $12.59 2 sold
Only 6 left
Shimmering Golden Butterfly Stickers -...
Last day $0.83 $6.14 30 sold
Almost sold out
High repeat customers provider
Local 320 pieces of PET floral noteboo...
$7.47 $8.59 131 sold
Almost sold out
Low item return rate provider
Local 1pc, 20cm*20cm/ 8in*8in Butter...
Last day $5.71 $18.95 38 sold
Almost sold out
5pcs Light Green Ice Crystal Broken Wi...
Just once $3.55 $5.49 3 sold
Only 9 left
High repeat customers provider
Baroque Border PET Stickers, 10 Sheets...
$2.61 $3.49 75 sold
Only 8 left
High repeat customers provider
Local Owl shaped flip backpack, carto...
$9.07 $59.99 729 sold
Almost sold out
Vintage Rusty Hollow Rose Butterfly Pa...
$1.70 84 sold
Only 6 left
Established 1 year ago
Local 120PCS Fake flower head set Art...
16.99 726 sold
most sold out
BONUS COUPONS
120pcs Halloween Butterfly Sticker Set ...
$6.39 $13.99 136 sold
Almost sold out
Local 1 pair of S925 silver hypoallerge...
$3.83 $17.99 2.1K+ sold
just bought
Local 1pc Acrylic Condor Decorative P...
$11.48 $17.99 25 sold
Almost sold out
Local 4 Sets Of 800 Vintage Scrapboo...
$16.48 5 sold
Only 6 left
Free shipping on items shipped from Temu
Price adjustment within 30 days

Free shipping
On items shipped from Temu

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Early Black Friday | Local Warehouse | Categories

acrylic butterfly rearview mirror pendant

Orders & Account | Support | EN

Charming Butterfly Acrylic Hanging De...
$1.80 $6.99 2 sold

Elegant Vintage Butterfly Necklace - Ti...
$2.48 $16.99 3.4K+ sold
Almost sold out
★★★★★ 470

320 PCS (8 Pack) PET Transparent Artifi...
$5.87 222 sold
Almost sold out
★★★★★

82pcs Autumn Festival Craft Set - Dark ...
$3.30 165 sold
Almost sold out
★★★★★
High repeat customers provider

Local 4Pcs, Acrylic pendant decoratio...
$8.99 $28.99 10 sold
Almost sold out
Fast delivery provider

3pcs Rose Flower For Mothers Day Gift...
$14.10 $47.99 7.8K+ sold
Almost sold out
★★★★★ 1,094
High repeat customers provider

Fantasy Territory Decorative Paper Set ...
$1.58 $1.99 1.9K+ sold
Almost sold out just bought
★★★★★ 166
High repeat customers provider

Vintage Butterfly Waterslide Decal Set, ...
$1.93 15 sold
Only 5 left
★★★★★

Local Enchanting Elf Fairy Acrylic Sun ...
$6.99 $16.99 6 sold
Only 4 left

100pcs Non-repeating Popular Waterp...
$3.93 228 sold
Only 7 left
★★★★★
High repeat customers provider

View more

Subtotal
$14.39
Checkout (1)
Go to cart
Ships from

Almost sold out
$14.39
1

**Company info**
About Temu
Temu - Team Up, Price Down!
Affiliate & Influencer: Earn Commission
Contact us
Careers
Press

**Customer service**
Return and refund policy
Intellectual property policy
Shipping info
Your Recalls and Product Safety Alerts
Report suspicious activity

**Help**
Support center & FAQ
Safety center
Temu purchase protection
Sitemap
How to order

**Download the Temu App**
Track orders any time
Low stock items alerts
Coupons & offers alerts
Download on the App Store

**Connect with Temu**

BONUS COUPONS

Free shipping on items shipped from Temu
Price adjustment within 30 days

**Free shipping** Special for you | **Delivery guarantee** Refund for any issues | **Get the Temu App**

TEMU 15-day no update refund >

Home > Checkout

✓ Free returns on all items of this order

**Shipping address** Change address >

**steven howard** +1 (554)626-5486
1 N La Salle St
**CHICAGO, IL 60602-3902, United States**

**Ships from PP Home goods (1)** Local warehouse

Lightning deal | Last day

6 Pieces Of Creative Butterfly Design Car Ornaments 2D Acrylic Ornaments Cute Cartoon Pendants Ke...
6-piece butterfly set
Qty: 1
Lightning deal | Last day
Last day $14.39

Standard shipping: $2.99, delivery: 3-7 business days >

**Payment methods**

Card

All transactions are secure and encrypted

* Card number
4041 1789 5899 9192

* Expiration date
12
2028

* CVV
591

Remember this card for future use, Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data.

* **Billing address** Edit
steven howard, 1 N La Salle St, CHICAGO, IL 60602-3902, United States

**Order summary**

Enter coupon code **Apply**

Apply coupon code >

| | |
|---|---|
| Item(s) total: | $14.39 |
| Shipping: | $2.99 |
| Sales tax: | $1.47 |
| Order total: | $18.85 |

**Plant with Temu**
We invite you to plant a tree for $0.35

**Submit order**
Lightning deal | 23:05:46

Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Delivery guarantee
- ✓ $5.00 Credit for delay ✓ Return if item damaged
- ✓ 15-day no update refund
- ✓ 20-day no delivery refund

Learn more >

Temu protects your card information
- ✓ Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- ✓ Card information is secure and uncompromised
- ✓ All data is encrypted
- ✓ Temu never sells your card information

Secure privacy
Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal

information for money and will only use your
information in accordance with our privacy and cookie
policy to provide and improve our services to you.

Learn more ›

Temu purchase protection

Shop confidently on Temu knowing that if something
goes wrong, we've always got your back.

Learn more ›



















Free shipping Special for you | Delivery guarantee Refund for any issues | Get the Temu App

Best Sellers | 5-Star Rated | Local Warehouse | Categories | 601099549945615 | Orders & Account | EN | Cart

Temu选品助手 (temushuju.com) Temu半托管绿色招商通道，点... 下载主图视频 相似同款 一键上架 AI数据分析 图搜同款

品类: 装饰性悬挂装饰品
销量: 13 件
销售额: $ 14.17
商品评分/评论数: 5 / 1
库存: 1
供货价: 点击查询
上架时间: 1月前

店铺名称: lucky draw
店铺类型: 全托管
商店总销量: 32,000 件
商店商品数: 101
店铺评分/评论数: 4.6 / 3,396
商店粉丝数: 166
开店时间: 9月前

Home › Home & Kitchen › Home Decor Products › 1pc Acrylic Pink Butterfly...

1pc Acrylic Pink Butterfly Car Pendant Christmas Tree Decoration Pendant Backpack Pendant Birthday Gift Halloween Family Decoration Pendant

13 sold | Provided by (32K+ sold) › 5.0 ★★★★★

$1.09 Pay $0.27 today -80% $5.59

4 interest-free biweekly installments

Free shipping special for you — Exclusive offer

Color: Pink Butterfly 1

Qty 1 — Only 1 left

Add to cart — Only 1 left

Free shipping on orders shipped from Temu ›
Delivery: Fastest delivery in 4 business days

Temu's Commitments ›
Security & Privacy: Safe payments; Secure privacy
Delivery guarantee: $5.00 Credit for delay; 15-day no update refund
Ret...; 30-...

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

**1 reviews | 5.0 ★★★★★**

All reviews are from verified purchases

**Item reviews (1)** Provider reviews (3,396)

re***bi in on Aug 25, 2024
★★★★★
These acrylic guys **make the best rear view mirror hangers**.

Reviews from similar items on Temu

ai***72 in on Oct 6, 2023
★★★★★
Very pretty. Love it. not as shinny as I thought it would be but it's still very cute. arrived in just a few days. fast delivery.
This review is for: Unique Butterfly-Shaped Acrylic Pendant - Hangi... ›

st***23 in on Feb 18, 2024
★★★★★
Cute girlie gifts for Christmas stockings! Something unique- unexpected for the girls.
This review is for: Unique Butterfly-Shaped Acrylic Pendant - Hangi... ›

See all reviews

**lucky draw**
166 Followers | 32K+ Sold | 4.6 Rating

Contact provider | Follow | All items (101)

**Details** Save | Report this item ›

Material: Acrylic

Theme: Animals

Style: Glam

See more

Learn about dimensions ›

BONUS COUPONS
Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

TEMU Best Sellers 5-Star Rated Local Warehouse Categories Orders & Account EN Cart

## Explore your interests

60 Pcs Flower Building House Sti...
$6.26 38 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 38 件
总销售额: $ 237.88
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 4
查看详情 >

Temu Fest -10% 30pcs Whimsical Carto...
$1.79 ~~$1.99~~ 571 sold
Only 1 Left
57
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 571 件
总销售额: $ 1,022.09
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 57
查看详情 >

Local 6 packs and 1 set (30 shee...
$9.98 28 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 28 件
总销售额: $ 279.44
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
评分/评论数: 4.2 / 5
查看详情 >

Temu Fest -79% Glam Style Acrylic Butt...
Last day $0.41 ~~$2.00~~ 11 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 11 件
总销售额: $ 4.51
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情 >

Acrylic Flamingo Hanging Ornam...
$2.98 240 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 240 件
总销售额: $ 715.2
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 3

Temu Fest -62% 6 Pairs Exquisite Butter...
$4.83 ~~$12.89~~ 2.5K+ sold
Almost sold out
331
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 2,500 件
总销售额: $ 12,075
供货价: 点击查询
店铺
店铺类型: 全托管

Local 120 Sheets (6 Pack) Crystal...
$12.48 60 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 60 件
总销售额: $ 748.8
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）

Local 2 Pack of 100 Sheets Vinta...
$8.48 23 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 23 件
总销售额: $ 195.04
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
查看详情 >

BONUS COUPONS
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

TEMU Best Sellers 5-Star Rated Local Warehouse Categories
Orders & Account EN Cart

-15% Vibrant Multicolor Rhin...
$1.68 $1.99 8.2K+ sold
Almost sold out
1,115
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 8,200 件
总销售额: $ 13,776
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.8 / 1,115
查看详情

-83% Chic Acrylic Butterfly E...
30d lowest $0.50 214 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 214 件
总销售额: $ 107
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 10
查看详情

1 box of 50 plants and flowers PE...
$2.51 $3.97 1 viewed
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 0 件
总销售额: $ 0
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情

100pcs Vibrant Non-Repeating ...
$3.75 186 sold
Only 1 Left
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 186 件
总销售额: $ 697.5
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 12
查看详情

-81% Local 2 Pcs Copper Mu...
$5.28 $28.98 27 sold

Temu选品助手 图搜同款
商品
总销量: 27 件
总销售额: $ 142.56
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
评分/评论数: 5 / 1
查看详情

-39% 10-Pack Vintage Style ...
Last day $1.08 $1.79 82 sold
Only 2 left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 82 件
总销售额: $ 88.56
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 1
查看详情

-37% Vintage Butterfly Sticke...
30d lowest $9.75 $15.49
Only 5 left

Temu选品助手 图搜同款
商品
总销量: 0 件
总销售额: $ 0
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情

SIMNO Vibrant Golden Foil Butte...
30d lowest $1.69 2 sold
Only 8 left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 2 件
总销售额: $ 3.38
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情

-77% Stunning Red Butterfly ...
$2.69 $11.99 3.3K+ sold
Best Seller in Women's Jewelry
128

Temu选品助手 图搜同款
商品
总销量: 3,300 件
总销售额: $ 8,877
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 128
查看详情

-46% Local 320 PCS Colorful...
$8.49 $15.99 1 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 1 件
总销售额: $ 8.49
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
查看详情

-68% Charming 10-LED War...
30d lowest $4.66 759 sold
Only 9 left

Temu选品助手 图搜同款
商品
总销量: 759 件
总销售额: $ 3,536.94
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.6 / 30
查看详情

Local [Fast Arrival] 120 Pcs Vibra...
$14.98 13 sold
Only 7 left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 13 件
总销售额: $ 194.74
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
评分/评论数: 5 / 1
查看详情

-90% Elegant & Cute Colorfu...
$0.87 $8.99 4.9K+ sold
Almost sold out
534

Temu选品助手 图搜同款
商品
总销量: 4,900 件
总销售额: $ 4,263
供货价: 点击查询
店铺

1 Pack/20pcs, Laser Hot Stampin...
90d lowest $1.61 88 sold
Only 2 left
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 88 件
总销售额: $ 141.68
供货价: 点击查询

-85% Bohemian Dream Catc...
30d lowest $2.11 1.9K+ sold
Almost sold out
231
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 1,900 件
总销售额: $ 4,009
供货价: 点击查询

-54% Houndstooth Glitter Bu...
30d lowest $6.38 $13.99
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 0 件
总销售额: $ 0
供货价: 点击查询
店铺
店铺类型: 全托管

BONUS COUPONS
Free shipping special for you
Price adjustment within 30 days

-57% 36pcs/set Artistic Reali...
$3.81 $8.99 2.2K+ sold
Best Seller in Wall Stickers & M...
102

Temu选品助手 图搜同款
商品
总销量: 2,200 件
总销售额: $ 8,382
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.7 / 102
查看详情

-7% 20pcs Premium Bronze...
$1.48 $1.60 35 sold
Only 3 left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 35 件
总销售额: $ 51.8
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情

-90% Whimsical Spooky Butt...
$0.63 $6.99 106 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 106 件
总销售额: $ 66.78
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 3
查看详情

-38% Local (1 Piece) Colorfu...
$13.60 $22.10 1 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 1 件
总销售额: $ 13.6
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
查看详情

Local 4 Pieces Double-Sided DIY...
$2.36 $16.49 62 sold
Only 1 Left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 62 件
总销售额: $ 146.32
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
评分/评论数: 5 / 1
查看详情

6-Pack Floral & Fairy Theme Stick...
$5.77 29 sold
Only 7 left
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 29 件
总销售额: $ 167.33
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 1
查看详情

36pcs/pack, 3D Paper Butterfly ...
$3.19 1.4K+ sold
Almost sold out
111
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 1,400 件
总销售额: $ 4,466
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 111
查看详情

-88% 1 Roll/118.11inch Gyps...
$1.48 $12.93 36K+ sold
Only 3 left
3,089
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 36,000 件
总销售额: $ 53,280
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.7 / 3,089
查看详情

-41% Elegant Sunflower & B...
$0.75 $1.29 11 sold
Only 1 Left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 11 件
总销售额: $ 8.25
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 1
查看详情

-22% 1pc Vibrant Acrylic But...
$1.26 $1.62 12 sold
Only 4 left

Temu选品助手 图搜同款
商品
总销量: 12 件
总销售额: $ 15.12
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情

Inspirational Acrylic Butterfly Pra...
$2.19 319 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 319 件
总销售额: $ 698.61
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.7 / 19
查看详情

Local 18 Sheets (6 Packs x 3 She...
$11.98 13 sold
Only 7 left

Temu选品助手 图搜同款
商品
总销量: 13 件
总销售额: $ 155.74
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
查看详情

Local Fashionable exquisite seve...
Lowest ever $5.84 10 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 10 件
总销售额: $ 58.4
供货价: 点击查询

-74% Local [Fast Arrival] 3 Pi...
$7.66 $29.99 3 sold
Only 3 left

Temu选品助手 图搜同款
商品
总销量: 3 件
总销售额: $ 22.98
供货价: 点击查询
店铺

-92% Vibrant Butterfly-Shap...
$0.56 $7.99 3 sold
Only 3 left
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 3 件
总销售额: $ 1.68
供货价: 点击查询

Green Floral Glass Window Decal...
Lowest ever $1.58 485 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 485 件
总销售额: $ 766.3

Free shipping Special for you | Delivery guarantee Refund for any issues | Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Local Warehouse | Categories | Orders & Account | EN | Cart

-89% 12pcs Exquisite Butterfl...
Last day $2.61 3.3K+ sold
Only 7 left
192

Temu选品助手 图搜同款
商品
总销量: 3,300 件
总销售额: $ 8,613
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.6 / 192
查看详情

5pcs Pink Flower Blue Wings But...
$3.41 6 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 6 件
总销售额: $ 20.46
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 1
查看详情

Vintage-Inspired A4 Scrapbookin...
$5.32 12 sold
Only 7 left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 12 件
总销售额: $ 63.84
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情

Local 6 Packs of 30 Sheets Large...
$11.98 30 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 30 件
总销售额: $ 359.4
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
评分/评论数: 5 / 1
查看详情

-34% Green Butterfly Fairy G...
$0.97 $1.49 461 sold
Almost sold out
54

Temu选品助手 图搜同款
商品
总销量: 461 件
总销售额: $ 447.17
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.5 / 54
查看详情

-88% Purple Butterfly Dangle...
Last day $1.75 16K+ sold
Almost sold out
2,235

Temu选品助手 图搜同款
商品
总销量: 16,000 件
总销售额: $ 28,000
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.8 / 2,235
查看详情

Chic Butterfly Acrylic Drop Earrin...
$1.10 $8.99 1.3K+ sold
Almost sold out
143
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 1,300 件
总销售额: $ 1,430
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.6 / 143
查看详情

-49% Local 8 Bags Butterfly ...
$8.04 $15.99 In 3 carts
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 0 件
总销售额: $ 0
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
查看详情

Vintage Forest Elf & Butterfly Stic...
$3.85 24 sold
Only 2 left
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 24 件
总销售额: $ 92.4
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 1
查看详情

4in1, Four Colorful Butterflies Vin...
$2.57 $3.99 224 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 224 件
总销售额: $ 575.68
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 5
查看详情

-80% Vintage Elegant Butterf...
$5.71 $29.00 91 sold
Only 2 left

Temu选品助手 图搜同款
商品
总销量: 91 件
总销售额: $ 519.61
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.5 / 8
查看详情

-90% 1pc, 20 Meters Long Sil...
$1.69 $16.90 15K+ sold
1,226

Temu选品助手 图搜同款
商品
总销量: 15,000 件
总销售额: $ 25,350
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.8 / 1,226
查看详情

180pcs Retro Butterfly Sticker Set...
$12.64 $16.99 1.2K+ sold
Almost sold out
136

Temu选品助手 图搜同款
商品
总销量: 1,200 件

-92% 1pc Acrylic Butterfly Ca...
$0.89 $12.39 In 1 carts
Only 1 Left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 0 件

-84% Elegant Vintage Butterf...
$1.81 $11.99 463 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 463 件

-7% 50pcs Vibrant Vintage ...
60d lowest $1.66 9.8K+ sold
Almost sold out
958

Temu选品助手 图搜同款
商品
总销量: 9,800 件

BONUS COUPONS
Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU

Return if item damaged >

Home > Checkout

Free shipping special for you

**Shipping**

Change >

**steven howard** (554)626-5486

1 N La Salle St

**CHICAGO, IL 60602-3902, United States**

Please check if the apt, suite, or room number is correct.

**Free shipping from Temu (6)** 2 items are almost gone!

Details >

-51% last 3 days
**$4.87**×5 ~~$9.99~~

No express shipping
**$1.09** ~~$5.59~~

Standard shipping: FREE, delivery: 4-8 business days, fastest delivery in 4 business days >

**Payment methods**

Card VISA

All transactions are secure and encrypted

* Card number

VISA 4041 1789 5899 9192

* Expiration date

12

2028

* CVV

591

Remember this card for future use, Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data.

* **Billing address**

Edit

steven howard, 1 N La Salle St, CHICAGO, IL 60602-3902, United States

PayPal

Cash App Pay

Afterpay 4 interest-free payments of $7.01

Klarna 4 interest-free payments of $7.01

Venmo

Google Pay

Affirm
$35 product minimum applies

PayPal Pay Later
$30 product minimum applies

**Order summary**

Enter coupon code

Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$55.54~~ |
| Item(s) discount: | -$30.10 |
| Subtotal: | $25.44 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $2.61 |
| Order total: | $28.05 |

**Plant with Temu**

We invite you to plant a tree for $0.35

**Submit order**
2 almost sold out

Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Delivery guarantee

- $5.00 Credit for delay
- Return if item damaged
- 15-day no update refund
- 30-day no delivery refund

Learn more >

Temu protects your card information

- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

Secure privacy

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more >

Temu purchase protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more >

Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | stickers for journaling | Hello, Mike Kate Orders & Account | Support | EN

Home › Automotive › Interior Accessories › 2pcs Acrylic Butterfly Pen...

ANNIVERSARY Sale | Free shipping special for you | Exclusive offer

2pcs Acrylic Butterfly Pendants - Versatile Car Decor, Keychain & Bag Charms

4.5 ★★★★★ 54 bought | Provided by (32K+ bought) ›

$3.43 $1.72/pc Pay $0.85 today -70% limited time $11.49

4 interest-free biweekly installments

Special sale | Ends in 09:12:09:28

Quantity: 2pcs

Qty 1 Only 3 left

Add to cart
Only 3 left

Ships from Temu ›

Standard: FREE
Delivery: 4-10 business days, 81.7% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-9 business d
business days
Courier company: Fed

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

2 reviews | 4.5 ★★★★★ All reviews are from verified purchases

Item reviews (2) Provider reviews (2,742)

(1)

Barbara Bowden in on Aug 5, 2024

BONUS COUPONS

Messages

Feedback

Free shipping special for you | Price adjustment within 30 days

9/16/24, 2:50 PM                              Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu

Free shipping
Special for you                    Free returns
                                   Up to 90 days*                              Get the Temu App

TEMU   Best Sellers   5-Star Rated   Anniversary Sale   Local Warehouse   Categories ⌄   [stickers for journaling]   🔍   Hello, Mike Kate   Support   🇺🇸 EN   🛒
                                                                                            Orders & Account



**Liu and Binbin**

212 Followers | 32K+ Bought | 4.7 ★

[ Follow ]   [ Shop all items (193) ]

**Details**                                          ♡ Save  |  Report this item ›

Material: Acrylic

Item ID: LD129865  [ Copy ]

Store Information ›



BONUS COUPONS

Free shipping special for you        $ Price adjustment within 30 days

Messages
Feedback

https://www.temu.com/2-pack-acrylic-butterfly-pendants-versatile-car-decor-keychain-bag-charms-butterfly-car-accessories-butterfly-decor-for-car-g-601099577598714.html?ls_back=1                    2/11

9/16/24, 2:50 PM                                        Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

🧧 TEMU | 🏷 Best Sellers | 📺 5-Star Rated | 🎀 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 stickers for journaling | 🔍 | Hello, Mike Kate / Orders & Account | ❓ Support | 🇺🇸 EN | 🛒





✕ BONUS COUPONS

🚚 Free shipping special for you     💲 Price adjustment within 30 days

99+ Messages
Feedback

https://www.temu.com/2-pack-acrylic-butterfly-pendants-versatile-car-decor-keychain-bag-charms-butterfly-car-accessories-butterfly-decor-for-car-g-601099577598714.html?is_back=1          3/11

9/16/24, 2:50 PM                                      Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers    5-Star Rated    Anniversary Sale    Local Warehouse    Categories ⌄    stickers for journaling 🔍    Hello, Mike Kate
Orders & Account    Support    EN 🛒



Explore your interests

Free shipping special for you    Price adjustment within 30 days

9/16/24, 2:50 PM                                    Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu



Local New wireless sunrise alarm s...
Nearly over $13.05
Extra $0.14 off coupon
Almost sold out
★★★★½ 149
Direct from TONGRUI

3D Metal Dragonfly Puzzle Model K...
Last day $22.53 $39.99
Almost sold out
★★★★★

ANNIVERSARY Cool Metal 3D Puzzles Fo...
Nearly over $8.98 $66.99
Only 8 left    90d lowest
★★★★★
Direct from Piececool

ANNIVERSARY Chic Green Butterfly Acry...
Last day $0.90 $2.31 In 1 carts
Almost sold out

ANNIVERSARY Local New Style Minimal...
Nearly over $181.48
Almost sold out

ANNIVERSARY Local 180 Sheets (6 Pack...
Nearly over $13.98 $17.99
Almost sold out

Boho Chic Butterfly Wall Hanging - ...
Only 1 Left
$5.7$ 19 bought
★★★★★

Steampunk Bumblebee Metal Puzzl...
$18.19 $52.99 218 bought
Almost sold out
★★★★★

Butterfly Washi Tape Stickers - 6 Rol...
30d lowest $9.44 2 bought
Only 5 left

ANNIVERSARY Local HCNT Moon Lamp...
$50.83 $162.99 3 bought
Extra $2.11 off coupon
Almost sold out
★★★★★



BONUS COUPONS

Free shipping special for you       Price adjustment within 30 days

9/16/24, 2:50 PM · Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU · Best Sellers · 5-Star Rated · Anniversary Sale · Local Warehouse · Categories ⌄ · stickers for journaling 🔍 · Hello, Mike Kate / Orders & Account · Support · 🇺🇸 EN · 🛒



1PC Glam Acrylic Butterfly Pendant ...
Last day **$1.43** $12.58
Only 6 left
★★★★★

Local 3D Printed Magnetic Levitati...
**$67.49** $216.99 6 bought
Almost sold out

ANNIVERSARY HD LIVING Crystal Hum...
Nearly over **$6.97**
Only 6 left
★★★★★

Steampunk Mechanical Mosquito M...
30d lowest **$16.97**
Almost sold out
★★★★★

Local 200 sheets of 50 DIY retro bu...
Nearly over **$9.48** 26 bought
Almost sold out 30d lowest
★★★★★

Vintage Style Hair Clip With Resin ...
Nearly over **$3.14** 7 bought
Only 6 left

ANNIVERSARY Local HCNT Auto-Levita...
Nearly over **$58.04**
Extra $2.11 off coupon ⟩
Only 9 left
★★★★★

ANNIVERSARY Vibrant 8" x 8" Acrylic Dr...
Last day **$4.30** $5.59
Only 3 left
★★★★★

ANNIVERSARY Steampunk-Inspired 3D ...
Nearly over **$21.23** $39.99
Extra $0.70 off coupon ⟩
Only 9 left

ANNIVERSARY Steampunk Mechanical I...
**$17.78** $53.08 4 bought
Almost sold out



BONUS COUPONS ⊗

Free shipping special for you · Price adjustment within 30 days

Messages 99+ · Feedback

9/16/24, 2:50 PM          Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu

🖳 **Free shipping**
Special for you

⬆ **Free returns**
Up to 90 days*

📱 **Get the Temu App**

| 🛒 Best Sellers | 🏅 5-Star Rated | 🛍 Anniversary Sale | 🏢 Local Warehouse | Categories ⌄ | stickers for journaling 🔍 | Hello, Mike Kate / Orders & Account | ⌕ Support | 🇺🇸 EN | 🛒 |



JELLOO 15w Wireless Speakers With...
Nearly over **$10.30**
Almost sold out
★★★★½ 576
**Direct from JELLOO**

Local Concealed Carry Gun Pouch, ...
**$25.99** $32.99 596 bought
Almost sold out · just bought
★★★★½ 1

ANNIVERSARY Steampunk Mechanical A...
Nearly over **$23.48**
Only 8 left
★★★★★

Steam Punk Mechanical Insect DIY ...
$21.25 $52.99 2 bought
Extra $0.14 off coupon ⟩
Only 6 left

Metal Steampunk Vintage Fashion ...
Nearly over **$5.27**
Almost sold out
★★★★½ 2,094

Local Steampunk Table Lamp, Crea...
Last day **$69.11** $520.61
Almost sold out

ANNIVERSARY Wireless Sunrise Alarm S...
Last day **$12.47**
just bought
★★★★½ 163
**Direct from Kouzone**

ANNIVERSARY Local Rhinoceros Beetle ...
Last day **$45.87** $99.98
Only 9 left
★★★★★

4pcs Mini Alloy Knife Gun Keychain ...
Nearly over **$8.06**
Almost sold out
★★★★½

ANNIVERSARY Local 1pc Levitating Mo...
Only 2 left · 60d lowest
★★★★★



BONUS COUPONS ⊗



💬 99+ Messages

📋 Feedback

🖳 **Free shipping special for you**      💲 **Price adjustment within 30 days**

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories stickers for journaling Hello, Mike Kate Orders & Account Support EN

Local G-Shape Wireless Sound Daz...
Nearly over$17.39 5 bought
Almost sold out

ANNIVERSARY Steampunk Bumblebee ...
$20.47 $52.99 4 bought
Extra $0.70 off coupon
Only 4 left

ANNIVERSARY 3D Engraved Bird Crystal ...
Nearly over $5.77 7 bought
Almost sold out
★★★★★

ANNIVERSARY Steampunk Grasshopper ...
Nearly over$20.48
Almost sold out

Kouzone Sunrise Wake Up Light Ala...
Last day $10.31
Almost sold out
★★★★★
Direct from Kouzone

ANNIVERSARY Local 5 PC Pack Dining S...
Nearly over$352.37
Almost sold out

1pc Of 2 Rolls Of Three-dimensiona...
$3.22 123 bought
Almost sold out
★★★★★

ANNIVERSARY 1pc Mechanical Insect Pr...
Last day $25.47 $52.99
Extra $0.70 off coupon
Only 5 left

ANNIVERSARY Local Floating Light Bulb...
Nearly over$47.48
Only 6 left

ANNIVERSARY Resin Steampunk Mecha...
Last day $22.47 $38.99
Only 5 left

BONUS COUPONS
Messages
Feedback
Free shipping special for you
Price adjustment within 30 days





9/16/24, 2:50 PM                                    Acrylic Butterfly Pendants Car Decor Keychain Bag - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

TEMU | 🛒 Best Sellers | ⭐ 5-Star Rated | 🏷 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 stickers for journaling | Hello, Mike Kate / Orders & Account | Support | 🇺🇸 EN | 🛒



| Vintage Military Tank Model Made ... | Steampunk Mechanical J... | Floating Flowers L... | 3-in-1 Wireless Ch... | 20pcs Pink Crystal Butterf... |
|---|---|---|---|---|
| **$8.**49 $9.89 11 bought | **$14.**86 $26.99 18 bought | **$68.**61 $75.00 In 4 carts | Nearly over **$13.**73 | Lowest ever **$2.**24 $9.49 |
| Only 3 left | Only 1 Left | Almost sold out | Almost sold out | Almost sold out |
| | | Direct from GDRASUYA10 | | |

| 1PC Swallowtail Butterfly ... | 3D Metal Puzzles F... | 1 Piece 15W Wirel... | Portable Mini Bullet Massager - USB... | Cool Industrial Metal Tube R... |
|---|---|---|---|---|
| Nearly over **$3.**21 $29.99 | Last day **$59.**81 15 bought | Lowest ever **$19.**19 | **$8.**54 $37.99 | Nearly over **$29.**57 |
| Only 2 left | Almost sold out  30d lowest | Almost sold out | just bought | Extra $2.95 off coupon |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★☆ 172 | Almost sold out |
| | | Direct from VAHLIF | | |



BONUS COUPONS

🚚 **Free shipping special for you**     💲 **Price adjustment within 30 days**

💬 Messages 99+
📝 Feedback



Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

stickers for journaling

Hello, Mike Kate
Orders & Account

Support EN

ANNIVERSARY Local Magnetic Levitatio...
Nearly over$51.48 5 bought
Only 6 left

Local 24 Sheets (6 Pack) Creative R...
$9.49 43 bought
Almost sold out
★★★★★

14pcs Cute Butterfly Keychain Boho...
Nearly over $4.91
Almost sold out
★★★★★ 85

ANNIVERSARY Local 3 In 1 Wireless Ch...
$15.02 $45.00 18 bought
Almost sold out
★★★★★

ANNIVERSARY Steampunk Spider Watch...
$16.90 $28.99 88 bought
Only 1 Left
★★★★★

180pcs Decorative Craft Paper Set, ...
Nearly over $7.83
Almost sold out
★★★★★

ANNIVERSARY 1pc, Steampunk Art Man...
Last day $43.03 $125.55
Almost sold out
★★★★★ 76

ANNIVERSARY Local Colorful moon lam...
Nearly over $9.91 $32.97
Only 4 left just bought

Local Anti-Gravity Magnetic Levitat...
Nearly over $39.43 3 bought
Almost sold out

ANNIVERSARY 1pc Steampunk Mechani...
$17.78 $52.99 1 bought
Extra $0.70 off coupon
Only 7 left

View more

BONUS COUPONS

...any info
...t Temu

Customer service
Return and refund policy

Help
Support center & FAQ

Download the Temu App
Track orders any time

Connect with Temu

Messages
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

stickers for journaling

Hello, Mike Kate
Orders & Account

Support EN

Partner with Temu

Security certification

We accept

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS COUPONS

Messages
Feedback







Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

All data is encrypted >

Home > Checkout

Free shipping special for you

**Shipping address**

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (3)** 1 item is almost gone!

2pcs Acrylic Butterfly Pendants - Versatile Car Decor, Keychain & Bag Charms
2pcs
Special sale | -70% limited time
Qty: 3
$3.43 ~~$11.49~~

Successfully deleted. The item has been returned to your cart for a later purchase

Standard shipping: FREE, delivery: 4-10 business days >

**Payment methods**

- Visa ...1950 — Edit
- Add a new card
- PayPal — Remember my PayPal
- Cash App Pay
- Venmo

**Order summary**

Enter coupon code — Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$34.47~~ |
| Item(s) discount: | -$24.18 |
| Subtotal: | $10.29 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $1.05 |
| Order total: | $11.34 |

**Plant with Temu**
We invite you to plant a tree for $0.35

Submit order
1 almost sold out

**Temu's Tree Planting Program**
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

**Temu protects your card information**
- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

9/16/24, 2:51 PM                                                           Temu



○ Google Pay

○ Afterpay ?
$20 product minimum applies

○ Klarna ?
$20 product minimum applies

○ Affirm ?
$35 product minimum applies

○ PayPal Pay Later
$30 product minimum applies

🔒 Secure privacy

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.
Learn more >

Delivery guarantee
✔ $5.00 Credit for delay      ✔ Return if item damaged
✔ 15-day no update refund     ✔ 30-day no delivery refund
Learn more >

Temu purchase protection
Shop confidently on Temu knowing that if something goes wrong, we've always got your back.
Learn more >

Successfully deleted. The item has been returned to your cart for a later purchase



Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | car hanging accessories | Hello, Mike Kate Orders & Account | Support | EN

Home › Automotive › Keychains & Key Shells › Butterfly Acrylic Pendant ...

LIGHTNING Deal | Free shipping special for you | Exclusive offer

Butterfly Acrylic Pendant - Versatile 2D Charm for Car, Luggage & Keychain Accessories

2 bought | Provided by (1.8K+ bought) >

Last day $11.69 $1.17/pc Pay $2.92 today

4 interest-free biweekly installments

Lightning deal | Ends in 11:51:42

Color: Butterfly, Quantity: 10pcs

Qty 8 Only 8 left

Add to cart
Only 8 left

Ships from Temu >

Standard: FREE
Delivery: 4-9 business days, 80.4% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-7 business d business days
Courier company: Fed

Temu's Commitments >

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment >

Temu's Tree Planting Program (14M+ trees) >

Jubilant
JubilantOne
28 Followers | 1.8K+ Bought | 4.7 ★
Follow | Shop all items (150)

BONUS COUPONS

Details | Save | Report this item >

Messages | Feedback

Free shipping special for you | Price adjustment within 30 days

9/12/24, 3:08 PM

Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | car hanging accessories | Hello, Mike Kate / Orders & Account | Support | EN



BONUS COUPONS

Free shipping special for you     Price adjustment within 30 days



Messages

Feedback

9/12/24, 3:08 PM                                          Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu



9/12/24, 3:08 PM      Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

TEMU | 🛍 Best Sellers | ⭐ 5-Star Rated | 🎉 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 car hanging accessories 🔍 | Hello, Mike Kate / Orders & Account | ❓ Support | 🇺🇸 EN | 🛒



**Steampunk Mechanical J...**
Nearly over **$16.56**
Only 8 left

**Hot Desk Reading Lamp Livin...**
$47.49 In 2 carts
Almost sold out

**Charming Purple Butterfl...**
Last day **$1.79** $2.50
11:51:42
★★★★★

**Kouzone Sunrise Wake Up Light Ala...**
Last day **$11.87**
Almost sold out
★★★★★
Direct from Kouzone

**1pc 7.87X7.87inch Round Metal Sig...**
30d lowest **$4.98** 35 bought
Almost sold out
★★★★★

**Vintage-Inspired Sticker ...**
Last day **$3.14** $3.59
Almost sold out

**Steampunk Grasshopper ...**
**$16.39** $24.99 23 bought
Only 1 Left

**1pc Magnetic Suspensio...**
Nearly over **$55.88**
Almost sold out
★★★★☆ 123

**Gothic Butterfly Pendant ...**
Last day **$1.48** $9.99 5 bought
Almost sold out

**3D Metal Model Kits, Min...**
**$8.98** $47.02 122 bought
Only 7 left   05:11:51:42
★★★★★
Direct from Piececool



BONUS COUPONS

💬 Messages 99+

📝 Feedback

🚚 **Free shipping special for you**
💲 **Price adjustment within 30 days**

https://www.temu.com/butterfly-acrylic-pendant-versatile-2d-charm-for-car-luggage-keychain-accessories-g-601099596598140.html     4/10

9/12/24, 3:08 PM          Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

TEMU | 🛒 Best Sellers   ⭐ 5-Star Rated   🎉 Anniversary Sale   🏬 Local Warehouse   Categories ⌄    🔍 car hanging accessories    🔍    Hello, Mike Kate / Orders & Account   ❓ Support   🇺🇸 EN   🛒



**1pc 3D Carved Bird Cryst...** 🔴 ANNIVERSARY
$6.98 ~~$39.00~~ 221 bought
Only 8 left ▬▬▬ 05:11:51:42
★★★★★

**Steampunk Metal Assem...**
Last day $16.49 ~~$52.86~~
Almost sold out
★★★★★

**Wireless Speaker Rhythm RGB Light...**
$11.88 ~~$62.14~~ 🔥15K+ bought
just bought
★★★★☆ 2,103
**Direct from Kouzone**

**Mini Innovative High Quality ...** 🟢 Local
$45.49 ~~$438.09~~ In 2 carts
Almost sold out

**Elegant Butterfly Hairpin:...** 🔴 ANNIVERSARY
Nearly over $1.97
Almost sold out
★★★★☆

**Steampunk Mechanical D...** 🔴 ANNIVERSARY
Last day $17.61 ~~$99.99~~
Almost sold out
★★★★☆

**2pcs Acrylic Butterfly Han...**
Last day $3.99 ~~$11.49~~
Only 4 left ▬▬▬ 11:51:42
★★★★★

**Boho Chic Butterfly Wall Hanging - ...**
Last day $5.75 17 bought
Only 3 left ▬▬▬ 11:51:42
★★★★★

**8pcs High Quality Wood...** 🔴 ANNIVERSARY
$11.47 ~~$58.96~~ 568 bought
Almost sold out
★★★★★ 50

**Steampunk Bumblebee ...** 🔴 ANNIVERSARY
$20.48 ~~$52.99~~ 4 bought
Only 1 Left



BONUS COUPONS ⊗

💬 Messages 99+

📋 Feedback

🚚 Free shipping special for you    💲 Price adjustment within 30 days

9/12/24, 3:08 PM                                 Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

🛒 Best Sellers   🔖 5-Star Rated   🎀 Anniversary Sale   🏬 Local Warehouse   Categories ⌄   🔍 car hanging accessories   Hello, Mike Kate   Orders & Account   ⑦ Support   🇺🇸 EN ⌄   🛒



**HCNT Moon Lamp...**
$49.35 $162.99 3 bought
Extra $2.11 off coupon
Almost sold out
★★★★★

**24pcs European Lace Da...**
$1.79 $2.98 10 bought
Only 2 left
★★★★★

**Cyberpunk Mecha...**
$19.35 $52.86 4 bought
Almost sold out

**Steampunk Spider Watch...**
Last day $16.90 $28.99
Almost sold out
★★★★★

**HuiJuKeJi Mini Stic...**
Lowest ever $10.75
just bought
★★★★★ 90

**Charming Black & White Butterfly S...**
Nearly over $4.85 3 bought
Only 2 left
★★★★☆

**20-Piece Shimmering Ice ...**
$3.00 $9.98 3 bought
Only 9 left   05:11:51:42

**Mechanical Dragonfly Ste...**
$16.89 $119.88 3 bought
Only 4 left

**Dekala BT Speaker With Colo...**
$64.17 3 bought
Almost sold out
★★★★★
Direct from Dekala

**3D Crystal Hummingbird ...**
Nearly over $6.47
Almost sold out
★★★★½



BONUS COUPONS

99+
Messages

Feedback

🚚 **Free shipping special for you**   💲 **Price adjustment within 30 days**

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

car hanging accessories

Hello, Mike Kate
Orders & Account Support EN

Local Vintage Table Lamp Retro In...
Last day $49.14 $98.33
Almost sold out

ANNIVERSARY Cool Metal 3D Puzzles Fo...
90d lowest $8.98 $66.99
Almost sold out
★★★★★
Direct from Piececool

ANNIVERSARY Local Hot Selling Whole...
$48.33 $456.54 1 bought
Almost sold out

STEAM DaVinci Mechanical Hornet ...
Nearly over $13.18
Almost sold out
★★★★½

ANNIVERSARY 1pc Universal Fit Dog Car...
Nearly over $1.97 9 bought
Only 9 left
★★★★★

ANNIVERSARY Local Magic Piano Mech...
$33.97 $56.02 116 bought
Almost sold out
★★★★★

ANNIVERSARY Local HCNT Levitating S...
Nearly over $44.19
Extra $5.62 off coupon
Almost sold out Lowest ever

ANNIVERSARY 1pc/20pcs pink crystal bu...
$4.28 $12.90 In 2 carts
Only 3 left 05:11:51:42

ANNIVERSARY Local 2024 New Vintage...
$50.98 $404.69 In 2 carts
Almost sold out

Local 11.4'' Sand Art, Sand Art Liqu...
$28.95 $150.94 182 bought
Only 8 left 05:11:51:42
★★★★☆

BONUS COUPONS

99+ Messages
Feedback

Free shipping special for you
Price adjustment within 30 days





9/12/24, 3:08 PM                                          Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

TEMU | 🏆 Best Sellers  ⭐ 5-Star Rated  🎁 Anniversary Sale  🏬 Local Warehouse  Categories ⌄ | car hanging accessories 🔍 | Hello, Mike Kate / Orders & Account  ⊘ Support  🇺🇸 EN  🛒



**ANNIVERSARY** Local 3 In 1 Wireless Ch...
**$15.02** $45.00 15 bought
Almost sold out

**ANNIVERSARY** Local Chic Pink Butterfly Acrylic...
Nearly over **$1.79**

1pc Colorful Enamel Dragonfly Broo...
30d lowest **$2.56**
Almost sold out
★★★★★ 639

Steampunk Mechanical Spider Mod...
Last day **$23.79** 11 bought
Almost sold out

**ANNIVERSARY** Local Mantis Building To...
**$20.19** $55.99 7 bought
Almost sold out
Direct from Mesiondy

**ANNIVERSARY** Local 1 Piece 15W Wirel...
Lowest ever **$19.19**
Almost sold out
★★★★★
Direct from VAHLIF

Local Modern Compression Modul...
**$380.99**
Almost sold out
Direct from CALVES KELSON

HD Living Art Deco Crystal Ball with...
Last day **$5.43** 11 bought
Only 7 left ▬▬▬ 11:51:42

Local 1/2/3pcs Brazilian lucky trees...
**$12.20** $13.99 🔥 560 bought
just bought
★★★★☆

Steampunk Mechanical Insect Mod...
**$21.25** $52.00 1 bought
Extra $0.14 off coupon ‹
Only 3 left



BONUS COUPONS ✕

99+ Messages

📋 Feedback

🚚 **Free shipping special for you**      💲 **Price adjustment within 30 days**

https://www.temu.com/butterfly-acrylic-pendant-versatile-2d-charm-for-car-luggage-keychain-accessories-g-601099596598140.html          8/10

Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | car hanging accessories | Hello, Mike Kate Orders & Account | Support | EN

Local Portable Wireless PA Speaker...
60d lowest $37.99
216

ANNIVERSARY Elegant Butterfly Car Han...
$1.44 $2.36 37 bought
Only 1 Left

ANNIVERSARY DIY Handmade 3D Wood...
$38.97 $111.18
Almost sold out
181

ANNIVERSARY Local 1pc Magnetic Met...
Last day $59.84 77 bought
Only 9 left 11:51:42

ANNIVERSARY Local 1:64 AH-64 "Apac...
$30.98 $69.58 24 bought
Almost sold out

ANNIVERSARY Multifunction Wireless C...
$11.88 $79.54 540 bought
Almost sold out

ANNIVERSARY Local Creative and perso...
$5.78 $49.65 1.3K+ bought
Almost sold out
81

ANNIVERSARY 36pcs Watercolor Butterfl...
30d lowest $4.31
Almost sold out

ANNIVERSARY Steampunk Mechanical I...
Nearly over $17.78 $53.00
Almost sold out

Local Modern Style Home Bedroo...
$43.99 In 13 carts
Almost sold out

View more

BONUS COUPONS

...any info | Customer service | Help | Download the Temu App | Connect with Temu
...Temu | Return and refund policy | Support center & FAQ | Track orders any time

Messages 99+ | Feedback

Free shipping special for you | Price adjustment within 30 days





9/12/24, 3:08 PM                                    Butterfly Acrylic Pendant Versatile 2d Charm Car Luggage - Temu



Security certification                              We accept

© 2024 WhaleCo Inc.     Terms of use    Privacy policy    Your privacy choices    Ad Choices





https://www.temu.com/butterfly-acrylic-pendant-versatile-2d-charm-for-car-luggage-keychain-accessories-g-601099596598140.html



Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

$5.00 Credit for delay >

Home › Checkout

Free shipping special for you

**Shipping address**

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (8)** 1 item is almost gone!

Butterfly Acrylic Pendant - Versatile 2D Charm for Car, Luggage & Keychain Accessories
Butterfly / 10pcs

Qty: 8

Lightning deal | Final hours

$11.69

Standard shipping: FREE, delivery: 4-9 business days >

**Payment methods**

- Visa ...1950 — Edit
- Add a new card
- PayPal — Remember my PayPal
- Cash App Pay
- Afterpay — 4 interest-free payments of $25.77

**Order summary**

Enter coupon code — Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | $93.52 |
| Shipping: | FREE |
| Sales tax: | $9.59 |
| Order total: | $103.11 |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

**Plant with Temu**

We invite you to plant a tree for $0.35

PayPal

**Temu's Tree Planting Program**

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

**Temu protects your card information**

- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

9/12/24, 3:08 PM                                                                                        Temu

○  Klarna.   Klarna ⓘ  4 interest-free payments of $25.77

○  affirm   Affirm ⓘ  4 interest-free payments or as low as $9.55/mo

○  venmo   Venmo

○  G Pay   Google Pay

○  PayPal   PayPal Pay Later

🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured
that your information will be kept secured and
uncompromised. We do not sell your personal information
for money and will only use your information in accordance
with our privacy and cookie policy to provide and improve
our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay        ✓ Return if item damaged
✓ 15-day no update refund       ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes
wrong, we've always got your back.

Learn more ›







Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

Please check your network connection and try again.

Orders & Account | Support | EN

Home › Toys & Games › Novelty & Costumes › Acrylic Butterfly Keychain...

LIGHTNING Deal | Free shipping special for you | Exclusive offer

Acrylic Butterfly Keychain - Animal Theme, Butterfly Style, Subtle Blue and White Design

4 bought | Provided by (117 bought) >

Last day $0.79

Lightning deal | Ends in 11:57:10

Quantity: 1pc

Qty 1 Added Only 3 left

1 Added 1pc

Ships from Temu >

Standard: FREE
Delivery: 4-9 business days, 80.4% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (orders
Delivery: 3-7 business days, 74 business days
Courier company: FedEx

Temu's Commitments >

Security & Privacy
- Safe payments
- Secure privacy

Delivery guarantee
- $5.00 Credit for delay
- 15-day no update refund
- Return if item damaged
- 30-day no delivery refund

Free returns · Price adjustment >

Temu's Tree Planting Program (14M+ trees) >

BONUS COUPONS

GXSJ
117 Bought | 4.8 ★

Contact provider | Follow | All items (4)

Free shipping special for you | Price adjustment within 30 days

Subtotal $33.79
Checkout (4)
Go to cart
Free shipping from Temu
Almost sold out $21.36 1
Almost sold out $0.98 1
Lightning deal $10.66 1
Only 3 left

Messages | Feedback

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categor | Please check your network connection and try again. | Orders & Account | Support | EN

Subtotal
$33.79

Checkout (4)
Go to cart

Free shipping from Temu

Almost sold out
$21.36

Almost sold out
$0.98

Lightning deal
$10.66

Only 3 left

Style: Butterfly

See more

## Explore your interests

Steampunk Mechanical Dragonfly 3D ...
$25.19 $27.99 30 bought
Almost sold out
★★★★★

A Smart Lamp With A Wireless Speake...
$11.97 $62.14 7K+ bought
Best Seller in Audio & Radio: 5.2
★★★★½ 682
Direct from Kouzone

ANNIVERSARY 1pc 3D Laser Engraved Fairy...
$5.58 $40.59 144 bought
Only 7 left 05:11:57:10
★★★★★

ANNIVERSARY 1pc 3D Bird Crystal Carved ...
$7.48 $39.00 454 bought
Only 7 left 05:11:57:10
★★★★½ 73

ANNIVERSARY Steampunk Mechanical Dra...
Last day $17.61 $39.99 62 bought
Almost sold out
★★★★★

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU | Best Sellers (HOT) | 5-Star Rated | Anniversary Sale | Local Warehouse | Categor... | Please check your network connection and try again. | Orders & Account | Support | EN

Subtotal
$33.79
Checkout (4)
Go to cart
Free shipping from Temu

ANNIVERSARY Multifunctional Portable Wir...
$12.97 ~~$67.01~~ 9.6K+ bought
just rated 5 stars
★★★★½ 1,180

ANNIVERSARY Resin Steampunk Mechanica...
$22.48 ~~$38.99~~ 54 bought
Only 5 left 05:11:57:10
★★★★½

ANNIVERSARY Creative Mechanical Mantis ...
Nearly over $25.47 88 bought
Almost sold out
★★★★★

HD Living Art Deco Crystal Ball with 3D...
Last day $5.43 11 bought
Only 7 left 11:57:10

ANNIVERSARY Local Magnetic Wireless Ch...
$9.23 ~~$27.99~~ 312 bought
05:11:57:10
★★★★★
Direct from WTUHU

1 Pack, Get Summer Vibes With 30 She...
$2.28 32 bought
Only 3 left 05:11:57:10

ANNIVERSARY 2pcs Acrylic Butterfly Penda...
30d lowest $3.39 54 bought
Only 3 left
★★★★½

Local Velvet Swivel Accent Chair with ...
$210.49 ~~$1,723.12~~ 79 bought
Only 1 Left
★★★★★

ANNIVERSARY Portable Multifunctional Sm...
$16.96 ~~$112.81~~ 1.2K+ bought
Almost sold out
★★★★½ 155
Direct from Kouzone

1pc 7.87X7.87inch Round Metal Sign, ...
30d lowest $4.98 35 bought
Almost sold out
★★★★★

Almost sold out
$21.36

Almost sold out
$0.98

Lightning deal
$10.66

Only 3 left

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App
TEMU
Best Sellers
HOT
5-Star Rated
Anniversary Sale
Local Warehouse
Categor
Please check your network connection and try again.
Orders &
Account
Support
EN
4
Subtotal
$33.79
Checkout (4)
Go to cart
Free shipping
from Temu
Almost
sold out
$21.36
Almost
sold out
$0.98
Lightning
deal
$10.66
Only 3
left
ANNIVERSARY Steampunk Mechanical Spid...
$10.63 $40.98 3 bought
Extra $0.14 off coupon
Only 5 left
Local YIFENG suspended air bonsai p...
$50.49 33 bought
Almost sold out
1pc Acrylic Butterfly-Shaped Keychain ...
Nearly over $1.35 $7.99 13 bought
Only 7 left
Kouzone Sunrise Wake Up Light Alarm ...
Last day $11.87 318 bought
Almost sold out
Direct from Kouzone
ANNIVERSARY HD LIVING Crystal Ball Pape...
Last day $7.62 $28.84 7 bought
Only 8 left 11:57:10
Local Mini Innovative High Quality Flo...
$45.49 $438.09 In 2 carts
Almost sold out
ANNIVERSARY Moon Earth Sun, Three Ball I...
$4.98 $20.99 2.7K+ bought
Almost sold out
127
Wireless Open-Ear Clip Headphones wi...
$2.99 $15.00 3.3K+ bought
just rated 5 stars
ANNIVERSARY Steampunk Spider Watch M...
Last day $16.90 $28.99 85 bought
Almost sold out
ANNIVERSARY Local HCNT Levitating Smal...
Nearly over $44.19 $162.99
Extra $5.62 off coupon
Almost sold out Lowest ever
BONUS
COUPONS
99+
Messages
Feedback
Free shipping special for you
Price adjustment within 30 days













Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers | HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categor

Please check your network connection and try again.

Orders & Account | Support | EN | 4

Subtotal
$33.79

Checkout (4)
Go to cart

Free shipping from Temu

Butterfly Washi Tape Stickers - 6 Rolls, ...
Last day $9.44 1 bought
Only 6 left 11:57:10

40pcs/pack Vintage Butterfly Sticker Se...
Nearly over $2.24 10 bought
Only 6 left 01:11:57:10

ANNIVERSARY 1pc 3D Laser Engraved Butt...
$5.98 $13.59 39 bought
Almost sold out

Wireless BT Speakers With Wireless Fas...
$11.97 $59.78 53K+ bought
Best Seller in Audio & Radio: Apple ...
6,541
Direct from Kouzone

Local 11.4'' Sand Art, Sand Art Liquid ...
$28.95 $150.94 182 bought
Only 8 left 05:11:57:10

ANNIVERSARY Creative Keychain With Met...
$1.48 $11.32 244 bought
Almost sold out

ANNIVERSARY Steampunk Grasshopper DI...
$16.39 $24.99 23 bought
Only 1 Left

Northern Lights Ocean Wave Projector...
$7.99 $54.64 15K+ bought
just bought
1,227

Local Hot Desk Reading Lamp Living ...
$47.49 In 2 carts
Almost sold out

ANNIVERSARY 1pc Rotatable Sports Car M...
90d lowest $10.18 2.6K+ bought
Almost sold out
350

Almost sold out
$21.36

Almost sold out
$0.98

Lightning deal
$10.66

Only 3 left

BONUS COUPONS

99+ Messages
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App
Best Sellers
5-Star Rated
Anniversary Sale
Local Warehouse
Please check your network connection and try again.
Orders & Account
Support
EN
Subtotal
$33.79
Checkout (4)
Go to cart
Free shipping from Temu
3D Butterfly Stickers Set, Hol...
$4.98 $13.09 4 bought
Only 8 left 05:11:57:10
Steampunk Bumblebee Hanging Decor...
$2.37 47 bought
Almost sold out
Ideas Shark Sea Creatures B...
60d lowest $15.54 2.1K+ bought
Almost sold out
186
Wireless Speaker Rhythm RGB Light Ba...
$11.88 $62.14 15K+ bought
2,103
Direct from Kouzone
Local Steampunk Decor Table Lamp F...
$54.49 1 viewed
Almost sold out
Almost sold out
$21.36
$0.98
Local Cyberpunk Mechanic...
$19.35 $52.86 4 bought
Almost sold out
Car Keychain High-end Car ...
$8.82 $39.99 1.1K+ bought
Almost sold out
112
Local Hot Selling Wholesal...
$48.33 $456.54 1 bought
Almost sold out
Cool Metal 3D Puzzles For A...
90d lowest $8.98 $66.99 61 bought
Almost sold out
Direct from Piececool
3D Crystal Hummingbird La...
Nearly over $6.47 172 bought
Almost sold out
Lightning deal
$10.66
BONUS COUPONS
Messages
Feedback
Only 3 left
Free shipping special for you
Price adjustment within 30 days

Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categor... | Please check your network connection and try again. | Orders & Account | Support | EN | 4

ANNIVERSARY Local Model Of The B17 "Fl...
$27.43 $91.10 39 bought
Almost sold out
★★★★★

ANNIVERSARY Local 3 In 1 Wireless Chargi...
$15.02 $45.00 15 bought
Almost sold out

ANNIVERSARY Steampunk Bumblebee Met...
$20.48 $52.99 4 bought
Only 1 Left 05:11:57:10

Cute Rat Ring Silver Plated Adjustable ...
Nearly over $1.35 43K+ bought
★★★★★ 4,431

ANNIVERSARY Local Active noise cancellin...
$12.84 $79.96 1.7K+ bought
Almost sold out
★★★★★ 231

Local 1 Floating Heart-shaped Light B...
$55.48 48 viewed
Almost sold out

ANNIVERSARY Mechanical Scorpion Metal ...
$22.08 $48.99 31 bought
Extra $0.42 off coupon
Almost sold out
★★★★★

ANNIVERSARY 51pcs Sparkling Crystal Balls...
Nearly over $4.94 4.4K+ bought
Almost sold out just bought
★★★★★ 347

ANNIVERSARY Elegant Silvery-Plated Airpla...
Last day $8.99 $21.36 66 bought
Almost sold out

Multifunctional Wireless Charging Pad ...
$11.68 $102.20 76 bought
Only 7 left
★★★★☆

View more

BONUS COUPONS

Free shipping special for you | Price adjustment within 30 days

Subtotal
$33.79
Checkout (4)
Go to cart
Free shipping from Temu
Almost sold out
$21.36
Almost sold out
$0.98
Lightning deal
$10.66
Only 3 left

Messages 99+
Feedback

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories butterfly keychain Orders & Account Support EN

Please check your network connection and try again.

Careers
Press
Temu's Tree Planting Program

Report suspicious activity

How to order
How to track
Partner with Temu

App Store
Get it on Google Play

**Security certification**

**We accept**

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

Subtotal
$33.79
Checkout (4)
Go to cart
Free shipping from Temu

$21.36

$0.98

$10.66

BONUS COUPONS

99+ Messages
Feedback

**Free shipping** Special for you | **Free returns** Up to 90 days* | **Get the Temu App**

TEMU Return if item damaged >

Home › Checkout

Free shipping special for you

**Shipping address** Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (1)** 1 item is almost gone!

Acrylic Butterfly Keychain - Animal Theme, Butterfly Style, Subtle Blue and White Design

1pc

Qty: 1

Lightning deal | Final hours

$0.79

Standard shipping: FREE, delivery: 4-9 business days >

**Payment methods**

VISA Visa ...1950 Edit

Add a new card

PayPal Remember my PayPal

Cash App Pay

Venmo

**Order summary**

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | $0.79 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $0.08 |
| Order total: | $0.87 |

**Plant with Temu**

We invite you to plant a tree for $0.35

Submit order
1 almost sold out

**Temu's Tree Planting Program**

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

**Temu protects your card information**

- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

9/12/24, 3:02 PM                                                                    Temu



○  **G Pay**  Google Pay

○  afterpay  Afterpay ?
           $20 product minimum applies

○  Klarna.  Klarna ?
           $20 product minimum applies

○  affirm)  Affirm ?
           $35 product minimum applies

○  P PayPal  PayPal Pay Later
           $30 product minimum applies

🔒 **Secure privacy**
Protecting your privacy is important to us! Please be assured
that your information will be kept secured and
uncompromised. We do not sell your personal information
for money and will only use your information in accordance
with our privacy and cookie policy to provide and improve
our services to you.
Learn more ›

**Delivery guarantee**
✓ $5.00 Credit for delay        ✓ Return if item damaged
✓ 15-day no update refund       ✓ 30-day no delivery refund
Learn more ›

**Temu purchase protection**
Shop confidently on Temu knowing that if something goes
wrong, we've always got your back.
Learn more ›





Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

butterfly stickers

Hello, Mike Kate
Orders & Account | Support | EN

Home › Home & Kitchen › Home Decor Products › Acrylic Butterfly Car Rear...

LIGHTNING Deal | Free shipping special for you | Exclusive offer

Acrylic Butterfly Car Rearview Mirror Hanging Charm - 2D Flat Garden Style Pendant, No-Feather Keychain Accessory, Non-Electric Dashboard Decoration for Luggage, Bag, and Phone Case (1pc)

5.0 ★★★★★ 1 bought | Provided by (1.6K+ bought) ›

Last day $1.91 Pay $0.47 today -83% ~~$11.49~~

4 interest-free biweekly installments

Lightning deal | Ends in 12:13:06

Quantity: 1pc

Qty 1 | Only 13 left

Add to cart
Only 13 left

Ships from Temu ›

Standard: FREE
Delivery: 4-9 business days, 80.4% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-7 business d
business days
Courier company: Fed

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

1 reviews | 5.0 ★★★★★ | All reviews are from verified purchases

Item reviews (1) | Provider reviews (133)

(1)

qg***ne in on Jul 29, 2024

BONUS COUPONS

Messages
Feedback

Free shipping special for you | Price adjustment within 30 days

9/12/24, 2:46 PM      Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu

★★★★★

Special butterfly with pretty blue stones on the wings. The stones add to the beauty of the butterfly. Very nice.

This review is for: 1pc Asymmetric Butterfly Pendant, Car Rear View Mirror Gradient Blue Stone ...

**M** Marthela Perrett 🇺🇸 on Apr 11, 2024

★★★★★

great bargain,gifts, pleased with product, loved them thank you, beautiful piece, Just like pictures, Thanks, great bargain,,gifts, recommend purchasing

This review is for: 2D Flat Acrylic Pink Butterfly Adds A Sense Of Agility To Your Car

See all reviews

**GUGONG**

37 Followers  |  1.6K+ Bought  |  4.5 ★

Contact provider    Follow    All items (38)

**Details**      ♡ Save | Report this item ›

Material: Other material

Style: Garden

Power Supply: Use Without Electricity

See more ⌄

Learn about dimensions

BONUS COUPONS

🚚 Free shipping special for you     $ Price adjustment within 30 days

https://www.temu.com/acrylic-butterfly-car-rearview-mirror-hanging-charm-2d-flat-garden-style-pendant-no-feather-keychain-accessory-non-electric-dashboard-decoration-for-luggage-bag-and-phone-case-1pc-g-601099577902467.html      2/11

9/12/24, 2:46 PM

Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU · Best Sellers · 5-Star Rated · Anniversary Sale · Local Warehouse · Categories

butterfly stickers

Hello, Mike Kate
Orders & Account · Support · EN





BONUS COUPONS

Messages

Feedback

Free shipping special for you · Price adjustment within 30 days

9/12/24, 2:46 PM                                              Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers    5-Star Rated    Anniversary Sale    Local Warehouse    Categories ⌄     🔍 butterfly stickers      Hello, Mike Kate · Orders & Account    Support    EN    🛒



Explore your interests

Free shipping special for you

Price adjustment within 30 days

BONUS COUPONS

Messages

Feedback

9/12/24, 2:46 PM — Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu

☐ Free shipping
Special for you

☐ Free returns
Up to 90 days*

☐ Get the Temu App

TEMU | 🛒 Best Sellers | ⭐ 5-Star Rated | 🏷 Anniversary Sale | 🏪 Local Warehouse | Categories ⌄ | 🔍 butterfly stickers 🔍 | Hello, Mike Kate / Orders & Account | ⊙ Support | 🇺🇸 EN | 🛒



**HCNT Auto-Levita...**
$53.06 ~~$137.99~~ 8 bought
Extra $2.11 off coupon
Only 1 Left
★★★★★

**A Smart Lamp With A Wireless Spea...**
$11.97 ~~$62.14~~
Best Seller in Audio & Radio: 5.2
★★★★☆ 682
Direct from Kouzone

**3D Engraved Bird Crystal ...**
Nearly over $5.77 5 bought
Almost sold out
★★★★★

**80 PCS PET Ice Crystal La...**
$3.56 ~~$39.30~~ 4 bought
Almost sold out

**1pc 3D Bird Crystal Carve...**
$7.48 ~~$39.00~~ 454 bought
Only 7 left  05:12:13:06
★★★★☆ 73

**1pc Creative Simulation Plane Keyc...**
$1.99 ~~$17.83~~ 2.1K+ bought
Almost sold out
★★★★☆ 220

**Suspended Light Bulb Lamp, ...**
$55.93
Almost sold out

**Wireless Speaker with Rhythm RGB ...**
$10.66 ~~$74.94~~ 113 bought
Almost sold out
★★★★★

**20pcs Sparkling Red Butterfly Sticke...**
Last day $4.76 25 bought
Almost sold out
★★★★★

**1pc Cool Men Model Pen...**
$2.98 ~~$17.83~~ 18 bought
Only 3 left  05:12:13:06
★★★★★



BONUS COUPONS ⊗

💬 Messages 99+
✎ Feedback

☐ Free shipping special for you      💲 Price adjustment within 30 days

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

ANNIVERSARY 1pc, 3D Engraved Crystal ...
$6.38 $56.55 39 bought
Only 4 left 05:12:13:06

ANNIVERSARY Portable Multifunctional ...
$16.96 $112.81
Almost sold out
155
Direct from Kouzone

Local Mini Innovative High Quality ...
$45.49 $438.09 In 2 carts
Almost sold out

40pcs/pack Vintage Butterfly Sticker...
Nearly over $2.24
Only 6 left 01:12:13:06

ANNIVERSARY Elegant Silvery-Plated Air...
Last day $8.99 $21.36
Almost sold out

5pcs Blue Broken Wing Butterfly Or...
$4.39 5 bought
Almost sold out

ANNIVERSARY 1pc Artificial Crystal Ball ...
$6.98 $28.84 1.9K+ bought
Only 4 left 05:12:13:06
326

ANNIVERSARY 120pcs Sparkling Golden ...
Nearly over $12.97 $16.99
Only 9 left 01:12:13:06

Local Six American Vintage Industr...
$93.48 3 bought
Almost sold out

ANNIVERSARY PUBG Peripheral Collecti...
60d lowest$2.98
Almost sold out
114

BONUS COUPONS
Messages
Feedback
Free shipping special for you
Price adjustment within 30 days





9/12/24, 2:46 PM

Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu



Steampunk Mechanical Dragonfly 3...
**$25.19** $27.99 30 bought
Almost sold out
★★★★★

**ANNIVERSARY** 1pc, Wrench Skull, Skelet...
**$9.18** $19.25 995 bought
Almost sold out
★★★★★ 102

Kouzone Portable Wireless Speaker ...
Last day **$10.66**
━━━━━ 12:13:06
★★★★☆ 125
Direct from Kouzone

1pc/20pcs pink crystal bu...
**$4.28** $12.90 In 2 carts
Only 3 left   05:12:13:06

**Local** Hot Desk Reading Lamp Livin...
**$47.49** In 2 carts
Almost sold out

**ANNIVERSARY** 1pc 3D Laser Engraved F...
**$5.58** $10.59 144 bought
Only 7 left ━━━ 05:12:13:06
★★★★★

**ANNIVERSARY** Multifunctional Portable ...
**$12.97** $67.01
★★★★☆ 1,180

**ANNIVERSARY** Crystal Pink Butterfly Stic...
**$3.14** $13.99 5 bought
Only 1 Left

**Local** Mini Innovative High Quality ...
Nearly over **$55.24** $79.20
Almost sold out

**ANNIVERSARY** 1pc 3D Laser Engraved B...
**$5.98** $13.58 39 bought
Almost sold out
★★★★★



Free shipping special for you    Price adjustment within 30 days

9/12/24, 2:46 PM                    Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu

🚚 **Free shipping**
Special for you

📦 **Free returns**
Up to 90 days*

📱 **Get the Temu App**

🛒 Best Sellers    🏅 5-Star Rated    🦋 Anniversary Sale    🏬 Local Warehouse    Categories ⌄        🔍 butterfly stickers    🔍        Hello, Mike Kate    ⑦ Support    🇺🇸 EN    🛒
Orders & Account



4pcs Mini Alloy Knife Gun Keychain ...
**$8.06** 413 bought
Almost sold out
★★★★★

50pcs Colorful Butterfly Stickers Pac...
**$1.79** 34 bought
Only 1 Left

ANNIVERSARY G63 Smart Light Wireless...
**$11.87** $62.14
Almost sold out
★★★★★ 300
**Direct from Kouzone**

Local Steampunk Table Lamp Tube...
**$30.88** 1 bought
━━━━ 05:12:13:06

ANNIVERSARY Valoran-Inspired Miniatur...
Last day **$3.59** $3.99
Almost sold out
★★★★★ 60

80-Piece Holographic 3D Butterfly S...
Nearly over **$5.59** In 1 carts
Almost sold out

Solid D100 Metal Dice, Si...
**$18.98** $78.26 348 bought
Almost sold out
★★★★★

Local Unique Ambient Light ABS D...
**$44.13** In 6 carts
Only 5 left ━━━━ 05:12:13:06

ANNIVERSARY Adult Toys High Difficulty...
**$12.48** $17.99 458 bought
Almost sold out
★★★★★ 55

ANNIVERSARY Car Keychain High-end C...
**$8.82** $39.99
Almost sold out
★★★★★ 112



⊗
BONUS
COUPONS

🚚 **Free shipping special for you**        💲 **Price adjustment within 30 days**

💬 99+
Messages

📝
Feedback

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories butterfly stickers Hello, Mike Kate Orders & Account Support EN

ANNIVERSARY 100pcs Vibrant Butterfly ...
Last day $1.16 ~~$12.01~~
Almost sold out

1pc, 3D Laser Engraved Crystal Ball ...
$6.39 ~~$50.59~~ 23 bought
Only 6 left

VIKEFON Multifunctional Wireless C...
Last day $9.38 ~~$84.00~~
Only 1 Left

ANNIVERSARY Stainless Steel Mini Bow ...
Nearly over $20.13
Almost sold out

ANNIVERSARY Local Indoor Garden Ma...
$47.19 ~~$209.50~~ 2 bought
Almost sold out

ANNIVERSARY Local 1pc Magnetic Met...
Last day $59.84 77 bought
Only 9 left 12:13:06

Local 11.4'' Sand Art, Sand Art Liqu...
$28.95 ~~$150.94~~ 182 bought
Only 8 left 05:12:13:06

ANNIVERSARY Vintage Butterfly Sticker ...
$2.74 ~~$3.02~~ 1 bought
Only 2 left 05:12:13:06

Wireless Speaker Rhythm RGB Light...
$11.88 ~~$62.14~~ 15K+ bought
2,103
Direct from Kouzone

Local Hummingbird Craft Statue D...
Last day $5.93 ~~$53.19~~
Only 9 left 12:13:06

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days





Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

butterfly stickers

Hello, Mike Kate
Orders & Account

Support | EN

Realistic Mini Cannon Replica with S...
$11.97 $59.99 2 bought
Only 5 left

ANNIVERSARY Local HCNT Levitating S...
Nearly over $44.19
Extra $5.62 off coupon
Almost sold out Lowest ever

ANNIVERSARY 180pcs Retro Butterfly Sti...
$12.63 $16.99
Almost sold out
★★★★★ 121

ANNIVERSARY 12 Pcs Glass Globe Magn...
Nearly over $5.87
Only 9 left
★★★★★

ANNIVERSARY Creative Keychain With ...
$1.48 $11.32 244 bought
Almost sold out
★★★★★

View more

**Company info**

About Temu
Temu - Team Up, Price Down!
Affiliate & Influencer: Earn Commission
Contact us
Careers
Press
Temu's Tree Planting Program

**Customer service**

Return and refund policy
Intellectual property policy
Shipping info
Your Recalls and Product Safety Alerts
Report suspicious activity

**Help**

Support center & FAQ
Safety center
Temu purchase protection
Sitemap
How to order
How to track
Partner with Temu

**Download the Temu App**

Track orders any time
Low stock items alerts
Coupons & offers alerts
Download on the App Store
Get it on Google Play

**Connect with Temu**

BONUS COUPONS

**...rity certification**

**We accept**

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days

Acrylic Butterfly Car Rearview Mirror Hanging Charm 2d Flat - Temu



**Free shipping**
Special for you

**Free returns**
Up to 90 days*

**Get the Temu App**

TEMU | 👍 Best Sellers  NEW | 📺 5-Star Rated | 🎀 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | butterfly stickers 🔍 | 👤 Hello, Mike Kate
Orders & Account | ❓ Support | 🇺🇸 EN | 🛒





Messages 99+

Feedback

https://www.temu.com/acrylic-butterfly-car-rearview-mirror-hanging-charm-2d-flat-garden-style-pendant-no-feather-keychain-accessory-non-electric-dashboard-decoration-for-luggage-bag-and-phone-case-1pc-g-601099577902467.html



Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

All data is encrypted >

Home > Checkout

Free shipping special for you

Shipping address

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

Ships from Temu (13) 1 item is almost gone!

Acrylic Butterfly Car Rearview Mirror Hanging Charm - 2D Flat Garden Style Pendant, No-Feather Keychain Accesso...

1pc

Qty: 13

Lightning deal | -83% final hours

$1.91 ~~$11.49~~

Standard shipping: FREE, delivery: 4-9 business days >

Payment methods

Visa ...1950 Edit

Add a new card

PayPal Remember my PayPal

Cash App Pay

Afterpay 4 interest-free payments of $6.84

Order summary

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$149.37~~ |
| Item(s) discount: | -$124.54 |
| Subtotal: | $24.83 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $2.55 |
| Order total: | $27.38 |

Plant with Temu

We invite you to plant a tree for $0.35

PayPal

Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Temu protects your card information

- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

9/12/24, 2:47 PM                                                                                              Temu



○ Klarna ⓘ  4 interest-free payments of $6.84

○ Venmo

○ Google Pay

○ Affirm ⓘ
  $35 product minimum applies

○ PayPal Pay Later
  $30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured
that your information will be kept secured and
uncompromised. We do not sell your personal information
for money and will only use your information in accordance
with our privacy and cookie policy to provide and improve
our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay       ✓ Return if item damaged
✓ 15-day no update refund      ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes
wrong, we've always got your back.

Learn more ›













Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Local Warehouse | Categories

601099548691445

Orders & Account | EN | Cart

Temu选品助手 (temushuju.com) Temu半托管绿色招商通道，点... | 下载主图视频 | 相似同款 | 一键上架 | AI数据分析 | 图搜同款

品类: 汽车挂饰
销量: 64 件
销售额: $ 92.16
商品评分/评论数: 4.2 / 6
库存: 1
供货价: 点击查询
上架时间: 6月前

店铺名称: Fantastic Pendant
店铺类型: 全托管
商店总销量: 7,100 件
商店商品数: 7
商店评分/评论数: 4.6 / 1,114
商店粉丝数: 57
开店时间: 9月前

总销量
日销量
销售额
价格

Home › Automotive › Interior Accessories › Brighten Up Your Car With ...

Brighten Up Your Car With A Pink Butterfly Ornament, 2D Flat Acrylic Decorative Pendant, Home Decoration Pendant Christmas Decoration, Home Decor, Perfect For Hanging

64 sold | Provided by (7.1K+ sold) › 4.2 ★★★★☆

**$1.44** Pay $0.36 today -87% ~~$11.49~~

4 interest-free biweekly installments

✓ Free shipping special for you | Exclusive offer

Quantity: 1pc

Qty 1 | Only 1 left

**Add to cart**
Only 1 left

Free shipping on orders shipped from Temu ›
Delivery: Fastest delivery in 4 business days

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund

✓ Ret
✓ 30-

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

**6 reviews** | **4.2** ★★★★☆

All reviews are from verified purchases

**Item reviews (6)** Provider reviews (1,114)

2 reviews from

**ma***11** in on Jun 20, 2024
★★★★★
acrylic, nice colors, acrylic, nice colors, acrylic, nice colors, acrylic, nice colors, acrylic, nice colors, acrylic, nice colors, acrylic, nice colors, acrylic, nice colors

**Katherine De Guia** in on Apr 13, 2024
★★★★★
**absolutely beautiful, acrylic, nice colors very affordable**

**91***08** in on May 10, 2024
★★★★☆

See all reviews

**Fantastic Pendant**
57 Followers | 7.1K+ Sold | 4.6 Rating

Follow | Shop all items (7)

High repeat customers provider

**Details** | Save | Report this item ›

Material: Acrylic

Item ID: FE72438 Copy

Store Information ›

BONUS COUPONS

Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

## Explore your interests

Temu Fest -46% Local 320 PCS Colorful...
$8.49 $15.99 1 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 1 件
总销售额: $ 8.49
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
查看详情 >

Temu Fest -85% Valentine's Day Gift 2D ...
$1.69 $11.49 8 sold
Only 5 left

Temu选品助手 图搜同款
商品
总销量: 8 件
总销售额: $ 13.52
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情 >

Temu Fest -18% Local 160 Sheets/8 Pa...
$15.48 $18.99 44 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 44 件
总销售额: $ 681.12
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
评分/评论数: 5 / 1
查看详情 >

Temu Fest -90% Vibrant Butterfly Acryli...
$0.79 $7.99 333 sold
Only 1 Left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 333 件
总销售额: $ 263.07
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 22
查看详情 >

Temu Fest -21% 55-Piece Alice in Wond...
$3.59 $4.59 677 sold
New Arrival in Papers, Labels &...
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 677 件
总销售额: $ 2,430.43
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 22
查看详情 >

Temu Fest -70% 40 Pieces Three-Dimen...
$4.98 $16.79 769 sold
Almost sold out
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 769 件
总销售额: $ 3,829.62
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 42
查看详情 >

Temu Fest -26% Local 6pack 36sheets ...
$6.98 $9.48 92 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 92 件
总销售额: $ 642.16
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
评分/评论数: 5 / 9
查看详情 >

Temu Fest -45% 4-in-1 Diamond Butterf...
$1.90 $3.49 274 sold
Almost sold out
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 274 件
总销售额: $ 520.6
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.5 / 13
查看详情 >

BONUS COUPONS
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Local Warehouse | Categories | Orders & Account | EN | Cart

-86% 500-Piece Roll of Vibra...
$1.37 $9.99 1.7K+ sold
70

Temu选品助手 图搜同款
商品
总销量: 1,700 件
总销售额: $ 2,329
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 70
查看详情 >

-74% Local [Fast Arrival] 3 Pi...
$7.66 $29.99 3 sold
Only 3 left

Temu选品助手 图搜同款
商品
总销量: 3 件
总销售额: $ 22.98
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
查看详情 >

Local 80 Sheets 4 Pack Plants Fl...
$16.49 20 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 20 件
总销售额: $ 329.8
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
评分/评论数: 5 / 4
查看详情 >

-92% Vibrant Butterfly-Shap...
$0.56 $7.99 3 sold
Only 3 left
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 3 件
总销售额: $ 1.68
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情 >

Local Cute Deer Car Hanging Or...
Lowest ever $5.19 5 sold
Only 6 left
Fast delivery provider

Temu选品助手 图搜同款
商品
总销量: 5 件
总销售额: $ 25.95
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
查看详情 >

-86% Y2K Fashion Butterfly ...
$3.86 $29.68 82 sold
Only 1 Left

Temu选品助手 图搜同款
商品
总销量: 82 件
总销售额: $ 316.52
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.8 / 8
查看详情 >

-20% 10pcs Butterfly Confess...
$1.98 $2.49 73 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 73 件
总销售额: $ 144.54
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情 >

-84% 20-Pack 3D Crystal But...
Only once $1.47 $9.58
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 7 件
总销售额: $ 10.29
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情 >

Local A6 Sticker Book Fantasy G...
$4.86 In 1 carts
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 0 件
总销售额: $ 0
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
查看详情 >

Local 100pcs Butterfly Garden D...
$13.98 66 sold
Only 4 left

Temu选品助手 图搜同款
商品
总销量: 66 件
总销售额: $ 922.68
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
评分/评论数: 5 / 3
查看详情 >

-48% Sparkling Pink Pair of C...
$0.93 $1.80 10 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 10 件
总销售额: $ 9.3
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情 >

Local 36 pieces/ set of artistic P...
$5.99 6 sold
Extra $0.60 off coupon
Only 3 left

Temu选品助手 图搜同款
商品
总销量: 6 件
总销售额: $ 35.94
供货价: 点击查询
店铺
店铺类型: 半托管（海外仓）
评分/评论数: 5 / 1
查看详情 >

Vintage Gothic Fantasy Floral & ...
30d lowest $2.54 60 sold
Only 1 Left
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 60 件
总销售额: $ 152.4
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 8
查看详情 >

-15% Vibrant Multicolor Rhin...
Last day $1.68 $1.99
Almost sold out
1,115
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 8,200 件
总销售额: $ 13,776
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.8 / 1,115
查看详情 >

Blue & White Porcelain Dragonfl...
30d lowest $3.81 1.2K+ sold
61

Temu选品助手 图搜同款
商品
总销量: 1,200 件
总销售额: $ 4,572
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 61
查看详情 >

8 Rolls of Vibrant PET Waterproo...
$11.28 $21.99 217 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 217 件
总销售额: $ 2,447.76
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 15
查看详情 >

BONUS COUPONS
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

TEMU Best Sellers 5-Star Rated Local Warehouse Categories
Orders & Account EN Cart

Local 10 Packs Multicolor Glitter...
Last day $19.34 96 sold
Almost sold out
Direct from ruonaorou

Temu选品助手 图搜同款
商品
总销量: 96 件
总销售额: $ 1,856.64
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
评分/评论数: 4.9 / 14
查看详情 >

-52% 1pc Sparkling Rhinesto...
30d lowest $0.57 24K+ sold
Most Repurchased in Women's ...
2,091

Temu选品助手 图搜同款
商品
总销量: 24,000 件
总销售额: $ 13,680
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 2,091
查看详情 >

Inspirational Acrylic Butterfly Pra...
$2.19 320 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 320 件
总销售额: $ 700.8
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.7 / 19
查看详情 >

-32% Vintage Dreams Collect...
$5.39 $7.99 224 sold
Only 1 Left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 224 件
总销售额: $ 1,207.36
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 18
查看详情 >

54-Piece Fantasy Wonderland Wr...
$3.17 209 sold
Almost sold out
Low item return rate provider

Temu选品助手 图搜同款
商品
总销量: 209 件
总销售额: $ 662.53
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 5
查看详情 >

-83% 1 Pair of Dripping Oil E...
$1.55 $9.68 8.3K+ sold
Almost sold out
964
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 8,300 件
总销售额: $ 12,865
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 964
查看详情 >

Local 36 Sheets 12'x12" Fall Pum...
Last day $8.76 12 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 12 件
总销售额: $ 105.12
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
查看详情 >

Local 6 Packs of 30 Sheets Large...
$11.98 30 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 30 件
总销售额: $ 359.4
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
评分/评论数: 5 / 1
查看详情 >

1pc Simple Style Brown Butterfly ...
$0.84 7 sold
Only 8 left

Temu选品助手 图搜同款
商品
总销量: 7 件
总销售额: $ 5.88
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情 >

-26% 6pcs Vibrant Floral Sy...
$4.49 $6.10 1K+ sold
124
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 1,000 件
总销售额: $ 4,490
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 124
查看详情 >

1pc, Vibrant Purple Butterfly Sun...
$3.17 $14.99 1.8K+ sold
Almost sold out
289
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 1,800 件
总销售额: $ 5,706
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 289
查看详情 >

-82% 12pcs 3D Skull Butterfl...
60d lowest $1.86 4K+ sold
Almost sold out
383

Temu选品助手 图搜同款
商品
总销量: 4,000 件
总销售额: $ 7,440
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.8 / 383
查看详情 >

-16% 6-Inch Glittering Jewel ...
$1.25 $1.49 202 sold
Only 1 Left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 202 件
总销售额: $ 252.5
供货价: 点击查询
店铺

Butterfly Earrings Set of 3 Pairs - ...
$1.34 89 sold
Only 7 left

Temu选品助手 图搜同款
商品
总销量: 89 件
总销售额: $ 119.26
供货价: 点击查询
店铺
店铺类型: 全托管

Local Buy 1 Get 1 Free, total of 2...
$7.19 30 sold
Only 5 left

Temu选品助手 图搜同款
商品
总销量: 30 件
总销售额: $ 215.7
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)

-5% 24pcs Vibrant Stained ...
$4.26 $4.49 70 sold
Only 2 left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 70 件
总销售额: $ 298.2
供货价: 点击查询
店铺

BONUS COUPONS
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Delivery guarantee
Refund for any issues
Get the Temu App

Elegant Fashion Butterfly Adjusta...
$3.14 496 sold
Almost sold out
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 496 件
总销售额: $ 1,557.44
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.8 / 46
查看详情 >

-63% 10pcs/pack Spiritual W...
$1.98 $5.37 17K+ sold
Only 1 Left
1,731
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 17,000 件
总销售额: $ 33,660
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 1,731
查看详情 >

Local 8 Kinds Of Butterfly Sticker...
$5.67 In 3 carts
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 0 件
总销售额: $ 0
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
查看详情 >

-40% Local 6 Rolls/Set Beaut...
$11.98 $19.99 191 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 191 件
总销售额: $ 2,288.18
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
评分/评论数: 5 / 10
查看详情 >

-86% Charming Blue Butterfl...
30d lowest $1.22 $8.99
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 120 件
总销售额: $ 146.4
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 4
查看详情 >

-39% 162pcs Butterfly Scrap...
Last day $7.19 $11.89 6 sold
Only 7 left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 6 件
总销售额: $ 43.14
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情 >

-77% 12pcs Vintage-Inspired...
$3.32 $14.59 2.7K+ sold
Almost sold out
367

Temu选品助手 图搜同款
商品
总销量: 2,700 件
总销售额: $ 8,964
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.8 / 367
查看详情 >

20pcs Vintage Christmas Sticker ...
Lowest ever $1.80 152 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 152 件
总销售额: $ 273.6
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 11
查看详情 >

-83% Chic Acrylic Butterfly E...
30d lowest $0.50 214 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 214 件
总销售额: $ 107
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 5 / 10
查看详情 >

Luxurious Swan-Shaped Crystal ...
$22.97 6 sold
Only 3 left
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 6 件
总销售额: $ 137.82
供货价: 点击查询
店铺
店铺类型: 全托管
查看详情 >

-61% Majestic Butterfly Diam...
$4.97 $12.99 431 sold
Almost sold out
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 431 件
总销售额: $ 2,142.07
供货价: 点击查询
店铺
店铺类型: 全托管
评分/评论数: 4.9 / 38
查看详情 >

Local 2500 PCS 5-Roll Assorted ...
$12.34 4 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 4 件
总销售额: $ 49.36
供货价: 点击查询
店铺
店铺类型: 半托管 (海外仓)
查看详情 >

-13% 50pcs Exquisite Bird-Sh...
$1.71 $1.98 1.1K+ sold
Almost sold out
137
Established 1 year ago

Temu选品助手 图搜同款
商品
总销量: 1,100 件
总销售额: $ 1,881
供货价: 点击查询

-90% One Pair of Delicate Bu...
$2.42 $25.62 2.2K+ sold
Almost sold out
256
Low item return rate provider

Temu选品助手 图搜同款
商品
总销量: 2,200 件
总销售额: $ 5,324
供货价: 点击查询

24pcs Mixed Color Flower Sticker...
Only once $3.61 600 sold
Almost sold out
High repeat customers provider

Temu选品助手 图搜同款
商品
总销量: 600 件
总销售额: $ 2,166
供货价: 点击查询

Local 5pc Green Butterfly Fairy F...
$7.98 22 sold
Almost sold out

Temu选品助手 图搜同款
商品
总销量: 22 件
总销售额: $ 175.56
供货价: 点击查询
店铺

BONUS COUPONS
Free shipping special for you
Price adjustment within 30 days

Company info
About Temu
Temu - Team Up, Price Down!
Affiliate & Influencer: Earn Commission
Contact us
Careers
Press
Temu's Tree Planting Program

Customer service
Return and refund policy
Intellectual property policy
Shipping info
Your Recalls and Product Safety Alerts
Report suspicious activity

Help
Support center & FAQ
Safety center
Temu purchase protection
Sitemap
How to order
How to track
Partner with Temu

Download the Temu App
Track orders any time
Low stock items alerts
Coupons & offers alerts

Connect with Temu

Security certification

We accept

© 2024 WhaleCo Inc.    Terms of use    Privacy policy    Your privacy choices    Ad Choices









Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

TEMU 15-day no update refund ›

Home › Checkout

Free shipping special for you

**Shipping** Change ›

**steven howard** (554)626-5486
1 N La Salle St
**CHICAGO, IL 60602-3902, United States**
Please check if the apt, suite, or room number is correct.

**Free shipping from Temu (21)** 2 items are almost gone! Details ›

-78% last day
Last day $1.98×20

No express shipping
**$1.44** ~~$11.49~~

Standard shipping: FREE, delivery: 4-8 business days, fastest delivery in 4 business days ›

**Payment methods**

Card

All transactions are secure and encrypted

* Card number
4041 1789 5899 9192

* Expiration date
12
2028

* CVV
591

Remember this card for future use, Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data.

* **Billing address** Edit
steven howard, 1 N La Salle St, CHICAGO, IL 60602-3902, United States

PayPal

Cash App Pay

Afterpay 4 interest-free payments of $11.31

Klarna 4 interest-free payments of $11.31

Affirm 4 interest-free payments or as low as $4.19/mo

Venmo

Google Pay

PayPal Pay Later

**Order summary**

Enter coupon code **Apply**

Apply coupon code ›

| | |
|---|---|
| Item(s) total: | ~~$196.29~~ |
| Item(s) discount: | -$155.25 |
| Subtotal: | $41.04 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $4.21 |
| Order total: | $45.25 |

**Plant with Temu**
We invite you to plant a tree for $0.35

**Submit order**
2 almost sold out

Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Delivery guarantee
- $5.00 Credit for delay
- Return if item damaged
- 15-day no update refund
- 30-day no delivery refund

Learn more ›

Temu protects your card information
- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

Secure privacy
Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.
Learn more ›

Temu purchase protection
Shop confidently on Temu knowing that if something goes wrong, we've always got your back.
Learn more ›

Free shipping Special for you | Price adjustment Within 30 days | Get the Temu App

TEMU Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas decorations | Hello, Mike Kate Orders & Account | Support | EN

Home › Automotive › Interior Accessories › Acrylic Butterfly Car Pend...

LIGHTNING Deal | Free shipping special for you | Exclusive offer

Acrylic Butterfly Car Pendant - Dashboard Ornament with Chain, Crystal Clear Flat Butterfly Design, Ideal for Vehicle Interior, Keychain, Bag Accessory - Perfect for Gifts and Special Occasions

1 bought | Provided by (132 bought) ›

Nearly over $1.60 Pay $0.40 today -86% ~~$11.49~~

4 interest-free biweekly installments

Lightning deal | Ends in 01:12:25:24

Color: A Butterfly

Qty 1 Only 7 left

Add to cart
Only 7 left

Ships from Temu ›

Standard: FREE
Delivery: 4-9 business days, 80.4% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-7 business d
business days
Courier company: Fed

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

No item reviews yet

But we found 1,125 reviews from similar items on Temu.

Reviews from similar items on Temu

All reviews are from verified purchases

M Marthela Perrett in on Apr 11, 2024

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you
Price adjustment
Within 30 days
Get the Temu App

★★★★★

love it, pleased with product, perfect gift, keeper, beautiful piece

This review is for: 2D Flat Acrylic Pink Butterfly Adds A Sense Of Agility To Your Car

Ho***42 in on Feb 11, 2024

★★★★★

love it, perfect gift, keeper

This review is for: 2D Flat Acrylic Pink Butterfly Adds A Sense Of Agility To Your Car

See all reviews

ciocoin

7 Followers | 132 Bought | 5 ★

Follow | Shop all items (16)

Details

Save | Report this item

Material: Acrylic

Item ID: VC185996 Copy

Store Information

Explore your interests

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days

9/12/24, 2:34 PM                                   Acrylic Butterfly Car Pendant Dashboard Ornament Chain - Temu

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU   🛒 Best Sellers   📹 5-Star Rated   🏷 Anniversary Sale   🏬 Local Warehouse   Categories ⌄   | christmas decorations |   🔍   Hello, Mike Kate   Orders & Account   ? Support   🇺🇸 EN   🛒



Local 1pc Levitating Moon Table La...
60d lowest $57.49
Almost sold out
★★★★★

Pink Crystal 3D Butterfly Stickers - 1...
$1.81 29 bought
Only 6 left

Local Crow Lamp Raven Light, Rav...
$15.99 $79.43 677 bought
Almost sold out
★★★★☆ 94

ANNIVERSARY 20pcs Holographic Butter...
60d lowest $2.54 $9.58
Extra $0.14 off coupon
Almost sold out
★★★★★

Local USB C Fast Charger Block Du...
$7.99 58 bought
Almost sold out
★★★★★

40pcs
ANNIVERSARY 40-Pack Glossy Crystal Bu...
Nearly over $4.85 $8.49
Only 9 left   01:12:25:24

Local Suspended Light Bulb Lamp, ...
$55.93
Almost sold out

5 Pieces Cool Industrial Stea...
$36.48 In 11 carts
05:12:25:24

ANNIVERSARY Local 5 Pack 5" High Wa...
Lowest ever $14.15
Almost sold out
★★★★★ 643

ANNIVERSARY Hollow Lace Butterfly Stic...
Nearly over $1.99
Only 8 left
★★★★★

⊗ BONUS COUPONS



Free shipping special for you    Price adjustment within 30 days

https://www.temu.com/acrylic-butterfly-car-pendant-dashboard-ornament-with-chain-crystal-clear-flat-butterfly-design-ideal-for-vehicle-interior-keychain-bag-accessory-perfect-for-gifts-and-special-occasions-g-601099604989127.html                                                 3/8

💬 Messages 99+

✍ Feedback





Free shipping Special for you | Price adjustment Within 30 days | Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas decorations | Hello, Mike Kate Orders & Account | Support | EN

Local 16 Colors Adjustable, Remot...
$8.83 264 bought
Only 1 Left

ANNIVERSARY Local 2PCs Weekly Pill B...
$5.32 $10.99 95 bought
05:12:25:24

Local Mini Innovative High Quality ...
$45.49 $438.09 In 2 carts
Almost sold out

ANNIVERSARY Amethyst Quartz Stone E...
Last day $2.97 $26.49
Almost sold out

Local LED Light Bulb, Battery Oper...
$16.78 $74.99 2 bought
Only 5 left 05:12:25:24

ANNIVERSARY Local Table Lamp Indust...
$27.48 $49.99 3 bought
Almost sold out

1pc Green Butterfly Acrylic Pendant ...
Nearly over $2.11 2 bought
Almost sold out

ANNIVERSARY 3D Butterfly Stickers Set, ...
$4.98 $13.09 4 bought
Only 8 left 05:12:25:24

Local Massage Gun Deep Tissue, P...
$9.64 $81.99 22 bought
Only 7 left

ANNIVERSARY Alien Facehugger Articula...
Nearly over $7.27
Almost sold out
171

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days

Free shipping Special for you | Price adjustment Within 30 days | Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas decorations | Hello, Mike Kate Orders & Account | Support | EN

ANNIVERSARY Local Portable Handheld...
Lowest ever $5.81 $12.99
Almost sold out

ANNIVERSARY Local 1Pc Electric Neck B...
$12.98 $43.61 11 bought
05:12:25:24

ANNIVERSARY Wireless LED Desk Lamp ...
Nearly over $9.01
Almost sold out

ANNIVERSARY 20-Pack 3D Crystal Butter...
Last day $1.99 $9.58
Only 9 left 12:25:24

Local YIFENG suspended air bonsai...
$50.49 33 bought
Almost sold out

Local Living Room Floating Bulbs ...
$43.49 2 bought
Almost sold out

Metal Steampunk Vintage Fashion ...
Nearly over $5.45
Almost sold out just bought
2,074

ANNIVERSARY 3D Printing LED Dragon ...
$13.47 $60.33
Almost sold out
125

Local Magnetic Floating Levitating ...
$46.47 26 viewed
Almost sold out

ANNIVERSARY Local HCNT Auto-Levita...
$53.06 $137.99 8 bought
Extra $2.11 off coupon
Only 1 Left

BONUS COUPONS

Messages Feedback

Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas decorations | Hello, Mike Kate Orders & Account | Support | EN

ANNIVERSARY 20pcs Fantasy Themed B...
Last day $3.19 $3.60
Only 8 left 12:25:24

ANNIVERSARY 1pc, Wrench Skull, Skelet...
$9.18 $19.25 995 bought
Almost sold out
★★★★★ 102

ANNIVERSARY Local 1PCS Mobile Phon...
$4.93 $25.99 175 bought
Almost sold out

Local 6 inch Plasma Ball Lamp Scie...
Last day $17.57 $89.99
12:25:24
★★★★★ 64

Local Levitating Air Bonsai Pot, Rot...
$50.34 $209.50 In 24 carts
Almost sold out

Cute Rat Ring Silver Plated Adjustab...
Nearly over $1.35
just rated 5 stars
★★★★★ 4,431

Local Suspended Rotating Light Ba...
$23.39 $125.00 7 bought
Only 9 left

Local Fascia Gun Muscle Massage ...
$10.87 $79.84 17 bought
Almost sold out

Local Super Stylish American Style ...
$32.18 1 bought
05:12:25:24

ANNIVERSARY 7-Day, 28-Compartment ...
$4.77 $41.01 47 bought
Only 5 left
★★★★★

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days





Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | christmas decorations | Hello, Mike Kate Orders & Account | Support | EN

ANNIVERSARY Local Outdoor refrigerat...
$66.68 $121.98 34 bought
Almost sold out
★★★★★

ANNIVERSARY Local 2024 New Vintage...
$50.98 $404.69 In 2 carts
Almost sold out

Local HCNT Levitating Rose Lamp, ...
$49.36 10 viewed
Almost sold out

ANNIVERSARY 1pc, Vintage Classic PVC ...
30d lowest $4.04 $4.49
Almost sold out

ANNIVERSARY Local Classic Golden Ara...
Last day $18.47
Almost sold out
★★★★★ 122

Local Phone Gimbal 3-Axis Smartp...
$36.49 $176.18 261 bought
Only 1 Left
★★★★☆

30 Pink Crystal Butterfly 3D Stickers ...
Last day $2.24 5 bought
Only 6 left 12:25:24

ANNIVERSARY 1pc Rotating Water Rippl...
$10.98 $54.64
05:12:25:24
★★★★★ 314

Local Hummingbird Craft Statue D...
Last day $5.93 $53.19
Only 9 left 12:25:24
★★★★☆

ANNIVERSARY Local Hot Selling Whole...
$48.33 $456.54 1 bought
Almost sold out

BONUS COUPONS

View more

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

christmas decorations

Hello, Mike Kate
Orders & Account

Support EN

Affiliate & Influencer: Earn Commission
Contact us
Careers
Press
Temu's Tree Planting Program

Shipping info
Your Recalls and Product Safety Alerts
Report suspicious activity

Temu purchase protection
Sitemap
How to order
How to track
Partner with Temu

Coupons & offers alerts

Download on the
App Store

Get it on
Google Play

**Security certification**

**We accept**

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS COUPONS

99+
Messages
Feedback







9/12/24, 2:35 PM                                                                                              Temu



9/12/24, 2:35 PM                                                                                 Temu

○ G Pay   Google Pay



Afterpay ?
$20 product minimum applies

Klarna. ?
$20 product minimum applies

Affirm ?
$35 product minimum applies

PayPal Pay Later
$30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured
that your information will be kept secured and
uncompromised. We do not sell your personal information
for money and will only use your information in accordance
with our privacy and cookie policy to provide and improve
our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay     ✓ Return if item damaged
✓ 15-day no update refund    ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes
wrong, we've always got your back.

Learn more ›





Free shipping Special for you
Price adjustment Within 30 days
Get the Temu App

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | purse charms | Hello, Mike Kate Orders & Account | Support | EN

Home › Automotive › Interior Accessories › 1pc Acrylic Butterfly Car ...

LIGHTNING Deal ✓ Free shipping special for you Exclusive offer

1pc Acrylic Butterfly Car Hanging Ornament, Rearview Mirror Pendant, Christmas Tree Decoration, Keychain Backpack Accessory, Festive Gift, Home Decor

4.0 ★★★★☆ 4 bought | Provided by (7.9K+ bought) ›

Nearly over $1.60 Pay $0.40 today -71% $5.59

4 interest-free biweekly installments

Lightning deal | Ends in 01:12:26:41

Model: butterfly pendant

Qty 1 Only 2 left

Add to cart
Only 2 left

Ships from Temu ›

Standard: FREE
Delivery: 4-9 business days, 80.4% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-7 business d
business days
Courier company: Fed

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

1 reviews | 4.0 ★★★★☆ All reviews are from verified purchases

Item reviews (1) Provider reviews (886)

et**mc in on Jun 19, 2024
★★★★☆
Beautiful butterfly. This is a gift for butterfly collector.

BONUS COUPONS

Messages
Feedback

Free shipping special for you Price adjustment within 30 days

9/12/24, 2:33 PM      Acrylic Butterfly Car Hanging Ornament Rearview Mirror - Temu

**Free shipping**
Special for you

**Price adjustment**
Within 30 days

**Get the Temu App**

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄

purse charms 🔍

Hello, Mike Kate
Orders & Account | Support | 🇺🇸 EN | 🛒

great bargain,.gifts, pleased with product, loved them thank you, beautiful piece, Just like pictures, Thanks, great bargain,.gifts, recommend purchasing

This review is for: 2D Flat Acrylic Pink Butterfly Adds A Sense Of Agility To Your Car ❯

ba***48 in 🇺🇸 on Jan 19, 2024

★★★★★

love it, pleased with product, perfect gift, keeper, beautiful piece

This review is for: 2D Flat Acrylic Pink Butterfly Adds A Sense Of Agility To Your Car ❯

See all reviews

**Chuang You**

106 Followers | 7.9K+ Bought | 4.8 ★

Follow | Shop all items (35)

**Details**

♡ Save | Report this item ❯

Material: Acrylic

Item ID: WU130853 Copy

Store Information ❯

⊗ Explore your interests

**BONUS COUPONS**

Messages 99+

Feedback

**Free shipping special for you** | **Price adjustment within 30 days**

https://www.temu.com/1pc-acrylic-butterfly-car-hanging-ornament-rearview-mirror-pendant-christmas-tree-decoration-keychain-backpack-accessory-festival-gift-home-decor-g-601099577506821.html     2/8





Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | purse charms | Hello, Mike Kate Orders & Account | Support | EN

ANNIVERSARY 20pcs Fantasy Themed B...
Last day $3.19 $3.60
Only 8 left 12:26:42

Local 1pc Levitating Moon Table La...
60d lowest $57.49
★★★★★

ANNIVERSARY Sparkling 3D Butterfly Sti...
Nearly over $6.29 2 bought
Only 8 left 01:12:26:42

1pc Green Butterfly Acrylic Pendant ...
Nearly over $2.11 2 bought
Almost sold out

ANNIVERSARY Local Classic Golden Ara...
Last day $18.47
Almost sold out
★★★★★ 122

Unique Purple Butterfly Shaped Key...
Nearly over $1.28
Almost sold out
★★★★★ 88

ANNIVERSARY 1pc/20pcs pink crystal bu...
$4.28 $12.90 In 2 carts
Only 3 left 05:12:26:42

ANNIVERSARY Charming Hummingbird ...
Last day $8.55 $39.00
Almost sold out
★★★★★

ANNIVERSARY 1pc Hanging Neck Fan, O...
$6.98 $46.94 1.1K+ bought
Only 7 left 05:12:26:42
★★★★★ 98

Crystal Translucent Color-changing ...
$2.49 $2.99 90K+ bought
Almost sold out
★★★★★ 11,122

BONUS COUPONS

Messages
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you
Price adjustment
Within 30 days
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories
purse charms
Hello, Mike Kate
Orders & Account
Support EN

Local 6 inch Plasma Ball Lamp Scie...
Last day $17.57 $89.99
12:26:42
★★★★★ 64

ANNIVERSARY 40-Pack Glossy Crystal Bu...
Nearly over $4.85 $8.49
Only 9 left 01:12:26:42

ANNIVERSARY 20pcs Holographic Butter...
60d lowest $2.54 $9.58
Extra $0.14 off coupon
Almost sold out
★★★★★

ANNIVERSARY 1pc Crystal Ball With Met...
$6.58 $29.18 68 bought
Almost sold out
★★★★★

ANNIVERSARY 1pc Rotating Water Rippl...
$10.98 $54.64
05:12:26:42
★★★★★ 314

ANNIVERSARY Resin Alphabet Keychain ...
Nearly over $1.75
Almost sold out
★★★★★

ANNIVERSARY Local Hot Selling Whole...
$48.33 $456.54 1 bought
Almost sold out

ANNIVERSARY 80 PCS PET Ice Crystal La...
$3.56 $39.30 4 bought
Almost sold out

ANNIVERSARY Colorful Butterfly Acrylic ...
Nearly over $1.16
Almost sold out
★★★★☆

ANNIVERSARY 1pc, Amethyst Crystal Tre...
90d lowest $5.79
Almost sold out
★★★★★ 50

BONUS COUPONS
Messages 99+
Feedback
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | purse charms | Hello, Mike Kate Orders & Account | Support | EN

Local LED Light Bulb, Battery Oper...
$16.78 $74.99 2 bought
Only 5 left 05:12:26:42

ANNIVERSARY 20-Pack 3D Crystal Butter...
Last day $1.99 $9.58
Only 9 left 12:26:42

ANNIVERSARY Local Indoor Garden Ma...
$47.19 $209.50 2 bought
Almost sold out

ANNIVERSARY Women's Activewear: Soli...
Lowest ever $7.59
Almost sold out
★★★★★ 353

Local Massage Gun Deep Tissue, P...
$9.64 $81.99 22 bought
Only 7 left

ANNIVERSARY 40pcs Crystal Laser Butte...
$2.98 $9.99 130 bought
Only 1 Left
★★★★½

Boho Chic Butterfly Wall Hanging - ...
Last day $5.75 17 bought
Only 3 left 12:26:42
★★★★★

Local Living Room Floating Bulbs ...
$43.49 2 bought
Almost sold out

Local Mini Innovative High Quality ...
$45.49 $438.09 In 2 carts
Almost sold out

ANNIVERSARY 1pc Asymmetric Butterfly...
$1.60 $5.59 1.9K+ bought
Almost sold out
★★★★½ 205

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days



Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | purse charms | Hello, Mike Kate Orders & Account | Support | EN

Garden Fairy Stained Glass Window ...
$2.74 3 bought
Only 2 left

ANNIVERSARY Crystal Pink Butterfly Stic...
$3.14 $13.99 5 bought
Only 1 Left

ANNIVERSARY 1pc Curtain Butterfly Stri...
$7.97 $59.99 371 bought
Almost sold out
★★★★★

ANNIVERSARY Smart LED Magnetic Lam...
$11.48 $56.50 83 bought
Almost sold out
★★★★★

ANNIVERSARY Chic Pink Butterfly Acrylic...
Nearly over $1.79

Local Levitating Air Bonsai Pot, Rot...
$50.34 $209.50 In 24 carts
Almost sold out

ANNIVERSARY Moon Earth Sun, Three B...
$4.98 $20.99 2.7K+ bought
Almost sold out
★★★★★ 127

Local Floating Arrow Piercing Light...
$48.89 11 viewed
Almost sold out

ANNIVERSARY 20pcs/1 Pack, Laser Butte...
$1.61 $4.59 3.1K+ bought
Almost sold out
★★★★★ 285

Local Fascia Gun Muscle Massage ...
$10.87 $79.84 17 bought
Almost sold out

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days



Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

purse charms

Hello, Mike Kate
Orders & Account

Support EN

ANNIVERSARY Glass Incense Holder wit...
Last day $7.60 $10.99
12:26:42
87

ANNIVERSARY Local HCNT Auto-Levita...
$53.06 $137.99 8 bought
Extra $2.11 off coupon
Only 1 Left

17pcs Vintage Black White Newspa...
$2.48 17K+ bought
05:12:26:42
1,902

ANNIVERSARY Local Butterfly with plu...
$4.98 $14.95 3 bought
Only 7 left 05:12:26:42

50pcs Colorful Butterfly Stickers Pac...
$1.79 34 bought
Only 1 Left

Portable Handheld Mini Fan With Di...
$9.35 $57.99 6.4K+ bought
Almost sold out
606

Local Mini Innovative High Quality ...
Nearly over $55.24 $79.20
Almost sold out

ANNIVERSARY Vibrant Dragonfly Acrylic...
$0.69 $4.88 111 bought
Only 8 left

45pcs Pink Floral Stickers - Matte Fi...
$2.48 16 viewed
Almost sold out

ANNIVERSARY Local Portable Handheld...
$4.48 $38.88 70 bought
Almost sold out
Direct from SPORTULI

View more

BONUS COUPONS

Messages 99+

Feedback

Free shipping special for you Price adjustment within 30 days



9/12/24, 2:33 PM                                     Acrylic Butterfly Car Hanging Ornament Rearview Mirror - Temu



Press                                                How to track
Temu's Tree Planting Program                         Partner with Temu

Security certification                               We accept

© 2024 WhaleCo Inc.    Terms of use    Privacy policy    Your privacy choices    Ad Choices



BONUS COUPONS



https://www.temu.com/1pc-acrylic-butterfly-car-hanging-ornament-rearview-mirror-pendant-christmas-tree-decoration-keychain-backpack-accessory-festie-gift-home-decor-g-601099577506821.html                                          8/8

9/12/24, 2:33 PM                                                    Temu

Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App



$5.00 Credit for delay ›

Home › Checkout

✓ Free shipping on items shipped from Temu

**Shipping address**                                        Change address ›

Mike Kate   +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from Temu (2)**   1 item is almost gone!

1pc Acrylic Butterfly Car Hanging Ornament, Rearview Mirror Pendant, Christmas Tree Decoration, Keychain Backpa...
butterfly pendant

Lightning deal | -71% ending soon

Only 2 left

$1.60  $5.59                                                Qty: 2

Express shipping: $12.90, delivery: 3-7 business days ›

**Payment methods**

○ VISA  Visa ...1950                                        Edit

   + Add a new card

◉ PayPal  PayPal   ● Remember my PayPal

○ $ Cash App Pay ⓘ

○ venmo  Venmo

**Order summary**

Enter coupon code                    Apply

Apply coupon code                              ›

Item(s) total:                            $11.18
Item(s) discount:                         -$7.98
Subtotal:                                  $3.20

Shipping:                                 $12.90
Sales tax:                                 $0.33

Order total:                              $16.43

Plant with Temu
○ We invite you to plant a tree for $0.35 ⓘ

**Submit order**
🌱 1 almost sold out

🌳 **Temu's Tree Planting Program**

Temu and its users have donated funds to Trees for the
Future to plant trees across sub-Saharan Africa ⓘ

TREES
FOR THE
FUTURE

✓ **Temu protects your card information**
✓ Temu follows the Payment Card Industry Data Security
  Standard (PCI DSS) when handling card data
✓ Card information is secure and uncompromised
✓ All data is encrypted
✓ Temu never sells your card information

VISA  ID Check  SafeKey

9/12/24, 2:33 PM                                                                  Temu



○ **G Pay** Google Pay

○ Afterpay ❔
$20 product minimum applies

○ Klarna. ❔
$20 product minimum applies

○ affirm ❔
$35 product minimum applies

○ PayPal PayPal Pay Later
$30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay        ✔ Return if item damaged
✔ 15-day no update refund       ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›





Free shipping Special for you | Price adjustment Within 30 days | Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | butterfly keychain | Hello, Mike Kate Orders & Account | Support | EN

Home › Automotive › Interior Accessories › Acrylic Butterfly Hanging ...

ANNIVERSARY Sale ✓ Free shipping special for you Exclusive offer

Acrylic Butterfly Hanging Ornament Set - 2D Decorative Pendant for Bags, Luggage Tags, and Keychains Accessory Pack

1 bought | Provided by (1.4K+ bought) ›

$1.09 Pay $0.27 today -80% limited time $5.59

4 interest-free biweekly installments

Top deals | Ends in 17:12:28:13

Items: Butterfly Set

Qty 1 Only 1 left

Add to cart
Only 1 left

Ships from Temu ›

Standard: FREE
Delivery: 4-9 business days, 80.4% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-7 business d
business days
Courier company: Fed

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

**No item reviews yet**

But we found 1,125 reviews from similar items on Temu.

Reviews from similar items on Temu | All reviews are from verified purchases

Marthela Perrett in on Apr 11, 2024

BONUS COUPONS

Messages | Feedback

Free shipping special for you | Price adjustment within 30 days

Free shipping Special for you
Price adjustment Within 30 days
Get the Temu App

★★★★★

love it, pleased with product, perfect gift, keeper, beautiful piece

This review is for: 2D Flat Acrylic Pink Butterfly Adds A Sense Of Agility To Your Car

Ho***42 in on Feb 11, 2024

★★★★★

love it, perfect gift, keeper

This review is for: 2D Flat Acrylic Pink Butterfly Adds A Sense Of Agility To Your Car

See all reviews

bloom

## Bloom The Only You

17 Followers | 1.4K+ Bought | 4.8 ★

Follow
Shop all items (71)

### Details

Save | Report this item

Material: Acrylic

Item ID: JN177942 Copy

Store Information

BONUS COUPONS
Messages 99+
Feedback
Free shipping special for you
Price adjustment within 30 days

9/12/24, 2:31 PM
Acrylic Butterfly Hanging Ornament Set 2d Decorative Pendant - Temu

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

butterfly keychain

Hello, Mike Kate
Orders & Account | Support | EN





BONUS COUPONS

Messages

Feedback

Free shipping special for you    Price adjustment within 30 days

9/12/24, 2:31 PM                    Acrylic Butterfly Hanging Ornament Set 2d Decorate Pendant - Temu

🚚 **Free shipping**
Special for you

💲 **Price adjustment**
Within 30 days

📱 **Get the Temu App**

🔶 TEMU | 🏆 Best Sellers | 📺 5-Star Rated | 🎉 Anniversary Sale | 🏬 Local Warehouse | Categories ⌄ | 🔍 butterfly keychain 🔍 | 👤 Hello, Mike Kate / Orders & Account | ❓ Support | 🇺🇸 EN | 🛒



Explore your interests

🚚 **Free shipping special for you**    💲 **Price adjustment within 30 days**





Free shipping
Special for you
Price adjustment
Within 30 days
Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories
butterfly keychain
Hello, Mike Kate
Orders & Account Support EN

Local 1pc Levitating Moon Table La...
60d lowest $57.49
Almost sold out
★★★★★

ANNIVERSARY 20-Piece Shimmering Ice ...
$3.00 $9.58 3 bought
Only 9 left 05:12:28:13

100pcs Butterfly Decorative PET Stic...
$11.98 6 bought
Only 3 left 05:12:28:13

1pc Acrylic Butterfly Pendant – Chris...
Nearly over $1.36
Only 1 Left 30d lowest

Housewarming Gift Animal Theme ...
$4.04 3 bought
Almost sold out

Portable Mini Bullet Massager - USB...
Last day $8.54
12:28:13
★★★★★ 107

Local Living Room Floating Bulbs ...
$43.49 2 bought
Almost sold out

Pink Crystal 3D Butterfly Stickers - 1...
$1.81 29 bought
Only 6 left

ANNIVERSARY Local Classic Golden Ara...
Last day $18.47
Almost sold out
★★★★★ 122

ANNIVERSARY Local 2 Pcs Shine in the ...
Nearly over $5.78
Extra $0.14 off coupon
Only 7 left

BONUS COUPONS
Messages 99+
Feedback
Free shipping special for you Price adjustment within 30 days

Free shipping Special for you | Price adjustment Within 30 days | Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | butterfly keychain | Hello, Mike Kate Orders & Account | Support | EN

ANNIVERSARY Sparkling 3D Butterfly Sti...
Nearly over $6.29 2 bought
Only 8 left 01:12:28:13

Local 6 inch Plasma Ball Lamp Scie...
Last day $17.57 $89.99
12:28:13
★★★★★ 64

ANNIVERSARY Wireless LED Desk Lamp ...
Nearly over $9.01
Almost sold out
★★★★★

1pc Green Butterfly Acrylic Pendant ...
Nearly over $2.11 2 bought
Almost sold out

ANNIVERSARY 40-Pack Glossy Crystal Bu...
Nearly over $4.85 $8.49
Only 9 left 01:12:28:13

ANNIVERSARY 20pcs Fantasy Themed B...
Last day $3.19 $3.60
Only 8 left 12:28:13

ANNIVERSARY 1pc Crystal Ball With Met...
$6.58 $29.18 68 bought
Almost sold out
★★★★★

Local Mini Innovative High Quality ...
$45.49 $438.09 In 2 carts
Almost sold out

ANNIVERSARY Local 1Pc Electric Neck B...
$12.98 $43.61 11 bought
05:12:28:13

30 Pink Crystal Butterfly 3D Stickers ...
Last day $2.24 5 bought
Only 6 left 12:28:13

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | butterfly keychain | Hello, Mike Kate Orders & Account | Support | EN

Butterfly Fairy Acrylic Sun Catcher 1...
$4.93 1 bought
Only 3 left 05:12:28:13

ANNIVERSARY Local Value Pack 40pcs ...
$8.45 ~~$31.10~~ 205 bought
Almost sold out

Local 360° Rotating Magnetic Levit...
$43.49 1 bought
Almost sold out

Local Mini Innovative High Quality ...
Nearly over $55.24 ~~$79.20~~
Almost sold out

ANNIVERSARY 20pcs/1 Pack, Laser Butte...
$1.61 ~~$4.59~~ 3.1K+ bought
Almost sold out
285

Local Fascia Gun Muscle Massage ...
$10.87 ~~$79.84~~ 17 bought
Almost sold out

ANNIVERSARY Local 1PCS Mobile Phon...
$4.93 ~~$25.99~~ 175 bought
Almost sold out

ANNIVERSARY Local Moon Lamp 128 C...
$7.48 ~~$66.00~~ 376 bought
Only 7 left 05:12:28:13

ANNIVERSARY Crystal Pink Butterfly Stic...
$3.14 ~~$13.99~~ 5 bought
Only 1 Left

ANNIVERSARY Local 1pc Magnetic Met...
Last day $59.84 77 bought
Only 9 left 12:28:13

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days



Free shipping Special for you | Price adjustment Within 30 days | Get the Temu App

TEMU Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | butterfly keychain | Hello, Mike Kate Orders & Account | Support | EN

Local Living Room Floating Bulbs ...
$38.31 In 1 carts
Almost sold out

Cute Rat Ring Silver Plated Adjustab...
Nearly over$1.35
just rated 5 stars
★★★★★ 4,431

ANNIVERSARY 1 pc Pink Butterfly Hangi...
$1.81 $9.99 55 bought
Almost sold out
★★★★★

ANNIVERSARY Sparkling 3D Butterfly Sti...
Nearly over $6.29 2 bought
Only 8 left Lowest ever

ANNIVERSARY Elegant Crystal Glass Ros...
$10.98 $75.99 356 bought
Almost sold out
★★★★★

Local USB C Fast Charger Block Du...
$7.99 58 bought
Almost sold out
★★★★★

Local 1pc/2pcs PETSITE 2-Tier Rou...
$63.99
Only 3 left
Direct from PETSITE

ANNIVERSARY Local 3-Tier Kitchen Frui...
$30.98 $136.89 142 bought
Almost sold out
★★★★★
Direct from CNCEST

ANNIVERSARY Chic Pink Butterfly Acrylic...
Nearly over $1.79

1 Set DIY Acrylic Standing Art Kit, Tr...
Nearly over $6.36
Almost sold out just bought
★★★★★

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days



**Free shipping** Special for you | **Price adjustment** Within 30 days | **Get the Temu App**

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | butterfly keychain | Hello, Mike Kate Orders & Account | Support | EN

Local EDC Fidget Spinner Fidget To...
$11.45 $34.68 47 viewed
Almost sold out

ANNIVERSARY 1pc 4 Week 7 Day Pill Bo...
$8.47 $39.04
Almost sold out
★★★★★ 494

ANNIVERSARY Charming Wooden Kitten...
Nearly over $3.37
01:12:28:13
★★★★★ 187

ANNIVERSARY Local Indoor Garden Ma...
$47.19 $209.50 2 bought
Almost sold out

ANNIVERSARY Local HCNT Auto-Levita...
$53.06 $137.99 8 bought
Extra $2.11 off coupon
Only 1 Left
★★★★★

ANNIVERSARY 40-Pack 3D Butterfly Stic...
$5.45 $12.90 45 bought
Almost sold out
★★★★★

Local Tabletop Waterfall Decor Rel...
$12.49 $68.50 861 bought
just bought
★★★★☆ 106

ANNIVERSARY 1pc Acrylic Chemical Ele...
Last day $20.49
Almost sold out
★★★★☆ 400

Local Hot Desk Reading Lamp Livin...
$47.49 In 2 carts
Almost sold out

50pcs Colorful Butterfly Stickers Pac...
$1.79 34 bought
Only 1 Left

View more

BONUS COUPONS

Company info | Customer service | Help | Download the Temu App | Connect with Temu

Messages 99+ | Feedback

Free shipping special for you | Price adjustment within 30 days



Free shipping
Special for you

Price adjustment
Within 30 days

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

butterfly keychain

Hello, Mike Kate
Orders & Account

Support EN

Temu's Tree Planting Program

Partner with Temu

Get it on
Google Play

**Security certification**

**We accept**

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS COUPONS

Messages 99+

Feedback



Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

$5.00 Credit for delay >

Home › Checkout

Free shipping special for you

Shipping address

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

Ships from Temu (1) 1 item is almost gone!

Acrylic Butterfly Hanging Ornament Set - 2D Decorative Pendant for Bags, Luggage Tags, and Keychains Accessory ...
Butterfly Set
Qty: 1
Top deals | -80% limited time
Only 1 left
$1.09 ~~$5.59~~

Standard shipping: FREE, delivery: 4-9 business days >

Payment methods

- Visa ...1950 Edit
- Add a new card
- PayPal ✔ Remember my PayPal
- Cash App Pay
- Venmo

Order summary

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$5.59~~ |
| Item(s) discount: | -$4.50 |
| Subtotal: | $1.09 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $0.11 |
| Order total: | $1.20 |

Plant with Temu
We invite you to plant a tree for $0.35

Submit order
1 almost sold out

Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Temu protects your card information
- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

9/12/24, 2:32 PM                                                                 Temu



○ (G Pay) Google Pay

○ afterpay  Afterpay ?
          $20 product minimum applies

○ Klarna.  Klarna ?
          $20 product minimum applies

○ affirm)  Affirm ?
          $35 product minimum applies

○ PayPal  PayPal Pay Later
          $30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✓ $5.00 Credit for delay      ✓ Return if item damaged
✓ 15-day no update refund     ✓ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



9/12/24, 2:07 PM      Unique Acrylic Butterfly Rose Charm Versatile 2d Charm Car - Temu

**Free shipping** Special for you     **Free returns** Up to 90 days*     **Get the Temu App**

Best Sellers | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories ⌄    blue butterfly 🔍    Hello, Mike Kate Orders & Account   Support   🇺🇸 EN   🛒

Home › Automotive › Interior Accessories › Unique Acrylic Butterfly &...

⚡ LIGHTNING DEAL   ✓ Free shipping special for you      Exclusive offer

Unique Acrylic Butterfly & Rose Charm - Versatile 2D Charm For Car, Holiday season Tree, Backpack - Perfect Couple's Gift & Home Decor

5.0 ★★★★★ 6 bought | Provided by ✈ (16K+ bought) ›

**Last day ⚡ $1.16** Pay $0.29 today 90% ~~$11.60~~ 🏷

afterpay klarna. 4 interest-free biweekly installments

**Lightning deal** | ━━━ Ends in 12:52:17 ›

Style:

Light Pink Butterfly Only 5 left | Red Rose | Purple Butterfly
Pink-Black Butterfly | Colorful Sunflower Butterfly Only 5 left
Blue Sunflower

Qty [ 1 ⌄ ]   ⏳ Only 6 left

**Add to cart**
⏳ Only 6 left

🚚 Ships from Temu ›

| Standard: FREE | Express: $12.90 or FREE ( |
| Delivery: 4-9 business days, 80.4% within 8 business days | Delivery: 3-7 business d business days |
| Courier company: 🟨 DHL eCommerce | Courier company: 🟪 Fec |

✓ Temu's Commitments ›

2 reviews | 5.0 ★★★★★     ✅ All reviews are from verified purchases

**Item reviews (2)**   Provider reviews (2,119)

👤 cesar perez chavez 🇮🇹 📍 on Sep 11, 2024
★★★★★
💬 I recommend him excellently.

BONUS COUPONS

💬 Messages 99+
📝 Feedback

**Free shipping special for you**    💲 **Price adjustment within 30 days**

https://www.temu.com/unique-acrylic-butterfly-rose-pendant-versatile-2d-charm-for-car-christmas-tree-backpack-perfect-couples-gift-home-decor-g-601099538340661.html?is_back=1      1/8



Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

Reviews from similar items on Temu

An***or in on Jun 9, 2023

★★★★★

It's most beautiful on one side - the backing is more matte so light doesn't shine thru as much it coukd have- but it's still gorgeous in my window and I'll be buying more!

This review is for: 1pc 2D Acrylic Colorful Butterfly Pendant Car Interior Hanging Ornament Rea...

See all reviews

NELLO

Auto Accessory

306 Followers | 16K+ Bought | 4.7 ★

Follow | Shop all items (42)

Details

Save | Report this item

Material: Acrylic

Item ID: HW52647 Copy

Store Information

Explore your interests

BONUS COUPONS
Messages 99+
Feedback
Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | blue butterfly | Hello, Mike Kate Orders & Account | Support | EN

Local Anti-Gravity Magnetic Levitat...
$39.86 2 bought
Almost sold out

ANNIVERSARY 2pcs Acrylic Butterfly Pen...
30d lowest $3.39
Only 3 left

ANNIVERSARY Local 1Pc Electric Neck B...
$12.98 ~~$43.61~~ 11 bought
05:12:52:17

ANNIVERSARY Solid High Waist Tummy ...
$8.48 ~~$55.00~~ 30 bought
Almost sold out

ANNIVERSARY 2pcs Acrylic Butterfly Cha...
Nearly over $1.19
Almost sold out

ANNIVERSARY 1 pc Pink Butterfly Hangi...
$1.81 ~~$9.99~~ 55 bought
Almost sold out

ANNIVERSARY Levitating LED Desk Lam...
$53.97 ~~$149.00~~
Only 7 left
221

ANNIVERSARY Local 2PCs Weekly Pill B...
$5.32 ~~$10.99~~ 95 bought
05:12:52:17

ANNIVERSARY Local 1PC Mini Pocket K...
$12.48 ~~$16.50~~ 121 bought
05:12:52:17

ANNIVERSARY 1pc Multifunctional USB ...
60d lowest $8.97
Only 2 left

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days



Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | blue butterfly | Hello, Mike Kate Orders & Account | Support | EN

Portable Mini Bullet Massager - USB...
Last day $8.54
12:52:17
107

ANNIVERSARY Local Portable Handheld...
$4.48 $38.88 69 bought
Almost sold out
Direct from SPORTULI

ANNIVERSARY Festive 2D Acrylic Origina...
$1.61 $5.59 31 bought
Almost sold out

ANNIVERSARY Local Magnetic Levitatin...
$50.97 $456.54 10 viewed
Almost sold out

ANNIVERSARY Modern Magnetic Levitat...
Last day $48.92 $79.99
Only 4 left 12:52:17

ANNIVERSARY Local Wireless Earbuds, ...
$12.58 $59.99
Almost sold out
217
Direct from Btootos

ANNIVERSARY 1pc 4 Week 7 Day Pill Bo...
$8.47 $39.04
Almost sold out
494

Local Mini Innovative High Quality ...
$45.49 $438.09 In 2 carts
Almost sold out

Local Floating Flowers Lamp With ...
Nearly over $64.99 $75.00
Almost sold out
Direct from GDRASUYA10

Handheld Mini Fan, Travel Mini Fan ...
$5.58 $56.28 1.4K+ bought
Almost sold out
84

BONUS COUPONS

Messages 99+ | Feedback

Free shipping special for you | Price adjustment within 30 days





Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

blue butterfly

Hello, Mike Kate
Orders & Account
Support EN

ANNIVERSARY Extra-Large 7-Day Pill Or...
$3.22 $28.04 1.5K+ bought
★★★★★ 78

Local 16-inch luminous moon lam...
$16.99 $42.00 2 viewed
Almost sold out

ANNIVERSARY Express Your Love with C...
Last day $1.77 $11.49
Almost sold out

ANNIVERSARY Mini Cube Wooden Alar...
Last day $8.38 $71.99
Almost sold out
★★★★★

ANNIVERSARY Local Magnetic Levitatio...
$56.08 $481.91 2 viewed
Almost sold out

Local Mini Innovative High Quality ...
Nearly over $55.24 $79.20
Almost sold out

Local Chinese Style Tabletop Fount...
Last day $37.27
Only 8 left 12:52:17
★★★★★

Portable Handheld Fan Foldable Qu...
$10.99 $30.00
Almost sold out
★★★★★ 424

ANNIVERSARY 6packs Touch Control He...
$29.98 $136.62
05:12:52:17
★★★★★ 1,225

ANNIVERSARY Local 1pc Ashtray Smoki...
$8.48 $49.85 6 bought
Almost sold out

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

blue butterfly

Hello, Mike Kate
Orders & Account | Support | EN

ANNIVERSARY Touch-Controlled Magne...
Nearly over $38.47
Only 6 left 01:12:52:17
★★★★★

ANNIVERSARY Local Outdoor refrigerat...
$66.68 ~~$121.98~~ 34 bought
Almost sold out
★★★★★

Local (Black Green) Chinese Style T...
$34.00 ~~$179.91~~ 197 bought
Only 8 left
★★★★½

ANNIVERSARY 7-Day, 28-Compartment ...
$4.77 ~~$41.01~~ 47 bought
Only 5 left
★★★★★

Local 1pc Levitating Moon Table La...
60d lowest $57.49
Almost sold out
★★★★★

Local Massage Gun Deep Tissue, P...
$9.64 ~~$81.99~~ 22 bought
Only 7 left

ANNIVERSARY Local Magnetic Levitatio...
Last day $55.24 ~~$398.74~~
Almost sold out

ANNIVERSARY Chic Pink Butterfly Acrylic...
Nearly over $1.79

ANNIVERSARY Local Magnetic Power B...
Last day $14.44
Almost sold out
★★★★½ 201

Local 1pc In/outdoor 23.6inch Mo...
$117.79 5 bought
Only 7 left 05:12:52:17

BONUS COUPONS

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days





Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

blue butterfly

Hello, Mike Kate
Orders & Account | Support | EN

Local Magnetic Levitation Cloud Ni...
Last day $66.59 In 2 carts
Almost sold out

ANNIVERSARY 1pc Creative Night Light, ...
$5.38 $8.79 423 bought
Almost sold out

Local Phone Gimbal 3-Axis Smartp...
$36.49 $176.18 261 bought
Only 1 Left

Local Magnetic Floating Levitating ...
$46.47 26 viewed
Almost sold out

ANNIVERSARY Local High suction cordl...
Lowest ever $16.61
05:12:52:17
766

ANNIVERSARY Crystal Glass Rose Flower...
Last day $10.72 $58.03
Almost sold out

ANNIVERSARY Local Hot Selling Whole...
$48.33 $456.54 1 bought
Almost sold out

1pc Floating Moon Lamp, Magnetic...
Nearly over $37.59
Almost sold out
146

ANNIVERSARY Local 7 colors modern s...
$31.07 $39.99 55 bought
Almost sold out
Direct from FWMB

Works With Apple Find My Key Sma...
$5.79 $20.70 5.5K+ bought
Best Seller in Phone Accessories in...
281

View more

BONUS COUPONS

...pany info | Customer service | Help | Download the Temu App | Connect with Temu

Messages 99+
Feedback

Free shipping special for you | Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

blue butterfly

Hello, Mike Kate
Orders & Account

Support EN

Temu's Tree Planting Program

Partner with Temu

Get it on
Google Play

**Security certification**

**We accept**

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS COUPONS

Messages
Feedback









Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

$5.00 Credit for delay >

Home › Checkout

Free shipping special for you

Shipping address

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

Ships from Temu (5) 1 item is almost gone!

Unique Acrylic Butterfly & Rose Charm - Versatile 2D Charm For Car, Holiday season Tree, Backpack - Perfect Coupl...
Light Pink Butterfly
Qty: 5
Lightning deal | -79% final hours
$1.16 ~~$5.59~~

Standard shipping: FREE, delivery: 4-9 business days >

Payment methods

Visa ...1950 Edit
Add a new card
PayPal Remember my PayPal
Cash App Pay
Venmo

Order summary

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$27.95~~ |
| Item(s) discount: | -$22.15 |
| Subtotal: | $5.80 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $0.59 |
| Order total: | $6.39 |

Plant with Temu
We invite you to plant a tree for $0.35

Submit order
1 almost sold out

Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Temu protects your card information

- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

9/12/24, 2:09 PM
Temu



○ G Pay Google Pay

⚬ Afterpay ❓
$20 product minimum applies

⚬ Klarna. ❓
$20 product minimum applies

⚬ Affirm ❓
$35 product minimum applies

⚬ PayPal PayPal Pay Later
$30 product minimum applies



**Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

**Delivery guarantee**

✔ $5.00 Credit for delay      ✔ Return if item damaged
✔ 15-day no update refund   ✔ 30-day no delivery refund

Learn more ›

**Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



Free shipping Special for you | Free returns Up to 90 days* | Get the Temu App

TEMU Best Sellers 5-Star Rated Anniversary Sale Local Warehouse Categories butterfly stickers Hello, Mike Kate Orders & Account Support EN

Home › Jewelry & Accessories › Women's Keyrings & Keychains › 1pc Acrylic Unique Pink Bu...

Free shipping special for you Exclusive offer

1pc Acrylic Unique Pink Butterfly Christmas Tree Decoration Pendant, Backpack Car Pendant, Halloween Home Decoration

4.9 ★★★★★ 129 bought | Provided by (57K+ bought) ›

Lowest ever $0.74 -93% limited time $11.49

Big sale | Ends in 05:12:55:27

Material: Pink Acrylic Butterfly

Qty 1 Almost sold out

Add to cart
Almost sold out

Ships from Temu ›

Standard: FREE
Delivery: 4-9 business days, 80.4% within 8 business days
Courier company: DHL eCommerce ...

Express: $12.90 or FREE (
Delivery: 3-7 business d
business days
Courier company: Fec

Temu's Commitments ›

Security & Privacy
✓ Safe payments
✓ Secure privacy

Delivery guarantee
✓ $5.00 Credit for delay
✓ 15-day no update refund
✓ Return if item damaged
✓ 30-day no delivery refund

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

11 reviews | 4.9 ★★★★★ All reviews are from verified purchases

Item reviews (11) Provider reviews (4,515)

(7) Satisfied(2) Pretty(2) Good Quality Price(1) Love It(2)

97***85 in on Sep 6, 2024

BONUS COUPONS

Messages Feedback

Free shipping special for you Price adjustment within 30 days

9/12/24, 2:04 PM                                     Acrylic Unique Christmas Tree Decoration - Temu



very pretty. love it, quality/price good.,

br***on in 🇺🇸 on Sep 1, 2024

★★★★★

pleased with product

See all reviews

**Noble romantic cottage**

154 Followers | 57K+ Bought | 4.8 ★

◎ Contact provider      ⇄ Follow      All items (37)

Details                                    ♡ Save  |  Report this item ›

Type: Women's Novelty Key Chains

Number of Pieces: Single

Theme: Festival,Celebrity Peripherals,Simulation Modeling

See more ⌄



9/12/24, 2:04 PM

Acrylic Unique Christmas Tree Decoration - Temu

**Free shipping**
Special for you

**Free returns**
Up to 90 days*

**Get the Temu App**

Best Sellers   5-Star Rated   Anniversary Sale   Local Warehouse   Categories

butterfly stickers

Hello, Mike Kate
Orders & Account   Support   EN





BONUS COUPONS

Messages

Feedback

**Free shipping special for you**    **Price adjustment within 30 days**

9/12/24, 2:04 PM                                    Acrylic Unique Christmas Tree Decoration - Temu

**Free shipping**
Special for you

**Free returns**
Up to 90 days*

**Get the Temu App**

Best Sellers    5-Star Rated    Anniversary Sale    Local Warehouse    Categories    butterfly stickers    Hello, Mike Kate    Support    EN
                                                                                            Orders & Account



Explore your interests

**Free shipping special for you**    **Price adjustment within 30 days**

Free shipping
Special for you
Free returns
Up to 90 days*
Get the Temu App

ANNIVERSARY 1pc Levitating LED Bulb L...
$43.98 $129.99 51 bought
Only 7 left 05:12:55:27
★★★★★

Local 16-inch luminous moon lam...
$16.99 $42.00 2 viewed
Almost sold out

ANNIVERSARY Modern Polished Metal R...
Nearly over $9.07 3 bought
Only 9 left

ANNIVERSARY Local Magnetic Levitatio...
$56.08 $481.91 2 viewed
Almost sold out

ANNIVERSARY 1pc Butterfly Statue, Vibr...
$6.18 $49.99 974 bought
Almost sold out
★★★★★ 52

Local HCNT Levitating Air Bonsai P...
Nearly over $51.48 $209.50
Extra $0.56 off coupon
Almost sold out

HCNT Levitating Globe, Black Magn...
$35.06 $103.30 3 bought
Almost sold out just bought

ANNIVERSARY Strapless Strapon Panties:...
$13.79 $56.99 586 bought
Almost sold out
★★★★★

ANNIVERSARY Solid High Waist Tummy ...
$8.48 $55.00 30 bought
Almost sold out
★★★★★

ANNIVERSARY Local Magnetic Levitatin...
$50.97 $456.54 10 viewed
Almost sold out

BONUS COUPONS
Messages 99+
Feedback
Free shipping special for you
Price adjustment within 30 days



Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

butterfly stickers

Hello, Mike Kate
Orders & Account | Support | EN

Local Mini Innovative High Quality ...
$45.49 $438.09 In 2 carts
Almost sold out

1pc 2D Butterfly Keychain Acrylic Ke...
$1.49 $11.49 414 bought
Only 8 left
★★★★½ 55

ANNIVERSARY Local All copper waterfal...
$76.42 $386.57 93 bought
Only 9 left
★★★★★

ANNIVERSARY 1pc Magnetic Suspensio...
Nearly over $55.88
Almost sold out
★★★★★ 123

Local Purple Crystal Lily Flower Fig...
$16.55 $42.00 38 bought
Almost sold out
★★★★★

Portable Mini Bullet Massager - USB...
Last day $8.54
12:55:27
★★★★★ 107

ANNIVERSARY Mini 2-inch Solar-powere...
$4.97 $42.02 1.2K+ bought
Almost sold out
★★★★★ 71

ANNIVERSARY Local Floating Light Bulb...
$47.48 $149.00 87 bought
Almost sold out
★★★★☆

ANNIVERSARY Local Magnetic Levitatin...
$49.36 $183.99 175 bought
Extra $2.11 off coupon
Almost sold out
★★★★★

Local Velvet Swivel Accent Chair wi...
$210.49 $1,723.12 79 bought
Only 1 Left
★★★★★

BONUS COUPONS

Messages
Feedback

Free shipping special for you | Price adjustment within 30 days



9/12/24, 2:04 PM Acrylic Unique Christmas Tree Decoration - Temu

🚚 **Free shipping** Special for you     📦 **Free returns** Up to 90 days*     📱 **Get the Temu App**

TEMU | 🛒 Best Sellers | 📹 5-Star Rated | 🎉 Anniversary Sale | 📦 Local Warehouse | Categories ⌄ | 🔍 butterfly stickers | 👤 Hello, Mike Kate / Orders & Account | ❓ Support | 🇺🇸 EN | 🛒



**ANNIVERSARY** Stay Healthy And Organi...
$13.27 $43.38
Almost sold out
★★★★★ 291

Gaiatop Portable Handheld Fan, Fol...
$8.49 $38.88 🔥 7.3K+ bought
Almost sold out
★★★★★ 482
**Direct from GAIATOP**

**Local** Mini Innovative High Quality ...
Nearly over $55.24 $79.20
Almost sold out

**ANNIVERSARY** **Local** 1pc Magnetic Met...
Last day $59.84 77 bought
Only 9 left ▬▬▬ 12:55:27
★★★★★

**ANNIVERSARY** Moon Earth Sun, Three B...
$4.98 $20.99 2.7K+ bought
Almost sold out
★★★★★ 127

**Local** 1pc Levitating Moon Table La...
60d lowest $57.49
Almost sold out
★★★★★

**Local** Mini fascia gun rechargeable...
Last day $19.47 $79.84
Only 8 left ▬▬▬ 12:55:27
★★★★★

**ANNIVERSARY** **Local** Binocular Opera Gl...
$9.88 $58.56 8 bought
Almost sold out
★★★★★

**ANNIVERSARY** 1pc Crystal Ball With Met...
$6.58 $29.18 68 bought
Almost sold out
★★★★★

**ANNIVERSARY** **Local** Hot Selling Whole...
$48.33 $456.54 1 bought
Almost sold out


BONUS COUPONS


Messages 99+
Feedback

🚚 **Free shipping special for you**     💲 **Price adjustment within 30 days**

https://www.temu.com/1pc-acrylic-unique-butterfly-christmas-tree-decoration-pendant-backpack-car-pendant-halloween-home-decoration-g-601099558765362.html    7/10

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories | butterfly stickers | Hello, Mike Kate Orders & Account | Support | EN

ANNIVERSARY Local 12*10FT sand colo...
$220.98 $375.00 9 bought
Almost sold out

ANNIVERSARY Local Nail desk light, thr...
$38.07 $236.98 123 bought
Almost sold out

ANNIVERSARY Dandelion Wishes Crystal...
Nearly over $15.97
Almost sold out
57

ANNIVERSARY Local Mini Camera, Hidd...
$10.58 $62.12 201 bought

Local Chinese Style Tabletop Fount...
Last day $37.27
Only 8 left 12:55:27

ANNIVERSARY Local Concrete Art Side ...
$60.98 $365.61 71 bought
Almost sold out

ANNIVERSARY 1pc, Rose Quartz Crystal ...
$7.97 $62.54
Only 5 left
102

ANNIVERSARY Touch-Controlled Magne...
Nearly over $38.47
Only 6 left 01:12:55:27

1set Of 1pc White And 1pc Black 7-...
Nearly over $5.27
Almost sold out

Local Fascia Gun Muscle Massage ...
$10.87 $79.84 17 bought
Almost sold out

BONUS COUPONS

Messages
Feedback

Free shipping special for you
Price adjustment within 30 days





Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU | Best Sellers HOT | 5-Star Rated | Anniversary Sale | Local Warehouse | Categories

butterfly stickers

Hello, Mike Kate
Orders & Account | Support | EN

Local 6Pcs, Acrylic pendant decorat...
$10.98 4 bought
Almost sold out

ANNIVERSARY Local Magnetic Levitatio...
Last day $49.72 ~~$398.74~~
Almost sold out

Local Magnetic Levitation Cloud At...
Last day $70.29 6 viewed
Almost sold out

ANNIVERSARY 1pc 4 Week 7 Day Pill Bo...
$8.47 ~~$39.04~~
Almost sold out
494

ANNIVERSARY Modern Magnetic Levitat...
Last day $48.92 ~~$79.99~~
Only 4 left 12:55:27

Local Chery Industrial 19x20 FT Mo...
$15,911.76 In 27K+ carts
Almost sold out

ANNIVERSARY Local K9 cute cat home ...
$13.46 ~~$39.85~~ 404 bought
Almost sold out

ANNIVERSARY Stretch Solid Sexy Men's ...
$6.67 ~~$30.99~~ 895 bought
Only 6 left
83

ANNIVERSARY Local Indoor Garden Ma...
$47.19 ~~$209.50~~ 2 bought
Almost sold out

ANNIVERSARY Local 3D Hologram Proj...
$65.82 ~~$86.00~~ 137 bought
Almost sold out

BONUS COUPONS

View more

Messages 99+
Feedback

Free shipping special for you
Price adjustment within 30 days

Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU Best Sellers HOT 5-Star Rated Anniversary Sale Local Warehouse Categories

butterfly stickers

Hello, Mike Kate
Orders & Account

Support EN

Affiliate & Influencer: Earn Commission
Contact us
Careers
Press
Temu's Tree Planting Program

Shipping info
Your Recalls and Product Safety Alerts
Report suspicious activity

Temu purchase protection
Sitemap
How to order
How to track
Partner with Temu

Coupons & offers alerts

Download on the App Store

Get it on Google Play

**Security certification**

**We accept**

© 2024 WhaleCo Inc. Terms of use Privacy policy Your privacy choices Ad Choices

BONUS COUPONS

Messages 99+
Feedback



Free shipping
Special for you

Delivery guarantee
Refund for any issues

Get the Temu App

30-day no delivery refund >

Home › Checkout

Free shipping special for you

Shipping address

Change address >

Mike Kate +1 (847)653-0228
1 N La Salle St
CHICAGO, IL 60602-3902, United States

Ships from Temu (30) 1 item is almost gone!

1pc Acrylic Unique Pink Butterfly Christmas Tree Decoration Pendant, Backpack Car Pendant, Halloween Home Dec...
Pink Acrylic Butterfly

Qty: 30

Big sale | -93% limited time

$0.74 ~~$11.49~~

Standard shipping: FREE, delivery: 4-9 business days >

Payment methods

Visa ...1950 Edit

Add a new card

PayPal Remember my PayPal

Cash App Pay

Afterpay 4 interest-free payments of $6.12

Order summary

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | ~~$344.70~~ |
| Item(s) discount: | -$322.50 |
| Subtotal: | $22.20 |
| Shipping: | FREE |

Free shipping for items shipped from Temu is an exclusive offer. Please submit your order as soon as possible.

| | |
|---|---|
| Sales tax: | $2.28 |
| Order total: | $24.48 |

Plant with Temu

We invite you to plant a tree for $0.35

PayPal

Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Temu protects your card information

- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

9/12/24, 2:05 PM                                                                 Temu





🔒 **Secure privacy**

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.

Learn more ›

🚚 **Delivery guarantee**

✓ $5.00 Credit for delay          ✓ Return if item damaged
✓ 15-day no update refund        ✓ 30-day no delivery refund

Learn more ›

🛡️ **Temu purchase protection**

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

Learn more ›



Free shipping
On items shipped from Temu

Free returns
Up to 90 days*

Price adjustment

Get the Temu App

TEMU | Best Sellers | 5-Star Rated | Early Black Friday | Local Warehouse | Categories

butterfly jewelry

Orders & Account | Support | EN

Home › Home & Kitchen › Event & Party Supplies › 10 Pairs of Vibrant Butter...

10 Pairs of Vibrant Butterfly Earrings Set - Fashion Jewelry Packs with 2D Acrylic Material, Colorful Designs, Small and Exquisite, Perfect for Halloween, Thanksgiving, Autumn, Winter, and Daily Wear

Local warehouse | Fastest delivery in 3 business days

65 sold | Provided by (1.2K+ sold) › 3.7 ★★★★☆

#4 Best Seller from this provider

Last day $11.18 Pay $2.79 today Special sale

4 interest-free biweekly installments

Free shipping on orders over $30 from this provider ›

Quantity: 10 Pairs

Qty 1 Almost sold out

Add to cart

Buy now
Faster dispatch

Ships from this local warehouse ›
Standard: $2.99 or FREE (if ordering $30.00+ from this local warehouse), Fastest delivery in 3 business days

Temu's Commitments ›

Security & Privacy
- Safe payments
- Secure privacy

Delivery guarantee
- $5.00 Credit for delay
- 15-day no update refund
- Return if item damag
- 20-day no delivery re

Free returns · Price adjustment ›

Temu's Tree Planting Program (14M+ trees) ›

3 reviews | 3.7 ★★★★☆ All reviews are from verified purchases

Item reviews (3) Provider reviews (109)

(3)

91***93 in on Sep 14, 2024
★★★★★
love this, very cute

Hedy Ann Porch in on Sep 12, 2024
★★★★★

pu***ni in on Sep 28, 2024
★☆☆☆☆

BONUS COUPONS

Free shipping on items shipped from Temu

Price adjustment within 30 days

Best Sellers   5-Star Rated   Early Black Friday   Local Warehouse   Categories ⌄

butterfly jewelry

Orders & Account   Support   EN

25 Followers   |   1.2K+ Sold   |   4.7 ★

Festival Gifts

Contact provider   Follow   All items (61)

High repeat customers provider

### Details

♡ Save   **Report this item** ›

Occasion: Wedding,Generaling Fit,Other,tailgating

Holidays: Christmas,Halloween,Thanksgiving

Theme: Other Topics

See more ⌄

Learn about dimensions ›



BONUS COUPONS

Free shipping
On items shipped from Temu

Free returns
Up to 90 days*

Price adjustment

Get the Temu App

Best Sellers   5-Star Rated   Early Black Friday   Local Warehouse   Categories

butterfly jewelry

Orders & Account   Support   EN





BONUS COUPONS



Free shipping on items shipped from Temu

Price adjustment within 30 days











Free shipping
On items shipped from Temu
Up to 90 days*
Get the Temu App
TEMU
Best Sellers
5-Star Rated
Early Black Friday
Local Warehouse
Categories
butterfly jewelry
Orders & Account
Support
EN
1 Pair of Exquisite St. Patrick's Day...
$0.64 $1.49 456 sold
High repeat customers provi...
Local 6 Packs of 180 Sheets Retr...
$10.98 $19.99 55 sold
Almost sold out
Low item return rate provider
6 Pairs Exquisite Butterfly Design ...
$4.83 $12.89 2.6K+ sold
Almost sold out
345
High repeat customers provi...
Local S925 Glow-at-Ninght Firefl...
$7.67 $19.99 334 sold
Authorized by Annmors
50pcs Vibrant Nostalgic Clocks Ca...
$1.70 $5.99 3.6K+ sold
Almost sold out
456
High repeat customers provi...
Shimmering 3D Butterfly Stickers ...
Just once $3.40 $11.99
Only 6 left
Chic Blue Butterfly Dangle Earring...
$0.74 $1.99 800 sold
Almost sold out
85
High repeat customers provi...
Local 180 Sheets of Scrapbook P...
$10.07 $15.99 37 sold
Only 3 left
40pcs Iridescent PET Butterfly and...
Last day $5.94 $8.39
Almost sold out
High repeat customers provi...
Local 320 Pieces Colorful Butterfl...
$8.05 $15.99
Almost sold out
Local Colorful Butterfly Acrylic Ea...
$4.44 $17.99
Almost sold out
High repeat customers provi...
80 PCS Zhi Lan Man Di Series Stic...
$17.57 159 sold
Almost sold out
High repeat customers provi...
60pcs Flower, Moon & Animal Th...
$2.75 179 sold
Almost sold out
Established 1 year ago
8 Rolls PET Waterproof Transpare...
$11.27 $21.99 434 sold
Almost sold out
High repeat customers provi...
Chic Acrylic Butterfly Dangle Earri...
$0.63 $1.98 952 sold
101
High repeat customers provi...
BONUS COUPONS
Free shipping on items shipped from Temu
Price adjustment within 30 days

Free shipping
On items shipped from Temu
Up to 90 days*
Get the Temu App
TEMU
Best Sellers
5-Star Rated
Early Black Friday
Local Warehouse
Categories
butterfly jewelry
Orders & Account
Support
EN
Local Gothic Black Butterfly Holl...
$6.78 $29.99 14 sold
Only 1 Left
Low item return rate provider
Vintage Sky Blue Scrapbook Pape...
$4.03 $4.71 133 sold
Almost sold out
High repeat customers provi...
Local 600PCS Scrapbook Paper P...
$18.99 1 sold
Only 9 left
Charming Butterfly Acrylic Hangin...
$1.80 $6.99 2 sold
Local 3 Pieces Gradient Butterfly ...
$8.63 $29.99 16 sold
Only 5 left
Shimmering Golden Butterfly Stic...
Last day $0.83 $6.14
Almost sold out
High repeat customers provi...
120pcs Vintage Gold-Stamped Flo...
Just once $5.82 $16.99
Almost sold out
High repeat customers provi...
Local 1 Pair Simple Retro Pumpki...
$3.82 $19.69 1K+ sold
Local Charming 6-piece Colorful ...
$12.99 5 sold
Almost sold out
20/40 Pack Iridescent Butterfly Sti...
$1.69 $12.64 20 sold
Only 7 left
Acrylic Pink Butterfly Hanging Orn...
$2.44 $4.99 8 sold
Extra $0.14 off at checkout
Only 1 Left
High repeat customers provi...
Local 2pairs Colorful Butterfly Ac...
$7.78 $8.99 5 sold
Almost sold out
Local Aesthetic Mountain Forest ...
$34.98 1 sold
Almost sold out
240pcs Butterfly Shadow PET Self-...
$5.79 $18.99 96 sold
Almost sold out
High repeat customers provi...
6 Pairs Butterfly Drop Earrings Set...
$4.18 $5.49 5 sold
Almost sold out
High repeat customers provi...
BONUS COUPONS
Free shipping on items shipped from Temu
Price adjustment within 30 days

Free shipping
On items shipped from Temu
Up to 90 days*
Get the Temu App
TEMU
Best Sellers
5-Star Rated
Early Black Friday
Local Warehouse
Categories
butterfly jewelry
Orders & Account
Support
EN
Local 10 Pieces, Acrylic Pendant, ...
$13.99
Only 7 left
20-Pack Vintage Floral Stickers wi...
$1.99 362 sold
Almost sold out
Established 1 year ago
Local 120 Pcs (6 Packs) Vintage L...
$8.98 43 sold
Almost sold out
Low item return rate provider
Local Set of 2 Exquisite Crystal Pi...
$35.72 $84.00 119 sold
Almost sold out
High repeat customers provi...
Local Spring Mountain in Mist T...
$8.07 $12.99 6 sold
Only 5 left
Vintage Ice Crystal Butterfly Series...
$1.27 101 sold
Only 9 left
High repeat customers provi...
Local 240 Sheets (8 Pack) Vintag...
$13.98 18 sold
Only 2 left
Low item return rate provider
Pair of Elegant Black Butterfly Dan...
$0.77 $7.99 4K+ sold
359
High repeat customers provi...
Local Butterfly Acrylic Table Cent...
$5.47 $17.88 604 sold
just bought
High repeat customers provi...
Local Angel Devil Earrings Sterlin...
$33.52 16 sold
Almost sold out
Local Super Cute 7 Pairs/14-Piec...
$9.79 $16.04 429 sold
Only 1 Left
20pcs Pink Crystal Butterfly Sticke...
$2.80 28 sold
Only 4 left
High repeat customers provi...
Local 10Pcs, Acrylic pendant dec...
$14.49 15 sold
Almost sold out
Fast delivery provider
Local Four-Piece Sea Turtle and ...
$10.97 204 sold
Only 1 Left
Local SEREE Digital Camera for P...
$33.99 239 sold
New Arrival in Photos & Optics
Authorized by SEREE
BONUS COUPONS
Free shipping on items shipped from Temu
Price adjustment within 30 days

Free shipping
On items shipped from Temu

Free returns
Up to 90 days*

Price adjustment

Get the Temu App

TEMU Best Sellers | 5-Star Rated | Early Black Friday | Local Warehouse | Categories

butterfly jewelry

Orders & Account | Support | EN

Almost sold out | Only 1 Left | ★★★★★ | Almost sold out | Almost sold out

Low item return rate provider | Fast delivery provider

50pcs 10mm Vibrant Sparkling Re...
$3.20 $21.93 42 sold
Only 4 left
★★★★★

Local Exquisite Butterfly Alloy St...
$4.38 $9.99 108 sold
Lowest price in 60 days
★★★★★

Local Vibrant Acrylic Memorial C...
$5.47 $28.99 540 sold
★★★★★ 83
High repeat customers provi...

72pcs 3D Butterfly Wall Decals - R...
$2.39 $14.89 727 sold
Almost sold out just bought
★★★★★ 50

Local 240PCS Vintage Material P...
$8.85 $13.95 10 sold
Only 9 left

Elegant & Charming Multicolor P...
$1.01 $16.99 22 sold
Only 1 Left
★★★★★
High repeat customers provi...

Local 120 Sheets (4 Books) Vibra...
$12.48 58 sold
Almost sold out
★★★★★
Low item return rate provider

5pcs Light Green Ice Crystal Broke...
Just once $3.55 $5.49
Only 9 left
High repeat customers provi...

Local Enchanting Elf Fairy Acrylic...
$6.99 $16.99 6 sold
Only 4 left

Local 120 Pcs (6 Pack) Vintage La...
Last day $10.11 6 sold
Almost sold out
Low item return rate provider

View more

BONUS COUPONS

Company info
About Temu

Customer service
Return and refund policy

Help
Support center & FAQ

Download the Temu App
Track orders any time

Connect with Temu

Free shipping on items shipped from Temu

Price adjustment within 30 days

**Free shipping**
On items shipped from Temu

**Free returns**
Up to 90 days*

**Price adjustment**

**Get the Temu App**

Best Sellers    5-Star Rated    Early Black Friday    Local Warehouse    Categories

butterfly jewelry

Orders & Account    Support    EN

Security certification

We accept

© 2024 WhaleCo Inc.    Terms of use    Privacy policy    Your privacy choices    Ad Choices



BONUS COUPONS







Free shipping
Special for you

Free returns
Up to 90 days*

Get the Temu App

TEMU

Return if item damaged >

Home > Checkout

Free returns on all items of this order

**Shipping address**

Change address >

**steven howard** +1 (554)626-5486
1 N La Salle St
CHICAGO, IL 60602-3902, United States

**Ships from — Our Festival Gifts (1)** Local warehouse

Special sale | Last day

10 Pairs of Vibrant Butterfly Earrings Set - Fashion Jewelry Packs with 2D Acrylic Material, Colorful Des...
10 Pairs
Qty: 1
Special sale | Last day
$11.18

Standard shipping: $2.99, delivery: 3-7 business days, fastest delivery in 3 business days >

Add $18.82 more from this provider to get free shipping

View more >

| | | | | |
|---|---|---|---|---|
| $6.35 | $8.42 | $7.85 | $10.44 | $11.13 |
| Add | Add | Add | Add | Add |

**Payment methods**

Card

All transactions are secure and encrypted

**Order summary**

Enter coupon code Apply

Apply coupon code >

| | |
|---|---|
| Item(s) total: | $11.18 |
| Shipping: | $2.99 |
| Sales tax: | $1.15 |
| Order total: | $15.32 |

**Plant with Temu**

We invite you to plant a tree for $0.35

**Submit order**
Special sale | 21:30:51

Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa

Delivery guarantee

- $5.00 Credit for delay
- Return if item damaged
- 15-day no update refund
- 20-day no delivery refund

Learn more >

Temu protects your card information

- Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data
- Card information is secure and uncompromised
- All data is encrypted
- Temu never sells your card information

Secure privacy

Protecting your privacy is important to us! Please be assured that your information will be kept secured and uncompromised. We do not sell your personal

* Card number

VISA 4041 1789 5899 9192

* Expiration date          * CVV
12          2028          591

✓ Remember this card for future use, Temu follows the Payment Card Industry Data Security Standard (PCI DSS) when handling card data.

* Billing address                                    ☐ Edit
steven howard, 1 N La Salle St, CHICAGO, IL 60602-3902, United States

○ PayPal

○ Cash App Pay ⍰

○ Venmo

○ Google Pay

○ Afterpay ⍰
$20 product minimum applies

○ Klarna ⍰
$20 product minimum applies

○ Affirm ⍰
$35 product minimum applies

○ PayPal Pay Later
$30 product minimum applies

information for money and will only use your information in accordance with our privacy and cookie policy to provide and improve our services to you.
Learn more ›

🛡 Temu purchase protection
Shop confidently on Temu knowing that if something goes wrong, we've always got your back.
Learn more ›

FREE STANDARD SHIPPING ON ORDERS OF $29+ | FREE RETURNS *CONDITIONS APPLY | PRICE ADJUSTMENT WITHIN 30 DAYS

# SHEIN

Search

Categories ⌄   New In   Sale   Women Clothing   Beachwear   Kids   Curve   Men Clothing   Shoes   Underwear & Sleepwear   Home & Kitchen   Jewelry & Accessories   Beauty & Health   Baby & Matern

Home / Home & Living / Home Decor / Wind Chimes & Hanging Decorations / Decorative Hanging Ornaments / 2pcs Acrylic Unique Butterfly Car Pendant, Hanging Ornament, Backpack Pendant, Couple Gift Keychain



**2pcs Acrylic Unique Butterfly Car Pendant, Hanging Ornament, Backpack Pendant, Couple Gift Keychain**
SKU: sh2405315245589478

**$1.90**

50% OFF For orders $9.90+   40% OFF For orders $49.00+   20% OFF For orders $169.00+  ›

**Size**

2pcs

**Qty:**   —   1   +

SOLD OUT   ♡

Do you like this product?
Show Similar

Description   +

About Store   —

YWheyi   3P Seller
4.85 Rating    71 Items    347 Followers

All Items    + Follow



1pc Moon & Star Design Wall H...
🏅 #6 Best Sellers in Decorative Ha...
$1.90  -6%

1pc Acrylic Artistic Decorative W...
700+ sold recently
$2.10  -5%

Cute Crochet Strawberry Car H...
1.2k+ sold recently
$0.85  -55%

*1pc Christmas Theme Hollow R...
🏅 #9 Best Sellers in Wind Chimes ...
$1.76  -20%

1pc Amber Dragonfly, 2D Acrylic...
500+ sold recently
$1.40

Crystal Chips Square Sun Catch...
800+ sold recently
$3.60  -6%

1Pc Lotus Window Crystal Sunc...
700+ sold recently
$2.50  -4%

Interesting Raccoon Acrylic Pen...
200+ sold recently
$1.01  -28%

1pc Lovely Pet Dog Dyed Drea...
80+ sold recently
$3.00  -3%

Honey Dew Gifts Home Decor, ...
100+ sold recently
$1.70

FREE STANDARD SHIPPING
ON ORDERS OF $29+ | FREE RETURNS
*CONDITIONS APPLY | PRICE ADJUSTMENT
WITHIN 30 DAYS

SHEIN

Search

Categories ⌄  New In  Sale  Women Clothing  Beachwear  Kids  Curve  Men Clothing  Shoes  Underwear & Sleepwear  Home & Kitchen  Jewelry & Accessories  Beauty & Health  Baby & Matern



| 1pc ID Initial Letter Charm, Crea... | 1pc Wooden Lotus Hollow Stora... | Crystal Sun Catcher Pendant La... | 1pc Woven Leaf Design Wall Ha... | 1pc Dripping Sun Catcher \| Rain... |
|---|---|---|---|---|
| 400+ sold recently | 200+ sold recently | 500+ sold recently | 🏅 #3 Best Sellers in Decorative Ha... | 100+ sold recently |
| $0.72 -20% | $5.30 -4% | $2.50 | $7.40 -3% | $1.90 -6% |

View More



FREE STANDARD SHIPPING ON ORDERS OF $29+ | FREE RETURNS *CONDITIONS APPLY | PRICE ADJUSTMENT WITHIN 30 DAYS

SHEIN

Search

1 0

Categories New In Sale Women Clothing Beachwear Kids Curve Men Clothing Shoes Underwear & Sleepwear Home & Kitchen Jewelry & Accessories Beauty & Health Baby & Matern

Sustainability
Fashion Blogger
Supply Chain
Careers
Student Discount
#SHEIN101

Returns
Refund
How To Order
How To Track
Size Guide
SHEIN VIP
Sell On Shein

Payment & Tax
Bonus Point

SIGN UP FOR SHEIN STYLE NEWS

Your Email Address | Subscribe

US + 1 | WhatsApp Account | Subscribe

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Policy. If you want to unsubsribe the marketing email, please proceed to our privacy center.

WE ACCEPT

©2009-2024 SHEIN All Rights Reserved

Privacy Center | Privacy & Cookie Policy | Do Not Sell My Personal Information | Terms & Conditions | Marketplace IP Rules | IP Notice | Accessibility | Imprint | Ad Choice | United States







FREE STANDARD SHIPPING ON ORDERS OF $29+ | FREE RETURNS *CONDITIONS APPLY | PRICE ADJUSTMENT WITHIN 30 DAYS

SHEIN

Search

1 0

Categories New In Sale Women Clothing Beachwear Kids Curve Men Clothing Shoes Underwear & Sleepwear Home & Kitchen Jewelry & Accessories Beauty & Health Baby & Matern

Home / Home & Living / Home Decor / Wind Chimes & Hanging Decorations / Decorative Hanging Ornaments / 1pc Plane Pendants Butterfly Car Decoration Plane Pendants Hanging Luggage Keychain Bag Accessories

1pc Plane Pendants Butterfly Car Decoration Plane Pendants Hanging Luggage Keychain Bag Accessories

SKU: sh2405150690352529

**$1.40**

50% OFF For orders $9.90+ | 40% OFF For orders $49.00+ | 20% OFF For orders $169.00+

Show similar in-stock items in 'one-size' View All >

Qty: 1

SOLD OUT

**Description** +

**About Store** –

**SHEIN HOME** 3P Seller

4.80 Rating | 12 Items | 68 Followers

All Items | + Follow

## Customers Also Viewed

FREE STANDARD SHIPPING ON ORDERS OF $29+ | FREE RETURNS *CONDITIONS APPLY | PRICE ADJUSTMENT WITHIN 30 DAYS

SHEIN

Search

1 0

Categories New In Sale Women Clothing Beachwear Kids Curve Men Clothing Shoes Underwear & Sleepwear Home & Kitchen Jewelry & Accessories Beauty & Health Baby & Matern

1pc Acrylic Artistic Decorative W...
700+ sold recently
$2.10 -5%

1pc 2D Flat Acrylic Cross Sun C...
50+ sold recently
$1.90 -5%

1pc Moon & Star Design Wall H...
#6 Best Sellers in Decorative Ha...
$1.90 -5%

Cute Crochet Strawberry Car H...
1.2k+ sold recently
$0.85 -55%

1pc Gold-color Flame & Moon S...
1.2k+ sold recently
$2.74 -24%

Marketplace
NEW 3Pcs/Set Angel Doll Christ...
$12.90 -28%
QuickShip Free Shipping

Marketplace
Hanging Photo Frame With Clip,...
400+ sold recently
$3.90 -3%

Marketplace
Interesting Raccoon Acrylic Pen...
200+ sold recently
$1.01 -28%

Marketplace
"1pc Christmas Theme Hollow R...
#9 Best Sellers in Wind Chimes ...
$1.76 -20%

Marketplace
1pc Home Ornament Blue Evil E...
80+ sold recently
$2.60 -4%

1Pc Chakra Window Crystal Su...
300+ sold recently
$4.80 -2%

NEW 1 Piece, Halloween Happy...
$15.20 -28%
QuickShip  Free Shipping

1Pc Lotus Window Crystal Sunc...
100+ sold recently
$2.10

1pc Amber Dragonfly, 2D Acrylic...
500+ sold recently
$1.40

1pc Woven Tassel Wall Hanging...
100+ sold recently
$1.29 -24%

View More



FREE STANDARD SHIPPING ON ORDERS OF $29+ | FREE RETURNS *CONDITIONS APPLY | PRICE ADJUSTMENT WITHIN 30 DAYS

SHEIN

Search

1 0

Categories New In Sale Women Clothing Beachwear Kids Curve Men Clothing Shoes Underwear & Sleepwear Home & Kitchen Jewelry & Accessories Beauty & Health Baby & Matern

Sustainability
Fashion Blogger
Supply Chain
Careers
Student Discount
#SHEIN101

Returns
Refund
How To Order
How To Track
Size Guide
SHEIN VIP
Sell On Shein

Payment & Tax
Bonus Point

SIGN UP FOR SHEIN STYLE NEWS

Your Email Address | Subscribe

US + 1 | WhatsApp Account | Subscribe

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Policy. If you want to unsubsribe the marketing email, please proceed to our privacy center.

WE ACCEPT

©2009-2024 SHEIN All Rights Reserved
Privacy Center | Privacy & Cookie Policy | Do Not Sell My Personal Information |
Terms & Conditions | Marketplace IP Rules | IP Notice | Accessibility | Imprint |
Ad Choice | United States





amazon prime | Deliver to steven Chicago 60602 | Home & Kitchen | Search Amazon | EN | Hello, steven Account & Lists | Returns & Orders | 0 Cart | Subtotal $0.00

All | Rufus | Off to College | Same-Day Delivery | Medical Care | Amazon Basics | Automotive | Groceries | Shop By Interest | Household, Health & Baby Care | Livestreams | Shop the Labor Day Sale

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Sponsored

Automotive › Replacement Parts › Body & Trim › Trim › Interior › Mirrors

Roll over image to zoom in

# Butterfly 2D Flat Car Ornament, Car Hanging Accessories for Car Rear View Mirror Cute Car Pink Butterfly for Women Rearview Hanging Charm, Home Decor, Christmas Tree Decor

Visit the Kimvino Store

$11.49

**Before you buy, get a $100 Amazon Gift Card instantly** upon approval for Prime Visa. Find out how

**About this item**

- 【Car Decorations Design】The rearview mirror accessory is made of acrylic material, and the butterfly shape swings with the driving car, like a butterfly flying inside the car.
- 【Easy Installation】You receive Rear View Mirror Accessories as a finished product, just hang the Rear View Mirror Accessories directly anywhere you need to decorate, such as car mirrors, walls, bedside, handbags, duffel bags, etc. Rear View Mirror Accessories will bring good luck and happiness to you and your family.
- 【Perfect Gifts】Our car accessories for women,Cute Girly Bling Car Decorative Hanging Ornament, Perfect as a gift for your friends and family on important holidays like Valentine's Day, Mother's Day, Thanksgiving, Christmas, Birthday... Whoever she is,she will be happy once she gets it!
- 【Multi-scene use】Rear View Mirror Accessories it can not only be used for car decoration, but also for home decoration and office decoration, give car decorations to your friends or loved ones/family to decorate their cars, it will be a year-round Christmas gift, wedding and birthday gift.
- 【After-sales Service】If you have any questions about our products, please feel free to contact us. We will reply to your questions within 24 hours, please feel free to buy! Happy shopping!

$11.49

FREE delivery **September 17 - October 8**. Details

Deliver to steven - Chicago 60602

**Only 9 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Kimvino |
| Sold by | Kimvino |
| Returns | 30-day refund/replacement |
| Customer service | Kimvino |

See more

Add to List

⬜ Report an issue with this product or seller

Sponsored ⓘ

Subtotal
**$0.00**

Sponsored ⓘ

**Buy it with**

**This item:** Kimvino Butterfly 2D Flat Car Ornament, Car Hanging Accessories for Car Rear View…
$11⁴⁹

**+**

SINGARO Car Cup Coaster, 4PCS Universal Non-Slip Cup Holders Embedded in Ornaments Coast…
$5⁹⁹ ($1.50/Count) ✓prime

**+**

Car Pass Pink Embroidery Butterfly Steering Wheel Cover, Universal 15 Inch Car Wheel…
$16⁹⁸ ✓prime

Total price: **$34.46**

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others. Show details

**Similar items that deliver to you quickly**

| | | | | | |
|---|---|---|---|---|---|
| Generic Daisy Car Hanging Ornaments for Women Girls Cute Sunflower Car Rear View Mirror Hanging Charms… | cobee Butterfly Car Accessories, Car Interior Mirror Ornaments Car Bling Rearview Mirror Accessories Diamond C… | LIKAGI Car Rear View Mirror Hanging Accessories, Angel Wings with K9 Crystal Ball… | Car Mirror Hanging Accessories Women Cute Car Decorations Accessories Interior Aesthetic Pendant, Han… | GEEHUA Daisy Car Decoration, Car Hanging Ornament Plaster Sunflower Car Accessories Cute Rearview Mirror Decor Hanging for… | FREEBLOSS Car Hanging Ornament Acrylic Car Charm Car Rear View Mirror Accessories Dragonfly Car Interior Pendant Car Hanging… |
| ★★★★☆ 11 | ★★★★½ 97 | ★★★★½ 20 | ★★★★½ 5 | | |
| $8.99 | $6.69 | **Amazon's Choice** | $8.99 | $4.99 | $4.49 |
| ✓prime FREE One-Day Get it Tomorrow, Aug 27 | ✓prime FREE One-Day Get it Tomorrow, Aug 27 | $6.79 ✓prime FREE One-Day Get it Tomorrow, Aug 27 | ✓prime FREE One-Day Get it Tomorrow, Aug 27 | ✓prime FREE Delivery Wednesday, Aug 28 | ✓prime FREE Delivery **Friday,** Aug 30 |

## Products related to this item

Sponsored ⓘ



Butterfly Car Mirror Hanging Accessories, Cute Car Accessories for Women, Butterfli...

$9⁹⁹

✓prime



GLEAVI Butterfly Car Accessories: Bling Butterfly Car Interior Pendant Car Rear Vie...

$6⁹⁹

✓prime




Crystal Flower Car Rear View Mirror Accessories Sun Catcher Car Accessories Hanging...

★★★★★ 1

$9⁹⁹

✓prime



Acrylic Butterfly Ornaments Butterflies Shape Hanging Tree Ornament for Spring...

$8⁹⁹



SOLUSTRE Butterfly Car Hanging Ornament - Rhinestones Butterfly Car Charms Pendant ...

★★★★★ 1

$14¹⁹

✓prime



Common Jezebel butterfly Ornament Car Rear View Mirror Accessories Christmas...

$14⁹⁹



Common Jezebel butterfly Ornament Car Rear View Mirror Accessories Christmas...

$14⁹⁹



Multi-Colored Waving Butter... Ornament for Console and A

★★★½☆ 7

$14⁸⁷

✓prime

Subtotal
$0.00

## Product information

| Manufacturer | Kimvino |
| --- | --- |
| ASIN | B0D49FWPQL |
| Country of Origin | China |
| Item model number | HDCG240516 |
| Date First Available | May 16, 2024 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

【Car Decorations Design】

The rearview mirror accessory is made of acrylic material, and the butterfly shape swings with the driving car, like a butterfly flying inside the car.

【Easy Installation】

You receive Rear View Mirror Accessories as a finished product, just hang the Rear View Mirror Accessories directly anywhere you need to decorate, such as car mirrors, walls, bedside, handbags, duffel bags, etc. Rear View Mirror Accessories will bring good luck and happiness to you and your family.

【Perfect Gifts】

Our car accessories for women,Cute Girly Bling Car Decorative Hanging Ornament, Perfect as a gift for your friends and family on important holidays like Valentine's Day, Mother's Day, Thanksgiving, Christmas, Birthday… Whoever she is,she will be happy once she gets it!

【Multi-scene use】

Rear View Mirror Accessories it can not only be used for car decoration, but also for home decoration and office decoration, give car decorations to your friends or loved ones/family to decorate their cars, it will be a year-round Christmas gift, wedding and birthday gift.

【After-sales Service】

If you have any questions about our products, please feel free to contact us. We will reply to your questions within 24 hours, please feel free to buy! Happy shopping!

**Subtotal**
**$0.00**

**Looking for specific info?**

## Products related to this item
Sponsored


Butterfly Car Mirror Hanging Accessories, Cute Car Accessories for Women, Butterfli...
$9.99
prime


Acrylic Butterfly Ornaments Butterflies Shape Hanging Tree Ornament for Spring...
$8.99
prime


GLEAVI Butterfly Car Accessories: Bling Butterfly Car Interior Pendant Car Rear Vie...
$6.99
prime


Multi-Colored Wing-Waving Butterfly Car Ornament for Car Center Console and Air Out...
★★★☆☆ 7
$14.87
prime


Black Swallowtail butterfly Ornament Car Rear View Mirror Accessories Christmas...
$14.99


Custom Crystal Car Pendant Charms with Personalized Photos and Texts | Rearview Mir...
★★★★☆ 11
$25.99

Bling Heart Diamond Car Accessories for Women Men,- Crystal Car Rearview Mirror Dec...
$9.99
prime


Crystal Flower View Mirror A... Sun Catcher C... Accessories Ha...
★★★★★ 1
$9.99
prime

Sponsored ⓘ

Subtotal
$0.00

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

**No customer reviews**

Sponsored ⓘ

Subtotal
**$0.00**

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help





amazon
English
United States

Subtotal
$0.00

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime | Secure checkout | Cart

**Delivering to steven howard** Change
1 N LA SALLE ST, CHICAGO, IL, 60602-3902, United States
Add delivery instructions

**Paying with Visa 3651** Change
Use Chase Ultimate Rewards points
$57.97 (7,247 points) available
Use a gift card, voucher, or promo code

**Arriving Sep 17, 2024 - Oct 8, 2024**

Kimvino Butterfly 2D Flat Car Ornament, Car Hanging Accessories for Car Rear View Mirror Cute Car Pink Butterfly for Women Rearview Hanging Charm, Home Decor, Christmas Tree Decor
$11.49
Ships from Kimvino
Sold by Kimvino

**Quantity:** 1 Change

Gift options not available

**Choose your delivery option:**
**Tuesday, Sep 17 - Tuesday, Oct 8**
FREE Delivery

Place your order

**Order total: $12.67**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $11.49 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.18 |
| **Order total:** | **$12.67** |

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Am

Back to cart

amazon

English

United States

Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



Sponsored ⓘ

Handmade Products › Jewelry › Charms

Roll over image to zoom in

# Women's teens pink acrylic butterfly keychain with satiny woven pink and silver alloy keyring. Gift bag included with purchase

Visit the Handmade Store

Search this page

$12.00

Women's teens pink acrylic butterfly keychain with satiny woven pink and silver alloy keyring. Rhinestone Gift bag included with purchase. Beautiful 2.3 x 3.15 acrylic butterfly total inches 6.7

- Acrylic pink butterfly

Report an issue with this product or seller

### Additional Details

**Handmade**
This item was handcrafted, hand-designed, or hand-altered with love. Learn more

**Small Business**
This product is from a small business brand. Support small. Learn more

$12.00

FREE delivery **September 3 - 4.**
Details

Deliver to steven - Chicago 60602

Only 1 left in stock - order soon.

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Joyfuljewelrykjc |
| Sold by | Joyfuljewelrykjc |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List



**Joyfuljewelrykjc**

Joyfuljewelrykjc hand crafted beaded jewelry. in North Carolina

› Contact me with general inquiries

Are you a Maker?
Apply to join Amazon Handmade

Sponsored ⓘ

Subtotal
**$0.00**

---

## Based on your recent views

Sponsored ⓘ















5 x Emotional Support Water Bottle Sticker White Transparent Stickers Women Water...
★★★★☆ 5
-19% $18⁰⁹
($1.62/Count)
List Price: $9.99
Exclusive Prime price
✓prime

Best Friend Necklace Long Distance Friendship Gifts Women Two State Necklace Jewelr...
★★★★☆ 1,715
$26⁵⁰

Insert Coin Sticker, Arcade, Pinball Sticker, Coin Slot Sticker Holographic
★★★★★ 1
$4⁹⁹

Holographic Butterfly Double Silver Rhinestone Car Engine Start Stop Decoration Rin...
$9⁹⁹
Save 5% with coupon

English Bulldog - Funny Whiskey Rocks Glass Gifts for Men & Women with Bulldogs - F...
★★★★★ 119
$19⁹⁵
✓prime

XOXOKristen Wedding Gold Foiled Stickers with Initials in 2x1 inch size, Wedding Fa...
$8⁹⁵

JJJ Design K-pop Finger Heart Name Stickers for Kids - 43 Personalized Labels per S...
$15⁹⁹

Set of 3 Single Decal, Letter v Tumbler Decal, Monogram Vin...
★★★★☆ 4
$9⁹⁹ ($3.33/C
✓prime

---

## Product details

**Department** : womens

**Date First Available** : July 6, 2024

**ASIN** : B0D8YXS8MR

Looking for specific info?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

Sponsored

No customer reviews

Subtotal
**$0.00**

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You



Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

Subtotal
$0.00

amazon
English
United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed

Real-Time
Crime
& Safety
Alerts

Like-new
products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

Subtotal
$0.00



amazon prime | Secure checkout | Cart

**Delivering to steven howard** Change
1 N LA SALLE ST, CHICAGO, IL, 60602-3902, United States
Add delivery instructions

**Paying with Visa 3651** Change
Use Chase Ultimate Rewards points
$57.97 (7,247 points) available
Use a gift card, voucher, or promo code

**Arriving Sep 3, 2024 - Sep 4, 2024**

Women's teens pink acrylic butterfly keychain with satiny woven pink and silver alloy keyring. Gift bag included with purchase
$12.00
Ships from Joyfuljewelrykjc
Sold by Joyfuljewelrykjc

**Quantity:** 1 Change

Gift options not available

**Choose your delivery option:**
**Tuesday, Sep 3 - Wednesday, Sep 4**
FREE Delivery

Place your order **Order total: $13.23**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $12.00 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.23 |
| **Order total:** | **$13.23** |

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Am

Back to cart

amazon

English

United States

Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



Sponsored

Automotive › Replacement Parts › Body & Trim › Trim › Interior › Mirrors

amazonconfirmedfit | Make sure this fits

Roll over image to zoom in

# Butterfly Car Rearview Mirror Accessories, Butterfly 2D Flat Pendant for Rear View Mirror Car Christmas Tree Ornament Decoration Hanging Charm Interior Rearview Pendant Decor Gift(Pink)

Brand: CmeRto
Search this page

$5.59

prime One-Day
FREE Returns

**Before you buy, get a $100 Amazon Gift Card instantly** upon approval for Prime Visa. Find out how

Color: **pink**

$5.59 prime | $5.59 prime | $5.59 prime

| | |
|---|---|
| **Auto Part Position** | Front |
| **Brand** | CmeRto |
| **Color** | pink |
| **Manufacturer** | CmeRto |
| **Lens Curvature Description** | Flat |

**Material** Acrylic | **Vehicle Service Type** Car

**About this item**

- High-Quality Materials: The butterfly decor hanging made of high-quality, long-lasting acrylic with vibrant colors that won't fade easily, printed on both sides, anti-rust and anti-corrosion, highly polished with durable materials to ensure it lasts and retains its vibrant colors, even in different weather conditions.
- Adorable Design:Butterfly Car Rear View Mirror Accessories with Unique Design-Butterfly symbolizes freedom, beauty and happiness, hope, change

Delivery | Pickup

$5.59

prime One-Day
FREE Returns

FREE delivery **Tomorrow, August 27**

Or FREE delivery **Overnight 7 AM - 11 AM** on qualifying orders over $25. Order within 7 hrs 24 mins

Deliver to steven - Chicago 60602

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Hly-At |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

Add a gift receipt for easy returns

Add to List

Rufus beta

Can this accessory block driver's view?

Is this accessory easy to install?

Does this accessory swing when car moves?

and growth. The 2D flat animal hanging pendant captures the essence of these majestic creatures and adds a delightful touch to your car's interior.

- Versatile Decoration: This pendant isn't just for your car; it can also be used as a versatile decoration on your bag or as a keychain pendant. Our butterfly car rear view mirror accessories will swing wonderfully while the car is driving or the wind is blowing, which is quite vibrant and striking.

- Easy Installation: Installing this pendant is a breeze. It easily attaches to your car's rearview mirror or can be used as a delightful bag or keychain accessory, The butterfly rearview mirror hanging accessories is designed proper size, with adjustable hanging chain, will not affect the driving sight.

- Versatile Butterfly Hanging Ornaments: this pendant makes for a perfect gift. It showcases your love for these remarkable animals while adding a dash of cheerfulness to your surroundings, Butterfly hanging decor is great for car decor, home decor, office decor, Christian christmas ornaments,butterfly ornaments for christmas tree.

› See more product details

Report an issue with this product or seller

Sponsored ⓘ

## Buy it with



Total price: $28.56

Add all 3 to Cart

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Butterfly Car Rearview Mirror Accessories, Butterfly 2D Flat Pendant for Rear View Mirr…

$5¹⁸ ✓prime

SINGARO Car Cup Coaster, 4PCS Universal Non-Slip Cup Holders Embedded in Ornaments Coast…

$5⁹⁹ ($1.50/Count) ✓prime

Car Pass Pink Embroidery Butterfly Steering Wheel Cover, Universal 15 Inch Car Wheel…

$16⁹⁸ ✓prime

## Similar items that deliver to you quickly

Rufus Beta

Can this accessory block driver's view?

Is this accessory easy to install?

Does this accessory swing when car moves?








Bling Butterfly Diamond Car Hanging Accessories, Crystal Car Rear View Mirror Charms Car...
★★★★☆ 189
Amazon's Choice
$7.79
✓prime FREE One-Day Get it Tomorrow, Aug 27

Crystal Butterfly Car Mirror Decor Hanging, AFUNTA Car Charms Rear View Mirror Hanging Accessories Colored Fis...
★★★★☆ 23
$8.99
✓prime FREE One-Day Get it Tomorrow, Aug 27

Butterfly Car Rearview Mirror Accessories, Cute Acrylic Hanging Car Rearview Mirror Charm, Butterfly Car Ornament...
★★★☆☆ 2
$4.29
✓prime FREE One-Day Get it Tomorrow, Aug 27

Amabro Crystal Glass Butterfly Car Mirror Decor Hanging, Automotive Rear View Mirror Hanging Prisms for women...
★★★☆☆ 6
$6.99
✓prime FREE One-Day Get it Tomorrow, Aug 27

Ziciner Angel Wings Car Rearview Mirror Pendant, Gypsum Rear View Mirror Lucky Hanging Ornament, Cute Car...
★★★★☆ 3
$6.89
✓prime FREE One-Day Get it Tomorrow, Aug 27

Car Rear View Mirror Pendant, Bling Crystal Hanging Ornament, Fashion Car Accessories, Auto Rear View Mirror...
★★★★☆ 61
$5.99
✓prime FREE One-Day Get it Tomorrow, Aug 27

## Products related to this item

Sponsored ⓘ








Butterfly Car Mirror Hanging Accessories, Cute Car Accessories for Women, Butterfli...
$9.99
✓prime

Customized personalized photo interior car caravan SUV interior hanging decorations...
$19.98

GLEAVI Butterfly Car Accessories: Bling Butterfly Car Interior Pendant Car Rear Vie...
$6.99
✓prime

Common Jezebel butterfly Ornament Car Rear View Mirror Accessories Christmas...
$14.99

wonuu Swinging Skull Car Rear View Mirror Hanging Ornament, Cool Swinging Skeleton...
★★★★☆ 8
$9.99
✓prime

Personalized Car Hanging Ornament with Photo Song, Custom Car Ornament for Rear Vie...
$6.99
Save 30% with coupon

Car pendant star feather car pendant car rearview mirror pendant car interior decor...
$11.68

Sun Catcher Car Accessories Hanging Glass Lily of The Valley Rear View Mirror Acc...
★★★★★ 5
$9.99
✓prime

## Product Description

Make the rearview mirror looks awesome and inspirational with our custom shape car hanging ornament.

Offers multiple design aspects appealing to retro and modern tastes

Ensures no added weight to the rearview mirror and easy mounting, Can be effortlessly attached to the rearview mirror for immediate enhancement of your car's interior decor.

### Additional Information



Rufus Beta

Can this accessory block driver's view?

Is this accessory easy to install?

Does this accessory swing when car moves?

| | |
|---|---|
| | CmeRto |
| | CmeRto |
| | 1.06 ounces |
| ...sions | 9.17 x 3.35 x 0.91 inches |

| | |
|---|---|
| ASIN | B0CYCD2LSK |
| Best Sellers Rank | #736,419 in Automotive (See Top 100 in Automotive) #2,202 in Automotive Interior Mirrors |
| Date First Available | March 18, 2024 |

| Manufacturer Part Number | CRT6 |
|---|---|
| Position | Front |
| Mirror Lens Type | Flat |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Products related to this item

Sponsored ⓘ


Motaney Butterfly Car Mirror Hanging Accessories, Cute Car Accessories for...
$9.99
✓prime


Customized personalized photo printing car caravan SUV interior hanging decorations...
$19.98


Personalized Car Hanging Ornament with Photo Song, Custom Car Ornament for Rear Vie...
$6.99
Save 30% with coupon


BOGDAN Mother's Day Hanging Butterfly Pendant with Pink Rhinestones Christmas...
$12.99
✓prime


SkyVcian Custom Diamonds Photo Frame Car Rear View Mirror Hanging Ornaments –...
⭐⭐⭐⭐ 8
$9.68


Bling Heart Diamond Car Accessories for Women Men,- Crystal Car Rearview Mirror Dec...
$9.99
✓prime

Glittering Assorted Colors Crystal Ball Pendant For Car Rearview Mirror...
$9.99


GLEAVI Butterfly Car Accessories: Bling Butterfly Car Interior Pendant Car Rear Vie
$6.99
✓prime

## Similar brands on Amazon

Sponsored ⓘ



Verivue Mirrors Universal 12 Inch Interior Clip On Panoramic Rearview Mirror, Anti...
⭐⭐⭐⭐½ 19,281
$9.79 List: $15.99


Wontolf Rear View Mirror Universal Rearview Mirror Interior Anti-glare...
⭐⭐⭐⭐½ 708
$15.99


JOYTUTUS Rear View Mirror, Universal 11.81 Inch Panoramic Convex Rearview...
⭐⭐⭐⭐½ 10,546
$9.99 List: $13.99


Swing Pig Car Lucky Pig...
⭐⭐⭐⭐
$9.99

specific info?

Rufus
Can this accessory block driver's view?

Is this accessory easy to install?

Does this accessory swing when car moves?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

No customer reviews

Add to cart

Sponsored ⓘ



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| Press Center | Become a Delivery Driver | Shop with Points | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |

Rufus (beta)

Can this accessory block driver's view?

Is this accessory easy to install?

Does this accessory swing when car moves?







› See More Ways to Make Money

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

Rufus beta

Can this accessory block driver's view?

Is this accessory easy to install?

Does this accessory swing when car moves?

amazon prime

Secure checkout

Cart

**Delivering to steven howard**

1 N LA SALLE ST, CHICAGO, IL, 60602-3902, United States

Change

Add delivery instructions

FREE pickup available nearby

Amazon Go • 0.4 mi (See details)

500 W Madison St, Chicago, IL, 60661

Change to pickup

**Paying with Visa 3651**

Change

Use Chase Ultimate Rewards points

$57.97 (7,247 points) available

Use a gift card, voucher, or promo code

**Arriving Aug 27, 2024**

If you order in the next 10 hours and 24 minutes Details

Butterfly Car Rearview Mirror Accessories, Butterfly 2D Flat Pendant for Rear View Mirror Car Christmas Tree Ornament Decoration Hanging Charm Interior Rearview Pendant Decor Gift(Pink)

$5.59

prime & FREE Returns

Ships from Amazon.com

Sold by Hly-At

**Quantity:** 1 Change

Add gift options

**Choose your delivery option:**

**Tomorrow**
$2.99 Delivery

Tomorrow 7 AM - 11 AM

Tomorrow 10 AM - 3 PM

**Tomorrow, Aug 27**
FREE One Day Delivery

**Thursday, Aug 29**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Place your order

**Order total: $6.16**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $5.59 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.57 |
| **Order total:** | **$6.16** |

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of you will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazo

Back to cart

amazon

English

United States

Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



AliExpress hibiscus flower nails sticker Download the AliExpress app EN/ USD Hi, Xie Account 0 Cart

Welcome deal

**$0.99** ~~$3.61~~ 72% off

Price shown before tax Extra 1% off with coins

**Novel And Cute Purple Butterfly Pattern Car Interior Decor, 2D Acrylic Couple Pendant, Popular Key Pendant, Backpack Pendant**

by Happy Family777 Stor... ( 4.1 | 10,000+ sold )

**Color Name: 1pc**

**AliExpress assurance**

Safe payments Payment methods used by many international shoppers

Security & privacy We respect your privacy so your personal details are safe

Buyer protection Get your money back if your order isn't delivered by estimated date or if you're not satisfied with your order

**Ship to** Chicago, Illinois, United States

Choice AliExpress commitment

**Free shipping**

Delivery: **Oct 21 - 25**

**Fast delivery**

- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 30 days

**Free returns · Price adjustment**

**Security & Privacy**

Safe payments: We do not share your personal details with any third parties without your consent.

Secure personal details: We protect your privacy and keep your personal details safe and secure.

**Sustainability at AliExpress**

**Quantity**

1

Max. 1 pcs/shopper

Buy now

Add to cart

Customer Reviews Specifications Description Store You may also like

## Customer Reviews (0)

## Specifications

| | | | |
|---|---|---|---|
| Main Material | Plastic Fiber | Origin | Mainland China |



| Material | Acrylic | Item ID | EG24755 |

---

## Description

**Report Item / Suspicious Activity**





View more

Happy Family777 Store

**87.3%** Positive Feedback | **8** Followers

Message

     

## People also searched

Ranking Keywords

curved nail tips

This product belongs to **Home**

---

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. B2-20120091-8 33010802002248



AliExpress

## Shipping address

steven howard +1 5654452152
1 N la salle ST
Chicago, Illinois, United States, 60602
Change

## Payment Methods

VISA 4041 17****** 9192 Change

Choice Happy Family777 Store

Novel And Cute Purple Butterfly Pattern Car Interior Decor, 2D Acrylic Couple Pendant, Po...
1pc
$0.99 1

Shipping: Free shipping
Estimated delivery between Oct 21 - 25
Free returns

## Summary

| | |
|---|---|
| Subtotal | $0.99 |
| Promo codes | Enter |
| Shipping fee | Free |
| Tax | $0.18 |
| **Total** | **$1.17** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

$1.00 coupon code if delayed Refund if package lost Refund if items damaged Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

  

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide  ©2010-2024 AliExpress.com. All rights reserved.  B2-20120091-8  33010802002248

2024/10/22 23:54

Vibrant Pink Acrylic Butterfly Car Decor - Flat 2D Design Brings Playful Agility to Your Interior - AliExpress 34



### Welcome deal

**$0.99** ~~$2.75~~ 64% off

Price shown before tax | Extra 1% off with coins

**Vibrant Pink Acrylic Butterfly Car Decor - Flat 2D Design Brings Playful Agility to Your Interior**

by @Good Lucky7 Store ( ⭐4.1 | 10,000+ sold )

**Color Name: 1pc**

**AliExpress assurance**

✓ **Safe payments** Payment methods used by many international shoppers

🔒 **Security & privacy** We respect your privacy so your personal details are safe

🛡 **Buyer protection** Get your money back if your order isn't delivered by estimated date or if you're not satisfied with your order

**Ship to** ⊙ Chicago, Illinois, United States

**Choice** AliExpress commitment

📦 **Free shipping** ›
Delivery: **Oct. 31 - Nov. 04**

**Fast delivery**
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

↩ **Free returns · Price adjustment**

🔒 **Security & Privacy**
Safe payments: We do not share your personal details with any third parties without your consent.
Secure personal details: We protect your privacy and keep your personal details safe and secure.

🌱 **Sustainability at AliExpress**

**Quantity**

− 1 +

Max. 1 pcs/shopper

**Buy now**

**Add to cart**

Customer Reviews   Specifications   Description   Store   You may also like

## Customer Reviews (0)

## Specifications

| Main Material | Acrylic | Origin | Mainland China |
|---|---|---|---|
| CN | Zhejiang | Material | Acrylic |
| Item ID | MC29120 | | |

## Description

Report Item / Suspicious Activity

2024/10/22 23:54                     Vibrant Pink Acrylic Butterfly Car Decor - Flat 2D Design Brings Playful Agility to Your Interior - AliExpress 34



<div align="center">View more</div>

---

| Choice  **Good Lucky7 Store** | Message |
|---|---|
| 89.9% Positive Feedback \| 2 Followers | |

## You may also like

<div align="center">View more</div>

---

## People also searched

Ranking Keywords

s leisure suit

This product belongs to **Home**

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews

**Alibaba Group**

Vibrant Pink Acrylic Butterfly Car Decor - Flat 2D Design Brings Playful Agility to Your Interior - AliExpress 34

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Imprint · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for
EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

AliExpress

**Shipping address**

steven howard +1 5654452152
1 N la salle ST
Chicago, Illinois, United States, 60602
Change

**Payment Methods**

VISA 4041 17****** 9192 Change

Choice Good Lucky7 Store

Vibrant Pink Acrylic Butterfly Car Decor - Flat 2D Design Brings Playful Agility to Your Interior
1pc
$0.99 1

Shipping: Free shipping
Estimated delivery between Oct. 31 - Nov. 04
Free returns

**Summary**

| | |
|---|---|
| Subtotal | $0.99 |
| Promo codes | Enter |
| Shipping fee | Free |
| Tax | $0.14 |
| **Total** | **$1.13** |

Pay now

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery**

$1.00 coupon code if delayed Refund if package lost Refund if items damaged Refund if no delivery in 30 days

**Security & Privacy**

Safe payments · Secure personal details

**Safe Payments**

With popular payment partners, your personal details are safe.

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance, Transparency Center, Submit report (non-registered users)

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Imprint - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2024 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



Please Confirm Your Order - AliExpress