Case: 1:17-cv-06406 Document #: 24 Filed: 09/11/17 Page 1 of 1 PageID #:1787

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| H-D U.S.A., LLC | ) | Case No: 17 C 6406 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Thomas M. Durkin |
|  | ) |  |
| ZONG03, et al | ) |  |
|  | ) |  |

## ORDER

(:5)

Motion hearing held 9/11/2017. Plaintiff's ex-parte motion for entry of a temporary restraining order, including a temporary injunction, temporary asset restraint, and expedited discovery is granted. [10] Plaintiff's motion for leave to file under seal [7] is granted. Plaintiff's Amended Complaint [9] and Exhibit 1 thereto [9-1], Schedule A to the Complaint [8] and the Amended Complaint [9-2], Exhibit 3 to the Declaration [14], and the Temporary Restraining Order shall remain sealed until further ordered by this Court. Enter Sealed Restraining Order. Plaintiff's motion for electronic service of process [15] is granted. Plaintiff shall deposit with the Court ten thousand dollars ($10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of wrongful restraint. This Temporary Restraining Order shall remain in effect for fourteen (14) days.

Date:   9/11/2017                                    /s/ Thomas M. Durkin