# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Luxottica Group S.p.A., et al.

                                       Plaintiff,

v.                                                        Case No.: 1:16–cv–07988

                                                        Honorable Harry D. Leinenweber

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2016:

       MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 8/18/2016. Plaintiffs' Motion for leave to file under seal the following documents [7]: Plaintiffs' Amended Complaint, Schedule A attached to the Complaint and Amended Complaint; screenshot printouts and Exhibits 5 and 6 to the Declaration of Erin Lewis, is granted. Plaintiffs' Ex Parte Motion for entry of a Temporary Restraining Order, including a Temporary Injunction, A Temporary Transfer, a Temporary Asset Restraint, and Expedited Discovery[10] is granted. Plaintiffs' Motion for Electronic Service of Process [33] is granted. Status hearing set for 8/31/2016 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.