# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Tory Burch LLC, et al.
                                        Plaintiff,

v.                                      Case No.: 1:13−cv−02059
                                        Honorable Virginia M. Kendall

The Partnerships, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 25, 2013:

    MINUTE entry before Honorable Virginia M. Kendall: ENTER SEALED ORDER. Temporary restraining order hearing held on 3/25/2013. Temporary restraining order [7] is granted. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.