**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **WENJIE XIE,** | |
| Plaintiff, | **Civil Action No.: 24-cv-11674** |
| v. | **Honorable Judge Elaine E. Bucklo** |
| **THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",** | **Magistrate Judge Young B. Kim** |
| Defendants. | |

<u>**PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**</u>

Pursuant to Fed. R. Civ. P. 4(f)(3), Plaintiff, Wenjie Xie ("Plaintiff"), respectfully requests this Court to enter an order authorizing service of the Sealed Complaint and other documents by alternative means. A Memorandum of Law in Support is filed concurrently with this motion.

DATED November 19, 2024

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*