IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENJIE XIE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",<br><br>　　　　　　　　Defendants. | Civil Action No.: 24-cv-11674<br><br>Honorable Judge Elaine E. Bucklo<br><br>Magistrate Judge Young B. Kim |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, Wenjie Xie ("Plaintiff"), files this Motion for Leave to File the following documents under seal: (1) Sealed Annex A [2] to Plaintiff's Complaint, which includes a list of the Defendants' online URL and/or online store names; (2) Plaintiff's Sealed Complaint [6], including declarations and exhibits, that includes a list of the Defendants' online URL and/or online store names and/or infringing evidence; and (3) Plaintiff's Motion for *Ex Parte* Temporary Restraining Order [7], including declarations and exhibits, which will contain a list of the Defendants' online URL and/or online store names along with infringement evidence.

These documents identify the individual Defendants in this case via their online Seller Aliases and contain certain evidence showing Defendants' online Seller Aliases' listings. Upon information and belief, Defendants operate numerous Amazon.com, Walmart store and/or other online platform Seller Aliases for the sole purpose of selling and offering for sale infringing goods, including goods infringing Plaintiff's intellectual property. Given the nature of the online platform, which allows overseas Defendants to operate anonymously, Plaintiff will also be filing a motion

1

for temporary *ex parte* restraining order enjoining the Defendants from infringing Plaintiff's intellectual property.

    As such, Plaintiff believes sealing these portions of the Annex A, any Sealed or Amended Complaint, and Plaintiff's Motion for TRO, which identify the Seller Aliases and infringing evidence, is necessary to prevent Defendants from simply closing their current accounts and opening accounts under a different name or even on a different platform, thereby frustrating the entire purpose of the law, Plaintiff's attempts to protect its rights, and the powers of this Court. Plaintiff will move to unseal these documents at an appropriate time.

DATED November 19, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Ge (Linda) Lei
　　　　　　　　　　　　　　　　　　　　Ge (Linda) Lei
　　　　　　　　　　　　　　　　　　　　Getech Law LLC
　　　　　　　　　　　　　　　　　　　　203 N. LaSalle St., Suite 2100,
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　Attorney No. 6313341
　　　　　　　　　　　　　　　　　　　　Linda.lei@getechlaw.com
　　　　　　　　　　　　　　　　　　　　312-888-6633

　　　　　　　　　　　　　　　　　　　　*ATTORNEY FOR PLAINTIFF*