IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENJIE XIE,<br><br>                Plaintiff,<br><br>     v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",<br><br>                Defendants. | Civil Action No.: 24-cv-11674<br><br>Honorable Judge Elaine E. Bucklo<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff Wenjie Xie's Motion for *Ex Parte* Temporary Restraining Order [7], Plaintiff's Motion for Alternative Service [8], and Plaintiff's Motion to Seal [9] are hereby noticed on Honorable Judge Elaine E. Bucklo's motion call for on Wednesday, November 27, 2024 at 9:45am. Per this Court's non-emergency motion practice, appearances in court will not be required. The presentment date above is for tracking purposes only.

DATED November 19, 2024

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the November 19, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF NextGen system.

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*