**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Wenjie Xie
                              Plaintiff,

v.                                         Case No.: 1:24−cv−11674

                                            Honorable Elaine E. Bucklo

The Entities and Individuals Identified in Annex A
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 27, 2024:

MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs' Ex Parte motion for entry of temporary restraining order, including a temporary injunction, a temporary asset restraint and expedited discovery [7]; Plaintiff's motion for alternative service [8] and Plaintiffs' motion for leave to file under seal [9]; are granted. Enter Sealed Temporary Restraining Order. Because the temporary restraining order will expire on 12/11/2024 any motion for preliminary injunction or to extend the temporary restraining order must be filed by no later than 12/4/2024. Getech Law LLC is ordered to add all defendant names listed in the Schedule A to the docket within three business days of the expiration of the TRO. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df The case is set for a status hearing on 1/13/2025 at 9:45 a.m. (to track the case only, no appearance is required). By 1/6/2025 plaintiff is to file a status report regarding the status of service of process, settlement discussions, and any further information that plaintiff wishes to bring to the Court's attention. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.