**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **WENJIE XIE,**<br><br>                              Plaintiff,<br><br>             v.<br><br>**THE ENTITIES AND INDIVIDUALS<br>IDENTIFIED IN ANNEX "A",**<br><br>                              Defendants. | **Civil Action No.: 24-cv-11674**<br><br>**Honorable Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Young B. Kim** |

## PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff, Wenjie Xie ("Plaintiff"), respectfully requests that this Court extend the

Temporary Restraining Order entered in this matter (Dkt. No. 12) an additional fourteen days,

through and including December 25, 2024. The reasons for such are set forth in the concurrently

filed Memorandum of Law in Support.

DATED December 3, 2024

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*