**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **WENJIE XIE,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",**<br><br>　　　　　　　　　　Defendants. | **Civil Action No.: 24-cv-11674**<br><br>**Honorable Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Young B. Kim** |

### DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei, hereby declare, and state as follows:

　　1.　　I am an attorney with law firm Getech Law LLC. I am over the age of eighteen and make this declaration from personal knowledge, unless otherwise indicated below. I make this declaration in support of Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order.

　　2.　　I represent the Plaintiff in the above-styled case.

　　3.　　Since the entry of this Court's Sealed Temporary Restraining Order, Plaintiff has worked diligently to comply with the terms of the order.

　　4.　　Plaintiff has served copies of the Temporary Restraining Order on the third party platforms where Defendants operate their infringing activities.

　　5.　　Plaintiff and the third parties have begun the process of identifying and freezing those accounts within the control of third-party payment processors, including providing the Defendants' identifying information. However, the process has not yet been completed and

1

Plaintiff and the third-parties require more time to ensure compliance with this Court's Sealed Temporary Restraining Order.

I declare under penalty of perjury of the laws of the United States of America that the forgoing is true and correct.

Executed on the 3rd day of December, 2024 in Chicago, Illinois.

/s/ Ge (Linda) Lei
Ge (Linda) Lei