IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENJIE XIE,<br><br>Plaintiff,<br><br>v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",<br><br>Defendants. | Civil Action No.: 24-cv-11674<br><br>Honorable Judge Elaine E. Bucklo<br><br>Magistrate Judge Young B. Kim |

### PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

Plaintiff, Wenjie Xie ("Plaintiff"), hereby moves this Honorable Court for entry of a Preliminary Injunction against the Entities and Individuals identified in Annex A to the Complaint ("Defendant"). The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on November 27, 2024. (Dkt. No. 12). In support of its Motion, Plaintiff concurrently files a Memorandum of Law.

DATED December 16, 2024

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

1