**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **WENJIE XIE,**<br><br>          Plaintiff,<br><br>    v.<br><br>**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",**<br><br>          Defendants. | **Civil Action No.: 24-cv-11674**<br><br>**Honorable Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Young B. Kim** |

## DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei hereby declare, and state as follows:

  1.  I am an attorney with law firm Getech Law LLC. I am over the age of eighteen and make this declaration from personal knowledge, unless otherwise indicated below. I make this declaration in support of Plaintiff's Motion for Entry of a Preliminary Injunction.

  2.  I represent the Plaintiff in the above-styled case.

  3.  Since the entry of this Court's Sealed Temporary Restraining Order, Plaintiff has worked diligently to comply with the terms of the order.

  4.  Plaintiff has served copies of the Temporary Restraining Order on the third parties assisting the named Defendants identified in the Complaint.

  5.  Plaintiff has begun the process of identifying and freezing those accounts within the control of third-party payment processors, including providing the Defendants' identifying information. Since and pursuant to entry of the TRO, financial accounts associated with the Seller Aliases have been frozen.

6. The third parties have provided the email addresses associated with the Defendants' Seller Aliases.

7. Plaintiff will serve Defendants via email, at those email addresses, with notice of the Preliminary Injunction and other relevant documents in accordance with the TRO.

I declare under penalty of perjury of the laws of the United States of America that the forgoing is true and correct.

Executed on the 16th day of December, 2024, in Chicago, Illinois.

/s/ Ge (Linda) Lei  
Ge (Linda) Lei