# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-404-290**

**Effective Date of Registration:**
May 25, 2024

**Registration Decision Date:**
July 19, 2024

## Title

| | |
|---|---|
| **Title of Work:** | VA75-Prismatic Flutter |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | January 26, 2022 |
| **Nation of 1st Publication:** | China |

## Author

| | |
|---|---|
| **Author:** | Wenjie Xie |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Wenjie Xie |
| | bushalu,jinxiushanzhuang b dong,7 i,longgangqu, ShenZhen, 518100, China |

## Certification

| | |
|---|---|
| **Name:** | Wenjie Xie |
| **Date:** | May 25, 2024 |

Page 1 of 1

