# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **WENJIE XIE,**<br><br>Plaintiff,<br><br>v.<br><br>**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",**<br><br>Defendants. | **Civil Action No.: 24-cv-11674**<br><br>**Honorable Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff Wenjie Xie's Motion for Preliminary Injunction [18] is hereby noticed on Honorable Judge Elaine E. Bucklo's motion call for Friday, December 20, 2024 at 9:45am. Per this Court's non-emergency motion practice, appearances in court will not be required. The presentment date above is for tracking purposes only.

DATED December 16, 2024

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the December 16, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF NextGen system.

        Respectfully submitted,

        /s/ Ge (Linda) Lei
        Ge (Linda) Lei
        Getech Law LLC
        203 N. LaSalle St., Suite 2100,
        Chicago, IL 60601
        Attorney No. 6313341
        Linda.lei@getechlaw.com
        312-888-6633

        *ATTORNEY FOR PLAINTIFF*