# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Wenjie Xie

                                    Plaintiff,

v.                                          Case No.: 1:24−cv−11674

                                             Honorable Elaine E. Bucklo

The Entities and Individuals Identified in Annex A

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for entry of preliminary injunction [18] is granted. Enter Preliminary Injunction Order. The Clerk of Court is directed to unseal the following sealed documents: Complaint [2], Plaintiff's Sealed Complaint [6], Plaintiff's Sealed Motion for Ex Parte Temporary Restraining Order [7], and the Sealed Temporary Restraining Order [12]. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.