AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Wenjie Xie

CASE NUMBER: 24cv11674

V.

ASSIGNED JUDGE: Elaine E. Bucklo

The Entities and Individuals
Identified in Annex "A"

DESIGNATED
MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

The Entities and Individuals
Identified in Annex 'A' of the
Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Getech Law LLC
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*/s/ Lucas Janiga*

(By) DEPUTY CLERK

December 16, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | December 30, 2024 |
| NAME OF SERVER (PRINT) Ge (Linda) Lei | TITLE | Attorney of Record |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I, or someone acting under my direction, sent an email to the email addresses provided for Defendants by third parties, with the Summons and Complaint.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 30, 2024    *Ge (Linda) Lei*
               Date           Signature of Server

                       203 N LaSalle St, Suite 2100, Chicago, IL 60601
                       Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.