



In response to civil case 24cv11674

Honorable Elaine E. Bucklo

Designated Magistrate Judge Young B Kim

I didn't receive the summons dated Dec 16, 2024 until December 30, I have very little info as this was all done via email, no one answered my questions and I replied immediately, mailed letter sent via USPS and sent numerous emails and the last one I received was Dec 9th asking for $3500.

Below I will start my case as best I can. As stated to Linda a lawyer with Getech I am a very small business less then 2 yrs in business, payday to payday I lost my husband of 41 yrs to cancer, have a heart condition and am raising my grandson. You see this alleged copyright infringement is bogus, I barely have enough money to pay my power bill. I would never knowingly steal or commit copyright infringement on anyone I am a Christian and my religion prevents me from being capable of this.

Did I use or make money from the copyrighted works listed in the demand letter? Absolutely not one unit sold. Because of this my grandson didn't get a good Christmas. Amazon pulled item(not a problem as it didn't sell a single unit) already sent proof to your firm as soon as you asked. My shop has been on vacation mode since this happened. Honestly I should be sueing.

How was the copyrighted material obtained? TEMU(receipt attached) Sue them not me because they are liable not me.

Did I "knowingly" use the material in the manner alleged in the demand letter? Or was it inadvertent? As explained due to religious reasons this was absolutely done inadvertently.

Copying of Original Elements

The subject matter of the work must be copyrightable. A work qualifies for copyright protection if it is:

Original, meaning the work was independently created by the author and has some minimal level of creativity. I hate to say this but these are the ugliest butterflies and they are everywhere all over Amazon TEMU shein Alibaba. I made it beautiful with my creativity. So there's that.

I cannot pay so I declare an hardship. If I do no have the funds I just do not. I've already suffered in these ways:

1. Losing lots of revenue at Christmas
2. Having an heart condition worsening by this mess.
3. Amazon withholding my funds
4. It's been taken down and I doubt I will ever open my shop again.

Last say

Independent Creation

Independent creation is another way of saying that the copyrighted work was not copied. This defense is fairly straightforward. Any similarities are irrelevant if you can prove you created your work independently without knowledge of or exposure to the other person's copyrighted material. I ordered a butterfly off TEMU intending on making it beautiful and I did. I had no knowledge(newbie) and I'm sorry, so sorry.

Innocent Infringer Defense

Innocent infringement is one of the most common defenses in copyright infringement litigation. It is also the most misunderstood. I'm 100 percent innocent of knowingly committing copyright infringment and if I do stay in business I will surely educate myself more. 2 yrs this never happened. I do not have any money and I believe the money I've lost because of this is sufficient punishment

Sincerely

Kathy Boone Wallace Joyfuljewerlykjc



Receipt

🔒 All data is encrypted ›

By 🌈 May printing

Comfy Plus Size Nightdress with Sl... $3.23
Black / 5XL(22) ×1

By IN In small letter

5pcs/set Vintage Angel Pendant Ch... $0.89
1 Set ×2

By 🧸 SISIXINSHI

50pcs 9x13mm Golden Silvery CCB... $0.48
Random Mixed ×3

By Cute Beads DIY

1pc Acrylic Pink Butterfly Ornament... $0.58
A ×4

By Seasonal decorations

Inspirational Bible Verse Self-Stick ... $0.75
1 pc Sticky Notes Random Color ×3

By HQLP

urns and refund policy

1:39

 **Payments**

Account Types

Standard Orders ⌄

<span style="color:orange">**Statement View**</span>     <span style="color:blue">All Statements</span>

Sales

| Product charges | $174.80 |
|---|---|

Expenses

| Amazon fees | -$26.24 |
|---|---|

Account Level Reserve

| Account Level Reserve | -$1,428.21 |
|---|---|

Net Proceeds

| Net Proceeds | $0.00 |
|---|---|

Pay Me

 Home   Orders   Listing   Inventory   Menu

 **Account Health**

| | | |
|---|---|---|
| Product Authenticity Customer Complaints | 0 | > |
| Product Condition Customer Complaints | 0 | > |
| Food and Product Safety Issues | 0 | > |
| Listing Policy Violations | 0 | > |
| Restricted Products Policy Violations | 0 | > |
| Customer Product Reviews Policy Violations | 0 | > |
| Other Policy Violations | 0 | > |
| Warnings | 0 | > |

### Need Help?

 Home   Orders   Listing  Inventory   Menu

 **Account Health**

---

**Account Health Rating**      **Healthy**

208/1000      **Target >= 200**

0              1000

## Product Policy Compliance

**By policy**

| | | |
|---|---|---|
| All violations | 0 | › |
| Suspected Intellectual Property Violations | 0 | › |
| Received Intellectual Property Complaints | 0 | › |
| Product Authenticity Customer Complaints | 0 | › |
| Product Condition Customer Complaints | 0 | › |

Food and Product

 Home    Orders    Listing  Inventory  Menu



## RE:[CASE 16814977481] Other account issues
1 message

**Amazon Seller Support** <merch.service05@amazon.com>
To: katkw27356@gmail.com

Tue, Dec 10, 2024 at 4:24 PM



Hello Joyfuljewelrykjc,

My name is Jazmine and we spoke on the phone earlier about your account.

I show there's no account compliance for infringement or copyright on your Account Health Dashboard.

There's currently no information in your Performance Notifications about these policies either.

Your disbursements are held currently while orders are being managed for your account.

We just need to ensure that you have enough funds to fulfill any financial obligations, such as refunds, claims, or chargebacks.

To help us continually improve, we ask that you take a moment to complete our survey below to tell us about your experience with this specific case.

Were you satisfied with the support provided?

**Did I resolve your issue?**

 

If you need more help with this case click below and select "Get Help" on top of the page above your case details

I need more help with this

Thank you for selling with Amazon,

Jazmine M.
Amazon.com Seller Support

To view your case details, or respond, please click https://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=16814977481

to IP, linda.lei ⌄

On Tue, Dec 10, 2024, 2:36 PM IP Getechlaw
<ip@getechlaw.com> wrote:
My client is willing to settle this matter
for $3,500. Please advise.

On Tue, Dec 10, 2024 at 10:08 AM Kathy Wallace
<joyfuljewelrykjc@gmail.com> wrote:
Good morning I hope you are well. I'm sending
screenshot of the item in question. It was sold
by Temu. Thank you have a blessed day. Tried
to find more info on company but this item in
now sold out.

On Mon, Dec 9, 2024, 2:36 PM Kathy Wallace
<joyfuljewelrykjc@gmail.com> wrote:

On Mon, Dec 9, 2024, 1:30 PM Kathy
Wallace <joyfuljewelrykjc@gmail.com>
wrote:

Ok ok. So you have what you need from
me? I didn't appeal I clicked on box that
promises I would never list item again.
Sorry this happened. I've never had
anything like this. I now have my shop on
vacation and will probably close it. May
be for the best. I have no money it's pay
day to payday.